AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

*Plaintiff(s)*

v.

CREATIVE WEALTH MEDIA FINANCE CORP; and
JASON CLOTH,

*Defendant(s)*

Civil Action No.   9:23-cv-80282-RLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Creative Wealth Media Finance Corp.
151 Bloor St. West, Suite 700
Toronto, Ontario M5S 1S4

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Wagner
Bilzin Sumber Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 24, 2023



Angela E. Noble
Clerk of Court

SUMMONS

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ROBERT SCOT BUILDING VENTURE LLC; and RSBV Pathway LLC, <br><br> *Plaintiff(s)* <br> v. <br> CREATIVE WEALTH MEDIA FINANCE CORP; and JASON CLOTH, <br><br> *Defendant(s)* | Civil Action No. 9:23-cv-80282-RLR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Cloth
20 Stratheden Road
North York, Ontario M5S 1S4

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Wagner
Bilzin Sumber Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Feb 24, 2023

**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts