UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

ROBERT SCOT BUILDING VENTURE LLC )
and RSBV PATHWAY LLC, )
      Plaintiffs, )
   v. )
CREATIVE WEALTH MEDIA FINANCE )
CORP. and JASON CLOTH, )
      Defendants. )

**DECLARATION OF SAMUEL J. BAZIAN IN SUPPORT OF DEFENDANTS CREATIVE WEALTH MEDIA FINANCE CORP. AND JASON CLOTH'S MOTION TO VACATE ORDER ON DEFAULT PROCEDURE, OR, IN THE ALTERNATIVE, TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

I, SAMUEL J. BAZIAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner of the law firm of Herrick, Feinstein LLP and counsel for Defendants Creative Wealth Media Finance Corp. ("Creative Wealth") and Jason Cloth ("Cloth" and together with Creative Wealth, "Defendants").

2. I submit this declaration in support of Defendants' motion to: (i) vacate the Order on Default Procedure, dated May 9, 2023, and entered on May 10, 2023 [Doc. No. 16] (the "Order"); (ii) or, in the alternative, to extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint until May 12, 2023, pursuant to Fed. R. Civ. P. 55(c) or 6(b)(1)(B); and (iii) for such other and further relief as this Court deems just and proper. A true and correct copy of the Order is annexed hereto as Exhibit 1.

3.  On or about December 6, 2022, plaintiffs in this action, Robert Scot Building Venture LLC ("RSBV") and RSBV Pathway LLC ("RSBVP" and together with RSBV, "Plaintiffs") filed a Complaint against Defendants in the United States District Court for the Southern District of New York under Case No. 22-cv-10329-VEC (the "SDNY Action"). Plaintiffs subsequently filed an Amended Complaint in the SDNY Action on December 9, 2022 (the "SDNY Complaint"), which is substantially the same as—and asserts the same breach of contract and fraud claims as those in—Plaintiff's Complaint in the instant action before this Court. A true and correct copy of the SDNY Complaint is annexed hereto as Exhibit 2.

4.  On or about February 9, 2023, Defendants moved to dismiss the SDNY Complaint: (i) for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and, in the alternative, based upon *forum non conveniens*, and (ii) with respect to the fraud claim against Cloth, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). A true and correct copy of Defendants' memorandum of law in support of their motion to dismiss the SDNY Complaint is annexed hereto as Exhibit 3.

5.  On February 23, 2023, Plaintiffs filed a Notice of Voluntary Dismissal, dismissing the SDNY Action without prejudice, which was signed by the SDNY court on February 27, 2023. A true and correct copy of the Notice of Voluntary Dismissal is annexed hereto as Exhibit 4.

6.  On the same day that Plaintiffs filed their Notice of Voluntary Dismissal in the SDNY Action, they filed a near identical Complaint in this Court. [*See* Doc. No. 1.]

7.  On March 3, 2023, Defendants—both Canadian residents—executed, through counsel, a Waiver of the Service of Summons at the request of, and as a courtesy to, Plaintiffs' counsel. Plaintiffs filed the executed Waivers of Service on March 7, 2023. A true and correct

copy of the Waiver of the Service of Summons sent on behalf of Creative Wealth is annexed hereto as Exhibit 5. A true and correct copy of the Waiver of the Service of Summons sent on behalf of Cloth is annexed hereto as Exhibit 6.

8. When filing the Waiver of the Service of Summons, Plaintiffs indicated that Defendants' deadline to serve their response was June 1, 2023.

9. Specifically, the full docket text for ECF Doc. No. 14 provides: "WAIVER OF SERVICE Returned Executed by Robert Scot Building Venture LLC, RSBV Pathway LLC, Creative Media Finance Corp waiver sent on 3/3/2023, ***response/answer due 6/1/2023*** (Wagner, Scott)." (emphasis added). Scott Wagner is Plaintiffs' attorney. A true and correct copy of the screenshot of the minute entry for ECF Doc. No. 14 is annexed hereto as Exhibit 7.

10. Likewise, the full docket text for ECF Doc. No. 15 provides: "WAIVER OF SERVICE Returned Executed by Robert Scot Building Venture LLC, RSBV Pathway LLC, Jason Cloth waiver sent on 3/3/2023, ***response/answer due 6/1/2023*** (Wagner, Scott)." (emphasis added). A true and correct copy of the screenshot of the minute entry for ECF Doc. No. 15 is annexed hereto as Exhibit 8.

11. Moreover, when clicking the "Deadlines/Hearing" hyperlink on the PACER Service Center ECF, the Defendants' deadline to file an answer is "**due/set**" for **6/1/2023**. (emphasis added). A true and correct copy of the screenshot of the "Deadlines/Hearing" hyperlink on the PACER Service Center ECF is annexed hereto as Exhibit 9.

12. When determining Defendants' deadline to respond to Complaint, I relied on the three aforementioned entries on the docket, which indicated that Defendants' deadline to respond to the Complaint was June 1, 2023. That deadline was consistent with my (and apparently Plaintiffs') understanding that because Defendants are Canadian residents, under Fed. R. Civ. P.

4(d)(3), Defendants' deadline to respond to the Complaint was 90 days after the Waiver of the Service of the Summons was sent to my firm on March 3, 2023, which is June 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2023

_____
Samuel J. Bazian