# EXHIBIT K

**TERM SHEET MEMO**
**FINANCING FOR THE FIRST SEASON OF THE SERIES ENTITLED**
**"PATHWAY" (the "Project")**

| | |
|---|---|
| **NBA Contracting Party:** | BRON Studios USA Inc. ("BRON") on behalf of Pathway SPV – see footnote #1 below. BRON entered into an agreement with Endgame Entertainment, LLC ("Endgame"), Film 45, LLC (the "Film 45") and the NBA Development League, LLC (the "NBADL") for all of the obligations and rights in and to the Project contemplated hereunder (the "NBA Letter Agreement"). For a full description of the parties involved, see the Project Organization Chart attached as Schedule A hereto. |
| **Commissioning Party:** | Pathway Productions, LLC ("Pathway SPV") who is assigned 100% of the BRON's rights in the Project.[1] |
| **Investor:** | Creative Wealth Media Finance Corp. (the "CWMF") wishes to obtain financing from the "Financier" in connection to the Project. |
| **Financier:** | RSBV PATHWAY LLC (the "Financier") |
| **Investment:** | The Financier will advance to CWMF an investment in the amount 6573024 USD (the "Investment") representing 100 % of the overall $6,573,024 Financing. (inclusive of the BRON Fee and the CWMF Fee as set forth below). |
| **Production Budget Advance:** | The Production Budget is USD $5,823,277 (the "Production Budget"), which constitutes the total approved budget, inclusive of $100,000 contingency reserve solely to be invaded in the event of COVID- related overspend (the "COVID Contingency")[2]. |
| **Return on Production Budget Advance:** | The Production Budget will have a return of 15% (the "Return") paid out of Defined Gross Receipts as set forth below and shall be remitted to The Financier. |
| **BRON Fee** | The Investment shall include a fee equal to 7.5% on the Production Budget advance (the "BRON Fee") (i.e. $436,746). |

---

[1] The NBA would only contract with a company with an operating history on which they could conduct a diligence investigation. BRON Studios USA Inc will enter into a Commissioning Agreement with Pathway Productions, where Pathway Productions is the "Commissioner" of all of BRON's services and obligations under the NBA Letter Agreement.

[2] The COVID Contingency is separately held and accounted for. Any unspent sums will be immediately returned to Financer upon delivery of the Project.

| CWMF Fee | In addition to the BRON Fee, the Investment shall include a fee equal to 5% on the Production Budget advance and the BRON Fee (the "CWMF Fee") (i.e. $313,001). |
|---|---|
| Net Profit Participation | In consideration of timely funding in full the Investment to BRON, Pathway SPV shall receive 30% of Net Profits as set forth in the Distribution of Collected Gross Receipts, as set forth on Schedule B below, which profits shall be remitted to Pathway SPV. At the Pathway SPV level, the Net Profit Participation will be disbursed in accordance with the waterfall attached as Schedule B.<br><br>Of the Pathway SPV 30%, 5% shall be allocated to Bron Studios USA Inc., Investor (CWMF) shall be allocated 5% and CWMFC Financier shall be allocated 20%. |
| Source of Repayment | The Investment, inclusive of the BRON Fee and CWMF Fee shall be recouped and net profits paid from gross receipts generated by the first season of the Project (to be completed on or before April 30, 2022), if any, in accordance with the Distribution of Collected Gross Receipts as set forth on Schedule B below.<br>Estimates of recoveries based on different Minimum Guarantees have been provided as Schedule D attached hereto (and subject to its disclaimers). |
| Rights | All rights, including 100% of the copyright, in and to the Project, including the rights to subsequent seasons, are held by the NBADL, subject to the Subsequent Season Attachments below. |
| Subsequent Season Attachment | If the NBA Development League elects to move forward with a subsequent season, provided BRON was not in breach of its obligations under the NBA Letter Agreement, BRON shall be attached and CWMF to the following subsequent season, on a rolling basis, under the same terms as set forth in the NBA Letter Agreement (the "Subsequent Season Attachment"). In addition to termination for breach of the NBA Letter Agreement, the Subsequent Season Attachment is subject to termination pursuant to reputational damage to the NBA under a morals clause as well as a more open definition of things that run counter to NBADL's strong interest in managing and controlling its brand and ensuring compliance with its policies and procedures. |
| Use of Investment: | Proceeds of the Investment, less the BRON Fee, shall be used exclusively to finance the pre-production, production, post-production, and delivery of the Project. |
| Project Specifications: | The Project shall have the following specifications: |

