**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 9:23-cv-80282-RLR**

| | |
|---|---|
| ROBERT SCOT BUILDING VENTURE LLC and RSBV PATHWAY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CREATIVE WEALTH MEDIA FINANCE CORP. and JASON CLOTH, | ) ) ) ) |
| Defendants. | ) |

**<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Creative Wealth Media Finance Corp. states that it has no parent company and no public company owns 10% or more of its stock.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendant Creative Wealth Media Finance Corp. states that it is citizen of Ontario, Canada, and Defendant Jason Cloth states that he is a citizen of Ontario, Canada.

Dated:  May 12, 2023

Respectfully submitted,

BERGER SINGERMAN LLP

By: */s/ Leonard K. Samuels*
Leonard K. Samuels
Florida Bar No. 501610
lsamuels@bergersingerman.com
Marianne Curtis
Florida Bar No. 92729201
mcurtis@bergersingerman.com
East Las Olas Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-9900

HERRICK, FEINSTEIN LLP
William R. Fried, Esq.
New York Bar No. 2166676
(*pro hac vice admission pending*)
Samuel J. Bazian, Esq.
New York Bar No. 5300215
(*pro hac vice admission pending*)
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400

*Attorneys for Defendants Creative Wealth Media Finance Corp. and Jason Cloth*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on this 12th day of May, 2023, and certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

By:  */s/ Leonard K. Samuels*
        Leonard K. Samuels