UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                  Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                  Defendants.

## DECLARATION OF ROBERT HARRIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Robert Harris, pursuant to 28 U.S.C. § 1746, state as follows:

1. My name is Robert Harris. I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I am the principal of Robert Scot Building Venture LLC ("RSBV") and RSBV Pathway LLC ("RSBVP") (collectively, "Plaintiffs") and submit this Affidavit in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. Plaintiff RSBV is a limited liability company organized and existing under the laws of Florida with its principal place of business in Jupiter, Florida.

4. Plaintiff RSBVP is a limited liability company organized and existing under the laws of Florida with its principal place of business in Jupiter, Florida.

5. My permanent residence and domicile is in Jupiter, Florida.

6. I have been a Florida resident since June 17, 2020.

7. I have a Florida driver's license.

8. I am registered to vote in Florida.

9. From July 2019 to May 2021, RSBV entered into a series of agreements with Defendant Creative Wealth Media Finance Corporation ("CWMF") under which RSBV loaned millions of dollars to CWMF for the production of seven films: *Ghostbusters*, *Monkey Man*, *Gossamer*, *Hailey and the Hero Heart* ("*HHH*"), *Bubbles Hotel*, *Young Bear Grylls*, and *Fables* (the "Term Sheets").

10. The parties entered into all of the Term Sheets (other than the *Ghostbusters* and *Monkey Man* Term Sheets) while RSBV was a Florida registered business and I was a Florida resident.

11. By early 2021, RSBV had still not received back any of the monies loaned. Thus, on February 24, 2021, I asked Defendant Jason Cloth ("Cloth") about the payment status for the monies that been loaned. Cloth repeatedly assured me both over the phone and via email that payment was forthcoming and that I had nothing to worry about.

12. For example, in a February 24, 2021 email, Cloth told me that there was "zero" risk associated with the *Fables*, *Bubbles*, and *HHH* Loans.

13. In a separate February 24, 2021 email, Cloth reassured me that the *Fables*, *Bubbles*, and *HHH* would "turn out to be fantastic investments."

14. Cloth further informed me in a third February 24, 2021 email that the *Monkey Man* Loan would be repaid by "late summer" of 2021 at the latest.

15.  I was both physically located in Florida and a Florida resident when I received each of the e-mail communications from Cloth listed in paragraphs 12 through 14 above.

16.  In or around the beginning of May 2021, Cloth informed me over the phone that a television series titled *Pathway* had already been "greenlit" for five seasons and that I should therefore invest in that project.

17.  I was physically located in Florida and a Florida resident when Cloth and I spoke over the phone regarding *Pathway*.

18.  As principal of RSBVP, in deciding to invest in the *Pathway* project, I relied upon Cloth's above-described representations related to the monies I had loaned and the status of the *Pathway* project.

19.  As of today, neither RSBVP nor RSBV has been repaid any of the monies loaned to CWMF which are at issue in the present lawsuit.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on  6-2-23                              _____
                                                                    Robert Harris