**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 9:23-CV-80282-RLR**

ROBERT SCOT BUILDING VENTURE )
LLC and RSBV PATHWAY LLC, )
)
             Plaintiffs, )
)
      v. )
)
CREATIVE WEALTH MEDIA FINANCE )
CORP. and JASON CLOTH, )
)
            Defendants. )

**ORDER GRANTING MOTION FOR LEAVE**
**TO WITHDRAW AS COUNSEL OF RECORD**

**THIS CAUSE** came before the Court upon the motion of Berger Singerman LLP and

Herrick, Feinstein LLP for leave to withdraw as counsel of record for Defendant Creative Wealth

Media Finance Corp. ("Creative Wealth") in the above-captioned action.  Upon consideration of

the motion, it is hereby, **ORDERED and ADJUDGED** that:

1. Berger Singerman LLP and Herrick, Feinstein LLP's motion for leave to withdraw as counsel of record for Creative Wealth, DE 51, is hereby **GRANTED**;

2. Counsel shall serve a copy of this Order via Federal Express and electronic mail upon a representative of Creative Wealth and the bankruptcy trustee for Creative Wealth, RSM Canada Limited, no later than five (5) days following this Order;

3. Other than the notice requirement in Paragraph 2 above, Leonard K. Samuels and Marianne Curtis of Berger Singerman LLP and William R. Fried and Samuel J. Bazian of Herrick, Feinstein LLP are hereby withdrawn as counsel for Creative Wealth in the above-captioned action and are thereby discharged of any further responsibility on behalf of Creative Wealth in this matter.

**DONE AND ORDERED** this 22nd day of December, 2023

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record