UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

| | |
|---|---|
| ROBERT SCOT BUILDING VENTURE LLC and RSBV PATHWAY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CREATIVE WEALTH MEDIA FINANCE CORP. and JASON CLOTH, | ) ) ) |
| Defendants. | ) ) |

**MOTION OF HERRICK FEINSTEIN, LLP AND BERGER SINGERMAN LLP
FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR
<u>DEFENDANT JASON CLOTH AND FOR A STAY OF PROCEEDINGS</u>**

Now comes Defendant Jason Cloth's ("Defendant") counsel, William R. Fried and Samuel J. Bazian of Herrick, Feinstein LLP and Leonard K. Samuels and Marianne Curtis of Berger Singerman LLP, which file this motion pursuant to Local Rule 11.1(d)(3) and R. Reg. Fla. Bar 4-1.16(b)(3) for leave to withdraw as counsel of record for Defendant and for a stay of proceedings for 30 days for Defendant to find successor counsel.

As grounds for this Motion, counsel respectfully refers the Court to the accompanying Declaration of Samuel J. Bazian.

Dated:  February 6, 2024

                                                    Respectfully submitted,

                                                    BERGER SINGERMAN LLP

                                                    By: */s/ Leonard K. Samuels*
                                                    Leonard K. Samuels
                                                    Florida Bar No. 501610
                                                    lsamuels@bergersingerman.com
                                                    Marianne Curtis
                                                    Florida Bar No. 92729201

mcurtis@bergersingerman.com
East Las Olas Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-9900

HERRICK, FEINSTEIN LLP
William R. Fried, Esq. (*pro hac vice*)
New York Bar No. 2166676
Samuel J. Bazian, Esq. (*pro hac vice*)
New York Bar No. 5300215
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400

*Attorneys for Defendants Jason Cloth*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on this 6th day of February, 2024, and certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.  I further certify that the foregoing document is being served this day via email on Defendant Jason Cloth.

By: */s/ Leonard K. Samuels*
Leonard K. Samuels