**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-80282-ROSENBERG**

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

               Plaintiffs,

       v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

               Defendants.

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL
DEFAULT JUDGMENT AGAINST DEFENDANT
CREATIVE WEALTH MEDIA FINANCE CORP.**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs Robert Scot Building

Venture LLC and RSBV Pathway LLC (collectively, "Plaintiffs") file this Motion for Extension

of Time to File Motion for Final Default Judgment against Defendant Creative Wealth Media

Finance Corp. ("Creative Wealth"), and state:

On February 6, 2024, the Clerk of this Court, pursuant to this Court's order (*see* ECF 66),

entered a default against Creative Wealth. ECF 68. Under the Court's Order of Court-Mandated

Requirements on Service, Defaults, and Joint Scheduling Reports, Plaintiffs' Motion for Final

Default Judgment against Creative Wealth is due February 13, 2024. *See* ECF 8.

Due to the press of other business occupying Plaintiffs' counsel, as well as the fact that one

of Plaintiffs' counsel is on a pre-planned vacation, Plaintiffs request a brief one-week extension of

time to file their Motion for Final Default Judgment, through and including, February 20, 2024.

Because the basis for the Clerk's entry of default against Creative Wealth is that it is currently

unrepresented by counsel (*see* ECF 68), there is no counsel for Plaintiffs to confer with about the relief sought in this motion. This extension, however, is sought in good faith and not for the purposes of delay.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and extend the deadline for Plaintiffs to file their Motion for Final Default Judgment against Creative Wealth, through and including, February 20, 2024.

Dated: February 9, 2024                                            Respectfully submitted,


*/s/ Scott N. Wagner*
Scott N. Wagner
Fla. Bar No.: 51662
**BILZIN SUMBERG BAENA**
**PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456

Telephone: 305-374-7580
Email: swagner@bilzin.com
Email: eservice@bilzin.com

David B. Jonelis (*pro hac vice*)
Kelsey J. Leeker (*pro hac vice*)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501
Email: djonelis@lavelysinger.com
Email: kleeker@lavelysinger.com

*Attorneys for Plaintiffs Robert Scot Building*
*Venture LLC and RSBV Pathway LLC*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), Plaintiffs' counsel represents that because the basis for the Clerk's entry of default against Creative Wealth is that it is currently unrepresented by counsel (*see* ECF 68), there is no counsel for Plaintiffs to confer with about the relief sought in this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Scott N. Wagner*