UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                Defendants.

**[PROPOSED] FINAL JUDGMENT AGAINST
DEFENDANT CREATIVE WEALTH MEDIA FINANCE CORP.**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Final Default Judgment Against Defendant Creative Wealth Media Finance Corp. (the "Motion"). The Court having considered the Motion, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Final Judgment is entered in favor of Plaintiff Robert Scot Building Venture, LLC ("RSBV") and against Defendant Creative Wealth Media Finance Corp. ("Creative Wealth") on Count I for Breach of Contract in the amount of $6,912,500, plus prejudgment and post-judgment interest, accruing at the statutory rate.

3. Final Judgment is entered in favor of Plaintiff RSBV Pathway LLC ("RSBVP") and against Creative Wealth on Count I for Breach of Contract in the amount of

$7,558,977.60, plus prejudgment and post-judgment interest, accruing at the statutory rate.[1]

4. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, orders awarding attorneys' fees and costs.

DONE AND ORDERED in the Southern District of Florida this _____ day of _____ 2024.

                                                _____
                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

---

[1] This Final Judgment against Creative Wealth does not impact RSBVP's pending Count II (Fraud) against Defendant Jason Cloth, except that any amounts ultimately collected from Creative Wealth as damages for its breach of the Pathway loan may be subject to a motion for set off, as appropriate, against any future recovery by RSBVP against Cloth.