UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

| | |
|---|---|
| ROBERT SCOT BUILDING VENTURE LLC and RSBV PATHWAY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CREATIVE WEALTH MEDIA FINANCE CORP. and JASON CLOTH, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF JASON CLOTH**
**(Notice of Intent to Proceed)**

I, **JASON CLOTH**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I am a defendant in this lawsuit. I respectfully submit this Declaration in support of my intent to proceed defending the Complaint herein against me personally, in response to the Order of Judge Robin L. Rosenberg entered March 6, 2024, requiring me to do so by March 14, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2024

_____
JASON CLOTH

DocuSigned by:
BA600453EA86424...