**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-80282-ROSENBERG**

ROBERT SCOT BUILDING VENTURE
LLC & RSBV PATHWAY LLC,

   Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE
CORP. & JASON CLOTH,

   Defendants.
_____/

**ORDER SETTING AND RESETTING CERTAIN DEADLINES**

Pursuant to today's Status Conference, the Court sets and resets the following deadlines.

- **March 27, 2024:** Mr. Cloth shall file a Notice stating the extent that any bankruptcy proceedings, including any U.S. based proceedings, or any other proceedings for either Defendant may impact the litigation before the Court. Should Mr. Cloth believe the Court should stay or continue this litigation, he shall support that request with U.S. case law.

- **April 3, 2024:** Mr. Cloth must provide a Notice of whether he has retained counsel. Even if new counsel is retained, the Court will not reset any expired deadlines. If Mr. Cloth does not file a Notice, it will be presumed that he is proceeding pro se until counsel makes an appearance.

- **April 10, 2024:** Deadline to designate a mediator and to schedule a time, date, and place for mediation. Failure to do so may result in sanctions.

- **April 11, 2024**: The Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists. See DE 23 section 14.

- **April 15, 2024**: Counter-designations of deposition testimony and objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

- **April 18, 2024**: Objections to counter-designations of deposition testimony and responses to objections to designations of deposition testimony shall be filed.

- **April 22, 2024**: Mediation must be completed. Failure to mediate this case may result in sanctions.

- **April 26, 2024**: Responses to objections to counter-designations of deposition testimony shall be filed. Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. The parties' joint statement of the case is due. The parties' joint trial plan is due. The parties shall file their finalized exhibit list and witness list. The parties' Notice of Intent to Seek Pretrial Adjudication of Deposition Designations, if applicable, is also due. See DE 23 sections 5, 8, 13.

- **April 29, 2024**: The parties' Notice of Remaining Issues that Require Adjudication is due. The parties' joint deposition designation notebook, if applicable, is due. See DE 23 section 13.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of March, 2024.

                                                    ROBIN L. ROSENBERG
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.