| | |
|---|---|
| **From:** | Jason Cloth |
| **To:** | FLSDdb_efile Rosenberg |
| **Cc:** | djonelis@lavelysinger.com |
| **Subject:** | Robert Scot Building Venture LLC et al Jason Cloth et all Case number 9-23-cv-80282-RLR |
| **Date:** | Thursday, April 4, 2024 1:50:25 PM |

**CAUTION - EXTERNAL:**

Good afternoon your Honour,

I'm writing to you in further response to the deadline to notify the court as to whether i will have counsel. I have not been able to find another attorney but I am optimistic that negotiations with Herrick are progressing well and I hope to have them back on the file very soon. While I'm hopeful I do need a little more time.  In my recent discussions with Herrick they have raised concerns about the current trial schedule and I have production commitments out of the country for a good piece of May. I was also made aware that one of my attorneys is an observant Jew and the Passover holiday will cut into his preparation time.    I would please ask the court if it would please consider an adjournment if we file a motion for a continuance?

Thank you in advance,


Jason Cloth | **C2** | Managing Partner, C2 Motion Picture Group | 416-917-5431 |
https://c2motionpictures.com


*Our latest film, Mission Impossible: Dead Reckoning, Part I is now streaming*



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.