**JASON CLOTH**
**20 Stratheden Road**
**Toronto, Ontario M4N 1E3**
**Canada**

April 18, 2024

FILED BY___N̲C̲___ D.C.

APR 2 4 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Judge Robin L. Rosenberg
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, Florida 33401

Re: Robert Scot Building Venture LLC v. Creative Wealth Media Finance, 9:23-cv-80282-RLR

Dear Judge Rosenberg:

As Your Honor is aware, I am a defendant in the referenced action and I have been acting *pro se* without counsel since February 12, 2024, after my attorneys withdrew from the case.

I am FedExing this letter because  pro se parties apparently cannot file documents on the Pacer system according to the clerk's office.

I am attaching a Declaration from William Fried of Herrick Feinstein LLP, which along with Berger Singerman, had been acting as my attorneys in the case.

Unfortunately, as a result of the Canadian bankruptcy filing by my company, Creative Wealth Media Finance Corp., and our studio partner, Bron Studios, and lawsuits against the companies in both Canada and the United States, I was left in a very difficult financial situation and, as a result, was unable to timely pay my attorneys' invoices in this case which caused them to withdraw.

While I feel very strongly that the claims against me personally in this case are not valid, I am not an attorney and I am not in any position to try this case.   While I am working very hard to bring my attorneys back into the case,  as you can see from Mr. Fried's Declaration, he and his firm are concerned that because of the deadlines that have passed and the fast approaching trial date, they would not be able to adequately prepare to try the case (nor would any other law firm in all likelihood).

Therefore, they have advised me that they cannot file a new appearance without additional time to prepare for trial.  In addition, I am scheduled to be out of the country for the Cannes Film Festival from May 15 through May 21.  The Cannes Film Festival is the most critical film festival of the year for my business (film financing) and I regularly attend it.  I am going to the Festival solely for business purposes,  because I am in the process of trying to sell 3 films at the festival.

I am writing to request that Your Honor consider granting a 60 day extension of the deadlines and the trial to allow me to complete my new retainer with Herrick, to allow me to retain counsel, and properly defend myself.  I understand that this request is being made very late, but I have been desperately trying to have my attorneys come back.  Also, this case was filed in February 2023, and there would be little if any harm to the Plaintiff if an extension of time is granted.

Very truly yours,

Jason Cloth

cc: David Jonelis



XS PBIA
FL-US
33401
PRIORITY OVERNIGHT
WED - 24 APR AA
TRK# 8083 6428 2030  0200
PBI

**FedEx** Express.   NEW Package
US Airbill

FedEx Tracking Number   8083 6428 2030

Form ID No.   0200

**1  From**
Date  4/03/24

Sender's Name   Jason GoH

Phone

Company

Address   8400 W Sunset Blvd Suite 405

City   West Hollywood   State  CA   ZIP  90069

**2  Your Internal Billing Reference**   20639-0004

**3  To**
Recipient's Name   Judge Robin E. Rosenberg   Phone

Company

Address   Paul G. Rogers Federal Building

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address   701 Clematis St Courtroom 3

Use this line for the HOLD location address or for continuation of your shipping address.

City   West Palm Beach   State  FL   ZIP  33401

**4  Express Package Service**   * To most locations.
NOTE: Service order has changed. Please select carefully.

Next Business Day

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☑ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**5  Packaging**   * Declared value limit $500.

☑ FedEx Envelope*   ☐ FedEx Pak*

**6  Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express

☑ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies

Does this shipment contain dangerous goods?
One box must be checked.

☑ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7  Payment**   Bill to:

☐ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

Enter FedEx Acct. No. or Credit Card

Total Packages   Total Weight   lbs.

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx S

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A.  SRF

fedex.com 1.800.GoFedEx 1.800.463.3339

8083 6428 2030