UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

ROBERT SCOT BUILDING VENTURE )
LLC and RSBV PATHWAY LLC, )
)
      Plaintiffs, )
)
v. )
)
CREATIVE WEALTH MEDIA FINANCE )
CORP. and JASON CLOTH, )
)
      Defendants. )

## DECLARATION OF WILLIAM R. FRIED

I, **WILLIAM R. FRIED**, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Herrick, Feinstein LLP ("Herrick"), former counsel for Defendant Jason Cloth ("Defendant").

2. As the Court is aware, Herrick and its co-counsel at Berger Singerman LLP ("Berger Singerman") previously represented Defendant in this action but were relieved by the Court as Defendant's counsel on February 12, 2024, as a result of substantial unpaid legal fees (D.E. 71). When granting this application, the Court also ordered a 30 day stay of proceedings, which expired on March 13, 2024 (*Id.*). Since then, Defendant has been appearing *pro se* in this action.

3. Defendant is in the process of fully resolving its legal fee issue and wishes to reengage (i) Herrick as trial counsel in this matter and (ii) Berger Singerman as local counsel.

4. Provided that Defendant resolves its outstanding fees with Herrick and Berger Singerman, Herrick would be willing to re-appear in this matter and represent Defendant at trial, but there are two critical issues that prevent Herrick from appearing in this action: (i) the deadlines contained in the current Order Setting and Resetting Certain Deadlines dated March 20, 2024 (the

HF 17333495v.3

"Scheduling Order," D.E. 79) have either lapsed or will lapse in the coming days and (ii) a jury trial in this action is currently scheduled for May 5, 2024.

5. **Scheduling Order.** Defendant is not a lawyer and has no legal training. As such, Defendant has been unable to meet to the deadlines for several key pre-trial submissions in the complex commercial fraud case, including designation of deposition testimony, exchange of Rule 26(a)(3) witness and exhibit lists, a pretrial stipulation, counter-designations of deposition testimony, and objections to deposition testimony. Similarly, Defendant was not able to prepare the following submissions which are due in the coming days: responses to objections to counter-designations of deposition testimony, jury instructions, proposed findings of fact and conclusions law, a joint statement of the case, joint trial plan, final exhibit and witness lists, and more. (*See* D.E. 79). As such, all of this critical pre-trial work has not even been started. Herrick is more than capable of preparing these submissions efficiently. However, we do not want to presume that we would be given the opportunity to do so, as the Scheduling Order does state that "[e]ven if new counsel is retained, the Court will not reset any expired deadlines." (*Id.*). Accordingly, Herrick, and likely any other law firm, finds itself unable to agree to represent Defendant in trial at which it would be potentially precluded from furnishing these necessary submissions.

6. **Trial Date**. The jury trial in this matter is rapidly approaching. Based on our review of the docket, Defendant is required to be trial ready by May 5, 2024. (D.E. 75). We are unable to prepare ourselves to represent Defendant at trial in less than three weeks. Ethically, we do not believe that we can take on a matter in which we do not believe that our representation would be competent. Given the rapidly approaching trial readiness date, we will not be ready for trial in time. As such, we cannot agree to represent Defendant under the current schedule.

HF 17333495v.3

7. In light of the foregoing, Herrick would be willing and be in a position to re-appear as Defense counsel in this action if all dates in the Scheduling Order and trial are adjourned by at least 60 days from the granting of Defendant's request. This would give Herrick an adequate time to prepare, and would also avoid the conflict of (i) the Cannes Film Festival in mid-May, which is a critical business event for Defendant and (ii) a JAMS arbitration that I am scheduled to conduct in New York on May 30 and 31.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2024

_____
William R. Fried

HF 17333495v.3



FedEx US Airbill
Tracking Number: 8083 6428 2030

**1 From**
Date: 4/23/24
Sender's Name: Jason Cloth
Address: 8430 W. Sunset Blvd., Suite 405
City: West Hollywood  State: CA  ZIP: 90069

**2 Your Internal Billing Reference:** 20692-0504

**3 To**
Recipient's Name: Judge Robin L. Rosenberg
Address: Paul G. Rogers Federal Building
Address: 701 Clematis St., Courtroom 3
City: West Palm Beach  State: FL  ZIP: 33401

**4 Express Package Service** — FedEx Priority Overnight

**5 Packaging** — FedEx Envelope

**6 Special Handling** — No Signature Required; HOLD Weekday

**7 Payment** — Sender

WED - 24 APR AA
PRIORITY OVERNIGHT
XS PBIA
33401 FL-US
PBI