UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                Defendants.

**PLAINTIFF RSBV PATHWAY LLC's NUMBERED LIST OF TRIAL WITNESSES**

In addition to those witnesses listed herein, Plaintiff RSBV Pathway LLC ("Plaintiff") reserves the right to call rebuttal witnesses to the extent necessary. Plaintiff also reserves the right to present video deposition testimony in lieu of live testimony, to the extent that any of the witnesses Plaintiff intends to call live are ultimately unavailable for trial.

    A. **Witnesses Plaintiff Expects to Call Live**

        1. **Robert Harris, individually, and in his capacity as corporate representative for Robert Scot Building Venture LLC and RSBV Pathway LLC**

           Robert Harris
           c/o Plaintiff's Counsel
           Lavely & Singer Professional Corporation
           2049 Century Park East, Suite 2400
           Los Angeles, California 90067

        2. **Kathryn Arnold, Expert Witness**

           Kathryn Arnold
           c/o Plaintiff's Counsel
           Lavely & Singer Professional Corporation

    2049 Century Park East, Suite 2400
    Los Angeles, California 90067

3. **Jason Cloth, individually, and in his capacity as corporate representative for Creative Wealth Media Finance Corp.**

B. **Witnesses Plaintiff May Call Live, if the Need Arises:**

1. **Suraj Maraboyina**

    3909 Hawthorne Avenue, Unit 101
    Dallas, Texas 75219

2. **Sanford ("Sandy") Schmidt**

    Sanford Schmidt
    c/o Daniel A. Hetzel, Esq.
    1 East Wacker Drive, Suite 3400
    Chicago, Illinois 60601

3. **Adam Davids**

    Adam Davids
    Adam Davids Law, PLLC
    80 State Street
    Albany, New York 12207

C. **Witnesses Plaintiff Expects to Present Through Designated Deposition Transcript Testimony**

1. **Aaron Gilbert**

    Aaron Gilbert
    c/o Cameron M. McCord, Esq.
    Jones & Walden, LLC
    699 Piedmont Avenue NE
    Atlanta, Georgia 30308

**D. Witnesses Plaintiffs May Present Through Designated Video Deposition Testimony**

N/A

Dated: April 26, 2024

Respectfully submitted,

/s/ Shalia Sakona
Scott N. Wagner
Fla. Bar No.: 51662
Shalia Sakona
Fla. Bar. No. 107398
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Email: swagner@bilzin.com
Email: eservice@bilzin.com

David B. Jonelis (*pro hac vice*)
Kelsey J. Leeker (*pro hac vice*)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501
Email: djonelis@lavelysinger.com
Email: kleeker@lavelysinger.com

*Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this request via Federal Express and electronic mail upon Mr. Cloth.

*/s/ Shalia Sakona*