UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                Defendants.

**PLAINTIFF'S STATEMENT OF THE CASE**

Plaintiff RSBV Pathway LLC ("RSBVP" or "Plaintiff")[1] hereby submits its Statement of the Case as follows:

This case involves a dispute between a company called RSBV Pathway LLC, which is the Plaintiff in this case, and a man named Jason Cloth, who is the Defendant. A man named Robert Harris, who is not a party to this lawsuit, formed RSBVP Pathway LLC for the sole purpose of loaning approximately six and a half million dollars to Mr. Cloth's company. The money was intended to be used to produce the first season of a show about the NBA draft called *The Pathway*.

Mr. Harris claims that Mr. Cloth made a series of false statements to induce him to invest in *The Pathway*. Most notably, Mr. Harris claims that Mr. Cloth told him that *The Pathway* had

---

[1] Plaintiff's counsel sent the Court's Order Setting and Resetting Deadlines (DE 79) and Scheduling Order (DE 32) to Cloth on April 15, 2024 via email, asking Cloth whether he was able and/or willing to participate in preparing the Joint Statement of the Case, but received no response. Plaintiff's counsel followed up on April 18, 2024, and then sent Cloth the proposed Joint Statement of the Case on April 22, 2024. However, as of the date and time of this filing, Plaintiff's counsel had not received a response from Cloth.

already been "greenlit" for 5 seasons. You will hear expert testimony concerning what the term "greenlit" means in the television industry.

Mr. Harris claims that Mr. Cloth's statements were false, that Mr. Cloth knew they were false when he made them, and that Mr. Cloth made these false statements in order to induce Mr. Harris to invest approximately six and a half million dollars in *The Pathway*.

Mr. Cloth denies that his statements were false at the time he made them.

Dated:  April 26, 2024

                                              Respectfully submitted,

*/s/ Scott N. Wagner*
Scott N. Wagner
Fla. Bar No.: 51662
Shalia Sakona
Fla. Bar No. 107398
**BILZIN SUMBERG BAENA**
      **PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Email: swagner@bilzin.com
Email: eservice@bilzin.com
Email:  ssakona@bilzin.com
Email:  asolis@bilzin.com
Email:  ekravets@bilzin.com

David B. Jonelis (*pro hac vice*)
Kelsey J. Leeker (*pro hac vice*)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501
Email: djonelis@lavelysinger.com
Email: kleeker@lavelysinger.com

*Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this request via Federal Express and electronic mail upon Jason Cloth.

*/s/ Scott N. Wagner*