UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE
LLC & RSBV PATHWAY LLC,

   Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE
CORP. & JASON CLOTH,

   Defendants.
_____/

## NOTICE OF THE COURT'S STATEMENT OF THE CASE

The parties shall be prepared to address at the Calendar Call tomorrow whether they agree with the Court's abbreviated version of the Plaintiffs' statement of the case below.

This is a civil case. To help you follow the evidence, I'll summarize the parties' respective positions. The Plaintiff, RSBV Pathway LLC ("RSBVP"), claims that Defendant, Jason Cloth, made multiple fraudulent misrepresentations made in order to induce Plaintiff RSBVP to loan Cloth's company, Creative Wealth Media Finance Corp. ("CWMF"), over six million dollars for supposed use in connection with a television series called Pathway.

Co-Plaintiff Robert Scot Building Venture LLC ("RSBV") entered into a series of term sheets from July 2019 to May 2020, wherein it loaned Mr. Cloth's company Creative Wealth Media Finance Corp. ("CWMF") monies to finance seven films. In total, RSBV loaned CWMF $6,000,000 for the films. As of the beginning of 2021, RSBV had still not received back any of the money it loaned for the films. However, when RSBV's principal, Robert Harris, requested information pertaining to the status of payment, Plaintiffs allege Mr. Cloth made numerous

misrepresentations in order to assure Mr. Harris not only that payment was forthcoming, but also to induce him to invest monies in an additional project entitled The Pathway. In reliance on these statements made by Cloth, RSBVP invested in Pathway.

Mr. Cloth denies those claims.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of April, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.