UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE
LLC & RSBV PATHWAY LLC,

   Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE
CORP. & JASON CLOTH,

   Defendants.
_____/

## NOTICE OF FILING DEFENDANT JASON CLOTH'S LETTER INFORMING THE COURT THAT HE WILL BE ABSENT FROM TRIAL

Plaintiff RSBV Pathway LLC hereby gives notice of filing a letter received from Defendant Jason Cloth on May 6, 2024, informing the Court that he will not attend the trial commencing in this action on May 7, 2024 at 8:30 AM.

Dated: May 6, 2024

Respectfully submitted,

*/s/ Shalia Sakona*
Scott N. Wagner
Fla. Bar No.: 51662
Shalia Sakona
Fla. Bar No. 107398
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Email: swagner@bilzin.com
Email: eservice@bilzin.com
Email: ssakona@bilzin.com
Email: asolis@bilzin.com
Email: ekravets@bilzin.com

David B. Jonelis (*pro hac vice*)
Kelsey J. Leeker (*pro hac vice*)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501
Email: djonelis@lavelysinger.com
Email: kleeker@lavelysinger.com

*Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this document via electronic mail upon Jason Cloth.

/s/ Shalia Sakona