**JASON CLOTH**
20 Stratheden Road, Toronto, Ontario, Canada M4N 1E3

May 6, 2024

Judge Robin L. Rosenberg
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, Florida 33401

Re: Robert Scot Building Venture LLC v. Creative Wealth Media Finance, 9:23-cv-80282-RLR

Dear Judge Rosenberg,

As Your Honor is aware, I am a defendant in this action.

The trial in the action is scheduled to begin tomorrow. I am respectfully writing to inform the Court that, for the reasons I stated in my letter to the Court dated April 18, 2024, and during the calendar call on May 1, 2024, I am not in a position to defend myself at trial since I am not an attorney and I would not know how to represent myself at the trial. Therefore, I will not be attending the trial.

Very truly yours,

Jason Cloth

cc: David Jonelis