UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                  Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                  Defendants.

**PLAINTIFF'S NOTICE OF INTENT TO SEEK ADJUDICATION OF DEPOSITION DESIGNATIONS: JASON CLOTH**

Plaintiff hereby gives notice of its intent to seek adjudication of the admissibility of the following excerpts from the deposition of Defendant Jason Cloth, taken on September 20, 2023, which is attached as **Exhibit 1**. Plaintiff intends to play video excerpts of this transcript at trial.

Mr. Cloth only informed Plaintiff that he would be absent from trial on May 6, 2024, after the deadline for seeking pretrial adjudication of deposition designations set forth in the Court's Order Setting and Resetting Certain Deadlines (D.E. 79) had passed. Mr. Cloth resides in Canada, beyond the trial subpoena power of this Court, so Plaintiff was unable to compel his attendance.

**Designated Testimony (Page:Line)**

- 11:3-11
- 15:19-16:24
- 17:4-23
- 18:6-19:9

- 20:2-15
- 29:2-9
- 33:22-34:12
- 40:9-19
- 59:16-18
- 61:8-15
- 62:5-8
- 63:5-66:6
- 70:2-73:5
- 77:6-7
- 77:12-24
- 78:6-79:10
- 81:16-83:18
- 85:14-86:20
- 88:21-90:8
- 102:23-104-7
- 105:3-15
- 106:18-109:5
- 110:22-111:6
- 130:14-19
- 131:7-145:11
- 153:4-154:20
- 220:25-221:14
- 212:24-222:2

Dated: May 7, 2024                                                       Respectfully submitted,

      /s/ *Shalia M. Sakona*
Shalia M. Sakona
Florida Bar No. 107398
Scott N. Wagner
Fla. Bar No.: 51662
**BILZIN SUMBERG BAENA**
**PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Email: ssakona@bilzin.com
Email: swagner@bilzin.com
Email: eservice@bilzin.com
Email: asolis@bilzin.com
Email: ekravets@bilzin.com

David B. Jonelis (*pro hac vice*)
Kelsey J. Leeker (*pro hac vice*)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501
Email: djonelis@lavelysinger.com
Email: kleeker@lavelysinger.com

*Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this document via electronic mail upon Jason Cloth.

      /s/ *Shalia Sakona*