UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                Defendants.

**PLAINTIFF'S SECOND CORRECTED[1] NOTICE OF INTENT TO SEEK ADJUDICATION OF DEPOSITION DESIGNATIONS**

Plaintiff, by and through undersigned counsel, seeks pretrial adjudication of the admissibility of the following excerpts from the deposition of Aaron Gilbert taken on December 5, 2023, which is attached as **Exhibit 1**. Plaintiff's counsel and an actor, Ben Sandomir, will read the highlighted excerpts of the transcript into the record at trial.

Mr. Gilbert lives in Canada; accordingly, he is unavailable to testify at trial, pursuant to Federal Rule of Civil Procedure 32(a)(4)(B), as he is located more than 100 miles from the courthouse.

Plaintiff served these designations upon Defendant, Jason Cloth, on April 11, 2024, in accordance with the Court's Order Setting and Resetting Certain Deadlines (D.E. 79). Mr. Cloth

---

[1] This Second Corrected Notice is being filed to include lines that were inadvertently omitted from the prior notices of intent with respect to this deposition. These lines were, however, included in Plaintiff's deposition designations, filed and served upon Defendant Jason Cloth on April 11, 2024.

has not objected to the admission of any of these designations or counter-designated any additional testimony he seeks to present at trial.

**Designated Testimony:**

1. Page 4, Lines 17 through 20;
2. Page 10, Lines 5 through 13;
3. Page 10, Line 22 through Page 11, Line 9;
4. Page 12, Lines 13 through 18;
5. Page 14, Lines 4 through 22;
6. Page 20, Lines 2 through 9;
7. Page 21, Lines 1 through 23;
8. Page 24, Line 15 through Page 25, Line 8;
9. Page 27, Line 2 through Page 28, Line 4;
10. Page 29, Lines 7 through 20;
11. Page 32, Lines 13 through 16;
12. Page 32, Line 19 – Page 33, Line 10;
13. Page 34, Line 5 – Page 35, Line 5;
14. Page 36, Line 9 – Page 38, Line 3;
15. Page 39, Lines e3 through 13;
16. Page 41, Line 16 – Page 42, Line 2;
17. Page 44, Lines 2 through 9;
18. Page 58, Line 22 – Page 59, Line 8;
19. Page 59, Lines 14 through 16;
20. Page 72, Lines 12 through 21;

21. Page 90, Lines 1 through 9;

22. Page 93, Lines 20 through 22;

23. Page 95, Lines 11 through 15;

24. Page 137, line 18 – Page 138, Line 19;

25. Page 140, Line 13 – Page 141, Line 6

26. Page 143, Line 21 – Page 144, Line 4.

Dated: May 7, 2024                                                    Respectfully submitted,


      */s/ Shalia M. Sakona*
      Shalia M. Sakona
      Florida Bar No. 107398
      Scott N. Wagner
      Fla. Bar No.: 51662
      **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
      1450 Brickell Ave., Suite 2300
      Miami, Florida 33131-3456
      Telephone: 305-374-7580
      Email: ssakona@bilzin.com
      Email: swagner@bilzin.com
      Email: eservice@bilzin.com
      Email: asolis@bilzin.com
      Email: ekravets@bilzin.com

      David B. Jonelis (*pro hac vice*)
      Kelsey J. Leeker (*pro hac vice*)
      LAVELY & SINGER
      PROFESSIONAL CORPORATION
      2049 Century Park East, Suite 2400
      Los Angeles, California 90067
      Tel.: (310) 556-3501
      Email: djonelis@lavelysinger.com
      Email: kleeker@lavelysinger.com

      *Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

Case 9:23-cv-80282-RLR   Document 119   Entered on FLSD Docket 05/07/2024   Page 4 of 4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this request via Federal Express and electronic mail upon Jason Cloth.

*/s/ Shalia Sakona*