# EXHIBIT 1

Transcript of the Testimony of:

**AARON GILBERT**

ROBERT SCOT BUILDING VENTURE, LLC, et al.

vs.

CREATIVE WEALTH MEDIA FINANCE CORP., et al.

December 5, 2023

Volume 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-cv-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
And RSBV Pathway LLC,

        Plaintiffs,

  -vs-

CREATIVE WEALTH MEDIA FINANCE CORP;
And JASON CLOTH,

        Defendants.
_____/

REMOTE DEPOSITION OF AARON GILBERT
Volume 1 (Pages 1 - 149)

Tuesday, December 5, 2023
1:03 p.m. - 4:37 p.m.
LOCATION:  Via Zoom
Miami, Florida

Stenographically Reported By:
Theresa Rust, RPR

Job No.: 336517

Aaron Gilbert                                                    December 5, 2023

```
 1    APPEARANCES:
      (All appearances via Zoom.)
 2

 3    On behalf of Plaintiffs Robert Scot Building
      Venture, LLC and RSBV Pathway, LLC:
 4         LAVELY & SINGER
           2049 Century Park East
 5         Suite 2400
           Los Angeles, California 90067
 6         (310) 556-3501
           BY: KELSEY J. LEEKER, ESQUIRE
 7         kleeker@lavelysinger.com

 8    On behalf of Defendant Jason Cloth:
           HERRICK, FEINSTEIN LLP
 9         Two Park Avenue
           New York, New York 10016
10         (212) 592-1400
           BY: SAMUEL J. BAZIAN, ESQUIRE
11         sbazian@herrick.com

12    On behalf of Aaron Gilbert:
           JONES & WALDEN, LLC
13         699 Piedmont Avenue NE
           Atlanta, Georgia 30308
14         (404) 564-9301
           BY: CAMERON M. MCCORD, ESQUIRE
15         cmccord@joneswalden.com

16    ALSO PRESENT:
           ADAM DAVIDS
17         ROBERT HARRIS

18

19

20

21

22

23

24

25
```

Aaron Gilbert                                                    December 5, 2023

```
 1                    INDEX OF PROCEEDINGS
       WITNESS                                        PAGE
 2     AARON GILBERT

 3     DIRECT EXAMINATION BY MS. LEEKER                  4
       CROSS-EXAMINATION BY MR. BAZIAN                  96
 4     REDIRECT EXAMINATION BY MS. LEEKER              137
       CERTIFICATE OF OATH                             145
 5     CERTIFICATE OF REPORTER                         146
       LETTER TO WITNESS                               147
 6     ERRATA SHEET                                    148

 7
                           EXHIBITS
 8     EXHIBIT           DESCRIPTION                   PAGE

 9     1          Complaint nature of action             19

10     2          E-mail 2.24.21                         26

11     3          E-mail 2.24.21                         28

12     4          E-mail. 5.13.21                        40

13     5          E-mail 5.12.21                         46

14     6          E-mail 5.18.22                         49

15     7          E-mail 6.16.22                         65

16     8          Payoff letter 6.23.21                  78

17     CW-1        Bates CW2596 - CW2616               115

18     CW-2        Bates CW7657 - 7671                 121

19     CW-3        Bates CW8493 - 8501                 123

20     CW-4        Bates CW8296 - 8297                 131

21                 (Exhibits CW-1 through CW-4 were
                   retained by counsel.)
22

23

24

25
```

Aaron Gilbert                                          December 5, 2023

1   Thereupon, the following proceedings began via Zoom

2   at 1:03 p.m.:

3            THE STENOGRAPHER:  Raise your right hand,

4        please.

5            Do you swear that the testimony you are

6        about to give will be the truth, the whole

7        truth, and nothing but the truth?

8            THE WITNESS:  I do.

9            THE STENOGRAPHER:  Thank you.

10  THEREUPON:

11                    AARON GILBERT

12  Was called as a witness and, having been first duly

13  sworn and responding "I do," was examined and

14  testified as follows:

15                  DIRECT EXAMINATION

16  BY MS. LEEKER:

17       Q.   Would you please state and spell your full

18  name for the record.

19       A.   Aaron L. Gilbert, A-a-r-o-n, L, or Lyon is

20  the middle name, L-y-o-n, Gilbert, G-i-l-b-e-r-t.

21       Q.   Have you ever had your deposition taken

22  before, Mr. Gilbert?

23       A.   I have.

24       Q.   How many times?

25       A.   Probably four or five.

Aaron Gilbert                                                    December 5, 2023

```
 1        Q.   And when was the most recent time you've
 2   had your deposition taken?
 3        A.   Last September in Ontario.
 4        Q.   What was the nature of that deposition?
 5        A.   It was another case regarding Creative
 6   Wealth.
 7        Q.   And Creative Wealth was the defendant in
 8   that action?
 9        A.   Correct.
10        Q.   And what about the time before that, when
11   was it and what was the nature of the action?
12        A.   It was -- I'm not sure how that's relevant,
13   but that was -- it was regarding a securities
14   commission issue, which I don't think I'm able to
15   talk about, but it was also involving Creative
16   Wealth.
17        Q.   When approximately was that?
18        A.   That was earlier this -- that was last year
19   February, I think it was.  February or March.  Don't
20   hold me to that, but it was last year.
21        Q.   Okay.  And so that was the last two times.
22        What about the time before that, when was it and
23   what was the nature?
24        A.   I'm not sure.  I'm not even sure at this
25   time.
```

1      Q.   Okay.  So there was about approximately

2   other two or three additional depositions; is that

3   right?

4      A.   Uh-huh.  It was all around Creative Wealth

5   related stuff.

6      Q.   So each time you were deposed, it's

7   involved Creative Wealth; is that right?

8      A.   Yes.

9      Q.   Okay.  And would you -- is it safe to say

10  that each time you've been deposed, it's been within

11  the last five years, approximately?

12     A.   Yeah.  There was another issue with an old

13  company that I was involved in many years ago that I

14  had deposed -- I was deposed on that, but it's

15  nothing to do with this matter.  Very separate.

16          MS. MCCORD:  This is Cameron McCord for

17      Aaron Gilbert.

18          I understand you want to make sure he knows

19      how his deposition is going to be taken and what

20      the process is, but, you know, we were informed

21      that this deposition is solely about the issues

22      in this lawsuit.  So I don't think that there's

23      any reason to go into the background, other than

24      does he know how a deposition works.

25          MS. LEEKER:  Right.  These are just

Aaron Gilbert                                    December 5, 2023

```
 1        standard.  I just want to know, how he -- if
 2        he's --
 3             THE WITNESS:  If it's standard --
 4             MS. LEEKER:  I'm not asking details --
 5             THE WITNESS:  I've never been asked these
 6        type of questions before.  So if they're
 7        standard, they're newly standard because I've
 8        never had them asked to me before.
 9   BY MS. LEEKER:
10        Q.   Okay.  It's going to be a pretty quick
11   deposition.  Just let me get through the questions.
12        A.   You got it.
13        Q.   Okay.  So, obviously, I know you've been
14   deposed before.  I'm going to say just a couple of
15   things.
16        My name is Kelsey Leeker.  I represent the
17   plaintiffs in this action, which is Robert Scot
18   Building Venture, LLC and RSBV Pathway, LLC.
19        And, you know, as I'm asking you questions here
20   today, you know, there's a transcript being made.
21   It's happened a couple of times already, but I'm
22   going to try my best not to talk over you.  If you
23   could also do the same for me, to make it as easy as
24   possible for our court reporter, Theresa, today, that
25   would be great.
```

1       Do you understand -- do you understand that so
2  far?
3       A.   I do.   Thank you.
4       Q.   Okay.   The testimony that you are giving
5  here today is under oath, as if you are sitting in a
6  courtroom, and everything that you're saying is under
7  the penalty of perjury.   Do you understand that?
8       A.   I do.
9       Q.   And if at any time today you would like to
10 take a break or your counsel would like to take a
11 break, please just ask.   As long as there's no
12 question pending, we can take a break at any time.
13      Do you understand?
14      A.   Okay.
15      Q.   And as you know, there's no videographer
16 today, and so we'll need to take a record of this.
17 So anything that you nod or shake your head won't be
18 recorded.   So if you could just verbalize your
19 responses to all my questions, that would be great.
20      Do you understand that?
21      A.   Understood.
22      Q.   Okay.   Are you suffering from any medical
23 or psychological conditions today that could prevent
24 you from giving testimony here?
25      A.   No.

1    Q.   And have you taken any prescription or

2    nonprescription medication in the last 24 hours that

3    could prevent you from giving lucid testimony?

4    A.   No.

5    Q.   Did you review any documents in preparation

6    for your deposition today?

7    A.   No.

8    Q.   Did you speak with anyone in preparation

9    for your testimony here today?

10   A.   My counsel, Cam and Adam, just to know

11   exactly which projects we're speaking of.

12   Q.   Thank you.  That's another thing I would

13   like to say.  I don't need any -- I don't want any

14   information about communications with your attorney.

15   Your attorney will likely object today if I ask for

16   anything that might get even close to communications

17   you've had with your attorney.

18   But don't give me any privileged communications

19   that you've had with your attorney.  Do you

20   understand?

21   A.   The answer would be no then.  If my answers

22   are not part of that, then no, I haven't spoken to

23   someone else.

24   Q.   Well, the answer is yes, you spoke to

25   someone, but you spoke to your attorney, and then you

Aaron Gilbert                                          December 5, 2023

1    don't need to give me any information on the

2    substance, though.

3         A.   All right.

4         Q.   Thank you very much.

5         So Mr. Gilbert, what do you do for a living?

6         A.   Right now, I'm functioning as an advisor

7    and consultant in the entertainment space, but I

8    previously ran a studio called BRON for almost 14

9    years, which was a company active in the film TV

10   animation gaming world.

11        Q.   And the parent entity is BRON Media Corp.;

12   is that right?

13        A.   That's right.

14        Q.   And then when you say BRON, are you

15   referring to BRON Media Corp., just in general or all

16   of the subentities?

17        A.   I think all of the subentities.  It's like

18   a -- I have -- I had a role across all the BRON group

19   of companies.

20        Q.   Okay.  So what is the difference -- so

21   let's go through a couple of them.

22        What is BRON Studios?  What was the role of BRON

23   Studios?

24        A.   BRON Studios was our main company, main

25   brand, main company that was the producer of film and

Aaron Gilbert                                           December 5, 2023

1   television.

2       Q.   And what was your role at BRON Studios

3   specifically?

4       A.   I was a CEO of the company and also a

5   producer on most of the BRON Studios' related

6   projects up until the last few years, just because I

7   ended up bringing other people to do that because I

8   couldn't put that time in.  But I was the producer

9   for many years, then oversaw the group thereafter.

10      Q.   And separately, what is BRON Digital?

11      A.   BRON Digital was an arm of the company

12  launched in the spring of 2020 amidst COVID as an

13  answer to our BRON Animation Group not able to

14  function at the time because all of our staff was not

15  able to come into the facilities.

16      So we ended up building a digital arm of BRON

17  Digital, which was a remote staff using a new

18  technology called Underline.  So BRON Digital was a

19  production company, a producer digital animation and

20  gaming assets.

21      Q.   And is there a third entity under that BRON

22  umbrella?  Was it the BRON Digital that you just

23  mentioned or BRON Animation?

24      A.   There's a few.  There's also BRON Ventures.

25  BRON Ventures was a company that held our interest in

Aaron Gilbert                                    December 5, 2023

```
 1   a number of other companies that we had a
 2   participation in one, and there's another company
 3   called BRON Releasing, which was the sales arm of the
 4   company.
 5        And then there's other kind of hold cos for
 6   rights and other across the group of companies, but
 7   the main operating companies were BRON Studios, BRON
 8   Digital, BRON Releasing, and BRON Ventures.
 9        Q.   Thank you.  Just so kind of close the loop
10   on this, is it okay if I refer generally to this
11   group of entities as BRON?
12        A.   Yes.
13        Q.   Okay.  And you cofounded BRON in 2010; is
14   that right?
15        A.   That's correct.
16        Q.   Who is your cofounder?
17        A.   My wife and partner, Brenda, Brenda
18   Gilbert.
19        Q.   Is she still involved in BRON?
20        A.   No.  There's nobody involved in BRON right
21   now.  The company has no staff.
22        Q.   Thank you.  That's a great clarification.
23        So when did BRON -- well, why?  Why is BRON no
24   longer -- does it not have staff anymore?
25        A.   Well, we went into bankruptcy protection in
```

Aaron Gilbert                                        December 5, 2023

```
1    July of this year and had a what's called a DIP
2    lender that was on board with us to cover the cost
3    associated with that process, i.e. of working through
4    what became a sales process of all the assets of the
5    company.  We got rid of almost everybody in the
6    company, aside from a few individuals.
7         After the first few weeks, several weeks of
8    that, we got rid of almost everybody in the company,
9    except for those who were helping to deliver and
10   finish shows, complete productions, et cetera, but
11   the rest of the team was let go.  And then eventually
12   it just became evident that we had to let everybody
13   go from BRON because of how the Court hearings were
14   going.
15        So there's technically nobody working at BRON
16   right now, and there's a half dozen contractors that
17   to help with delivery of content and cleaning up and
18   moving assets, but technically there's nobody
19   employed by BRON right now.
20        Q.   So anyone that's working with BRON is
21   technically classified as a contractor; is that
22   right?
23        A.   Correct.  And hired by a third-party, not
24   by BRON.
25        Q.   So from --
```

Aaron Gilbert                                        December 5, 2023

1       A.   Or paid for by a third-party.  Not by BRON.

2  Excuse me.

3       Q.   I understand.  Thank you.

4       So from 2010 to approximately July of in year

5  when BRON entered bankruptcy, what was your title at

6  BRON?

7       A.   I was the CEO.

8       Q.   And what was your -- you've touched on this

9  a little bit, but what was your day-to-day role at

10  BRON?

11       A.   That would change every day.  But I oversaw

12  production.  I oversaw the team in production.  I

13  oversaw the team in sales.  I oversaw the team in

14  venture companies.  I oversaw the finance group.  I

15  oversaw every aspect of the company.

16       There's various level of people that would

17  report to me from business affairs to corporate

18  people to HR to marketing and so on.  So I was

19  leading -- I led the company, the group of companies.

20  I have obviously a lot of team members supporting

21  that, but I oversaw the group of companies, the

22  entirety of the company's existence.

23       Q.   And what did you do prior to 2010 for a

24  living?

25       A.   Prior to 2010 I ran another company, music

1    company.  I was in music licensing company for a

2    number of years, and before that I worked in talent

3    management and music publishing for a long time.

4         Q.   What was the name of the music company?

5         A.   BOXX Entertainment.

6         Q.   And what entity are you working through

7    now, if any, in your advisory capacity?

8         A.   None.  Just myself.

9         Q.   What is Epic Studios?

10        A.   Epic Studios or Epic Story Media, just to

11   be clear?

12        Q.   Well, let's do both.  Start with Epic

13   Studios.

14        A.   Epic Studios is a third-party company that

15   creates and owns and manages what's called the

16   Underline engine.  They're the owners of Fortnite and

17   the producers behind it, and it's a massive local

18   company.  About a quarter billion people play their

19   game everyone month.  So that's Epic Studios.

20        Epic Story Media is a company led by Ken Faier

21   that BRON Ventures had an interest in.  We owned 25

22   percent of the company and was on of the companies

23   that we had interest in.  Toronto-based family

24   entertainment company.

25        Q.   Does Epic Studios have any affiliation with

1   Creative Wealth?

2        A.   No.

3        Q.   What's the other company?

4        A.   Epic Story Media.

5        Q.   Does Epic Story Media have any affiliation

6   with Creative Wealth?

7        A.   No.  Not correctly, no.  They have -- they

8   were financiers.  Creative Wealth Media Finance were

9   involved as financiers on two properties that Epic

10  Story Media was producing.  One is called Hailey the

11  Hero Hearts, one is called Bubbles Hotel.  So the

12  Creative Wealth has a direct deal with them as a

13  financier, but they're not involved with the company

14  corporately.  Then BRON had its interest in the

15  company corporately.

16       Q.   Where is Epic Story Media located?

17       A.   They're in Toronto.

18       Q.   Do you know the address, specifically?

19       A.   They're actually inside the Creative Wealth

20  offices.  They rented space there from Creative

21  Wealth for the last several years.  I'm not privy to

22  whatever the deal they had between -- what that was.

23  Like me, I don't know how they worked that out or who

24  paid for what, but they did sublease within Creative

25  Wealth in Toronto.

1    Q.   But the only affiliation was the

2    subleasing.  There wasn't any -- and the financing of

3    the projects; is that right?

4         A.   That's correct.

5         Q.   There's no overlap in the corporate

6    structure?

7         A.   No.  Correct.

8         Q.   Okay.  Are you an officer of Creative

9    Wealth?

10        A.   No.

11        Q.   Are you a director of Creative Wealth?

12        A.   No.

13        Q.   Do you have any role at Creative Wealth, at

14   all?

15        A.   No.

16        Q.   Okay.  I'm going to bring up the first

17   document.  What I'm going to do to show you these

18   documents to start because I'm going to share my

19   screen, if that doesn't work or if that's clunky, we

20   can find a different way to do it.

21        I did e-mail the document, as I'd like you to

22   review it, but this has worked for me in the past for

23   Zoom depositions.  So we'll try this first.

24        Okay.  Let me know if you can see it?

25        A.   Yes.

1    Q.   And once you've had a chance to take a

2  look.  And at any time you want me to scroll, switch

3  pages, zoom, not zoom, just let me know.

4    A.   You can scroll down.  Is there something

5  specific you want me to look to?

6    Q.   Well, first I want to ask you have you ever

7  seen this document?

8    A.   No.

9    Q.   Okay.  Can you tell me what it is, just

10  from looking at it?  Have you seen a complaint, a

11  civil complaint before?

12    A.   I have.  Yeah.  I'm familiar with what it

13  is.

14    Q.   Okay.  So this document says United States

15  District Court Southern District of Florida.  Robert

16  Scot Building Venture LLC and RSBV Pathway versus

17  Creative Wealth Media Finance, Corp. and Jason Cloth.

18    Are you aware that my clients, Robert Scot

19  Building Venture and RSBV Pathway filed a lawsuit

20  against Creative Wealth?

21    A.   I knew Robert did.  I didn't know under

22  what company names.  Now I'm seeing that, but I knew

23  Robert had done so.  Yes.

24    Q.   Are you generally familiar with the

25  allegations that my clients have against Creative

Aaron Gilbert                                    December 5, 2023

1    Wealth and Jason Cloth?

2         A.   I think high level.  Yeah.  I know what

3    they're talking about with Robert and his colleague,

4    Sandy, both the various discussions they had, let's

5    just say, with Jason and CW.  I don't think I would

6    know everything that's being alleged, but I'm

7    definitely in the know of, sort of, the scenario

8    here.  Yes.

9         Q.   Okay.  Thank you.

10             MS. LEEKER:  So Madam Court Reporter, I'm

11        going to go ahead and mark this document as

12        Exhibit 1 for the deposition.  And then I will

13        e-mail you these after, but for now the

14        complaint will be marked as Exhibit 1.

15             (Exhibit 1 was marked.)

16   BY MS. LEEKER:

17        Q.   So just for the sake of clarity, when I

18   refer to Creative Wealth or CW, is it okay and do you

19   understand that to mean Creative Wealth Media

20   Finance, Corp.?

21        A.   Sure.

22        Q.   So unless I specify a different entity,

23   that's going to be the entity that I'm referring to.

24   Okay?

25        A.   Yes.

Aaron Gilbert                                    December 5, 2023

1       Q.   Okay.  So we're going to go to -- well, you

2   know what, first, actually, do you personally know an

3   individual by the name of Jason Cloth?

4       A.   I do.

5       Q.   And when was the first time that you met

6   Mr. Cloth?

7       A.   I think it was around -- I don't know

8   exactly, but I think it was around 2014, around

9   there.

10      Q.   This actually brings me to another point.

11  I know that you've been deposed before.  But I would

12  like to reiterate that I never want you to guess.  If

13  I ask you a question and you don't know the answer, I

14  don't know is a perfectly okay answer.

15      I will say that I am entitled to your best

16  estimate, so in the sense that you just told me, you

17  know, I'm not sure, but I would estimate that we

18  first met in 2014, that's a perfectly okay answer.

19  But as long as there's, you know -- it's an educated

20  estimate and not just a guess.

21      Do you understand that?

22      A.   Uh-huh.

23      Q.   Okay.  Thank you.  So you first met Jason

24  Cloth in approximately 2014; is that right?

25      A.   Yes.

Aaron Gilbert                                                                    December 5, 2023

1        Q.    And in what context did you meet?

2        A.    Introduced through a mutual friend, a

3   lawyer, that had done some work with Jason, and

4   introduced as Jason being somebody who was interested

5   to get involved in the film business as a financier.

6        Q.    And what was that lawyer's name?

7        A.    Chris Taylor.

8        Q.    And did you meet in person, over the phone,

9   over e-mail?

10       A.    First time we met was by phone.  Yeah.

11       Q.    And after you first met, what was the

12  nature of your relationship going forward?  Did you

13  go into business together?

14       A.    Not immediately.  We started talking

15  through projects and opportunities, and I think at

16  some point in time after some dialogue, Jason

17  committed to get involved with his first project with

18  us, and that first project, we got to a second and a

19  third and so on.  Yeah.

20       Q.    And approximately what year would you say

21  was it when Jason Cloth first got involved with one

22  of your projects?

23       A.    It would have been 2014.

24       Q.    Okay.  And are you familiar with the person

25  named Robert Harris?

Aaron Gilbert                                        December 5, 2023

1        A.   I am, yes.

2        Q.   And when did you first become acquainted

3   with Robert Harris?

4        A.   Let me think about that for a second.

5   Probably would have been probably 2021, I would

6   guess.  And forgive me, I'm not 100 percent sure, but

7   I would have met him -- I think it would have been

8   2021.  Yeah.

9        Q.   Approximately 2021.  And how did you first

10  meet Robert Harris?

11       A.   He reached out to me with his colleague

12  Sandy Schmidt to talk to me about what was going on

13  with the investments they had made through Creative

14  Wealth.  They were having trouble getting some

15  answers, and we're hoping I could help them.

16       Q.   So at the time that you first came in

17  contact with Robert Harris, he had already invested

18  money with Creative Wealth; is that right?

19       A.   Yes.

20       Q.   Okay.  And on that initial call, was Jason

21  Cloth on the call, as well, or just Robert Harris and

22  Sandy Schmidt?

23       A.   Just Robert and Sandy.  I've never been on

24  a call with Robert and Jason.

25       Q.   Have you ever been on a call with Robert

1   Harris, Jason Cloth, and other people, and other

2   additional people?

3        A.   Not that I can recall.

4        Q.   After that initial call with Robert Harris

5   and Sandy Schmidt, how many times, if you can say,

6   how many times have you spoken to Robert Harris on

7   the phone?

8        A.   I would guess maybe three to five times.  I

9   don't recall exactly.  We've met in person one time

10  in Los Angeles, as well.  He and Sandy visited me at

11  my offices.

12       Q.   Thank you.

13       So I'd like to go to page 9 of the complaint,

14  which was marked as Exhibit 1.  I'd like to direct

15  your attention to paragraph 59, and I'm going to go

16  ahead and just read this into the record.

17       Paragraph 59 of the complaint states, on or

18  around February 24, 2021, defendant Cloth made the

19  following written representations to Harris, the

20  principal of RSBVP:  one, that the Fables loans,

21  Bubbles loans, and HHH loans would be repaid, quote,

22  worst-case scenario, by the third quarter of 2021;

23  two, that there was zero risk associated with the

24  Fables loans, Bubbles loans, and HHH loans; and

25  three, that the MM loan would be repaid by, quote,

Aaron Gilbert                                          December 5, 2023

```
 1   late summer of 2021 at the latest.  Do you see that?
 2        A.    I do.
 3        Q.    Is it okay -- well, do you understand HHH
 4   to mean Hayley and the Hero Hearts?
 5        A.    I do.
 6        Q.    Okay.  And do you understand MM to mean
 7   Monkey Man?
 8        A.    Say it again, pardon me.
 9        Q.    Do you understand MM to stand for Monkey
10   Man?
11        A.    I do.
12        Q.    Okay.  So it won't be confusing if I refer
13   to those sometimes as HHH and sometimes MM?
14        A.    That's fine.
15        Q.    Okay.  What role did BRON play in these
16   three projects:  Fables, Bubbles, and Hayley and the
17   Hero Hearts?
18        A.    Different role.  We talked about it
19   earlier.  Bubbles and Hayley and the Hero Hearts were
20   Epic Story Media productions that they were the
21   producer of, and BRON was playing more of an exec
22   producer/seller role with them; whereas, Fables, we
23   were the producer of it and also oversaw, you know,
24   everything to do with CP, consumer products and
25   sales, et cetera.
```

Aaron Gilbert                                          December 5, 2023

1       So Fables was through our company, BRON Digital,

2   that was launched in spring of 2020.   And the other

3   two were Epic Story Media projects.

4       Q.   So you said -- okay.   So Bubbles and HHH

5   were Epic and Fables was BRON.

6       What about Monkey Man?   What was BRON's role

7   with Monkey Man?

8       A.   BRON was the producer of Monkey Man.

9       Q.   And then going back to paragraph 59, just

10  reading that paragraph, were you aware that my

11  clients allege that Jason Cloth made these statements

12  to Robert Harris?

13      A.   No, I was not.   And I don't understand them

14  because those -- all of those shows, except from

15  Monkey Man, were still in production.   So I'm not

16  sure how they would have delivered and earned money

17  in that timeline.   They were all still in production

18  in '21.

19      Q.   Okay.   Thank you.   We'll get to the context

20  of those statements in just a moment.   I'm going to

21  stop sharing my screen for one moment.   I'm going to

22  pull up this second document.   Okay.

23      Let me know once you've had a chance to review

24  this document .  Let me blow it up a little bit.

25  There we go.

Aaron Gilbert                                          December 5, 2023

1        A.    Yes.  I see it.

2        Q.    Have you ever seen this document before?

3        A.    No.

4        Q.    It looks -- well, so the top is dated

5    February 24, 2021.  It's an e-mail communication from

6    Jason Cloth to Robert Harris.  Do you see that?

7        A.    I do.

8        Q.    The bottom e-mail states, hi, Jason, can

9    you tell me the expected payout dates for the

10   following?  Give me worst case.  And then it lists

11   Fables, Hayley and the Hero Hearts, Bubbles.  Says

12   thanks, Robert Harris.  Do you see that?

13       A.    Yes.

14       Q.    Okay.  And then Jason Cloth responds, worst

15   case, third Q 2021.  Do you see that?

16       A.    I do.

17       Q.    Okay.  Were you aware that will Jason Cloth

18   represented that the payout dates for Fables, Hayley

19   and the Hero Hearts, and Bubbles would happen by the

20   third quarter of 2021?

21       A.    No.

22             MS. LEEKER:  Before we continue, Madam

23       Court Reporter, I would like to mark this as

24       Exhibit 2, if we can.

25             (Exhibit 2 was marked.)

Aaron Gilbert                                          December 5, 2023

```
1    BY MS. LEEKER:

2         Q.    Did you at any time prior to February 24,

3    2021, tell Jason Cloth that the expected payout dates

4    for Fables, Hayley and the Hero Hearts, and Bubbles

5    would happen by the third quarter of 2021?

6         A.    No.

7         Q.    Are you aware of anyone at BRON ever

8    stating that the expected payout dates for Fables,

9    HHH, and Bubbles would happen by the third quarter of

10   2021?

11        A.    I'm not.

12        Q.    And why is it that you would not have said

13   that?

14        A.    Because those shows were still in

15   production at that time.  So the sales process

16   wouldn't have started.

17        Q.    And I do not have film experience and the

18   TV experience that you have.  You'll have to explain

19   it to me, but why would that mean that the payout

20   dates could not be in the third quarter of 2021?

21        A.    These were projects that were funded

22   outside of a broadcaster distribution partner.  They

23   were funded with private capital.  So in order to go

24   to market to sell, you have to have the projects at a

25   certain level of maturity.  You have to be able to
```

Aaron Gilbert                                        December 5, 2023

1  present them and either show a segment of the movie

2  or hopefully show the whole movie or series or some

3  sort of promotional materials.  But none of those

4  projects were at that place at that time.

5      Q.   Pull up another document.  Let me know once

6  you've reviewed it.  I'll start at the bottom and

7  scroll up and give you a chance.

8      If you can see the first e-mail in this chain is

9  the same one as the last chain.  Let me know once you

10 have reviewed.

11     A.   Yes.

12          MS. LEEKER:  Okay.  So this is an e-mail

13      chain dated the same date, February 24, 2021,

14      between Robert Harris and Jason Cloth.

15          I'd like to go ahead and mark this document

16      as Exhibit 3.

17          (Exhibit 3 was marked.)

18 BY MS. LEEKER:

19     Q.   So at 11:28 at the bottom of this page with

20 Bates number 1675, Jason Cloth says, at this point,

21 given what I'm seeing and hearing -- well, let's

22 start.

23     At 11:28, Robert Harris says, would you say

24 there is zero risk on these projects?  Do you see

25 where it says that?  It's a little bit smooshed?

Aaron Gilbert                                           December 5, 2023

```
1        A.    Yes.
2        Q.    And in response, Jason Cloth states at
3   11:30 a.m., at this point, given what I'm seeing and
4   hearing, zero.  And I don't say that lightly to you.
5        Do you see that?
6        A.    I do.
7        Q.    Did you at any time before February 24,
8   2021, tell Jason Cloth that investing in Fables, HHH,
9   and Bubbles had, quote, zero risk?
10       A.    Never.
11       Q.    Are you aware of anyone at BRON ever
12  stating that investing in Fables, HHH, and Bubbles
13  would be, quote, zero risk?
14       A.    No one said that.
15       Q.    Would you -- why would you have not -- why
16  are you so sure you wouldn't have said that?
17       A.    Because there's no such thing as zero risk,
18  and those projects were in production and the sales
19  process -- actually, we're talking just about
20  Fatherhood and Monkey Man, right now?
21       Q.    No.  If you go to the bottom, this is about
22  Fables, Hayley and the Hero Hearts, and Bubbles.
23       A.    Okay.  I see fatherhood mentioned.  I
24  didn't realize that, and I'm not sure how Robert was
25  involved in Fatherhood.  Is he an investor in that
```

1   film, as well?

2       Q.   So you'll see that is later on in the

3   discussion.  When he says -- when Jason Cloth states,

4   given what I've been seeing and hearing, zero, that's

5   at 11:30.

6       And then after that, Robert Harris says, and

7   when do you expect Fatherhood and Monkey Man to pay

8   out?  You'll see the response to that, as well.

9       So just when he says zero risk, we're just

10  talking about HHH, Bubbles, and Fables.  Do you see

11  that?

12      A.   Yes.  That would never have been said by

13  anybody in my group.

14      Q.   And why is that?

15      A.   Because as I said, there's no such thing as

16  zero risk, and those projects were just starting the

17  sales process, or maybe not even at that point in

18  time, and very, very difficult to market during

19  COVID, so we never would have said that.  Nor would

20  we even in a non-COVID world, you know.

