We're Ready

23-cv-80282

Jury Note 1