<div align="center">

**JASON CLOTH**
20 Stratheden Road, Toronto, Ontario, Canada M4N 1E3

</div>

May 6, 2024

Judge Robin L. Rosenberg
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, Florida 33401

Re: Robert Scot Building Venture LLC v. Creative Wealth Media Finance, 9:23-cv-80282-RLR

Dear Judge Rosenberg,

As Your Honor is aware, I am a defendant in this action.

The trial in the action is scheduled to begin tomorrow. I am respectfully writing to inform the Court that, for the reasons I stated in my letter to the Court dated April 18, 2024, and during the calendar call on May 1, 2024, I am not in a position to defend myself at trial since I am not an attorney and I would not know how to represent myself at the trial. Therefore, I will not be attending the trial.

Very truly yours,

Jason Cloth

cc: David Jonelis

FILED BY _MEE_ D.C.

MAY 08 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

FedEx Express *NEW Package US Airbill*

FedEx Tracking Number 8083 6428 1858

Form ID No. 0200

fedex.com 1.800.GoFedEx 1.800.463.3339

**1 From**

Date 5/7/24 [redacted]

Sender's Name Jason Lloth Phone

Company

Address 9420 W Sunset Blvd. [illegible]

Dept./Floor/Suite/Room

City West Hollywood State CA ZIP 900[illegible]9

**2 Your Internal Billing Reference** 2629-0004

**3 To**

Recipient's Name Judge Robin L. Rosenberg Phone

Company Paul G. Rogers Federal Build[illegible]

Address 701 Clematis St, Courtroom 3

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

HOLD Weekday FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Address

Use this line for the HOLD location address or for continuation of your shipping address.

HOLD Saturday FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City West Palm Beach State FL ZIP 33401

8083 6428 1858

**4 Express Package Service** • To most locations.

NOTE: Service order has changed. Please select carefully.

Package For packages over ... FedEx Expre...

**Next Business Day**

- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

- [ ] FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business afternoon.* Thursday ship... will be delivered on Monday unless SATUR... Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** * Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
- [x] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Sign... — If no one is availa... address, someone... address may sign... residential deliver...

**Does this shipment contain dangerous goods?**

One box must be checked.

- [x] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x
- [ ] Cargo Aircraft ...

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below. Ob...

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card

[redacted]

Total Packages Total Weight [redacted] Credit Card Auth.

lbs.

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A. SRF