UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                      Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                      Defendants.

**VERDICT FORM**

**COUNT: FRAUDULENT MISREPRESENTATION**

**Do you find from a preponderance of the evidence:**

1.     **That Mr. Cloth made a false statement to Plaintiff concerning a material fact?**

    **ANSWER:**    [YES] ✓    [NO] _____

*If your answer to question 1 is YES, then answer question 2.*

*If you answered NO to question 1, your verdict is for Mr. Cloth. Do not answer any further questions. Sign the bottom of the form and return it to the bailiff.*

2.     **That Mr. Cloth knew the statement was false when he made it, or made the statement knowing that he did not know whether it was true or false?**

    **ANSWER:**    [YES] ✓    [NO] _____

*If your answer to question 2 is YES, then answer question 3.*

*If you answered NO to question 2, your verdict is for Mr. Cloth. Do not answer any further questions. Sign the bottom of the form and return it to the bailiff.*

3.     **That Mr. Cloth intended that Plaintiff would rely on his false statement?**

ANSWER:        [YES] ✓  [NO] _____

*If your answer to question 3 is YES, then answer question 4.*

*If you answered NO to question 3, your verdict is for Mr. Cloth. Do not answer any further questions. Sign the bottom of the form and return it to the bailiff.*

4.   **That Plaintiff relied upon Mr. Cloth's false statement?**

ANSWER:        [YES] ✓  [NO] _____

*If your answer to question 4 is YES, then answer question 5.*

*If you answered NO to question 4, your verdict is for Mr. Cloth. Do not answer any further questions. Sign the bottom of the form and return it to the bailiff.*

5.   **That Mr. Cloth's false statement was a legal cause of Plaintiff's loss or damage?**

ANSWER:        [YES] ✓  [NO] _____

*If your answer to question 5 is YES, then answer question 6.*

*If you answered NO to question 5, your verdict is for Mr. Cloth. Do not answer question 6. Sign the bottom of the form and return it to the bailiff.*

6.   **What is the amount of compensatory damages that Plaintiff suffered as a result of its reliance on Mr. Cloth's false statements?**

ANSWER:        $ 6,573,024.00

7.   **Do you find that punitive damages should be awarded against Mr. Cloth?**

ANSWER:        [YES] ✓  [NO] _____

8.   **If you answered YES to question 7, what amount of punitive damages should be awarded against Mr. Cloth?**

ANSWER:        $ 13,000,000

*Please have the foreperson sign this verdict form and return it to the bailiff.*

SO SAY WE ALL

Dated: 5/8/24

_____
Foreperson