UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                Defendants.

**NOTICE OF ELECTRONICALLY FILING PLAINTIFF'S ADMITTED TRIAL EXHIBITS**

Pursuant to Local Rule 5.3 and the Court's May 1, 2024 Minute Entry [D.E. 111], Plaintiff RSBV Pathway LLC hereby provides notice of electronically filing the following trial exhibits, which were admitted into evidence during the trial held in this action on May 7-8, 2024. On May 7, 2024, Plaintiff also physically delivered two USB drives containing electronic versions of all of the trial exhibits contained on Plaintiffs' final Exhibit List [D.E. 118] to the Court's deputy, including all of the admitted exhibits enumerated below and filed in connection herewith.

**INDEX OF EXHIBITS:**

| Plaintiff's Exhibit | Description |
|---|---|
| P-003 | February 24, 2021 Email from J. Cloth to R. Harris re: Dates, PLNTF_01665; Exhibit 3 to J. Cloth Deposition |
| P-004 | February 24, 2021 Email from J. Cloth to R. Harris re: Dates, PLNTF_01675-76; Exhibit 4 to J. Cloth Deposition |

| P-005 | February 24, 2021 Email from J. Cloth to R. Harris re: Dates, PLNTF_01677-78; Exhibit 5 to J. Cloth Deposition |
|---|---|
| P-009 | May 13, 2021 Email from R. Harris to J. Cloth, CC S. Schmidt Re: The Pathway, CW_0001919-1920; Exhibit 9 to J. Cloth Deposition |
| P-010 | May 13, 2021 Email from J. Cloth to R. Harris, CC S. Schmidt Re: The Pathway ("greenlit"), CW_0001918; Exhibit 10 to J. Cloth Deposition |
| P-014 | May 12, 2021 Email from J. Cloth to R. Harris, cc S. Schmidt re: Pathway, PLNTF_02036; Exhibit 14 to J. Cloth Deposition |
| P-017 | January 27, 2022 Email from S. Schmidt to J. Schmidt, E. Schmidt and R. Harris re: Update, CW_0002786-87; Exhibit 17 to J. Cloth Deposition |
| P-019 | May 18, 2022 Email from J. Cloth to R. Harris re: Pathway, PLNTF_02258; Exhibit 19 to J. Cloth Deposition |
| P-037 | Executed Pathway Term Sheet, CW_0006102-6105 |
| P-044 | Placeholder for March 1, 2022 Video excerpts of Zoom conference between Jason Cloth, Robert Harris and others (submitted via USB physically delivered to Court's deputy during trial) |
| P-045 | Placeholder for June 7, 2022 Video excerpts of Zoom conference between Jason Cloth, Robert Harris and others (submitted via USB physically delivered to Court's deputy during trial) |

Dated: May 9, 2024               Respectfully submitted,


 */s/ Shalia M. Sakona*
 Shalia M. Sakona
 Florida Bar No. 107398
 Scott N. Wagner
 Fla. Bar No.: 51662
 **BILZIN SUMBERG BAENA**
 **PRICE & AXELROD LLP**
 1450 Brickell Ave., Suite 2300
 Miami, Florida 33131-3456
 Telephone: 305-374-7580
 Email: ssakona@bilzin.com
 Email: swagner@bilzin.com
 Email: eservice@bilzin.com
 Email: asolis@bilzin.com

        Email: ekravets@bilzin.com

        David B. Jonelis (*pro hac vice*)
        Kelsey J. Leeker (*pro hac vice*)
        LAVELY & SINGER
        PROFESSIONAL CORPORATION
        2049 Century Park East, Suite 2400
        Los Angeles, California 90067
        Tel.: (310) 556-3501
        Email: djonelis@lavelysinger.com
        Email: kleeker@lavelysinger.com

        *Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this document via electronic mail upon Jason Cloth.

        */s/ Shalia Sakona*