**Date:** Wednesday, February 24 2021 07:47 AM
**Subject:** Re: Dates
**From:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**To:** Robert Harris <rharris@harrispotteries.com>;

Worst case, third Q 2021

Jason M. Cloth
Managing Partner
Creative Wealth Media

---

**From:** Robert Harris <rharris@harrispotteries.com>
**Sent:** Wednesday, February 24, 2021 10:46:36 AM
**To:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Subject:** Dates
Hi Jason,
Can you tell me expected payout dates for the following? Give me worst case.
Fables
Haley and the Hero Heart
Bubbles
Thanks,
Robert Harris
Harris Potteries, L.P.
847-814-7150


PLAINTIFFS' TRIAL EXHIBIT
P-003
9:23-cv-80282-ROSENBERG


Δ π EXHIBIT 3
Deponent CLOTH
Date 9/20/23 Rptr. Felter
WWW.DEPOBOOKPRODUCTS.COM

PLNTF_01665

3.1