**Date:** Wednesday, February 24 2021 08:53 AM
**Subject:** Re: Dates
**From:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**To:** Robert Harris <rharris@harrispotteries.com>;

Yes, it's sold to Netflix

Jason M. Cloth
Managing Partner
Creative Wealth Media

---

**From:** Robert Harris <rharris@harrispotteries.com>
**Sent:** Wednesday, February 24, 2021 11:52:33 AM
**To:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Subject:** RE: Dates
For Fatherhood do you mean this spring like April or May in a couple of months?

**From:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Sent:** Wednesday, February 24, 2021 11:50 AM
**To:** Robert Harris <rharris@harrispotteries.com>
**Subject:** Re: Dates
Monkey Man late Summer or sooner
Fatherhood Springtime

Jason M. Cloth
Managing Partner
Creative Wealth Media

---

**From:** Robert Harris <rharris@harrispotteries.com>
**Sent:** Wednesday, February 24, 2021 11:48:09 AM
**To:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Subject:** RE: Dates
And when do you expect Fatherhood and Monkey Man to payout?

**From:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Sent:** Wednesday, February 24, 2021 11:30 AM
**To:** Robert Harris <rharris@harrispotteries.com>
**Subject:** Re: Dates
At this point, given what I've been seeing and hearing, zero. And I don't say that lightly to you

Jason M. Cloth
Managing Partner
Creative Wealth Media

---

**From:** Robert Harris <rharris@harrispotteries.com>
**Sent:** Wednesday, February 24, 2021 11:28:03 AM
**To:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Subject:** RE: Dates
Would you say there is zero risk on these projects?

**From:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Sent:** Wednesday, February 24, 2021 10:51 AM
**To:** Robert Harris <rharris@harrispotteries.com>
**Subject:** Re: Dates
I really want you as a long term client, these shows will turn out to be fantastic investments for you. I'm deliberately trying to



PLAINTIFFS' TRIAL EXHIBIT
P-004
9:23-cv-80282-ROSENBERG

PLNTF_01675

4.1

stack the deck in my favour.
I'm just saying :)
Jason M. Cloth
Managing Partner
Creative Wealth Media

---

**From:** Robert Harris <rharris@harrispotteries.com>
**Sent:** Wednesday, February 24, 2021 10:46:36 AM
**To:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Subject:** Dates

Hi Jason,
Can you tell me expected payout dates for the following? Give me worst case.
Fables
Haley and the Hero Heart
Bubbles
Thanks,
Robert Harris
Harris Potteries, L.P.
847-814-7150

PLNTF_01676

4.2