From: Robert Harris[rharris@harrispotteries.com]
Sent: Thur 5/13/2021 9:25:33 PM Coordinated Universal Time
To: Jason Cloth[Jason.Cloth@cwmoviefund.ca]
Cc: Sandy Schmidt[sandy@schmidtfinancial.com]
Sent on behalf of: Robert Harris <rharris@harrispotteries.com>
Subject: The Pathway
Attachment: Pathway waterfall schedule.pdf

Hi Jason,

We're in the home stretch. UBS tells me they should be ready to wire tomorrow but it could be Monday.

I would just like to offer my understanding of the waterfall from the schedule you provided which is attached.

Seasons 2-5 will for sure be released and you will be able to go to the bank and loan against that future stream. Is that stream typically paid up front or is it due at the beginning of each season? Once green lit, can it be cancelled?

Each season will sell for some amount to be determined but 2,083,000 is the minimum amount (I believe you said this) which implies a season value of 2,083,000 / .15 = 13,886,666. Is this correct?

And what happens if this goes for 10 seasons? Will we continue to be partners on seasons 6-10?

The wire instructions show us to be wiring to CW. You had previously indicated that we could wire direct to the final account. Is that still an option? I think we'd have to not include your fee and send that directly to you but let me know what you want to do on this.

Thank you,

Robert Harris
Harris Potteries, L.P.
847-814-7150



CW_0001919

9.1

**The Pathway**
(In $000's)

Net Prod Costs (incl. tax credits) (6,260)
5% Financing Fee (including legal & admin) (313)
Total Prod Costs (6,573)

Estimated Waterfall

| Streamer Sale / MG | | Breakeven | | | | |
|---|---|---|---|---|---|---|
| | | 8,427 | 15,000 | 17,500 | 20,000 | <-MG Sale Amount |
| Less: BRON Releasing Sales Fee | 10.0% | (843) | (1,500) | (1,750) | (2,000) | |
| Less: Distribution Expenses | 25 | (25) | (25) | (25) | (25) | <- To be confirmed |
| Remaining Proceeds | | 7,559 | 13,475 | 15,725 | 17,975 | |
| CWMF Recoup + 15% Premium | 115.0% | (7,559) | (7,559) | (7,559) | (7,559) | |
| Remaining Net Proceeds | | (0) | 5,916 | 8,166 | 10,416 | |
| CWMF Net Proceed Share | 5.0% | (0) | 296 | 408 | 521 | |
| CWMF Client Proceed Share | 20.0% | (0) | 1,183 | 1,633 | 2,083 | |
| BRON Net Proceed Share | 5.0% | (0) | 296 | 408 | 521 | |
| NBA Net Proceeds Share | 30.0% | (0) | 1,775 | 2,450 | 3,125 | |
| Endgame | 20.0% | (0) | 1,183 | 1,633 | 2,083 | |
| Film 45 | 20.0% | (0) | 1,183 | 1,633 | 2,083 | |

**CWMF Client P/L**

| | | | | | |
|---|---|---|---|---|---|
| CoFi Contribution | | | | | |
| CoFi Contribution Recoup | | (7,199) | (7,199) | (7,199) | (7,199) |
| Net Profit Share | | 7,559 | 7,559 | 7,559 | 7,559 |
| CWMF Est. Net Profit Participation - Season 2 | | (0) | 1,183 | 1,633 | 2,083 |
| CWMF Est. Net Profit Participation - Season 3 | | 350 | 1,183 | 1,633 | 2,083 |
| CWMF Est. Net Profit Participation - Season 4 | | 350 | 1,183 | 1,633 | 2,083 |
| CWMF Est. Net Profit Participation - Season 5 | | 350 | 1,183 | 1,633 | 2,083 |
| CWMF Client P/L (no refinancing) | | 350 | 1,183 | 1,633 | 2,083 |
| ROI | | 1,760 | 6,276 | 8,526 | 10,776 |
| | | 24% | 87% | 118% | 150% |
| Estimated advanced financing Cost & Sales Fee | | (196) | (369) | (434) | (500) |
| CWMF Client P/L (with refinancing & sales fee) | | 1,564 | 5,907 | 8,092 | 10,276 |
| ROI | | 22% | 82% | 117% | 143% |

DISCLAIMER:

1) No warranty - Information provided herein is intended to provide our financial estimates and inputs and business outline information. However, we do not guarantee the accuracy of any of the inputs. We are not responsible for any damages or losses incurred from the use of this information.
2) No reliance - While we have endeavored to ensure the accuracy of the information in these models, we do not provide any warranty or guarantee as to its accuracy or lack of errors. Irrespective of the reason, we assume no responsibility for any damages incurred from your reliance of this model, including without limitation to a change to this model's inputs resulting third parties (including, but not limited to, actual distribution information).
3) Disclaimer of future projection - Future projection is stated or implied in the information provided in these models. These statements or implications inherently contain uncertainties or risk due to economic environment changes, distribution agreements, etc., and as such, do not provide any guaranty of our achievement in the future. Forecast of achievement stated or implied in these models may differ from actual achievement, due to uncertainty or events beyond our control.
4) Change in model contents and variables: We reserve the right to change the inputs or contents of these models at any time without prior notification. We do not assume responsibility for any liability, damages or losses incurred from its use.

CW_0001920

9.2