From: Jason Cloth[Jason.Cloth@cwmoviefund.ca]
Sent: Thur 5/13/2021 9:28:46 PM Coordinated Universal Time
To: Robert Harris[rharris@harrispotteries.com]
Cc: Sandy Schmidt[sandy@schmidtfinancial.com]
Sent on behalf of: Jason Cloth <Jason.Cloth@cwmoviefund.ca>
Subject: Re: The Pathway

Hi Robert, thanks for investing, I'm really excited about this show and it's prospects

Please see below for responses


Jason M. Cloth
Managing Partner
Creative Wealth Media


From: Robert Harris <rharris@harrispotteries.com>
Sent: Thursday, May 13, 2021, 2:25 p.m.
To: Jason Cloth
Cc: Sandy Schmidt
Subject: The Pathway

Hi Jason,

We're in the home stretch. UBS tells me they should be ready to wire tomorrow but it could be Monday.

I would just like to offer my understanding of the waterfall from the schedule you provided which is attached.

Seasons 2-5 will for sure be released and you will be able to go to the bank and loan against that future stream. Is that stream typically paid up front or is it due at the beginning of each season? Once green lit, can it be cancelled?

The show has been greenlit for 5 seasons (streamers really like that because 1 season

Each season will sell for some amount to be determined but 2,083,000 is the minimum amount (I believe you said this) which implies a season value of 2,083,000 / .15 = 13,886,666. Is this correct?

And what happens if this goes for 10 seasons? Will we continue to be partners on seasons 6-10?

The wire instructions show us to be wiring to CW. You had previously indicated that we could wire direct to the final account. Is that still an option? I think we'd have to not include your fee and send that directly to you but let me know what you want to do on this.

Thank you,

Robert Harris
Harris Potteries, L.P.
847-814-7150



PLAINTIFFS' TRIAL EXHIBIT
P-010
9:23-cv-80282-ROSENBERG

CW_0001918

10.1