| | |
|---|---|
| **Date:** | Wednesday, May 12 2021 11:52 AM |
| **Subject:** | Re: Pathway |
| **From:** | Jason Cloth <Jason.Cloth@cwmoviefund.ca> |
| **To:** | Robert Harris <rharris@harrispotteries.com>; |
| **CC:** | Sandy Schmidt <sandy@schmidtfinancial.com>; |

We can make the written revisions for you. In terms of repayment, you were never going to be repaid by the NBA, repayment comes from the sale of the distribution rights. We just needed to make sure the sale price was high enough to repay the capital stack. Currently we have interest at + 15M for the show, which means we have no worries about repaying principal plus fees plus preferred return.

Jason M. Cloth
Managing Partner
Creative Wealth Media

---

**From:** Robert Harris <rharris@harrispotteries.com>
**Sent:** Wednesday, May 12, 2021 7:46:48 AM
**To:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Cc:** Sandy Schmidt <sandy@schmidtfinancial.com>
**Subject:** Pathway

Please see attached for some suggested changes. They are minor but I think are more clear.
The participation agreement needs to be updated to reflect investment of $6,573,024.
Also, I want to point that the film budget you list is off by $500. You are short changing your fee by $500. Total is correct. I don't care on this one. You list budget as $5,823,777. Should be $500 less.

| | |
|---|---|
| $ 5,823,277.00 | Budget |
| $ 436,746.00 | Bron |
| $ 313,001.00 | CWMF |
| $ 6,573,024.00 | Total |

Thank you,
Robert Harris
Harris Potteries, L.P.
847-814-7150



PLAINTIFFS' TRIAL EXHIBIT
P-014
9:23-cv-80282-ROSENBERG

PLNTF_02036

14.1