**From:** Sandy Schmidt[sandy@schmidtfinancial.com]
**Sent:** Thur 1/27/2022 8:43:28 PM Coordinated Universal Time
**To:** Jordan Schmidt[jordan@schmidtfinancial.com]; Ethan Schmidt[ethan@schmidtfinancial.com]; Robert Harris[rharris@harrispotteries.com]
**Sent on behalf of:** Sandy Schmidt <sandy@schmidtfinancial.com>
**Subject:** FW: Update Jan 27, 2022

Hello All, I wanted to bring everyone up to date on the Catalyst Wealth Media Fund exit. As you all know with our last update, our goal was to exit by year end. As we previously shared with you, the year end holidays along with the reoccurrence of Omicron Variant pushed back the exit. Several attorneys along with the CEO at Bron were just a few of the casualties affected. We then felt a few additional few weeks should be enough time to complete the execution of the paperwork and bring forward investor monies whereby we were targeting mid to late January. With that being said, we are very close to exiting and want to reinforce your investment is safe.

Please read the update below from Jason Cloth, CEO of Creative Wealth Media Finance. Please feel free to call me with any questions or concerns. In the end, this will be a very good investment.

**From:** Jason Cloth <Jason.Cloth@cwmoviefund.ca>
**Sent:** Thursday, January 27, 2022 1:45 PM
**To:** Sandy Schmidt <sandy@schmidtfinancial.com>
**Subject:** Update Jan 27, 2022

Good afternoon,

I've been asked to provide a further update on the initial financial exit from the various film / TV productions financed by all of you. Firstly, and I cant stress this strongly enough, there is zero risk of non repayment. All the shows, except for Bear Grylls (that deal is being worked on now) are sold and have sold for far in excess of production cost. I think Ive stated this before, film finance is very much akin to a first lean construction finance loan. Other then the first 10 15% of monies received, we are always the first party to be repaid with interest. Just like construction, the purchaser of the property does not "close" until the project is delivered as substantially complete. That is exactly the same mechanic in film at tv finance. We have multiple, non related productions contained within a fund and a few one off productions that sit exclusive to the media fund. Delivery of all of these shows will occur anywhere from a few months from now to 18-24 months from now. If we waited for delivery and payment from the studios / distributors repayment would be irregular and very choppy. I found over the years that didn't sit well with clients and caused needless angst to clients. Aaron Gilbert and myself took it upon ourselves to put in place a credit facility which allows us to take deal paper and bring forward the cash value. That value is to exclusively be used to repay clients from the underlying deals. To get to that point all 26 agreements on all 9 shows need to be legally reopened and CoMerica inserted as a party to the transaction. Once new docs are drafted, they must be sent to the legal council of every party connected to each show for review and comment. Once everyone has agreed to all of the new docs they have to go out for wet ink signatures. Once all the wet ink is back at Comerica, closing is arranged (usually within 48 hours) and funds are transferred to our collection account for distribution to clients. Closing a bank facility for 1 show is heavy work, 9 is enormous. Covid played a role in slowing the lawyers work in Dec and early Jan, but things are rolling along now. I've told Sandy this on numerous occasions that there are probably 100 people working to push all parties to review, comment, sign, and execute documents as soon as possible. I cant push people any harder. They will stop taking my call. We are all at the end here. I anticipate funds closing very shortly, as a matter of fact m being told imminently. The payments being processed now will allow for full exits with all outstanding interest. Further profit participation will provide investors with returns well above 100%. Future revenues will include; merchandise, gaming, publishing, music, digital strategies (nft). You all will make money for years to come from there shows. For further comfort (and please do not share any of this info with anyone outside our group), I am going to give out the purchase details for each show. For clarification though, I must admit that I don't have all of the waterfalls yet (those are being prepared) so I cant quite calculate the exact quantum of profit owed to us per project. Also please remember that we are only one of many parties entitled to profit participation.

| | | | |
|---|---|---|---|
| Monkey Man | 10,500,000 cost | Netflix | 33,000,000 purchase price |
| Hailey and the Hero Heart | 2,775,000 (CW Loan) | Warner Brothers (Cartoon Network) | 3,650,000 (only for North America) |
| The rest of the world is being sold now | | | |
| Bubbles Hotel | 5,500,000 (CW Loan) | Warner Brothers (Cartoon Network) | 8,700,000 purchase price |
| Fables | 10,500,000 cost | Netflix (North America) Paramount + (Rest of World) | 17,000,000 purchase price |
| Gossamer | 10,800,000 cost | Netflix (North America) Paramount + (Rest of World) | 18,700,000 purchase price |
| Robin Hood | In production | | |

Bear Grylls Corporate have agreed to post a corporate guarantee of our loan. That guarantee is being financed with our Comerica line as well. Clients will reveive their investment plus outstanding interest. A distribution deal is being worked on now, and I should have further details shortly to share with you.

As always, I don't take it lightly that you have all entrusted me with your hard earned money. We are always very careful to select shows that we identify as those with the greatest return potential that can survive in all market conditions. I know you will all be happy and impressed with the total return performance of these first few shows.

I am always available to get on calls to personally answer any and all questions you might have.

***Have You Ever Loved Someone? Experience the greatest love story ever told. #CyranoMovie***



**PLAINTIFFS' TRIAL EXHIBIT**
**P-017**
9:23-cv-80282-ROSENBERG

CW_0002786



Jason M. Cloth
Managing Partner
Creative Wealth Media
BRON Media Group

CW_0002787

17.2