| | |
|---|---|
| **Date:** | Wednesday, May 18 2022 06:36 AM |
| **Subject:** | Pathway |
| **From:** | Jason Cloth <Jason.Cloth@cwmoviefund.ca> |
| **To:** | Robert Harris <rharris@harrispotteries.com>; |
| **CC:** | Sanford Schmidt <sandy@schmidtfinancial.com>; |

Hi Robert, Aaron sent a very detailed creative outline of the show. It was just too convoluted with things. Here is the financial summary;

Show was very well received and they are working on closing a season 2 deal in the coming weeks. Total expenditure on Season 1 and 2 (which includes your 6.5M investment) will come in at 10.5-11M

Total revenues which will be realized between now and October 2022 ($ will come in starting in a few weeks and all the way through to October 2022) are as follows;

8-10M in sponsorship $$. 3-4M will come back to you within a few weeks.
3M minimum in NFT revenue (60-90 days out)
4M minimum Season 2 North American fee (180 days out)
4M minimum global rights sale (130-180 days out)

So off a 11M total cost we should conservatively generate 20+M in revenue by October. No transactional revenue is included here. Robert would get his proportianalte share of a 10-15M profit

Robert's total return will be close to if not considerably above 100% for a 18 month hold.

***It's a must see, Paul Thomas Anderson's 2021 Best Picture, Best Actress, Best Actor nominated film #LICORICEPIZZA In theaters now.***

☐☐☐☐☐☐
Jason Cloth
Managing Partner
BRON Creative Corp.

151 Bloor St. West
Suite 700
Toronto, Ontario
M5S 1S4
(416) 410-6423 x 22



