March 1, 2022 Video excerpts of zoom conference between Jason Cloth, Robert Harris, & others

**[PLEASE SEE USB DRIVE DELIVERED TO THE COURT]**



PLAINTIFFS' TRIAL EXHIBIT
P-044
9:23-cv-80282-ROSENBERG