June 7, 2022 Video excerpts of zoom conference between Jason Cloth, Robert Harris, & others

**[PLEASE SEE USB DRIVE DELIVERED TO THE COURT]**

