# EXHIBIT B

Transcript of the Testimony of:

# AARON GILBERT

ROBERT SCOT BUILDING VENTURE, LLC, et al.

vs.

CREATIVE WEALTH MEDIA FINANCE CORP., et al.

December 5, 2023

Volume 1



IMAGINE REPORTING

| Aaron Gilbert | December 5, 2023 |
|---|---|

```
 1  Creative Wealth in December of 2021.
 2       Q.   So let me break that down.  So in June
 3  2022, there was a deal with Netflix; is that right?
 4       A.   Monkey Man, yeah.  We had a deal prior to
 5  that.  Yeah.
 6       Q.   And so BRON was delivering the show to
 7  Netflix on July 31; is that correct?
 8       A.   No.  The show had -- the delivery date on
 9  the show kept pushing and pushing, like literally now
10  it's a year-plus later, and we're delivering the show
11  this month.  So we had a lot of issues with Netflix
12  and our director and postproduction process.
13       But what we had done, based on the sale that we
14  had made to Netflix, was a big sale.  30 million plus
15  sale.  We had gone to our facility at BRON Comerica
16  and pulled for a facility and interim finance.  I
17  don't remember the exact number, but X amount of
18  dollars, that we pulled forward from the sale, and
19  monies were paid back to Creative Wealth that
20  extinguished their loan in full in the summer of
21  2021.
22       Q.   So Monkey Man -- so Creative Wealth
23  received its money back from Monkey Man in, you said,
24  2021?
25       A.   Correct.
```

1      Q.   Is it your understanding that that money
2 was given back to the investors in Monkey Man at that
3 time?
4      A.   I'm not sure.  I know that Jason was --
5 that was Jason's call.  We pushed the money back to
6 CW.  I don't believe he pushed it back to his
7 clients, no.  We learned that after the fact, of
8 course.
9      Q.   So do you have any idea where that money
10 would have gone?
11     A.   I think that money was used to fill a hole
12 for him on a Warner Brothers situation.  You would
13 have to ask him.
14     Q.   And was Creative Wealth paid back in full
15 for the project Monkey Man?
16     A.   They were and they signed a discharge.
17     Q.   And do you recall approximately how much
18 money that was that Creative Wealth was paid back for
19 Monkey Man?
20     A.   I don't.  It was a percentage of right.
21 Because when you borrow forward, you take a
22 discounted amount from the bank.  They would have got
23 all their money plus interest plus some
24 participation.  I don't know the exact number, no.
25     Q.   Last question, so above Monkey Man, in

```
 1        Q.   And then finally, Ghostbusters Afterlife,
 2   unlike some of the projects in this case,
 3   Ghostbusters Afterlife actually was delivered and
 4   released two years ago; is that right?
 5        A.   Yes.
 6        Q.   And the project was released in November of
 7   2021; is that correct?
 8        A.   Sounds right.  I don't remember the exact
 9   date.  But that sounds right.
10        Q.   And when was this film actually shot and
11   edited?  When was this film made, Ghostbusters?
12        A.   2019.  And it was delivered -- I think it
13   was delivered end of 2019 or early 2020.  Film was
14   supposed to come out, I believe, July of 2020; then
15   because of COVID, it got pushed until the following
16   year.
17        Q.   And Ghostbusters was a theatrical release;
18   is that right?
19        A.   Correct.
20        Q.   And it was successful, you made money off
21   Ghostbusters; correct?
22        A.   We haven't received any money, but there
23   was money earned on Ghostbusters.  Yes.  Hard for me
24   to say successful because the movie should have done
25   6, 700 million dollars, and it does 200 something
```

1   because of COVID and people not attending theaters.
2   So yes, the money, the project earned enough to
3   recoup its investment and make a return, but I
4   wouldn't put it in the successful category.  Should
5   have done five times that amount.
6        Q.   You said that it earned enough to recoup
7   its investment, but BRON hadn't received any.  Why
8   hadn't BRON received any money?
9        A.   Tied up in litigation around Ghostbusters
10  of other individuals also looking for participation
11  in that particular movie.  Where, again, our
12  understanding was it was funded by LIUNA.  So not
13  privy to what happened between Creative Wealth
14  Lending and Media Finance, including Robert.  There
15  was a litigation that started around that project and
16  others that delayed everything.  Everything got held.
17       Q.   So going back, you mentioned that
18  Ghostbusters was delivered in late 2019 or early
19  2020; is that right?
20       A.   I believe so, yeah.
21       Q.   Were you aware that Robert Harris invested
22  in this project in late 2019?
23       A.   No, not at all.  As mentioned, we didn't
24  know any private money was in that project.
25       Q.   Is there a reason that a film would be

1  still seeking investors at the time that it was -- at
2  this time that it was delivered?
3       A.   I don't see why it would.  The only thing I
4  would say is depending -- and I don't remember the
5  exact -- let me rephrase that.
6       No.  CW would have funded full well before that.
7  I'm not sure.  But as I mentioned, I'm not privy to
8  how Creative Wealth Media Finance and Media Lending
9  operate.  Perhaps Media Lending was trying to -- I
10 just don't know.  Maybe they were trying to offset
11 some of the money.  I don't know.
12      But I don't know why any new money would go into
13 the production because it was completed.  But I don't
14 know behind the scenes of the CW, what they may have
15 been involved in.  I'm not sure.
16      Q.   I appreciate that.  Let me ask a better
17 question.  I think that's my fault.
18      So you said that -- so Ghostbusters completed
19 funding.  When did Ghostbusters complete its funding,
20 as far as your understand?
21      A.   I wish I could look up the start date of
22 that show.  It would have completed funding before it
23 began or early on in the production process.  So
24 sometime, I would guess, in 2019, but I think we can
25 and should double-check that.

 1      Q.   Thank you.  Was BRON specifically seeking
 2 funding at the end of 2019 for Ghostbusters?
 3      A.   BRON, no.
 4      Q.   So to the extent you're aware, Ghostbusters
 5 did not need any more funding in late 2019 or early
 6 2020?
 7      A.   Not that I'm aware.
 8      Q.   And we discussed this previously, but
 9 Creative Wealth Lending was paid back all of the
10 monies that it contributed to Ghostbusters; is that
11 correct?
12      A.   I'm not positive they've gotten back all of
13 their money yet because of the legal issues
14 surrounding, and the monies were directed into
15 sheriff's accounts, and some of those monies were
16 pulled.  So I know there's been money that has been
17 received.  That would have done that.  But I'm not
18 privy if on their books, if they recouped.  I don't
19 know.
20      Q.   Is it fair to say that some money has gone
21 to Creative Wealth Lending from Ghostbusters?
22      A.   100 percent.
23           MS. LEEKER:  Okay.  Can we take a
24      five-minute break to check my notes and make
25      sure I have everything, and unless I find