# EXHIBIT C

Transcript of the Testimony of:

# JASON CLOTH

ROBERT SCOT BUILDING VENTURE, LLC, et al.

vs.

CREATIVE WEALTH MEDIA FINANCE CORP., et al.

September 20, 2023

Volume I



Jason Cloth                                                September 20, 2023

```
 1   experienced in the business of film and television finance?
 2        A    Yes.
 3        Q    How long have you been involved in that business?
 4        A    12 years.
 5        Q    In connection with the business of film and
 6   television finance, what's your understanding of the
 7   meaning of the word "loan"?  L-o-a-n, loan.
 8        A    My understanding of a loan, an investment made
 9   with a stated interest rate and a date of repayment.
10             MR. JONELIS:  Could we put a flag on that, too,
11   in the transcript?
12             (Reference requested)
13   BY MR. JONELIS:
14        Q    All right.  You just let me jump now ahead of my
15   outline, which is great.  Thank you.
16             In connection, Mr. Cloth, with the business of
17   film and television finance, what's your understanding of
18   the meaning of the word maturity date?
19        A    In the scope of film and television, it's an
20   estimated date in which the show would be delivered and
21   repaid by.
22             MR. JONELIS:  Let's mark as Exhibit 12 -- let's
23   please mark as Exhibit 12 a document that I printed up off
24   of Black's Law Dictionary.  Not responsive so not
25   impeachment.  Just instructive.  Let's mark this as
```

1  information out in the general public's hands.
2       Q   And if you look below this paragraph where you
3  just wrote that, are those in fact the purchase deals --
4  sorry -- are those in fact the purchase details for each
5  show that you stated you would be providing to Mr. Schmidt
6  for further comfort?
7       A   They were at the time, yes.
8       Q   Absolutely correct.  So as of January 27th, 2022?
9       A   Yes.
10      Q   Yeah.  I appreciate the clarification.
11          So looking at this, for example, you see
12 Monkey Man --
13      A   Yes.
14      Q   -- is the first line on the purchase details that
15 you've provided.  And you see it says "10.5 million cost"?
16      A   Yes.
17      Q   And then next to that it says "Netflix"?
18      A   Yes.
19      Q   And next to that it says "$33,000,000 purchase
20 price"?
21      A   Yes.
22      Q   And this seems consistent with what you were
23 talking about earlier today.
24          This indicates that as of January 27, 2022, there
25 was a 10.5-million-dollar cost for Monkey Man and a