# EXHIBIT D

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

Defendants.

### [PROPOSED] FINAL JUDGMENT AGAINST CREATIVE WEALTH MEDIA FINANCE CORP.

**THIS CAUSE** comes before the Court upon Plaintiff Robert Scot Building Venture LLC's Motion for Default Judgment against Defendant Creative Wealth Media Finance Corp. [D.E. 130] (the "Motion"). The Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED.

2. Final Judgment is ENTERED against Defendant Creative Wealth Media Finance Corp.[1] and in favor of Plaintiff Robert Scot Building Venture LLC on Count I for Breach of Contract in the amount of $8,204,165.05, for which sum, let execution issue.

---

[1] Defendant had an address of 151 Bloor Street West, Suite 700, Toronto, Ontario, Canada M5S 1S4.

3.  Plaintiff Robert Scot Building Venture LLC is further awarded post-judgment interest from the date of entry of this Final Judgment at the applicable federal post-judgment interest rate until this Final Judgment is paid in full, for which sum, let execution issue.

**DONE AND ORDERED** in West Palm Beach this _____ day of _____, 2024.


DATED: _____

_____
UNITED STATES DISTRICT JUDGE