UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

           Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

           Defendants.

**FINAL JUDGMENT AGAINST CREATIVE WEALTH MEDIA FINANCE CORP.**

**THIS CAUSE** comes before the Court upon Plaintiff Robert Scot Building Venture LLC's Motion for Default Judgment against Defendant Creative Wealth Media Finance Corp. [D.E. 130] (the "Motion"). The Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion, DE 130, is GRANTED for the reasons detailed within the Motion. Plaintiff has pled all necessary elements for its breach of contract claim. With Defendant's admission by default, Plaintiff has met the standard for relief. The Motion and supporting exhibits adequately substantiate Plaintiff's requested damages, including the interest calculations.

2. Final Judgment is ENTERED against Defendant Creative Wealth Media Finance Corp.[1] and in favor of Plaintiff Robert Scot Building Venture LLC on Count I for Breach of Contract in the amount of $8,204,165.05, for which sum, let execution issue.

3. Plaintiff Robert Scot Building Venture LLC is further awarded post-judgment interest from the date of entry of this Final Judgment at the applicable federal post-judgment interest rate until this Final Judgment is paid in full, for which sum, let execution issue.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of June, 2024.

                                                      *[signature]*

Copies furnished to:  ROBIN L. ROSENBERG
Counsel of record  UNITED STATES DISTRICT JUDGE

---

[1] Defendant had an address of 151 Bloor Street West, Suite 700, Toronto, Ontario, Canada M5S 1S4.