UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

| | |
|---|---|
| ROBERT SCOT BUILDING VENTURE LLC and RSBV PATHWAY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CREATIVE WEALTH MEDIA FINANCE CORP. and JASON CLOTH, | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF APPEAL

Please take notice that Defendant, JASON CLOTH, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment Against Jason Cloth (Doc. 133) entered in this action on June 21, 2024.

Dated: July 12, 2024

Respectfully submitted,

BERGER SINGERMAN LLP

By: */s/ W. Perry Hicks*
W. Perry Hicks, Esq.
Florida Bar No. 1050892
phicks@bergersingerman.com
Leonard K. Samuels, Esq.
Florida Bar No. 501610
lsamuels@bersingerman.com
drt@bergersingerman.com
201 E. Las Olas Blvd., Ste 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-990

HERRICK, FEINSTEIN LLP
William R. Fried, Esq. (*pro hac vice*)
New York Bar No. 2166676
Samuel J. Bazian, Esq. (*pro hac vice*)
New York Bar No. 5300215
Two Park Avenue
New York, New York 10016

13137579-1

Telephone: (212) 592-1400

*Attorneys for Defendant Jason Cloth*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on this 12th day of July 2024, and certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF. I further certify that the foregoing document is being served this day via email on Defendant Jason Cloth.

By: */s/ W. Perry Hicks*
       W. Perry Hicks

13137579-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

                    Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                    Defendants.

**FINAL JUDGMENT AGAINST JASON CLOTH**

**THIS CAUSE** comes before the Court upon the conclusion of the jury trial in this matter and the jury verdict rendered in favor of Plaintiff RSBV Pathway LLC and against Defendant Jason Cloth on May 8, 2024 [D.E. 126, the "Verdict"], awarding compensatory damages of $6,573,024.00 and punitive damages of $13,000,000.00 on Count II (Fraudulent Misrepresentation). Pursuant to Federal Rule of Civil Procedure 58 and upon the Verdict, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is ENTERED in favor of Plaintiff RSBV Pathway LLC and against Defendant Jason Cloth[1] on Count II for Fraudulent Misrepresentation, in the amount of $19,573,024.00, for which sum, let execution issue.

---

[1] Mr. Cloth's last known address is 20 Stratheden Road North York, Ontario M5S 1S4.

2. Plaintiff RSBV Pathway LLC is further awarded prejudgment interest from May 14, 2021 through entry of this Final Judgment at the prevailing Florida statutory rates accruing at a rate of $1,677.38 per day,[2] for which sum, let execution issue.

3. Plaintiff RSBV Pathway LLC is further awarded post-judgment interest from the date of entry of this Final Judgment at the applicable federal post-judgment interest rate until this Final Judgment is paid in full, for which sum, let execution issue.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of June, 2024.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE

---

[2] Mr. Harris testified at trial that May 14, 2021 is the date on which Plaintiff made its $6,573,024.00 investment in the television series, *The Pathway*, which such investment was the basis of the jury's award of compensatory damages. *See, e.g.*, *U.S. Sec. & Exch. Comm'n v. Hall*, 759 F. App'x 877, 883 (11th Cir. 2019) (affirming award of prejudgment interest from the date that defendant fraudulently induced plaintiff to loan more cash than was needed to pay off liens on stock); *Democratic Republic of the Congo v. Air Cap. Grp., LLC*, No. 12-20607-CIV, 2014 WL 11429106, at *3–4 (S.D. Fla. Mar. 19, 2014), *aff'd*, 614 F. App'x 460 (11th Cir. 2015) (awarding prejudgment interest on fraud claim from the date that engines were purchased that were contrary to defendants representations); *Allstate Ins. Co. v. Palterovich*, 653 F. Supp. 2d 1306, 1330 (S.D. Fla. 2009) ("With respect to their [fraud] claims arising under Florida law, Plaintiffs are due prejudgment interest for each payment they made to Defendants beginning on the date of each loss, or in other words, *on the date that each payment occurred.*") (emphasis in original); *Totale, Inc. v. Smith*, 877 So. 2d 813, 814–16 (Fla. 4th DCA 2004) (holding in fraud case that plaintiff was entitled to prejudgment interest from the date defendant received plaintiff's investment); *Atl. Sec. Bank v. Adiler S.A.*, 760 So. 2d 258, 260 (Fla. 3d DCA 2000) (affirming award of prejudgment interest in fraud action from the date that loan was made in reliance on defendant's misrepresentations).