|  | 1. a documentary series following players participating in the NBADL's "Pathway" program and playing for the NBA G League's Team Ignite.<br>2. Production overseen by BRON.<br>3. 7 episodes, 30 minutes per episode (7 x 30), recurring series.<br>4. Production Service Company: Film 45 and its subsidiary, Downrange Productions, Inc (the "PSC").<br>5. Director: Jim Stern (Endgame)<br>6. Budget: attached as Schedule C |
|---|---|
| **Allocation of Defined Gross Receipts** | Defined Gross Receipts shall be allocated as set forth in the Waterfall attached as Schedule B. |
| **Special Liability and Indemnification Provisions** | As between BRON, Endgame and Film 45, NBADL required joint and several liability. As these parties bring different elements to the Project and have different controls and responsibilities, a separate Indemnification Agreement was entered into between these three parties, Pathway SPV and the PSC to allocate liability to the proper party and require the liable party to indemnify the others. If claims care not paid by the liable party, such party's allocation of gross receipts can be garnished by the other parties to the extent of their payment to the NBA plus interest. |
| **Credits** | BRON Life will receive an "In Association with" credit in the main titles of the Series and CWMF and BRON will receive three (3) Executive Producer credits in the main titles of the Series (1 for BRON, 1 for CWMF and 1 for CWMF's designee). |
| **Additional Standard Terms** | A long form agreement memorializing these terms shall include such terms as are standard in connection with the investment agreements in the motion picture and television industries, including but not limited to: standard affirmative covenants such as ongoing financial reporting obligations from the Borrower, audit rights for and notice of material changes, standard negative covenants, indemnification, and remedies for breach. |
| **Confidentiality** | The parties shall maintain at all times as confidential information the terms of this Term Sheet and the content of any negotiations between them, except that both parties may inform their respective advisors, regulatory authorities, counsel, lenders, or other equity holders and employees with a need to know as each party deems necessary (provided that all such persons are made aware of agree to abide by the confidentiality hereof). |

Agreed and accepted as of ___May 19_____ 2021.

CREATIVE WEALTH MEDIA FINANCE CORP.

By:_____

Name:____Jason Cloth_____


[FINANCIER]

By:_____

Name:____Robert Harris____

**SCHEDULE A**

**PROJECT ORGANIZATION CHART**

DocuSign Envelope ID: DCB6A459-99D5-4EA4-80C0-AE545F22A46A



DocuSign Envelope ID: DCB6A459-99D5-4FA4-80C0-AE54EE22AA6A

**SCHEDULE B**

**Distribution of Collected Gross Receipts**

All revenues received in connection with the exhibition and distribution of the Series in the Territory ("Collected Gross Receipts") shall be paid to and collected by NBADL and distributed as follows:

1. First, a 10% sales fee to BRON Releasing (or to BRON Releasing and NBADL, if applicable); and thereafter

2. Second, to BRON (directed to CWMF) to recoup the Budgeted Commitment Amount actually expended (which, for clarity, excludes the BRON Fee), plus a return of 15% thereon, and financing expenses (which must be mutually agreed in writing by all parties to the NBA Letter Agreement, documented and verifiable), and thereafter,

3. third, to BRON (directed to CWMF, if CWMF provides overage funding) and, if applicable, NBADL, to recoup any overage amounts paid by BRON (or CWMF) and, if applicable, NBADL on a pro rata, pari passu basis; and thereafter,

4. fourth, to BRON (directed to CWMF) to recoup the BRON Fee; and thereafter all Collected Gross Receipts shall be deemed "Net Profits" and shall be disbursed as follows:

   a. 30% to NABDL;

   b. 30% to BRON and directed to Pathway SPV and allocated as follows:

      i. To CWMF until repayment of the CWMF Fee; and thereafter;

      ii. Season 1

         1. 25% to CWMF

         2. 5% to BRON Studios

      iii. Seasons 2 +

         1. 15% to CWMF

         2. 15% to BRON Studios;

   c. 20% to Endgame; and

   d. 20% to Film 45.