21      Q.   Okay.  And then as you pointed out, further

22  in that conversation, Robert Harris asks, and when do

23  you expect Fatherhood and Monkey Man to pay out?  Do

24  you see that?

25      A.   I do.

Aaron Gilbert                                          December 5, 2023

1      Q.    Fatherhood is not involved in this

2   litigation, but Monkey Man is, just for your

3   information.

4      And so then Jason Cloth, at 11:50, replies

5   Monkey Man late summer or sooner.  Do you see that?

6      A.    I do.

7      Q.    Did you at any time before February 24,

8   2021 tell Jason Cloth that Monkey Man would pay out

9   in late summer of 2021?

10      A.    Probably and it did.  I think it paid out

11   in August of 2021, I believe, but I would have to

12   double-check the date.  But I believe it was August

13   2021 that Monkey Man paid out.

14      Q.    Why is Monkey Man different than these

15   other projects?

16      A.    It was a different project.  It was sold.

17   It had already been sold to Netflix and had a sales

18   meeting and that was made, and we were financing the

19   Netflix sale.  That's what we were putting in place

20   at the facility to bring forward the money from the

21   Monkey Man sale.  And the film itself has

22   unfortunately taken forever to get delivered.  It's

23   not done yet, and it's being literally delivered like

24   now.  I think this month.

25      But at that time, the sales were made, and we

Aaron Gilbert                                          December 5, 2023

```
 1  could bring forward the sales.  And as I said, I
 2  believe it was August of 2021 when Creative Wealth
 3  was -- was paid all the monies that they had put
 4  through, and Jason had signed off on that.  There's
 5  documentation to show that.
 6       Q.   So in other words, Monkey Man was further
 7  along in the production than the other three projects
 8  that we're just discussing.
 9       A.   Yes.  Or not further along.  It had a sale
10  made, and the sale was able to be funded.
11       Q.   You're talking about the sale to Netflix?
12       A.   Correct.
13       Q.   And for Fables, Haley and the Hero Hearts,
14  and Bubbles, there had been no sale yet; is that
15  right?
16       A.   That's correct.
17       Q.   Okay.  I'm going to take this off the
18  screen.
19       Mr. Gilbert, are you familiar with the term
20  green lit or green light?
21       A.   Yes.
22       Q.   What does the term green lit mean to you in
23  the context of the film and television industry?
24       A.   Essentially, just means like once all the
25  different pieces of a value stack on a production are
```

Aaron Gilbert                                          December 5, 2023

1   signed off.  So in other words, like once the

2   creative plan, the production plan, the key

3   executives, the financing, once everything is sort of

4   agreed and approved, then you would get a green

5   light.  In other words, just an approval to move

6   towards closing and go make your show.

7        So green light would be all the different

8   aspects of a departments around a show signing off

9   that they're prepared and happy to go forward.

10  That's what green light would be.

11       Q.   And who green lights a show, typically?

12       A.    Well, there's two sides of it.  Internally

13  at BRON, we would, you know, have a process where VA

14  would sign off or creative team would sign off or

15  finance group would sign off, and I would have to

16  sign off, and our sales group would have to sign off.

17       Ultimately, if it was something that Creative

18  Wealth was involved in, project would go to them and

19  they would also have to sign off.  And over the

20  years, it happened a few times that Creative Wealth

21  didn't want to move forward on a project.  But,

22  usually, once we had done all the work internally at

23  BRON and submitted it, it was approved very often.

24       But technically it wasn't officially green lit

25  until -- if CW was involved in that particular show,

Aaron Gilbert                                                    December 5, 2023

1   until they also approved going forward.

2        Q.    Because Creative Wealth was financing the

3   project; is that right?

4        A.    That's correct.

5        Q.    So is it different when a television

6   project is green lit from when a motion picture is

7   green lit?

8        A.    No.  Technically, it's -- if it's green

9   lit, meaning the approved license are in place and

10  sales and broadcast rates are in place, you know,

11  same premise is involved.  Like from VA marketing,

12  Creative is to sign off, and then a financing plan,

13  whether that's coming through TV broadcaster or

14  streamer or whether it's coming through private

15  money, all that has to get signed off.

16       There's no difference in a green light process

17  from one to the other.  You need to check all those

18  boxes before you go forward.

19       Q.    And in the context of a television show, is

20  a -- is it correct to say that a TV show is green lit

21  for a set number of seasons or for a season?

22       A.    It could happen, if that was a commitment

23  from a broadcaster.  If a broadcaster made a two-year

24  or three-year commitment, that could absolutely

25  happen.  Yes.

Aaron Gilbert                                           December 5, 2023

1        Q.    What's an example of a broadcaster?

2        A.    HBO, Netflix, ABC, NBC, anybody.  Anyone
3    like that.  A streamer or broadcaster in any of those
4    instances, they could green light something for
5    multiple seasons.  Yes.

6        Q.    Have you ever had a television show be
7    green lit for more than one season prior to it being
8    made?

9        A.    Yes.

10       Q.    How many seasons?

11       A.    Two.  And that was for a dramatic series
12   that we did in partnership with European countries.

13       Q.    What was the series called?

14       A.    It was called Kin, K-i-n.

15       Q.    Have you had any other instances where a
16   television show was green lit for more than one
17   season?

18       A.    Not directly, no.

19       Q.    And what were the circumstances surrounding
20   Kin's -- what was the circumstances that led to Kin
21   being green lit for more than one season?

22       A.    We had a big cast together, including a big
23   star, Charlie Cox, and he plays daredevil.  Big star
24   in place, and the Irish Commission Broadcaster wanted
25   to do a two-year commitment, and we had sold the show

Aaron Gilbert                                            December 5, 2023

```
 1    to AMC and it was a competitive sale and different
 2    groups that were at the table.  And part of the sales
 3    process, AMC committed to two seasons, which was what
 4    we wanted.  So that's what happened in that case.
 5         Q.   In other words, part of the negotiation in
 6    what made AMC competitive is that it had agreed to
 7    green light it for two seasons; is that right?
 8         A.   That's correct.
 9         Q.   Are you familiar with a project called The
10    Pathway?
11         A.   Sure.
12         Q.   What is The Pathway?
13         A.   Pathway was a basketball show that we
14    developed and put together with a very talented
15    producer named Jim Stern.  Jim Stern is probably one
16    of the top guys in that docu sports world.  He does
17    very famous Last Chance U football and basketball
18    series on Netflix.  Also done Yao Ming and Michael
19    Jordon and other kind of huge sports documentaries.
20    He's a very well-known guy.
21         So we ended up, our company and his, called --
22    his company is Endgame.  We brought in Endgame, work
23    together to develop the show, working with the G
24    League.  The G League is the developmental league as
25    part of the NBA.
```

Aaron Gilbert                                          December 5, 2023

1        And the G League, at the time, had launched a

2   new program called The Pathway Program, which was

3   they built the team called Team Ignite, which had a

4   bunch of, you know, high school graduates on it,

5   meaning kids that hadn't gone into college.  They

6   came straight from high school or straight from

7   Europe to play on Team Ignite.

8        And Team Ignite is essentially development team

9   inside The Pathway Program that the G League was

10  doing where the G League is basically a farm team for

11  the NBA, farm league for the NBA.  So a lot of those

12  players have two-way contracts with the NBA, and any

13  NBA team would have an interest in certain G League

14  teams

15       So we, during COVID, put forth creative proposal

16  to basically follow these kids as they entered the

17  first year as a pro.  You know, these are 18,

18  19-year-old kids, first year as a pro.  They followed

19  them to -- Last Chance U does, when I say them, on

20  the court.  Saw them at training.  Also did some

21  background of who they are and families and what have

22  you.  Package that all up to try to make a sale with

23  it.

24       We had four kids from Team Ignite that were

25  drafted in the 2021 draft, I think it was for,

Aaron Gilbert                                          December 5, 2023

1    including Jalen Green went number two over all, so we
2    had a really great group of kids.  And that series
3    was packaged up to be sold as an ongoing series.
4         Q.   So you touched on this a little bit, but
5    what was the timing of this?  When did you first
6    start discussing this project?
7         A.   I don't remember the exact date, but it all
8    happened like during COVID.  So it would have been
9    around, I think it's the spring of 2020-ish is when
10   that would have started.  And -- is that right?  Let
11   me think about that.  Trying to think if they went
12   in.
13        They were in the bubble at -- the NBA sort of
14   had a bubble where they were playing all their league
15   games during COVID, and the G League had the same
16   thing.  Forgive me.  I can't recall if that was the
17   spring of 2020 or spring of 2021.
18        Q.   Time did not make any sense during that
19   time period so I can understand.
20        A.   Understood.
21        Q.   And you're saying G League, as in Gary or D
22   league as in Dave?
23        A.   G League as in Gatorade.  Gatorade is the
24   main sponsor of the league.
25        Q.   Okay.  Thank you very much.

1       A.   It used to be called the D League and

2   Gatorade came on board as a sponsor.

3       Q.   Clever.  Are you aware that Mr. Harris,

4   through one of his entities, invested in the project

5   The Pathway?

6       A.   I am.

7       Q.   Are you aware that Mr. Harris' investment

8   in the project was over $6 million?

9       A.   I am.  He told me as much.

10      Q.   Are you aware that Mr. Cloth told Mr.

11  Harris that Pathway had been green lit for five

12  seasons prior to Mr. Harris investing in the project?

13      A.   No.

14          MR. BAZIAN:  Objection to form.

15  BY MS. LEEKER:

16      Q.   So take a look at this document.  Let me

17  know once you've reviewed.

18      A.   Read it.

19      Q.   Have you seen this e-mail before between

20  Mr. Harris and Mr. Cloth?

21      A.   No.

22      Q.   Do you see that it's dated May 13, 2021?

23      A.   I do.

24      Q.   And unless there's no objection, we're

25  going to --

```
 1        A.   I'm sorry.  That answers our earlier
 2   question.  This would have been spring of 2021.
 3             MS. LEEKER:  Right.
 4             If there's no objection, I'm going to mark
 5        this document as Exhibit 4.
 6             (Exhibit 4 was marked.)
 7   BY MS. LEEKER:
 8        Q.   And I'm going to direct your attention to
 9   this e-mail at the top actually from Jason Cloth.  It
10   says, hi, Robert.  Thanks for investing.  I'm really
11   excited about the show and its prospects.  See below
12   for responses.
13        And then in the bottom e-mail, you'll see
14   they're all the same color, but it looks like there
15   have been -- it looks like some of them are phrased
16   as questions and some are phrased as responses.
17        Do you see that?
18        A.   Yes.
19        Q.   So about three paragraphs down in the
20   bottom e-mail it says seasons two through five will
21   for sure be released and you will be able to go to
22   the bank and loan against the future stream.  And
23   then there's a question.  Is that stream typically
24   paid upfront, or is it due at the beginning of each
25   season?  Once green lit, can it be cancelled?
```

1      Do you see that?

2      A.    I do.

3      Q.    Underneath that states, the show has been

4  green lit for five seasons, parentheses, streamers

5  really like that --

6      A.    That's written by Jason?

7      Q.    I can represent to you that Jason Cloth

8  testified that that was written by him.  That line,

9  the show has been green lit for five seasons, has

10  been written by Jason.  Not everything in the

11  paragraph above.  Do you see that?

12     A.    I do.  And I've never said that nor am I

13  aware of that.

14     Q.    Okay.  So I'll ask the question but thanks

15  for that.

16     So have you ever represented to Mr. Cloth or did

17  you ever represent to Mr. Cloth, prior to May 13,

18  2021, that the show, Pathway, was green lit for five

19  seasons?

20     A.    No.

21     Q.    And are you aware of anyone at BRON ever

22  representing to Mr. Cloth that The Pathway was green

23  lit for five sentence?

24     A.    Absolutely not.

25     Q.    And why is it that you're so confident that

Aaron Gilbert                                          December 5, 2023

1   you would not have said that it was green lit for

2   five seasons?

3             MR. BAZIAN:  Objection to form.

4             MS. LEEKER:  You can answer.

5        A.   Very confident in saying that because we

6   hadn't even started the sales process yet.  We hadn't

7   got out the buyers yet.  We had some very loose

8   conversations with a few different groups, but we had

9   targeted TNT as where we wanted to approach with the

10  show.

11        But at that point in time, again, I would have

12  to look at the dates of when everything was being

13  filmed.  But at that point in time, we wouldn't have

14  gone to any of the broadcasters formally.  There

15  would have been some early discussions, but there was

16  nothing that was agreed upon or formal at that point.

17  No.

18  BY MS. LEEKER:

19        Q.   So at that time in May 2021, was The

20  Pathway green lit for any seasons?

21        A.   No.  The business model behind that was the

22  same as what Jim Stern had done with Last Chance U,

23  which was a very successful show.  I think did four,

24  five, six seasons on Netflix.

25        Premise there was to create the first season,

Aaron Gilbert                                    December 5, 2023

1    and while we're editing the first season, make a sale
2    at that point in time and work with the buyer to make
3    any changes needed on the delivery of that first
4    season, but of course to also have success in that
5    and hopefully go turn it into a second, third, fourth
6    season thereafter.  But we hadn't begun that process
7    at this time formally.
8         Q.   You touched on this in one of your previous
9    answers, but just to clarify.  It was -- were you
10   shooting the first season in -- at this time in
11   approximately May 2021?
12        A.   I think so.  I'm pretty sure we would have
13   been at that point in time because I think they were
14   in the bubble in March of that year.  So I think the
15   answer is yes to that.
16        So there would have already been certain money
17   in place, if that was the case, outside of Robert?
18        Q.   Do you know off the top of your head, can
19   you recall where the other money had come from, other
20   than Robert Harris, for the season one of Pathway?
21        A.   From Creative Wealth.  I'm not sure who
22   the -- nor did I know it was Robert at the time
23   either.  So when he put money in.  But Creative
24   Wealth is who we dealt with.  So it could have come
25   from them, but I'm not sure which clients of theirs

Aaron Gilbert                                             December 5, 2023

```
 1    were involved.
 2        Q.   Before I bring up the next document, I know
 3    that you just testified that you weren't aware that
 4    Jason Cloth had made that representation about
 5    Pathway to Robert Harris, that it had been green lit
 6    for five seasons.  But were you aware of Jason Cloth
 7    making that representation to any other individual?
 8        A.   Not at all.  It's not accurate.  So I don't
 9    know why that would have been said.
10        Q.   Okay.  Take a look at this document that I
11    just put on the screen and let me know once you have
12    reviewed it.  Take your time.
13        A.   Are you able to make it a little bit
14    bigger?
15        Q.   Yes.  That I can.  Does that help, at all?
16        A.   Perfect.  Thank you.
17        Q.   Okay.  So have you ever seen this document
18    before?
19        A.   I have not.
20        Q.   Looks like an e-mail.  If you look at the
21    bottom e-mail, it's dated May 12, 2021 from Robert
22    Harris to Jason Cloth, CCing Sandy Schmidt.
23        Do you see that?
24        A.   Yes.
25        Q.   Okay.  And it lists out -- it says you list
```

1  budget at 5,823,777.  And then it goes through a list

2  of the total budget for Pathway.  Do you see that?

3      A.   I do.

4      Q.   And then at the top, there's an e-mail from

5  Jason Cloth, and three lines down, it states

6  currently have interest at 15M plus for the show.  Do

7  you understand 15M to mean 15 million?

8      A.   I do.

9      Q.   And around May of 2021, was it correct to

10  say that there was interest for 15 million for the

11  show?

12     A.   We hadn't talked to anybody, as mentioned

13  earlier, about the sales at that point in time.  So

14  I'm not sure where Jason received that interest.  I

15  was not aware of it.

16     Q.   So in other words, I guess, is it correct

17  to state that you did not specifically tell Jason

18  Cloth that there was interest for $15 million?

19     A.   Did not.

20     Q.   And the rest of that sentence states,

21  currently we have an interest at plus 15M for the

22  show, which means we have no worries about repaying

23  principle plus fees plus preferred return.

24      Do you see that?

25     A.   I do.

Aaron Gilbert                                          December 5, 2023

```
 1        Q.   Is it correct to say that in May 2021, that
 2   there would be no worries about repaying principle
 3   plus fees plus preferred return?
 4        A.   No.  As mentioned, we hadn't started that
 5   sales process formally at that point.  So that would
 6   have been early to make those statements.
 7             MS. LEEKER:  Can we -- I don't know if we
 8        said this.  But I would like to mark this
 9        document as Exhibit 5, please.
10             (Exhibit 5 was marked.)
11   BY MS. LEEKER:
12        Q.   I'm going to bring up another document.
13   The bottom is just a signature line.  I'm going to
14   leave it kind of scrolled up towards the top.  Review
15   that and once you've reviewed let me know.
16        A.   Okay.
17        Q.   Have you ever seen this document before?
18        A.   I have not.
19        Q.   The top reads Wednesday, May 18, 2022.  And
20   the subject is Pathway.  And it's an e-mail from
21   Jason Cloth to Robert Harris, CCing Sandy Schmidt,
22   Sanford Schmidt.
23        A.   Uh-huh.
24        Q.   First line says, hi, Robert.  Aaron sent a
25   very detailed creative outline of the show.  It was
```

1   just too convoluted with things.  Here is the

2   financial summary.  Do you see that?

3        A.    I do.

4        Q.    Does Aaron refer to you?

5        A.    It would be, yeah.

6        Q.    It states, Aaron sent a very detailed

7   creative outline of the show.  Do you remember the

8   creative outline this is referring to?

9        A.    I don't.  Do you have a copy of it by

10  chance?

11       Q.    Well, I'm not going to pull it up right

12  now.

13       But my question for you would just be did you

14  regularly send creative outlines?  Is that a term of

15  art?

16       A.    Sure.  We would have provided information

17  on the project, absolutely, and what we were trying

18  to do relative to sponsorship and streaming and sales

19  and other.  Yeah.  We would have definitely shared

20  information.

21       But any of that also has a disclaimer on it

22  because there's no guarantees of any of that stuff.

23  It's all -- until it happens, it's all projections.

24  So yeah.

25       Q.    So you're saying your creative outline

1    would have a disclaimer on it?

2        A.   They usually do.  They should because at

3    the end of the day, we can't guarantee anything.

4    Those would have been -- I don't know those numbers

5    to be accurate, what we're looking at here.  But we

6    would have definitely sent creative materials, and

7    what's the right word, progress updates on, you know,

8    what we were doing.  Yeah.

9        Q.   And would a creative outline or update that

10   you would send, would it include financial

11   information?

12       A.   It would have some numbers for sure, yes.

13       Q.   Is it fair to say that creative outline

14   would estimate potential revenue?

15       A.   Yes.

16       And if you note the date here, the earlier

17   documents that you were showing me were a year prior.

18   This is May 2022, a year later.  The show would have

19   been much more mature.  Sales process would have

20   begun.  We were actively dealing with TNT at this

21   point in time to get that deal done.  So there

22   definitely would have been updates that would have

23   gone back and forth for sure.

24           MS. LEEKER:  Thank you.  I would like to

25       mark this document as Exhibit 6.

Aaron Gilbert                                    December 5, 2023

```
1            (Exhibit 6 was marked.)
2    BY MS. LEEKER:
3        Q.   Okay.  Next document, I'm going to start,
4    I'm going to zoom out for this one.  It's just a
5    little bit bigger.  Let me know once you've reviewed
6    this bottom portion.  Let me know if you want me to
7    scroll?
8        A.   Scroll a little bit.  Just in the red
9    section right now.  Okay.
10       Q.   And then I'm going to just scroll to the
11   top e-mail.  So have you ever seen this document
12   before?
13       A.   I have not.
14       Q.   Okay.  And the top e-mail is dated June 16,
15   2022.  It's from Jason Cloth to Robert Harris, CCing
16   Sandy Schmidt.
17       Do you see the top e-mail where it says here is
18   the update, see below?
19       A.   Yes.
20       Q.   And then in the below e-mail, there's text
21   in black and text in red.  Do you see that?
22       A.   I do.
23       Q.   I'll represent to you that the text in red
24   is the text from Jason.  Would that be -- would that
25   be an okay assumption based on the context of this
```

Aaron Gilbert                                                  December 5, 2023

```
 1   e-mail?

 2         A.   Yes.

 3         Q.   Okay.  So at the bottom of the e-mail,

 4   where the red portion starts, so you'll see I'm going

 5   to direct you to where it says Bubbles Hotel, 1

 6   million.  Do you see that?

 7         A.   I do.

 8         Q.   So the red portion states, both Bubbles and

 9   Hayley are sold and toys have begun selling in Asia.

10   We have approximate 20M coming in very shortly that

11   might be allocated to this.  Do you see that?

12         A.   I do.

13         Q.   As of June 15, 2022, the date of this

14   e-mail, were both Bubbles and Hayley sold?

15         A.    No.  They would have had their Chinese

16   partners in place because their Chinese partners were

17   co-producing partners.  They may have had a domestic

18   IVUS sale in place.

19         I believe one of the two properties, there was a

20   deal in place with HBO, but because of the HBO

21   merger, Warner merger with Discovery, everything got

22   stalled, which is the same issue we ran into with

23   Pathway, which I'm sure you'll ask me about.  But I

24   don't believe that deal had come through at the time.

25   But the rest of the rights I do not believe had been
```

1  sold, and there were still a lot of rights that

2  needed to be sold to get recoupment completed.

3       Q.   So that touches on my next question.  The

4  second sentence says, we have approximate 20M coming

5  in very shortly.  Was that true as of the date of

6  this e-mail, which was June 15, 2022?

7       A.   I'm not aware of where that 20 million

8  would have been referenced or how that 20 would have

9  been referenced.

10      Q.   So you personally did not tell Jason Cloth

11 that Bubbles and Hayley were expected to bring in 20

12 million shortly at this time; is that right?

13      A.   Never have, no.

14      Q.   Let's go up a couple lines to where in

15 black it says Fables, and then 1 MM.  Do you see

16 that?

17      A.   I do.

18      Q.   In red it states Fables and Gossamer have

19 digital tokens being sold now.  All of that revenue

20 will flow to investors.  Do you see that?

21      A.   I do.

22      Q.   This revenue alone might be enough to

23 recoup everyone.  Absent that, I need the credit

24 facility to open up to get everyone repaid.  Without

25 it we are months away from delivering the show.  Do

1   you see that?

2         A.   I do.

3         Q.   So at the time of this e-mail, was it

4   correct to state that fables and Gossamer have

5   digital tokens being sold now?

6         A.   Not on Fables.  There was never a digital

7   token sold on Fables.  There was indeed an NFT, not a

8   digital token or NFTs that were sold on Gossamer.  We

9   definitely had been approached and went down the path

10  of looking at a digital token for Gossamer and

11  Fables, but it didn't happen.  The group we were

12  working with in Dubai made such a -- did not do a

13  great job on the NFT for Gossamer.  So there was no

14  reason to continue doing more work with them.  So

15  there was never digital tokens created.

16        But on the NFT side, we did release NFTs that

17  summer.  Would have been around June, July of 2022.

18  And fortunately, that was, you know, when the market

19  on that Blockchain role had already started to go

20  down and change.  So we generated some revenue, which

21  would not have gone directly to investors, would have

22  gone into the waterfall.

23        But in the case of Gossamer, Gossamer was

24  underfunded to BRON by Creative Wealth, so that this

25  small amount of money, which was under a million

1    dollars that the company earned from the NFT sale,

2    actually went into the budget itself because CW had

3    not completed the financing on the show.  So no

4    tokens, but NFT revenue did go to Gossamer.

5         Q.   So let me break down a couple of the things

6    that you said.  So the first thing was Gossamer was

7    underfunded, you said.  What did you mean by Gossamer

8    was underfunded?

9         A.   Creative Wealth Media Finance had made a

10   commitment to fully fund that project, and they had

11   not done that.  They were underfunded by many

12   millions of dollars.

13        Q.   And what impact does that have on the

14   project?

15        A.   A lot of impact.  We had to slow the

16   process.  We had to search for and try and find other

17   money to replace them.  We also had to let go of some

18   people because we weren't able to cover the cost

19   properly.  But its very impactful on a show when it

20   doesn't have the proper financing in place.

21        Q.   You also stated that it's -- well let me

22   paraphrase not directly, but you said something like

23   the -- that's it's not true the revenue would flow to

24   investors because it would go to a waterfall.  Can

25   you explain what you mean by that?

1    A.   On any of these shows, there's what's

2    called a collection account agreement in place.

3    Anybody who is a party to or beneficiary of any

4    income relative to a project.  So in the case of

5    Robert, through Creative Wealth Media Finance, we

6    would have been a party to that agreement, that

7    collection account agreement.

8        There would have been monies that would have

9    been due to them through a -- through the waterfall,

10   once a project had started to earn revenues.  Right.

11   But because the project was underfunded, the small

12   amount of money that was earned from the NFT had to

13   get used for the actual production, as opposed to any

14   dividends, because the production didn't have the

15   financing in place that it needed to continue

16   forward.

17       Q.   And you're speaking about -- so this

18   waterfall, this happens for each -- for Fables and

19   Gossamer; correct?

20       A.   Every project, correct.

21       Q.   But the show that was underfunded was

22   Gossamer; is that right?

23       A.   That's right.

24       Q.   Okay.  So it's fair to say that Gossamer,

25   any revenue from Gossamer would not have flowed to

1   investors; is that right?

2        A.   That is correct.

3        Q.   Would any revenue at the time from Fables

4   have flown to the investors?

5        A.   There was no revenue from Fables at that

6   time.

7        Q.   Has there been revenue from Fables, to

8   date?

9        A.   No.  It got stuck in the BRON bankruptcy.

10  It fell apart.  Unfortunately, that show was only a

11  few months away from -- few months-plus away from

12  being completed, but BRON ran out of runway.

13       Q.   So it's not one of the shows that is

14  continuing on with the third-party contractors?

15       A.   No.  There's no team in place currently on

16  that show.  The hope is in the postsale of the

17  process, which looks like -- well, whoever, with the

18  creditor who acquires it, we all know who that is,

19  but the hope is at that point in time, they'll be

20  open to licensing to a third-party to complete it and

21  that's our hope.  But right now it's sitting on a

22  shelf.  Both projects are.

23       Q.   Thank you for clarifying.

24       And going up one line in black, it states, Bear

25  Grylls -- am I stating that correctly?

1      A.   Bear Grylls, you're right.

2      Q.   Bear Grylls, 1MM.  And then in red, it

3   states Bear is selling to Netflix.  In the absent of

4   the credit facility being available, we will have,

5   dollar sign, in July.  Do you see that?

6      A.   I do.  But I'm not sure where that info

7   came from.  We never had a deal with Netflix on that

8   show.

9      Q.   So let me ask the question so the record is

10  clear.

11      But at this time, at the time this e-mail was

12  sent in June of 2022, was there a deal in place or

13  even a potential deal in place for Bear Grylls to

14  sell to Netflix?

15      A.   No.

16      Q.   Would it have been correct to say at this

17  time that Bear Grylls would have recouped money by

18  July of that year?

19      A.   No.

20      Q.   Why is it that Bear Grylls would not have

21  recouped money as of July?

22      A.   Well, it hadn't sold yet, number one, but

23  even when you make a sale, you don't get paid until

24  you make delivery.  Right.  So you have to deliver a

25  show or put a financing structure in place in order

1   to bring forward dollars for the commitment, meaning

2   like a facility, right, to client to turn money

3   forward, but that hadn't happened at that point in

4   time.  There were many parties, Netflix included,

5   that were sent the show to potentially look to buy

6   it, but there was no deal in place?

7       Q.   Would you have told Jason Cloth that there

8   was a potential deal in place with Netflix for Bear

9   Grylls?

10      A.   No.  I would have said that the show is

11  being submitted to Netflix and Amazon and Apple and

12  everybody else.  I would not have said that there's a

13  deal in place.

14      Q.   Okay.  And going up to Monkey Man, so this

15  is one line up in black.  It says Monkey Man, 750K.

16  And then in red it states, we delivered to Netflix

17  July 31.  In the absence of the credit facility being

18  available, we will have, dollar sign, in August.  Do

19  you see that?

20      A.   I do.

21      Q.   But this is now 2022; correct?

22      A.   Correct.

23      Q.   I can scroll up.  It's June 15, 2022?

24      A.   The funds on Monkey Man, we already had a

25  facility in place.  The funds were returned to

1  Creative Wealth in December of 2021.

2       Q.   So let me break that down.  So in June

3  2022, there was a deal with Netflix; is that right?

4       A.   Monkey Man, yeah.  We had a deal prior to

5  that.  Yeah.

6       Q.   And so BRON was delivering the show to

7  Netflix on July 31; is that correct?

8       A.   No.  The show had -- the delivery date on

9  the show kept pushing and pushing, like literally now

10 it's a year-plus later, and we're delivering the show

11 this month.  So we had a lot of issues with Netflix

12 and our director and postproduction process.

13      But what we had done, based on the sale that we

14 had made to Netflix, was a big sale.  30 million plus

15 sale.  We had gone to our facility at BRON Comerica

16 and pulled for a facility and interim finance.  I

17 don't remember the exact number, but X amount of

18 dollars, that we pulled forward from the sale, and

19 monies were paid back to Creative Wealth that

20 extinguished their loan in full in the summer of

21 2021.

22      Q.   So Monkey Man -- so Creative Wealth

23 received its money back from Monkey Man in, you said,

24 2021?

25      A.   Correct.

Aaron Gilbert                                          December 5, 2023

1        Q.   Is it your understanding that that money

2   was given back to the investors in Monkey Man at that

3   time?

4        A.   I'm not sure.  I know that Jason was --

5   that was Jason's call.  We pushed the money back to

6   CW.  I don't believe he pushed it back to his

7   clients, no.  We learned that after the fact, of

8   course.

9        Q.   So do you have any idea where that money

10   would have gone?

11       A.   I think that money was used to fill a hole

12   for him on a Warner Brothers situation.  You would

13   have to ask him.

14       Q.   And was Creative Wealth paid back in full

15   for the project Monkey Man?

16       A.   They were and they signed a discharge.

17       Q.   And do you recall approximately how much

18   money that was that Creative Wealth was paid back for

19   Monkey Man?

20       A.   I don't.  It was a percentage of right.

21   Because when you borrow forward, you take a

22   discounted amount from the bank.  They would have got

23   all their money plus interest plus some

24   participation.  I don't know the exact number, no.

25       Q.   Last question, so above Monkey Man, in

1  black, says Ghostbusters Afterlife, 1MM.  In red it

2  says, we need the BRON Comerica facility to cash flow

3  this.  Sandy has the Sony statement showing we made

4  back all of our, dollar sign, with profit.  This will

5  be sometime in July.  Do you see that?

6      A.   I do.

7      Q.   So as of June 15, 2022, was it correct to

8  say that Creative Wealth had made back all of its

9  money on the Ghostbusters Afterlife project?

10     A.    This is where I have to qualify your very

11 early comment, Ms. Leeker, when you talked the about

12 you referenced Creative -- when you're talking about

13 Creative Wealth, you're talking about Creative Media

14 Finance.  Correct?

15     Afterlife, as far as we know, we meaning BRON

16 and everybody in our group, that that particular

17 project was funded by Creative Wealth Media Lending.

18 I was not aware that there -- until much after that

19 there were any private investors, Robert included,

20 involved in that project.

21     On the BRON side, we had built the transaction

22 with Sony and monies came directly through an entity

23 established through Creative Wealth Media Lending

24 that went direct to the Ghostbusters production.  I

25 was -- we were just not privy to any other monies

1    that Creative Wealth Media Finance may have raised

2    around that movie.  That's a question you're going to

3    have to ask Jason and his team.

4         Q.   Okay.  So let me break that down a little

5    bit more.  So BRON received money from Creative -- an

6    entity called Creative Wealth Lending; is that right?

7         A.   Creative Wealth Media Lending, but BRON

8    didn't receive the money.  The money went directly to

9    the production from that entity, that Creative Wealth

10   entity that was set up.  Went directly to pay the

11   Sony contribution for that movie.

12        Q.   What was BRON's role in that film?

13        A.   The filmmakers of that movie is Jason

14   Wright, a dear friend of mine, the one that put the

15   project together and got a role for BRON involved.

16   And important to note, that is not a BRON Studios

17   movie.  That is a movie that is through a partnership

18   that BRON has with Creative Wealth, a venture called

19   BRON Creative, which was used specifically and only

20   for projects that BRON was not the producer of.  But

21   projects that together the companies were involved as

22   exec producers and financiers.

23        So in the case of Ghostbusters, I put that deal

24   together with Sony, and Creative Wealth, through

25   Creative Wealth Media Lending entity, funded it.

Aaron Gilbert                                    December 5, 2023

```
 1        Q.   And you said that it was your understanding
 2   that Creative Wealth Media Lending was not funded
 3   through private investors.  Is that --
 4        A.   It's not.  It's backed Media Ventures of
 5   Canada.  That's who funds Creative Wealth Media
 6   Lending.  My understanding and my entire team's
 7   understanding is that that entity, Media Lending, is
 8   who funded in full Ghostbusters.  And if there are
 9   private money, Robert included, involved, we have
10   never seen that paperwork.  We were not aware of it.
11        Q.   What do you -- you said that it's your
12   understanding and BRON's understanding that Creative
13   Wealth Media Lending was funded through, is it LPFC?
14        A.   Not sure what that is.  Is that LIUNA?  I
15   don't know what --
16        Q.   Yes.  Can you spell that?
17        A.   LIUNA is L-I-U-N-A.
18        Q.   Yes.  Thank you.
19        A.   And LIUNA the labor pension fund, at least
20   the version that they worked with is in Canada.  I
21   think there's a U.S. side too.  But on the bigger
22   studio movies, they were the ones that funded all of
23   those bigger movies that BRON and Creative Wealth
24   Media Lending.
25        Q.   What do you basing that off of?  How do you
```

1   have the knowledge that Creative Wealth Media Lending

2   was funded by LIUNA?

3       A.   That's been their capital partner since the

4   onset.  Since they started the company several years

5   prior.

6       Q.   So it's your understanding that Creative

7   Wealth Media Finance did not finance Ghostbusters; is

8   that right?

9       A.   My understanding is Creative Wealth Media

10  Lending did finance in totality Ghostbusters.  If

11  Jason and Creative Wealth Media Finance took in some

12  money for that, I don't know what their deal may have

13  been, if or not, with Media Lending.  I don't know if

14  internally the companies do something.

15       But we, as BRON, were not aware, and the only

16  money we ever saw going to that project came through

17  a liar in full, but came from Creative Wealth Media

18  Lending entity.

19       Q.   Okay.  So back to the e-mail where the text

20  is in red, and we're talking about Ghostbusters, and

21  the red text says, Sandy has a Sony statement showing

22  we've made back all of our money with profit, this

23  would be sometime in July.

24       Based on your understanding -- well, okay.  How

25  about this.

Aaron Gilbert                                        December 5, 2023

1        So at this time, in June 15, 2022, had Creative

2   Wealth Media Lending made back all of its money on

3   Ghostbusters?

4        A.   I'm not sure.  I'm not sure to answer that.

5   They definitely would have received some payments

6   coming through.  I'm not sure if they got everything

7   owed at that time.

8        Q.   So received some payments as of this time

9   from Ghostbusters?

10       A.   Correct.

11       Q.   And had Creative Wealth Media Financing

12  received any money for the project Ghostbusters?

13       A.   As I mentioned I don't know why they would

14  have.  Again, I'm not privy to how the relationship

15  worked between Media Lending and Media Finance on

16  Ghostbusters.

17       But as far as BRON was aware, as I mentioned,

18  the only money that would have been due back was the

19  money that -- to recoup and then earn on the Media

20  Lending investment.  But I'm not sure how -- if and

21  how that worked with any private people through

22  Creative Wealth.

23            MS. LEEKER:  Okay.  I think -- well, okay.

24       I don't know if I marked this exhibit.  But if I

25       have not, this e-mail on the screen right now is

```
 1          going to be Exhibit Number 7.
 2               And we've been going for about an hour and
 3          20, so I think it's a good time to take a quick
 4          break.  Maybe ten minutes if that's okay with
 5          everybody?
 6               THE WITNESS:  Sure.
 7               (Exhibit 7 was marked.)
 8               (Brief recess was taken at 2:26 p.m.)
 9               (Back on the record at 2:40 p.m.)
10     BY MS. LEEKER:
11          Q.   Okay.  Mr. Gilbert, to go circle back on a
12     couple of things we just discussed.  For the project
13     Ghostbusters, you stated that there was single wire
14     from Creative Wealth Media Lending, but that Creative
15     Wealth Media Lending didn't pay BRON directly.  So
16     how is it that you know there was the single wire?
17          A.   We had copies of it.  We had copies of that
18     wire and verification of the transfer.
19          Q.   And who did the wire go to directly?
20          A.   It would have gone to whatever Sony entity
21     in Colombia, Ghostbusters entity they had.  I don't
22     have the exact name off the top of my head.
23          Q.   Would it have been Kid Unknown Holdings?
24          A.   No.  Kid Unknown Holdings was the name --
25     wrong project, I think.
```

1      Q.   But it would have been an entity

2  specifically for Ghostbusters?

3      A.   Correct.  Which we did -- which BRON did

4  not control.  It was controlled by Sony; correct.

5      Q.   Earlier you alluded to this in the

6  beginning of our conversation that there's one

7  creditor that will likely retain the assets of BRON

8  after the bankruptcy.  Is that creditor Jason Cloth?

9      A.   It's not Jason Cloth as an individual, but

10  I don't think I'm allowed to talk about that.  That's

11  still an active process in the court.

12          MR. BAZIAN:  Yes.  Cameron for Aaron

13      Gilbert.  He's not going to talk about any of

14      the bankruptcy proceedings or anything that's

15      going on with that or the sales process.

16          MS. LEEKER:  Okay.  We'll just reserve our

17      rights to the extent that becomes relevant in

18      our litigation.  I understand your arguments at

19      the moment that it's not relevant to our claims

20      at hand.  But I just want to reserve those

21      rights in case that does -- we need to open this

22      deposition up for -- at a later time.

23          MR. BAZIAN:  That's fine.

24          THE WITNESS:  Okay.

25  BY MS. LEEKER:

Aaron Gilbert                                    December 5, 2023

1       Q.   Okay.  Mr. Gilbert, did Mr. Cloth ever tell

2   you that he needed money back from any of these

3   projects to pay Mr. Harris and his entities

4   specifically?

5       A.   No.

6       Q.   And how regularly did you provide Mr. Cloth

7   with sales updates?

8       A.   Somebody from our group.  Depending on the

9   time of year and which projects we're talking about,

10  like those updates would usually happen on a monthly

11  basis, but, you know, sometimes more regularly if

12  there was, you know, substantive news to share and/or

13  sometimes longer -- if holidays got in the way, but

14  give or take, monthly there would be some discussion

15  that would happen.

16      Q.   And would those discussions take place over

17  the phone or in writing?

18      A.   There would be a little bit of both.  We

19  would often send an update on e-mail of what's going

20  on, and often there would be a phone conversation

21  thereafter to discuss it.  I know -- and when I say

22  we, it's the collective we.  I myself may not have

23  been on those discussions.

24      Adam Davis, who at the time was our one of our

25  senior business affairs counsel in-house at BRON at

1    the time, he used to do like a weekly call with some

2    of the Creative Wealth team members and go through

3    things.  Separately, Jason over the years got to know

4    many of my team members, so he would very often just

5    reach out directly to others.

6        But very often there would be a week -- a

7    monthly or monthly-plus kind of update, kind of

8    depending where we were in the production process.

9        Q.   When Creative Wealth sent BRON money, was

10   it earmarked for a specific project each time?

11       A.   Each time it was always earmarked for a

12   specific project.  One of the challenges that we

13   faced, BRON as a company, with Creative Wealth

14   overall is that if Creative Wealth was funding a

15   project for $100, as an example, the project would

16   often show up as $20, $25, $3, $18, until it got to

17   that $100.

18       So what we ended up having, we had an

19   understanding in place with Creative Wealth Media

20   Finance, and there was documentation between the

21   companies about this is -- that essentially we were

22   allowed to sort of -- monies would come into a

23   production, but we were able to use them for any of

24   the other Creative Wealth productions, as well, that

25   may have needed that money.  And then we would

1   true-up everything well before production was

2   completed.

3       That was very normal for us over the 60, 70

4   projects that we did together, just because of the

5   nature of how Creative Wealth funded it.  It was very

6   rarely ever funded in full.  So we had to sort of

7   manage dollars that came in to make sure the

8   different productions were all getting their bills

9   paid.

10      Q.  So would there be an a Creative Wealth

11  bucket that money would go into, like for multiple

12  projects?

13      A.  Not exactly.  So if money came into, let's

14  say, whatever BRON -- whatever -- whatever project.

15  If the money came into that project, we would book it

16  to that production; then we would internally sort of

17  show where the monies went, and we would always

18  cross-reference back and then reconcile and make sure

19  everything was closed in totality.

20      Because in order for us to deliver a show, we

21  have to have the show audited, right, so the show in

22  delivery has to make sure that all those ins and outs

23  are managed and dealt with and signed off by an

24  auditor.  So before we ever delivered any shows, we

25  make sure everything got trued up and that the exact

Aaron Gilbert                                    December 5, 2023

 1   money, everything that was needed for that show was

 2   there.  I don't believe, per se, there was like a

 3   treasury account.  I don't think.  Essentially, there

 4   was just an understanding that as monies came in,

 5   they would be used to manage whatever was needed in

 6   the short term, and then they would be trued up.

 7        CW was -- or Creative Wealth Media Finance was

 8   our only funder on many of those productions, so we

 9   were dealing with one entity and had that

10   understanding.

11        Q.   Were there any requirements for the use of

12   Creative Wealth funds on each project?  In other

13   words, did Creative Wealth put specifications on what

14   the money for, for example, Monkey Man was to be used

15   for specifically within Monkey Man?

16        A.   No, not specifically within Monkey Man.

17   They would have committed on a production, and the

18   production would have provided a budget.  And the

19   monies that came into a production would have gone

20   towards covering that budget.  If they were

21   temporarily used to cover a budget on another

22   Creative Wealth production, again, there would always

23   be reconciliation done for delivery to ensure that

24   every project had exactly what was needed in the

25   dollar.

Aaron Gilbert                                          December 5, 2023

1        Q.   Would funds that came from Creative Wealth

2   to BRON, would they ever be used for purposes other

3   than production, preproduction, delivery, and

4   postproduction?

5        A.   Not of their own -- just salary-related

6   stuff associated with everything and some expenses

7   related.  They would be used for anything in that

8   regard, yes.

9        Q.   I'd like to just briefly go through the

10  status of each of the projects.  I know that we've

11  touched on these four, at least Ghostbusters and

12  Monkey Man, just so I can kind of have it in an

13  organized manner.

14       So for Monkey Man, were you aware that Mr.

15  Harris contributed $750,000 towards that specific

16  project?

17       A.   No, not initially.  I was aware more

18  recently, but not initially, no.  We're never privy

19  to who has money in the Creative Wealth Media Finance

20  projects until something goes sideways and then we

21  hear from them.

22       Q.   But you were -- well, so did Creative -- so

23  Creative Wealth made a loan to create the project

24  Monkey Man; is that right?

25       A.   That's right.

Aaron Gilbert                                          December 5, 2023

```
 1        Q.   And what is the status of this project,
 2   Monkey Man?
 3        A.   It's completing delivery right now to
 4   Netflix, but Netflix is completing a sale to
 5   Universal.  They're not going to be distributing the
 6   movie.  Unfortunately, it's been a very tough road
 7   with our filmmaker on that show, and Netflix has
 8   decided they don't want to support him.  So they're
 9   taking delivery, but then they have a deal they're
10   concluding with Universal to then distribute the film
11   worldwide thereafter.
12        Q.   Has Creative Wealth been paid back all of
13   the monies that it contributed to Monkey Man?
14        A.   I believe so, yes.
15        Q.   And I believe you previously provided a
16   date range.  But do you know when that would have
17   been when Creative Wealth was paid back for Monkey
18   Man?
19        A.   It was towards the end of the summer of
20   2021.  I believe you should have those documents.  If
21   you don't, I'm sure they can be available for you.
22        Q.   Do you recall how much Creative Wealth was
23   paid back for the project Monkey Man?
24        A.   The budget itself was gross 12, net around
25   10, I believe.  So I think they would have been paid
```

Aaron Gilbert                                          December 5, 2023

1   back the entirety of the loan that they had made plus

2   interest.  I do think they may have received some

3   additional money on top of that.  But I don't have

4   the exact number off my head.

5       Q.   I'm going to just pull up a document really

6   quickly.  Might help refresh your recollection.  Let

7   me know once you review, and if you would like me to

8   scroll so you can --

9       A.   So this is the payoff letter you were

10  referencing.

11      Q.   Okay.  So where in the payoff letter will I

12  find the amount that was paid off.

13      A.   You scroll down a little bit.

14      Q.   Yes.

15           MR. BAZIAN:  Kelsey, was this document

16       produced in this case?

17           MS. LEEKER:  Yes.  It was produced by Adam

18       Davis.

19           THE WITNESS:  Davids.

20           MS. LEEKER:  Davids, thank you.

21           THE WITNESS:  No problem.

22           MR. BAZIAN:  It was produced by Adam

23       Davids, you said?

24           MS. LEEKER:  Yes.  Pursuant to the

25       subpoena.

```
 1              MR. BAZIAN:  Was that document sent to us.
 2              THE WITNESS:  Sorry?
 3              MS. LEEKER:  I'm not sure.  I can check on
 4         that and send it to you if it wasn't.
 5              MR. BAZIAN:  I don't recall receiving it.
 6         So I mean, I guess it's possible that I missed
 7         it, but I think I would have noticed it.  I'm
 8         just going to, you know, object to the extent
 9         that it hasn't been produced, and I haven't had
10         an opportunity to review this document.
11              MS. LEEKER:  Okay.
12              THE WITNESS:  Looks like that's the payout
13         amount.  I can't confirm that 100 percent.  It
14         looks like that's the amount.  And I think I saw
15         earlier that Jason had signed off on this, you
16         know, confirming the receipt of dollars.
17    BY MS. LEEKER:
18         Q.   So this page of the document is page --
19    well, it's labeled schedule two, payoff amount.  It
20    states, as you see herein, the payoff amount shall
21    mean $9,932,617.10.
22         Does this refresh your recollection as to how
23    much Creative Wealth was paid back for the film
24    Monkey Man?
25         A.   It's in that range.  Again, if that's what
```

1    it sates, then I'm sure that's the number.

2         Q.    Okay.  And the date of this document, which

3    is called a payoff letter, addressed to Creative

4    Wealth Media Finance and Comerica Bank, the date of

5    this letter is July 23, 2021.  Do you see that?

6         A.    Yes.

7         Q.    Does that refresh your recollection as to

8    when approximately Creative Wealth was paid back?

9         A.    I said end of summer.  Probably August.  If

10   this letter came in July, likely money would have

11   moved shortly thereafter.  So likely would have been

12   August of 2021.

13        Q.    Okay.  And are you aware of what Jason

14   Cloth did with this approximately $9 million after it

15   was given back to him, given back to Creative Wealth

16   for the project Monkey Man?

17        A.    I believe there was direction given to our

18   counsel to move it to Warner Brothers matter.  I

19   don't have any more detail than that.  I'm not sure.

20        Q.    Direction given to who?

21        A.    One of the -- like somebody at BRON.  He

22   was -- there was direction to us from Jason to direct

23   the monies that were due to him to a Warner Brothers

24   matter, and he was to deal with these dollars

25   directly, is what we were told, that he was going to

1  manage this.  If I recall at the time.  But I don't

2  really -- this was all dealt with through our

3  counsel.  I don't remember exactly what that looked

4  like.

5      Q.  And just so I understand.  You said I think

6  two different things.  One that it was directed to go

7  to Warner Brothers matter, and two that it was given

8  to him to deal with individually.

9      A.  Sorry.  No.  I didn't say the latter.  I

10  said the former one, which is that CW would have been

11  due these moneys, and these funds would have gone to

12  Creative Wealth.  And Jason directed the monies to go

13  to manage a Warner matter, but I don't have all the

14  details of that, nor how he was planning on recouping

15  to his clients.  I don't have any of that detail.

16      Q.  Do you know who would have the detail as to

17  that Warner Brothers matter and the direction to pay

18  those funds to the Warner Brothers matter?

19      A.  Our counsel would have that.  It's possible

20  Adam Davids, who may be on this call, may know where

21  that is.  But if not, I would hope that we could find

22  that in our records, if you don't have that

23  information.

24      Q.  As to the project Young Bear Grylls, were

25  you aware Mr. Harris contributed 1 million dollars

Aaron Gilbert                                    December 5, 2023

 1   towards that project?

 2        A.    No.

 3        Q.    Were you aware he contributed any money?

 4        A.    I learned well after the fact but yeah.

 5        Q.    That's right.  You said you're not privy to

 6   who contributes to the Creative Wealth funds for each

 7   of the projects; correct?

 8        A.    Correct.

 9        Q.    What is the status of the project Young

10   Bear Grylls?

11        A.    The Young Bear Grylls, similar to Gossamer,

12   was unfortunately underfunded.  Got stalled in the

13   production.  First of two movies is pretty much

14   completed, and the second movie is trying to be

15   completed shortly thereafter.  And I know that Sandy

16   Schmidt has been working with the producer of that

17   film, Nigel Stone, to help him get some money in

18   order to finish off the shows.

19        But the financing that was provided by Creative

20   Wealth to Young Bear Grylls was not sufficient enough

21   for them to finish the funding.  They were

22   underfunded by around 2 million plus, and

23   unfortunately that stalled the completion of the

24   shows.

25        Q.    Was Creative Wealth the sole funder of

1    Young Bear Grylls?

2        A.   Yes.   They were.   Pardon me.   Minus tax

3    credits, that were in turn financed out of the UK.

4    So there was some interim financing of production,

5    touch credits in UK, but I believe other than that,

6    they funded the balance.

7             MS. LEEKER:   Okay.   And I'd like to just

8        mark this document on the screen, the payoff

9        letter, the July 23, 2021 payoff letter as

10       Exhibit 8.   And I'll take it off the screen.

11            (Exhibit 8 was marked.)

12   BY MS. LEEKER:

13       Q.   So you said that Young Bear Grylls was

14   underfunded, and that Creative Wealth was the sole

15   funder, minus the tax credits in the UK.   Was it

16   typical that Creative Wealth projects -- where

17   Creative Wealth was the sole source of funds, was it

18   typical for those projects to be underfunded?

19       A.   I wouldn't say typical.   I wouldn't go as

20   far to say typical.   It definitely happened over the

21   last few years.   I think things arrived a little bit

22   late but arrived.   In the last few years of COVID and

23   all, and obviously the company's relationship has

24   changed dramatically.   We haven't done any business

25   with them since 2021.   But over the last several

1   years was definitely more normal to see that happen.

2        Q.   Do you have an estimate as to how many

3   times there was a film that was underfunded by

4   Creative Wealth?  Was it more than five?

5        A.   I think so, yes.

6        Q.   Was it more than ten?

7        A.   I don't think so.

8        Q.   Okay.  So between five and ten?

9        A.   I believe so.

10        Q.   Okay.  You said that the businesses -- that

11   BRON stopped doing business with Creative Wealth in

12   about 2021.

13        A.   Yes.

14        Q.   Why was that?

15        A.   Let's just say that, you know, they had

16   underfunded.  There's a lot of tension that was

17   happening between the companies.  Jason had announced

18   to us his interest to do other things and starting a

19   relationship with another party.  And that's when a

20   lot of the noise started happening around, so many of

21   the private investors, Robert included, and it just

22   became too evident that there was a lot of issues

23   here.

24        So we just -- it didn't make sense for either

25   party to continue.  We didn't do anything with

1   Creative Wealth Media Finance from that point on.  I

2   think it was March, I believe March 2021.  I believe

3   around that time was the last deal.  Maybe the summer

4   of 2021, forgive me.  It was around that time.  But

5   up until that we were involved with the DIP lender,

6   which was Creative Wealth Media Lending, that I

7   believe is the first time we saw any money from the

8   Creative Wealth entity since that summer of 2021.

9        Q.   And when did you see money from Creative

10  Wealth Lending?

11       A.   Well, they are the DIP lender, so in the

12  process in Canada began that funded that process, so

13  the DIP lender was Creative Wealth Media Lending.

14       Q.   I understand.  Okay.  As to Fables, what is

15  the status of this project?

16       A.   It's almost completed.  But unfortunately

17  it's not completed.  It's sort of sitting right now

18  on a shelf, and it's part of the assets that are

19  being credited against the various BRON entities.  So

20  right now it's sitting.

21       My hope is that once all the court stuff is done

22  with BRON and the process of the sale is formalized,

23  that there's as conversation to have about getting

24  the property out and getting it completed with a

25  third party.  I have several third parties who are

1    interested in that.  But as it stands right now,

2    we're waiting for the BRON process to be completed.

3         Q.   So Creative Wealth was an investor in

4    Fables; is that correct?

5         A.   Other than tax credits, they're the only

6    investor in Fables.

7         Q.   Was this project underfunded?

8         A.   No.

9         Q.   And has Creative Wealth, at any time, been

10   paid back any money for the project Fables?

11        A.   Not yet.  It hasn't been completed yet.

12        Q.   As to the project Gossamer, what is the

13   status of this project.

14        A.   A little further behind in the production

15   process.  But the Gossamer business model was a

16   little different than Fables.  There's been two

17   levels of Gossamer game launched into the Fortnite

18   universe through Epic Games, so that is active now.

19   Those two levels are there now.

20        And the business model around that property was

21   to get those -- get the assets, get the creative into

22   the Fortnite world and build up the NFT strategy,

23   build up the music, and build up some other consumer

24   products before we go to market with the film.

25        The film , the selling market around movies are

1   very competitive right now.  So we wanted to have a

2   lot of irons in the proverbial fire before we went to

3   a broadcast ore distributor with it formally, just to

4   show a lot of awareness and branding and positioning

5   of it.

6        So it's launched -- two levels on the Gossamer

7   game are launched into Fortnite.  The movie is about

8   50, 60 percent completed.  There was an NFT launch

9   that took place, as we talked about earlier, and

10  there were active music initiatives.  We had a deal

11  with Monarch Music, which is formerly E1, and had

12  recording deal with Timbaland to over see the music.

13       So all the pieces had to come together, but the

14  status of the production for the film is still

15  probably about somewhere between 30 and 40 percent,

16  to maybe a little bit more, to complete it.

17       Q.   So Creative Wealth provided financing for

18  Gossamer; is that correct?

19       A.   They did.  But not -- unfortunately, not

20  all of the financing.

21       Q.   Was this project underfunded?

22       A.   It was.

23       Q.   And was Creative Wealth the sole --

24       A.   They were.

25       Q.   -- funder .

Aaron Gilbert                                          December 5, 2023

1        A.   Yes.  Other than tax credits they were.

2        Q.   Other than tax credits.

3        Is the way the agreements between Creative

4   Wealth and BRON were set up, is it so that Creative

5   Wealth would be paid back from the sales from the

6   NFTs, as well as from the film?

7        A.   Revenue from NFTs would typically go into

8   waterfall because there was a breach, meaning that

9   the money hadn't been in place in full to complete

10  the show.  The NFT revenues were used just to

11  continue getting the show completed.

12       But in a normal situation, had the show been

13  properly funded, yes.  They would have -- those

14  monies, any revenues sitting outside would have gone

15  to the waterfall, to the benefit of all involved.

16  But, again, we had the approval of CW to put it into

17  the budget because we needed to, and it was

18  underfunded at the time.

19       Q.   So has Creative Wealth been paid back any

20  monies for the project Gossamer from NFTs or any

21  other source?

22       A.   No, not yet.

23       Q.   Bubbles, what is the status of the project

24  Bubbles?

25       A.   For a 100 percent accurate answer, you'll

1   need to talk to Ken Faier of Epic Story Media.  For

2   the last six months, I haven't been really involved,

3   candidly, so I'm not sure.  I believe that the

4   production is completed or being completed right now.

5       I do know that, I believe, on one of the two, if

6   not both -- some of the airing of certain episodes

7   already started in Asia, and I do know that Ken Faier

8   and his team, has a very special team, are active in

9   sales, so they may have started to deliver to other

10  markets.

11      I just don't know about the stage to be honest.

12  I'm not sure.

13      Q.   And Creative Wealth funded Bubbles; is that

14  correct?

15      A.   They did.  They did.  They funded that

16  particular project directly.

17      Q.   Directly with Epic?

18      A.   They, meaning it went directly into the

19  production.  Wasn't a BRON production controlled by

20  Epic Story Media.  It wasn't a BRON-produced show.

21  Same thing with Haley and the Hero Hearts, as well.

22      Q.   Was Creative Wealth the sole source of

23  funds for Bubbles, if you know?

24      A.   Yes, they were.  Outside of tax credits,

25  yes.

```
 1        I'm sorry.  Excuse me.  That's not accurate.
 2   Pardon me.
 3        There was a Chinese partner in place on one or
 4   both of those shows that did contribute part of the
 5   financing to the budget.  I'm sorry.  I just don't
 6   have that info on the top of my head.  They're
 7   definitely in the financing plan, which we could get
 8   for you, definitely had money from tax credits, and
 9   also from, I believe it was, a Chinese partner who
10   invested, I believe, X amount of the show, and also
11   acquired, I believe, certain distribution rights in
12   China for their investment in the show.
13        Q.   To the extent that you know, was Bubbles
14   underfunded?
15        A.   It was.
16        Q.   Even with the Chinese partner?
17        A.   Correct.  If the Chinese partner delivered
18   their portion, the amount that Creative Wealth
19   accumulated was underfunded.
20        Q.   Okay.  Which means the project as a whole
21   was underfunded; is that right?
22        A.   Yes.
23        Q.   Has Creative Wealth been paid back any
24   monies from the project Bubbles?
25        A.   No.  The shows have not -- I don't believe
```

| | |
|---|---|
| 1 | so, no. |
| 2 | Q.   Right.  To the best of your knowledge? |
| 3 | A.   Yes. |
| 4 | Q.   And you touched on this, Haley and the Hero |
| 5 | Hearts was similarly an Epic Studios production.  Did |
| 6 | Creative Wealth also pay the production directly for |
| 7 | Haley and the Hero Hearts? |
| 8 | A.   Yes, they funded.  There was a deal in |
| 9 | place directly with the production company on that |
| 10 | show, and unfortunately it was also underfinanced. |
| 11 | Q.   What is the status of Haley and the Hero |
| 12 | Hearts? |
| 13 | A.   I think similar to Bubbles.  Ken Faier has |
| 14 | done his best to finance that or the opening or the |
| 15 | hole in the production cycle through their own |
| 16 | revenues from other things.  I think they've |
| 17 | continued the financing of it.  So I don't know |
| 18 | exactly. |
| 19 | We can get an update from them, which is not |
| 20 | hard to do, but I assume that they're making delivery |
| 21 | into certain markets and the sales continue to happen |
| 22 | around the world.  I'm not sure. |
| 23 | Q.   To the best of your knowledge, has Creative |
| 24 | Wealth been paid back any monies that it contributed |
| 25 | to Haley and the Hero Hearts? |

Aaron Gilbert                                    December 5, 2023

1        A.    I don't believe so.   Because I think

2    there's still that open issue of underfunding that

3    has to be addressed.

4        Q.    Is it correct to say that if a project is

5    underfunded, that Creative Wealth wouldn't get paid

6    back until the project was fully funded?

7        A.    Yes.   Because you need to fully fund a

8    project in order to deliver a project.

9        Q.    So any revenues that an underfunded project

10   makes goes back into the production, so it can

11   complete the project; is that right?

12       A.    That's how it was set up.   Yes.

13       I want to be careful.   I don't know exactly how

14   Epic Story Media did that, so we have to talk to Ken

15   Faier to get an exact breakdown of how those two

16   projects worked.

17       Q.    And then we discussed earlier the show The

18   Pathway, and I believe that you said the first season

19   had been made.   But what is the status now as The

20   Pathway?

21       A.    Pathway, unfortunately, is dead, I think.

22   I don't know how it gets revived at this stage.   The

23   nature of the show is that it was following active

24   players as they were in their first season with Team

25   Ignite in the G League and heading towards the NBA

1   draft.  So the show crescendoed around the draft to

2   see which of these players would have gone -- got

3   drafted.  Season one was, as mentioned, Jalen Green

4   and others, Daishen Nix, who was a star at Golden

5   State, and others was a very good year.

6       But we had done a deal with TNT, which is owned

7   by the Warner Media world.  Warner Media and

8   Discovery merged a year and a half ago.  And not

9   dissimilar to what happened to us on some other

10  shows, we had major issues getting things completed

11  there.  In fact, Epic Story Media had one of their

12  shows cancelled there, as well.

13      There was a, sort of, a freeze order on any new

14  acquisitions, any new commissions out of the Warner

15  group for months and months and months.  And

16  unfortunately, you know, we kept hearing the deal was

17  coming, the deal was coming, and it never did.  And

18  the show basically became dated.

19      We self-financed a second season.  BRON put up

20  its own money to finance the production part of the

21  second season.  So we shot the footage.  We did not

22  -- we were hoping still to have that TNT deal closed

23  and shot the footage hoping that if we had the TNT

24  deal-- a risk on our part, but shot the footage

25  knowing that if we closed off with TNT, we would be

1   able to make that second season, as well.  Delayed

2   and delayed, so we never ended up editing that

3   footage.

4       For that footage, the second season to be

5   completed, there would still be monies needed to do

6   so, but unfortunately so much time has passed, it's

7   all dated now.  Probably a small place for this

8   content to go into.  Like AVOD or SVOD kind of world

9   and make a little bit of money.  But it's not really

10  in place to kind of earn the revenues we were hoping

11  because unfortunately the clock never stopped.

12      Q.   So if I wanted to go watch season one or

13  season two of Pathway, I would not be able to; is

14  that right?

15      A.   No.  Right now you can find it on nba.tv

16  and YouTube.

17      Q.   Is that just season one?

18      A.   Just season one.  Season two was never

19  completed.  And season one is two specials.  They

20  were seven episodes originally shot, but TNT wanted

21  to receive it as two edited down episodes of specials

22  and that's what's available.

23      Q.   Did Creative Wealth receive any monies back

24  from Pathway?

25      A.   No.

Aaron Gilbert                                    December 5, 2023

1      Q.   And then finally, Ghostbusters Afterlife,

2   unlike some of the projects in this case,

3   Ghostbusters Afterlife actually was delivered and

4   released two years ago; is that right?

5      A.   Yes.

6      Q.   And the project was released in November of

7   2021; is that correct?

8      A.   Sounds right.  I don't remember the exact

9   date.  But that sounds right.

10     Q.   And when was this film actually shot and

11  edited?  When was this film made, Ghostbusters?

12     A.   2019.  And it was delivered -- I think it

13  was delivered end of 2019 or early 2020.  Film was

14  supposed to come out, I believe, July of 2020; then

15  because of COVID, it got pushed until the following

16  year.

17     Q.   And Ghostbusters was a theatrical release;

18  is that right?

19     A.   Correct.

20     Q.   And it was successful, you made money off

21  Ghostbusters; correct?

22     A.   We haven't received any money, but there

23  was money earned on Ghostbusters.  Yes.  Hard for me

24  to say successful because the movie should have done

25  6, 700 million dollars, and it does 200 something

 1  because of COVID and people not attending theaters.

 2  So yes, the money, the project earned enough to

 3  recoup its investment and make a return, but I

 4  wouldn't put it in the successful category.  Should

 5  have done five times that amount.

 6      Q.   You said that it earned enough to recoup

 7  its investment, but BRON hadn't received any.  Why

 8  hadn't BRON received any money?

 9      A.   Tied up in litigation around Ghostbusters

10  of other individuals also looking for participation

11  in that particular movie.  Where, again, our

12  understanding was it was funded by LIUNA.  So not

13  privy to what happened between Creative Wealth

14  Lending and Media Finance, including Robert.  There

15  was a litigation that started around that project and

16  others that delayed everything.  Everything got held.

17      Q.   So going back, you mentioned that

18  Ghostbusters was delivered in late 2019 or early

19  2020; is that right?

20      A.   I believe so, yeah.

21      Q.   Were you aware that Robert Harris invested

22  in this project in late 2019?

23      A.   No, not at all.  As mentioned, we didn't

24  know any private money was in that project.

25      Q.   Is there a reason that a film would be

Aaron Gilbert                                          December 5, 2023

1   still seeking investors at the time that it was -- at

2   this time that it was delivered?

3       A.   I don't see why it would.  The only thing I

4   would say is depending -- and I don't remember the

5   exact -- let me rephrase that.

6       No.  CW would have funded full well before that.

7   I'm not sure.  But as I mentioned, I'm not privy to

8   how Creative Wealth Media Finance and Media Lending

9   operate.  Perhaps Media Lending was trying to -- I

10  just don't know.  Maybe they were trying to offset

11  some of the money.  I don't know.

12      But I don't know why any new money would go into

13  the production because it was completed.  But I don't

14  know behind the scenes of the CW, what they may have

15  been involved in.  I'm not sure.

16      Q.   I appreciate that.  Let me ask a better

17  question.  I think that's my fault.

18      So you said that -- so Ghostbusters completed

19  funding.  When did Ghostbusters complete its funding,

20  as far as your understand?

21      A.   I wish I could look up the start date of

22  that show.  It would have completed funding before it

23  began or early on in the production process.  So

24  sometime, I would guess, in 2019, but I think we can

25  and should double-check that.

Aaron Gilbert                                    December 5, 2023

```
1        Q.   Thank you.  Was BRON specifically seeking
2    funding at the end of 2019 for Ghostbusters?
3        A.   BRON, no.
4        Q.   So to the extent you're aware, Ghostbusters
5    did not need any more funding in late 2019 or early
6    2020?
7        A.   Not that I'm aware.
8        Q.   And we discussed this previously, but
9    Creative Wealth Lending was paid back all of the
10   monies that it contributed to Ghostbusters; is that
11   correct?
12       A.   I'm not positive they've gotten back all of
13   their money yet because of the legal issues
14   surrounding, and the monies were directed into
15   sheriff's accounts, and some of those monies were
16   pulled.  So I know there's been money that has been
17   received.  That would have done that.  But I'm not
18   privy if on their books, if they recouped.  I don't
19   know.
20       Q.   Is it fair to say that some money has gone
21   to Creative Wealth Lending from Ghostbusters?
22       A.   100 percent.
23            MS. LEEKER:  Okay.  Can we take a
24       five-minute break to check my notes and make
25       sure I have everything, and unless I find
```

Aaron Gilbert                                    December 5, 2023

```
 1          something, I'll wrap up.
 2               MR. BAZIAN:  Great.
 3               Why don't we do ten.  I was going to ask
 4          for a break in between.  Might as well do that
 5          now.
 6               (Brief recess was taken at 3:17 p.m.)
 7               (Back on the record at 3:33 p.m.)
 8               MS. LEEKER:  Okay.  Mr. Gilbert, just two
 9          more questions.
10   BY MS. LEEKER:
11          Q.   So as to Ghostbusters, has BRON received
12     money recoupment of Ghostbusters?
13          A.   No.  As mentioned, the monies that had come
14     in for that, those monies were -- there has been
15     money come through, but it still hasn't recouped
16     Creative Wealth, I believe, in full.  We have not --
17     let me back up.
18          BRON has not received any dividends or any
19     royalties from Ghostbusters because of all the mess
20     around it and everything that was locked in, locked
21     up because of the different lawsuits and the
22     sheriff's office that were involved.  So I've not --
23     as I mentioned earlier, I'm not sure if CW has
24     recouped in full or not because of that.
25          And if they are not recouped in full, then we
```

Aaron Gilbert                                          December 5, 2023

1   wouldn't have seen any dollars yet.  Right.  The way

2   that BRON worked in that situation is that the

3   venture between BRON and Creative Wealth owned 30

4   percent of the participation on those shows.  So CW,

5   they're lender, LIUNA, in this case, would have

6   recouped their money in full with interest.  Once

7   they recouped their money in full with interest, then

8   the other profit of every dollar that comes in, we

9   would get to split.  So 50 cents to BRON, 15 cents to

10  Creative Media Finance, and that has not happened.

11      Q.   So you said that Creative Wealth Funding

12  has received money back; is that correct?

13      A.   Yes.

14      Q.   Do you know if it's more than $5 million?

15      A.   Oh, it is for sure.

16      Q.   Do you know if it is more than $10 million?

17      A.   I believe so, but I'm not sure.  I think --

18  again, these are very easy to get numbers for you,

19  but I don't have them privy.

20      Q.   Okay.  I understand.  Then BRON owns a

21  percentage of Epic Story Media; is that correct?

22      A.   BRON Ventures owns 25 percent of Epic Story

23  Media; correct.  Or it -- it did until this process.

24  Those assets, like all of our assets, are being sold.

25      Q.   So I understand.  So the status is that

 1  BRON, at the time it went into bankruptcy, owned 25

 2  percent of Epic Media, Epic Story Media; is that

 3  right?

 4       A.   That's right.

 5            MS. LEEKER:  Thank you.  I don't have any

 6       further questions at this time, pending Sam's

 7       line of question.

 8            MR. BAZIAN:  Good afternoon, Mr. Gilbert.

 9       My name is Samuel Bazian from Herrick Feinstein.

10       I represent Creative Wealth Media Finance Corp

11       and Jason Cloth in this action.

12            I do not have very many questions for you,

13       but I'll tell you upfront, I'm hoping 15 to 20

14       minutes or so.  I'm going to show you four

15       documents so I don't have a lot for you.  I just

16       want to tell you that right off the bat.

17                      CROSS-EXAMINATION

18  BY MR. BAZIAN:

19       Q.   I believe earlier you had testified that

20  you had never had a call with Jason Cloth and Robert

21  Harris.  Did I hear that correctly?

22       A.   I said I don't recall having a call with

23  them directly on a discussion.  It may have happened,

24  but I don't recall.  No.

25       Q.   I just want to make sure.  It's possible

Aaron Gilbert                                    December 5, 2023

1   you have had such phone calls with Mr. Harris and Mr.

2   Cloth, it's just you don't recall sitting here today;

3   right?

4        A.   If it did happen, I don't know when it

5   would have happened.  I only met Robert maybe two

6   years ago.  And at that time, I don't think all this

7   mess had been discovered yet.  So, again, it's

8   possible, but maybe Robert can help you answer that.

9   I don't recall.

10       Q.   Did you have discussions directly with Mr.

11  Harris but without Mr. Cloth on the phone?

12       A.   I had because Sandy, who worked with

13  Creative Wealth.  Sandy had reached out to me and

14  asked me to speak with his friend and client, Robert.

15  Yes.

16       Q.   What did you speak about?

17       A.   We talked about the various investments

18  that Robert had and where they were and -- from

19  Pathway to others, we spoke about where they were,

20  and he was trying to confirm information that he had

21  received.

22       Q.   Did Mr. Harris ever express to you that he

23  felt that something was awry with his investments?

24       A.   Yes.

25       Q.   And what do you recall about that?

1     A.   Again, paraphrasing it, but yeah.  He

2   definitely was not happy with where things were.  He

3   hadn't received information that he was looking for

4   from CW, and he and Sandy had been told certain

5   things that hadn't happened in the timelines that

6   they were told.  So they certainly started reaching

7   out to myself and my team to try to then check on

8   information that they had heard.

9     Q.   I'm sorry didn't mean to cut you off.

10    A.   Just on the status of different

11   productions.  Yes.

12    Q.   Do you recall how long ago that phone call

13   was that you're referring to?

14    A.   Well, when I met Robert and Sandy in LA,

15   gosh, was like 2021, Robert.  I don't even remember.

16   I don't remember.  The initial conversations would

17   have been shortly before a meeting that took place

18   that was in California.  I'm sorry.  I don't remember

19   the date of that.  It was sometime ago.  I would

20   guess it's a year and a half to years ago, minimum.

21    Q.   Okay.  And how many times have you met with

22   Mr. Harris?

23    A.   In person, just the one time.

24    Q.   How long was that meeting for?

25    A.   Maybe 45 minutes, half an hour, something

Aaron Gilbert                                    December 5, 2023

```
 1   like that.  Came and visited me at my office.
 2        Q.   Who was present at that meeting?
 3        A.   Just one of my other BRON colleagues was
 4   with me and then Sandy and Robert.  That's it.
 5        Q.   Do you have any e-mail communications with
 6   Mr. Harris in advance of or after this meeting?
 7        A.   I'm sure I do.
 8        Q.   Did Mr. Harris, at that time, inform you
 9   that he intended to file a lawsuit against Creative
10   Wealth and Mr. Cloth?
11        A.   He definitely spoke about it.  Yes.
12        Q.   What do you recall about that?
13        A.   Just that that was an angle they were
14   looking to pursue because they haven't been able to
15   get the information that they were looking for.
16        Q.   Did he ever, at that time, say to you that
17   he believed he was defrauded?
18        A.   I don't recall having that kind of a
19   discussion.
20        Q.   Did he say that he believed there was a
21   breach of contract?
22        A.   Again, I'm not sure what words we used, but
23   all I know is they were definitely frustrated with
24   timing and with clarity of information, and that's
25   really where the conversation mostly was spent.
```

1      Q.   What is the last time that you spoke with

2   Mr. Harris?

3      A.   It probably would have been just before

4   this legal action started.  I think I heard from him

5   or heard from Sandy that this was going to take

6   place.  I think that's probably the last time.

7      Q.   So you don't believe you've spoken with Mr.

8   Harris in the last year; is that fair to say?

9      A.   I don't recall if we did.  But if we did,

10  it wasn't -- I think it was just a matter of updates.

11  I don't think there was any specifics around the

12  legal case, if at all.  But I don't recall.  Because

13  the last six months, BRON hasn't been, you know,

14  operational.  And the many months before it stopped

15  being operational, basically just chaos for myself

16  and my team trying to get things closed.

17      So if we did talk, it was minor, and I'm sure

18  didn't get into a ton, but I don't recall.

19      Q.   Have you ever spoken with Robert Harris'

20  attorney, Ms. Leeker, that's on this Zoom today?

21      A.   No.  I have not.

22      Q.   Have you ever --

23      A.   I believe she was in touch just to set up a

24  time for this.  I don't think we had a conversation

25  outside of that.  I don't believe so.

```
 1         Q.   Have you ever spoken with somebody named
 2    David Jonelis?
 3         A.   I don't know that name.
 4         Q.   Do you recall speaking with anybody from --
 5    other than Ms. Leeker, from her firm?
 6         A.   No.
 7         Q.   When is the last time you spoke to Sandy
 8    Schmidt?
 9         A.   Been several months.  I don't remember
10    exactly, but it's been probably sometime in the
11    summer.
12         Q.   Did you speak to him about Jason Cloth?
13         A.   Sure.
14         Q.   At that time?
15         A.   More than likely.  Yeah.  That was often
16    the conversation.
17         Q.   Do you recall what you discussed?
18         A.   I'm sure he was just expressing his
19    frustration of the process and what was going on, and
20    obviously concerned about now BRON entering a
21    bankruptcy protection process, which it did do, and
22    then going into sales.  I think I'm sure it was all
23    about how he could potentially -- or how he could
24    best protect himself and his clients.  I'm sure that
25    was part of the conversation.
```

1      And, obviously, because of the status that we

2  were in, there's only so much that I could say.  And

3  most of the time, it got to a point where I would

4  just direct Sandy to our counsel because I just

5  didn't feel comfortable answering questions, given

6  the status of the process we were in.  And over the

7  last many months, he's only ever dealt with counsel,

8  not with me.

9      Q.   You had testified earlier that CW funded

10 many different films that BRON had produced.  Did I

11 hear that correctly?

12     A.   Absolutely.

13     Q.   Can you just explain to me, in general

14 terms, what the difference was between the roles of

15 BRON and Creative Wealth?

16     A.   Creative Wealth was finding money and

17 arranging capital, and BRON was handling the

18 creative, and in some cases, physically producing the

19 shows, and other cases arranging for and negotiating

20 and overseeing third parties who were producing as

21 more of an exec producer.  We would call BRON the

22 creative and business side, and CW was the financing

23 side of the projects we worked on together.

24     Q.   Is it fair to say that BRON had the

25 knowledge of the status of productions they were

1    progressing?

2         A.   Sure.

3         Q.   And Creative Wealth would regularly reach

4    out to BRON in weekly phone calls so they can get

5    update on the status of those productions?

6         A.   Not necessarily weekly.  But there would be

7    communication between companies for sure with

8    updates, yes.

9         Q.   So how did Creative Wealth get their

10   information concerning what these productions were up

11   to at any given time?

12        A.   We had our head of sales that would prepare

13   a sheet.  Go to them on a monthly or bimonthly basis,

14   and we would essentially send updates on sales

15   activities, production activities, and whenever they

16   needed it, we would get on a call and discuss it.

17        Q.   Were there times when Jason Cloth would

18   call you and ask you about the status of a given

19   production?

20        A.   Sure.

21        Q.   Do you know, let's say in 2021,

22   approximately how often you and Jason Cloth would

23   speak on the phone concerning the status of

24   productions?

25        A.   Very rarely because he and I were not

```
 1   getting along by that point in time.  So '21 was
 2   already a time when our relationship had been pretty
 3   much severed.  So definitely there were conversations
 4   in 2021, absolutely, but it wasn't on a regular,
 5   often basis.  He ended up dealing with other
 6   colleagues of BRON, Steven Thibault, and/or often he
 7   would get his updates through a weekly, maybe
 8   biweekly meeting that different lawyers from BRON and
 9   CW would have.
10        Q.   During those meetings or discussions with
11   your colleagues at BRON, do you know if part of what
12   was discussed was the status of when these films
13   would be sold and delivered?
14        A.   Sure.
15        Q.   In terms of there were discussions with
16   your colleagues or several other form, concerning
17   when these films would actually produce revenue?
18        A.   Sure.  You know, and when there were
19   changes to that or when something happened, like,
20   we've had a million things that have gotten in the
21   way and COVID being the first.  But when something
22   would change, we update that too.  These are updates
23   that would also come to CW in writing.  They had the
24   ability wherever they could to package it and forward
25   it to their clients.
```

1   Q.   Do you know if all of the phone calls that

2   Jason Cloth had with you or your colleagues at BRON

3   would have been memorialized in writing?

4   A.   No.  I don't think it would have been.  I

5   don't believe so.  But based on what I'm reading

6   today during this deposition or what I'm hearing

7   rather, like I can tell you when certain things I

8   would have said or not said.  That is very easy for

9   me to speak to.

10   But no.  I don't believe every time that there

11   was a conversation that it would be duplicated in

12   writing, no.  But I wouldn't know.  I have a very

13   good sense of what I did and didn't say.

14   Q.   You testified earlier that Creative Wealth

15   would make loans to BRON Studio in connection with

16   the production of certain motion pictures; is that

17   fair?

18   A.   They would make loans to holding companies

19   to production companies that were established for the

20   purpose of making those shows, yes.

21   Q.   Those were established by BRON Studios?

22   A.   Correct, or BRON Digital or other, but they

23   would make loans directly to productions, not to a

24   BRON -- not -- in the context of production monies,

25   not to a BRON Studios directly.  It would go to a

1  production entity established for the film or TV

2  show.

3       Q.   Okay.  But those entities would be

4  affiliated and controlled by BRON?

5       A.   Yes.

6       Q.   Okay.  When those loans were made for

7  Creative Wealth to those entities, how were those

8  loans documented, if you know?

9       A.   The loan would be documented as a loan that

10  went into the production.  And any of the mature

11  productions, it would have been collection account

12  management agreement put in place, as well, a CAMA

13  agreement, which stipulates the waterfall of who gets

14  what.  So there would be a loan agreement, general

15  security agreement, and other documents like a

16  promissory note and things that are all part of a

17  closing process on a per project basis, that would

18  happen between Creative Wealth and BRON.

19       We were never privy to documentation Creative

20  Wealth had with their clients.  We only saw our

21  paperwork with them.  So every instance, these shows,

22  almost every instance would be collection account

23  agreements in place, the loan agreements, general

24  security agreements, all the terms of that.  To the

25  benefit of Creative Wealth, would all be documented

1    in that CAMA agreement, i.e. that would spell out the

2    waterfall where the recoupment position is.  How they

3    earn back their money, et cetera.  So that's how that

4    would work on a per project basis.

5         Q.   Those agreements memorializing the terms

6    between Creative Wealth and the entities that

7    actually produce the films, did those agreements

8    contain deadlines by which the loans needed to be

9    repaid?

10        A.   They may, yes.  There's also language in

11   there for if there's an extension, or if -- there's

12   different language in there in the event that things

13   go past including some default language that could be

14   there, as well.  Like additional penalties if things

15   went further.  Yes, it would detail the timelines in

16   those.

17        We were not, however, privy to any, like I said

18   earlier, documentation between Creative Wealth and

19   their clients.  So we were only privy to the terms

20   that we had between ourselves and Creative Wealth,

21   and assuming they had the same terms between

22   themselves and their clients.  We haven't seen that

23   documentation.

24        Q.   And I just want to focus on , you know, the

25   agreements between Creative Wealth and BRON.  I

1   understand you can't really testify about whatever

2   you don't know.

3        A.   Correct.

4        Q.   I just want to limit it to that.

5        Why would you assume, though, that the terms

6   between agreements -- withdrawn.  Let me say it

7   properly.

8        Why would you assume that the terms of

9   agreements between Creative Wealth and their clients

10  would be similar to the terms between Creative Wealth

11  and BRON?

12       A.   It's a fairly easy assumption to make.

13  With the exception of building and margin on their

14  side for the interest cost, but the terms, the length

15  of the loan.  Number one, the terms and the ownership

16  that Creative Wealth would get.

17       So as an example, if Creative Wealth was

18  investing in a show and they put $100 in a show and

19  that show would give them 30 percent of the ownership

20  of the show, right, they would have terms in there

21  that would dictate to them on the interest that they

22  would earn.  Like they make their money back plus

23  interest and how that 30 percent would then work.

24       Now, that those same terms should be reflected

25  in an agreement between CW and their clients, with

1    the exception of, I assume, that agreement would talk

2    to whatever portion of that 100 dollars that client

3    put in.  So if there were four clients that put up

4    $25 each for the $100, each of their clients would

5    represent a back interest based on whatever deal

6    Creative Wealth and those investors had relative to

7    back end participation.

8        But the terms and the amount that would come

9    through the waterfall, I would assume should be the

10   same because that's what needs to get passed on to CW

11   and their clients.

12       Q.   I see.  Okay.  Did Jason ever ask you when

13   BRON was going to be paying back those loans?  In

14   other words, did he ever say, you know, a maturity

15   date is coming up or the time by which BRON needs to

16   pay something back is coming up?

17       A.   Sorry.  Finish your question.  I apologize.

18       Q.   No.  I just want to make sure my question

19   is clear.

20       I'm just wondering if there were times when

21   Jason would reach out to you and say, hey, the money

22   under our loan agreement is due soon.  What is the

23   status of repayment?

24       A.   Absolutely.  For sure that question will

25   get asked.  Absolutely.  But that question would also

Aaron Gilbert                                        December 5, 2023

1   be covered in the sessions when we're updating on the

2   status of production.  So when we talk about the

3   status of production, the status of the actual

4   physical delivery, the status of, you know, the show

5   itself, all of that information is part of that

6   answer to the question you just posed.

7        So we would be talking about that very

8   regularly, and Jason and his team would know exactly

9   what's what because they would know when shows are

10  going to market.  They would know how many shows are

11  getting delivered.  They would have that information.

12  We would talk about it for sure.  Yes.

13       Q.   And to date, have all of those loans been

14  repaid?

15       A.   No, of course not.

16       Q.   Why do you say of course not?

17       A.   We just talked about, for the last two

18  hours, about several projects that are not completed.

19  Right.  And that haven't entered the sales process

20  yet.  So if they're not completed, they're not sold,

21  very obviously they're not going to have recouped.

22       Q.   Well, I know it might be obvious to you.  I

23  just want to make sure that I understand.

24       A.   I'm sorry.  Go ahead.

25       Q.   And I appreciate you're giving a lot of

1   information.  I think maybe there are just some

2   assumptions because you know this business better.

3        A.   If I could clarify better, let me know.

4        Q.   No.  Your answer is fine.  I want to

5   explain why I'm asking the question because I have a

6   follow-up with that.

7        You had testified that, you know, those loans

8   wouldn't have been repaid because those films haven't

9   generated sufficient revenue.  So is it your position

10  that they don't need to be repaid, unless the films

11  generates sufficient revenue?  I don't want to put

12  words in your mouth.  I want to make sure I

13  understand the way this works.

14       A.   The nature of this work is -- again, those

15  loans didn't come directly to BRON Studios, they came

16  to a company established for the purpose of making

17  that individual show or shows plural.  Right.  So the

18  loan agreements would be with that entity.  And there

19  would be default language in there in the event that

20  things went longer.  But that entity doesn't have the

21  ability to earn revenue.

22       So if you had a movie like a Telly.  Okay.

23  Movie made years ago, there would have been a Telly

24  productions that was set up.  And only at the point

25  in time when revenue comes back from the sales

1  postdelivery of that show, would money go into the

2  waterfall to begin recouping to Creative Wealth, and

3  therefore, their clients.

4      So again, on shows that we've talked about today

5  that are not completed and have not entered the sales

6  process, those instances, there wouldn't have been

7  revenue to generate because those sales hadn't been

8  made yet.

9      Q.   Are you aware of whether the agreements

10  between Creative Wealth and these BRON entities had

11  contained terms saying that the source of repayment

12  for these loans would be from revenues generate by

13  these different projects?

14      A.   I assume there's certain language in there

15  for sure.  There's also, as we discussed, a

16  collection account on each of those projects that

17  stipulates where all the revenue is coming from and

18  why.  It doesn't stipulate -- it only breaks out the

19  revenue streams that would go to that particular

20  show.  So my assumption would be that between the

21  various agreements that that language would be there

22  somewhere, between the loan agreement or the

23  collection agreement or other, you know.

24      Q.   How long have you been in the film industry

25  for?

1      A.    BRON was almost 14 years old, and that's

2   how long I was in the film industry.

3      Q.    Have you ever heard of the concept that a

4   loan to a production company would only need to be

5   repaid if the film generated sufficient revenue to

6   repay that loan?

7      A.    There's no guarantee from the parent

8   company.  BRON was never a guarantor of that.  We

9   never, in the history of BRON, signed as a guarantor

10  of any of the monies that came into productions.

11     Q.    Sorry.  Sorry to cut you off.  I realize

12  from the answer that was not clear.  I'm not asking

13  for you.  I'm asking in the industry, whether you

14  have heard of this concept before.  I'm not talking

15  to BRON specifically.  So I just want my question to

16  be clear for the record.

17     A.    Absolutely is the case.  It's the whole

18  reason that the industry is set up as it is where

19  each individual company -- pardon me.  Each

20  individual IP would have its own separate holding

21  company.  It's on separate production company.  So it

22  can be properly audited, properly tracked.  So

23  absolutely.  That's exactly how the things work in

24  this space.

25     Q.    So, again, just to be clear for the record,

1    you have heard the concept that a loan for funds to

2    be used towards the production of film would not need

3    to be repaid, unless the film generated sufficient

4    revenue to repay that loan; correct?

5         A.   I wouldn't use the term not needed to be

6    repaid, but it wouldn't have the ability to repay it.

7    It would continue to have a lien against that

8    property, if it was outstanding monies because nobody

9    can do anything with a project that was unrecouped.

10        The investors in the case of CW, they would

11   often, if not always, have security registry against

12   the project.  That security would not be released

13   until they were paid off in full with their interest.

14   So very normal that that process could take a long,

15   long time.  Yes.

16        Q.   But, again, my specific question is have

17   you heard of the concept, though, that some loan

18   agreements contain language saying that a loan would

19   not be repaid unless the film generated sufficient

20   revenue?

21        A.   I'm not sure if that exact language was

22   contained.  But what would have been contained is

23   what revenue streams would have gone towards the

24   recoupment of a loan.

25        So ideally it would, I assume, accomplish the

```
 1   same thing, but I don't believe the language would
 2   have necessarily been written as you stated it.  I
 3   think more so it would have been written that these
 4   revenue lines will all go towards the waterfall
 5   towards recoupment of some show until it's paid off
 6   in full with interest.  That's plus, plus, plus.
 7   That language I would see.  But the way you phrase
 8   it, I'm not sure.
 9          MR. BAZIAN:  That's fair.  I realize you
10      don't have an agreement in front of you.
11          Okay.  I'm just going to show you a
12      document here.
13          (Exhibit CW-1 was marked.)
14   BY MR. BAZIAN:
15      Q.   All right.  Mr. Gilbert, do you see my
16   screen?  I am showing you what I have marked as
17   Exhibit CW-1.
18      A.   Okay.
19      Q.   Do you see that in front of you?
20      A.   I do.
21      Q.   I'm going to blow that up so you can see
22   it.  Scroll to the bottom.  I'll represent to you
23   these were documents that were produced in the case.
24   Just for the record, the Bates range is CW2596.  And
25   then I'm including the attachments to that e-mail.
```

```
 1       A.   Okay.
 2       Q.   It ends CW2616.  I'm going to go back to
 3  e-mail.  You can see it's an e-mail from Adam Davids
 4  to Jason Cloth, copying various individuals from BRON
 5  Studios, including you.  Do you see that e-mail?
 6       A.   I do.
 7       Q.   Okay.  That e-mail dated May 27, 2020 says,
 8  hi, Jason, attached is a proposed investor term sheet
 9  both clean and compared to Gossamer.  It might be
10  helpful to walk through the waterfall tomorrow.
11       And feel free to read this e-mail if you would
12  like.  My question is just going to be on the last
13  e-mail at the top of the chain, which has two
14  attachments.  Do you see that?
15       A.   Yes.
16       Q.   At the top of the e-mail, it says hi,
17  Jason, here is a revised investor term sheet, both
18  red lining against the draft sent yesterday and clean
19  version.  I've discussed these changes with YBG and
20  they have approved, as well.
21       You had testified earlier that Adam Davids
22  worked for BRON Studios for a period of time.
23       A.   He did.
24       Q.   And did Adam Davids draft investor term
25  sheets for Creative Wealth to provide to its
```

1    investors?

2         A.   I don't believe he did that directly.  It

3    may have happened from time to time.  At points Jason

4    didn't have investors -- excuse me, didn't have

5    counsel.  But there was a very much like a form

6    agreement that we use.

7         I think in this instance, again, BRON's role was

8    working with the producers in the team at Young Bear

9    Grylls, you know, exec producers, and we were part of

10   that.  The agreement I believe Adam would have shared

11   would have been an agreement between Young Bear

12   Grylls entity and Creative Wealth, not between

13   Creative Wealth and clients.

14        So in that instance because we were exec

15   producers, and working with Young Bear Grylls, if

16   that's what you're about to show me, that would make

17   sense for Adam to be working with Young Bear Grylls

18   on that term sheet.

19        Q.   To be clear, I'm not trying to trick you.

20        A.   I wasn't implying.

21        Q.   This is a -- this is the first attachment

22   here.

23        A.   Okay.

24        Q.   Says term sheet financing for animated

25   trilogy entitled Young Bear Grylls.  Had Creative

1   Wealth Finance Corp. at the top.  YBG Commercial LTD

2   and investor.

3       Is it your understanding that investor would be

4   referring to one of Creative Wealth Media Finance's

5   clients?

6       A.   I believe so, yes.

7       Q.   And do you see how it has different

8   sections on loan, interest rate, term, as well?

9       A.   Uh-huh.

10      Q.   Here it has a source of repayment section.

11      A.   Uh-huh.

12      Q.   That source of repayment section says the

13  loan, inclusive of the facilitation fee, the

14  interest, and the net profit participation shall all

15  be recouped from gross receipts generated by the

16  project, if any, in accordance with the allocation of

17  defined gross receipts as defined herein.

18      Have you ever seen that language before in any

19  agreement?

20      A.   I don't remember.  I assume that type of

21  agreement, that type of language is almost in every

22  agreement.  I'm not positive if it's exact.  But I

23  think the spirit of that is probably in every

24  agreement.  Yes.

25      Q.   What do you believe the spirit of this to

1    be?

2        A.    Basically stating that where the monies are

3    coming from to go towards recoupment of the loan,

4    that the loan has to cover the cost of the capital

5    and also the facilitation fee.  Just breaking that

6    out.

7        Q.    And is it your understanding, based on

8    this, that repayment of the loan memorializing here

9    would be dependent on whether this project received

10   gross receipts, if any?

11       MS. MCCORD:  Objection to the form to the

12          extent it calls for a legal conclusion.

13          I mean, you can't ask him how to interpret

14          a legal document.

15          MR. BAZIAN:  I can ask him what his

16          understanding of that is, if he's seen this

17          before.  I'm not asking for a legal opinion.

18   BY MR. BAZIAN:

19       Q.    I understood you're not a lawyer, Mr.

20   Gilbert.  I'm just asking you for what your

21   understanding of this provision would be.

22       A.    My understanding would be that, yes, that

23   the revenues that would go towards recouping this

24   loan for project would come from the various revenue

25   streams associated with that particular project.

1   Yes.

2        Q.   Have you ever seen this type of language in

3   an agreement between Creative Wealth and a BRON

4   entity?

5        A.   Yes.

6        Q.   So do you recall it being your

7   understanding at the time that you saw that language

8   and agreement, that BRON would only need to repay the

9   loan referenced in the agreement, if the project

10  generated sufficient gross receipts?

11       A.   Yes.  And just a reminder that any time an

12  agreement like this was entered into, it was entered

13  into directly with the company that owned the rights

14  to the project.  It wasn't entered into with BRON

15  Studios.

16       So if it was entered on a movie like the

17  Survivor, it would have been the Survivor that its

18  waterfall and its revenue streams that would have

19  been recouping monies.  Monies to recoup wouldn't

20  have come from other productions or other.

21           MR. BAZIAN:  Okay.  Let me show you another

22       document.  This one is Exhibit CW-2.  And for

23       the record, it's Bates stamped CW7657 through

24       7671.  I'll represent to you that this is a

25       document that's been produced in this case.

1          It's actually two agreements back to back.

2              The first one is term sheet financing for

3      BRON Digital series entitled Fables, the

4      project.  And then on page 7, it is a Creative

5      Wealth Media Finance participation agreement.

6      Both of these agreements are between Creative

7      Wealth and Robert Scot Building Venture LLC.

8              (Exhibit CW-2 was marked.)

9   BY MR. BAZIAN:

10         Q.   Have you ever seen this agreement before?

11         A.   No.

12         Q.   Do you know if this agreement is the same

13  in form as the draft agreement that we had looked at

14  in CW-1?

15         A.   You would have to compare one-to-one just

16  to see, but it looks like they're very similar

17  documents, you know.  Essentially on the -- these all

18  go -- these term sheets are the predecessors to loan

19  form.  So you have a term sheet that we would have in

20  place with CW, and CW would have a term sheet in

21  place with their clients, and then everything would

22  go to long form thereafter.

23         Q.   Going to share another document.

24         A.   That document you just showed as 2, in

25  looking at it, this is really important to remember,

1    that document would not have been drafted by a BRON

2    representative.  So the document that was in place

3    between CW and Robert Harris or any other clients,

4    BRON did not draft those agreements.  Those were

5    drafted and edited by Creative Wealth and counsel.

6         Q.    How do you know that?

7         A.    Because we never do.  We would give a form,

8    but then CW would be responsible for dealing with

9    their client.  So we never saw the final versions.

10   We didn't edit nor negotiate with final versions.  We

11   are not privy to that process.

12        Q.    This e-mail we looked at in CW-1, the first

13   e-mail in the chain Adam Davids attaches a proposed

14   investment term sheet.  In response, Jason Cloth

15   writes on May 27, 2020 at 4:11 p.m., sure, waterfall

16   doesn't make much sense.  The guys putting up the

17   capital here are professional investors.  You're

18   going to see, we are next to last to get paid.

19        I'm just showing you this because there is back

20   and forth correspondence between yourself and Jason

21   Cloth and Adam Davids.  And then the last e-mail that

22   we looked at on this exhibit was, hi, Jason, here is

23   a revised investor term sheet.

24        So does this refresh you recollection as to

25   whether BRON was involved in investor term sheets?

```
 1        A.   No.  I think it's the same thing.  Again,
 2    we had agreements in place between ourselves.  I'm
 3    not privy to what Adam or legal counsel have done
 4    with them directly.  My understanding is we would pay
 5    for the deal between BRON and Creative Wealth, but
 6    either way, the form would have been purposed and
 7    edited for a client.
 8        So there may have been a form that we share and
 9    information that we help on a term sheet that would
10    have gone.  I think you have to track here is look at
11    whatever Adam sent and then look at what CW sent to
12    Robert, and are those two documents the same?
13        So what Adam would have sent was a form of like
14    what would have worked with what BRON would have
15    done.  Or was doing, rather.  And what Jason and CW
16    would have sent to their clients, that would never
17    have come directly from BRON, and we never had the
18    opportunity to make any changes.  But it's very
19    possible that the form was shared, yes.
20            MR. BAZIAN:  So back to Exhibit 3.  I
21        believe I -- maybe I didn't read it.  Exhibit 3
22        is Bates stamped CW8493 through 8501.  This is
23        just another agreement.  This one is for
24        Pathway.
25            (Exhibit CW-3 was marked.)
```

1   BY MR. BAZIAN:

2        Q.   If we start at the beginning, it's an

3   e-mail from you.  It's to Adam Davids dated April 21,

4   4:37 p.m.  The subject is Pathway stuff one place.

5   You write last two are the term sheet.  And then Adam

6   Davids responds to you at 5:31 p.m.  Hey, ALG.  I

7   assume Adam referred to you as ALG?

8        A.   Yes.  Sometimes.

9        Q.   He writes here's the CWMF agreement with a

10  few tweaks Word doc with all the bells and whistles.

11  Investor doc to follow.  And Adam then follows up on

12  April 28, 2021, at 2:46 p.m., and he writes to you,

13  and here's the investor agreement with subsequent

14  edits, with subsequents added back in to clean up and

15  conform to the new CW AGNT.  Just providing as a Word

16  doc because Jason will need to provide the investor

17  info, Adam.

18       And then the final e-mail at the top, which is

19  the one that I want to ask you about, is you forward

20  the attachment to Jason Cloth on April 29, 2021.  Do

21  you see that?

22       A.   Uh-huh.

23       Q.   So I just want to confirm, the attachment

24  here is an investor term sheet memo financing for

25  first season of the series entitled Pathway.  Is your

1  understanding that this is a term sheet that was

2  prepared initially by Adam Davids for Jason Cloth to

3  provide to Creative Wealth clients?

4      A.   No.  Initially -- well, again, we would

5  provide a copy of the agreement between BRON and CW.

6  If Adam was helping Jason or sending him a form that

7  he could use with his investor, just to make sure

8  everything, that all the terms were the same, that

9  could have, should have happened or may have

10 happened.  Pardon me.

11      But, again, ultimately, what ended up going to

12 the investor and ended up getting executed with the

13 investor would have been between CW and their

14 clients.  So not privy.  Again, same comment, best

15 way to look is go to look at what Adam sent and look

16 at what Robert signed and will those two documents

17 the same?  That will answer the question you're

18 getting at.

19      Q.   If they are substantively identical, then

20 you would say that BRON did prepare the investor term

21 sheet?

22         MS. MCCORD:  Object to form.  Facts not in

23      evidence.

24      A.   I'm saying their form would have been

25 shared, but Jason would have dealt with the form and

1  finalized the form he used.  He would have finalized

2  the form.  So, again, we were not privy to the final

3  versions, and honestly, even this didn't happen on a

4  lot of the shows.  But if there was some help that

5  Adam gave him at this time, it would have only been

6  to help the process move more efficiently.  But he

7  would have given a form, and ultimately it would have

8  been CW responsibility for final execution on it and

9  get it executed to clients.

10     Q.  Earlier you had been asked about the term

11  green lighting or green lit.  Do you remember that?

12     A.  Yes.

13     Q.  Have you ever used that term to say that

14  BRON had green lit certain project?

15     A.  Yeah.  But, again, BRON would only have

16  green lit a project if it had the financing in place

17  and the commitments to do so.  Right.  So if I ever

18  used the term green lit to something was because CW

19  and others signed off on it and it was heading into

20  production.

21     Q.  Have you ever used it to mean that BRON was

22  prepared to produce the show pending receipt of

23  sufficient financing.

24     A.  I'm sure, you know , but again, I don't

25  think I would have used the term green lit in that

Aaron Gilbert                                    December 5, 2023

1   context.  BRON may have approved, like, everything on

2   our side, but the agreement was once the financing

3   was committed.

4        Q.   Well, are you sure that you never would

5   have used the term green lit in that way?

6             MS. MCCORD:  Objection as to form.  Asked

7        and answered.

8             MR. BAZIAN:  I didn't ask that question.

9        A.   Am I sure that I -- no.  I'm not sure, but

10  I'm saying to you that in the context of the term

11  what green light means, it means a project is

12  approved on all levels to go to production.  What I'm

13  suggesting, unless we have the financing in place to

14  use the term green light.

15  BY MR. BAZIAN:

16       Q.   Generally, if a project is green lit, does

17  that mean that funding has already been obtained to

18  finance the production of the project?

19       A.   It would to have to have been committed,

20  yes.

21       Q.   So once a TV show is green lit, there's no

22  need to get additional funding to make the production

23  happen; right?

24       A.   Again, depending on how that show is put in

25  place financially.  There still may be -- like you

1    may have approvals, but there still might be

2    paperwork to finalize.  So if you look at a financing

3    plan on a TV series that may have multiple parties

4    like a show I talked about earlier, Kin, had eight,

5    nine buyers around the world that all committed money

6    upfront that we had the bank.  So it was green

7    lighted.  It was committed to.  But until all the

8    paperwork was done, it's not going to standard

9    spending money.  Right.  That's essentially how that

10   works.

11       Q.   Earlier you had been asked questions about

12   statements that were allegedly made concerning the

13   green lighting of several seasons of Pathway.  Do you

14   recall that?

15       A.   I do.  Yes.

16       Q.   If Pathway was green lit for five seasons,

17   would it have been necessary to then obtain financing

18   from Mr. Harris for Pathway?

19       A.   Actually, it was not green lit for five

20   seasons.  That's not something my team or I ever

21   said.  And we were -- that first season was unsold,

22   and we needed to get it to a level of completion in

23   order to go to market to sell it.  At the time that

24   CW was putting the financing in place for the show,

25   there were zero sales.  Zero commissions.  Nothing

1   was green lit on the show at the time.  Only when all

2   the money came in place, was committed to start

3   making the show, knowing we would have to sell it

4   later on.  So there was never a situation where it

5   was a five season commitment.

6        Q.   My question was slightly different.  If it

7   had been green lit for five seasons, then there would

8   have been no need to get financing for Mr. Harris

9   from that?

10       A.   Depending on the production.  Depending on

11  the production financing needs.  You're probably

12  right in that statement, especially given who the

13  company was that you're dealing with, like TNT,

14  Warner.  If they had green lighting, it more than

15  likely financed the entirety of the show.  Again,

16  that was never in place.

17       Q.   If it was -- why would they have financed

18  the entirety of the show, if it had been green lit

19  for five seasons?

20            MS. MCCORD:  Objection to form.  Calls for

21       speculation.

22            MR. BAZIAN:  Maybe I asked the question

23       backwards.

24  BY MR. BAZIAN:

25       Q.   Why would they have financed the show on

1   their own if it had been green lit for five seasons?

2         A.   Sorry.   Who is they?

3         Q.   I think it's a TNT and someone else.

4         A.   We were making the show and looking to sell

5   the show.  So we were talking to different streamers

6   and different buyers, TNT being one of them, and

7   that's the group that put up their hand and said we

8   want to buy it.  They were a great partner because

9   they had shows in the NBA and Shaq and Charles and

10  Kenny that was a lead in for the show.

11        And if the show was green lit by TNT or a

12  Netflix or Amazon or somebody, and they said we're

13  going to do five seasons, no, you're not wrong.  The

14  third party money would not be needed, but that was

15  never the case.

16        Q.   Okay.  That's fair.  Just a couple of

17  questions left.  I realize that I've broken my

18  promise, and I've gone over.

19             MR. BAZIAN:  I'm just going to show you one

20        more document.  This is the last one.  This is

21        CW-4 that I've marked, and this one is just two

22        pages.  It's Bates stamped CW8296 and attachment

23        of 8297.  This is a document.  It's an e-mail

24        that you had sent to Jason Cloth on April 30 of

25        2021, subject line Pathway numbers.

1          (Exhibit CW-4 was marked.)

2     BY MR. BAZIAN:

3          Q.   You write, let me know if you have any

4     questions.  Do you recall this e-mail?

5          A.   Not specifically.  Do you have the

6     attachment?

7          Q.   Yes.  I'm going to show it to you.  I'm

8     first asking if you remember just this exchange

9     before I show you the attachment.

10         A.   I don't specifically, no.

11         Q.   Up above, you're not copied on the

12    forwarding of your e-mail in the attachment.  But Mr.

13    Cloth writes, here's the waterfall of the NBA series

14    based on minimum guarantees.  Let me show you the

15    attachment.

16         A.   This is not a document from any third

17    party.  This was a document that BRON drafted.  Can

18    you scroll down on the document?

19         Q.   That's the end of it.

20         A.   That's the end of it.  Okay.  So this is a

21    document that BRON drafted to show what revenue could

22    look like, if it went into five seasons.  It was

23    very, very clear that these were projections.  It was

24    very clear these were estimates.  And in fact, it

25    says right there underneath the top category,

1    estimated waterfall, you know, meaning these were

2    just projections on what kind of revenues that would

3    be needed in order to earn those kinds of returns.

4    So the way that we sent it to Jason was in that

5    context.  The way he presented it to clients,

6    apparently, was a little bit different.

7         Q.    My question is going to be who prepared

8    this document?

9         A.    My finance team would have prepared this.

10        Q.    And for what purpose was it prepared?

11        A.    To look at what the numbers need to be for

12   us to kind of generate a certain kind of revenue on

13   the show, and how that money would need to come about

14   between distribution, sales, hopefully some

15   sponsorship, and other.  This is really just to show

16   what the break even would be.  This is why that

17   specific category is scared like it is.  It shows the

18   amount of money that would be needed to just break

19   even on that first show and then to earn.  It's just

20   necessary to see where your milestones need to be.

21        Q.    Why was that something that you believe

22   Jason needed to know about?

23        A.    We do this on almost every show.  We break

24   out what we think we're going to generate and what's

25   needed to generate.  It's part of our sales process

1   and finance process to sort of see what we need to

2   target in order to properly return back investments.

3        Q.   Is this information you believe would be

4   something that Jason needs to know when speaking with

5   potential clients to raise funds?

6        A.   Again, what this document is doing -- I

7   knew you were going to show this document.  What this

8   document is doing is showing what kind of revenue is

9   potential here, is possible here based on the show

10  generating certain amounts of revenue.

11       If you go back to -- can you flip back to the

12  last -- yeah.  That e-mail.  So here is the

13  waterfall, the NBA series based on minimum guarantees

14  the streamers have been throwing around for this

15  show.  So this is a waterfall, yes, of the series,

16  true.  Based on BRON's estimate on what would be

17  needed in order for us to generate these revenues.

18  It's not based on numbers that we heard from

19  (inaudible).  That's incorrect.

20       Q.   Now I'm showing you documents.  Just the

21  last couple for you.  Counsel had earlier asked you

22  what the status of several of the films were in terms

23  of recouping the investments.  I think it would be --

24  I just wanted to be clear for the record.  I think

25  I'm just going to run through all of the different

1   projects and just ask you if Creative Wealth received

2   any revenue from these films.

3        A.   Sure.

4        Q.   I know you had been asked these questions

5   before, I think.  It will just be to make it tidy

6   here.  So I'm just going to run through them quickly

7   with you.

8        For Ghostbusters, did Creative Wealth receive

9   any revenue?

10       A.   Creative Wealth Media Lending definitely

11  did receive some revenue.  I don't know exact amount

12  because, as we talked about earlier, there was monies

13  that were pulled because of other legal issues.  But

14  yes, Creative Wealth has received money back on those

15  Ghostbusters.  Creative Wealth Media.

16       Q.   I believe you said on Monkey Man, Creative

17  Wealth received everything that --

18       A.   Creative Wealth was paid in full with

19  interest and some premium on Monkey Man; correct.

20       Q.   How about on Fables?

21       A.   No.  Fables, per our conversation earlier,

22  had not gone to market for sales as of yet.  Still in

23  the process of being completed when BRON went

24  sideways.

25       Q.   And Bubbles, Creative Wealth hasn't

 1   received anything yet?

 2       A.   On Bubbles and Haley and the Hero Hearts,

 3   those are the two projects with Epic Story Media.

 4   Both were underfunded by Creative Wealth; therefore,

 5   the productions were delayed.  That being COVID.  I

 6   don't know.  I don't believe there's been any

 7   recoupment left.

 8       I think the producers, Epic Story Media, had to

 9   use their own capital to go to complete the

10   productions.  I think they've done that or are doing

11   that.  I'm not sure the status of recoupment.  I know

12   the sales process is very active right now.

13       Q.   And Young Bear Grylls, Creative Wealth

14   hasn't received any?

15       A.   Young Bear Grylls was also a project

16   Creative Wealth was set to fund full, and it was

17   underfunded and, therefore, the project stalled in

18   production.  Because it was under financing -- and

19   right now the first movie is completed.  The second

20   movie is coming on being completed.  I'm told Q1 of

21   next year.

22       I think there's new money coming in to

23   essentially take the position of -- CW had

24   underfunded, and I believe they worked that through

25   or are working that through with Creative Wealth to

1    step back and security again.  I don't know how that

2    changes in lieu of their now notice of bankruptcy.  I

3    don't know how that works.  But I do know that there

4    were steps made to complete that show and get it

5    properly into the world to sell it.

6        Q.   But just to be clear, again, I appreciate

7    the background.  I just want to make sure.  Creative

8    Wealth hadn't received revenue from that project

9    because it hasn't been delivered yet; correct?

10       A.   Right.

11       Q.   Okay.  And it's the same answer for

12   Pathway; correct?

13       A.   Pathway, no.  There hasn't been any revenue

14   received on Pathway.  The first season, the two

15   specials that aired on TNT were supposed to get an

16   offer for them that we were waiting for and

17   unfortunately it got swallowed up in the

18   Warner/Discovery transaction and never happened.  So

19   no.  There's been no revenue coming in on that show.

20       Q.   And Gossamer, is that the same answer?

21       A.   Gossamer was unfortunately underfunded by

22   Creative Wealth, which definitely delayed the

23   production.  We switched it.  Initially, was supposed

24   to be a TV series, which we switched it to a movie.

25   Because of the lack of capital, we had to -- we

Aaron Gilbert                                December 5, 2023

1   couldn't produce the same length of time.  But we

2   have, as I mentioned, delivered the two gaming

3   levels, and there was some other things that were

4   built around the show.

5        But no.  CW has not received revenue yet.  I'm

6   not sure the amount of the underfunding.  I think it

7   was close to 4 million plus dollars.

8             MR. BAZIAN:  I have no further questions at

9        this time.  And I do appreciate your time, so

10       thank you very much.

11            THE WITNESS:  No worries.  Anything else on

12       the other side?

13            MS. LEEKER:  I have three follow-up

14       questions.  It will take five minutes.

15            THE WITNESS:  No problem.

16                 REDIRECT EXAMINATION

17  BY MS. LEEKER:

18       Q.   You said in 2021 the relationship between

19  yourself and Jason Cloth soured.  Why did the

20  relationship sour at this time?

21       A.   Well, we had been grossly underfunded on a

22  bunch of projects, and it was hellish, and he was not

23  helping in any way, shape, or form, one.

24            And two, he was not properly keeping his clients

25  and two folks, Sandy, who represented him informed.

Aaron Gilbert                                    December 5, 2023

1   We were getting just a ton of incoming from the

2   investors, like Robert, who were looking for

3   information.   Just a lot of tension between the

4   parties at that point in time.   Maybe because of the

5   lack of money, B, because of the influx of calls.

6   And then obviously what we were hearing on those

7   calls was very different from what we understood.   So

8   there was a lot of challenges beginning at that time.

9   Yes.

10       Q.   You said that what you were hearing on the

11  calls was different than your understanding.   Can you

12  explain -- can you give an example of that?

13       A.   I'll give one example, which is on

14  something like a Ghostbusters.   We were getting calls

15  from investors, more than one, who were telling us

16  they had an investment in Ghostbusters, to which we

17  were not understanding how or why, because it was our

18  understanding that Creative Wealth Media Lending had

19  funded that project in full.

20       So getting calls from third parties, including

21  the one group that ended up with a major lawsuit that

22  ended up blocking those funds for us, the Comerica,

23  or from CW Comerica.   That all happened and was all a

24  surprise to us because, again, we had thought only

25  LIUNA, only Creative Wealth Media Lending were the

1   financiers, and apparently there was other investors

2   in that show, as an example.

3          Q.   Are you aware of any instances in which

4   Jason Cloth raised more money than the production

5   budgets called for, even though those projects were

6   underfunded?

7          A.   Unfortunately, during the last year, BRON

8   had hired an outside firm not on this call right now,

9   an outside firm to help us with an investigation

10  because we had been contacted by a number of parties

11  and some government groups, as well, let's just say

12  looking for information.

13         So we hired an outside firm because we were

14  getting so much -- so many questions coming at us,

15  and we, essentially -- I think I mentioned earlier.

16  We started to direct those calls from -- direct those

17  calls to counsel.  It was just impossible for us to

18  manage them at that point.  There was so many of

19  them.  That's why I said that.

20         Yes.  Did I answer you?  What was your question?

21  I'm sorry.  I lost my train of thought.

22         Q.   Well, I think that's the start of the

23  answer.  I asked if you're aware of any instances

24  where that happened.

25         A.   Yes.  We've learned through that process of

Aaron Gilbert                                    December 5, 2023

 1   receiving all that documentation directly to our

 2   counsel from the various clients from Sandy and from

 3   Suraj and between the two of them, we saw the -- you

 4   know, our counsel was privy to a lot of the

 5   agreements they had entered into, and we learned

 6   that, yes, there were many projects that had been

 7   overfunded.

 8        Q.   You said many projects.  So was

 9   Ghostbusters one of those projects?

10        A.   Ghostbusters was one of those projects,

11   yes.

12        Q.   And you said there were many projects that

13   were underfunded.  But my question is, were you aware

14   of any projects that were underfunded where Jason

15   Cloth raised more money than the projection called

16   for?

17        A.   There were several projects that on paper

18   with clients showed that there was an overfunding,

19   yet the amount of money that came to the productions

20   was an underfunding, yes.

21        Q.   How many cases did you find where this was

22   the case?

23        A.   I don't know exactly but several.

24        Q.   Any of the projects we are discussing here

25   today?

Aaron Gilbert                                          December 5, 2023

1        A.   Yes.

2        Q.   Which ones in addition to Ghostbusters?

3        A.   Pathway, Young Bear Grylls, Hayley and the

4   Hero Hearts, Bubbles Hotel.   I believe that's it.   I

5   saw some reference to MGM, if I saw on one document,

6   as well.   Was Robert involved with MGM?

7        Q.   Yes.

8        A.   That would be also in that category then

9   because MGM, like with Ghostbusters, we thought BRON

10  was only funded by Creative Wealth Media Lending.

11       Q.   Was Jason Cloth a managing partner of BRON

12  Creative Corp.?

13       A.   Was he a BRON Creative Corp.?   He was a

14  director.   I don't know if the term was managing

15  director, but he was a director of BRON Creative

16  Corp., yes.

17       Q.   What time period?

18       A.   Oh, boy.   Started back when we did our

19  first of the bigger shows.   Probably like 2016, 2017.

20  Something like that.

21       Q.   And when did he stop being a director?

22       A.   Resigned earlier this year.

23       Q.   Did Jason Cloth hold any other positions at

24  any other BRON entities?

25       A.   He was a board member of parent company ,

```
 1   BRON Creative.  And important to note, that company

 2   that BRON Creative company was set up specifically

 3   for the financing group that deals with that we were

 4   doing.  Again, where BRON handled the creative and

 5   business side, and he handled the financing side and.

 6   We had a very clear agreement in place on how that

 7   company could be bound, meaning one of either myself

 8   or Joel Guralnick, my chief legal officer at the

 9   time, or Stephen Thibault, our chief corporate

10   officer at the time, one or the three of us and Jason

11   together had to sign any document that would bind

12   BRON Creative.  Unfortunately, they have seen and

13   learned several BRON Creative documents that after

14   the fact that we were not aware of that had been

15   signed.

16        Q.    That had been signed by Jason Cloth?

17        A.    Correct.

18        Q.    Were there any documents that fall into

19   this category related to projects that we've talked

20   about today?

21        A.    Yes.

22        Q.    Which projects?

23        A.    Ghostbusters would have been in that

24   category.  And probably only MGM, as well.  The other

25   projects weren't -- I don't believe were funded
```

Aaron Gilbert                                          December 5, 2023

```
 1    through BRON Creative.  The other projects were
 2    through Creative Wealth financing through a BRON
 3    entity.
 4         Q.   So you mentioned that there was a -- there
 5    was a document that was signed on behalf of Jason
 6    Cloth where you would have needed to sign off and
 7    Jason Thibault.  What kind of document?
 8         A.   Well, either myself or Joel or Stephen
 9    would have had to sign with Jason.  We've just been
10    privy to some documents during that disclosure
11    process where BRON Creative had signed deals with
12    investors that we were unaware of.
13         Q.   Were any of these documents with Robert
14    Harris?
15         A.   I'm not sure.  I don't . . .
16         Q.   Okay.  And then my last question is you
17    looked at a document earlier that Mr. Bazian showed
18    you.  It was a projected waterfall for the show
19    Pathway.  Do you remember that?
20         A.   Yes.
21         Q.   Does a projected waterfall have anything to
22    do with whether a series is green lit?
23         A.   No.  Totally different things.  The
24    waterfall is showing who the various participants
25    would be and order of how revenue would be, would
```

Aaron Gilbert                                                    December 5, 2023

1    come in.  Green light would have to be agreed upon by

2    all the different parties that are within it.  But

3    no.  The waterfall is separate from the green light

4    process.

5            MS. LEEKER:  Okay.  Thank you.  I have no

6        further questions.

7            THE WITNESS:  Okay.  Anything else.

8            MS. LEEKER:  We can conclude the

9        deposition.

10           Unless you have anything further, Sam.

11           MR. BAZIAN:  I have nothing further.

12           MS. MCCORD:  Read.

13           (Thereupon, the following proceedings

14       concluded at 4:37 p.m.)

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF OATH

 2

 3   THE STATE OF FLORIDA )

 4   COUNTY OF MIAMI-DADE )

 5

 6

 7

 8

 9        I, THERESA RUST, the undersigned authority,

10   certify that AARON GILBERT, remotely appeared before

11   me and was duly sworn on the 5th day of December

12   2023.

13        Signed this 5th day of December 2023.

14

15

16

17   _____
     THERESA RUST, RPR
18   Notary Public - State of Florida
     Commission No. #GG145788
19   Expires:  October 25, 2025

20

21

22

23

24

25
```

```
 1                   CERTIFICATE OF REPORTER

 2

 3   THE STATE OF FLORIDA )

 4   COUNTY OF MIAMI-DADE )

 5

 6           I, Theresa Rust, Florida Professional

 7   Reporter, certify that I was authorized to and did

 8   stenographically report the remote deposition of

 9   AARON GILBERT, pages 1 through 144, that a review of

10   the transcript was requested, and that the transcript

11   is a true and complete record of my stenographic

12   notes.

13           I further certify that I am not a relative,

14   employee, attorney, or counsel of any of the parties,

15   nor am I a relative or employee of any of the

16   parties' attorney or counsel connected with the

17   action, nor am I financially interested in the

18   action.

19

20           DATED this 5th day of December 2023.

21

22

23   _____

         Theresa Rust, RPR
24

25
```

Aaron Gilbert                                                    December 5, 2023

```
 1   January 3, 2023

 2

 3   CAMERON M. MCCORD, ESQUIRE
     cmccord@joneswalden.com

 4   AARON GILBERT
     IN RE:  ROBERT SCOT V. CREATIVE WEALTH
 5   CASE NO.:  23-CV-80282-ROSENBERG
     TYPE OF PROCEEDING:  DEPOSITION
 6   DATE: 12.5.23

 7   The transcript of the above proceeding is now
     available and requires signature by the witness.
 8
     Please e-mail fl.production@lexitaslegal.com for
 9   access to a read-only PDF transcript and PDF-fillable
     errata sheet via computer or use the errata sheet
10   that is located at the back of the transcript.

11   Once completed, please print, sign, and return to the
     e-mail address listed below for distribution to all
12   parties.

13   If you are in need of assistance, please contact
     Lexitas at 888-811-3408.
14
     If the witness does not read and sign the transcript
15   within a reasonable amount of time, the original
     transcript may be filed with the Clerk of the court.
16
     If the witness wishes to waive his/her signature now,
17   please have the witness sign in the blank at the
     bottom of this letter and return to the e-mail
18   address listed below.

19   Very truly yours,

20

21   Theresa Rust, RPR
     Lexitas
     fl.production@lexitaslegal.com
22
     I do hereby waive my signature.
23

24   _____

     AARON GILBERT
25
     Job No. 336517
```

Aaron Gilbert                                                December 5, 2023

```
1                     ERRATA SHEET
          DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
2            IN RE:  ROBERT SCOT V. CREATIVE WEALTH
                  CASE NO. 23-CV-80282-ROSENBERG
3           WITNESS:  AARON GILBERT  TAKEN:  12/5/2023

4
      PAGE     LINE      CHANGE         REASON FOR CHANGE
5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21          Under penalties of perjury, I declare that I
      have read the foregoing document and that the facts
22    stated in it are true.

23    _____   _____
          Date              AARON GILBERT
24
      Job No. 336517
25    Fl.production@lexitaslegal.com
```

```
 1           I, Aaron Gilbert, do hereby declare

 2   under penalty of perjury under the laws of the State

 3   of California that I have read the foregoing transcript;

 4   that I have made such corrections as noted herein, in

 5   ink, initialed by me, or attached hereto; that my

 6   testimony as contained herein, as corrected, is true and

 7   correct.

 8           Executed this _____ day of _____, _____,

 9   at _____, _____.
                City                   State
10

11                        _____

12                        Aaron Gilbert

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Aaron Gilbert                                                                December 5, 2023

### Exhibits

**Ex 0001 Aaron Gilbert 120523**
19:12,14,15 23:14

**Ex 0002 Aaron Gilbert 120523**
26:24,25

**Ex 0003 Aaron Gilbert 120523**
28:16,17 123:20, 21

**Ex 0004 Aaron Gilbert 120523**
40:5,6

**Ex 0005 Aaron Gilbert 120523**
46:9,10

**Ex 0006 Aaron Gilbert 120523**
48:25 49:1

**Ex 0007 Aaron Gilbert 120523**
65:1,7

**Ex 0008 Aaron Gilbert 120523**
78:10,11

### $

**$10** 95:16
**$100** 68:15,17 108:18 109:4
**$15** 45:18
**$18** 68:16
**$20** 68:16
**$25** 68:16 109:4
**$3** 68:16
**$5** 95:14
**$6** 39:8
**$750,000** 71:15
**$9** 75:14
**$9,932,617.10**

74:21

### 1

**1** 19:12,14,15 23:14 50:5 51:15 76:25
**10** 72:25
**100** 22:6 74:13 83:25 93:22 109:2
**11:28** 28:19,23
**11:30** 29:3 30:5
**11:50** 31:4
**12** 44:21 72:24
**13** 39:22 41:17
**14** 10:8 113:1
**15** 45:7,10 50:13 51:6 57:23 60:7 64:1 95:9 96:13
**15M** 45:6,7,21
**16** 49:14
**1675** 28:20
**18** 37:17 46:19
**19-year-old** 37:18
**1MM** 56:2 60:1

### 2

**2** 26:24,25 77:22 121:24
**20** 51:7,8,11 65:3 96:13
**200** 90:25
**2010** 12:13 14:4, 23,25
**2014** 20:8,18,24 21:23
**2016** 141:19
**2017** 141:19
**2019** 90:12,13 91:18,22 92:24

93:2,5
**2020** 11:12 25:2 38:17 90:13,14 91:19 93:6 116:7 122:15
**2020-ish** 38:9
**2021** 22:5,8,9 23:18,22 24:1 26:5,15,20 27:3,5, 10,20 28:13 29:8 31:8,9,11,13 32:2 37:25 38:17 39:22 40:2 41:18 42:19 43:11 44:21 45:9 46:1 58:1,21,24 72:20 75:5,12 78:9,25 79:12 80:2,4,8 90:7 98:15 103:21 104:4 124:12,20 130:25 137:18
**2022** 46:19 48:18 49:15 50:13 51:6 52:17 56:12 57:21,23 58:3 60:7 64:1
**20M** 50:10 51:4
**21** 25:18 104:1 124:3
**23** 75:5 78:9
**24** 9:2 23:18 26:5 27:2 28:13 29:7 31:7
**25** 15:21 95:22 96:1
**27** 116:7 122:15
**28** 124:12
**29** 124:20
**2:26** 65:8
**2:40** 65:9
**2:46** 124:12

### 3

**3** 28:16,17 123:20, 21

**30** 58:14 82:15 95:3 108:19,23 130:24
**31** 57:17 58:7
**3:17** 94:6
**3:33** 94:7

### 4

**4** 40:5,6 137:7
**40** 82:15
**45** 98:25
**4:11** 122:15
**4:37** 124:4

### 5

**5** 46:9,10
**5,823,777** 45:1
**50** 82:8 95:9
**59** 23:15,17 25:9
**5:31** 124:6

### 6

**6** 48:25 49:1 90:25
**60** 69:3 82:8

### 7

**7** 65:1,7 121:4
**70** 89:3
**700** 90:25
**750K** 57:15
**7671** 120:24

### 8

**8** 78:10,11
**8297** 130:23
**8501** 123:22

### 9

**9** 23:13

### A

**a.m.** 29:3
**Aaron** 6:17 46:24 47:4,6 66:12
**ABC** 35:2
**ability** 104:24 111:21 114:6
**absence** 57:17
**absent** 51:23 56:3
**absolutely** 34:24 41:24 47:17 102:12 104:4 109:24,25 113:17, 23
**accomplish** 114:25
**accordance** 118:16
**account** 54:2,7 70:3 106:11,22 112:16
**accounts** 93:15
**accumulated** 85:19
**accurate** 44:8 48:5 83:25 85:1
**acquainted** 22:2
**acquired** 85:11
**acquires** 55:18
**acquisitions** 88:14
**action** 5:8,11 7:17 96:11 100:4
**active** 10:9 66:11 81:18 82:10 84:8 87:23 135:12
**actively** 48:20

Aaron Gilbert																						December 5, 2023

**activities** 103:15

**actual** 54:13 110:3

**Adam** 9:10 67:24 73:17,22 76:20 116:3,21,24 117:10,17 122:13, 21 123:3,11,13 124:3,5,7,11,17 125:2,6,15 126:5

**added** 124:14

**addition** 141:2

**additional** 6:2 23:2 73:3 107:14 127:22

**address** 16:18

**addressed** 75:3 87:3

**advance** 99:6

**advisor** 10:6

**advisory** 15:7

**affairs** 14:17 67:25

**affiliated** 106:4

**affiliation** 15:25 16:5 17:1

**Afterlife** 60:1,9, 15 90:1,3

**afternoon** 96:8

**AGNT** 124:15

**agreed** 33:4 36:6 42:16

**agreement** 54:2, 6,7 106:12,13,14, 15 107:1 108:25 109:1,22 112:22, 23 115:10 117:6, 10,11 118:19,21, 22,24 120:3,8,9, 12 121:5,10,12,13 123:23 124:9,13 125:5 127:2 142:6

**agreements** 83:3 106:23,24 107:5, 7,25 108:6,9

**ahead** 19:11 23:16 28:15 110:24

**aired** 136:15

**airing** 84:6

**ALG** 124:6,7

**allegations** 18:25

**allege** 25:11

**alleged** 19:6

**allegedly** 128:12

**allocated** 50:11

**allocation** 118:16

**allowed** 66:10 68:22

**alluded** 66:5

**Amazon** 57:11 130:12

**AMC** 36:1,3,6

**amidst** 11:12

**amount** 52:25 54:12 58:17 59:22 73:12 74:13,14, 19,20 85:10,18 91:5 109:8 132:18 134:11 137:6 140:19

**amounts** 133:10

**and/or** 67:12 104:6

**Angeles** 23:10

**angle** 99:13

**animated** 117:24

**animation** 10:10 11:13,19,23

**announced** 79:17

**answering** 102:5

**answers** 9:21 22:15 40:1 43:9

**anymore** 12:24

**apologize** 109:17

**apparently** 132:6 139:1

**Apple** 57:11

**approach** 42:9

**approached** 52:9

**approval** 33:5 83:16

**approvals** 128:1

**approved** 33:4, 23 34:1,9 116:20 127:1,12

**approximate** 50:10 51:4

**approximately** 5:17 6:1,11 14:4 20:24 21:20 22:9 43:11 59:17 75:8, 14 103:22

**April** 124:3,12,20 130:24

**arguments** 66:18

**arm** 11:11,16 12:3

**arranging** 102:17,19

**arrived** 78:21,22

**art** 47:15

**Asia** 50:9 84:7

**asks** 30:22

**aspect** 14:15

**aspects** 33:8

**assets** 11:20 13:4,18 66:7 80:18 81:21 95:24

**assume** 86:20 108:5,8 109:1,9 112:14 114:25 118:20 124:7

**assuming** 107:21

**assumption** 49:25 108:12 112:20

**assumptions** 111:2

**attached** 116:8

**attaches** 122:13

**attachment** 117:21 124:20,23 130:22 131:6,9, 12,15

**attachments** 115:25 116:14

**attending** 91:1

**attention** 23:15 40:8

**attorney** 9:14,15, 17,19,25 100:20

**audited** 69:21 113:22

**auditor** 69:24

**August** 31:11,12 32:2 57:18 75:9, 12

**AVOD** 89:8

**aware** 18:18 25:10 26:17 27:7 29:11 39:3,7,10 41:13,21 44:3,6 45:15 51:7 60:18 62:10 63:15 64:17 71:14,17 75:13 76:25 77:3 91:21 93:4,7 112:9 139:3,23 140:13 142:14

**awareness** 82:4

**awry** 97:23

**B**

**back** 25:9 48:23 58:19,23 59:2,5,6, 14,18 60:4,8

63:19,22 64:2,18 65:9,11 67:2 69:18 72:12,17,23 73:1 74:23 75:8, 15 81:10 83:5,19 85:23 86:24 87:6, 10 89:23 91:17 93:9,12 94:7,17 95:12 107:3 108:22 109:5,7, 13,16 111:25 116:2 121:1 122:19 123:20 124:14 133:2,11 134:14 136:1 141:18

**backed** 62:4

**background** 6:23 37:21 136:7

**backwards** 129:23

**balance** 78:6

**bank** 40:22 59:22 75:4 128:6

**bankruptcy** 12:25 14:5 55:9 66:8,14 96:1 101:21 136:2

**based** 49:25 58:13 63:24 105:5 109:5 119:7 131:14 133:9,13, 16,18

**basically** 37:10, 16 88:18 100:15 119:2

**basing** 62:25

**basis** 67:11 103:13 104:7 106:17 107:4

**basketball** 36:13,17

**bat** 96:16

**Bates** 28:20 115:24 120:23 123:22 130:22

**Bazian** 39:14 42:3 66:12,23

Aaron Gilbert																December 5, 2023

73:15,22 74:1,5 94:2 96:8,9,18 115:9,14 119:15, 18 120:21 121:9 123:20 124:1 127:8,15 129:22, 24 130:19 131:2 137:8

**Bear** 55:24 56:1, 2,3,13,17,20 57:8 76:24 77:10,11,20 78:1,13 117:8,11, 15,17,25 135:13, 15 141:3

**began** 80:12 92:23

**begin** 112:2

**beginning** 40:24 66:6 124:2 138:8

**begun** 43:6 48:20 50:9

**believed** 99:17, 20

**bells** 124:10

**beneficiary** 54:3

**benefit** 83:15 106:25

**big** 35:22,23 58:14

**bigger** 44:14 49:5 62:21,23 141:19

**billion** 15:18

**bills** 69:8

**bimonthly** 103:13

**bind** 142:11

**bit** 14:9 25:24 28:25 38:4 44:13 49:5,8 61:5 67:18 73:13 78:21 82:16 89:9 132:6

**biweekly** 104:8

**black** 49:21 51:15 55:24 57:15 60:1

**Blockchain**

52:19

**blocking** 138:22

**blow** 25:24 115:21

**board** 13:2 39:2 141:25

**book** 69:15

**books** 93:18

**borrow** 59:21

**bottom** 26:8 28:6, 19 29:21 40:13,20 44:21 46:13 49:6 50:3 115:22

**bound** 142:7

**boxes** 34:18

**BOXX** 15:5

**boy** 141:18

**brand** 10:25

**branding** 82:4

**breach** 83:8 99:21

**break** 8:10,11,12 53:5 58:2 61:4 65:4 93:24 94:4 132:16,18,23

**breakdown** 87:15

**breaking** 119:5

**breaks** 112:18

**Brenda** 12:17

**briefly** 71:9

**bring** 17:16 31:20 32:1 44:2 46:12 51:11 57:1

**bringing** 11:7

**brings** 20:10

**broadcast** 34:10 82:3

**broadcaster** 27:22 34:13,23 35:1,3,24

**broadcasters** 42:14

**broken** 130:17

**BRON** 10:8,11, 14,15,18,22,24 11:2,5,10,11,13, 16,18,21,22,23, 24,25 12:3,7,8,11, 13,19,20,23 13:13,15,19,20,24 14:1,5,6,10 15:21 16:14 24:15,21 25:1,5,8 27:7 29:11 33:13,23 41:21 52:24 55:9, 12 58:6,15 60:2, 15,21 61:5,7,15, 16,18,19,20 62:23 63:15 64:17 65:15 66:3,7 67:25 68:9, 13 69:14 71:2 75:21 79:11 80:19,22 81:2 83:4 84:19 88:19 91:7,8 93:1,3 94:11,18 95:2,3,9, 20,22 96:1 99:3 100:13 101:20 102:10,15,17,21, 24 103:4 104:6,8, 11 105:2,15,21, 22,24,25 106:4,18 107:25 108:11 109:13,15 111:15 112:10 113:1,8,9, 15 116:4,22 120:3,8,14 121:3 122:1,4,25 123:5, 14,17 125:5,20 126:14,15,21 127:1 131:17,21 134:23 139:7 141:9,11,13,15,24 142:1,2,4,12,13

**BRON's** 25:6 61:12 62:12 117:7 133:16

**BRON-PRODUCED** 84:20

**Brothers** 59:12 75:18,23 76:7,17, 18

**brought** 36:22

**bubble** 38:13,14 43:14

**Bubbles** 16:11 23:21,24 24:16,19 25:4 26:11,19 27:4,9 29:9,12,22 30:10 32:14 50:5, 8,14 51:11 83:23, 24 84:13,23 85:13,24 86:13 134:25 135:2 141:4

**bucket** 69:11

**budget** 45:1,2 53:2 70:18,20,21 72:24 83:17 85:5

**budgets** 139:5

**build** 81:22,23

**building** 7:18 11:16 18:16,19 108:13 121:7

**built** 37:3 60:21 137:4

**bunch** 37:4 137:22

**business** 14:17 21:5,13 42:21 67:25 78:24 79:11 81:15,20 102:22 111:2 142:5

**businesses** 79:10

**buy** 57:5 130:8

**buyer** 43:2

**buyers** 42:7 128:5 130:6

**C**

**California** 98:18

**call** 22:20,21,24, 25 23:4 59:5 68:1 76:20 96:20,22 98:12 102:21 103:16,18 139:8

**called** 10:8 11:18 12:3 13:1 15:15 16:10,11 35:13,14 36:9,21 37:2,3 39:1 54:2 61:6,18 75:3 139:5 140:15

**calls** 97:1 103:4 105:1 119:12 129:20 138:5,7, 11,14,20 139:16, 17

**Cam** 9:10

**CAMA** 106:12 107:1

**Cameron** 6:16 66:12

**Canada** 62:5,20 80:12

**cancelled** 40:25 88:12

**candidly** 84:3

**capacity** 15:7

**capital** 27:23 63:3 102:17 119:4 122:17 135:9 136:25

**careful** 87:13

**case** 5:5 26:10,15 36:4 43:17 52:23 54:4 61:23 66:21 73:16 90:2 95:5 100:12 113:17 114:10 115:23 120:25 130:15 140:22

**cases** 102:18,19 140:21

**cash** 60:2

**cast** 35:22

**category** 91:4 131:25 132:17 141:8 142:19,24

**CCING** 44:22 46:21 49:15

**cents** 95:9

**CEO** 11:4 14:7

**cetera** 13:10 24:25 107:3

**chain** 28:8,9,13 116:13 122:13

**challenges** 68:12 138:8

**chance** 18:1 25:23 28:7 36:17 37:19 42:22 47:10

**change** 14:11 52:20 104:22

**changed** 78:24

**chaos** 100:15

**Charles** 130:9

**Charlie** 35:23

**check** 34:17 74:3 93:24 98:7

**chief** 142:8,9

**China** 85:12

**Chinese** 50:15, 16 85:3,9,16,17

**Chris** 21:7

**circle** 65:11

**circumstances** 35:19,20

**civil** 18:11

**claims** 66:19

**clarification** 12:22

**clarify** 43:9 111:3

**clarifying** 55:23

**clarity** 19:17 99:24

**classified** 13:21

**clean** 116:9,18 124:14

**cleaning** 13:17

**clear** 15:11 56:10 109:19 113:12,16, 25 117:19 131:23, 24 133:24 136:6

142:6

**Clever** 39:3

**client** 57:2 97:14 109:2 122:9 123:7

**clients** 18:18,25 25:11 43:25 59:7 76:15 101:24 104:25 106:20 107:19,22 108:9, 25 109:3,4,11 112:3 117:13 118:5 121:21 122:3 123:16 125:3,14 126:9 132:5 133:5 137:24 140:2,18

**clock** 89:11

**close** 9:16 12:9 137:7

**closed** 69:19 88:22,25 100:16

**closing** 33:6 106:17

**Cloth** 18:17 19:1 20:3,6,24 21:21 22:21 23:1,18 25:11 26:6,14,17 27:3 28:14,20 29:2,8 30:3 31:4,8 39:10,20 40:9 41:7,16,17,22 44:4,6,22 45:5,18 46:21 49:15 51:10 57:7 66:8,9 67:1,6 75:14 96:11,20 97:2,11 99:10 101:12 103:17,22 105:2 116:4 122:14,21 124:20 125:2 130:24 131:13 137:19 139:4 140:15 141:11,23 142:16

**clunky** 17:19

**co-producing** 50:17

**cofounded** 12:13

**cofounder** 12:16

**colleague** 19:3 22:11

**colleagues** 99:3 104:6,11,16 105:2

**collection** 54:2,7 106:11,22 112:16, 23

**collective** 67:22

**college** 37:5

**Colombia** 65:21

**color** 40:14

**Comerica** 58:15 60:2 75:4 138:22, 23

**comfortable** 102:5

**comment** 60:11 125:14

**Commercial** 118:1

**commission** 5:14 35:24

**commissions** 88:14 128:25

**commitment** 34:22,24 35:25 53:10 57:1 129:5

**commitments** 126:17

**committed** 21:17 36:3 70:17 127:3, 19 128:5,7 129:2

**communication** 26:5 103:7

**communications** 9:14,16,18 99:5

**companies** 10:19 12:1,6,7 14:14,19,21 15:22 61:21 63:14 68:21 79:17 103:7 105:18,19

**company** 6:13 10:9,24,25 11:4, 11,19,25 12:2,4,

21 13:5,6,8 14:15, 19,25 15:1,4,14, 18,20,22,24 16:3, 13,15 18:22 25:1 36:21,22 53:1 63:4 68:13 86:9 111:16 113:4,8, 19,21 120:13 129:13 141:25 142:1,2,7

**company's** 14:22 78:23

**compare** 121:15

**compared** 116:9

**competitive** 36:1,6 82:1

**complaint** 18:10, 11 19:14 23:13,17

**complete** 13:10 55:20 82:16 83:9 87:11 92:19 135:9 136:4

**completed** 51:2 53:3 55:12 69:2 77:14,15 80:16, 17,24 81:2,11 82:8 83:11 84:4 88:10 89:5,19 92:13,18,22 110:18,20 112:5 134:23 135:19,20

**completing** 72:3, 4

**completion** 77:23 128:22

**concept** 113:3,14 114:1,17

**concerned** 101:20

**concluding** 72:10

**conclusion** 119:12

**conditions** 8:23

**confident** 41:25 42:5

**confirm** 74:13 97:20 124:23

**confirming** 74:16

**conform** 124:15

**confusing** 24:12

**connection** 105:15

**consultant** 10:7

**consumer** 24:24 81:23

**contact** 22:17

**contacted** 139:10

**contained** 112:11 114:22

**content** 13:17 89:8

**context** 21:1 25:19 32:23 34:19 49:25 105:24 127:1,10 132:5

**continue** 26:22 52:14 54:15 79:25 83:11 86:21 114:7

**continued** 86:17

**continuing** 55:14

**contract** 99:21

**contractor** 13:21

**contractors** 13:16 55:14

**contracts** 37:12

**contribute** 85:4

**contributed** 71:15 72:13 76:25 77:3 86:24 93:10

**contributes** 77:6

**contribution** 61:11

**control** 66:4

**controlled** 66:4 84:19 106:4

Aaron Gilbert                                                                    December 5, 2023

**conversation** 30:22 66:6 67:20 80:23 99:25 100:24 101:16,25 105:11 134:21

**conversations** 42:8 98:16 104:3

**convoluted** 47:1

**copied** 131:11

**copies** 65:17

**copy** 47:9 125:5

**copying** 116:4

**Corp** 10:11,15 18:17 19:20 96:10 118:1 141:12,13, 16

**corporate** 14:17 17:5 142:9

**corporately** 16:14,15

**correct** 5:9 12:15 13:23 17:4,7 32:12,16 34:4,20 36:8 45:9,16 46:1 52:4 54:19,20 55:2 56:16 57:21, 22 58:7,25 60:7, 14 64:10 66:3,4 77:7,8 81:4 82:18 84:14 85:17 87:4 90:7,19,21 93:11 95:12,21,23 105:22 108:3 114:4 134:19 136:9,12 142:17

**correctly** 16:7 55:25 96:21 102:11

**correspondence** 122:20

**cos** 12:5

**cost** 13:2 53:18 108:14 119:4

**counsel** 8:10 9:10 67:25 75:18 76:3,19 102:4,7 117:5 122:5 123:3

133:21 139:17 140:2,4

**countries** 35:12

**couple** 7:14,21 10:21 51:14 53:5 65:12 130:16 133:21

**court** 7:24 13:13 18:15 19:10 26:23 37:20 66:11 80:21

**courtroom** 8:6

**cover** 13:2 53:18 70:21 119:4

**covered** 110:1

**covering** 70:20

**COVID** 11:12 30:19 37:15 38:8, 15 78:22 90:15 91:1 104:21 135:5

**Cox** 35:23

**CP** 24:24

**create** 42:25 71:23

**created** 52:15

**creates** 15:15

**creative** 5:5,7,15 6:4,7 16:1,6,8,12, 19,20,24 17:8,11, 13 18:17,20,25 19:18,19 22:13,18 32:2 33:2,14,17, 20 34:2,12 37:15 43:21,23 46:25 47:7,8,14,25 48:6, 9,13 52:24 53:9 54:5 58:1,19,22 59:14,18 60:8,12, 13,17,23 61:1,5,6, 7,9,18,19,24,25 62:2,5,12,23 63:1, 6,9,11,17 64:1,11, 22 65:14 68:2,9, 13,14,19,24 69:5, 10 70:7,12,13,22 71:1,19,22,23 72:12,17,22 74:23 75:3,8,15 76:12 77:6,19,25 78:14,

16,17 79:4,11 80:1,6,8,9,13 81:3,9,21 82:17, 23 83:3,4,19 84:13,22 85:18,23 86:6,23 87:5 89:23 91:13 92:8 93:9,21 94:16 95:3,10,11 96:10 97:13 99:9 102:15,16,18,22 103:3,9 105:14 106:7,18,19,25 107:6,18,20,25 108:9,10,16,17 109:6 112:2,10 116:25 117:12,13, 25 118:4 120:3 121:4,6 122:5 123:5 125:3 134:1,8,10,14,15, 16,18,25 135:4, 13,16,25 136:7,22 138:18,25 141:10, 12,13,15 142:1,2, 4,12,13

**credit** 51:23 56:4 57:17

**credited** 80:19

**creditor** 55:18 66:7,8

**credits** 78:3,5,15 81:5 83:1,2 84:24 85:8

**crescendoed** 88:1

**CROSS-EXAMINATION** 96:17

**cross-reference** 69:18

**cut** 98:9 113:11

**CW** 19:5,18 33:25 53:2 59:6 70:7 76:10 83:16 92:6, 14 94:23 95:4 98:4 102:9,22 104:9,23 108:25 109:10 114:10 121:20 122:3,8 123:11,15 124:15

125:5,13 126:8,18 128:24 135:23 137:5 138:23

**CW-1** 115:13,17 121:14 122:12

**CW-2** 120:22 121:8

**CW-3** 123:25

**CW-4** 130:21 131:1

**CW2596** 115:24

**CW2616** 116:2

**CW7657** 120:23

**CW8296** 130:22

**CW8493** 123:22

**CWMF** 124:9

**cycle** 86:15

**D**

**Daishen** 88:4

**daredevil** 35:23

**date** 28:13 31:12 38:7 48:16 50:13 51:5 55:8 58:8 72:16 75:2,4 90:9 92:21 98:19 109:15 110:13

**dated** 26:4 28:13 39:22 44:21 49:14 88:18 89:7 116:7 124:3

**dates** 26:9,18 27:3,8,20 42:12

**Dave** 38:22

**David** 101:2

**Davids** 73:19,20, 23 76:20 116:3, 21,24 122:13,21 124:3,6 125:2

**Davis** 67:24 73:18

**day** 14:11 48:3

**day-to-day** 14:9

**dead** 87:21

**deadlines** 107:8

**deal** 16:12,22 48:21 50:20,24 56:7,12,13 57:6,8, 13 58:3,4 61:23 63:12 72:9 75:24 76:8 80:3 82:10, 12 86:8 88:6,16, 17,22 109:5 123:5

**deal--** 88:24

**dealing** 48:20 70:9 104:5 122:8 129:13

**deals** 142:3

**dealt** 43:24 69:23 76:2 102:7 125:25

**dear** 61:14

**December** 58:1

**decided** 72:8

**default** 107:13 111:19

**defendant** 5:7 23:18

**defined** 118:17

**defrauded** 99:17

**delayed** 89:1,2 91:16 135:5 136:22

**deliver** 13:9 56:24 69:20 84:9 87:8

**delivered** 25:16 31:22,23 57:16 69:24 85:17 90:3, 12,13 91:18 92:2 104:13 110:11 136:9 137:2

**delivering** 51:25 58:6,10

**delivery** 13:17 43:3 56:24 58:8 69:22 70:23 71:3 72:3,9 86:20

Aaron Gilbert                                                December 5, 2023

110:4

**departments**
33:8

**dependent** 119:9

**depending** 67:8
68:8 92:4 127:24
129:10

**deposed** 6:6,10,
14 7:14 20:11

**deposition** 5:2,4
6:19,21,24 7:11
9:6 19:12 66:22
105:6

**depositions** 6:2
17:23

**detail** 75:19
76:15,16 107:15

**detailed** 46:25
47:6

**details** 7:4 76:14

**develop** 36:23

**developed** 36:14

**development**
37:8

**developmental**
36:24

**dialogue** 21:16

**dictate** 108:21

**difference** 10:20
34:16 102:14

**difficult** 30:18

**digital** 11:10,11,
16,17,18,19,22
12:8 25:1 51:19
52:5,6,8,10,15
105:22 121:3

**DIP** 13:1 80:5,11,
13

**direct** 16:12
23:14 40:8 50:5
60:24 75:22 102:4
139:16

**directed** 76:6,12
93:14

**direction** 75:17,
20,22 76:17

**directly** 35:18
52:21 53:22 60:22
61:8,10 65:15,19
68:5 75:25 84:16,
17,18 86:6,9
96:23 97:10
105:23,25 111:15
117:2 120:13
123:4,17 140:1

**director** 17:11
58:12 141:14,15,
21

**discharge** 59:16

**disclaimer** 47:21
48:1

**discounted**
59:22

**discovered** 97:7

**Discovery** 50:21
88:8

**discuss** 67:21
103:16

**discussed** 65:12
87:17 93:8 101:17
104:12 112:15
116:19

**discussing** 32:8
38:6 140:24

**discussion** 30:3
67:14 96:23 99:19

**discussions**
19:4 42:15 67:16,
23 97:10 104:10,
15

**dissimilar** 88:9

**distribute** 72:10

**distributing** 72:5

**distribution**
27:22 85:11
132:14

**distributor** 82:3

**District** 18:15

**dividends** 54:14

94:18

**doc** 124:10,11,16

**docu** 36:16

**document** 17:17,
21 18:7,14 19:11
25:22,24 26:2
28:5,15 39:16
40:5 44:2,10,17
46:9,12,17 48:25
49:3,11 73:5,15
74:1,10,18 75:2
78:8 115:12
119:14 120:22,25
121:23,24 122:1,2
130:20,23 131:16,
17,18,21 132:8
133:6,7,8 141:5
142:11

**documentaries**
36:19

**documentation**
32:5 68:20 106:19
107:18,23 140:1

**documented**
106:8,9,25

**documents** 9:5
17:18 48:17 72:20
96:15 106:15
115:23 121:17
123:12 125:16
133:20 142:13,18

**dollar** 56:5 57:18
60:4 70:25 95:8

**dollars** 53:1,12
57:1 58:18 69:7
74:16 75:24 76:25
90:25 95:1 109:2
137:7

**domestic** 50:17

**double-check**
31:12 92:25

**dozen** 13:16

**draft** 37:25 88:1
116:18,24 121:13
122:4

**drafted** 37:25
88:3 122:1,5
131:17,21

**dramatic** 35:11

**dramatically**
78:24

**Dubai** 52:12

**due** 40:24 54:9
64:18 75:23 76:11
109:22

**duplicated**
105:11

─────────

**E**

**e-mail** 17:21
19:13 21:9 26:5,8
28:8,12 39:19
40:9,13,20 44:20,
21 45:4 46:20
49:11,14,17,20
50:1,3,14 51:6
52:3 56:11 63:19
64:25 67:19 99:5
115:25 116:3,5,7,
11,13,16 122:12,
13,21 124:3,18
130:23 131:4,12
133:12

**E1** 82:11

**earlier** 5:18 24:19
40:1 45:13 48:16
66:5 74:15 82:9
87:17 94:23 96:19
102:9 105:14
107:18 116:21
126:10 128:4,11
133:21 134:12,21
139:15 141:22

**early** 42:15 46:6
60:11 90:13 91:18
92:23 93:5

**earmarked**
68:10,11

**earn** 54:10 64:19
89:10 107:3
108:22 111:21
132:3,19

**earned** 25:16
53:1 54:12 90:23
91:2,6

**easy** 7:23 95:18
105:8 108:12

**edit** 122:10

**edited** 89:21
90:11 122:5 123:7

**editing** 43:1 89:2

**edits** 124:14

**educated** 20:19

**efficiently** 126:6

**employed** 13:19

**end** 48:3 72:19
75:9 90:13 93:2
109:7 131:19,20

**ended** 11:7,16
36:21 68:18 89:2
104:5 125:11,12
138:21,22

**Endgame** 36:22

**ends** 116:2

**engine** 15:16

**ensure** 70:23

**entered** 14:5
37:16 110:19
112:5 120:12,14,
16 140:5

**entering** 101:20

**entertainment**
10:7 15:5,24

**entire** 62:6

**entirety** 14:22
73:1 129:15,18

**entities** 12:11
39:4 67:3 80:19
106:3,7 107:6
112:10 141:24

**entitled** 20:15
117:25 121:3
124:25

**entity** 10:11
11:21 15:6 19:22,
23 60:22 61:6,9,
10,25 62:7 63:18
65:20,21 66:1
70:9 80:8 106:1

Aaron Gilbert

December 5, 2023

111:18,20 117:12
120:4

**Epic** 15:9,10,12,
14,19,20,25 16:4,
5,9,16 24:20 25:3,
5 81:18 84:1,17,
20 86:5 87:14
88:11 95:21,22
96:2 135:3,8

**episodes** 84:6
89:20,21

**essentially** 32:24
37:8 68:21 70:3
103:14 121:17
128:9 135:23
139:15

**established**
60:23 105:19,21
106:1 111:16

**estimate** 20:16,
17,20 48:14 79:2
133:16

**estimated** 132:1

**estimates** 131:24

**Europe** 37:7

**European** 35:12

**event** 107:12
111:19

**eventually** 13:11

**evidence** 125:23

**evident** 13:12
79:22

**exact** 38:7 58:17
59:24 65:22 69:25
73:4 87:15 90:8
92:5 114:21
118:22 134:11

**EXAMINATION**
137:16

**exception**
108:13 109:1

**exchange** 131:8

**excited** 40:11

**excuse** 14:2 85:1
117:4

**exec** 24:21 61:22
102:21 117:9,14

**executed** 125:12
126:9

**execution** 126:8

**executives** 33:3

**exhibit** 19:12,14,
15 23:14 26:24,25
28:16,17 40:5,6
46:9,10 48:25
49:1 64:24 65:1,7
78:10,11 115:13,
17 120:22 121:8
122:22 123:20,21,
25 131:1

**existence** 14:22

**expect** 30:7,23

**expected** 26:9
27:3,8 51:11

**expenses** 71:6

**experience**
27:17,18

**explain** 27:18
53:25 102:13
111:5 138:12

**express** 97:22

**expressing**
101:18

**extension**
107:11

**extent** 66:17 74:8
85:13 93:4 119:12

**extinguished**
58:20

**F**

**fables** 23:20,24
24:16,22 25:1,5
26:11,18 27:4,8
29:8,12,22 30:10
32:13 51:15,18
52:4,6,7,11 54:18
55:3,5,7 80:14
81:4,6,10,16
121:3 134:20,21

**faced** 68:13

**facilitation**
118:13 119:5

**facilities** 11:15

**facility** 31:20
51:24 56:4 57:2,
17,25 58:15,16
60:2

**fact** 59:7 77:4
88:11 131:24
142:14

**Facts** 125:22

**Faier** 15:20 84:1,
7 86:13 87:15

**fair** 48:13 54:24
93:20 100:8
102:24 105:17
115:9 130:16

**fairly** 108:12

**fall** 142:18

**familiar** 18:12,24
21:24 32:19 36:9

**families** 37:21

**family** 15:23

**famous** 36:17

**farm** 37:10,11

**fatherhood**
29:20,23,25 30:7,
23 31:1

**fault** 92:17

**February** 5:19
23:18 26:5 27:2
28:13 29:7 31:7

**fee** 118:13 119:5

**feel** 102:5 116:11

**fees** 45:23 46:3

**Feinstein** 96:9

**fell** 55:10

**felt** 97:23

**file** 99:9

**filed** 18:19

**fill** 59:11

**film** 10:9,25 21:5
27:17 30:1 31:21
32:23 61:12 72:10
74:23 77:17 79:3
81:24,25 82:14
83:6 90:10,11,13
91:25 106:1
112:24 113:2,5
114:2,3,19

**filmed** 42:13

**filmmaker** 72:7

**filmmakers**
61:13

**films** 102:10
104:12,17 107:7
111:8,10 133:22
134:2

**final** 122:9,10
124:18 126:2,8

**finalize** 128:2

**finalized** 126:1

**finally** 90:1

**finance** 14:14
16:8 18:17 19:20
33:15 53:9 54:5
58:16 60:14 61:1
63:7,10,11 64:15
68:20 70:7 71:19
75:4 80:1 86:14
88:20 91:14 92:8
95:10 96:10 118:1
121:5 127:18
132:9 133:1

**Finance's** 118:4

**financed** 78:3
129:15,17,25

**financial** 47:2
48:10

**financially**
127:25

**financier** 16:13
21:5

**financiers** 16:8,9
61:22 139:1

**financing** 17:2

31:18 33:3 34:2,
12 53:3,20 54:15
56:25 64:11 77:19
78:4 82:17,20
85:5,7 86:17
102:22 117:24
121:2 124:24
126:16,23 127:2,
13 128:2,17,24
129:8,11 135:18
142:3,5

**find** 17:20 53:16
73:12 76:21 89:15
93:25 140:21

**finding** 102:16

**fine** 24:14 66:23
111:4

**finish** 13:10
77:18,21 109:17

**fire** 82:2

**firm** 101:5 139:8,
9,13

**five-minute**
93:24

**flip** 133:11

**Florida** 18:15

**flow** 51:20 53:23
60:2

**flowed** 54:25

**flown** 55:4

**focus** 107:24

**folks** 137:25

**follow** 37:16
124:11

**follow-up** 111:6
137:13

**footage** 88:21,23,
24 89:3,4

**football** 36:17

**forever** 31:22

**forgive** 22:6
38:16 80:4

**form** 39:14 42:3
104:16 117:5

Aaron Gilbert                                                                                    December 5, 2023

119:11 121:13,19, 22 122:7 123:6,8, 13,19 125:6,22, 24,25 126:1,2,7 127:6 129:20 137:23

**formal** 42:16

**formalized** 80:22

**formally** 42:14 43:7 46:5 82:3

**Fortnite** 15:16 81:17,22 82:7

**fortunately** 52:18

**forward** 21:12 31:20 32:1 33:9, 21 34:1,18 54:16 57:1,3 58:18 59:21 104:24 124:19

**forwarding** 131:12

**fourth** 43:5

**free** 116:11

**freeze** 88:13

**friend** 21:2 61:14 97:14

**front** 115:10,19

**frustrated** 99:23

**frustration** 101:19

**full** 58:20 59:14 62:8 63:17 69:6 83:9 92:6 94:16, 24,25 95:6,7 114:13 115:6 134:18 135:16 138:19

**fully** 53:10 87:6,7

**function** 11:14

**functioning** 10:6

**fund** 53:10 62:19 87:7 135:16

**funded** 27:21,23 32:10 60:17 61:25

62:2,8,13,22 63:2 69:5,6 78:6 80:12 83:13 84:13,15 86:8 87:6 91:12 92:6 102:9 138:19 141:10 142:25

**funder** 70:8 77:25 78:15 82:25

**funding** 68:14 77:21 92:19,22 93:2,5 95:11 127:17,22

**funds** 57:24,25 62:5 70:12 71:1 76:11,18 77:6 78:17 84:23 114:1 133:5 138:22

**future** 40:22

---

## G

**game** 15:19 81:17 82:7

**games** 38:15 81:18

**gaming** 10:10 11:20 137:2

**Gary** 38:21

**Gatorade** 38:23 39:2

**gave** 126:5

**general** 10:15 102:13 106:14,23

**generally** 12:10 18:24 127:16

**generate** 112:7, 12 132:12,24,25 133:17

**generated** 52:20 111:9 113:5 114:3,19 118:15 120:10

**generates** 111:11

**generating** 133:10

**Ghostbusters** 60:1,9,24 61:23 62:8 63:7,10,20 64:3,9,12,16 65:13,21 66:2 71:11 90:1,3,11, 17,21,23 91:9,18 92:18,19 93:2,4, 10,21 94:11,12,19 134:8,15 138:14, 16 140:9,10 141:2,9 142:23

**Gilbert** 6:17 10:5 12:18 32:19 65:11 66:13 67:1 94:8 96:8 115:15 119:20

**give** 9:18 10:1 26:10 28:7 67:14 108:19 122:7 138:12,13

**giving** 8:4,24 9:3 110:25

**Golden** 88:4

**good** 65:3 88:5 96:8 105:13

**gosh** 98:15

**Gossamer** 51:18 52:4,8,10,13,23 53:4,6,7 54:19,22, 24,25 77:11 81:12,15,17 82:6, 18 83:20 116:9 136:20,21

**government** 139:11

**graduates** 37:4

**great** 7:25 8:19 12:22 38:2 52:13 94:2 130:8

**green** 32:20,22 33:4,7,10,11,24 34:6,7,8,16,20 35:4,7,16,21 36:7 38:1 39:11 40:25 41:4,9,18,22 42:1, 20 44:5 88:3 126:11,14,16,18, 25 127:5,11,14, 16,21 128:6,13,

16,19 129:1,7,14, 18 130:1,11

**gross** 72:24 118:15,17 119:10 120:10

**grossly** 137:21

**group** 10:18 11:9, 13 12:6,11 14:14, 19,21 30:13 33:15,16 38:2 52:11 60:16 67:8 88:15 130:7 138:21 142:3

**groups** 36:2 42:8 139:11

**Grylls** 55:25 56:1, 2,13,17,20 57:9 76:24 77:10,11,20 78:1,13 117:9,12, 15,17,25 135:13, 15 141:3

**guarantee** 48:3 113:7

**guarantees** 47:22 131:14 133:13

**guarantor** 113:8, 9

**guess** 20:12,20 22:6 23:8 45:16 74:6 92:24 98:20

**Guralnick** 142:8

**guy** 36:20

**guys** 36:16 122:16

---

## H

**Hailey** 16:10

**Haley** 32:13 84:21 86:4,7,11, 25 135:2

**half** 13:16 88:8 98:20,25

**hand** 66:20 130:7

**handled** 142:4,5

**handling** 102:17

**happen** 26:19 27:5,9 34:22,25 52:11 67:10,15 79:1 86:21 97:4 106:18 126:3 127:23

**happened** 7:21 33:20 36:4 38:8 57:3 78:20 88:9 91:13 95:10 96:23 97:5 98:5 104:19 117:3 125:9,10 136:18 138:23 139:24

**happening** 79:17,20

**happy** 33:9 98:2

**hard** 86:20 90:23

**Harris** 21:25 22:3,10,17,21 23:1,4,6,19 25:12 26:6,12 28:14,23 30:6,22 39:3,11, 12,20 43:20 44:5, 22 46:21 49:15 67:3 71:15 76:25 91:21 96:21 97:1, 11,22 98:22 99:6, 8 100:2,8 122:3 128:18 129:8

**Harris'** 39:7 100:19

**Hayley** 24:4,16, 19 26:11,18 27:4 29:22 50:9,14 51:11 141:3

**HBO** 35:2 50:20

**head** 8:17 43:18 65:22 73:4 85:6 103:12

**heading** 87:25 126:19

**hear** 71:21 96:21 102:11

**heard** 98:8 100:4, 5 113:3,14 114:1, 17 133:18

Aaron Gilbert                                                    December 5, 2023

**hearing** 28:21 29:4 30:4 88:16 105:6 138:6,10

**hearings** 13:13

**Hearts** 16:11 24:4,17,19 26:11, 19 27:4 29:22 32:13 84:21 86:5, 7,12,25 135:2 141:4

**held** 11:25 91:16

**hellish** 137:22

**helpful** 116:10

**helping** 13:9 125:6 137:23

**Hero** 16:11 24:4, 17,19 26:11,19 27:4 29:22 32:13 84:21 86:4,7,11, 25 135:2 141:4

**Herrick** 96:9

**hey** 109:21 124:6

**HHH** 23:21,24 24:3,13 25:4 27:9 29:8,12 30:10

**high** 19:2 37:4,6

**hired** 13:23 139:8,13

**history** 113:9

**hold** 5:20 12:5 141:23

**holding** 105:18 113:20

**Holdings** 65:23, 24

**hole** 59:11 86:15

**holidays** 67:13

**honest** 84:11

**honestly** 126:3

**hope** 55:16,19,21 76:21 80:21

**hoping** 22:15 88:22,23 89:10 96:13

**Hotel** 16:11 50:5 141:4

**hour** 65:2 98:25

**hours** 9:2 110:18

**HR** 14:18

**huge** 36:19

---

**I**

**i.e.** 13:3 107:1

**idea** 59:9

**ideally** 114:25

**identical** 125:19

**Ignite** 37:3,7,8,24 87:25

**immediately** 21:14

**impact** 53:13,15

**impactful** 53:19

**implying** 117:20

**important** 61:16 121:25 142:1

**impossible** 139:17

**in-house** 67:25

**inaudible** 133:19

**include** 48:10

**included** 57:4 60:19 62:9 79:21

**including** 35:22 38:1 91:14 107:13 115:25 116:5 138:20

**inclusive** 118:13

**income** 54:4

**incoming** 138:1

**incorrect** 133:19

**individual** 20:3 44:7 66:9 111:17 113:19,20

**individually** 76:8

**individuals** 13:6 91:10 116:4

**industry** 32:23 112:24 113:2,13, 18

**influx** 138:5

**info** 56:6 85:6 124:17

**inform** 99:8

**information** 9:14 10:1 31:3 47:16, 20 48:11 76:23 97:20 98:3,8 99:15,24 103:10 110:5,11 111:1 123:9 133:3 138:3 139:12

**informed** 6:20 137:25

**initial** 22:20 23:4 98:16

**initially** 71:17,18 125:2,4 136:23

**initiatives** 82:10

**ins** 69:22

**inside** 16:19 37:9

**instance** 106:21, 22 117:7,14

**instances** 35:4, 15 112:6 139:3,23

**intended** 99:9

**interest** 11:25 15:21,23 16:14 37:13 45:6,10,14, 18,21 59:23 73:2 79:18 95:6,7 108:14,21,23 109:5 114:13 115:6 118:8,14 134:19

**interested** 21:4 81:1

**interim** 58:16 78:4

**internally** 33:12, 22 63:14 69:16

**interpret** 119:13

**introduced** 21:2, 4

**invested** 22:17 39:4 85:10 91:21

**investigation** 139:9

**investing** 29:8, 12 39:12 40:10 108:18

**investment** 39:7 64:20 85:12 91:3, 7 122:14 138:16

**investments** 22:13 97:17,23 133:2,23

**investor** 29:25 81:3,6 116:8,17, 24 118:2,3 122:23,25 124:11, 13,16,24 125:7, 12,13,20

**investors** 51:20 52:21 53:24 55:1, 4 59:2 60:19 62:3 79:21 92:1 109:6 114:10 117:1,4 122:17 138:2,15 139:1

**involved** 6:7,13 12:19,20 16:9,13 21:5,17,21 29:25 31:1 33:18,25 34:11 44:1 60:20 61:15,21 62:9 80:5 83:15 84:2 92:15 94:22 122:25 141:6

**involving** 5:15

**IP** 113:20

**Irish** 35:24

**irons** 82:2

**issue** 5:14 6:12 50:22 87:2

**issues** 6:21 58:11 79:22 88:10 93:13 134:13

**IVUS** 50:18

---

**J**

**Jalen** 38:1 88:3

**Jason** 18:17 19:1,5 20:3,23 21:3,4,16,21 22:20,24 23:1 25:11 26:6,8,14, 17 27:3 28:14,20 29:2,8 30:3 31:4,8 32:4 40:9 41:6,7, 10 44:4,6,22 45:5, 14,17 46:21 49:15,24 51:10 57:7 59:4 61:3,13 63:11 66:8,9 68:3 74:15 75:13,22 76:12 79:17 96:11,20 101:12 103:17,22 105:2 109:12,21 110:8 116:4,8,17 117:3 122:14,20,22 123:15 124:16,20 125:2,6,25 130:24 132:4,22 133:4 137:19 139:4 140:14 141:11,23 142:10,16

**Jason's** 59:5

**Jim** 36:15 42:22

**job** 52:13

**Joel** 142:8

**Jonelis** 101:2

**Jordon** 36:19

**July** 13:1 14:4 52:17 56:5,18,21 57:17 58:7 60:5 63:23 75:5,10 78:9 90:14

**June** 49:14 50:13 51:6 52:17 56:12 57:23 58:2 60:7 64:1

---

Aaron Gilbert																	December 5, 2023

**K**

**K-I-N** 35:14

**keeping** 137:24

**Kelsey** 7:16
73:15

**Ken** 15:20 84:1,7
86:13 87:14

**Kenny** 130:10

**key** 33:2

**Kid** 65:23,24

**kids** 37:5,16,18,
24 38:2

**Kin** 35:14,20
128:4

**Kin's** 35:20

**kind** 12:5,9 36:19
46:14 68:7 71:12
89:8,10 99:18
132:2,12 133:8

**kinds** 132:3

**knew** 18:21,22
133:7

**knowing** 88:25
129:3

**knowledge** 63:1
86:2,23 102:25

**L**

**L-I-U-N-A** 62:17

**LA** 98:14

**labeled** 74:19

**labor** 62:19

**lack** 136:25 138:5

**language**
107:10,12,13
111:19 112:14,21
114:18,21 115:1,7
118:18,21 120:2,7

**late** 24:1 31:5,9
78:22 91:18,22
93:5

**latest** 24:1

**launch** 82:8

**launched** 11:12
25:2 37:1 81:17
82:6,7

**lawsuit** 6:22
18:19 99:9 138:21

**lawsuits** 94:21

**lawyer** 21:3
119:19

**lawyer's** 21:6

**lawyers** 104:8

**lead** 130:10

**leading** 14:19

**league** 36:24
37:1,9,10,11,13
38:14,15,21,22,
23,24 39:1 87:25

**learned** 59:7 77:4
139:25 140:5
142:13

**leave** 46:14

**led** 14:19 15:20
35:20

**Leeker** 6:25 7:4,
9,16 19:10,16
26:22 27:1 28:12,
18 39:15 40:3,7
42:4,18 46:7,11
48:24 49:2 60:11
64:23 65:10
66:16,25 73:17,
20,24 74:3,11,17
78:7,12 93:23
94:8,10 96:5
100:20 101:5
137:13,17

**left** 130:17 135:7

**legal** 93:13 100:4,
12 119:12,14,17
123:3 134:13
142:8

**lender** 13:2 80:5,
11,13 95:5

**Lending** 60:17,
23 61:6,7,25 62:2,

6,7,13,24 63:1,10,
13,18 64:2,15,20
65:14,15 80:6,10,
13 91:14 92:8,9
93:9,21 134:10
138:18,25 141:10

**length** 108:14
137:1

**letter** 73:9,11
75:3,5,10 78:9

**level** 14:16 19:2
27:25 128:22

**levels** 81:17,19
82:6 127:12 137:3

**liar** 63:17

**license** 34:9

**licensing** 15:1
55:20

**lien** 114:7

**lieu** 136:2

**light** 32:20 33:5,7,
10 34:16 35:4
36:7 127:11,14

**lighted** 128:7

**lighting** 126:11
128:13 129:14

**lightly** 29:4

**lights** 33:11

**limit** 108:4

**lines** 45:5 51:14
115:4

**lining** 116:18

**list** 44:25 45:1

**lists** 26:10 44:25

**lit** 32:20,22 33:24
34:6,7,9,20 35:7,
16,21 39:11 40:25
41:4,9,18,23 42:1,
20 44:5 126:11,
14,16,18,25
127:5,16,21
128:16,19 129:1,
7,18 130:1,11

**literally** 31:23

**58:9**

**litigation** 31:2
66:18 91:9,15

**LIUNA** 62:14,17,
19 63:2 91:12
95:5 138:25

**living** 10:5 14:24

**LLC** 7:18 18:16
121:7

**loan** 23:25 40:22
58:20 71:23 73:1
106:9,14,23
108:15 109:22
111:18 112:22
113:4,6 114:1,4,
17,18,24 118:8,13
119:3,4,8,24
120:9 121:18

**loans** 23:20,21,24
105:15,18,23
106:6,8 107:8
109:13 110:13
111:7,15 112:12

**local** 15:17

**located** 16:16

**locked** 94:20

**long** 8:11 15:3
20:19 98:12,24
112:24 113:2
114:14,15 121:22

**longer** 12:24
67:13 111:20

**looked** 76:3
121:13 122:12,22

**loop** 12:9

**loose** 42:7

**Los** 23:10

**lost** 139:21

**lot** 14:20 37:11
51:1 53:15 58:11
79:16,20,22 82:2,
4 96:15 110:25
126:4 138:3,8
140:4

**LPFC** 62:13

**lucid** 9:3

**M**

**Madam** 19:10
26:22

**made** 7:20 22:13
23:18 25:11
31:18,25 32:10
34:23 35:8 36:6
44:4 52:12 53:9
58:14 60:3,8
63:22 64:2 71:23
73:1 87:19 90:11,
20 106:6 111:23
112:8 128:12
136:4

**main** 10:24,25
12:7 38:24

**major** 88:10
138:21

**make** 6:18 7:23
33:6 37:22 38:18
43:1,2 44:13 46:6
56:23,24 69:7,18,
22,25 79:24 89:1,
9 91:3 93:24
96:25 105:15,18,
23 108:12,22
109:18 110:23
111:12 117:16
122:16 123:18
125:7 127:22
134:5 136:7

**makes** 87:10

**making** 44:7
86:20 105:20
111:16 129:3
130:4

**Man** 24:7,10 25:6,
7,8,15 29:20 30:7,
23 31:2,5,8,13,14,
21 32:6 57:14,15,
24 58:4,22,23
59:2,15,19,25
70:14,15,16
71:12,14,24 72:2,
13,18,23 74:24
75:16 134:16,19

**manage** 69:7

Aaron Gilbert                                                            December 5, 2023

70:5 76:1,13
139:18

**managed** 69:23

**management**
15:3 106:12

**manages** 15:15

**managing**
141:11,14

**manner** 71:13

**March** 5:19 43:14
80:2

**margin** 108:13

**mark** 19:11 26:23
28:15 40:4 46:8
48:25 78:8

**marked** 19:14,15
23:14 26:25 28:17
40:6 46:10 49:1
64:24 65:7 78:11
115:13,16 121:8
123:25 130:21
131:1

**market** 27:24
30:18 52:18
81:24,25 110:10
128:23 134:22

**marketing** 14:18
34:11

**markets** 84:10
86:21

**massive** 15:17

**materials** 28:3
48:6

**matter** 6:15
75:18,24 76:7,13,
17,18 100:10

**mature** 48:19
106:10

**maturity** 27:25
109:14

**Mccord** 6:16
119:11 125:22
127:6 129:20

**meaning** 34:9
37:5 57:1 60:15

83:8 84:18 132:1
142:7

**means** 32:24
45:22 85:20
127:11

**Media** 10:11,15
15:10,20 16:4,5,8,
10,16 18:17 19:19
24:20 25:3 53:9
54:5 60:13,17,23
61:1,7,25 62:2,4,
5,7,13,24 63:1,7,
9,11,13,17 64:2,
11,15,19 65:14,15
68:19 70:7 71:19
75:4 80:1,6,13
84:1,20 87:14
88:7,11 91:14
92:8,9 95:10,21,
23 96:2,10 118:4
121:5 134:10,15
135:3,8 138:18,25
141:10

**medical** 8:22

**medication** 9:2

**meet** 21:1,8 22:10

**meeting** 31:18
98:17,24 99:2,6
104:8

**meetings** 104:10

**member** 141:25

**members** 14:20
68:2,4

**memo** 124:24

**memorialized**
105:3

**memorializing**
107:5 119:8

**mentioned** 11:23
29:23 45:12 46:4
64:13,17 88:3
91:17,23 92:7
94:13,23 137:2
139:15

**merged** 88:8

**merger** 50:21

**mess** 94:19 97:7

**met** 20:5,18,23
21:10,11 22:7
23:9 97:5 98:14,
21

**MGM** 141:5,6,9
142:24

**Michael** 36:18

**milestones**
132:20

**million** 39:8 45:7,
10,18 50:6 51:7,
12 52:25 58:14
75:14 76:25 77:22
90:25 95:14,16
104:20 137:7

**millions** 53:12

**mine** 61:14

**Ming** 36:18

**minimum** 98:20
131:14 133:13

**minor** 100:17

**minus** 78:2,15

**minutes** 65:4
96:14 98:25
137:14

**missed** 74:6

**MM** 23:25 24:6,9,
13 51:15

**model** 42:21
81:15,20

**moment** 25:20,
21 66:19

**Monarch** 82:11

**money** 22:18
25:16 31:20 34:15
43:16,19,23 52:25
53:17 54:12
56:17,21 57:2
58:23 59:1,5,9,11,
18,23 60:9 61:5,8
62:9 63:12,16,22
64:2,12,18,19
67:2 68:9,25
69:11,13,15 70:1,
14 71:19 73:3

75:10 77:3,17
80:7,9 81:10 83:9
85:8 88:20 89:9
90:20,22,23 91:2,
8,24 92:11,12
93:13,16,20
94:12,15 95:6,7,
12 102:16 107:3
108:22 109:21
112:1 128:5,9
129:2 130:14
132:13,18 134:14
135:22 138:5
139:4 140:15,19

**moneys** 76:11

**monies** 32:3 54:8
58:19 60:22,25
68:22 69:17 70:4,
19 72:13 75:23
76:12 83:14,20
85:24 86:24 89:5,
23 93:10,14,15
94:13,14 105:24
113:10 114:8
119:2 120:19
134:12

**Monkey** 24:7,9
25:6,7,8,15 29:20
30:7,23 31:2,5,8,
13,14,21 32:6
57:14,15,24 58:4,
22,23 59:2,15,19,
25 70:14,15,16
71:12,14,24 72:2,
13,17,23 74:24
75:16 134:16,19

**month** 15:19
31:24 58:11

**monthly** 67:10,
14 68:7 103:13

**monthly-plus**
68:7

**months** 51:25
55:11 84:2 88:15
100:13,14 101:9
102:7

**months-plus**
55:11

**motion** 34:6
105:16

**mouth** 111:12

**move** 33:5,21
75:18 126:6

**moved** 75:11

**movie** 28:1,2
61:2,11,13,17
72:6 77:14 82:7
90:24 91:11
111:22,23 120:16
135:19,20 136:24

**movies** 62:22,23
77:13 81:25

**moving** 13:18

**multiple** 35:5
69:11 128:3

**music** 14:25
15:1,3,4 81:23
82:10,11,12

**mutual** 21:2

---

**N**

**named** 21:25
36:15 101:1

**names** 18:22

**nature** 5:4,11,23
21:12 69:5 87:23
111:14

**NBA** 36:25 37:11,
12,13 38:13 87:25
130:9 131:13
133:13

**nba.tv** 89:15

**NBC** 35:2

**necessarily**
103:6 115:2

**needed** 43:3 51:2
54:15 67:2 68:25
70:1,5,24 83:17
89:5 103:16 107:8
114:5 128:22
130:14 132:3,18,
22,25 133:17

**negotiate** 122:10

**negotiating**
102:19

Aaron Gilbert                                                         December 5, 2023

**negotiation** 36:5

**net** 72:24 118:14

**Netflix** 31:17,19 32:11 35:2 36:18 42:24 56:3,7,14 57:4,8,11,16 58:3, 7,11,14 72:4,7 130:12

**newly** 7:7

**news** 67:12

**NFT** 52:7,13,16 53:1,4 54:12 81:22 82:8 83:10

**NFTS** 52:8,16 83:6,7,20

**Nigel** 77:17

**Nix** 88:4

**nod** 8:17

**noise** 79:20

**non-covid** 30:20

**nonprescription** 9:2

**normal** 69:3 79:1 83:12 114:14

**note** 48:16 61:16 106:16 142:1

**notes** 93:24

**notice** 136:2

**noticed** 74:7

**November** 90:6

**number** 12:1 15:2 28:20 34:21 38:1 56:22 58:17 59:24 65:1 73:4 75:1 108:15 139:10

**numbers** 48:4,12 95:18 130:25 132:11 133:18

**O**

**oath** 8:5

**object** 9:15 74:8 125:22

**objection** 39:14, 24 40:4 42:3 119:11 127:6 129:20

**obtain** 128:17

**obtained** 127:17

**obvious** 110:22

**offer** 136:16

**office** 94:22 99:1

**officer** 17:8 142:8,10

**offices** 16:20 23:11

**officially** 33:24

**offset** 92:10

**one-to-one** 121:15

**ongoing** 38:3

**onset** 63:4

**Ontario** 5:3

**open** 51:24 55:20 66:21 87:2

**opening** 86:14

**operate** 92:9

**operating** 12:7

**operational** 100:14,15

**opinion** 119:17

**opportunities** 21:15

**opportunity** 74:10 123:18

**opposed** 54:13

**order** 27:23 56:25 69:20 77:18 87:8 88:13 128:23 132:3 133:2,17

**ore** 82:3

**organized** 71:13

**originally** 89:20

**outline** 46:25 47:7,8,25 48:9,13

**outlines** 47:14

**outs** 69:22

**outstanding** 114:8

**overfunded** 140:7

**overfunding** 140:18

**overlap** 17:5

**oversaw** 11:9 14:11,12,13,14, 15,21 24:23

**overseeing** 102:20

**owed** 64:7

**owned** 15:21 88:6 95:3 96:1 120:13

**owners** 15:16

**ownership** 108:15,19

**owns** 15:15 95:20,22

**P**

**p.m.** 65:8,9 94:6,7 122:15 124:4,6,12

**package** 37:22 104:24

**packaged** 38:3

**pages** 18:3 130:22

**paid** 14:1 16:24 31:10,13 32:3 40:24 56:23 58:19 59:14,18 69:9 72:12,17,23,25 73:12 74:23 75:8 81:10 83:5,19 85:23 86:24 87:5 93:9 114:13 115:5

122:18 134:18

**paper** 140:17

**paperwork** 62:10 106:21 128:2,8

**paragraph** 23:15,17 25:9,10 41:11

**paragraphs** 40:19

**paraphrase** 53:22

**paraphrasing** 98:1

**pardon** 24:8 78:2 85:2 113:19 125:10

**parent** 10:11 113:7 141:25

**parentheses** 41:4

**part** 9:22 36:2,5, 25 80:18 85:4 88:20,24 101:25 104:11 106:16 110:5 117:9 132:25

**participation** 12:2 59:24 91:10 95:4 109:7 118:14 121:5

**parties** 57:4 80:25 102:20 128:3 138:4,20 139:10

**partner** 12:17 27:22 63:3 85:3,9, 16,17 130:8 141:11

**partners** 50:16, 17

**partnership** 35:12 61:17

**party** 54:3,6 79:19,25 80:25 130:14 131:17

**passed** 89:6

109:10

**past** 17:22 107:13

**path** 52:9

**Pathway** 7:18 18:16,19 36:10, 12,13 37:2,9 39:5, 11 41:18,22 42:20 43:20 44:5 45:2 46:20 50:23 87:18,20,21 89:13,24 97:19 123:24 124:4,25 128:13,16,18 130:25 136:12,13, 14 141:3

**pay** 30:7,23 31:8 61:10 65:15 67:3 76:17 86:6 109:16 123:4

**paying** 109:13

**payments** 64:5,8

**payoff** 73:9,11 74:19,20 75:3 78:8,9

**payout** 26:9,18 27:3,8,19 74:12

**penalties** 107:14

**penalty** 8:7

**pending** 8:12 96:6 126:22

**pension** 62:19

**people** 11:7 14:16,18 15:18 23:1,2 53:18 64:21 91:1

**percent** 15:22 22:6 74:13 82:8, 15 83:25 93:22 95:4,22 96:2 108:19,23

**percentage** 59:20 95:21

**Perfect** 44:16

**perfectly** 20:14, 18

Aaron Gilbert																	December 5, 2023

**period** 38:19
116:22 141:17

**perjury** 8:7

**person** 21:8,24
23:9 98:23

**personally** 20:2
51:10

**phone** 21:8,10
23:7 67:17,20
97:1,11 98:12
103:4,23 105:1

**phrase** 115:7

**phrased** 40:15,
16

**physical** 110:4

**physically**
102:18

**picture** 34:6

**pictures** 105:16

**pieces** 32:25
82:13

**place** 28:4 31:19
34:9,10 35:24
43:17 50:16,18,20
53:20 54:2,15
55:15 56:12,13,25
57:6,8,13,25
67:16 68:19 82:9
83:9 85:3 86:9
89:7,10 98:17
100:6 106:12,23
121:20,21 122:2
123:2 124:4
126:16 127:13,25
128:24 129:2,16
142:6

**plaintiffs** 7:17

**plan** 33:2 34:12
85:7 128:3

**planning** 76:14

**play** 15:18 24:15
37:7

**players** 37:12
87:24 88:2

**playing** 24:21
38:14

**plays** 35:23

**plural** 111:17

**point** 20:10 21:16
28:20 29:3 30:17
42:11,13,16 43:2,
13 45:13 46:5
48:21 55:19 57:3
80:1 102:3 104:1
111:24 138:4
139:18

**pointed** 30:21

**points** 117:3

**portion** 49:6
50:4,8 85:18
109:2

**posed** 110:6

**position** 107:2
111:9 135:23

**positioning** 82:4

**positions** 141:23

**positive** 93:12
118:22

**postdelivery**
112:1

**postproduction**
58:12 71:4

**postsale** 55:16

**potential** 48:14
56:13 57:8 133:5,
9

**potentially** 57:5
101:23

**predecessors**
121:18

**preferred** 45:23
46:3

**premise** 34:11
42:25

**premium** 134:19

**preparation** 9:5,
8

**prepare** 103:12
125:20

**prepared** 33:9
125:2 126:22
132:7,9,10

**preproduction**
71:3

**prescription** 9:1

**present** 28:1 99:2

**presented** 132:5

**pretty** 7:10 43:12
77:13 104:2

**prevent** 8:23 9:3

**previous** 43:8

**previously** 10:8
72:15 93:8

**principal** 23:20

**principle** 45:23
46:2

**prior** 14:23,25
27:2 35:7 39:12
41:17 48:17 58:4
63:5

**private** 27:23
34:14 60:19 62:3,
9 64:21 79:21
91:24

**privileged** 9:18

**privy** 16:21 60:25
64:14 71:18 77:5
91:13 92:7 93:18
95:19 106:19
107:17,19 122:11
123:3 125:14
126:2 140:4

**pro** 37:17,18

**problem** 73:21
137:15

**proceedings**
66:14

**process** 6:20
13:3,4 27:15
29:19 30:17 33:13
34:16 36:3 42:6
43:6 46:5 48:19
53:16 55:17 58:12
66:11,15 68:8
80:12,22 81:2,15

92:23 95:23
101:19,21 102:6
106:17 110:19
112:6 114:14
122:11 126:6
132:25 133:1
134:23 135:12
139:25

**produce** 104:17
107:7 126:22
137:1

**produced** 73:16,
17,22 74:9 102:10
115:23 120:25

**producer** 10:25
11:5,8,19 24:21,
23 25:8 36:15
61:20 77:16
102:21

**producer/seller**
24:22

**producers** 15:17
61:22 117:8,9,15
135:8

**producing** 16:10
102:18,20

**production**
11:19 14:12
25:15,17 27:15
29:18 32:7,25
33:2 54:13,14
60:24 61:9 68:8,
23 69:1,16 70:17,
18,19,22 71:3
77:13 78:4 81:14
82:14 84:4,19
86:5,6,9,15 87:10
88:20 92:13,23
103:15,19 105:16,
19,24 106:1,10
110:2,3 113:4,21
114:2 126:20
127:12,18,22
129:10,11 135:18
136:23 139:4

**productions**
13:10 24:20 68:24
69:8 70:8 98:11
102:25 103:5,10,
24 105:23 106:11
111:24 113:10

120:20 135:5,10
140:19

**products** 24:24
81:24

**professional**
122:17

**profit** 60:4 63:22
95:8 118:14

**program** 37:2,9

**progress** 48:7

**progressing**
103:1

**project** 21:17,18
31:16 33:18,21
34:3,6 36:9 38:6
39:4,8,12 47:17
53:10,14 54:4,10,
11,20 59:15 60:9,
17,20 61:15 63:16
64:12 65:12,25
68:10,12,15
69:14,15 70:12,24
71:16,23 72:1,23
75:16 76:24 77:1,
9 80:15 81:7,10,
12,13 82:21
83:20,23 84:16
85:20,24 87:4,6,8,
9,11 90:6 91:2,15,
22,24 106:17
107:4 114:9,12
118:16 119:9,24,
25 120:9,14 121:4
126:14,16 127:11,
16,18 135:15,17
136:8 138:19

**projection**
140:15

**projections**
47:23 131:23
132:2

**projects** 9:11
11:6 17:3 21:15,
22 24:16 25:3
27:21,24 28:4,24
29:18 30:16 31:15
32:7 55:22 61:20,
21 67:3,9 69:4,12
71:10,20 77:7
78:16,18 87:16

Aaron Gilbert                                                                    December 5, 2023

90:2 102:23
110:18 112:13,16
134:1 135:3
137:22 139:5
140:6,8,9,10,12,
14,17,24 142:19,
22,25

**promise** 130:18

**promissory**
106:16

**promotional**
28:3

**proper** 53:20

**properly** 53:13
83:13 108:7
113:22 133:2
136:5 137:24

**properties** 16:9
50:19

**property** 80:24
81:20 114:8

**proposal** 37:15

**proposed** 116:8
122:13

**prospects** 40:11

**protect** 101:24

**protection** 12:25
101:21

**proverbial** 82:2

**provide** 67:6
116:25 124:16
125:3,5

**provided** 47:16
70:18 72:15 77:19
82:17

**providing** 124:15

**provision** 119:21

**psychological**
8:23

**publishing** 15:3

**pull** 25:22 28:5
47:11 73:5

**pulled** 58:16,18
93:16 134:13

**purpose** 105:20
111:16 132:10

**purposed** 123:6

**purposes** 71:2

**Pursuant** 73:24

**pursue** 99:14

**pushed** 59:5,6
90:15

**pushing** 58:9

**put** 11:8 32:3
36:14 37:15 43:23
44:11 56:25
61:14,23 70:13
83:16 88:19 91:4
106:12 108:18
109:3 111:11
127:24 130:7

**putting** 31:19
122:16 128:24

---

**Q**

**Q1** 135:20

**qualify** 60:10

**quarter** 15:18
23:22 26:20 27:5,
9,20

**question** 8:12
20:13 40:2,23
41:14 47:13 51:3
56:9 59:25 61:2
92:17 96:7
109:17,18,24,25
110:6 111:5
113:15 114:16
116:12 125:17
127:8 129:6,22
132:7 139:20
140:13

**questions** 7:6,
11,19 8:19 40:16
94:9 96:6,12
102:5 128:11
130:17 131:4
134:4 137:8,14
139:14

**quick** 7:10 65:3

**quickly** 73:6
134:6

**quote** 23:21,25
29:9,13

---

**R**

**raise** 133:5

**raised** 61:1 139:4
140:15

**ran** 10:8 14:25
50:22 55:12

**range** 72:16
74:25 115:24

**rarely** 69:6
103:25

**rate** 118:8

**rates** 34:10

**reach** 68:5 103:3
109:21

**reached** 22:11
97:13

**reaching** 98:6

**read** 23:16 39:18
116:11 123:21

**reading** 25:10
105:5

**reads** 46:19

**realize** 29:24
113:11 115:9
130:17

**reason** 6:23
52:14 91:25
113:18

**recall** 23:3,9
38:16 43:19 59:17
72:22 74:5 76:1
96:22,24 97:2,9,
25 98:12 99:12,18
100:9,12,18
101:4,17 120:6
128:14 131:4

**receipt** 74:16
126:22

**receipts** 118:15,

17 119:10 120:10

**receive** 61:8
89:21,23 134:8,11

**received** 45:14
58:23 61:5 64:5,8,
12 73:2 90:22
91:7,8 93:17
94:11,18 95:12
97:21 98:3 119:9
134:1,14,17
135:1,14 136:8,14
137:5

**receiving** 74:5
140:1

**recent** 5:1

**recently** 71:18

**recess** 65:8 94:6

**recollection** 73:6
74:22 75:7 122:24

**reconcile** 69:18

**reconciliation**
70:23

**record** 8:16 23:16
56:9 65:9 94:7
113:16,25 115:24
120:23 133:24

**recorded** 8:18

**recording** 82:12

**records** 76:22

**recoup** 51:23
64:19 91:3,6
120:19

**recouped** 56:17,
21 93:18 94:15,
24,25 95:6,7
110:21 118:15

**recouping** 76:14
112:2 119:23
120:19 133:23

**recoupment**
51:2 94:12 107:2
114:24 115:5
119:3 135:7,11

**red** 49:8,21,23
50:4,8 51:18 56:2
57:16 60:1 63:20,

21 116:18

**REDIRECT**
137:16

**refer** 12:10 19:18
24:12 47:4

**reference** 141:5

**referenced** 51:8,
9 60:12 120:9

**referencing**
73:10

**referred** 124:7

**referring** 10:15
19:23 47:8 98:13
118:4

**reflected** 108:24

**refresh** 73:6
74:22 75:7 122:24

**regard** 71:8

**registry** 114:11

**regular** 104:4

**regularly** 47:14
67:6,11 103:3
110:8

**reiterate** 20:12

**related** 6:5 11:5
71:7 142:19

**relationship**
21:12 64:14 78:23
79:19 104:2
137:18,20

**relative** 47:18
54:4 109:6

**release** 52:16
90:17

**released** 40:21
90:4,6 114:12

**Releasing** 12:3,8

**relevant** 5:12
66:17,19

**remember** 38:7
47:7 58:17 76:3
90:8 92:4 98:15,
16,18 101:9
118:20 121:25

Aaron Gilbert                                                    December 5, 2023

126:11 131:8

**reminder** 120:11

**remote** 11:17

**rented** 16:20

**repaid** 23:21,25
51:24 107:9
110:14 111:8,10
113:5 114:3,6,19

**repay** 113:6
114:4,6 120:8

**repaying** 45:22
46:2

**repayment**
109:23 112:11
118:10,12 119:8

**rephrase** 92:5

**replace** 53:17

**replies** 31:4

**report** 14:17

**reporter** 7:24
19:10 26:23

**represent** 7:16
41:7,17 49:23
96:10 109:5
115:22 120:24

**representation**
44:4,7

**representations**
23:19

**representative**
122:2

**represented**
26:18 41:16
137:25

**representing**
41:22

**requirements**
70:11

**reserve** 66:16,20

**Resigned** 141:22

**responds** 26:14
124:6

**response** 29:2

30:8 122:14

**responses** 8:19
40:12,16

**responsibility**
126:8

**responsible**
122:8

**rest** 13:11 45:20
50:25

**retain** 66:7

**return** 45:23 46:3
91:3 133:2

**returned** 57:25

**returns** 132:3

**revenue** 48:14
51:19,22 52:20
53:4,23 54:25
55:3,5,7 83:7
104:17 111:9,11,
21,25 112:7,17,19
113:5 114:4,20,23
115:4 119:24
120:18 131:21
132:12 133:8,10
134:2,9,11 136:8,
13,19 137:5

**revenues** 54:10
83:10,14 86:16
87:9 89:10 112:12
119:23 132:2
133:17

**review** 9:5 17:22
25:23 46:14 73:7
74:10

**reviewed** 28:6,10
39:17 44:12 46:15
49:5

**revised** 116:17
122:23

**revived** 87:22

**rid** 13:5,8

**rights** 12:6 50:25
51:1 66:17,21
85:11 120:13

**risk** 23:23 28:24
29:9,13,17 30:9,

16 88:24

**road** 72:6

**Robert** 7:17
18:15,18,21,23
19:3 21:25 22:3,
10,17,21,23,24,25
23:4,6 25:12 26:6,
12 28:14,23 29:24
30:6,22 40:10
43:17,20,22 44:5,
21 46:21,24 49:15
54:5 60:19 62:9
79:21 91:14,21
96:20 97:5,8,14,
18 98:14,15 99:4
100:19 121:7
122:3 123:12
125:16 138:2
141:6

**role** 10:18,22 11:2
14:9 17:13 24:15,
18,22 25:6 52:19
61:12,15 117:7

**roles** 102:14

**royalties** 94:19

**RSBV** 7:18 18:16,
19

**RSBVP** 23:20

**run** 133:25 134:6

**runway** 55:12

────────

**S**

**safe** 6:9

**sake** 19:17

**salary-related**
71:5

**sale** 31:19,21
32:9,10,11,14
36:1 37:22 43:1
50:18 53:1 56:23
58:13,14,15,18
72:4 80:22

**sales** 12:3 13:4
14:13 24:25 27:15
29:18 30:17
31:17,25 32:1
33:16 34:10 36:2

42:6 45:13 46:5
47:18 48:19 66:15
67:7 83:5 84:9
86:21 101:22
103:12,14 110:19
111:25 112:5,7
128:25 132:14,25
134:22 135:12

**Sam's** 96:6

**Samuel** 96:9

**Sandy** 19:4
22:12,22,23 23:5,
10 44:22 46:21
49:16 60:3 63:21
77:15 97:12,13
98:4,14 99:4
100:5 101:7 102:4
137:25 140:2

**Sanford** 46:22

**sates** 75:1

**scared** 132:17

**scenario** 19:7
23:22

**scenes** 92:14

**schedule** 74:19

**Schmidt** 22:12,
22 23:5 44:22
46:21,22 49:16
77:16 101:8

**school** 37:4,6

**Scot** 7:17 18:16,
18 121:7

**screen** 17:19
25:21 32:18 44:11
64:25 78:8,10
115:16

**scroll** 18:2,4 28:7
49:7,8,10 57:23
73:8,13 115:22
131:18

**scrolled** 46:14

**search** 53:16

**season** 34:21
35:7,17,21 40:25
42:25 43:1,4,6,10,
20 87:18,24 88:3,

19,21 89:1,4,12,
13,17,18,19
124:25 128:21
129:5 136:14

**seasons** 34:21
35:5,10 36:3,7
39:12 40:20 41:4,
9,19 42:2,20,24
44:6 128:13,16,20
129:7,19 130:1,13
131:22

**section** 49:9
118:10,12

**sections** 118:8

**securities** 5:13

**security** 106:15,
24 114:11,12
136:1

**seeking** 92:1
93:1

**segment** 28:1

**self-financed**
88:19

**sell** 27:24 56:14
128:23 129:3
130:4 136:5

**selling** 50:9 56:3
81:25

**send** 47:14 48:10
67:19 74:4 103:14

**sending** 125:6

**senior** 67:25

**sense** 20:16
38:18 79:24
105:13 117:17
122:16

**sentence** 41:23
45:20 51:4

**separate** 6:15
113:20,21

**separately** 11:10
68:3

**September** 5:3

**series** 28:2
35:11,13 36:18

Aaron Gilbert                                                                      December 5, 2023

38:2,3 121:3
124:25 128:3
131:13 133:13,15
136:24

**sessions** 110:1

**set** 34:21 61:10
83:4 87:12 100:23
111:24 113:18
135:16 142:2

**severed** 104:3

**shake** 8:17

**shape** 137:23

**Shaq** 130:9

**share** 17:18
67:12 121:23
123:8

**shared** 47:19
117:10 123:19
125:25

**sharing** 25:21

**sheet** 103:13
116:8,17 117:18,
24 121:2,19,20
122:14,23 123:9
124:5,24 125:1,21

**sheets** 116:25
121:18 122:25

**shelf** 55:22 80:18

**sheriff's** 93:15
94:22

**shooting** 43:10

**short** 70:6

**shortly** 50:10
51:5,12 75:11
77:15 98:17

**shot** 88:21,23,24
89:20 90:10

**show** 17:17 28:1,
2 32:5 33:6,8,11,
25 34:19,20 35:6,
16,25 36:13,23
40:11 41:3,9,18
42:10,23 45:6,11,
22 46:25 47:7
48:18 51:25 53:3,
19 54:21 55:10,16

56:8,25 57:5,10
58:6,8,9,10 68:16
69:17,20,21 70:1
72:7 82:4 83:10,
11,12 84:20
85:10,12 86:10
87:17,23 88:1,18
92:22 96:14 106:2
108:18,19,20
110:4 111:17
112:1,20 115:5,11
117:16 120:21
126:22 127:21,24
128:4,24 129:1,3,
15,18,25 130:4,5,
10,11,19 131:7,9,
14,21 132:13,15,
19,23 133:7,9,15
136:4,19 137:4
139:2

**showed** 121:24
140:18

**showing** 48:17
60:3 63:21 115:16
122:19 133:8,20

**shows** 13:10
25:14 27:14 54:1
55:13 69:24
77:18,24 85:4,25
88:10,12 95:4
102:19 105:20
106:21 110:9,10
111:17 112:4
126:4 130:9
132:17 141:19

**side** 52:16 60:21
62:21 102:22,23
108:14 127:2
137:12 142:5

**sides** 33:12

**sideways** 71:20
134:24

**sign** 33:14,15,16,
19 34:12 56:5
57:18 60:4 142:11

**signature** 46:13

**signed** 32:4 33:1
34:15 59:16 69:23
74:15 113:9
125:16 126:19
142:15,16

**signing** 33:8

**similar** 77:11
86:13 108:10
121:16

**similarly** 86:5

**single** 65:13,16

**sitting** 8:5 55:21
80:17,20 83:14
97:2

**situation** 59:12
83:12 95:2 129:4

**slightly** 129:6

**slow** 53:15

**small** 52:25 54:11
89:7

**smooshed** 28:25

**sold** 31:16,17
35:25 38:3 50:9,
14 51:1,2,19 52:5,
7,8 56:22 95:24
104:13 110:20

**sole** 77:25 78:14,
17 82:23 84:22

**solely** 6:21

**Sony** 60:3,22
61:11,24 63:21
65:20 66:4

**sooner** 31:5

**sort** 19:7 28:3
33:3 38:13 68:22
69:6,16 80:17
88:13 133:1

**sounds** 90:8,9

**sour** 137:20

**source** 78:17
83:21 84:22
112:11 118:10,12

**soured** 137:19

**Southern** 18:15

**space** 10:7 16:20
113:24

**speak** 9:8 97:14,
16 101:12 103:23
105:9

**speaking** 9:11
54:17 101:4 133:4

**special** 84:8

**specials** 89:19,
21 136:15

**specific** 18:5
68:10,12 71:15
114:16 132:17

**specifically** 11:3
16:18 45:17 61:19
66:2 67:4 70:15,
16 93:1 113:15
131:5,10 142:2

**specifications**
70:13

**specifics** 100:11

**speculation**
129:21

**spell** 62:16 107:1

**spending** 128:9

**spent** 99:25

**spirit** 118:23,25

**split** 95:9

**spoke** 9:24,25
97:19 99:11 100:1
101:7

**spoken** 9:22 23:6
100:7,19 101:1

**sponsor** 38:24
39:2

**sponsorship**
47:18 132:15

**sports** 36:16,19

**spring** 11:12 25:2
38:9,17 40:2

**stack** 32:25

**staff** 11:14,17
12:21,24

**stage** 84:11 87:22

**stalled** 50:22
77:12,23 135:17

**stamped** 120:23
123:22 130:22

**stand** 24:9

**standard** 7:1,3,7
128:8

**stands** 81:1

**star** 35:23 88:4

**start** 15:12 17:18
28:6,22 38:6 49:3
92:21 124:2 129:2
139:22

**started** 21:14
27:16 38:10 42:6
46:4 52:19 54:10
63:4 79:20 84:7,9
91:15 98:6 100:4
139:16 141:18

**starting** 30:16
79:18

**starts** 50:4

**state** 45:17 52:4
88:5

**stated** 53:21
65:13 115:2

**statement** 60:3
63:21 129:12

**statements**
25:11,20 46:6
128:12

**states** 18:14
23:17 26:8 29:2
30:3 41:3 45:5,20
47:6 50:8 51:18
55:24 56:3 57:16
74:20

**stating** 27:8
29:12 55:25 119:2

**status** 71:10 72:1
77:9 80:15 81:13
82:14 83:23 86:11
87:19 95:25 98:10
102:1,6,25 103:5,
18,23 104:12
109:23 110:2,3,4
133:22 135:11

**step** 136:1

**Stephen** 142:9

**steps** 136:4

Aaron Gilbert

December 5, 2023

**Stern** 36:15 42:22

**Steven** 104:6

**stipulate** 112:18

**stipulates** 106:13 112:17

**Stone** 77:17

**stop** 25:21 141:21

**stopped** 79:11 89:11 100:14

**Story** 15:10,20 16:4,5,10,16 24:20 25:3 84:1, 20 87:14 88:11 95:21,22 96:2 135:3,8

**straight** 37:6

**strategy** 81:22

**stream** 40:22,23

**streamer** 34:14 35:3

**streamers** 41:4 130:5 133:14

**streaming** 47:18

**streams** 112:19 114:23 119:25 120:18

**structure** 17:6 56:25

**stuck** 55:9

**studio** 10:8 62:22 105:15

**Studios** 10:22, 23,24 11:2 12:7 15:9,10,13,14,19, 25 61:16 86:5 105:21,25 111:15 116:5,22 120:15

**Studios'** 11:5

**stuff** 6:5 47:22 71:6 80:21 124:4

**subentities** 10:16,17

**subject** 46:20 124:4 130:25

**sublease** 16:24

**subleasing** 17:2

**submitted** 33:23 57:11

**subpoena** 73:25

**subsequent** 124:13

**subsequents** 124:14

**substance** 10:2

**substantive** 67:12

**substantively** 125:19

**success** 43:4

**successful** 42:23 90:20,24 91:4

**suffering** 8:22

**sufficient** 77:20 111:9,11 113:5 114:3,19 120:10 126:23

**suggesting** 127:13

**summary** 47:2

**summer** 24:1 31:5,9 52:17 58:20 72:19 75:9 80:3,8 101:11

**support** 72:8

**supporting** 14:20

**supposed** 90:14 136:15,23

**Suraj** 140:3

**surprise** 138:24

**surrounding** 35:19 93:14

**Survivor** 120:17

**SVOD** 89:8

**swallowed** 136:17

**switch** 18:2

**switched** 136:23, 24

---

**T**

**table** 36:2

**taking** 72:9

**talent** 15:2

**talented** 36:14

**talk** 5:15 7:22 22:12 66:10,13 84:1 87:14 100:17 109:1 110:2,12

**talked** 24:18 45:12 60:11 82:9 97:17 110:17 112:4 128:4 134:12 142:19

**talking** 19:3 21:14 29:19 30:10 32:11 60:12,13 63:20 67:9 110:7 113:14 130:5

**target** 133:2

**targeted** 42:9

**tax** 78:2,15 81:5 83:1,2 84:24 85:8

**Taylor** 21:7

**team** 13:11 14:12, 13,20 33:14 37:3, 7,8,10,13,24 55:15 61:3 68:2,4 84:8 87:24 98:7 100:16 110:8 117:8 128:20 132:9

**team's** 62:6

**teams** 37:14

**technically** 13:15,18,21 33:24 34:8

**technology** 11:18

**television** 11:1 32:23 34:5,19

35:6,16

**telling** 138:15

**Telly** 111:22,23

**temporarily** 70:21

**ten** 65:4 79:6,8 94:3

**tension** 79:16 138:3

**term** 32:19,22 47:14 70:6 114:5 116:8,17,24 117:18,24 118:8 121:2,18,19,20 122:14,23,25 123:9 124:5,24 125:1,20 126:10, 13,18,25 127:5, 10,14 141:14

**terms** 102:14 104:15 106:24 107:5,19,21 108:5,8,10,14,15, 20,24 109:8 112:11 125:8 133:22

**testified** 41:8 44:3 96:19 102:9 105:14 111:7 116:21

**testify** 108:1

**testimony** 8:4,24 9:3,9

**text** 49:20,21,23, 24 63:19,21

**theaters** 91:1

**theatrical** 90:17

**Theresa** 7:24

**Thibault** 104:6 142:9

**thing** 9:12 29:17 30:15 38:16 53:6 84:21 92:3 115:1 123:1

**things** 7:15 47:1 53:5 65:12 68:3

76:6 78:21 79:18 86:16 88:10 98:2, 5 100:16 104:20 105:7 106:16 107:12,14 111:20 113:23 137:3

**third-party** 13:23 14:1 15:14 55:14, 20

**thought** 138:24 139:21 141:9

**three-year** 34:24

**throwing** 133:14

**tidy** 134:5

**Tied** 91:9

**Timbaland** 82:12

**time** 5:1,10,22,25 6:6,10 8:9,12 11:8,14 15:3 18:2 20:5 21:10,16 22:16 23:9 27:2, 15 28:4 29:7 30:18 31:7,25 37:1 38:18,19 42:11,13,19 43:2, 7,10,13,22 44:12 45:13 48:21 50:24 51:12 52:3 55:3,6, 19 56:11,17 57:4 59:3 64:1,7,8 65:3 66:22 67:9,24 68:1,10,11 76:1 80:3,4,7 81:9 83:18 89:6 92:1,2 96:1,6 97:6 98:23 99:8,16 100:1,6, 24 101:7,14 102:3 103:11 104:1,2 105:10 109:15 111:25 114:15 116:22 117:3 120:7,11 126:5 128:23 129:1 137:1,9,20 138:4, 8 141:17 142:9,10

**timeline** 25:17

**timelines** 98:5 107:15

**times** 5:21 7:21 23:5,6,8 33:20

Aaron Gilbert                                                        December 5, 2023

79:3 91:5 98:21
103:17 109:20

**timing** 38:5 99:24

**title** 14:5

**TNT** 42:9 48:20
88:6,22,23,25
89:20 129:13
130:3,6,11 136:15

**today** 7:20,24
8:5,9,16,23 9:6,9,
15 97:2 100:20
105:6 112:4
140:25 142:20

**token** 52:7,8,10

**tokens** 51:19
52:5,15 53:4

**told** 20:16 39:9,10
57:7 75:25 98:4,6
135:20

**tomorrow** 116:10

**ton** 100:18 138:1

**top** 26:4 36:16
40:9 43:18 45:4
46:14,19 49:11,
14,17 65:22 73:3
85:6 116:13,16
118:1 124:18
131:25

**Toronto** 16:17,25

**Toronto-based**
15:23

**total** 45:2

**totality** 63:10
69:19

**touch** 78:5
100:23

**touched** 14:8
38:4 43:8 71:11
86:4

**touches** 51:3

**tough** 72:6

**toys** 50:9

**track** 123:10

**tracked** 113:22

**train** 139:21

**training** 37:20

**transaction**
60:21 136:18

**transcript** 7:20

**transfer** 65:18

**treasury** 70:3

**trick** 117:19

**trilogy** 117:25

**trouble** 22:14

**true** 51:5 53:23
133:16

**true-up** 69:1

**trued** 69:25 70:6

**turn** 43:5 57:2
78:3

**TV** 10:9 27:18
34:13,20 106:1
127:21 128:3
136:24

**tweaks** 124:10

**two-way** 37:12

**two-year** 34:23
35:25

**type** 7:6 118:20,
21 120:2

**typical** 78:16,18,
19,20

**typically** 33:11
40:23 83:7

——————

**U**

**U.S.** 62:21

**Uh-huh** 6:4 20:22
46:23 118:9,11
124:22

**UK** 78:3,5,15

**ultimately** 33:17
125:11 126:7

**umbrella** 11:22

**underfinanced**

86:10

**underfunded**
52:24 53:7,8,11
54:11,21 77:12,22
78:14,18 79:3,16
81:7 82:21 83:18
85:14,19,21 87:5,
9 135:4,17,24
136:21 137:21
139:6 140:13,14

**underfunding**
87:2 137:6 140:20

**Underline** 11:18
15:16

**underneath** 41:3
131:25

**understand** 6:18
8:1,7,13,20 9:20
14:3 19:19 20:21
24:3,6,9 25:13
38:19 45:7 66:18
76:5 80:14 92:20
95:20,25 108:1
110:23 111:13

**understanding**
59:1 62:1,6,7,12
63:6,9,24 68:19
70:4,10 91:12
118:3 119:7,16,
21,22 120:7 123:4
125:1 138:11,17,
18

**understood** 8:21
38:20 119:19
138:7

**United** 18:14

**Universal** 72:5,
10

**universe** 81:18

**Unknown** 65:23,
24

**unlike** 90:2

**unrecouped**
114:9

**unsold** 128:21

**update** 48:9
49:18 67:19 68:7

86:19 103:5
104:22

**updates** 48:7,22
67:7,10 100:10
103:8,14 104:7,22

**updating** 110:1

**upfront** 40:24
96:13 128:6

——————

**V**

**VA** 33:13 34:11

**venture** 7:18
14:14 18:16,19
61:18 95:3 121:7

**Ventures** 11:24,
25 12:8 15:21
62:4 95:22

**verbalize** 8:18

**verification**
65:18

**version** 62:20
116:19

**versions** 122:9,
10 126:3

**versus** 18:16

**visited** 23:10
99:1

——————

**W**

**waiting** 81:2
136:16

**walk** 116:10

**wanted** 35:24
36:4 42:9 82:1
89:12,20 133:24

**Warner** 50:21
59:12 75:18,23
76:7,13,17,18
88:7,14 129:14

**Warner/
discovery**
136:18

**watch** 89:12

**waterfall** 52:22
53:24 54:9,18
83:8,15 106:13
107:2 109:9 112:2
115:4 116:10
120:18 122:15
131:13 132:1
133:13,15

**Wealth** 5:6,7,16
6:4,7 16:1,6,8,12,
19,21,25 17:9,11,
13 18:17,20 19:1,
18,19 22:14,18
32:2 33:18,20
34:2 43:21,24
52:24 53:9 54:5
58:1,19,22 59:14,
18 60:8,13,17,23
61:1,6,7,9,18,24,
25 62:2,5,13,23
63:1,7,9,11,17
64:2,11,22 65:14,
15 68:2,9,13,14,
19,24 69:5,10
70:7,12,13,22
71:1,19,23 72:12,
17,22 74:23 75:4,
8,15 76:12 77:6,
20,25 78:14,16,17
79:4,11 80:1,6,8,
10,13 81:3,9
82:17,23 83:4,5,
19 84:13,22
85:18,23 86:6,24
87:5 89:23 91:13
92:8 93:9,21
94:16 95:3,11
96:10 97:13 99:10
102:15,16 103:3,9
105:14 106:7,18,
20,25 107:6,18,
20,25 108:9,10,
16,17 109:6
112:2,10 116:25
117:12,13 118:1,4
120:3 121:5,7
122:5 123:5 125:3
134:1,8,10,14,15,
17,18,25 135:4,
13,16,25 136:8,22
138:18,25 141:10

**Wednesday**
46:19

week 68:6

weekly 68:1
103:4,6 104:7

weeks 13:7

well-known
36:20

whistles 124:10

wife 12:17

wire 65:13,16,18,
19

withdrawn 108:6

wondering
109:20

word 48:7
124:10,15

words 32:6 33:1,
5 36:5 45:16
70:13 99:22
109:14 111:12

work 17:19 21:3
33:22 36:22 43:2
52:14 107:4
108:23 111:14
113:23

worked 15:2
16:23 17:22 62:20
64:15,21 87:16
95:2 97:12 102:23
116:22 123:14
135:24

working 13:3,15,
20 15:6 36:23
52:12 77:16
117:8,15,17
135:25

works 6:24
111:13 128:10
136:3

world 10:10
30:20 36:16 81:22
86:22 88:7 89:8
128:5 136:5

worldwide 72:11

worries 45:22
46:2 137:11

worst 26:10,14

worst-case
23:22

wrap 94:1

Wright 61:14

write 124:5 131:3

writes 122:15
124:9,12 131:13

writing 67:17
104:23 105:3,12

written 23:19
41:6,8,10 115:2,3

wrong 65:25
130:13

—————

**Y**

Yao 36:18

YBG 116:19
118:1

year 5:18,20 13:1
14:4 21:20 37:17,
18 43:14 48:17,18
56:18 67:9 88:5,8
90:16 98:20 100:8
135:21 139:7
141:22

year-plus 58:10

years 6:11,13
10:9 11:6,9 15:2
16:21 33:20 63:4
68:3 78:21,22
79:1 90:4 97:6
98:20 111:23
113:1

yesterday
116:18

Young 76:24
77:9,11,20 78:1,
13 117:8,11,15,
17,25 135:13,15
141:3

Youtube 89:16

—————

**Z**

zoom 17:23 18:3
49:4 100:20