1        **UNITED STATES DISTRICT COURT**
          SOUTHERN DISTRICT OF FLORIDA
2          WEST PALM BEACH DIVISION

3          CASE NO. 23-CV-80282-ROSENBERG

4

5     **ROBERT SCOT BUILDING,**          .
       **VENTURE and RSBVP,**            .
6                                         .

7     **Plaintiffs,**                     .

8                                         .
               vs.                        .
9                                         .
      **CREATIVE WEALTH MEDIA**           .   West Palm Beach, FL
10     **FINANCE CORP**. and              .
       **JASON CLOTH,**                   .   **May 7, 2024**
11

12    **Defendants.**                     .

13
                         **VOLUME 1**
14                **JURY TRIAL PROCEEDINGS**
            BEFORE THE HONORABLE ROBIN L. ROSENBERG
15             UNITED STATES DISTRICT JUDGE

16    APPEARANCES:

17
      FOR THE PLAINTIFFS:         **DAVIS B. JONELIS, ESQ.**
18                                **KELSEY J. LEEKER, ESQ.**
                                  Lavely & Singer
19                                2049 Century Park E
                                  Suite 2400
20                                **Los Angeles, CA 90067**
                                  310-556-3501
21
                                  **SCOTT N. WAGNER, ESQ.**
22                                **SHALIA M. SAKONA, ESQ.**
                                  **Bilzin Sumberg Baena Price**
23                                **Axelrod**
                                  **1450 Brickell Avenue**
24                                **23rd Floor**
                                  **Miami, FL 33131**
25                                **305-350-7216**


          **Pauline A. Stipes, Official Federal Reporter**

1      **Official Court Reporter:   Pauline A. Stipes**
2                                  HON. ROBIN L. ROSENBERG
                                   West Palm Beach/Ft. Pierce, Fl
3                                  561-803-3434

4

5                              **INDEX**

6      **ROBERT HARRIS**

7      Direct Examination by Mr. Jonelis          Page 71

8      **DEPOSITION of JASON CLOTH**              Page 132

9      **DEPOSITION of AARON GILBERT**            Page 133

10     **KATHRYN ARNOLD**

11     **Direct Examination by Ms. Leeker        Page 134**

12

13                            **EXHIBITS**

14                                      I.D.         Received

15     Plaintiff Exhibit 3                          Page 94
       Plaintiff Exhibit 4                          Page 98
16     Plaintiff Exhibit 5                          Page 101
       **Plaintiff Exhibit 14                      Page 108**
17     **Plaintiff Exhibit 9                       Page 112**
       **Plaintiff Exhibit 10                      Page 116**
18     **Plaintiff Exhibit 37                      Page 118**
       **Plaintiff Exhibits 44, 45                 Page 127**
19     **Plaintiff Exhibits 17, 19                 Page 132**

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

```
 1            THE COURT:  Good morning, everyone, you may be seated.
 2            All right.  So, we are here in the matter of
 3   23-CV-80282, Robert Scot Building Venture Pathway versus Jason
 4   Cloth.
 5            Let's begin by having all counsel state their
 6   appearance for the record.
 7            MR. JONELIS:  Good morning, your Honor, David Jonelis
 8   of Lavely & Singer on behalf of Plaintiff.
 9            MS. LEEKER:  Good morning, your Honor, Kelsey Leeker
10   also at Lavely & Singer on behalf of the Plaintiff.
11            MR. WAGNER:  Good morning, your Honor, Scott Wagner
12   from Bilzin Sumberg also on behalf of the Plaintiff.
13            MS. SAKONA:  Shalia Sakona also from Bilzin Sumberg on
14   behalf of the Plaintiff.
15            THE COURT:  Good morning.  Does that take care of
16   everybody?
17            MR. WAGNER:  We also have our paralegal in the room
18   with us as well.
19            THE COURT:  You can put your name on the record.
20            MS. ROMAN:  Fanny Roman.
21            THE COURT:  My daughter used to be a paralegal, so
22   that would have been very exciting for her to do that in court.
23            So, Mr. Cloth is not here.  I understood that there
24   was a chance he would not be present based on our last status
25   conference.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              Did you have your settlement conference with

 2    Magistrate Judge Reinhart?  And I take it, it did not settle.

 3              MR. JONELIS:  That is correct, your Honor.

 4              THE COURT:  All right.  So, what we are going to do,

 5    then, is bring in our jury.  We have 20 jurors and they will

 6    have that piece of paper in front of them that you should have

 7    copies of, the 15 questions.  Do you have copies of that?

 8              MR. JONELIS:  No, your Honor.

 9              THE COURT:  We will give that to you.  They will read

10    out their answers to those questions.  I generally do not call

11    jurors by their name, I refer to them by juror umber, so if you

12    could remember to do that.  There is really no reason to put

13    their name on the record.  I have them read out that

14    information, and if there is something that catches my

15    attention I will follow up.  Otherwise, when they are finished

16    I will turn them over to you to ask your questions.

17              Obviously, without a Defendant here, you will have

18    your pick of the jury, I suppose.  Did we talk about six and

19    one, one alternate?  Yes, six and one, and in advance of that I

20    will give them a little background on the voir dire process and

21    tell them a little bit about the schedule.  I am going to tell

22    them we think the case will conclude tomorrow, it can always go

23    longer, but our best estimate is tomorrow.

24              I will explain the -- give them the statement of the

25    case that we have revised based on what you had sent to us.
```

1              Is that in the script?

2              I will read the joint statement of the case, so that

3     they will have some idea what the case is about.  It is mainly

4     just to see whether they know anything about the case.  I will

5     have you introduce everybody at your table so we find out if

6     they know any of you.  And other than that, that is the

7     introduction.  We will get our jury selected and pretty much

8     have you go into your presentation.  Your opening statements I

9     think you thought were going to be no more than point five?

10             MR. JONELIS:  Correct, your Honor, that is consistent

11    with what we still think.

12             THE COURT:  Your first witness is Robert Harris?

13             MR. JONELIS:  That is correct, your Honor.

14             THE COURT:  Live for about four hours.

15             MR. JONELIS:  Live about an hour.

16             THE COURT:  Okay.  Jason Cloth, that is where you are

17    going to play the depo?

18             MR. JONELIS:  Yes, and we have a housekeeping issue

19    about that when you are ready, your Honor.

20             THE COURT:  We can take that up since that will be the

21    next thing after Mr. Harris.

22             MR. JONELIS:  We filed last night the notice of

23    designation of his excerpts.  We also brought today a binder

24    for the Court of those excerpts.  We didn't know, it is

25    somewhat untraditional how we are doing this, what your Honor

1    would prefer.  We have the video teed up, we were planning on

2    playing the video, and we have his -- we have his video and

3    then like closed captions, we have the actual transcript going

4    so the jury can both read what he is saying and see it.

5          Very few objections on the record.  To the extent

6    there is an objection, we are happy to stop the video to have

7    you rule on it.  My anticipation is there is not going to be

8    any issues.  If there is, we would then have to take 30 seconds

9    and skip over the answer, although I don't anticipate that is

10   going to be an issue.

11         THE COURT:  Okay.  That is fine.  You can play the

12   video and have the transcript running at the same time.  Is

13   that four hours?

14         MR. JONELIS:  No, it is about 45 minutes, which brings

15   me to the next housekeeping issue.

16         THE COURT:  Okay.  I think reading it and having the

17   transcript running -- what kind of objections are they, like

18   just compound question, hearsay?

19         MR. JONELIS:  Objection, form.

20         THE COURT:  You don't need to stop them for me to rule

21   on them, you can play it continuously.

22         What else, what is the next housekeeping matter?  So

23   far, those are good housekeeping matters because you are going

24   down in time.  That is the opposite of housekeeping matters we

25   usually hear.

```
 1            MR. JONELIS:  Question for opening statement just with
 2   respect to protocol.  I know we are asking for punitives in our
 3   complaint and we intend to ask, assuming the jury finds
 4   liability.  What is your preference?  I have about ten seconds
 5   in my opening statement indicating that we also intend to ask
 6   for punitives, but didn't want to put that in there if your
 7   Honor had an issue with that.
 8            THE COURT:  I think that that is fine.  Is the concern
 9   that if your evidence doesn't support it, you would ultimately
10   not be asking for it?
11            MR. JONELIS:  No.  Some judges don't open up the door
12   for punitives until there is a finding of liability.  If you
13   have no objection -- obviously, if there is no liability, it is
14   a moot point, but I was going to explain to the jury that not
15   only are we going to ask them to find liability, but we are
16   also going to ask them to award punitives in the event they
17   believe that that is warranted.
18            THE COURT:  Yes, that would be fine.
19            MR. JONELIS:  Okay.  Thank you so much, your Honor.
20            Next one is exhibits for the jury.  We have exhibit
21   binders for the Court, for the witnesses.  What is the Court's
22   preference for giving the jurors copies of the exhibits that
23   were admitted into evidence?
24            THE COURT:  First of all, do I have your exhibit list?
25            MR. JONELIS:  We filed an updated exhibit list last
```

```
 1    night, Docket 117, and Docket 116 was just the letter that Mr.
 2    Cloth had sent saying he is not going to be here, and 118 was
 3    designations, I believe, of his transcript.
 4              I have a hard copy here, your Honor.
 5              THE COURT:  Of the exhibit list?
 6              MR. JONELIS:  Yes.
 7              THE COURT:  That would be helpful.
 8              MR. JONELIS:  May I approach?
 9              THE COURT:  Yes.  Have you given us thumb drives with
10    the exhibits on them?
11              MR. JONELIS:  No, but we have that with us here.
12              THE COURT:  We will take the thumb drive.  We usually
13    take two, one for Ms. Stipes and one for myself.
14              As far as the jury, it is up to you.  We have had
15    counsel show the witnesses the exhibits by way of the ELMO or
16    with the overhead.
17              Do they have videos in this?  They have screens, so
18    they will see them right there, and all of the hard copy
19    exhibits will go back with them when they deliberate, but they
20    don't have to physically get a copy unless there is some
21    reason.
22              MR. JONELIS:  We will just have a binder of the
23    admitted exhibits.
24              THE COURT:  Yes, and that all goes back.
25              MR. JONELIS:  Two more quick protocols, your Honor.
```

1    For Mr. Cloth's deposition -- obviously when I am taking Mr.

2    Harris' live deposition, I will properly move to have the

3    exhibits admitted into evidence.  Because we have the

4    deposition, there is no place in the transcript.  There is no

5    objection to the exhibits, there has been no objection by the

6    other side.

7            May we for the record, once the deposition is

8    concluded, the two additional exhibits he talks about that

9    won't have already been moved into evidence at that time, we

10   could make a motion after and say, move to put those two

11   exhibits into evidence.

12           THE COURT:  Yes.

13           MR. JONELIS:  Okay.  Finally, your Honor, with respect

14   to our expert, Kathyrn Arnold, you had asked us to advise you

15   by Friday.  Unfortunately, we had a few technology issues and

16   we were on the fence as to whether to fly her in or have her by

17   Zoom.  We were able to test it out over the weekend.  As long

18   as she dials in for the audio, and then uses the video, it

19   seems to work very well, but because we didn't know that until

20   this weekend, we weren't able to file anything.

21           We were hoping to present her remotely later today.

22           THE COURT:  She was going to be after Jason Cloth, and

23   what about Aaron Gilbert, that is a depo read?

24           MR. JONELIS:  Yes, and we have an actor, Ben

25   Sandemere, will be coming in to play, for lack of a better

```
 1    word, Mr. Gilbert.  I am assuming there will be an appropriate

 2    instruction for the jury on that.  That is an hour or less.

 3              THE COURT:  An hour?

 4              MR. JONELIS:  Yes.  We were going --

 5              THE COURT:  She would be waiting for a Zoom link?

 6              MR. JONELIS:  Correct.

 7              THE COURT:  We can do that, we will get the Zoom link.

 8    What about all the other witnesses down below, are you

 9    anticipating calling them, Suraj and Sanford and Adam?

10              MR. JONELIS:  No, your Honor, we don't really need

11    them.

12              THE COURT:  How are we doing with our jurors?

13              THE COURTROOM DEPUTY:  Let me know and I can go

14    downstairs and get them.

15              THE COURT:  You have the list of the jurors.  What we

16    will do is bring our jurors up, and let's see when we get a

17    jury and -- I have a twelve o'clock meeting I must attend, and

18    ideally they want me to attend at 11:00 o'clock, but I will

19    only do that if I feel comfortable that we have gotten through

20    our jury selection, which I am comfortable that we will.

21              It sounds like we don't have a lot going on here, so

22    we have room to play with.  I may try to make the 11:00 o'clock

23    meeting if I can.

24              It will depend on whether we get the jury or not, and

25    that will dictate when we will be calling in Ms. Arnold, but we
```

1   will get a Zoom link going.  I suspect we will hear from her

2   today, probably it will be in the afternoon, and hopefully we

3   won't have any issues with that.

4          I would think you could get the evidence to the jury

5   even today, but we will see how that goes and sort of check in

6   and see how -- you know, where we stand after the morning.

7          MR. JONELIS:  That would tee up closing argument

8   tomorrow morning?

9          THE COURT:  We can do that, closing tomorrow and jury

10  instructions, if you would prefer that.  We have the time put

11  aside.

12         MR. JONELIS:  One other question, your Honor, trying

13  to move things along, without the Defendant, what is the

14  Court's protocol so the jury is not under the misimpression

15  that somehow Mr. Cloth was prevented from being here?  We tried

16  to find an instruction.  We only found criminal instructions.

17         THE COURT:  There was -- let me see.  Was that

18  standard?

19         So, we did find another case, and the instruction that

20  was given is:  The Defendant has decided to exercise his right

21  not to be present.

22         I was going to say that at the time when I was

23  introducing counsel and the parties.

24         MR. JONELIS:  That makes great sense, your Honor,

25  thank you.

                 Pauline A. Stipes, Official Federal Reporter

 1          THE COURT:  All right.  Why don't we -- we have an

 2  instruction for the depo of Aaron Gilbert, the jury

 3  instruction, although -- yes, so I don't know if you have a

 4  depo instruction for Jason Cloth.  I can use this one, I would

 5  just need to fill in, I guess, the date that it was taken.

 6  That is really the only additional information that was in the

 7  instruction.

 8          When was Jason Cloth's depo taken?

 9          MR. JONELIS:  If you could give us one moment.

10          MS. SAKONA:  September 20, 2023.

11          THE COURT:  All right.  Why don't we pull our jury up,

12  our panel, rather, and we will get going.  The chart shows how

13  they are seated.

14          MR. JONELIS:  I am so sorry, your Honor, you had

15  mentioned there was an instruction.  Were you going to read

16  that, the instruction for depo testimony?

17          THE COURT:  You provided it to us.  It's from the

18  pattern 2.2.

19          MR. JONELIS:  I wasn't clear what you were saying, if

20  you had found another one.

21          THE COURT:  No, no, the one you have, but we only have

22  it for Aaron Gilbert, but since Jason Cloth is also appearing

23  by depo, I suppose we will give the same instruction.  I just

24  wanted to know the date of the depo.

25          THE COURTROOM DEPUTY:  It will be the first 15 here,

```
1    and then the other five on the other side.
2            Make sure when you are questioning them, I guess you
3    will come up to the podium, it is kind of awkward, but you need
4    to speak into the microphone.
5            (Pause.)
6        (Thereupon, the jury venire enters the courtroom.)
7            THE COURT:  All right.  You may be seated.  Welcome.
8            Welcome to the Federal Courthouse.  I am Judge Robin
9    Rosenberg and I am presiding over the trial for which you have
10   been called as prospective jurors.
11           This is the case of RSBV Pathway versus Jason Cloth,
12   case number 23-CV-80282, and at this point, I usually have the
13   parties introduce themselves, and I will do that in a moment.
14   I ask that you listen carefully because I want to make sure
15   that none of you know any of the parties, or alternatively,
16   anything about the case, and in a bit I will read a brief
17   summary.
18           You will see that there are people at one table, but
19   not at the other.  The persons who I will have introduce
20   themselves in a moment are representatives, attorneys for the
21   Plaintiff, and in this case, the Defendant, Mr. Cloth, has
22   decided to exercise his right not to be present, which is why
23   there is not somebody at the other counsel table.
24           So, with that, if I can have counsel at Plaintiff's
25   table please stand and introduce yourselves and anyone at
```

1    counsel table.  Afterwards, I am going to see if anybody knows
2    anyone, so please listen carefully.
3             Can everybody hear me?  If there is anyone who cannot
4    hear me, raise your hand.  Okay, seeing no hands, thank you.
5             MR. JONELIS:  I apologize, it is a little bit awkward
6    because the microphones are here, and talking to you.  My name
7    is David Jonelis.  I am counsel for RSBV Pathway, LLC.
8             Can you hear me?  My name, again, is David Jonelis,
9    counsel for the Plaintiff.  I am joined today by my colleagues,
10   Kelsey Leeker, Scott Wagner, and Shalia Sakona.  My law firm is
11   called Lavely & Singer, we are out of Los Angeles.  Mr. Wagner
12   and Ms. Sakona are from the law firm of Bilzin Sumberg.
13            My client is Robert Harris, he is the principal of
14   RSBV Pathway, LLC, sitting right here.  We have Carlos Travanka
15   who is our technology, and Fanny Roman is our paralegal who
16   will be helping us out throughout the trial as well.
17            That is everybody that is here on our behalf.  Thank
18   you.
19            THE COURT:  With a show of hands, does anyone here
20   know anyone who was just mentioned at Plaintiff's table?
21            Seeing no hands.
22            Okay.  Others that we have in and out of the courtroom
23   are Ms. Melanie Richardson, whom you have met and you will see
24   a lot of, she is our courtroom deputy.  She brings you in each
25   day and helps swear in witnesses when they come in live and

```
 1   helps maintain exhibits and things of that nature.

 2   Importantly, we have our Court Security Officer in the back of

 3   the room, he and/or others will come in and out to ensure

 4   everything is under control in the courtroom at all times.

 5           We have Ms. Stipes to my right, who is our court

 6   reporter, and she is transcribing everything that is said

 7   during the trial, and it is important when we all speak, that

 8   we speak clearly and we enunciate our answers rather than

 9   shaking our head or saying uh-huh or un-uh.  She takes down

10   everything that we say so she can make an accurate complete

11   record of the proceedings.

12           This part of the trial is called the voir dire

13   examination, and it is an attempt to determine if your verdict

14   in this case would in any way be influenced by any experiences

15   you may have had, any opinions that you currently hold, or any

16   special training or knowledge that you may possess.

17           Please understand that the questions that will be

18   asked of you by the attorneys or by the Court are not intended

19   to pry into your personal affairs or to embarrass you in any

20   way.  I hope you will understand that it is important that we

21   understand a little bit about your background so the attorneys

22   can make an intelligent decision about whether or not this

23   would be an appropriate case for you to serve as a juror.

24           This is a relatively short trial, so as far as jury

25   trials go, you pulled in a short one.  I don't know if that
```

Pauline A. Stipes, Official Federal Reporter

1    makes you happy or sad.  The trial going on one courtroom over

2    is like a six-week trial or eight-week trial, so they really

3    range.  If you are not selected for this one, you could be

4    pulled up for another one like that one.  That is kind of the

5    expectation.  We will say that we think it will end by

6    tomorrow, but I will keep you posted throughout the day.

7            We hope that you recognize that jury service is a very

8    important part of citizenship.  It is an opportunity for you,

9    the citizen, to participate in the judicial process by

10   which the rights and liberties of your fellow citizens are

11   determined.  It is a high calling, and I hope that all of you

12   would want to serve, and if you do serve, you will find it is a

13   rewarding experience.  I know that your time is valuable and we

14   will do everything we can to ensure that your time is not

15   wasted.

16           Let me give you an overview of what the case is about.

17   Again, it is not evidence, it is just a brief summary.  The

18   Plaintiff will put on the evidence to prove its case, but this

19   is just to see whether any of you happen to know anything about

20   the facts of the case.

21           This is a civil case.  To help you follow the

22   evidence, I will summarize the parties' respective positions.

23   The Plaintiff, RSBV Pathway LLC, otherwise referred to as

24   RSBVP, claims that the Defendant, Jason Cloth, made multiple

25   fraudulent representations made in order to induce Plaintiff,

Pauline A. Stipes, Official Federal Reporter

1   RSBVP, to loan Cloth's company, Creative Wealth Media Finance

2   Corporation, otherwise known as CWMF, over $6 million for

3   supposed use in connection with a television series called

4   Pathway.

5          Prior to investing in the Pathway project co-Plaintiff

6   Robert Scot Building Venture, LLC, RSBV, entered into a series

7   of term sheets from July 2018 to May 2020, wherein it loaned

8   Mr. Cloth's company, Creative Wealth Media Finance Corp. moneys

9   to finance seven other films.  In total, RSBV loaned CWMF

10  $6 million for those films.

11         As of the beginning of 2021, RSBV had still not

12  receive back any of the money it loaned back for the films.

13  However, when RSBV's principal, Robert Harris, requested

14  information pertaining to the status of payment, Plaintiffs

15  allege Mr. Cloth made numerous misrepresentations in order to

16  assure Mr. Harris not only that payment was forthcoming, but

17  also to induce him to invest moneys in the new project entitled

18  Pathway.  In reliance on these statements made by Mr. Cloth,

19  RSBVP invested in the Pathway.

20         Mr. Cloth denies those claims.

21         This is just an overview of what the case is about.

22  As I said, it is not evidence.  The evidence usually comes from

23  four sources.  It will come from witnesses who come in to

24  testify it can come from tangible documents or exhibits, things

25  you can see and touch.  It can be by way of parties stipulating

1      or agreeing to certain matters, or other matters which the

2      Court takes judicial notice of, in other words, matters of

3      common knowledge.

4              In this case, Plaintiff RSBV Pathway has asserted a

5      claim against the Defendant, Jason Cloth, so it is the

6      Plaintiff's burden of proof to prove the Plaintiff's claim, and

7      in order for the Plaintiff to prevail in this lawsuit, the

8      Plaintiffs must provide you with enough evidence to persuade

9      you that the Plaintiff's claim is more likely true than not

10     true.

11             This is called the preponderance of the evidence

12     standard.  The burden is on the Plaintiff to prove by a

13     preponderance of the evidence its claim, that is, to persuade

14     you that its claim is more likely true than not true, in other

15     words, tip the scales in the Plaintiff's favor in order for the

16     Plaintiff to prevail.

17             And if there are any -- if there were defenses the

18     Defendant is putting forward, the Defendant would have to prove

19     those affirmative defenses by a preponderance of the evidence,

20     but first you have to decide whether or not the Plaintiff has

21     met its burden.  If the Plaintiff does not meet its burden,

22     then the case goes no further.

23             So, at the end of the case, it is the Court's job to

24     instruct you on all of the law that pertains to the case.  Not

25     only will I read you the law, but each of you will be entitled

1    to your own set of jury instructions, so you don't need to come

2    into court knowing the law.  I will instruct you on the law at

3    the end of the evidence and you will take it back with you when

4    you deliberate.

5                Ultimately, the jury's job is to render a verdict.

6                Now, actually, what I want to do is have Ms.

7    Richardson swear you in to ensure that as part of your job as

8    jurors you are taking the oath to serve as jurors.

9                So, if I could have you swear our jury in.

10        (Thereupon, the jury venire was duly sworn.)

11               THE COURT:  Okay, thank you.  You may be seated.

12               The reason we have you take an oath is to ensure that

13   you follow the law whether you agree with the law or not.

14               The verdict is your ultimate decision as to whether or

15   not the Plaintiff has met its burden of proof, and with respect

16   to the verdict, that verdict must be based on two things, the

17   evidence that is presented here in the courtroom in your

18   presence, and the law that the Court gives you.

19               Is there anyone here who could not base his or her

20   verdict solely upon the evidence and the law?  If so, raise

21   your hand.

22               Seeing no hands.

23               Is there anyone who could not base -- let's see.  Is

24   there anyone who could not fairly and impartially evaluate the

25   evidence in this case?  If you cannot do that, please raise

```
 1    your hand.
 2              Seeing no hands.
 3              Does anyone know anything about the case based on the
 4    summary I have read?
 5              Seeing no hands.
 6              Now, I will read the names of some of the witnesses,
 7    they may or may not be called, but this is also just to ensure
 8    that you are not familiar with any of the potential witnesses
 9    in the case, and they would be -- just raise your hand if you
10    have any familiarity with any of these individuals.
11              Robert Harris, Jason Cloth, Kathryn Arnold, Aaron
12    Gilbert, Suraj Maraboyina, Sanford Schmidt, and Adam Davids.
13              Okay, seeing no hands.
14              All right.  At this point, I am going to ask you to
15    pull out the questions that you should have in front of you.  I
16    think you all came in with a piece of paper and, let's see, we
17    will start with juror number one.
18              Do we have the wireless there?  Okay, you are going to
19    use the mike.
20              You can stand up, and the best way to do that is
21    standing up and you can just start by saying, I am juror number
22    one, I have been working as a physical therapist for five
23    years.  My general area of residence is Boynton Beach.  I have
24    been in the community for five years.  I am married, my spouse
25    is an orthopedic surgeon.  I have six children.
```

Pauline A. Stipes, Official Federal Reporter

1          You don't need to read each line out, but it would be
2     helpful for you to go down and answer the questions.  We find
3     sometimes that for those who don't come first because they have
4     had more time to study the paper, sometimes they will stand up
5     and answer the first five questions with their responses, and
6     then they will say, for example, questions nine through 15, no.
7     So those come a little bit later on usually when people are a
8     little more familiar with the questionnaire.
9          But the basic idea is so that we can learn a little
10    bit more about you, and after you finish answering these
11    questions, I will see whether the attorneys for Plaintiff have
12    any additional questions for you.
13    BY THE COURT:
14    Q.  Hold the microphone up close so we can hear you, and we
15    will begin with juror number one.
16    A.  I am juror number one.  I am an analytical chemist from
17    Boynton Beach, I have lived there now for two years.  Prior to
18    that I lived in New York, but prior to New York for two and a
19    half years, I was in Florida for ten.  I am divorced, my
20    domestic partner is an electrician.  I have two kids, 32 and
21    34.  One is a stay-at-home mom, one is an age fact tech.
22        Hobbies, spare time, paddle boarding, the beach.  I did not
23    serve in the military, but my son did, in the Army and was
24    deployed to Kuwait.  I have never been involved in a civil
25    lawsuit, neither have my family members.  I don't have any

1    physical, emotional or language problems.  My religious beliefs

2    would not stop me from deliberating.

3         I have served on a jury probably 25 years ago in a civil

4    case, and we did reach a verdict.  It was a one-day trial, very

5    small, I was not the foreperson.  The only reason I could think

6    of where I could not serve is I do have plane tickets for May

7    24th.

8    Q.  There will not be a conflict.  If there is a conflict we

9    are all in trouble.

10        Hold on one minute.

11        No, not a problem at all, but let me know of such conflicts

12   if they exists.  That was very good.  It's always hard for

13   juror number one to go.  Okay, perfect.

14        So now we will go on to juror number two.

15   A.  Hello, juror number two, I am semi retired.  I live in Juno

16   Beach, Florida, I have been here about seven years with my

17   wife.  Our two daughters live locally, one is an HR

18   representative and one is a registered nurse.  What I like to

19   do in my spare time is golf, that is my semi-retired job.  I do

20   work on a golf course.

21        I don't have any military experience.  I have never been

22   involved in a lawsuit, and neither has anyone in my family that

23   I know of.

24        I don't have any language problems, physical problems

25   serving.  I don't have any religious beliefs that would prevent

1    me from serving.  I have served on a jury a couple years ago,

2    locally.  It was a county trial, I guess --

3    Q.  What kind?

4    A.  County, county court up the road here, and I was the

5    foreperson.  I can't think of any reason I could not sit on

6    this trial.

7    Q.  Thank you so much.  Juror number three.

8    A.  Thank you.  Juror number three, I have been a college

9    professor teaching finance most recently, retired last year,

10   live in Riviera Beach, been there full time for two and a half

11   years, part time for ten years, prior to that living outside of

12   Philadelphia.

13       I am married, my wife is also retired and a housewife.  Our

14   children, we have a 24 year old in vet school, a 37 year old

15   who works at our business and 39 year old who is a doctor.

16       Hobbies are water sports, boating.  I have never been in

17   the military or law enforcement.  I have been involved in

18   multiple civil lawsuits, most of them minor trip and falls, one

19   significant.  I don't know if I should go into more detail on

20   that.

21   Q.  Sure, you can give us a little detail.

22   A.  My family is majority owner in a golf course in New Jersey

23   which also has an adjoining property with a tavern and liquor

24   store.  The general manager of the tavern was also a minority

25   owner in the whole enterprise, and basically, if I may, ran

```
 1    that business into the ground.  We were losing money.  I

 2    terminated his employment and he sued the golf club, myself, my

 3    father, who is a part owner, my daughter, who is a part owner.

 4    We in turn counter sued and settled about a year later.

 5         So, my family members have also been in civil litigation.

 6    No physical, emotional or language problems.  No issues with

 7    moral or religious beliefs.  I never previously served on a

 8    jury.  It sounds like this won't be an issue, but my wife and I

 9    are taking our three grandchildren on vacation May 19th.

10    Q.  No issue.  Is there anything about the lawsuits that you

11    and your family members have been involved in that you think

12    would prevent you from being a fair and impartial juror if you

13    were selected to be a juror in this case?

14    A.  No.

15    Q.  Thank you.  Juror number four.

16    A.  Juror number four, occupation, I am a benefits manager, I

17    have been there for 13 years.  I live in Delray Beach, I have

18    been there for a little over two years.  Prior to that, I was

19    in Texas for a couple years, and prior to that, in Florida for

20    ten years.

21         Marital status, I am married, my husband is retired.

22    Children, I have one daughter, she is 43, and he she is an

23    esthetician.  Hobbies, reading, cooking, travel.

24         No prior military, no involvement in lawsuits, no immediate

25    family in lawsuits.  No physical, emotional or language
```

```
 1    problems that would make it difficult.  No religious or moral
 2    beliefs that would be an issue.
 3         I never served on a jury and can't think of any reason why
 4    this would be an issue.
 5    Q.  Great, thank you, juror number five.
 6    A.  Good morning.  I am managing partner with my wife's
 7    coaching and advisory business, I have been there for eight
 8    months.  Before that, experience management for an automotive
 9    aftermarket company.  I live downtown, West Palm, about 20
10    years.  I am married.  My wife, she founded an emotional,
11    spiritual advisory wellness coaching company.  We have one
12    daughter, she is six.  Spare time, I like to golf, cook.
13         I have no prior military experience.  I have never been
14    involved in a civil lawsuit nor has any immediate family
15    members.  I don't have any physical, emotional, or language
16    problems that would make it difficult for me.  No religious or
17    morals beliefs would preclude me.
18         I have never previously served on a jury and coming up,
19    nothing comes to mind of anything that would be an issue.
20    Q.  Okay, thank you very much.  Juror number six.
21    A.  Good morning.
22    Q.  Good morning.
23    A.  I am juror number of six, I am a business owner, I own a
24    propane gas business.  I have lived in Palm Beach Gardens area
25    for approximately five years.  I am married, my wife is a
```

```
 1    retired nurse.  I have three children, sons, 28, 31, and 33.
 2    Pickle ball player and a golfer.
 3         Never served in the military, my dad did, he was a Marine
 4    many, many years ago.  My niece is an Assistant DA in
 5    Westchester County, New York.  I have been involved in a civil
 6    lawsuit, a messy family-owned business that ended up getting
 7    settled out.
 8         I have no physical, emotional, language problem that I
 9    would have to serve, or religious beliefs.  I was on a jury one
10    time back in New York, it was a criminal case that got
11    convicted.  It was a one-day trial, I was not the foreperson,
12    and there is no reason I can't believe that I wouldn't be able
13    to serve.
14    Q.  Anything about the one civil matter, litigation matter that
15    you described that would interfere with your ability to be a
16    fair and impartial juror in this case if you were selected?
17    A.  No.
18    Q.  Okay.  Thank you.
19    A.  Hello, I'm juror number seven.  I am a licensed clinical
20    social worker, I am the director of substance abuse disorder
21    clinics and we have 86 clinics across the country.  Currently I
22    am in four different cities working.  I have been doing that
23    for 15 years.
24         I live in Lake Worth, Florida, and I have been there for 15
25    years.  I have a domestic partner who is a server at a
```

| | |
|---|---|
| 1 | restaurant.  I have no children.  I am a pickle ball player and |
| 2 | I also do -- collect vintage items, and nine through 14 are no. |
| 3 | The only thing I would say is I do travel constantly for work, |
| 4 | but other than that. |
| 5 | Q.  If you were selected for the next two days, would that be a |
| 6 | problem? |
| 7 | A.  It shouldn't be, I can make arrangements. |
| 8 | Q.  You don't have to make any arrangements yet, but you will |
| 9 | find out soon enough. |
| 10 | Juror number eight. |
| 11 | A.  I'm juror number eight, I am a legal solutions architect |
| 12 | for an international law firm.  I live in Delray Beach and I |
| 13 | have been there for about five years.  Before that, I was in |
| 14 | Atlanta.  I am married and my husband is an underwriter for |
| 15 | small business loans.  No children. |
| 16 | Hobbies in spare time, reading, golf and volleyball, and |
| 17 | nine through 15, no. |
| 18 | Q.  Okay.  Anything about -- you said legal solutions architect |
| 19 | for a law firm.  What exactly is that? |
| 20 | A.  I build custom automated solutions for our clients and also |
| 21 | internally. |
| 22 | Q.  So nothing about that job would interfere with your ability |
| 23 | to be -- |
| 24 | A.  No, it's only tech based. |
| 25 | Q.  Okay.  Thank you.  Juror number nine. |

```
 1   A.   Good morning, I am juror number nine.  I am director of

 2   legal operations at People's Trust Insurance Company, I have

 3   been there for five and a half years, but I have been in the

 4   industry for 25 and a half years.  I live in Boynton beach, I

 5   have lived in Florida since I was eight years old.

 6        I am married my wife is a large loss and litigation claims

 7   adjustor.  We have three sons, our 21 year old son is

 8   graduating from UCF with an engineering degree this fall, the

 9   23 year old is starting law school at St. Thomas this fall, and

10   the 25 year old is also a claims adjustor.

11        Hobbies include poetry, soccer.  Nine through 15 are all no

12   unless divorce counts.

13   Q.   Unless what counts?

14   A.   A divorce.

15   Q.   Did you say you were divorced?

16   A.   I was, but I'm married now.

17   Q.   That doesn't count.  Director of legal operations, are you

18   an attorney?

19   A.   No.

20   Q.   Is there anything about the work that you do for People's

21   Trust in the legal operations department that you believe would

22   prevent you from being a fair and impartial juror in this case?

23   A.   I don't think so.

24   Q.   Okay, thank you.

25        Juror number ten.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  Hi, I am juror number ten.  I am a marketing specialist.  I
 2    live in Delray Beach, but I've been in Florida my whole life.
 3    I'm not married, I don't have any kids.  My hobbies, whatever
 4    comes up I will go do, very open.
 5    Q.  Pickle ball?
 6    A.  I haven't done it yet, but I am open to it.
 7    Q.  You have some partners here.
 8    A.  My dad was in the Army.  I have been involved in two civil
 9    lawsuits.  Do you want me to go into more detail.
10    Q.  A little detail, yes.
11    A.  Both were for a car accident.
12    Q.  You personally were involved?
13    A.  Yes.
14    Q.  Have they resolved?
15    A.  Yes.
16    Q.  Anything about those lawsuits that would impact or prevent
17    you from being a fair and impartial juror here?
18    A.  No.
19    Q.  Okay.
20    A.  None of my family, I don't believe, have been involved.  No
21    physical, emotional, or language problems, no religious or
22    moral beliefs.  I have never served on a jury before, and I
23    can't think of any reason why I can't.
24    Q.  Okay.  Well then, don't.  Thank you.  Juror number 11.
25    A.  Good morning, I am juror number 11.  I have been a teacher
```

1  for the past 13 years here in Palm Beach County, Florida.  I

2  live in Jupiter, I have lived here forever.  In fact, I am

3  teaching at the high school that I attended.

4  Q.  Is that Jupiter High School?

5  A.  Dwyer High School.

6  Q.  Oh, Dwyer.

7  A.  I am single, painfully so.  I have no children.  Spare

8  time, I am not sure what that is.  I guess I read and I cook to

9  live.  I don't really have fun hobby things.

10  Q.  That is okay.

11  A.  Nine through 15 are all no's.  I don't know if my family

12  has been -- that is not table talk, so tell me about your

13  latest trials, so I am not sure about that one.  Nine through

14  15 are all no's.

15  Q.  What do you teach?

16  A.  Psychology, law, and world history.

17  Q.  Okay, great.  Thank you so much.  I bet you are a great

18  teacher.  Juror number 12.

19  A.  I am juror number 12.  I work at a laundromat as a garment

20  folder, on call, so I am very important.  I have lived in

21  Florida since 2004, but I have just come back from Puerto Rico,

22  but I was raised in West Palm Beach since I was little.  I am

23  married, my spouse works at Whole Foods overnight so I don't

24  see him a lot, so our marriage is perfect.  I have a child from

25  my first marriage, he is 37, he made me a grandma.  He works

```
 1    for Costco, he is doing wonderful.
 2        My hobbies right now is making books on KDP Publishing
 3    online, Amazon.  And nine through 15, no, I'm good.
 4    Q.  Okay, great.  Thank you so much.  Juror number 13.
 5    A.  Juror number 13, I am a general contractor, I have been
 6    doing it -- I have had my business for eight years, been in the
 7    business for 21.  I live in Jupiter, I have been here for 18
 8    years.  I'm married, I have -- she does not work, she takes
 9    care of the kids, nine year old, seven year old, they go to
10    Jupiter Christian.
11        I play golf, kids sports, coach.  I like to have a good
12    time, that is my hobby.  No military experience or law
13    enforcement.  I was involved in a jury at the other courthouse
14    for an insurance claim, a week-long trial.
15    Q.  You were part of the trial?
16    A.  I was part of the jury.  That is the only experience I
17    have.  I was not --
18    Q.  Foreperson?
19    A.  No.
20    Q.  I think we skipped through -- you haven't been involved in
21    a lawsuit or immediate family members have not?
22    A.  No, ma'am.
23    Q.  You don't have physical or emotional issues?
24    A.  Maybe some emotional.
25    Q.  Any that would prevent you from serving as a juror?
```

```
 1   A.   No.
 2   Q.   Do you have any religious beliefs that would prevent you
 3   from sitting as a juror?
 4   A.   No.
 5   Q.   You were part of a jury pool over at the State courthouse?
 6   A.   Yes.
 7   Q.   You were not the foreperson?
 8   A.   Yes.
 9   Q.   Was it a civil or criminal case?
10   A.   Civil.
11   Q.   Did you reach a verdict?
12   A.   Yes.
13   Q.   Okay.  15.
14   A.   I can't be here Thursday, this Thursday, two days from now.
15   Q.   Why can't you be here Thursday?
16   A.   I will be out of town.
17   Q.   Like on a plane ticket out of town or driving out of town?
18   A.   No.  Driving.
19   Q.   Is it work related -- the trial is not going to go through
20   Thursday, but --
21   A.   I should be good for tomorrow.  Thursday is the only
22   problem.
23   Q.   You have a work trip scheduled?
24   A.   Yes.
25   Q.   Okay.  Thank you so much.  Juror number 14.
```

```
 1   A.  Hi, I'm juror number 14, I am the director of Government
 2   contracts, U.S. Government contracts.  I have been doing that
 3   for 25 years.  I have lived in Jupiter, Palm Beach Gardens area
 4   for 14 years.  I am divorced, I have one daughter, 29 years
 5   old, she is disabled.
 6        I am like this lady over here, I don't have any spare time.
 7   I just do whatever.  I don't have any military, law enforcement
 8   experience.  I have not been involved in any lawsuits or my
 9   family.  I don't see any reason why I wouldn't be able to
10   participate as a juror.  I don't have any religious or moral
11   beliefs that would preclude me.
12        Yes, I did serve on a jury in late 1990's, it was a
13   criminal trial, I was not the foreperson, and we did reach a
14   verdict.  I can't think of any reason why I couldn't
15   participate.
16   Q.  Okay, great, thank you so much.  Juror number 15.
17   A.  Hi, good morning, everyone.  Juror number 15, I am a BIA
18   for the school district, I have been with the --
19   Q.  What is a BIA?
20   A.  Behavior intervention, I work with behavior students.
21   Q.  Okay.
22   A.  I have lived in Green Acres for 30 years.  I am married, my
23   husband is a shell contractor in Jupiter.  I have two children,
24   25 and 32, my son is real estate, my daughter is stay at home,
25   work at home.
```

```
 1        My hobbies are boating and gardening.  No military.  I have
 2   not been involved in any kind of lawsuit, nor do I think any of
 3   my family has as well.
 4        Physically, I do have a couple issues, but they're kind of
 5   private and embarrassing in front of everybody.
 6   Q.  You don't need to tell me in front of everyone.  Are they
 7   the kind of issues that you believe would interfere with your
 8   ability to serve as a juror over the next one to two days?
 9   A.  It would.
10   Q.  Okay.
11   A.  Religiously, moral beliefs, I do not have any problems with
12   that.  I have never served on a jury before and again, I am a
13   little concerned with my medical issue.
14   Q.  Okay.
15   A.  I can go into detail with you.
16   Q.  You don't need to.  Are you okay sitting here for a little
17   bit longer?
18   A.  I am.
19   Q.  If we need to address it privately, we can do that, but no
20   need to now.
21   A.  Okay.
22   Q.  Juror number 16.
23   A.  I'm juror 16, I'm an IT manager for Florida Power & Light.
24   I started there 39 years ago.  I live in Jupiter Farms where I
25   built our house 35 years ago.  I'm married for 38 years, my
```

```
 1   wife used to be a special ed teacher.  My son is 29, he is an
 2   electro magnetics engineer.  My daughter is 26, she is a
 3   philosophy professor.  My son and I enjoy motocross racing in
 4   our spare time.
 5       My answer to questions through 9 through 15 are no, except
 6   for 14.  I have been a juror twice before, they were both
 7   criminal cases, and I was the foreperson on one of those and we
 8   did reach a verdict in both.
 9   Q.  Okay, thank you so much.
10       Juror number 17.
11   A.  Good morning, I am juror number 17, I am a marketing
12   director and I work from home.  I live in Boca Raton, I have
13   been here for four years.  Prior to that, I lived in New York
14   City for ten years.  I am married.  My wife is actually a
15   television producer, she has been doing that for 20 years.  I
16   have a young child age eight.
17       Hobbies are typically going to be on a ball field or we
18   just bought a house, so we are doing work on that the last
19   couple weeks.  I have never served in the military or law
20   enforcement.  I have never been involved in a civil lawsuit,
21   nor have any family members.
22       I do not have any physical, emotional, or language
23   problems, no religious or moral beliefs that would preclude me.
24   I have never served on a jury.  The only other thing is, my son
25   has a medical condition that he receives regular treatments
```

```
 1    for, so if this goes past two days or so, that could be an
 2    issue with his treatments.
 3    Q.  Two days, you're fine?
 4    A.  Yes.  My wife being in the television industry, I don't
 5    know if that would be a conflict.
 6    Q.  What kind of work does she do?  I will let counsel followup
 7    with any particular questions, but what kind of work in
 8    particular?
 9    A.  She does post production for a television series, and she's
10    been working in the industry for the last 20 years, she has
11    worked on a variety of T.V. shows.  She has done live
12    production and things like that.
13    Q.  All right, thank you.
14        Juror number 18.  Thank you.
15    A.  I am juror 18, I am a teacher's aide in a special ed
16    classroom for Palm Beach County.  I live in Palm Beach Gardens,
17    I have been there under five years.  Prior to that, I was in
18    New York.  I am married, my husband is a realtor.  We have two
19    children, a nine year old daughter and a 15 year old son, and
20    they both keep us pretty busy.  When I do have spare time I
21    like to read or bake.
22        9 through 13 is all no.  I have served twice on a jury in
23    New York, they were both civil trials, and we reached verdicts
24    the same day.  Number 15, I have no reasons, no.  And I was not
25    the foreperson.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.   Great, thank you.
 2   A.   You are welcome.
 3   Q.   19.
 4   A.   Juror 19, I am a physician over 30 years, I have been
 5   practicing here for 15 years.  I live in Wellington, I am
 6   married, my wife is a teacher.  Hobbies, read, boating, sports.
 7        From nine to 15, I will say no.  The only reason would be
 8   just taking time off from my patients which I serve.
 9   Q.   If you were selected, would you be able to get coverage or
10   make adjustments for the two days?
11   A.   It would be hard, but I will do my best.
12   Q.   Okay, thank you very much.
13        Juror number 20.
14   A.   Number 20, I'm a CPA, I live in Boca Raton, I have been
15   there probably eight to ten years.  I grew up in South Florida,
16   so I have always be around.  I am married, my wife is an
17   attorney, she works on property damage cases.  No children, my
18   wife is expecting in July.
19        My spare time, I play basketball on the weekends with a lot
20   of immediate family in the area.  No military, no civil
21   lawsuits.  My wife is an attorney, but personally we have never
22   been in any sort of civil litigation.  And nothing else --
23   never been on a jury, and over two days no reason why I
24   couldn't.
25   Q.   Is there anything about your wife's practice as an attorney
```

```
 1    in property damage that you think would prevent you from being
 2    a fair and impartial juror if you were selected?
 3    A.  No.
 4    Q.  Okay.  All right.
 5            THE COURT:  All right.  Thank you all so much.
 6            Now I am going to turn it over to Plaintiff's counsel
 7    to ask whether you have any followup questions for any of the
 8    jurors.  So I ask our jurors -- our prospective jurors to give
 9    the attorneys the same close attention that you did for my
10    questions, and see if you can answer their questions as well.
11    If you have any.
12            MR. JONELIS:  Thank you, your Honor.  Can I face the
13    jury?
14            THE COURT:  Yes.
15            MR. JONELIS:  If you can't hear me, let me know.  I
16    have this on for the court reporter.
17    BY MR. JONELIS
18    Q.  Hello again, thank you again for your time.  For juror
19    number two, just a quick question.  You mentioned you were
20    retired.  I am wondering what you did before you were retired.
21    A.  Sorry.  I was an IT manager at a manufacturing company in
22    Hershey, Pennsylvania.
23    Q.  Juror number nine, you said you were a director of legal
24    operations?
25    A.  Yes.
```

```
 1   Q.  Can you be a little more specific on what that entails?
 2   A.  Sure.  It is sort of a jack of all trades kind of thing.  I
 3   have all the legal assistants report to me, so I am responsible
 4   for everything from figuring out where they are going to sit in
 5   the office, to setting reserves on cases, to in-taking all of
 6   the lawsuits that come in, reviewing the file that they are
 7   based on, writing a summary for counsel, making a
 8   recommendation, and ultimately attending a lot of mediations
 9   and potentially trial.
10   Q.  So you are very familiar the legal process?
11   A.  25 years worth.
12   Q.  All right.  Fantastic.  I am sure you saw this one coming,
13   juror number 17.  As our judge has informed you, this case
14   pertains to film and television issues, and since your wife is
15   a producer, you said she recently -- she is currently producing
16   a television show?
17   A.  Yes.  She has worked on more reality type shows and Good
18   Morning America, a variety of different live productions.
19   Q.  Has she done documentary productions?
20   A.  Yes.
21   Q.  Would you say that was her specialty?
22   A.  Yes.
23   Q.  How long has she been in television?
24   A.  20 years.
25   Q.  Okay.  You said you were in New York before.  Does she work
```

```
 1    now out of Florida?
 2    A.   From Atlanta and Florida, she worked in New York City for
 3    16 years.
 4    Q.   She has done no motion picture production?
 5    A.   No.
 6    Q.   Before she was a television producer, did she work in any
 7    other aspects of the industry?
 8    A.   No, that is as long as we have been in the work force.
 9    Q.   You have never done television production?
10    A.   I have not.
11    Q.   I am sure you are familiar with it from hearing from your
12    wife?
13    A.   Very much so.
14    Q.   Juror number 18, you stated you had two civil trials
15    previously?
16    A.   Yes.
17    Q.   What was the subject matter of the civil trials?
18    A.   The first one I can't remember because it was over 20 years
19    ago.  The second one was a woman getting off a bus and they
20    claimed that they didn't lower the bus for her to get off from
21    it.
22              MR. JONELIS:  Your Honor, I had a few additional
23    questions, not follow-ups.
24              THE COURT:  Yes, that's fine.
25
```

```
 1   BY MR. JONELIS:
 2   Q.  Generally, I know we spoke about your wife's television
 3   experience, anybody else had any experience in the film and
 4   television industry?  It could be -- one moment, I want to
 5   hear -- you went to an event and they said, hey, you are going
 6   to show up on TV, anything like that.
 7        Let's start with you.
 8   A.  When I lived in California years ago, my family and I did
 9   the Family Feud.  That is my experience.
10   Q.  Thank you so much.
11   A.  You are welcome.
12   Q.  And I see both of you.  Yes, please.
13   A.  My sister does -- my sister and her husband both are in the
14   film industry.  My sister does costume design, my
15   brother-in-law does lighting and sound.  I have been on set
16   with them many times.
17   Q.  Your experience on set, have you learned anything about the
18   in's and out's of what goes on financially in the industry?
19   A.  Nothing like that.  I literally just went because I wanted
20   to meet Johnny Depp.
21   Q.  Did you meet Johnny Depp?
22   A.  I did.  Not myself, but I live in Atlanta and a majority of
23   the people I know, my close friends, were in the film or TV
24   industry in some way or another, so I had a lot of experience,
25   like they would invite me on things, but no knowledge of
```

```
 1   financial arrangements or anything like that.
 2   Q.  I know there is a lot of production in Atlanta.  There are
 3   tax credits that are big.
 4   A.  Yes.
 5   Q.  Are you familiar with that?
 6   A.  Loosely, yes.
 7   Q.  Other than being on the set, do you consider yourself
 8   familiar with entertainment industry terms, for example, like
 9   if somebody says post production or pre production?
10   A.  Again, I am sure there are a lot of acronyms you have that
11   I am not aware of.
12   Q.  Thank you so much.  Anybody else?  Yes, please.
13   A.  Hi.  This may not be relevant, but in college I interned
14   with ESPN West Palm.  I think it was WPB, I don't know,
15   somewhere over here, but that was about 2017 to 2018.
16   Q.  In doing that, did you become familiar with any of the
17   behind the scenes financial or corporate issues with the
18   entertainment industry?
19   A.  Not financial or corporate, no.
20   Q.  Okay.  Anybody else?
21       All right.  I know we spoke, some of you talked about
22   experience in financial services industry.  This case, as our
23   judge has explained, touches on both entertainment and
24   financial issues.
25       Speaking generally, is there anybody -- by a raise of
```

```
 1   hands, have you ever been in a situation where you were owed
 2   money that was not paid back?  Anybody, by a show of hands?
 3           THE JUROR:  That is a yes for everybody.
 4   BY MR. JONELIS:
 5   Q.  Not a friend who owes you $20, but anybody in a situation
 6   where you were owed a substantial amount of money that wasn't
 7   paid back?  Sure, sir.
 8   A.  Just recently, within my wife's and my business, a client
 9   was unable to be reached from paying off a balance that she
10   owed, so we had to write that off.
11   Q.  You said there was an unpaid balance.  You cut out.
12   A.  Yes, an unpaid balance for what she owed for a course she
13   took.
14   Q.  If you don't mind my asking, did that resolve in your
15   favor?
16   A.  No.  No resolution, just unable to be reached, and just
17   kind of let that go.
18   Q.  How did that make you feel?
19   A.  Upset.
20   Q.  I am sure it did.
21       Anybody else?  Yes, please.
22           THE COURT:  State the juror number.
23           THE JUROR:  Juror number seven, and I had someone come
24   to do work on my house and basically paid them up front
25   partial, most, and they never did the work.
```

```
 1    BY MR. JONELIS:
 2    Q.  How did that make you feel?
 3    A.  PO'd.
 4    Q.  And you are still owed the money?
 5    A.  Yes.  It would cost more to hire a lawyer and go through
 6    that kind of process than to just cut my losses.
 7    Q.  Sorry to hear that.  Sorry to hear your situation as well.
 8        Anybody else?  Yes, and you are juror?
 9    A.  13.  I loaned two friends between five and $10,000 each for
10    attorney's fees.  I have not been paid back yet.
11    Q.  That made you feel frustrated as well, I am assuming?
12    A.  Yes.
13    Q.  Anybody else?  That is good that most of you have not been
14    in that situation.  Let's flip things, one last question.
15        Have any of you been in a situation where you have owed
16    somebody a substantial amount of money?  Flipping it.
17    A.  You mean like Chase Visa?  Do student loans count?
18    Q.  Student loans would count.
19    A.  Yes, I have student loans.  Juror number seven.
20    Q.  I will be more specific.  Have any of you been in a
21    situation where you owed somebody money and they either filed a
22    proceeding against you -- and I don't need to know the details,
23    just generally yes or no -- or where you were involved, you
24    went on Judge Judy or anything like that?  Has anybody been in
25    a situation like that, you were not the one who were owed
```

Pauline A. Stipes, Official Federal Reporter

```
 1    money, you were the one who actually owes money.  I won't ask
 2    any more details, I just want to see a show of hands.
 3         Great.
 4              MR. JONELIS:  If I could have a quick moment here.
 5              THE COURT:  Yes.
 6    BY MR. JONELIS:
 7    Q.  Back to juror number 17, with respect to your wife and her
 8    television production efforts, in producing has she been
 9    involved with the financing element, meaning raising money for
10    the production, those types of things?
11    A.  She has never been involved in raising the money, but she
12    has been involved in like budgeting and hiring, hiring crews
13    and those types of things.
14    Q.  Okay.  Separate and apart from that, with respect to your
15    child, is that -- the issue that your child is having, is that
16    something you think if the trial went past two days, and I am
17    hoping it won't, would that pose an issue for your ability to
18    sit on the case?
19    A.  He gets shots regularly.  He was due for one today but we
20    had to move it.  He would have to have the shot tomorrow or the
21    next day.
22    Q.  Is your wife able to take him?
23    A.  Yes, she should be able to take him.
24    Q.  Even if, God forbid, we went until Thursday, that is not
25    going to pose an imposition with respect to your child?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  It should not.
 2    Q.  All right.
 3               MR. JONELIS:  Your Honor, that is all we have, thank
 4    you very much.  Thank you all very much.
 5               THE COURT:  Okay.  How much time does counsel need to
 6    review your notes?
 7               MR. JONELIS:  If we could have ten minutes, your
 8    Honor.
 9               THE COURT:  Okay.  Ladies and gentlemen, we will take
10    a quick ten-minute break.  You are not to discuss the case with
11    each other outside the courtroom.  You can speak with one
12    another, just nothing about the case, and not to have any
13    interaction with anyone associated with the case if you see
14    them walk out to use the restroom or something of that nature.
15               Counsel is aware not to converse with jurors outside
16    the courtroom, and so if they walk right by you or they do not
17    smile or say hi, they are not being rude, they are just trying
18    to avoid the appearance of any improper contact with you.
19               No decisions have been made.  When we bring you back
20    in we will be able to tell you who has been selected as a
21    juror.  You may be excused.  Thank you.
22               (Thereupon, the jury venire left the courtroom.)
23               THE COURT:  Typically what we do is, we take the first
24    six jurors, and unless there are any strikes for cause, we
25    start with the first six and then go back and forth with
```

Pauline A. Stipes, Official Federal Reporter

47

1    peremptories.  Obviously there are no Defense peremptories, so

2    it will be a matter of if you are going to use any peremptories

3    beyond the first six and then the additional one for the

4    alternate.  We will stay put and let us know when you are ready

5    and we will go through that.

6          (Thereupon, a short recess was taken.)

7                THE COURT:  So, were there any cause challenges?

8                MR. JONELIS:  No, your Honor.

9                THE COURT:  Are there any peremptories as to one

10   through six?

11               MR. JONELIS:  There are, your Honor, number three.

12               THE COURT:  What other one?

13               MR. JONELIS:  Seven and nine.

14               THE COURT:  Your first one is three, so that would

15   bring our jury to seven.  Your second one is seven, so that

16   would bring our jury to eight.  So we don't really get to nine

17   yet.

18               MR. JONELIS:  We would be striking the alternate.

19               THE COURT:  So our jurors would be one, two, four,

20   five, six and eight, and then you are striking nine as the

21   alternate, so your alternate would be ten?

22               MR. JONELIS:  Yes, your Honor.

23               THE COURT:  All right.  All right.  We will bring our

24   jury back in, we will seat them, and I will go through the

25   preliminary instructions and maybe have you do your opening,

                    Pauline A. Stipes, Official Federal Reporter

```
 1   and that can all be done by 11:00.  We will be in recess from
 2   11:00 to 1:00, and resume at 1:00 with your first witness.
 3            MR. JONELIS:  So we can have our expectations with our
 4   expert, how late do you run the courtroom?
 5            THE COURT:  We would probably go until 5:00.
 6            We have the link for the expert.  So, yes, I think we
 7   will definitely get to the expert.
 8            MR. JONELIS:  Fantastic.  Your Honor, on opening, I
 9   generally tend to stay behind the lectern, if I sway a little
10   to the left, do I --
11            THE COURT:  Swaying is fine, but we prefer you to stay
12   close.
13            MR. JONELIS:  Okay.  Thank you.
14         (Thereupon, the jury venire returns to the courtroom.)
15            THE COURT:  Okay, you may be seated.
16            As I call your juror number, please come forward.
17            Juror number ten.  Juror number eight.  Juror number
18   six.  Juror number five.  Juror number four.  Juror number two.
19   And juror number one.
20            All right.  If we could have each of you sworn in.
21         (Thereupon, the jury was duly sworn.)
22            THE COURT:  Okay.  Thank you so much.  As you can see,
23   for the rest of you seated at the back of the courtroom, you
24   were not selected as jurors.  Sometimes there is a good reason,
25   sometimes there is no reason at all, it is just where you were
```

```
1    seated on the seating chart, so to speak.  Importantly, your
2    presence here was necessary for the parties to be able to
3    select a jury to sit in this case.  So, your participation was
4    vitally important and we appreciate it.
5            We are going to excuse you at this time.  You do not
6    need to report back to this courtroom, however, you should
7    follow whatever additional instructions you have on your
8    summons if it remains for the next week or so in case there is
9    another trial being called up, but as far as this trial, you
10   have fulfilled your obligations.  So, with our thanks, we wish
11   you a nice rest of the day.  You are excused.
12       (Thereupon, the jury venire leaves the courtroom.)
13           THE COURT:  Bear with me one minute.  The internet has
14   gone down.  I am trying to put my hands on something.
15           All right.  Members of the jury, now that you have
16   been sworn, I need to explain some basic principles about a
17   civil trial and your duty as jurors.  These are preliminary
18   instructions, I will give you more detailed instructions at the
19   end of the trial.
20           The jury's duty is to listen to the evidence, decide
21   what happened, and apply the law to the facts.  It is my job
22   to provide you with the law you must apply and you must follow
23   the law even if you disagree with it.
24           You must decide the case only on the evidence
25   presented in the courtroom.  Evidence comes in many forms, it
```

Pauline A. Stipes, Official Federal Reporter

1    can be testimony about what someone saw, heard, or smelled.  It

2    can be an exhibit or a photograph or someone's opinion.

3            Some evidence may prove a fact indirectly.  Let's say

4    a witness saw wet grass outside and people walking into the

5    courthouse carrying wet umbrellas.  This may be indirect

6    evidence that it rained even thought the witness didn't

7    personally see it rain.

8            Indirect evidence like this is also called

9    circumstantial evidence, simply a chain of circumstances that

10   likely proves a fact.  As far as the law is concerned, it makes

11   no difference whether evidence is direct or indirect.  You may

12   choose to believe or disbelieve either kind.  Your job is to

13   give each piece of evidence whatever weight you think it

14   deserves.

15           During the trial you will hear certain things that are

16   not evidence and you must not consider them.  The lawyers'

17   statements and arguments are not evidence.  In their opening

18   statements and closing arguments, the lawyers will discuss the

19   case.  Their remarks may help you follow each side's arguments

20   and presentation of evidence, but the remarks themselves are

21   not evidence and should not play a role in your deliberations.

22           Second, the lawyers' questions and objections are not

23   evidence.  Only the witness' answers are evidence.  Don't

24   decide that something is true just because a lawyer's question

25   suggests that it is.

1          For example, a lawyer may ask a witness, you saw Mr.

2     Jones hit his sister, didn't you?  That question is not

3     evidence of what the witness saw or what Mr. Jones did unless

4     the witness agrees with it.

5          There are rules of evidence that control what the

6     Court can receive into evidence.  When a lawyer asks the

7     witness a question or presents an exhibit the opposing lawyer

8     may object if the lawyer thinks the rules of evidence don't

9     permit it.  If I overrule the objection, then the witness may

10    answer the question or the Court may receive the exhibit.

11         If I sustain the objection, then the witness cannot

12    answer the question and the Court cannot receive the exhibit.

13    When I sustain an objection to a question, you must ignore the

14    question and not guess what the answer might have been.

15         Sometimes I may disallow evidence, that is also called

16    striking evidence, and order you to disregard or ignore it.

17    That means you must not consider that evidence when you are

18    deciding the case.  I may allow some evidence for only a

19    limited purpose.  When I instruct you that I have admitted an

20    item of evidence for a limited purpose, you must consider it

21    for only that purpose and no other.

22         To reach a verdict you may have to decide which

23    testimony to believe and which testimony not to believe.  You

24    may believe everything a witness says, part of it, or none of

25    it.

1          When considering a witness' testimony, you may take

2     into account the witness' opportunity and ability to see, hear,

3     or know the things the witness is testifying about, the

4     witness' memory, the witness' manner while testifying, any

5     interest the witness has in the outcome of the case, any bias

6     or prejudice the witness may have, any other evidence that

7     contradicts the witness' testimony, the reasonableness of the

8     witness' testimony in light of all of the evidence, and any

9     other factors affecting believability.

10          At the end of the trial I will give you additional

11     guidelines for determining a witness' credibility.

12          While serving on the jury, you may not talk with

13     anyone about anything related to the case.  You may tell people

14     that you are a juror and give them information about when you

15     must be in court, but you must not discuss the case itself with

16     anyone.  You shouldn't even talk about the case with each other

17     until you begin your deliberations.

18          You want to make sure that you have heard everything,

19     all the evidence, the lawyers' closing arguments, and my

20     instructions on the law before you begin deliberating.  You

21     should keep an open mind until the end of the trial.  Premature

22     discussions may lead to a premature decision.

23          In this age of technology, I want to emphasize that in

24     addition to not talking face to face with anyone about the

25     case, you must not communicate with anyone about the case by

1    any other means.

2          This involves emails, text messages, phone calls and

3    the internet, including social networking websites and apps

4    such as Facebook, Instagram, Snap Chat, You Tube, and Twitter.

5    You may not use any similar technology of social media even if

6    I have not specifically mentioned it here.

7          You must not provide any information about the case to

8    anyone by any means whatsoever, and that includes posting

9    information about the case or what you are doing in the case on

10   any device or internet site, including blogs, chat rooms,

11   social websites, or any other means.

12         You also should not Google or search online or off

13   line for any information about the case, the parties, or the

14   law.  Don't read or listen to any news about this case, should

15   there be any, visit any places related to this case, or

16   research any fact, issue, or law related to this case.  The

17   law forbids jurors to talk with anyone else about the case and

18   forbids anyone else to talk to the jurors about it.

19         It is very important that you understand why these

20   rules exist and why they are so important.  You must base your

21   decision only on the testimony and other evidence presented in

22   the courtroom.  It is not fair to the parties if you base your

23   decision in any way on information you acquire outside of the

24   courtroom.  For example, the law often uses words and phrases

25   in special ways, so it is important that any definitions that

```
 1   you hear come only from me and not from any other source.

 2           Only you as jurors can decide the verdict in this

 3   case.  The law sees only you as fair, and only you have

 4   promised to be fair.  No one else is so qualified.

 5           If you wish, you may take notes to help you remember

 6   what the witnesses said.  If you do take notes, please do not

 7   share them with anyone until you go to the jury room to decide

 8   the case.  Don't let note-taking distract you from carefully

 9   listening to and observing the witnesses.

10           When you leave the courtroom, you should leave your

11   notes hidden from view in the jury room.  Whether or not you

12   take notes, you should rely on your own memory of the

13   testimony.  Your notes are there only to help your memory.

14   They are not entitled to greater weight than your memory or

15   impression about the testimony.

16           Let's walk through the trial.  First, each side may

17   make an opening statement, but they don't have to.  An opening

18   statement is not evidence, and it is not supposed to be

19   argumentative; it is just an outline of what the party intends

20   to prove.

21           Next, the Plaintiff will present its witnesses and ask

22   them questions.  After the Plaintiff questions the witness, the

23   Defendant has the option to ask the witness questions, but as I

24   indicated earlier, the Defendant has exercised his right not to

25   be here in trial, so there likely will not be what is called
```

 1    cross-examining the witness.

 2         You should base your decision on all of the evidence

 3    regardless of which party presents it.  After all of the

 4    evidence is in, the parties' lawyers will present their closing

 5    arguments to summarize and interpret the evidence for you, and

 6    I will give you instructions on the law, and then you will go

 7    to the jury room and deliberate.

 8         I read the statement of the case to you earlier.  As I

 9    said, this is a civil case.  As a reminder, the Plaintiff has

10    the burden of proving its case by what the law calls a

11    preponderance of the evidence.

12         This means that the Plaintiff must prove in light of

13    all of the evidence what it claims is more likely true than

14    not.  In other words, if you could put the evidence favoring

15    the Plaintiff and the evidence favoring the Defendant on

16    opposite sides of balancing scales, the Plaintiff needs to make

17    the scales tip to its side, and if the Plaintiff fails to meet

18    this burden, you must find in favor of the Defendant.

19         To decide whether any fact has been proved by a

20    preponderance of the evidence, you may, unless I instruct I

21    otherwise, consider the testimony of all of the witnesses

22    regardless of who called them, and all the exhibits that the

23    Court allowed regardless of who produced them.  After

24    considering all of the evidence, if you decide a claim or a

25    fact is more likely true than not, then the claim or fact has

1    been proved by a preponderance of the evidence.

2              So, with that, I am now going to turn it over to the

3    Plaintiff to see if the Plaintiff has an opening statement.

4    So, I would ask you to listen carefully and turn it over to the

5    Plaintiff for opening statement.

6              MR. JONELIS:  Thank you, your Honor.  May I approach

7    the lectern?

8              THE COURT:  Yes.

9              MR. JONELIS:  Thank you.

10             Good morning, ladies and gentlemen.  Can you all hear

11   me okay?  My name is David Jonelis.  I am joined here today by

12   my colleagues, Kelsey Leeker, Scott Wagner, Shalia Sakona.  We

13   have Carlos who is going to be doing the technology to make

14   things easier for you.  We have Fanny Roman who is going to be

15   helping us out with documents.  You will see her.

16             We are Plaintiff's counsel and we represent the

17   individual who is sitting as well at the table named Robert

18   Harris.  We also represent Mr. Harris' two entities, a company

19   called Robert Scot Building Venture, LLC, and another company

20   called RSBV Pathway, LLC.

21             Those entities are the Plaintiffs in this case,

22   meaning they brought this lawsuit, and that is the reason why

23   we are now all here.  I will tell you more about them in a few

24   minutes.

25             First, I just want to thank you.  I know I said thank

1    you a lot, I want to say it again.  Thank you very much, each

2    of you, for your service here today.  We know you have left

3    behind your jobs, your families, other obligations in order to

4    be here today.  That is the nature of jury duty, but we

5    appreciate it.  Thank you.

6            That said, if you have to sit on a jury and listen to

7    a bunch of people in suits talk about legal issues for a few

8    days, this is probably one of the more interesting cases you

9    could have gotten picked for.  This case concerns fraud in the

10   context of the film and television industry.  This fraud was

11   committed by an individual not here today, Jason Cloth.  He is

12   not here for reasons we will talk about in a moment.

13           Mr. Cloth claimed to Mr. Harris, our client, that he

14   was a legitimate film producer tasked with obtaining financing

15   for legitimate film productions and television productions.  He

16   lied over and over and over to numerous investors from whom he

17   stole millions and millions and millions of dollars.  Those

18   investors, unfortunately, included Mr. Harris.

19           As the evidence will show, Mr. Cloth, through his

20   repeated lies, conned Robert into investing in supposedly

21   profitable film and television productions, and after he took

22   Robert's money, he used it for purposes that even he has been

23   unable to disclose when asked about them under oath.  All we

24   know, after making it to trial, going through this whole case,

25   is that the money disappeared and Mr. Cloth will not tell us

1    where it went.

2          As the evidence will show, Mr. Cloth and his company,

3    it's a company called Creative Wealth, are now the subject of a

4    plethora of claims and lawsuits, civil lawsuits, class action

5    lawsuits stemming from his fraudulent scheme.  And as the

6    evidence will show, Mr. Cloth's company is now in bankruptcy up

7    in Canada, which has made it very difficult, if not impossible,

8    for his numerous victims to recover the millions upon millions

9    of dollars that they were duped into giving him.

10          That, ladies and gentlemen, is why we are here today.

11   My client, Robert, seeks to hold Mr. Cloth himself liable for

12   lies that he personally told to Robert right here in the State

13   of Florida.

14          Those lies ultimately caused my client to give Mr.

15   Cloth nearly $13 million of his hard earned money for supposed

16   short term, last money in, first money out investments.  That

17   is a phrase you will hear about.  My client, Robert, never

18   received his money back, hence this lawsuit.

19          Of particular importance here is a television program

20   you are going to hear about called The Pathway.  While Robert

21   is owed money in connection with a total of eight film and

22   television projects, and while the evidence will show that all

23   of these projects and all of his investments in connection with

24   those projects were tainted with impropriety on Mr. Cloth's

25   part, what was done in connection with the television show The

1    Pathway was particularly egregious.

2          As you will hear directly from Robert, he worked for

3    decades of his life to turn his family's pottery business into

4    a very successful manufacturer of stoneware.  He did this not

5    by making stuff up or lying like Mr. Cloth, but rather through

6    his drive, his inspiration, his dedication and his own hard

7    work.  Robert worked 18-hour days for years to make his pottery

8    business the success that it is today.  You will hear this from

9    him.

10          Robert is now an expert on the ins and outs of the

11    pottery business.  He knows those ins and outs like the back of

12    his hand, but Robert knew nothing about the entertainment

13    industry when Mr. Cloth approached him about investing in that

14    industry.  Instead, he relied on what Mr. Cloth told him about

15    that industry because he was led to believe Mr. Cloth.

16          As the evidence will show, Robert, like successful

17    business people often do, sought to diversify his financial

18    profile once he had solidified his success in the pottery

19    business, and that is why when Mr. Cloth approached him about

20    making investments in film and television the prospect was

21    appealing.

22          The film and television industry is exciting, and

23    because Mr. Cloth held himself out as an experienced producer

24    of entertainment projects that Robert had actually heard of --

25    these weren't small projects.  Mr. Cloth said, oh, you have

```
 1    heard of this and this.  These gave Robert comfort and

 2    assurance that Mr. Cloth was a legitimate film producer, and

 3    that the projects he said he was working on at the time would

 4    likewise be solid investments.

 5         The evidence will show that Mr. Cloth pitched Robert

 6    on a number of supposedly short-term investments, meaning they

 7    would be paid back in a short amount of time, at most in two

 8    years.  According to Mr. Cloth, these projects were, to use his

 9    own words, and you will see this in his own emails, these

10    projects were zero risk because they had already been presold.

11         As Mr. Cloth assured Robert, the money from those

12    sales would then go directly back to the investors on an

13    expedited time line.  That is why Robert would be the last

14    money in and the first money out.

15         At first, as the evidence will show, like is often the

16    case in scams, Mr. Cloth's promises actually came to fruition.

17    In connection to the first two projects that Robert invested

18    in, which are not part of this lawsuit, he did receive back his

19    money in the promised time line.  Actually, in hind sight, he

20    is not sure if it was actually his money or if it was money

21    that Mr. Cloth took from someone else as part of his scheme.

22         Nonetheless, after those first two investments paid

23    off, Robert trusted Mr. Cloth so much so that he agreed to give

24    Mr. Cloth 6 million additional dollars in connection with seven

25    more additional film and television projects.  As Robert will
```

1   explain to you himself, and he will be up there on the stand

2   this afternoon, after he gave Mr. Cloth six million additional

3   dollars for seven additional film and TV projects, and after

4   Mr. Cloth provided him with numerous assurances about the

5   status of the projects, including that everything was on

6   schedule for them to pay out on the promised time lines, Mr.

7   Cloth told Robert about another product called The Pathway

8   about NBA players in the making.

9           According to Mr. Cloth, The Pathway would provide

10  Robert with an even more unique investment opportunity.  This

11  was even more of a zero risk opportunity than what had

12  previously been pitched.  Specifically, Mr. Cloth told Robert

13  he was looking for somebody to fund the entirety of the first

14  season of the show The Pathway in the amount of slightly more

15  than $6.5 million.  Whereas Robert has only contributed a

16  portion of the funding for the other projects he had invested

17  in, Mr. Cloth said that The Pathway was going to be financed by

18  a single investor.

19          He wanted just one investor to pay for the whole

20  thing, and by funding the entire thing, that investor would

21  have paid for all the costs of the project, and thus, no one

22  would be ahead of that investor in line to be paid back once

23  the product was sold.  According to Mr. Cloth, there were

24  already numerous people vying to purchase the project.

25          To make things even more appealing, Mr. Cloth told

1    Robert that The Pathway was unique in another way insofar as

2    its producers had already committed to producing five seasons

3    of the show.  Specifically, Mr. Cloth used the term "greenlit,"

4    which is a term of art in the entertainment industry which

5    means that a project is guaranteed to move forward.  Greenlit,

6    like a green light, you go.

7            During this trial you are going to hear from an

8    entertainment industry expert named Kathryn Arnold who will

9    explain the meaning and importance of the term "greenlit" in

10   the entertainment industry.

11           As Mr. Cloth explained to Robert while soliciting him

12   to fund the entirety of The Pathway's budget, whereas most

13   television programs are only greenlit for a single season, and

14   future seasons depend on the success of that season, The

15   Pathway was supposedly such a compelling project that the

16   producers had already committed up front to producing seasons

17   two through five.

18           To use Mr. Cloth's words, the show had already been

19   greenlit for five seasons.  You will see those words as well in

20   Mr. Cloth's own email to Mr. Harris.  Mr. Cloth also told

21   Robert that the NBA was officially on board with the project

22   and that they were partners.

23           And as the evidence will show, before committing to

24   invest $6.5 million in The Pathway, Robert didn't just take for

25   granted what Mr. Cloth had told him in conversations or on the

Pauline A. Stipes, Official Federal Reporter

1    phone.  No, he sent Mr. Cloth an email confirming his

2    understanding of what Mr. Cloth had told him about the project,

3    and most importantly, in that email, which you will see up on

4    the screen, he asked Mr. Cloth to confirm that the show had in

5    fact been greenlit for five seasons, and that seasons two

6    through five would for sure be released.

7            In response, Mr. Cloth wrote back to Robert confirming

8    in writing that, yes, quote-unquote, the show has been greenlit

9    for five seasons.  Relying on this unequivocal assurance in

10   writing from Mr. Cloth, Robert agreed to invest $6.5 million in

11   The Pathway.

12           Of course, as evidenced by the fact that we are here

13   today in trial, things didn't turn out as Robert expected.  In

14   fact, it turned out that Mr. Cloth was not honest or forthright

15   in what he represented to Robert.  Most significantly, as

16   Robert unfortunately found out after the fact, The Pathway had

17   never actually been greenlit for five seasons, nor did it even

18   survive past a single season.  Mr. Cloth lied.

19           Nor did most of the other projects that Robert had

20   invested in ever see the light of day, and even with respect to

21   the two projects that were actually released and finished,

22   Ghost Busters, which came out during the pandemic, and a movie

23   called Monkey Man, which was recently released, Robert was

24   still never paid back what he invested in those projects even

25   though Mr. Cloth himself personally admitted that those

Pauline A. Stipes, Official Federal Reporter

1    projects had been purchased by studios for exponentially more

2    than they had cost to make.

3         For over a year Mr. Cloth continued to string Robert

4    along by promising him that the projects he had invested in,

5    oh, they are still viable, they're still going to pay out.  In

6    fact, Mr. Cloth held numerous Zoom calls.  You are going to see

7    snippets from some of these Zoom calls where he repeatedly

8    stated unequivocally to Robert and the numerous other investors

9    who were also owed money, he told them these projects had been

10   sold, don't worry, they have been sold.  He said that many

11   times, they have been sold, they have been sold, don't worry,

12   they have been sold.

13        Ultimately, however, Robert realized Mr. Cloth had

14   been telling him lies all along and came to terms with the fact

15   that the only chance he would ever have of getting repaid would

16   be to initiate litigation.  Again, hence this lawsuit.

17        I mentioned earlier there were two Plaintiffs in this

18   case, Robert Scot Building Venture, LLC and RSBV Pathway, LLC.

19   These are Robert's companies that he used to make the

20   investments in Mr. Cloth's projects.  Robert Scot Building

21   Venture was the company that invested the $6 million in the

22   seven other projects that I told you about, and as evidenced by

23   its name, the other entity, RSBV Pathway, LLC, was the entity

24   that invested $6.5 million into the show The Pathway.

25        As Robert will explain to you himself, he initially

1   filed two types of claims in this lawsuit, breach of contract

2   claims against Mr. Cloth's company, Creative Wealth, with

3   respect to all of the eight projects that he invested in, the

4   full 12 and a half plus million dollars that he never got back,

5   and then he also sued Mr. Cloth personally for fraud.

6          Mr. Cloth's company, Creative Wealth, and Mr. Harris

7   or Robert will talk to you about this, the companies defaulted

8   on the breach of contract claims, which means that those claims

9   are not here before you today.  You don't need to decide those

10  claims.

11         The only claim that you are going to be asked to

12  decide here is the fraud claim brought by Robert's company RSBV

13  Pathway against Mr. Cloth personally.  Robert's company is the

14  Plaintiff, Mr. Cloth is the Defendant.

15         Speaking of Mr. Cloth, let me address the elephant in

16  the room, or perhaps more accurately, the elephant not in the

17  room.  This case presents somewhat of an untraditional and,

18  frankly, unexpected situation where the Defendant who is being

19  sued has made the intentional decision not to show up for his

20  own trial.  To be clear, as our Judge has explained, Mr. Cloth

21  had a right, every right to be here today.  He simply chose not

22  to show up and not to defend himself here at trial.

23         The fact that Mr. Cloth is not here admittedly

24  frustrates things somewhat.  You won't get to see him testify

25  up on the stand in person, and we won't have the opportunity to

1   ask him some of the tough questions we otherwise might have

2   asked had he shown up.

3           Thankfully, however, we were able to take his

4   deposition early on in this case at which time he was

5   videotaped under oath and was asked at least some of the

6   questions that we wanted to ask him.  We would have asked him

7   more at trial, but we asked him some.  Since he hasn't shown up

8   here, we are going to play you excerpts from that deposition

9   which we hope will at least give you a sense of his true

10  character.

11          As you will see in Mr. Cloth's deposition excerpts, he

12  now claims after the fact that when he made these

13  representations to Robert, his lies, when he stated those

14  things, he now says, oh, I was telling the truth because I was

15  relying on information that I received.  I relied on

16  information I received from someone named Aaron Gilbert at a

17  company called Bron Studios.

18          Bron Studios was the studio that was in charge of the

19  projects that Robert invested in.  You will see mr. Cloth claim

20  during his deposition that it was Mr.  Gilbert at Bron who told

21  him that The Pathway was greenlit for five season and he simply

22  he passed that information on to Robert.  I was just telling

23  Robert what I was told by Mr. Gilbert.

24          Here is the thing, after we found out that that was

25  Mr. Cloth's defense, we took Mr. Gilbert's deposition and we

1   asked him questions under oath.  You will hear his answers to

2   those questions here at trial, you will hear what we had to say

3   when we asked him.  You will hear him confirm under oath that

4   he never told Mr. Cloth that The Pathway had been greenlit for

5   five seasons.

6           And why not?  Because that would not only have been

7   completely at odds with reality, but it would have been

8   completely at odds with everything else that he had actually

9   told Mr. Cloth about The Pathway and the other projects that he

10  took Robert's money in connection with.

11          We are confident that once you hear the relevant

12  testimony and you see the relevant documents over the course of

13  hopefully just today and some of tomorrow, you will agree that

14  Mr. Cloth should be held liable for the fraud that he committed

15  here.

16          Moreover, because ordering Mr. Cloth to simply give

17  back the money that he took wouldn't do anything other than to

18  put him back to where he was before he committed this fraud, it

19  would do nothing to punish him for his conduct and deter him

20  from doing the same thing to others in the future, we are also

21  going to ask you to award what is called punitive damages.  You

22  will hear more about that when we give you jury instructions.

23          Of course, as our Judge said, this is not evidence,

24  this is just opening statement.  Please keep an open mind,

25  don't make any decision until you have heard the actual

| | |
|---|---|
| 1 | evidence that we present.  If you agree that the evidence shows |
| 2 | what I told you that it would, then we trust you will reach the |
| 3 | right verdict and that it will be a just verdict. |
| 4 | Thank you again for your service. |
| 5 | THE COURT:  Okay.  Thank you very much. |
| 6 | All right.  Ladies and gentlemen, we are very much on |
| 7 | track.  We are going to take a recess now.  The Court has two |
| 8 | other obligations, one at 11:00 and one at 12:00.  Typically, |
| 9 | we take a lunch hour a little bit later, but I am going to |
| 10 | start it early and we will take it now, close to 11:00 o'clock, |
| 11 | until one o'clock.  This way the Court can conclude its other |
| 12 | matters. |
| 13 | All of the witnesses are ready to appear whether they |
| 14 | appear live or what we call through deposition testimony, and I |
| 15 | will read you an instruction about what that means. |
| 16 | So, with that, you are free to go where you want for |
| 17 | the next two hours.  You can stay with each other, nothing |
| 18 | precludes you from talking to each other, having lunch, walking |
| 19 | out with each other.  You just can't talk about the case, nor |
| 20 | with anyone else.  If you call home or call work and let them |
| 21 | know you have been selected, and they ask you what the case is |
| 22 | about, it is easiest to say the judge has instructed us not to |
| 23 | talk about the case until the case is over. |
| 24 | This way everything you know and think about is |
| 25 | confined to what you learn in the courtroom and that is how it |

1    should be, the evidence presented through the parties and then

2    the law that the Court instructs you so you can apply that law

3    to the facts.

4        Again, should you see any of the attorneys or parties

5    in the hallways or outside, don't be surprised if they do not

6    interact with you.  They have been instructed not to do so, as

7    you should not interact with them.  Make sure that any

8    interaction you have is within the courtroom so no one gives

9    off any appearance of impropriety that something is going on

10   between the jury and the parties or counsel.

11       With that, we want to thank you for your patience and

12   for being so attentive this morning.  We will be back here at

13   one o'clock.  Melanie will show you where to go and come and

14   have a nice lunch hour and we will see you shortly.

15       (Thereupon, the jury leaves the courtroom.)

16       THE COURT:  All right.  We are going to be in recess

17   until 1:00.  You are free to leave your materials in here,

18   although they do lock the courtroom, so take what you need.  I

19   typically wouldn't take this long, but we are so far ahead of

20   schedule, and rather than having to reschedule the two

21   commitments the Court has work related, I thought we would take

22   a longer lunch break.

23       Just to be clear, we have Mr. Harris live when we come

24   back at 1:00, and then Mr. Cloth by depo for 45 minutes, and

25   then we have Kathryn Arnold by Zoom.  You received the link?

Pauline A. Stipes, Official Federal Reporter

```
 1            MR. JONELIS:  Did we?  I haven't checked my email.
 2    Let me check real quickly.
 3            Yes.
 4            THE COURT:  All right.  That is up and running, and we
 5    will go from there.
 6            MR. JONELIS:  I'm sorry, one other thing, your Honor.
 7    I mentioned this in my opening statement.  We had another
 8    exhibit on our exhibit lit that we added, Exhibit 44.  It is
 9    the Zoom clips of Mr. Cloth.  That was going to be part of his
10    outline -- 44 and 45.
11            THE COURT:  Right, I see that you have added those.
12            MR. JONELIS:  We will authenticate those through Mr.
13    Harris.
14            THE COURT:  Okay.  Great.  We will see you back at
15    1:00.  Thank you.
16        (Thereupon, a luncheon recess was taken.)
17            THE COURT:  Are we ready to bring our jurors in?
18            MR. JONELIS:  We are, your Honor.  We have the
19    designations for you, too, a binder right here.
20            THE COURT:  Okay.  Great.
21        (Thereupon, the jury returns to the courtroom.)
22            THE COURT:  Welcome back, you may be seated.
23            The Plaintiff may call your first witness.
24            MR. JONELIS:  Thank you, your Honor.  As our first
25    witness we would like to call Robert Harris.
```

Pauline A. Stipes, Official Federal Reporter

```
1              THE COURT:  Okay.  You can come to the stand and be
2    sworn in.
3              ROBERT HARRIS, PLAINTIFF'S WITNESS, SWORN
4              THE COURTROOM DEPUTY:  Speak right into the
5    microphone, and state your full name for the record, and spell
6    your last name for the Court Reporter.
7              THE WITNESS:  Robert Scott Harris, H-A-R-R-I-S.
8              THE COURT:  Okay, you may proceed.
9                        DIRECT EXAMINATION
10   BY MR. JONELIS:
11   Q.  Good afternoon, Mr. Harris.  Can you see the screen and
12   everything?  I want to make sure before we get started.
13   A.  Yes.
14   Q.  Fantastic.  You understand that you are here today because
15   a company called RSBV Pathway, LLC has sued an individual named
16   Jason Cloth for fraud?
17   A.  Yes.
18   Q.  What is your relationship to the company RSBV Pathway, LLC?
19   A.  I own it.
20   Q.  Is it fair to say you are the person in control of RSBV
21   Pathway, LLC?
22   A.  Yes.
23   Q.  It is your company?
24   A.  Yes.
25   Q.  There is no one else who controls the company?
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   Correct.
 2   Q.   What would you describe as the corporate purpose of RSBV
 3   Pathway, LLC?
 4   A.   The purpose was to invest in a series called The Pathway.
 5   Q.   We will talk about The Pathway in a moment.
 6            MR. JONELIS:   Are you able to hear, your Honor?
 7            THE COURT:   Yes.
 8   BY MR. JONELIS:
 9   Q.   Before we talk about The Pathway, let's learn a little bit
10   about you so the jury knows the person who runs RSBV Pathway,
11   LLC.  How long have you lived in Florida?
12   A.   Almost four years.
13   Q.   Where did you grow up?
14   A.   I grew up in Chicago.
15   Q.   Where did you go to college?
16   A.   I went to Arizona State.
17   Q.   Where do you currently work?
18   A.   I work at Harris Potteries.
19   Q.   What exactly does Harris Potteries do?
20   A.   Harris Potteries is a stoneware manufacturer, we make
21   bakeware for the oven.  Our customer is the Pampered Chef, we
22   are an exclusive supplier to them, and have a really great
23   relationship with a great company.
24   Q.   For those on the jury who might not have heard of the
25   Pampered Chef, what is the Pampered Chef?
```

1    A.   They are a direct selling company, but historically they
2    did home parties, like Tupperware.  Today, they really morphed
3    and they are doing more virtual parties as the world has
4    changed with COVID and so on, but it is kitchen products
5    primarily, and some food items.
6    Q.   And with respect to Harris Potteries, what is your
7    position?
8    A.   President and owner.
9    Q.   How long have you been the president and owner of Harris
10   Potteries?
11   A.   Well, I will say probably 30 plus years.
12   Q.   And just very briefly, to close the loop on this so we can
13   know your background, how did you get into the pottery
14   business?
15   A.   My father and his two brothers had a small pottery in
16   Illinois, they were making lamp bases at the time, and when I
17   graduated college they invited me to come in.  I didn't know
18   anything about ceramics, but I went to the factory and did all
19   the jobs and over time turned it into something, and then, of
20   course, later, I was fortunate enough to meet a great
21   opportunity that the Pampered Chef presented and we were able
22   to build a factory just for them in Texas.
23   Q.   I appreciate that opportunity is one part of success, but
24   as far as your work acumen and the hours you put in, how would
25   you characterize that with respect to building up Harris

Pauline A. Stipes, Official Federal Reporter

1    Potteries?

2    A.   Long.   There is a joke in the ceramics industry that if you

3    can't get it done in 24 hours, you have to work nights.   They

4    are 24/7 operations, they're staffed around the clock.

5    Ceramics is high temperature chemistry, you're trying to get

6    reactions of these raw materials to come together at a certain

7    temperature and be the same all the time, and it's just a

8    nightmare of a process.

9    Q.   As a result of working 24 hours a day plus nights --

10   A.   I have only worked 24 hours a couple of times.

11   Q.   Is it fair to say now, as you sit here, you consider

12   yourself to be an expert in the pottery business?

13   A.   I know my way around.   I am a little hesitant with the word

14   expert, but I could hold my own with anybody.

15   Q.   Is it fair to say you are intimately familiar with the ins

16   and outs of the industry?

17   A.   Yes.

18   Q.   Can the same be said about your experience in the

19   entertainment industry?

20   A.   No, unfortunately.

21   Q.   Prior to making the investments we are going to talk about

22   that are at issue in this case, had you had any experience

23   whatsoever in the entertainment industry?

24   A.   No.

25   Q.   Did you have any familiarity with the ins and outs and

```
 1    intricacies of the entertainment industry?
 2    A.   No.
 3    Q.   As you sit here today, are you still generally unfamiliar
 4    with the ins and outs of the entertainment industry?
 5    A.   Yes.
 6    Q.   In connection with the investments that you made in this
 7    case through your companies, did anyone ever try to explain to
 8    you how the entertainment industry worked?
 9    A.   Sure.  Jason Cloth did.  He had many opinions about many
10    things.
11    Q.   Speaking of Jason Cloth, who is Jason Cloth?
12    A.   Jason Cloth is the principal owner of Creative Wealth Media
13    Finance and some other companies as well, but he was the one
14    that solicited my investments, and the money was flowing
15    through Creative Wealth Media Finance.
16    Q.   Let's back up.  How did you first meet Jason Cloth?
17    A.   A friend of mine had a client who had invested with him and
18    done pretty well.  We ended up going up to Toronto together and
19    had a meeting with Jason.
20    Q.   You say a friend of yours.  Who is the friend of yours?
21    A.   Sandy Schmidt.
22    Q.   How do you know Mr. Schmidt?
23    A.   I bought some insurance from him.  I, ironically, knew him
24    from grade school, we were both patrol boys and then bumped
25    into each other much later and started a relationship then.
```

```
 1   Q.  All right.  So you and Mr. Schmidt go up to Toronto to meet
 2   Mr. Cloth.  To your knowledge, had Mr. Schmidt ever met Mr.
 3   Cloth before the two of you met with him in Toronto?
 4   A.  No.
 5   Q.  Tell me about the first meeting between you, Mr. Cloth, and
 6   Mr. Schmidt; what was discussed?
 7   A.  You know, it was pretty short, there were questions that
 8   Sandy was posing about the industry.  At the time, Sandy seemed
 9   to be interested in a fund basically, I think they called it B
10   Notes or something, and that it was paying 12 percent a year.
11       There were other movies that Jason had already produced.
12   He described to us that he had a Leona pension fund I believe
13   at that meeting, it might have been later.  He had a big
14   pension fund in Canada that had hundreds of millions of dollars
15   invested with him and their returns were staggering.
16   Q.  Did Mr. Cloth hold himself out to you as an expert in the
17   entertainment industry?
18   A.   I got the impression in the first meeting that he was
19   knowledgeable, but as time went on and there was more
20   conversation, there was no question that he was an expert.
21   Q.  Was it your understanding, Mr. Harris, that Mr. Cloth knew
22   what he was doing when it came to the entertainment industry at
23   least based on that first meeting?
24   A.  Yes.
25   Q.  And you said Mr. Cloth told you he had been involved in
```

Pauline A. Stipes, Official Federal Reporter

```
 1    numerous successful entertainment projects?
 2    A.   Yes.  He did the Joker, which was ridiculously successful,
 3    grossed over a billion dollars.  He was a partner in Bron
 4    Studios, so he wasn't just a guy in Toronto, Canada hanging out
 5    in an office, he had real connections.  He claimed he owned
 6    25 percent of Bron Studios.  If we have gone to the movies we
 7    have probably seen a Bron credit on something because they have
 8    done a lot of movies.  There was tremendous credibility.
 9    Q.   Did Mr. Cloth solicit any money from you at that initial
10    meeting?
11    A.   No.
12    Q.   When did Mr. Cloth first solicit your money to invest in
13    one of his projects?
14    A.   During 2019.
15    Q.   Okay.  What were the projects he asked you to invest in?
16    A.   The first project was I think Bombshell and Fatherhood.
17    Q.   Those are motion pictures?
18    A.   Yes.
19    Q.   Did you invest in those motion pictures?
20    A.   I did.
21    Q.   How much money did you invest in Bombshell and in
22    Fatherhood?
23    A.   Bombshell, I put a million dollars in, it had a flat
24    15 percent return.  Fatherhood was a Kevin Hart movie, I
25    believe I put 750 in and 50,000 in for each of my four boys.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   Bombshell was the movie about Megan Kelly?

 2    A.   Yes, Fox News.

 3    Q.   Were you ultimately paid back in terms of the investment --

 4    were you ultimately paid back pursuant to the terms of your

 5    agreements in connection with Bombshell and Fatherhood?

 6    A.   Yes.

 7    Q.   And when you received back that money, did you know where

 8    the money that you received came from?

 9    A.   No.  It came from Creative Wealth Media Finance.  Where he

10    got it I don't know, but the returns were fantastic.

11    Q.   You have no idea whether those returns actually came from

12    the productions Bombshell and Fatherhood that you invested in?

13    A.   Correct.  I do not know.

14    Q.   Regardless, after those initial two investments, is it fair

15    to say that Mr. Cloth gained even more credibility with you?

16    A.   Yes.

17    Q.   Did he gain your trust?

18    A.   Yes.

19    Q.   Did you believe even more than before that he knew what he

20    was doing with respect to entertainment industry investments?

21    A.   Yes.

22    Q.   We are at trial right now on a fraud claim, you understand,

23    your company has brought against Jason Cloth personally, but is

24    that the only claim that you have brought in this lawsuit on

25    behalf of one of your companies?
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   No.
 2   Q.   What other claims have you asserted in this lawsuit?
 3   A.   Breach of contract on some other productions in addition to
 4   Pathway.
 5   Q.   That breach of contract claim you are talking about, was
 6   that against Mr. Cloth personally?
 7   A.   No.  I wish it could be, but it isn't.
 8   Q.   Who is that brought against?
 9   A.   Creative Wealth Media Finance.
10   Q.   That is Mr. Cloth's company?
11   A.   Yes.
12   Q.   And with respect to the fraud, you testified that that
13   claim is brought on behalf of RSBV Pathway, LLC.  Is that the
14   same company that brought the claims against Creative Wealth in
15   connection with breach of contract?
16   A.   No.
17   Q.   What is the company that brought the breach of contract
18   claims?
19   A.   Robert Scot Building Venture.
20   Q.   That is another company that you control?
21   A.   Yes.
22   Q.   Very briefly, the claims are not at issue here, but I would
23   like to have a little color.  Could you very briefly describe
24   the basis for the breach of contract claim that was brought on
25   behalf of your entity, Robert Scot Building Venture?
```

```
 1   A.   Right.   So, I made these investments in these other films.
 2   We were receiving regular updates via Zoom calls, and when I
 3   say we, Sandy Schmidt had at this point an investor group,
 4   perhaps 50 or so people, that had all invested in various
 5   projects, and we had Zoom calls with Jason quite regularly,
 6   ever couple of months.
 7        He was always available if we needed one or wanted one, and
 8   we got these updates, and we were constantly self assured --
 9   sorry, assured by him, not self assured, and in some instances
10   some of the projects were getting better and better.  All of a
11   sudden there was merchandise that was not contemplated in the
12   beginning and then, you know, Jason would tell us the toys
13   could be bigger than the movie.  There was one film that
14   apparently Fortnight was interested in, who is a huge multi
15   billion dollar gaming company the kids play.  Everybody
16   probably knows what Fortnight is at this point.  If I know,
17   everybody has to know.
18        It's a -- and he was basically saying this could go on for
19   years and years, we are talking tens of millions of dollars.
20   It's the kind of thing you are going to get money in your
21   mailbox for the rest of your life.
22   Q.   I want to be very clear, there is the claim for fraud in
23   connection with Pathway.  With respect to the breach of
24   contract, how many projects were at issue in that claim?
25   A.   Seven.
```

```
 1    Q.  Do you know the names of those projects?

 2    A.  I could stumble through them.

 3    Q.  Give me your best.

 4    A.  There are four animations, Bubbles, Haley, Gossimer, and

 5    Young Bear Grylls.  There was Monkey Man and Ghost Busters and

 6    The Pathway.  Is that seven?

 7    Q.  Pathway is not --

 8    A.  I am missing --

 9    Q.  Those six and one other project.

10    A.  Okay.

11    Q.  How much money did you invest in those seven projects?

12    A.  About $6 million.

13    Q.  How much money did you expect to get back in connection

14    with those seven projects?

15    A.  Uh --

16    Q.  Let me be more specific.  When you invested $6 million in

17    the seven projects in connection with your breach of contract

18    claim, did you he expect to get back the money that you put in?

19    A.  Oh, yes.

20    Q.  Did you expect to get additional money back on top of that

21    mony?

22    A.  Yes, in the form of interest and a share of the profits of

23    each production.

24    Q.  Were the terms that created your understanding, were they

25    commemorated in written agreements?
```

```
 1    A.   Yes.

 2    Q.   Who were those agreements with?

 3    A.   Creative Wealth Media Finance.

 4    Q.   That's Mr. Cloth's company?

 5    A.   Jason Cloth.

 6    Q.   Very briefly, what made you want to invest beyond what you

 7    just said?  Everything you just talked about, is that why you

 8    decided to invest in those seven projects?

 9    A.   Yes, it was an interesting area.  It is not a stock market

10    that goes up and down, and we seem to have somebody who is

11    very, very connected, who was, at least early on, performing

12    quite well.

13    Q.   Are you familiar with the phrase last money in, first money

14    out?

15    A.   Yes.

16    Q.   What does that phrase mean to your understanding?

17    A.   I think it is self-explanatory, but when a project is being

18    financed, to be in a position where you are the last money in

19    means everything else is done, and you have to wait the least

20    amount of time for your money to come back.

21    Q.   Is that how Mr. Cloth described your investments in

22    connection with the seven projects that were part of your

23    breach of contract?

24    A.   Yes.

25    Q.   In connection with these other seven projects, your
```

```
1    expectation was that you would be contributing the final money
2    needed in exchange for being out first in line?
3    A.   Yes.
4    Q.   Have any of the other seven projects been completed?
5    A.   Um-m-m, yes.  Ghost Busters has been completed, was quite
6    profitable, and he never paid a dime.  Monkey Man was
7    completed, it was sold to Netflix.  The budget on that was like
8    ten or $12 million and they sold it for over 30.  We never got
9    a dime.  And I think that answers your question.
10   Q.   Let's clarify the time line here.
11        When did you make your investments in those seven projects?
12   A.   From 2019 to 2020.
13   Q.   As we sit here in 2024, you are saying you still haven't
14   seen a penny?
15   A.   Correct.
16   Q.   Even though two of them at least have already been finished
17   and released?
18   A.   Yes, and paid, but not to us.
19   Q.   Are you familiar with the term "fully funded productions?"
20   A.   I think -- I think it is self-explanatory.
21   Q.   With respect to a fully funded production, talking about
22   the seven projects, is it your understanding that they were
23   fully funded, meaning they were paid for completely by the
24   investors?
25   A.   Many of them were fully funded, some of them weren't fully
```

| | |
|---|---|
| 1 | funded, but Jason never told us that. |
| 2 | Q.  Also, just to help us out, you are saying a lot of things, |
| 3 | they were fully funded, they weren't, this made $30 million. |
| 4 | What is your basis for knowledge about all these things you are |
| 5 | telling us about the projects? |
| 6 | A.  So, as an example, we had some regular calls with Platinum |
| 7 | Productions in the UK, who was making Young Bear Grylls. |
| 8 | Jason was leading some of these meetings on Zoom, and he |
| 9 | was saying they are great, I was in Cannes, but I was two days |
| 10 | late, where they screened both of the Young Bear Grylls films, |
| 11 | and that was probably in '22.  Sometime maybe late last year we |
| 12 | reached out to Platinum directly and found that the film was |
| 13 | never fully funded and they were stuck, they couldn't do |
| 14 | anything. |
| 15 | But it got a little worse because there was another |
| 16 | gentleman who I would sort of put in Sandy Schmidt's bucket of |
| 17 | being a money raiser for Jason, and Sandy and Suraj compared |
| 18 | notes and found that -- I am not going to get these numbers |
| 19 | exactly right, but on a budget of $10 million, between Suraj |
| 20 | and Sandy they turned over 16 million to Jason, and Jason |
| 21 | turned over 6 million -- 7 million, sorry, because it was three |
| 22 | million short, to Platinum. |
| 23 | Q.  Just to be clear, Platinum is the studio? |
| 24 | A.  For Young Bear Grylls. |
| 25 | Q.  So, you are saying you had conversations with Jason Cloth |

85

```
 1   and then conversations with Platinum.  Were those two different
 2   conversations?
 3   A.  Yes.
 4   Q.  One thing was what you were told by Jason, and one thing
 5   was what you actually learned from the actual production?
 6   A.  Yes.
 7   Q.  What you learned from the actual production company, I
 8   think you used the 16 million number had been raised, but not
 9   all of that went to the actual production?
10   A.  Most of it didn't.
11   Q.  Does that mean the productions were -- Young Bear Grylls at
12   least was under funded?
13   A.  Sandy put a group together to raise a little bit more
14   money, this 3 million from the original investors, so that they
15   could go about and finish Young Bear Grylls.  It is a great
16   franchise, everybody really believed in it.
17   Q.  Talking about Young Bear Grylls, I want to make sure this
18   is clear.  If you are saying that $16 million to your knowledge
19   was raised, at least based on your conversation with Mr.
20   Schmidt -- and the other gentleman was who?
21   A.  Suraj Maraboyina.
22   Q.  16 million is raised, but all of that didn't go to the
23   production.  Do you know where that extra money went?
24   A.  I believe it went into Jason's piggy bank.  What he did
25   with that, I have no idea.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  When you say it went into Jason's piggy bank, what basis do
 2    you have for --
 3    A.  I am being a little sarcastic, I apologize.  It didn't go
 4    where it was supposed to go.
 5    Q.  Did the money you gave, did that go to Jason's company,
 6    Creative Wealth?
 7    A.  It did.
 8    Q.  Do you know whether that money went from Creative Wealth
 9    into the productions that you invested in?
10    A.  I don't know where it went, and I can tell you that in the
11    case of Young Bear Grylls that it did not go.
12    Q.  And what about the other projects?
13    A.  That, I have no idea.
14    Q.  All you know is, for at least some of them, the amount of
15    money that was raised you were told was less than what actually
16    did go from somewhere into the production at some time?
17    A.  I think it was a deliberate attempt to tank something so
18    that he could say the film was bad and keep all the money.
19    Q.  Did you ever ask Jason Cloth where this money went if not
20    to the productions?
21    A.  We did ask him that.
22    Q.  What did he tell you?
23    A.  I have no idea.
24    Q.  Did you ever mention to Mr. Cloth that you might have to
25    bring a lawsuit against him to recoup moneys if you weren't
```

1   paid back?

2   A.   Yes.

3   Q.   What did he say?

4   A.   He said the guy that sues me goes to the bottom of the

5   pile, he will never get a dime.

6   Q.   Before we move on to The Pathway, you understand that this

7   trial that we are here on today only pertains to your fraud

8   claim against Mr. Cloth personally, it doesn't pertain to these

9   other projects that you just testified about in connection with

10  breach of contract?

11  A.   Yes.

12  Q.   You understand that your claims against Mr. Cloth's

13  company, the breach of contract claims, were what we lawyers

14  call placed into default?

15  A.   I have heard that term.

16  Q.   Do you understand that because those claims are in default,

17  we are not having a trial on those claims today?

18  A.   Sadly, yes.

19  Q.   Do you understand you have a right, when claims are put

20  into default, to seek a default judgment on those claims?

21  A.   Yes.

22  Q.   Do you intend to seek a default judgment on your breach of

23  contract claims concerning these other projects?

24  A.   Yes.

25  Q.   If, hypothetically, if you obtain a default judgment on

```
 1    those claims against Mr. Cloth's company, are you optimistic
 2    that you would be able to collect the judgment from Mr. Cloth's
 3    company?
 4    A.  Not at all.
 5    Q.  Why not?
 6    A.  Because Creative Wealth Media Finance in Canada filed
 7    bankruptcy.
 8    Q.  Is it your understanding that frustrate the process?
 9    A.  Well, we have also been monitoring the bankruptcy in
10    Canada, and there are certain things that are supposed to
11    happen immediately.  One is, turn over your books and records
12    of the bankrupt entity and Jason has refused to do that, citing
13    that they are commingled with other books and records of
14    entities that are not part of the bankruptcy.  They have been
15    fighting about this for months, and the Canadian Court seems to
16    be doing almost nothing about it.
17        I have been in contact with those people, sorry, not the
18    trustee, but they call the monitors, and I said, guys, you've
19    got to get his bank statements.  So, we have received some of
20    those already, but there is no descriptions on them, and it is
21    astounding that even a Court up there isn't asking them -- or
22    making him turn over this information.
23    Q.  Okay.  That just has to do with Mr. Cloth's company?
24    A.  Yes.
25    Q.  Speaking of the company, do other people -- I know you
```

Pauline A. Stipes, Official Federal Reporter

```
 1    asserted a breach of contract claim.  To your knowledge and
 2    understanding, are there others like you who have asserted
 3    claims against Mr. Cloth's company?
 4    A.  Yes.  There are other people that have claims.
 5    Q.  To your knowledge, have other lawsuits been filed against
 6    Mr. Cloth's company based on failure to pay back investments?
 7    A.  Yes.  I would guest more than a dozen so far, more coming.
 8    There is a class action lawsuit that was filed in Chicago a
 9    couple weeks ago.  It's -- everybody is ready to go after him.
10    Q.  Again, how do you know this?
11    A.  From the media.
12    Q.  Let's talk about Mr. Cloth personally, transitioning here
13    into your fraud claim.
14        To your knowledge, have other lawsuits been filed against
15    Mr. Cloth personally in connection with the failure to pay back
16    investments?
17    A.  Yes.
18    Q.  To your knowledge, how many lawsuits are you aware of?
19    A.  You know, a dozen.
20    Q.  Other than lawsuits against Mr. Cloth personally and
21    lawsuits against his company, are you aware of any other
22    proceedings against Mr. Cloth and his company?
23    A.  Well, about a year ago, I was contacted by the Interior
24    Securities Commission, they are investigating him, and a few
25    weeks ago I got a call from the FBI requesting help on an
```

Pauline A. Stipes, Official Federal Reporter

```
 1    investigation regarding Jason Cloth, and I know the SEC has
 2    contacted others as well regarding this.
 3    Q.   How do you know that?
 4    A.   Through Sandy Schmidt, he was contacted.
 5    Q.   All right.  Unlike your breach of contract claims that we
 6    just spent some time talking about that are in default, and the
 7    bankruptcy up in Canada, you understand Mr. Cloth is still a
 8    Defendant here in connection with your fraud claim that you
 9    brought against him personally, correct?
10    A.   The invisible Defendant.
11    Q.   That is why we are having a trial here.  Let's talk about
12    your fraud claim.
13         Can you explain why you are suing Mr. Cloth for fraud?
14    A.   He made very important representations before I made the
15    investment in The Pathway and later found out that those
16    representations were completely false.
17    Q.   What is The Pathway?
18    A.   The Pathway is also a really cool project about the NBA G
19    League.  Gifted basketball players coming out of high school,
20    they go to G League, they play, and then they are eligible for
21    the NBA draft.  It was supported by the NBA, Bron was shooting
22    it, they had a great producer so I am told, I don't know the
23    guy, but it should have been an incredible series.
24    Q.   How much money did you invest in The Pathway?
25    A.   $6,573,024.
```

Pauline A. Stipes, Official Federal Reporter

1    Q.   Around 6.5 and change?

2    A.   Yes.

3    Q.   When did you make that investment in The Pathway?

4    A.   May 14, 2020 -- 21.

5    Q.   Was it 2020 or 2021?

6    A.   2020.

7    Q.   Look at a document.

8    A.   Yes, give me a document.  I didn't sleep last night.

9    Q.   Did you invest in The Pathway before or after you invested

10   $6 million in the other seven projects that we just discussed?

11   A.   Pathway was the last investment.

12   Q.   At the time you invested in The Pathway had you received

13   back any of the $6 million that you invested in those other

14   seven projects?

15   A.   Other than Bombshell and Fatherhood, no.

16   Q.   Those were not part of the seven projects.  I am just

17   talking about the seven projects that were --

18   A.   No, I hadn't.

19   Q.   With respect to those projects you invested in before the

20   Pathway, did the agreements in connection with those projects,

21   to your understanding, provide you would get paid back within a

22   certain amount of time?

23   A.   Yes.

24   Q.   At the time you invested in The Pathway, had the time

25   period for you to get paid back on those other projects

Pauline A. Stipes, Official Federal Reporter

1    expired?

2    A.   No.

3    Q.   At the time you invested in The Pathway, you had no reason

4    to believe you would not get paid back on those other projects?

5    A.   Right.

6    Q.   You had, in fact, been paid back on the first two projects

7    that you invested in after meeting Mr. Cloth, correct?

8    A.   Yes.

9    Q.   That was for the projects Bombshell and Fatherhood?

10   A.   Yes.

11   Q.   At the time that you gave Mr. Cloth's companies

12   $6.5 million and change in connection with The Pathway, had Mr.

13   Cloth told you anything about those other projects you had

14   invested in to assure you that you would be paid back?

15   A.   Sure.  Again, Sandy Schmidt organized regular Zoom calls

16   where each of those projects were discussed and everything on

17   those projects -- every single project should have been paid

18   back by the end of 2021.

19   Q.   Other than Zoom calls, did Mr. Cloth send you any emails to

20   your recollection in which he gave you assurances about those

21   projects?

22   A.   Yes.

23   Q.   Let's look if we can, maybe this will refresh your

24   recollection on the year you made your investment on The

25   Pathway investment.

```
 1    A.  I think it was '21.
 2    Q.  Before we put it on the screen -- do you have a binder up
 3    there, Mr. Harris?
 4    A.  I don't know.
 5            MR. JONELIS:  May I approach the witness, your Honor?
 6            THE COURT:  Yes, you may.
 7    BY MR. JONELIS:
 8    Q.  Mr. Harris, if you could turn to Exhibit 3 in this binder.
 9    Tell me when you are there.
10    A.  I am there.
11    Q.  Do you see that there are two emails on that page?
12    A.  Yes.
13    Q.  This is an email exchange from February 24, 2021; is that
14    correct?
15    A.  Yes.
16    Q.  Do you recall sending and receiving these emails on
17    February 24, 2021?
18    A.  Yes.
19    Q.  Do you have any reason to believe that this is not an
20    accurate copy of the email?
21    A.  It is accurate.
22            MR. JONELIS:  Your Honor, I would move on behalf of
23    Plaintiffs to admit Exhibit 3 into evidence.
24            THE COURT:  Exhibit 3 is admitted into evidence.
25            Ladies and gentlemen, every exhibit that is admitted
```

Pauline A. Stipes, Official Federal Reporter

```
 1    into evidence will be sent back with you during the time that
 2    you deliberate, but at times counsel also shows the exhibit in
 3    court.  Either way, you will get it when you deliberate.
 4         (Whereupon Plaintiff Exhibit 3 was marked for evidence.)
 5    BY MR. JONELIS:
 6    Q.  Mr. Harris, now that it is in evidence, we will put it up
 7    on the screen.
 8         Do you recall, looking at this email from February 24,
 9    2021, the circumstances under which you and Mr. Cloth exchanged
10    this correspondence?
11    A.  Yes.  I was contemplating additional investments in these
12    three projects, Fables, Haley, and Bubbles.
13    Q.  When you say these three projects, those are the three
14    projects that are listed on this email, Fables, Haley and the
15    Hero Heart, and Bubbles?
16    A.  Yes.
17    Q.  Those are the projects?
18    A.  Yes.
19    Q.  When you say you were contemplating making additional
20    investments --
21    A.  Yes.
22    Q.  -- how much had you already invested in these projects as
23    of February 24, 2021?
24    A.  250,000 each.
25    Q.  A total of 750,000?
```

```
 1   A.   Yes.
 2   Q.   If you had already given Mr. Cloth $750,000 in connection
 3   with these three projects and you hadn't been paid anything
 4   back yet, why would you consider investing an additional amount
 5   of money into these projects?
 6   A.   Because he told us the values of these were going crazy,
 7   and they were going to be paid out in the third quarter of '21.
 8   This is only a couple of months for a chance to earn -- I don't
 9   recall what the numbers were, but substantially -- a
10   substantial return on each of these.
11   Q.   How much additional money were you considering investing in
12   Fables, Haley and the Hero Heart, and Bubbles?
13   A.   750,000 each.
14   Q.   Let's tale a look at the bottom of this actual email.  Do
15   you see you wrote to Mr. Cloth on February 24, 2021?  You said,
16   "Hi, Jason.  Can you tell me expected payout dates for the
17   following.  Give me worst case."  And then you listed the three
18   projects.  Do you see that?
19   A.   Yep.
20   Q.   Why were you asking him to give you the worst case for
21   these projects?
22   A.   Because I wanted to know how long my money would be out.
23   Q.   Do you see Mr. Clock responded to you, it looks like just
24   one minute after you sending your email?  The reason I say that
25   is because we know the top email comes after and the bottom
```

```
 1    says 10:46 a.m. and the top one says 7:47.  Did you understand
 2    these were different time zones?
 3    A.   Yes.
 4    Q.   Is it your understanding that the email at the top came one
 5    minute after the email at the bottom?
 6    A.   Yes.
 7    Q.   One minute after you sent your email, Mr. Cloth responded
 8    to you and wrote, "Worst case, third Q 2021."  Do you see that?
 9    A.   Yes, I do.
10    Q.   What was your understanding of the third Q?
11    A.   Third quarter.
12    Q.   Right now it is February 24, 2021, that is the first
13    quarter, correct?
14    A.   Yes.
15    Q.   Mr. Cloth wrote, worst case, third quarter 2021.
16         When you received Mr. Cloth's response, how did that make
17    you feel?
18    A.   Comfortable.
19    Q.   Did you have a reason to believe that his statement that
20    the worst case scenario for getting paid back on these projects
21    was the third quarter of 2021?
22    A.   No.
23    Q.   Did you have a reason to believe that?
24    A.   Yes, of course.
25    Q.   What was your reason to believe that?
```

1    A.  He had already performed, he was connected to Bron.  He was

2    already telling us that these things were sold.

3    Q.  Was it your understanding that Mr. Cloth had personal

4    knowledge about the status of the projects Fables, Haley and

5    the Hero Heart, and Bubbles?

6    A.  Yes.

7    Q.  And your understanding was based on?

8    A.  Conversations with him.

9    Q.  When Mr. Cloth told you in this email in writing that these

10   projects would be paid back by no later than the third quarter

11   2021, did you understand he was telling you this based on his

12   own personal knowledge of the status of the project?

13   A.  Yes.

14   Q.  If you would turn to Exhibit 4.  Looking at Exhibit 4 in

15   your binder, this appears to be an email exchange from

16   February 24, 2021, the same date of the email exchange we just

17   looked at.

18       Do you recall this?

19   A.  I do.

20   Q.  Do you have any reason to believe that the copy of the

21   email exchange you are looking at there is any different from

22   the emails you actually exchanged?

23   A.  No.

24           MR. JONELIS:  Your Honor, I would move respectfully to

25   admit Exhibit 4 into evidence.

```
 1            THE COURT:  4 is admitted without objection.

 2            (Whereupon Plaintiff Exhibit 4 was marked for evidence.)

 3   BY MR. JONELIS:

 4   Q.  This is a two-page exhibit, and if we could look at the

 5   second page of this exhibit.  Zoom in if you could.

 6        Do you see that this is the same email from you to Mr.

 7   Cloth on February 24, 2021 that we just looked at?

 8   A.  Yes.

 9   Q.  Where you asked him about the worst case scenario for the

10   payout dates for these projects?

11   A.  Yes.

12   Q.  Is there any way to put the bottom of the first page and

13   the top of the second page together?  If not, we'll look at it

14   briefly.

15        So, looking at the bottom of the first page of this

16   exhibit, and we will go to the top of the second page, but just

17   looking here, do you see that shortly after Mr. Cloth had sent

18   you that response where he said, worst case, third quarter

19   2021, he also sent you an additional response?

20   A.  Yes.

21   Q.  Do you see that he wrote -- looking at the bottom, he

22   wrote, "I really want you as a long term client.  These shows

23   will turn out to be fantastic investments for you.  I am

24   deliberately trying to" -- let's turn the page.  "I am

25   deliberately trying to stack the deck in my favor.  I'm just
```

Pauline A. Stipes, Official Federal Reporter

1   saying," smiley face.  Do you see that?

2   A.  I do.

3   Q.  What is your understanding of why he sent you that

4   additional response after he already answered your question

5   about the worst case scenario payoff dates?

6   A.  He wanted the additional investment for these three

7   animation.  He was trying to make me feel comfortable.

8   Q.  Turning back to the first page of this exhibit, do you see

9   that after he told you he wanted you as a long term client

10  and the investments are going to turn out fantastic, you sent

11  him a followup email at 11:28 your time?  Do you see this?

12  A.  I do.

13  Q.  Do you see that you wrote "Would you say there is zero risk

14  on these projects?"

15      Do you see that?

16  A.  I do.

17  Q.  When you wrote "these projects," were you still referring

18  to Bubbles, Fables, and Haley and the Hero Heart?

19  A.  Yes.

20  Q.  And moving up at the page, do you see that Mr. Cloth

21  responded to you at 11:30 a.m.?

22  A.  Yes.

23  Q.  And he wrote, "At this point, given what I have been seeing

24  and hearing, zero, and I don't say that lightly to you."

25      Do you see that?

1    A.  I do.

2    Q.  When you received this response from Mr. Cloth stating zero

3    in response to your question would you say there is zero risk,

4    how did that make you feel?

5    A.  Comfortable.

6    Q.  Did you believe what Mr. Cloth was telling you in this

7    email?

8    A.  I did.

9    Q.  Why did you believe him when he told you there would be

10   zero risk?

11   A.  The same reasons as before, he is part of Bron Studios, he

12   is intimately involved in this, he has produced, I don't know,

13   over a hundred films maybe.

14   Q.  Mr. Harris, as a sophisticated individual and business

15   person who ran a successful ceramics business for years, isn't

16   it true that there is risk in almost every investment?

17   A.  There is not risk in a Treasury Bill, I don't think.  There

18   is not risk if you are investing in a project that already

19   sold, where the numbers are dialed in.  No, I don't think that

20   is risky.  What made it risky was Jason Cloth.

21   Q.  At the time you believed him when he said --

22   A.  He was lying, yes.

23   Q.  I am sorry, we are talking over each other, and I feel bad

24   for our court reporter.  So we have a clean record here --

25   A.  I apologize.

Pauline A. Stipes, Official Federal Reporter

1    Q.  It's okay, it is normal.

2        At the time you understood, based on Mr. Cloth's email

3    correspondence to you, that there was zero risk in these three

4    projects referred to in this email?

5    A.  Yes.

6    Q.  Let's take a look at Exhibit 5 in your binder.  It is not

7    on the screen yet.

8        Again, not to be redundant, but it is another email from

9    this exact same day, February 24, 2021.  Does this appear to

10   you to be a true and correct copy of an email that you sent to

11   someone named John Spillane on February 24, 2021?

12   A.  Yes.

13        MR. JONELIS:  Your Honor, I would move respectfully to

14   admit Exhibit 5 into evidence.

15        THE COURT:  5 is admitted with no objection.

16      (Whereupon Plaintiff Exhibit 5 was marked for evidence.)

17   BY MR. JONELIS:

18   Q.  If you could zoom in at the top.

19        On February 24, 2021, at 8:56 a.m. you sent an email to an

20   individual named John Spillane, it looks like @ubs.com.

21        Do you see that?

22   A.  Yes.

23   Q.  This was on the same day that Mr. Cloth had made those

24   representations to you that we just looked at?

25   A.  Yes.

1    Q.  Who is Mr. Spillane?

2    A.  My financial adviser at UBS.

3    Q.  Do you see that on February 24, 2021, you forwarded Mr.

4    Spillane the emails from Mr. Cloth that we just looked at where

5    he is saying, "At this point, given what I have been seeing and

6    hearing, zero.  I don't say that lightly."

7         Do you see that?

8    A.  Yes.

9    Q.  Scrolling back up, you see you forward these emails to Mr.

10   Spillane and do you see where you wrote at the top of the page,

11   "John, you can read the string below."  Do you see that?

12   A.  Yes.

13   Q.  Do you see what you wrote?  You wrote, "I believe him."

14        Do you see that?

15   A.  Yes.

16   Q.  Who is him?

17   A.  Jason.

18   Q.  And do you see you went on to say, "Sandy had a call with

19   another potential investor and it went very well.  These are

20   going to be so fast with huge returns."

21        Do you see that?

22   A.  Yes.

23   Q.  Do you recall why you sent this email to Mr. Spillane on

24   February 24, 2021?

25   A.  Yes, because I was bouncing a lot of this off of him before

Pauline A. Stipes, Official Federal Reporter

```
 1    I did it.  He was my financial adviser.
 2    Q.  When you wrote, I believe him," meaning Jason Cloth, on
 3    February 24, 2021, is that consistent with how you actually
 4    felt at that time with respect to what Mr. Cloth had told you?
 5    A.  Yes.
 6    Q.  You believed him, correct?
 7    A.  Yes.
 8    Q.  Did you, in fact, end up investing more money in Bubbles
 9    Hotel, Fables, and Haley and the Hero Heart?
10    A.  Yes.
11    Q.  How soon after Mr. Cloth sent you these emails on February
12    24, 2021, did you invest that extra money?
13    A.  Very soon.
14    Q.  How much extra money did you end up investing?
15    A.  The contemplated amount was 750 extra per each of the
16    three.
17    Q.  So a total of $2.25 million?
18    A.  Yes.
19    Q.  That is part of the $6 million in your breach of contract
20    claim?
21    A.  Yes.
22    Q.  When you invested that $2.25 million in connection with
23    those three projects, were you relying on what Mr. Cloth had
24    told you on February 24, 2021?
25    A.  Yes.
```

```
 1    Q.  Despite Mr. Cloth's representations to you about zero risk

 2    and the repayment in the third quarter of 2021, have you ever

 3    been paid back any of the money that you invested in Bubbles,

 4    Fables, or Haley and the Hero Heart?

 5    A.  No.

 6    Q.  When did you first speak with Mr. Cloth about the project

 7    The Pathway?

 8    A.  Um-m-m, probably April or March of '21.

 9    Q.  Going back, I previously asked you when did you make your

10    investment in The Pathway.  If you remember, you said it was

11    either May 2021 or May 2020.

12    A.  It was '21.

13    Q.  Your investment in The Pathway was made in May of 2021?

14    A.  Right.

15    Q.  For 6.5 million and change?

16    A.  Yes.

17    Q.  When you first spoke to Mr. Cloth about The Pathway, you

18    said around April 2021.  Was that an in-person conversation or

19    a telephonic conversation?

20    A.  No.  On the phone.

21    Q.  During that phone call, what did Mr. Cloth tell you about

22    the project The Pathway?

23    A.  He told me it was a five season series about G League, NBA

24    partners, Bron is producing, greenlit for five seasons, sent

25    projections over, told me that if it goes for -- after the
```

Pauline A. Stipes, Official Federal Reporter

```
 1    first season, if a project is successful like that, and it had
 2    to be because the studio had basically guaranteed to make five
 3    seasons, but if it kept going after that, somebody else had to
 4    put the money in, and I still owned it.
 5         So, if it had gone on for ten seasons, I would have
 6    continued to get paid.
 7    Q.  During that phone call, did Mr. Cloth ask you to invest any
 8    particular amount of money in the project called The Pathway?
 9    A.  He was after the whole thing.
10    Q.  What was the whole thing?
11    A.  6.5 million and change.
12    Q.  So Mr. Cloth asked you in that phone call to invest
13    6.5 million and change --
14    A.  It might not have happened in the first call, but it
15    happened -- there were several calls.
16    Q.  In connection with asking you to invest $6.5 million and
17    change, was that investment in connection with any particular
18    season of The Pathway?
19    A.  Season one.
20    Q.  And you mentioned previously, you said the word greenlit.
21    Let's talk about that.  In connection with asking you to invest
22    in The Pathway, did Mr. Cloth tell you on the phone that The
23    Pathway had been greenlit?
24    A.  Yes.
25    Q.  Did he use that specific term?
```

Pauline A. Stipes, Official Federal Reporter

1    A.  Yes.

2    Q.  Did he tell you that The Pathway had been greenlit for any

3    specific number of seasons?

4    A.  Five seasons.

5    Q.  Prior to that phone call, had you heard anyone use the word

6    "greenlit"?

7    A.  Not in this context.

8    Q.  When you say this context, what do you mean?

9    A.  I mean green light is kind of an innocuous term, but not in

10   the movie arena.

11   Q.  Prior to the phone call with Mr. Cloth where he used the

12   word greenlit, did you have any idea what the term greenlit

13   meant in the context of the entertainment industry?

14   A.  I asked him, and he said it means that the studio is

15   absolutely going to make five seasons of this.

16   Q.  He explained to you what the term meant because you asked

17   him?

18   A.  Yes.

19   Q.  For clarity, what exactly did he say that the term

20   "greenlit" meant?

21   A.  I think I just said it, that the studio is going to make

22   five seasons of The Pathway.

23   Q.  Did Mr. Cloth's representation to you that the studio was

24   going to make five seasons of The Pathway, or that it had been

25   greenlit for five seasons, did Mr. Cloth's representation to

1   you in that regard impact your willingness to invest in The

2   Pathway?

3   A.  Very much.

4   Q.  How so?

5   A.  Again, from a risk factor, before the investment was even

6   made, he was telling us that they had interest in season one at

7   15 million, which was, you know, double the break even cost

8   from one season.  I owned five seasons.  So, without the green

9   light, I probably wouldn't have done it.

10  Q.  To your knowledge, did Mr. Cloth tell anyone else that The

11  Pathway had been greenlit for five seasons?

12  A.  Yes.

13  Q.  To your knowledge, who else did Mr. Cloth tell this to?

14  A.  Suraj Maraboyina had a few investors, Sandy Schmidt was on

15  the calls many times with me, and me, of course.

16  Q.  Okay.  And how do you know that Mr. Cloth told these other

17  investors that it had been greenlit for five seasons?

18  A.  Because I spoke to them.

19  Q.  Do you know the specific date when you made your

20  $6.5 million and change investment in The Pathway?

21  A.  May 14, 2021.

22  Q.  Let's look, without putting it on the screen, at Exhibit 14

23  in your binder.  Tell me when you are there.

24  A.  I am ready.

25  Q.  All right.  This appears to be email correspondence between

```
 1   you and Mr. Cloth on May 12, 2021.  Am I correct?
 2   A.  Yes.
 3   Q.  The subject line is?
 4   A.  Pathway.
 5   Q.  Do you recall this email exchange?
 6   A.  I do.
 7   Q.  Does this appear to be a true and correct copy of this
 8   email exchange?
 9   A.  It is.
10        MR. JONELIS:  Your Honor, I respectfully request to
11   move exhibit 14 into evidence.
12        THE COURT:  14 is admitted without objection.
13     (Whereupon Plaintiff Exhibit 14 was marked for evidence.)
14   BY MR. JONELIS:
15   Q.  Mr. Harris, looking at Exhibit 14, and going back to your
16   testimony that you invested in The Pathway on May 14, 2021,
17   this exchange appears to have taken place two days before you
18   made your investment.  Would you agree?
19   A.  Yes.
20   Q.  Do you recall the circumstances surrounding this email
21   exchange?
22   A.  Yes.
23   Q.  What were those?
24   A.  There were some edits needed in the agreement.  I was going
25   over that with Jason, and it was just to clarify what was left.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   We were kind of at the final stages.
 2   Q.  When you say your agreement, you mean your agreement
 3   concerning your investment in the Pathway?
 4   A.  Right, yes.
 5   Q.  Looking at the top of the page, do you see Mr. Cloth had
 6   sent you a response concerning your revisions to the agreement?
 7   Do you see that?
 8   A.  Yes.
 9   Q.  Do you see he wrote, "We can make the written revisions for
10   you?"
11   A.  Yes.
12   Q.  Do you see -- if we go down to the second to the last line
13   of that top email.
14   A.  Yes.
15   Q.  If you can highlight this, Carlos.
16       Do you see the line that starts "Currently?"
17   A.  Yes.
18   Q.  Do you see Mr. Cloth wrote to you on May 12, 2021, two days
19   before you made your investment, "Currently we have interest at
20   plus 15 M for the show, which means we have no worries about
21   repaying principal, plus fees, plus preferred return."
22       Do you see that?
23   A.  I do.
24   Q.  Was it your understanding that the reference to plus 15 M
25   meant more than $15 million?
```

```
 1   A.  Yes.
 2   Q.  Mr. Cloth was telling you on May 12, 2021, that there was
 3   already interest in buying the show for more than $15 million;
 4   is that correct?
 5   A.  Correct.
 6   Q.  At this time you were seriously considering investing
 7   $6.5 million into The Pathway, correct?
 8   A.  Correct.
 9   Q.  What was your understanding about what your $6.5 million
10   investment would be used for?
11   A.  Creating the first season of Pathway.
12   Q.  Was it your understanding that if you invested $6.5 million
13   no other money would be necessary to produce the first season
14   of The Pathway?
15   A.  Yes.
16   Q.  Was it your understanding that if you invested in The
17   pathway, you would also be entitled to receive money back on
18   top of your $6.5 million investment?
19   A.  Yes.
20   Q.  What was your understanding in that regard?
21   A.  I believe there was an interest and profit component, but
22   basically I would own the show.
23   Q.  When you say own the show, what do you mean?
24   A.  It means as subsequent seasons were made after --
25   basically, they'd get money from sponsorships and other things,
```

```
 1    and I got that revenue stream forever.
 2    Q.   In exchange for paying for the entirety of the first season
 3    of the show?
 4    A.   Yes.
 5    Q.   Looking at Exhibit 14, when Mr. Cloth represented to you on
 6    May 12, 2021, that there was interest in buying the show for
 7    more than $15 million, did that reassure you about making a
 8    $6.5 million investment in the show?
 9    A.   Yes.
10    Q.   Was it your understanding that if the show was in fact
11    purchased for more than $15 million, that would result in you
12    getting back not only your $6.5 million investment, but also
13    the interest and other moneys that you referred to on top of
14    that?
15    A.   Yes.
16    Q.   When Mr. Cloth wrote on May 12, 2021, quote-unquote, "We
17    have no worries about repaying principal, plus fees, plus
18    preferred return," did you understand he was referring to the
19    repayment of your money plus the excess?
20    A.   Yes.
21    Q.   Did you trust what Mr. Cloth was telling you?
22    A.   I did.
23    Q.   Why did you trust what Mr. Cloth was telling you?
24    A.   The same answer as before, he was super connected, owner of
25    Bron Studios, tons of credits to his name.
```

1    Q.   Did you understand that Mr. Cloth was personally in the

2    loop regarding efforts to sell the show Pathway?

3    A.   Absolutely he was.

4    Q.   Did he tell you this himself?

5    A.   Yes.

6    Q.   So, when he said there is interest at 15 million, you

7    understood that was based on his own personal knowledge of the

8    status of the project The Pathway?

9    A.   Yes.

10   Q.   Let's please take a look, without putting it on the

11   screen -- we can take this down, Carlos.  In your binder, if

12   you could look at Exhibit 9.

13       Would you read me the date of this email?

14   A.   May 13, 2021.

15   Q.   Do you recall sending this email to Mr. Cloth?

16   A.   I do.

17   Q.   Do you have any reason to believe this is not a true and

18   correct copy of the email you recall sending to Mr. Cloth on

19   May 13, 2021?

20   A.   This is correct.

21            MR. JONELIS:  Your Honor, I respectfully request to

22   move Exhibit 9 into evidence.

23            THE COURT:  9 is admitted without objection.

24       (Whereupon Plaintiff Exhibit 9 was marked for evidence.)

25

```
 1   BY MR. JONELIS:
 2   Q.  Mr. Harris, you stated this was sent on May 13, 2021, one
 3   day before you made your $6.5 million investment into The
 4   Pathway; isn't that right?
 5   A.  Yes.
 6   Q.  Do you recall the circumstances under which you sent this
 7   email?
 8   A.  I just was -- wanted to ask a few questions and confirm my
 9   understanding of what we had talked about.
10   Q.  And do you see that you wrote at the start of your email,
11   "Hi, Jason, we are in the home stretch.  UBS tells me they
12   should be ready to wire tomorrow, but it could be Monday."
13        Do you see that?
14   A.  Yes.
15   Q.  What wire were you referring to?
16   A.  I was having money wired from UBS to Creative Wealth Media.
17   Q.  For?
18   A.  Pathway.
19   Q.  In the amount of?
20   A.  Six and a half million dollars.
21   Q.  At the time of this email, you are getting ready to wire
22   your $6.5 million investment in The Pathway, correct?
23   A.  Yes.
24   Q.  You see where you went on to write, "I would just like to
25   offer my understanding of the waterfall from the schedule you
```

Pauline A. Stipes, Official Federal Reporter

```
 1    provided which is attached."  Do you see that?

 2    A.   I do.

 3    Q.   When you refer to a waterfall, I am assuming it wasn't

 4    somewhere in a national park, correct?

 5    A.   Correct.

 6    Q.   What did you mean by waterfall?

 7    A.   It is a statement of how money flows from the production.

 8    Q.   Is this term waterfall something that you learned from Mr.

 9    Cloth?

10    A.   Yes.

11    Q.   Okay.  If you look at the second page, Carlos, if we could,

12    of this exhibit, is this the waterfall that you were referring

13    to on the first page?

14    A.   Yes.

15    Q.   Can you explain just for the jury, they will get a copy of

16    this, but what is your understanding of what all this

17    gobbledygook numerical information means?

18    A.   Well, they are listing a break even point of 8.4 million.

19    If you scroll up a little bit, at 15 million you can see --

20    actually, you can go down -- sorry.  Under client P & L, you

21    can see season two, season three, season four, season five, net

22    profit participation, this is all supposed to be my money.

23    Q.   And when you say this is all supposed to be my money --

24    A.   As a result of green lighting the series for five seasons,

25    this is what he was holding out that I would make.
```

Pauline A. Stipes, Official Federal Reporter

1    Q.  Did Mr. Cloth tell you that this was supposed to be your

2    money?

3    A.  Yes.

4    Q.  Did Mr. Cloth provide you with this waterfall?

5    A.  Yes.  It was attached to the contract, to the documents.

6    Q.  Going back to the first page if we could, Carlos.

7        After you wrote in the second paragraph that you would like

8    to offer your understanding, do you see where you wrote in the

9    third paragraph -- do you see where you wrote "Seasons two

10   through five will for sure be released."

11       Do you see that?

12   A.  Yes.

13   Q.  What did you mean by seasons two through five will for sure

14   be released?

15   A.  I was just verifying that all five seasons would be

16   released and completed.

17   Q.  Was this statement intended to be consistent with what Mr.

18   Cloth had told you about The Pathway being greenlit for five

19   seasons?

20   A.  Yes.

21   Q.  In fact, you were asking Mr. Cloth to confirm in writing

22   what he told you on the phone, correct?

23   A.  Yes.

24   Q.  That the Pathway had in fact been greenlit for five

25   seasons; am I right?

```
 1    A.  Yes.

 2    Q.  If you could look at Exhibit 10 before we put it up on the

 3    screen.

 4        Let me know if you recognize this email.

 5    A.  Yes.

 6    Q.  Is this a true and correct copy of an email you received

 7    from Jason Cloth on May 13, 2021, in response to the email we

 8    just looked at?

 9    A.  Yes.

10        MR. JONELIS:  Your Honor, I respectfully ask to admit

11    Exhibit 13 into evidence.

12        THE COURT:  10.

13        MR. JONELIS:  10.  I apologize.

14        THE COURT:  Yes, 10 is admitted without objection.

15        (Whereupon Plaintiff Exhibit 10 was marked for evidence.)

16    BY MR. JONELIS:

17    Q.  Looking at the top of this email, Mr. Harris, you see that

18    Mr. Cloth sends you an email on May 13th and he writes, "Please

19    see below for responses."

20        Do you see that?

21    A.  Yes.

22    Q.  And looking below where he wrote "Please see below for

23    responses," do you see right under -- this is your email that

24    you sent to him that we just looked at, but right under where

25    you wrote, "Seasons two through five will for sure be
```

Pauline A. Stipes, Official Federal Reporter

```
 1   released," right under that paragraph there is an additional
 2   line that wasn't in your email.  Do you see that?
 3   A.   Yes.
 4   Q.   Was that Mr. Cloth's response to you?
 5   A.   Yes.
 6   Q.   You see that he wrote, "The show has been greenlit for five
 7   seasons."  Do you see that?
 8   A.   Yes.
 9   Q.   When you received this response from Mr. Cloth, did you
10   feel assured that The Pathway had, in fact, been greenlit for
11   five seasons?
12   A.   Yes.
13   Q.   Did you have any doubt -- at the time that Mr. Cloth wrote
14   that the show had been greenlit for five seasons, did you have
15   any reason to doubt that he was telling you the truth?
16   A.   No reason to doubt it.
17   Q.   Do you see that after Mr. Cloth wrote "The show has been
18   greenlit for five seasons," he also wrote, "Streamers really
19   like that because one season' -- who knows.  That is what it
20   says.  It looks like the sentence got cut off, right?
21   A.   Right.
22   Q.   Just to make sure that we are looking at a true and correct
23   copy of this email, to your recollection, was that sentence
24   also cut off in the version of the email you received on May
25   13, 2021?
```

```
 1    A.   Yes.

 2    Q.   Your understanding was he was telling you that the show had

 3    been greenlit for five seasons, correct?

 4    A.   Yes.

 5    Q.   One day later your company, RSBV Pathway, LLC, invested

 6    $6.5 million and change into The Pathway, correct?

 7    A.   Yes.

 8    Q.   To be more precise, you said the amount was 6,573,000 --

 9    for the record, it is 6,573,024 United States dollars.

10         Let's look very briefly at Exhibit 37 before putting it up

11    on the screen.  Do you recognize this document, Mr. Harris?

12    A.   I do.

13    Q.   What is this?

14    A.   It is the term sheet for the investment in The Pathway.

15    Q.   Is this a true and correct copy of the term sheet?

16    A.   Yes.

17         MR. JONELIS:  Your Honor, respectfully, may we move

18    Exhibit 37 into evidence?

19         THE COURT:  37 is admitted without objection.

20         (Whereupon Plaintiff Exhibit 37 was marked for evidence.)

21    BY MR. JONELIS:

22    Q.   This document is titled at the top Term Sheet Memo,

23    Financing for the First Season of the Series Entitled The

24    Pathway.  Do you see that?

25    A.   Yes.
```

Pauline A. Stipes, Official Federal Reporter

119

```
 1    Q.  Looking at the last page of the document, is that your
 2    signature on behalf of RSBV Pathway, LLC?
 3    A.  Yes.
 4    Q.  To your understanding, is that Mr. Cloth's signature above
 5    yours?
 6    A.  Yes.
 7    Q.  Going back to the first page, you see -- if we can scroll
 8    in on the section that is labeled investment -- there is a
 9    reference to $6,573,024.  Do you see that?
10    A.  Yes.
11    Q.  That is the total amount of your investment, correct?
12    A.  Correct.
13    Q.  And you see it also says there that the investment
14    represents one hundred percent of the overall 6,573,024
15    financing.  Do you see that?
16    A.  Yes.
17    Q.  Is this consistent with your understanding that you were
18    financing the entirety, one hundred percent of season one of
19    The Pathway?
20    A.  Yes.
21    Q.  It wasn't just Mr. Cloth who told you this, it was in your
22    actual contract?
23    A.  Yes.
24    Q.  You see in the next section labeled Production Budget
25    Advance, there is a reference to a production budget of
```

```
 1    $5,823,277, which is defined as the production budget.
 2        Do you see that?
 3    A.  Yes.
 4    Q.  What did that number represent to you?
 5    A.  The budget for actually producing the series, the season.
 6    Q.  Is it fair to say the amount of what you invested, which
 7    was 6.5 million and change, was greater than what the contract
 8    says is the actual cost of producing the first season?
 9    A.  Yes.
10    Q.  To your knowledge, why were you investing more than what it
11    would actually cost to produce the first season?
12    A.  There were additional fees that went to Bron and Creative
13    Wealth Media.
14    Q.  In addition to paying for the cost of the first season, you
15    were also paying Bron and Creative Wealth Media a fee?
16    A.  Correct.
17    Q.  Creative Wealth Media, again, was whose company?
18    A.  Jason Cloth.
19    Q.  Looking at the second page of this agreement, there is a
20    section entitled CWMF Fee.  Do you know what CWMF stands for?
21    A.  Creative Wealth Media Finance.
22    Q.  That is Mr. Cloth's company, correct?
23    A.  Yes.
24    Q.  This section provides for a $313,001 fee payable to CWMF.
25    Do you see that?
```

```
 1   A.  Yes.
 2   Q.  Was this the fee that you were paying to Mr. Cloth's
 3   company as part of your investment?
 4   A.  Yes.
 5   Q.  He got this up front before you ever got back even a penny
 6   of your investment, right?
 7   A.  Yes.
 8   Q.  As you sit here today, do you know if The Pathway was ever
 9   actually greenlit for five seasons?
10   A.  I do know.  It was not.
11   Q.  How do you know it was not?
12   A.  Through Aaron Gilbert from Bron Studios.
13   Q.  What is Aaron Gilbert's position at Bron Studios?
14   A.  Aaron was the CEO and owner of Bron.
15   Q.  Would you have ever invested in The Pathway had you known
16   it was not actually greenlit for five seasons?
17   A.  No.
18   Q.  When you made your $6.5 million and change investment in
19   Pathway were you relying on your understanding from Mr. Cloth
20   that the show had been greenlit for five seasons?
21   A.  Yes.
22   Q.  Were you also relying on your understanding that you were
23   the only investor in season one of The Pathway?
24   A.  Yes.
25   Q.  Have you since learned of any other investors in the first
```

1   season of The Pathway?

2   A.   Yes.

3   Q.   What have you learned?

4   A.   Through Suraj Maraboyina, he brought in a few clients and

5   they also invested in The Pathway.

6   Q.   Are you sure?

7   A.   I am sure he told me that, and we saw one document to that

8   effect.

9   Q.   What was that document?

10  A.   It looks just like this except somebody else's name on it

11  and the amount is different.

12  Q.   Mr. Harris, if you were already paying, as we saw in your

13  contract, for the cost of the entire first season of The

14  Pathway, what would be the point of other investors also

15  investing money in the first season of The Pathway?

16  A.   I wish Jason were here so we could ask him.

17  Q.   Do you have any idea what the point would be?

18  A.   He is lying.  He raised more money than the budget, and

19  kept the money.

20  Q.   Would you have ever invested in The Pathway if you knew

21  that you were not the only investor in the first season?

22  A.   No.

23  Q.   To date, have you been paid back any of the money that was

24  invested in The Pathway?

25  A.   No.

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | Q.  Do you have any idea where that money went? |
| 2 | A.  No. |
| 3 | Q.  With respect to the $6 million you invested into the other |
| 4 | seven projects that we discussed today, have you been paid back |
| 5 | anything? |
| 6 | A.  No. |
| 7 | Q.  In total, how much money are you still owed as a result of |
| 8 | the investments you made in Mr. Cloth's projects, The Pathway |
| 9 | and the other seven, just taking into account the principal |
| 10 | funds that you invested? |
| 11 | A.  Twelve and a half million dollars.  Actually it's |
| 12 | 13 million, there is one project that wasn't included in this. |
| 13 | It was an MGM slate. |
| 14 | Q.  That is not the subject of any lawsuit? |
| 15 | A.  Correct. |
| 16 | Q.  We are talking about the twelve and a half million dollars |
| 17 | in the lawsuit that we filed. |
| 18 | Does that principal amount that you invested -- when I |
| 19 | asked how much are you owed, and you said the principal, does |
| 20 | 12 and a half million dollars take into account the interest |
| 21 | that you were entitled to receive on those investments? |
| 22 | A.  No. |
| 23 | Q.  Does the 12 and a half million dollar figure take into |
| 24 | account the portion of the profits that you were promised in |
| 25 | connection with those projects? |

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   No.
 2   Q.   Does the 12 and a half million dollar figure take into
 3   account the legal fees that you have had to spend in trying to
 4   recover your money from Mr. Cloth and his company?
 5   A.   No.
 6   Q.   To your knowledge, do you have any idea how much in legal
 7   fees you have had to spend?
 8   A.   More than 350,000.
 9   Q.   I am almost done here, just a few more questions, Mr.
10   Harris.
11        After you made your investment in The Pathway -- May 2021,
12   you make the investment, you had already made, just for
13   temporal purposes, your other 6 million-dollar investments.
14   After this time, did Mr. Cloth continue to assure you that you
15   would get paid back all of your money?
16   A.   Yes.
17   Q.   Were his assurances limited to The Pathway or did they also
18   pertain to the other seven projects you invested in?
19   A.   Everything.
20   Q.   So for the full 12 and a half million and change?
21   A.   Yes.
22   Q.   In what ways would Mr. Cloth provide you with his
23   assurances that you would get paid back?
24   A.   Emails, but the most compelling were the Zoom calls that
25   Sandy Schmidt set up for the investors.
```

1  Q.  Can you be more specific?  When you say the Zoom calls that
2  Sandy Schmidt set up, what were these Zoom calls?
3  A.  Sandy would invite Jason to give a talk to all of the
4  investors in various projects, and Jason would generally sit on
5  the call for about an hour and answer any question, and assure
6  everybody that everything was fine.
7      There was always some reason it was going to be --
8  everybody was going to be paid, the money was flowing, it was
9  end of this month, and then there was another reason why it
10 didn't happen the next time.
11 Q.  What year did these Zoom calls take place?
12 A.  2022.
13 Q.  You made the investments in 2021, correct?
14 A.  Yes.
15 Q.  On theses Zoom calls, to your recollection, who was on the
16 calls in addition to you and Sandy Schmidt and Mr. Cloth?
17 A.  Various investors, Sandy had a -- he had a media fund with
18 these animation projects, Jason Cloth was actually part of it.
19 So, he was sort of keeping up this, I know now, this guise of
20 we are all going to do great, I am in this with you, and it
21 was, well, B.S.
22 Q.  Just to be clear, these other investors that were on the
23 Zoom call, were these all investors who were also owed money by
24 Mr. Cloth?
25 A.  Yes.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   To your knowledge, were these Zoom calls recorded?

 2    A.   They were recorded.

 3    Q.   Did you receive copies of the Zoom call recordings after

 4    they were made?

 5    A.   I did.

 6    Q.   Did you provide our firm with copies of those Zoom calls?

 7    A.   I did.

 8    Q.   Did Mr. Cloth tell you on the Zoom calls that the projects

 9    had been sold?

10    A.   Yes.

11         MR. JONELIS:  Your Honor, for authentication purposes,

12    if we could put up a screen shot from one of the Zoom calls to

13    start with so I can ask a question?

14         THE COURT:  Okay.

15         MR. JONELIS:  This is a screen shot from what will be

16    Exhibits 44 and 45, because they're clips.

17    BY MR. JONELIS:

18    Q.   Is this a screen shot, Mr. Harris, of one of the recorded

19    Zoom calls that you received where Mr. Cloth was talking to his

20    investors in 2022?

21    A.   Yes.

22    Q.   Were you on the Zoom call that we're looking at the screen

23    shot?

24    A.   Yes.

25    Q.   Because he isn't here in the courtroom, and we haven't seen
```

1   him yet even on video, can you point to where Mr. Cloth is on

2   this Zoom call?

3   A.   He is in the red box with the striped shirt.

4   Q.   All of these other faces on the Zoom call, are these all

5   investors who were owed money from Mr. Cloth?

6   A.   Yes.

7   Q.   And this is a true and correct screen shot from the Zoom

8   call video that you provided to our firm?

9   A.   Yes.

10         MR. JONELIS:  Your Honor, I would like to move to

11   admit Exhibit 44 and Exhibit 45.

12         THE COURT:  Okay, they are admitted without objection.

13     (Whereupon Plaintiff Exhibits 44, 45 were marked for

14   evidence.)

15   BY MR. JONELIS:

16   Q.   Mr. Harris, we are going to play 30 seconds of the Zoom

17   call and then I am going to ask you a question.

18     (Thereupon, the recording was played.)

19   Q.   Mr. Harris, is this consistent with your recollection of

20   the Zoom calls that you were on?

21   A.   Yes.

22   Q.   And is this consistent with your recollection of what Mr.

23   Cloth repeatedly told you and the other investors that these

24   projects were sold?

25   A.   Yes.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  When Mr. Cloth referred to projects being sold, which
 2    projects was he referring to?
 3    A.  Well, pretty much all of them.
 4    Q.  Let me be more specific.  Was it the projects you had
 5    invested in?
 6    A.  Yes, plus a couple of others.
 7    Q.  To your knowledge, at the time Mr. Cloth told you and the
 8    other investors on the Zoom that these projects were sold, were
 9    they actually sold?
10    A.  No.
11    Q.  To your knowledge, at the time Mr. Cloth told you and the
12    other investors that the projects were sold, were they even
13    finished?
14    A.  No.
15    Q.  When did you first realize, Mr. Harris -- we can take this
16    down.  Thank you, Carlos.
17        When did you first realize you weren't going to be paid
18    back the money that you had invested with Mr. Cloth?
19    A.  Sometime in '23, probably, a few months before I contacted
20    you.  I had serious concerns.
21    Q.  And when you came to the realization you wouldn't be
22    getting paid, how did that make you feel?
23    A.  Um-m-m, pretty terrible.  I was ashamed.
24    Q.  You said ashamed?
25    A.  Ashamed.
```

1    Q.   Had you ever previously lost money that you had invested?

2    A.   Yes.

3    Q.   Had you ever entered into a deal that didn't turn out the

4    way you expected?

5    A.   Yes.

6    Q.   Did you feel differently about what happened here?

7    A.   Yes.

8    Q.   And why?

9    A.   I have never met anyone in my life that was a bigger liar.

10   Everything he said, as I sit here now, was a lie, it was a

11   manipulation.  He said and did whatever he wanted to do to get

12   money.  This has been extremely abusive and it doesn't just

13   affect me, it affects every one of those faces on those calls.

14   Some guys have had to go back to work that were retired.

15        This hurt a lot of people.  This is a dangerous guy, and he

16   has got to be stopped.

17   Q.   In connection with prior times when you lost money you

18   invested, did you ever file a lawsuit as a result?

19   A.   No.

20   Q.   In connection with prior instances where you entered into a

21   deal that didn't turn out the way you expected, did you file a

22   lawsuit as a result?

23   A.   No.

24   Q.   Why did you decide to sue Mr. Cloth in this particular

25   instance?

```
1    A.  Well, first of all, this is a lot of money, this is an

2    extraordinary amount of money, and I have to do what I have to

3    do to try and recover this.

4        I don't think very many people have been successful even

5    getting this guy into court.  He is a master at delay and

6    confusion.  I mean, look, he didn't even show up today here,

7    and I see the shenanigans he is pulling with the Bankruptcy

8    Court in Canada by not turning over records.  These are things

9    you have to do in a normal course, and he just refuses to do

10   it.

11       He keeps getting away with this stuff.  This guy is a bad,

12   bad man, and I got a couple of calls, Robert, good luck with

13   your trial, you got to get this guy.  This is not just about

14   me, this is a -- more than a hundred other investors who are in

15   exactly the same boat as me with all different amounts.

16   Q.  All right.  Thank you very much, Mr. Harris, for your time

17   today.

18           MR. JONELIS:  Your Honor, I have no further questions.

19           THE COURT:  Thank you very much, you may step down.

20           Let's see.  You next were going to show a video depo;

21   is that right?

22           MR. JONELIS:  That's correct, your Honor.

23           THE COURT:  That was about 45 minutes?

24           MR. JONELIS:  42 minutes.

25           THE COURT:  Do our jurors need a break?  We can take
```

Pauline A. Stipes, Official Federal Reporter

```
 1    it now or we can take it after the video depo.
 2              THE JURY:  We are all good.
 3              THE COURT:  If during it you need a break, somebody
 4    can raise your hand.
 5              So, next --
 6              MR. JONELIS:  Your Honor, I apologize.  On our end we
 7    need a break for technology purposes.
 8              THE COURT:  Okay.  We will take a break now.  Remember
 9    not to discuss the case with anyone, not to do any research,
10    not to have any contact with anyone associated with the case,
11    and we'll see you back in 15 minutes.
12        (Thereupon, the jury leaves the courtroom.)
13              THE COURT:  All right.  Get everything set up, and we
14    will be right back.
15        (Thereupon, a short recess was taken.)
16        (Thereupon, the jury returns to the courtroom.)
17              THE COURT:  Welcome back, you may be seated.
18              Ladies and gentlemen, the next evidence you are going
19    to be presented is going to be through what is called
20    deposition testimony.  A deposition is a witness' sworn
21    testimony that is taken before the trial.  During the
22    deposition the witness is under oath and swears to tell the
23    truth, and the lawyers for each party may ask questions.  A
24    court reporter is present and records the questions and
25    answers.
```

```
 1              The deposition of Jason Cloth taken on September 20,
 2   2023, is about to be presented to you by -- you are playing the
 3   video deposition, right -- by video deposition.  Deposition
 4   testimony is entitled to the same consideration as live
 5   testimony and you must judge it in the same way as if the
 6   witness was testifying in court.
 7              Do not place any significance on the behavior or tone
 8   of voice of any person reading the questions or answers.
 9              Okay, you may proceed.
10              (Thereupon the video deposition of Jason Cloth was
11   played.)
12              THE COURT:  Is that the conclusion?
13              MR. JONELIS:  It is, your Honor.  If we could move to
14   admit the two additional exhibits, Exhibits 17 and 19 that were
15   referred to in Mr. Cloth's testimony, into evidence.
16              THE COURT:  All right.  17 and 19 are admitted without
17   objection.
18         (Whereupon Plaintiff Exhibits 17, 19 were marked for
19   evidence.)
20              MR. JONELIS:  Thank you.
21              THE COURT:  Your next witness is appearing remotely,
22   Kathryn Arnold?
23              MS. LEEKER:  No, your Honor, our next witness is going
24   to be Aaron Gilbert.  We have someone here to read the
25   transcript.
```

```
 1              THE COURT:  Ladies and gentlemen, as I have already
 2    explained, a deposition is a witness' sworn testimony that is
 3    taken before the trial.  Now, the deposition of Aaron Gilbert
 4    taken on December 15, 2023 is about to be presented to you by
 5    reading the transcript.
 6              Unlike Mr. Cloth, where you saw what is called a video
 7    deposition, there is a written transcript and counsel will have
 8    a person reading the transcript as if that person were Mr.
 9    Aaron Gilbert.  That person is not Mr. Gilbert, but the words
10    are Mr. Gilbert's.
11              Deposition testimony is entitled to the same
12    consideration as live testimony, and you must judge it the same
13    way as the witness was testifying in court.  Do not place any
14    significance on the behavior or tone of voice of any person
15    reading the questions or answers.
16              Okay, do we have somebody taking the stand to serve as
17    Aaron Gilbert?
18              This is the person serving as Aaron Gilbert.
19              (Thereupon, the deposition of Aaron Gilbert was read.)
20              THE COURT:  Okay, thank you very much.
21              MS. LEEKER:  We would like to take a ten-minute break
22    before we start the next witness so we can set up the
23    technology for the call.
24              THE COURT:  All right.  Ladies and gentlemen, the next
25    witness will be appearing remotely by Zoom, so we are going to
```

Pauline A. Stipes, Official Federal Reporter

```
 1    get that set up for you.  We will take a ten-minute break.
 2    Remember not to discuss the case with anyone, not to do any
 3    research about the case, not to have interaction with anyone
 4    associated with the case, and we will call you back when we are
 5    ready.
 6          (Thereupon, the jury left the courtroom.)
 7          (Thereupon, a short recess was taken.)
 8                THE COURT:  All right.  We will bring our jury in.
 9          (Thereupon, the jury returned to the courtroom.)
10                THE COURT:  All right.  Welcome back, you may be
11    seated.
12                Our next witness is here on the screen appearing live,
13    but remotely.
14                Ms. Arnold, can you raise your right hand.
15                  KATHRYN ARNOLD, PLAINTIFF'S WITNESS, SWORN
16                THE COURT:  State your full name for the record and
17    spell your last name.
18                THE WITNESS:  Kathryn Arnold, A-R-N-O-L-D.
19                THE COURT:  Okay.
20                THE WITNESS:  K-A-T-H-R-Y-N.
21                THE COURT:  Counsel may proceed with examination.
22                           DIRECT EXAMINATION
23    BY MS. LEEKER:
24    Q.  Thank you so much for your time today.  Could you please
25    explain to the jury what you do for a living?
```

1    A.   So, currently I have two businesses, one -- and they're

2    both in the U.S.  One, I consult with and advise investors,

3    production companies, studios, and producers on how to navigate

4    the entertainment industry, primarily for casting, production,

5    and financing, and in that capacity, I also serve as an expert

6    witness.

7        I work with litigators such as yourself across the country

8    and in the UK and Australia and Canada to help to inform the

9    Court and the trier of facts of how the complicated world of

10   the entertainment industry works.

11       Then, I also have a live event business where I hire A list

12   talent and we do live events, and that is a retail business.

13   Q.   Before you were retained to testify as an expert at this

14   trial, had you ever heard of a man named Robert Harris?

15   A.   No, I had not.

16   Q.   Had you ever heard of the Plaintiff Robert Harris' company,

17   Robert Scot Building Venture, LLC?

18   A.   No, I had not.

19   Q.   What about RSBV Pathway, LLC?

20   A.   No, I had not.

21   Q.   Before you were retained to testify as an expert at this

22   trial, had you ever heard of the Defendant, Jason Cloth?

23   A.   No, I had not.

24   Q.   What about his company, Creative Wealth Media Finance

25   Corp.?

```
 1    A.   No.  I had never heard of that either.
 2    Q.   Just to be perfectly clear, do you have any prior
 3    relationship with any of the parties in this case?
 4    A.   No.  None whatsoever.
 5    Q.   Have you ever heard of Bron Studios?
 6    A.   I have heard of them as a production company and a
 7    financier.  They are a pretty well-established company, but I
 8    have never done any work with them.
 9    Q.   Just to be clear, you have no stake in the game at this
10    trial whatsoever; is that right?
11    A.   Correct.
12    Q.   You get paid for your time here regardless of who the jury
13    finds for; is that right?
14    A.   Correct.
15    Q.   Okay.  So, I want to go through your background a little
16    bit before we get into the substance so the jury can understand
17    how you became an expert in the field.
18         Let's start with how did you first become involved in the
19    entertainment industry?
20    A.   I got involved early on in the entertainment industry.
21    When I was at school at UCLA in Los Angeles I was an intern at
22    a production company at the Warner Brothers lot and I was with
23    that producer for about a year, and then I did a second
24    internship in my senior year with an international sales and
25    finance company that did the financing for independent film
```

1    around the world.  Then I just kind of step laddered up at

2    various companies both inside the studio system as well as the

3    independent world.

4    Q.  Where did you work after you said -- the international

5    company that you mentioned, what was that called?

6    A.  Right, that was -- the company was Producers Sales

7    Organization, it was one of the first companies that really

8    forged into international sales and finance of independent

9    film.  After PSO, I got my first job at Viacom, a television

10   production company before they became the conglomerate that

11   they are now, and I worked in series and long form television

12   development and programming.

13       From there, I went to Guber-Peters Entertainment, which was

14   probably at the time one of the largest and strongest

15   production companies.  They were also based at Warner Brothers.

16   They did films you probably know such as Batman and Rain Man

17   and Tango and Cash on the feature film side, and on the

18   television side, they did series like Witches of Eastwick.  So

19   they were very well established, and it was a great training

20   ground and also a place to work and get to know everybody in

21   the industry.

22   Q.  Where did you work after Guber-Peters Entertainment

23   Company?

24   A.  I was at Guber-Peters, I was reading a lot of scripts and

25   meeting a lot of directors and agents, and I actually took one

Pauline A. Stipes, Official Federal Reporter

1    of the scripts that I had read and was able to find financing

2    for the firm, and I became an associate producer on that film

3    because I brought the financing piece together.  As it was my

4    first film, I got my first credit, which is an associate

5    producer.

6        I then met with a writer/director and he asked me to

7    produce his film, which we did as an independent, and we

8    actually won the Venice Film Festival with that firm.

9        From there, I loved producing from both the development

10   stage, which means the script and casting and working with the

11   director and developing the project, to then working with the

12   lawyers and the international salse organizations to finance

13   the film.  So I went on to work with a company called Cineville

14   Entertainment where I produced and put together the financing

15   for several films, and then I went to another company called

16   Monte Cristo Entertainment and I did the same thing.

17   Q.  At Monte Cristo Entertainment, did you start your current

18   firm that you work for now?

19   A.  I started my consulting firm towards the tail end of my

20   time at Monte Cristo, when I was segueing out of development

21   and production and financing film.  I wanted to have a little

22   bit more freedom, so I started the consulting firm back in

23   2008, 2009, and then segued out of Monte Cristo and have been

24   doing the other two businesses off and on since.

25   Q.  So, you said prior to 2008, and specifically in your

1   experience doing your first film, you mentioned you were

2   intimately involved with the financing.  Can you talk a little

3   bit more about your experience financing films?

4   A.  Sure.  So, in the independent world at that time -- when I

5   say independent, it means not Warner Brothers, not Disney, not

6   Fox, not any of the big conglomerates as we know that do the

7   big giant Marvel movies and such, a smaller -- many films are

8   now independent.

9       The way that we financed in those days is we worked with a

10  combination of international sales, bank, collateralized debt

11  financing, equity investment, and tax credits.  It was a puzzle

12  that we would put together to get to the budget of five, ten

13  $15 million.

14      So, you have to work with various distributors, various

15  financing entities, individuals and banks and put this puzzle

16  together to maybe 60 percent here, 20 percent here, 20 percent

17  here to get the total number to produce the film.

18  Q.  Great.  And that is a little bit about what film financing

19  is.  It is a puzzle and you have to fit the pieces of the

20  budget in to making a project; is that right?

21  A.  Right.  So, in order to actually make a film -- a film is a

22  script that has been executed on film and in order to take it

23  from the script stage to what we see in the theaters or on TV,

24  you have to have money to do that and usually large sums of

25  money.

```
 1        So, financing is about putting together and procuring the
 2   total amount necessary for the budget that has been given to
 3   that particular script or TV show.  So, financing means if you
 4   want to make this movie, we have to get the money, how do we
 5   put it together, and we go to the various entities that we have
 6   come to know over our careers, and that is the way that the
 7   money is put together.
 8   Q.  What kind of cases have you worked on since you started
 9   your consulting firm in 2008?
10   A.  I have worked for a wide variety of cases.  Some for a
11   bank, for instance, I worked for Merrill-Lynch, I worked for
12   Oprah Winfrey Network, I worked against MTV and Disney and Fox
13   on the larger cases.  I have also done some cases where talent
14   agencies have been involved, or investors and partners in
15   partnership disputes have been involved.
16        And I have also been involved in cases where someone gets
17   injured and they are part of the entertainment industry.  I
18   either defend how much they should have made, or show the Court
19   how they really weren't making that much money, so there
20   wouldn't be that much economic damage.
21        So, a wide array, anything really to do with the
22   entertainment industry, and film and television specifically.
23   Q.  Can you give us a couple of examples of clients you have
24   testified on behalf of as an expert?
25   A.  The Oprah Winfrey Company, I testified against MTV, I have
```

```
 1    testified for film financiers, I have testified against major
 2    studios, I have testified on behalf of actors.
 3        So, it really depends on the case.  For the Merrill-Lynch
 4    case, they were a Defendant.  For Oprah Winfrey, her company,
 5    Oprah Winfrey Network, was a Plaintiff.  It has kind of run the
 6    gamut on both sides, Plaintiff and Defense.
 7    Q.  You read my mind, that was going to be my next question.
 8    So the jury understands, have you had experience testifying on
 9    behalf of both Plaintiff and Defendant?
10    A.  Yes, I have, extensively, and interestingly enough, it is
11    almost 50/50 if you look at all the cases that I have been
12    involved with, depositions and the arbitration.  I even
13    testified on behalf of Kevin Hart, an actor.  So it has run the
14    gamut.
15    Q.  Okay, great.
16        So, in your 20 plus years of experience in the industry,
17    have you ever heard the term "greenlit?"
18    A.  Yes.  It is a very common term within the industry,
19    especially when you are working with feature films.
20    Q.  We will get more granular in a moment, but in general, what
21    does it mean if a project has been greenlit?
22    A.  The term "greenlit" refers to when a project has a
23    completed script that has been approved by the actors,
24    directors, and the financing entity.  You have a completed
25    budget that has been approved by the financing, and agreed upon
```

Pauline A. Stipes, Official Federal Reporter

1    by the producer, you have a director that has been approved,

2    and you have the entire budget covered either by one financing

3    entity, either a studio or a production company, or that puzzle

4    has come together in its entirety.

5        When the money is there, and you are ready to go into

6    production and you can start writing checks and everybody

7    understands that there is enough money in the budget to

8    complete the film, that is called greenlight.  It is a go,

9    really, just like a stoplight.

10   Q.  Before we get into more detail on that, I am going to ask

11   you some followup questions.

12           MS. LEEKER:  Your Honor, I ask that Ms. Arnold be

13   qualified as an expert in the television and movie production

14   financing field.

15           THE COURT:  Yes.  Ladies and gentlemen, Ms. Arnold

16   will be considered an expert in TV and media production

17   financing deals for purposes of her testimony here in this

18   case.

19           MS. LEEKER:  Thank you, your Honor.

20   BY MS. LEEKER:

21   Q.  So, I want to break down what you said a little bit.

22       First, is this term greenlit, it is typically an

23   authorization or it is given -- is it typically given formally

24   or is it more of an informal term that is talked about or

25   discussed casually?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   No, it is never discussed even casually because millions of
 2   dollars are at stake.   Even on a small film it could be one to
 3   $5 million or it could be as much as 50 to a hundred.   It is a
 4   written authorization from the financing entity to the
 5   production studio and the producers.   Id there is a bank
 6   involved, there is a ton of paperwork that gets signed.   There
 7   is paperwork to be signed amongst all the parties.   So, it
 8   depends how much paper there is, but it is always in writing.
 9   Q.   So, there is a moment in time, in other words, where a
10   project has been greenlit unequivocally, black and white?
11   A.   Yes.   Immediately the producer will start hiring people,
12   setting up the office, spending money, usually within days or
13   weeks -- the account has probably already been set up and it's
14   ready to go.   The money gets transferred into the accountant
15   and the producer and the line producer will start running the
16   show.
17   Q.   Before any of that happens, in general, what milestones
18   must be met in order for a product to be greenlit?
19   A.   Sure.   You have a script, you have a cast, you have the
20   director, and you have the budget, and a cash flow, and a
21   schedule in which you need to produce the film.   All of those
22   need to be complete and approved by the producer, and the
23   financing entity and anyone else who is either financially or
24   creatively involved.
25        So, those milestones have to be met and then the film can
```

Pauline A. Stipes, Official Federal Reporter

```
 1    be greenlit and you follow that as a blueprint.  So your
 2    budget, your schedule, and your cash flow are what you follow
 3    once it has been approved and your film has been greenlit.
 4    Q.  Who makes the decision -- you touched on this a bit, on who
 5    is part of that decision-making process and who is responsible,
 6    but who typically makes the final decision on whether a project
 7    has been greenlit?
 8    A.  In the studio world, it is the studio.  So it's either the
 9    head of the studio, the president, or the head of business
10    affairs, or if there is a senior level executive, they will
11    have gotten permission from the head of the studio to go
12    forward.
13        If it is an independent film the bank is usually involved,
14    and they are the powers that be that keep the money, and when
15    all the papers have been signed and all the agreements have
16    been authorized, they will literally push a button where the
17    money goes from the bank to your account.  So it really
18    depends, but it is usually someone who is in control of the
19    money.
20    Q.  Is there a differences in how the term greenlit would be
21    used in connection with a feature length film as opposed to a
22    television show?
23    A.  Yes.  In fact, greenlit always refers to feature length
24    films that you would see either in the movie theater or now
25    streaming.  The term "greenlit" is not used in television.  It
```

1    is a term that is identifiable only in the feature long form

2    movie world.

3    Q.   Is there a similar process in the television world?

4    A.   It is similar, but not the same.   In television,

5    specifically in episodic or series television, you have a

6    script, a pilot script, and usually a Bible, and the Bible is

7    what outlines the first ten episodes of a series or 22 episodes

8    when you're talking about a network.

9         When a series is ready to go and the network is ready to

10   move forward, they will order a pilot, which is the first

11   single episode, and if they want to go forward after that, they

12   order the series, and that can be six, eight, ten or 22

13   episodes.

14        The term "greenlit" isn't used.   It's always order, a pilot

15   order, pilot commitment, series order, series commitment.

16   Order and commitment are the two key words in television.

17   Q.   So, in general, does a studio or network order -- I guess

18   my question would be:   How many episodes -- or in general, how

19   much is ordered up front by a studio or a network?

20   A.   Sure.   During the development process throughout the year

21   the network and the studios that they are working with and the

22   production companies will develop a lot of projects.   They will

23   take those, let's say, hundred projects and they will wean that

24   down to 20, and they will have those projects do the first

25   episode, which is called a pilot.

Pauline A. Stipes, Official Federal Reporter

1    That pilot episode is the first element that a network will

2    order, and that allows the creative team to -- they have enough

3    money -- they're given money by the network and they will have

4    enough money to produce the first show, the first episode.

5    Then, those 20 lucky production companies that produce those 20

6    episodes, the studios will wean that down and determine ten or

7    twelve, whatever their number is, out of those pilots to commit

8    to a series.  That's --

9    Q.  Is that -- go ahead.

10   A.  I was going to say that's when you have a scripted show.

11   In a reality show, they will probably have a teaser trailer

12   done and then they will decide to do a pilot or a small number

13   of shows, maybe six or eight, to see if the reality show works.

14   Q.  So, is it fair to say that most television shows -- in most

15   situations with a television show a network or a studio would

16   order the pilot first before ordering an entire season?

17   A.  I would say for the vast majority, maybe 80 to 90 percent

18   of TV shows there is a pilot ordered and that is all, and once

19   it is completed, they show it not only to their team, but there

20   is a whole process that the advertising agencies get involved

21   with, but we don't have to go there, that would be a little bit

22   too complicated to understand.

23       Yes, the pilot order is the first one.  In certain cases

24   when the executive producer and/or director and/or star are

25   very popular and very well known and they have a solid track

1    record already, and the idea is very strong, there are times in

2    a very small number of cases that the network will order a

3    series, a first season series, eight, ten episodes, but usually

4    not more than that if they haven't just gone the pilot.

5    Q.   How often in your experience has that happened where a

6    network or a studio has ordered the first season of a

7    television show without first seeing a pilot?

8    A.   I really don't know the percentages, but I can give you

9    like names.  The producer Shonda Rhimes, she produced Grey's

10   Anatomy, Bridgerton, she produced tons and tons of shows.  When

11   she comes to the network and says, this is what I want to do,

12   here is my script and Bible, which kind of outlines what the

13   first season will be, because she is such a strong executive

14   producer with such a strong track record, they would give

15   someone like Shonda Rhimes a season order.

16       Or Reese Witherspoon, for instance, her production company

17   Sunshine, they gave her -- because not only was it Reese and

18   her production company that had already been established, they

19   had a director and a show runner that was also

20   very established, and I believe the Morning Show with Jennifer

21   Aniston got a season order, but one season, and that is how it

22   usually goes.

23       It is not really a percentage necessarily, it is the team

24   that is in place that has such a strong track record that would

25   give the network the confidence to move forward beyond a pilot

```
 1    and into a series order or commitment, a season.
 2    Q.  Have you ever seen a situation in which a network or a
 3    studio orders more than one season at one time?
 4    A.  That is very, very rare, very rare.  Again, it would have
 5    be to someone like Shonda Rhimes or J.J. Abrams, these people
 6    that are paid 50 to a hundred million dollars to develop shows
 7    for the network, so they are already in business.  Then they
 8    will say, okay, we like it so much, let's give it two seasons,
 9    but it's very rare.
10        Usually one season is pretty good.  On occasion, if the arc
11    of the story really makes sense over two seasons, they may do
12    it, but it's rare.
13    Q.  So, you mentioned a show like Grey's Anatomy.  I believe
14    from my vast experience with Grey's Anatomy and watching every
15    episode, that it has been on the air for about 20 seasons, give
16    or take.
17    A.  You and me both.
18    Q.  Grey's Anatomy, is that studio or network that makes that
19    show, do they typically order two seasons at a time or one
20    season at a time?
21    A.  One season, even on a show like Grey's Anatomy, even on a
22    show like Bridgerton, even on a show like NCIS or CSI.  If the
23    show starts in September, for the networks who do 22 weeks of
24    shows, we call that 22 episodes, they will start having a
25    conversation at episode 15 or 16 and try to make something
```

| | |
|---|---|
| 1 | solid for the next season if they are going to move forward so |
| 2 | the team knows that they are going again. |
| 3 | Q.  And in your 20 plus years of experience, have you ever |
| 4 | personally seen a network or a studio order more than two |
| 5 | seasons for a show at one time? |
| 6 | A.  Never. |
| 7 | Q.  If someone told you their show had been greenlit even for |
| 8 | one season before it had raised any money, what would you say? |
| 9 | A.  Impossible. |
| 10 | Q.  Why is that? |
| 11 | A.  You can't greenlit -- sorry, I didn't mean to interrupt |
| 12 | you.  Sorry, madam court reporter. |
| 13 | You cannot greenlight a show when you haven't raised the |
| 14 | money.  It would be like this, if you say Tesla carmaker, for |
| 15 | instance, and Tesla says we are going to make some orders -- |
| 16 | the car dealership in Detroit says I want a thousand cars, if |
| 17 | Tesla doesn't have the money to build those cars and deliver |
| 18 | them, you can't greenlight the delivery of the finished |
| 19 | product. |
| 20 | Remember, greenlighting is the term that you get the |
| 21 | go-ahead to make the movie and you have your money in place so |
| 22 | that you can deliver to the people that are buying on the other |
| 23 | side, whether that's a studio or international distributor. |
| 24 | Does that make sense? |
| 25 | Q.  Yes.  As a followup, would you ever tell someone that a |

1    project had been greenlit before it had raised any money?

2    A.  No.  Again, that would be impossible.  There is no

3    possibility for that to exist because the term "greenlit" means

4    that you have the money, you have the approved schedule and

5    budget and director and team in place.  So, it is impossible to

6    greenlight something without any money.  They are tied together

7    intrinsically.

8    Q.  If someone told you that a show had been greenlit for five

9    seasons, what would you say?

10   A.  Impossible, never happen.

11   Q.  And why is that?

12   A.  Again, even the most substantial and the most experienced

13   producers get a season order and in a very rare case two season

14   order.  No studio or network is going to commit to five seasons

15   when a business such as the film and television industry is

16   very volatile.  It is a rollercoaster, one day a show is hot,

17   the next week it is not.  One day an actor is hot and the next

18   week they are not.

19       You have to also be in tandem with the desire of the

20   consumer.  So, if a show like the Hunger Games is a great movie

21   and they tried to make it a TV show, but two years later

22   everybody wants to watch rom-com and the Hunger Games is no

23   longer getting a viewing audience, you wouldn't have wanted to

24   have gotten ahead of yourself and forced yourself to commit to

25   five seasons of millions of dollars.

1      You do it step by step to make sure that the show is on

2   track, the actors are still trending, the show is still

3   trending, and then, once your numbers come back from your

4   research and, yes, it is still popular, they say, okay, we will

5   go for a second season.

6      It doesn't make business sense to greenlight for five

7   seasons because you don't have any idea how the show is going

8   to perform, or how the tides are going to change, or what is

9   happening in the world, and all of this affects the marketing

10  of TV and film now, especially with social media.

11  Q.  So, in your 20 plus years in the entertainment industry,

12  have you ever seen a show be greenlit or ordered for five

13  seasons?

14  A.  No.  Never.

15          MS. LEEKER:  I have no further questions for this

16  witness, your Honor.

17          THE COURT:  Okay.  All right.  Can you hear me okay?

18  I will turn my video on.

19          THE WITNESS:  I can hear you.

20          THE COURT:  All right.  Thank you very much.  I am

21  glad that the connection came through.  We appreciate your

22  testimony.

23          THE WITNESS:  I am good to go?

24          THE COURT:  You are good to go.  Enjoy Costa Rica.

25          THE WITNESS:  Thank you so much.

```
 1              THE COURT:  Is there any more evidence to be presented
 2     by the Plaintiffs?
 3              MR. JONELIS:  No, your Honor, Plaintiffs rest their
 4     case.
 5              THE COURT:  Okay.  Ladies and gentlemen, this was a
 6     very smooth day.  I will let you leave now with some brief
 7     remarks.  We are going to do some work tomorrow.  When you
 8     leave we have the jury instructions to get in final form for
 9     you.  When you come back tomorrow morning we will go over the
10     jury instructions and then the Plaintiff will give his closing
11     argument, and then you will go back to deliberate.
12              So, with that, we will excuse you and we will have you
13     come back at nine o'clock tomorrow morning.
14              Does that work for everybody?
15              With the important instruction -- we have accomplished
16     a lot today, but you have been here all day, so you will
17     probably see people tonight and they will ask what you were
18     doing all day.  Remember that until the trial is over, you are
19     not permitted to discuss the case with anybody.  I find it is
20     easier to simply say, the Judge says I can't discuss it,
21     because inevitably people want to offer you their unsolicited
22     views about things and that is not for you now.
23              Your only view should be formed by the evidence here
24     and the law that I instruct you.  Please keep that in mind.
25     Refrain from any interaction with the parties or the attorneys
```

1    in the morning.  You can go back to your jury room prior to

2    9:00 and by nine o'clock Melanie will bring everybody in, and

3    we will pick up where we left off today.

4              Thank you for your attention and your patience.  We

5    look forward to seeing you tomorrow.  Have a nice evening.

6         (Thereupon, the jury leaves the courtroom.)

7              THE COURT:  The only exhibits you moved in were 3, 4,

8    5, 9, 10, 14, 37, 44, and 45; is that correct?

9              MR. JONELIS:  17 and 19 as well.

10             THE COURT:  Okay.  Are those all of the exhibits?

11             MR. JONELIS:  Those are, your Honor.

12             THE COURT:  Those exhibits should be by sometime

13   tomorrow morning put at the front so when we bring the exhibits

14   back to the jurors, those are the ones that we bring back.

15             So, the only issues I wanted to go over in the jury

16   instructions -- we are cleaning them up, we take the bottom

17   off, you know, the citations and the authority and things like

18   that, so we are going to clean them up.

19             But the ones that don't comport with the -- with the

20   pattern I wanted to go over.  So, for example, page 8, I know

21   you say that you allege fraud and not fraudulent

22   misrepresentation, but you are relying upon the fraudulent

23   misrepresentation.

24             So, I am wondering why there can't be -- since that is

25   what the pattern instruction relates to, the jurors don't have

```
 1    the complaint, so it is not like it would likely lead to

 2    confusion, but I'm wondering if there is a different reason I

 3    am missing.  Why wouldn't we include fraudulent

 4    misrepresentation on page eight where it reads:  In this case,

 5    it is the responsibility of RSBV to prove every essential

 6    element of its claim for fraudulent misrepresentation by a

 7    preponderance of the evidence.

 8           Then, consistent with that, on page nine, why we

 9    wouldn't say on the first line:  RSVBP's cause of action

10    against Mr. Cloth is for fraudulent misrepresentation.  The

11    issues for you to decide on RSBVP's claim for fraudulent

12    misrepresentation are -- and then you travel down to the last

13    paragraph of that same page, and why it wouldn't read on the

14    claim for fraudulent misrepresentation:  RSBVP was entitled to

15    rely.

16           So those are my questions with respect to pages eight

17    and nine.

18           MR. JONELIS:  Your Honor, your point is well taken,

19    and we are happy to just say fraudulent misrepresentation.

20           THE COURT:  We will make those changes.  I just wanted

21    to make sure that was all right with you.  I suppose -- are we

22    leaving the headings in or not?  So, would it say fraudulent

23    misrepresentation at the top?

24           THE LAW CLERK:  Yes.  We will correct that.

25           THE COURT:  We'll change the heading to comport with
```

Pauline A. Stipes, Official Federal Reporter

1   that and make sure that it is consistent with the pattern

2   instructions.

3           And then on page ten, again -- I always err on the

4   side of using patterns unless there is a reason not to.  The

5   sentence that you added, that means RSBVP would not have made

6   the investment it did in The Pathway television series had Mr.

7   Cloth not made the alleged false statements, that is your own

8   statement, that is not part of the pattern.

9           I am not sure why you can't make that point in

10  argument, but keep the pattern the way the pattern appears,

11  which is just the first sentence:  A material fact is one that

12  is of such importance that RSBVP would not have entered into

13  the transaction but for the false statement.

14          MR. JONELIS:  Again, your point is well taken, your

15  Honor.  We will bring it up in closing.

16          THE COURT:  Okay.  We will remove that.

17          For compensatory damages, I know that there was no

18  pattern, so I understand your source was the Judge Middlebrooks

19  Scairretta versus Lincoln National Life Insurance Company,

20  which is case number 11-CV-80427, Sciarretta is

21  S-C-I-A-R-R-E-T-T-A, Southern District of Florida, March 2,

22  2012, and that is fine.  The only question is the last

23  sentence:  Also, compensatory damages must not be based on

24  speculation or guesswork because it is only actual damages that

25  are recoverable.

```
1            It seems to me you don't need "as compensatory

2     damages," because you have a whole separate section on punitive

3     damages.  So is there any objection to removing that?

4            MR. JONELIS:  We do not have any objection.  That is

5     just the last sentence, your Honor?

6            THE COURT:  Just the last three words, "as

7     compensatory damages."

8            And then -- so, let's see.  Page 13 is the punitive

9     damages.  Now, let's see, why was that in italics for

10    fraudulent conduct?  Does the pattern -- was that fraudulent

11    misrepresentation or did it not have anything there?

12           You have that in italics on page 13, I am trying to

13    remember why.  RSBVP claims that punitive damages should be

14    awarded against Mr. Cloth for his -- and then fraudulent

15    conduct in italics.

16           MR. JONELIS:  It was just because it was to note the

17    change from fraudulent representation, but we are happy to go

18    back to the pattern.

19           THE COURT:  All right.  It looks like you added the

20    paragraph on page 14 -- well, you have a couple of things on

21    page 14.  So, let's see.  Clear and convincing evidence differs

22    from -- and then you have "from the preponderance of the

23    evidence in that it is more compelling and persuasive."

24           Was that first preponderance of the evidence supposed

25    to be in italics?  Is that not from the Florida standard?
```

Pauline A. Stipes, Official Federal Reporter

1          MS. SAKONA:  So we used the Eleventh Circuit pattern,

2     which is preponderance instead of greater weight.  The Florida

3     instruction on punitive damages that we reference through this

4     referred to greater weight of the evidence, so we were just

5     indicating that we matched the preponderance standard, which is

6     what we referred to earlier in relying on the Eleventh Circuit

7     pattern.

8          We can change it, but we just wanted to keep

9     consistency as between the burden of proof instruction and the

10    punitive damages instruction.

11         THE COURT:  So, let's see here.  So, we used

12    preponderance of the evidence based on the Eleventh, and you

13    are saying the punitive damages in the Florida Statute uses the

14    greater weight and so you inserted preponderance of the

15    evidence instead of greater weight of the evidence?

16         MS. SAKONA:  Yes, exactly.  It contrasted clear and

17    convincing evidence for punitive damages with the earlier

18    instruction which in the Florida pattern is the greater weight

19    versus preponderance.  So we just used the one that we had used

20    earlier, which is why that is highlighted here, but that was

21    the reason for the change.

22         THE COURT:  Okay, that sounds fine then.  And did

23    we -- okay.  So then we repeat what we already said about the

24    preponderance of evidence.  Is that verbatim from what we said

25    earlier?

Pauline A. Stipes, Official Federal Reporter

```
1              MS. SAKONA:  Correct, your Honor.

2              THE COURT:  All right.  And then -- okay, that all

3    sounds fine.  And then, when we get to the verdict form, I

4    think we would want to -- let's see.

5              Number 5, you have that the Plaintiff was damaged due

6    to Mr. Cloth's false statement, but the instruction for

7    fraudulent misrepresentation, the elements on page nine of the

8    original version speaks about whether the false statement was a

9    legal cause of loss or damage to RSBVP.

10             Do you want to track that language?

11             MR. JONELIS:  We just thought, your Honor, that might

12   be somewhat confusing to the jury.  Frankly, it is confusing to

13   me the way it is phrased like that.

14             Not that we are wed to this language, but we wanted to

15   avoid the jury going, what is a legal cause?  We haven't heard

16   about that before.

17             THE COURT:  The general question, too, is that you are

18   more comfortable doing it as sort of an interrogatory verdict

19   form where they are finding for each element as opposed to

20   finding for the cause of action?

21             It's just a question.  I am not raising a concern

22   about it necessarily.

23             MR. JONELIS:  We'd prefer the single question, but we

24   didn't want to be presumptuous.

25             THE COURT:  Was there a pattern?  Did anybody happen
```

```
 1    to see whether there was a pattern instruction on that?
 2              MS. SAKONA:  I think that we did reference a pattern
 3    for this, but I will have to get back to you on that one.
 4              THE COURT:  For negligence it is broken down by
 5    element.  Do you think you were following how it appears for
 6    negligence?
 7              MS. SAKONA:  I believe it referenced a different
 8    state's verdict form for this, the same elements, of course,
 9    fraudulent misrepresentation.  I will be able to tell you which
10    state that was once I can get connected.  I apologize.
11              THE COURT:  You think you didn't find one in Florida?
12              MS. SAKONA:  Exactly.
13              THE COURT:  I don't think there is any problem with it
14    at all.  I do see that -- I should remember that from my days
15    in State Court, but I don't.  But for negligence, for example,
16    not that this is negligence, but -- well, the whole question
17    is:  Was there negligence on the part of such and such which
18    was a legal cause of the injury, and then a separate question
19    for damages.
20              While you are looking for that, in question number 6
21    would it be -- first of all, wouldn't we want to change
22    false -- no, we want to keep false statement.  So, for number
23    6, do we want to put compensatory in front of damages, what is
24    the amount of compensatory damages, because that question is
25    directed to compensatory damages?
```

Pauline A. Stipes, Official Federal Reporter

1      MR. JONELIS:  Yes, your Honor, I think that would make

2   more sense.

3      THE COURT:  All right.  We will add compensatory.

4      You know, the negligence -- going back to the

5   negligence one in the Florida State, they do use legal cause,

6   and the fact that we define legal cause -- do we define legal

7   cause?  Is it defined in the -- well, actually it isn't.  Page

8   9.

9      THE LAW CLERK:  Yes, there is a separate instruction.

10     THE COURT:  I think it is clear to keep legal cause

11  because there is a whole definition of it on page 11, and it

12  doesn't raise ambiguity about what does "do" mean.  Legal cause

13  is defined and that is how the pattern does it for negligence

14  at least.  I think we should put it legal cause.

15     MR. JONELIS:  That is all right, your Honor.

16     THE COURT:  Okay.

17     MR. JONELIS:  Is that to number 5?

18     THE COURT:  Yes.

19     MR. JONELIS:  What would be the exact phrasing of

20  that?

21     THE COURT:  That is a good question.  What about

22  whether the false -- let's see.  The false statement was a

23  legal cause --

24     MR. JONELIS:  That the legal cause of Plaintiffs'

25  damages were Mr. Cloth's false statements, or that Mr. Cloth's

Pauline A. Stipes, Official Federal Reporter

1    false statements were the legal cause of Plaintiffs' damages.

2    Maybe that Plaintiff was damaged as a legal cause of Mr.

3    Cloth's false statements.

4          THE COURT:  So you think was the Plaintiff damaged --

5          MR. JONELIS:  No, that Plaintiff was damaged as a

6    legal cause of Mr. Cloth's statements.

7          THE COURT:  What about just tracking the fifth

8    element, the false statement was -- or Mr. Cloth's false

9    statement was a legal cause of the Plaintiffs' loss or damage?

10         MR. JONELIS:  Yes, we would be fine with that.

11         THE COURT:  Okay.  Now we are working on -- okay.

12    Then damages should be awarded -- yes.  So I think it looks

13    fine, and I am fine with the separate -- the interrogatory

14    verdict.

15         MR. JONELIS:  There is one issue, your Honor, I am

16    just noticing that might confuse the jury.  Number 8, I think

17    the yes or no need to be replaced by a dollar sign and a blank

18    line.

19         THE COURT:  Right.  If you answered yes to question 7,

20    what amount of punitive damages should be awarded against Mr.

21    Cloth?  We should take out the yes or no, and it should be a

22    dollar sign just like the one for number 6.  We will make this

23    two pages.

24         Okay, were there any other comments?

25         I guess you have verdict form Count 2, fraud, but we

Pauline A. Stipes, Official Federal Reporter

```
 1    will put fraudulent misrepresentation on the front page of

 2    that?

 3              MR. JONELIS:  Yes.

 4              THE COURT:  Okay.

 5              MS. SAKONA:  Your Honor, I just wanted to confirm that

 6    I did find it.  It was the Mississippi model verdict form that

 7    was referenced, 1701, fraud general instruction verdict form.

 8    That was the pattern that we looked at because Florida was

 9    lacking.

10              THE COURT:  Okay.  So nobody else has one?

11              MS. SAKONA:  I can look for others.

12              THE COURT:  No, that is fine.  I was just curious how

13    you ended up with Mississippi.

14              MS. SAKONA:  There was a surprising derth of pattern

15    instructions on this, as we saw from the lack of a Florida one.

16              THE COURT:  It is accurate, you have tracked the

17    elements.  That is fine.

18              Okay, all right.  The plan will be, we will make

19    copies for all of the jurors of the jury instructions.  We

20    haven't lost any jurors, so you will have your seven to

21    deliberate.

22              I will make copies of the verdict form for everybody,

23    but I will explain to them that there is only one that they

24    will fill out.

25              We will start off the morning with my reading the jury
```

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | instructions, which should take 20 minutes or so, and then you |
| 2 | will go into closing.  What do you expect your closing to be? |
| 3 | MR. JONELIS:  No more than an hour, your Honor. |
| 4 | THE COURT:  All right.  And we will let them go and |
| 5 | deliberate.  You will have all the exhibits up there and that |
| 6 | will take care of everything.  Is there anything else that we |
| 7 | need to address? |
| 8 | MR. JONELIS:  Yes, your Honor.  Is it possible, once |
| 9 | the instructions and verdict form are finalized on your end, to |
| 10 | have the parties emailed them so we can prepare a |
| 11 | demonstrative? |
| 12 | THE COURT:  Yes, we will get that finished now and we |
| 13 | will email them to you. |
| 14 | MR. JONELIS:  Are you okay, just as a matter of |
| 15 | practice, with us putting the jury instructions on -- |
| 16 | THE COURT:  Yes.  I prefer that than trying to restate |
| 17 | the law.  I think it is better to use the jury instruction. |
| 18 | MR. JONELIS:  Fantastic.  Thank you, your Honor. |
| 19 | THE COURT:  Okay.  Well, good.  The materials can stay |
| 20 | in the courtroom if you want to leave some of your materials |
| 21 | here, but we will lock the door and it will be open again |
| 22 | tomorrow morning at 8:30ish. |
| 23 | MR. JONELIS:  Would you like us here at 8:30? |
| 24 | THE COURT:  No, I think we are fine.  We have plenty |
| 25 | of time.  I would get here when you are comfortable, but by |

Pauline A. Stipes, Official Federal Reporter

1    9:00.

2            MR. JONELIS:  Thank you.

3            THE COURT:  Have a nice evening.

4            MR. JONELIS:  Thank you, your Honor.

5            MS. SAKONA:  Thank you, your Honor.

6                        *  *  *

7        I certify that the foregoing is a correct transcript

8    from the record of proceedings in the above matter.

9

10        Date: July 31, 2024

11                    /s/ Pauline A. Stipes, Official Federal Reporter

12                        Signature of Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

                    **Pauline A. Stipes, Official Federal Reporter**

MR. JONELIS: **[96]**   3/6  4/2
4/7  5/9  5/12  5/14  5/17  5/21
6/13  6/18  6/25  7/10  7/18
7/24  8/5  8/7  8/10  8/21  8/24
9/12  9/23  10/3  10/5  10/9
11/6  11/11  11/23  12/8  12/13
12/18  14/4  38/11  38/14  40/21
45/3  46/2  46/6  47/7  47/10
47/12  47/17  47/21  48/2  48/7
48/12  56/5  56/8  69/25  70/5
70/11  70/17  70/23  72/5  93/4
93/21  97/23  101/12  108/9
112/20  116/9  116/12  118/16
126/10  126/14  127/9  130/17
130/21  130/23  131/5  132/12
132/19  152/2  153/8  153/10
154/17  155/13  156/3  156/15
158/10  158/22  159/25  160/14
160/16  160/18  160/23  161/4
161/9  161/14  162/2  163/2
163/7  163/13  163/17  163/22
164/1  164/3
MR. WAGNER: **[2]**   3/10  3/16
MS. LEEKER: **[6]**   3/8  132/22
133/20  142/11  142/18  151/14
MS. ROMAN: **[1]**   3/19
MS. SAKONA: **[12]**   3/12  12/9
156/25  157/15  157/25  159/1
159/6  159/11  162/4  162/10
162/13  164/4
THE COURT: **[138]**   2/19  3/14
3/18  3/20  4/3  4/8  5/11  5/13
5/15  5/19  6/10  6/15  6/19  7/7
7/17  7/23  8/4  8/6  8/8  8/11
8/23  9/11  9/21  10/2  10/4
10/6  10/11  10/14  11/8  11/16
11/25  12/10  12/16  12/20  13/6
14/18  19/10  38/4  38/13  40/23
43/21  45/4  46/4  46/8  46/22
47/6  47/8  47/11  47/13  47/18
47/22  48/4  48/10  48/14  48/21
49/12  56/7  68/4  69/15  70/3
70/10  70/13  70/16  70/19
70/21  70/25  71/7  72/6  93/5
93/23  97/25  101/14  108/11
112/22  116/11  116/13  118/18
126/13  127/11  130/18  130/22
130/24  131/2  131/7  131/12
131/16  132/11  132/15  132/20
132/25  133/19  133/23  134/7
134/9  134/15  134/18  134/20
142/14  151/16  151/19  151/23
151/25  152/4  153/6  153/9
153/11  154/19  154/24  155/15
156/5  156/18  157/10  157/21
158/1  158/16  158/24  159/3
159/10  159/12  160/2  160/9
160/15  160/17  160/20  161/3
161/6  161/10  161/18  162/3
162/9  162/11  162/15  163/3
163/11  163/15  163/18  163/23
164/2
THE COURTROOM DEPUTY: **[3]**
10/12  12/24  71/3
THE JUROR: **[2]**   43/2  43/22
THE JURY: **[1]**   131/1

---

THE LAW CLERK: **[2]**   154/23
160/8
THE WITNESS: **[6]**   71/6
134/17  134/19  151/18  151/22
151/24

---

**$**

**$10 [1]**   84/19
**$10 million [1]**   84/19
**$10,000 [1]**   44/9
**$12 [1]**   83/8
**$12 million [1]**   83/8
**$13 [1]**   58/15
**$13 million [1]**   58/15
**$15 [5]**   109/25  110/3  111/7
111/11  139/13
**$15 million [5]**   109/25  110/3
111/7  111/11  139/13
**$16 [1]**   85/18
**$16 million [1]**   85/18
**$2.25 [2]**   103/17  103/22
**$2.25 million [2]**   103/17
103/22
**$20 [1]**   43/5
**$30 [1]**   84/3
**$30 million [1]**   84/3
**$313,001 [1]**   120/24
**$5 [1]**   143/3
**$5 million [1]**   143/3
**$5,823,277 [1]**   120/1
**$6 [9]**   17/2  17/10  64/21
81/12  81/16  91/10  91/13
103/19  123/3
**$6 million [9]**   17/2  17/10
64/21  81/12  81/16  91/10
91/13  103/19  123/3
**$6,573,024 [2]**   90/25  119/9
**$6.5 [17]**   61/15  62/24  63/10
64/24  92/12  105/16  107/20
110/7  110/9  110/12  110/18
111/8  111/12  113/3  113/22
118/6  121/18
**$6.5 million [17]**   61/15
62/24  63/10  64/24  92/12
105/16  107/20  110/7  110/9
110/12  110/18  111/8  111/12
113/3  113/22  118/6  121/18
**$750,000 [1]**   95/2

---

**'**

**'21 [4]**   93/1  95/7  104/8
104/12
**'22 [1]**   84/11
**'23 [1]**   128/19

---

**/**

**/s [1]**   164/11

---

**1**

**10 [7]**   2/17  116/2  116/12
116/13  116/14  116/15  153/8
**101 [1]**   2/16
**108 [1]**   2/16
**10:46 [1]**   96/1
**11 [3]**   29/24  29/25  160/11
**11-CV-80427 [1]**   155/20
**112 [1]**   2/17
**116 [2]**   2/17  8/1

---

**117 [1]**   8/1
**118 [2]**   2/18  8/2
**11:00 [3]**   48/1  48/2  68/8
**11:00 o'clock [3]**   10/18
10/22  68/10
**11:28 [1]**   99/11
**11:30 [1]**   99/21
**12 [11]**   30/18  30/19  65/4
108/1  109/18  110/2  111/6
111/16  123/20  124/2  124/20
**12 and [1]**   123/23
**12 percent [1]**   76/10
**127 [1]**   2/18
**12:00 [1]**   68/8
**13 [14]**   24/17  30/1  31/4  31/5
36/22  44/9  112/14  112/19
113/2  116/7  116/11  117/25
156/8  156/12
**13 million [1]**   123/12
**132 [2]**   2/8  2/19
**133 [1]**   2/9
**134 [1]**   2/11
**13th [1]**   116/18
**14 [18]**   2/16  27/2  32/25  33/1
33/4  35/6  91/4  107/21  107/22
108/11  108/12  108/13  108/15
108/16  111/5  153/8  156/20
156/21
**1450 [1]**   1/23
**15 [23]**   4/7  12/25  21/6  26/23
26/24  27/17  28/11  30/11
30/14  31/3  32/13  33/16  33/17
35/5  36/19  36/24  37/5  37/7
109/20  109/24  131/11  133/4
148/25
**15 million [3]**   107/7  112/6
114/19
**15 percent [1]**   77/24
**16 [4]**   34/22  34/23  40/3
148/25
**16 million [3]**   84/20  85/8
85/22
**17 [9]**   2/19  35/10  35/11
39/13  45/7  132/14  132/16
132/18  153/9
**1701 [1]**   162/7
**18 [4]**   31/7  36/14  36/15
40/14
**18-hour [1]**   59/7
**19 [7]**   2/19  37/3  37/4  132/14
132/16  132/18  153/9
**1990's [1]**   33/12
**19th [1]**   24/9
**1:00 [5]**   48/2  48/2  69/17
69/24  70/15

---

**2**

**2.2 [1]**   12/18
**20 [18]**   4/5  12/10  25/9  35/15
36/10  37/13  37/14  39/24
40/18  132/1  141/16  145/24
146/5  146/5  148/15  149/3
151/11  163/1
**20 percent [2]**   139/16  139/16
**2004 [1]**   30/21
**2008 [3]**   138/23  138/25  140/9
**2009 [1]**   138/23
**2012 [1]**   155/22

## 2

**2017 [1]**   42/15
**2018 [2]**   17/7 42/15
**2019 [2]**   77/14 83/12
**2020 [6]**   17/7 83/12 91/4
  91/5 91/6 104/11
**2021 [42]**   17/11 91/5 92/18
  93/13 93/17 94/9 94/23 95/15
  96/8 96/12 96/15 96/21 97/11
  97/16 98/7 98/19 101/9
  101/11 101/19 102/3 102/24
  103/3 103/12 103/24 104/2
  104/11 104/13 104/18 107/21
  108/1 108/16 109/18 110/2
  111/6 111/16 112/14 112/19
  113/2 116/7 117/25 124/11
  125/13
**2022 [2]**   125/12 126/20
**2023 [3]**   12/10 132/2 133/4
**2024 [3]**   1/10 83/13 164/10
**2049 [1]**   1/19
**21 [3]**   28/7 31/7 91/4
**22 [4]**   145/7 145/12 148/23
  148/24
**23 [1]**   28/9
**23-CV-80282 [2]**   3/3 13/12
**23-CV-80282-ROSENBERG [1]**
  1/3
**23rd [1]**   1/24
**24 [20]**   23/14 74/3 74/9
  74/10 93/13 93/17 94/8 94/23
  95/15 96/12 97/16 98/7 101/9
  101/11 101/19 102/3 102/24
  103/3 103/12 103/24
**24/7 [1]**   74/4
**2400 [1]**   1/19
**24th [1]**   22/7
**25 [6]**   22/3 28/4 28/10 33/3
  33/24 39/11
**25 percent [1]**   77/6
**250,000 [1]**   94/24
**26 [1]**   35/2
**28 [1]**   26/1
**29 [2]**   33/4 35/1

## 3

**3 million [1]**   85/14
**30 [6]**   6/8 33/22 37/4 73/11
  83/8 127/16
**305-350-7216 [1]**   1/25
**31 [2]**   26/1 164/10
**310-556-3501 [1]**   1/20
**32 [2]**   21/20 33/24
**33 [1]**   26/1
**33131 [1]**   1/24
**34 [1]**   21/21
**3434 [1]**   2/2
**35 [1]**   34/25
**350,000 [1]**   124/8
**3501 [1]**   1/20
**37 [8]**   2/18 23/14 30/25
  118/10 118/18 118/19 118/20
  153/8
**38 [1]**   34/25
**39 [2]**   23/15 34/24

## 4

**42 [1]**   130/24
**43 [1]**   24/22
**44 [7]**   2/18 70/8 70/10
  126/16 127/11 127/13 153/8
**45 [9]**   2/18 6/14 69/24 70/10
  126/16 127/11 127/13 130/23
  153/8

## 5

**50 [4]**   80/4 141/11 143/3
  148/6
**50,000 [1]**   77/25
**50/50 [1]**   141/11
**561-803-3434 [1]**   2/2
**5:00 [1]**   48/5

## 6

**6 million [2]**   60/24 84/21
**6 million-dollar [1]**   124/13
**6,573,000 [1]**   118/8
**6,573,024 [2]**   118/9 119/14
**6.5 [1]**   91/1
**6.5 million [4]**   104/15
  105/11 105/13 120/7
**60 percent [1]**   139/16

## 7

**7 million [1]**   84/21
**71 [1]**   2/7
**7216 [1]**   1/25
**750 [2]**   77/25 103/15
**750,000 [2]**   94/25 95/13
**7:47 [1]**   96/1

## 8

**8.4 million [1]**   114/18
**80 [1]**   146/17
**80282 [2]**   3/3 13/12
**80427 [1]**   155/20
**86 [1]**   26/21
**8:30 [1]**   163/23
**8:30ish [1]**   163/22
**8:56 [1]**   101/19

## 9

**90 [1]**   146/17
**90067 [1]**   1/20
**94 [1]**   2/15
**98 [1]**   2/15
**9:00 [2]**   153/2 164/1

## A

**a successful [1]**   100/15
**A-R-N-O-L-D [1]**   134/18
**a.m [3]**   96/1 99/21 101/19
**AARON [15]**   2/9 9/23 12/2
  12/22 20/11 66/16 121/12
  121/13 121/14 132/24 133/3
  133/9 133/17 133/18 133/19
**ability [5]**   26/15 27/22 34/8
  45/17 52/2
**able [15]**   9/17 9/20 26/12
  33/9 37/9 45/22 45/23 46/20
  49/2 66/3 72/6 73/21 88/2
  138/1 159/9
**about [146]**   4/18 4/21 5/3

5/4 5/14 5/15 5/19 6/14 7/4
9/8 9/23 10/8 13/16 15/21
15/22 16/16 16/19 17/21 20/3
21/10 22/16 24/4 24/10 25/9
26/14 27/13 27/18 27/22
28/20 29/16 30/12 30/13
37/25 41/2 41/17 42/15 42/21
46/12 49/16 50/1 52/3 52/13
52/14 52/16 52/24 52/25 53/7
53/9 53/13 53/14 53/17 53/18
54/15 56/23 57/7 57/12 57/23
58/17 58/20 59/12 59/13
59/14 59/19 61/4 61/7 61/8
63/2 64/22 65/7 67/9 67/22
68/15 68/19 68/22 68/23
68/24 72/5 72/9 72/10 73/18
74/18 74/21 75/9 76/5 76/8
78/1 79/5 81/12 82/7 83/21
84/4 84/5 85/15 85/17 86/12
87/9 88/15 88/16 89/12 89/23
90/6 90/11 90/18 91/17 92/13
92/20 97/4 98/9 99/5 104/1
104/6 104/17 104/21 104/23
105/21 109/20 110/9 111/7
111/17 113/9 115/18 123/16
125/5 129/6 130/13 130/23
132/2 133/4 134/3 135/19
135/24 136/23 139/3 139/18
140/1 142/24 145/8 148/15
152/22 157/23 158/8 158/16
158/22 160/12 160/21 161/7
**above [2]**   119/4 164/8
**Abrams [1]**   148/5
**absolutely [2]**   106/15 112/3
**abuse [1]**   26/20
**abusive [1]**   129/12
**accident [1]**   29/11
**accomplished [1]**   152/15
**According [3]**   60/8 61/9
  61/23
**account [7]**   52/2 123/9
  123/20 123/24 124/3 143/13
  144/17
**accountant [1]**   143/14
**accurate [4]**   15/10 93/20
  93/21 162/16
**accurately [1]**   65/16
**acquire [1]**   53/23
**Acres [1]**   33/22
**acronyms [1]**   42/10
**across [2]**   26/21 135/7
**action [4]**   58/4 89/8 154/9
  158/20
**actor [3]**   9/24 141/13 150/17
**actors [3]**   141/2 141/23
  151/2
**actual [9]**   6/3 67/25 85/5
  85/7 85/9 95/14 119/22 120/8
  155/24
**actually [27]**   19/6 35/14
  45/1 59/24 60/16 60/19 60/20
  63/17 63/21 67/8 78/11 85/5
  86/15 97/22 103/3 114/20
  120/5 120/11 121/9 121/16
  123/11 125/18 128/9 137/25
  138/8 139/21 160/7
**Actually it's [1]**   123/11
**acumen [1]**   73/24

**A**

**Adam [2]**   10/9 20/12
**add [1]**   160/3
**added [4]**   70/8 70/11 155/5
156/19
**addition [4]**   52/24 79/3
120/14 125/16
**additional [22]**   9/8 12/6
21/12 40/22 47/3 49/7 52/10
60/24 60/25 61/2 61/3 81/20
94/11 94/19 95/4 95/11 98/19
99/4 99/6 117/1 120/12
132/14
**address [3]**   34/19 65/15
163/7
**adjoining [1]**   23/23
**adjustments [1]**   37/10
**adjustor [2]**   28/7 28/10
**admit [6]**   93/23 97/25 101/14
116/10 127/11 132/14
**admitted [15]**   7/23 8/23 9/3
51/19 63/25 93/24 93/25 98/1
101/15 108/12 112/23 116/14
118/19 127/12 132/16
**admittedly [1]**   65/23
**advance [2]**   4/19 119/25
**advertising [1]**   146/20
**advise [2]**   9/14 135/2
**adviser [2]**   102/2 103/1
**advisory [2]**   25/7 25/11
**affairs [2]**   15/19 144/10
**affect [1]**   129/13
**affecting [1]**   52/9
**affects [2]**   129/13 151/9
**affirmative [1]**   18/19
**after [42]**   5/21 9/10 9/22
11/6 21/10 54/22 55/3 55/23
57/21 57/24 60/22 61/2 61/3
63/16 66/12 66/24 78/14 89/9
91/9 92/7 95/24 95/25 96/5
96/7 98/17 99/4 99/9 103/11
104/25 105/3 105/9 110/24
115/7 117/17 124/11 124/14
126/3 131/1 137/4 137/9
137/22 145/11
**after you [1]**   137/4
**aftermarket [1]**   25/9
**afternoon [3]**   11/2 61/2
71/11
**Afterwards [1]**   14/1
**again [22]**   14/8 16/17 34/12
38/18 38/18 42/10 57/1 64/16
68/4 69/4 89/10 92/15 101/8
107/5 120/17 148/4 149/2
150/2 150/12 155/3 155/14
163/21
**against [25]**   18/5 44/22 65/2
65/13 78/23 79/6 79/8 79/14
86/25 87/8 87/12 88/1 89/3
89/5 89/14 89/20 89/21 89/22
90/9 140/12 140/25 141/1
154/10 156/14 161/20
**age [3]**   21/21 35/16 52/23
**agencies [2]**   140/14 146/20
**agents [1]**   137/25
**ago [10]**   22/3 23/1 26/4
34/24 34/25 40/19 41/8 89/9

89/23 89/23 142/12
**agree [4]**   19/13 67/13 68/1
108/18
**agreed [3]**   60/23 63/10
141/25
**agreeing [1]**   18/1
**agreement [5]**   108/24 109/2
109/2 109/6 120/19
**agreements [5]**   78/5 81/25
82/2 91/20 144/15
**agrees [1]**   51/4
**ahead [5]**   61/22 69/19 146/9
149/21 150/24
**aide [1]**   36/15
**air [1]**   148/15
**all [117]**   3/2 3/5 4/4 7/24
8/18 8/24 10/8 12/1 12/11
13/7 15/4 15/7 16/11 18/24
20/14 20/16 22/9 22/11 28/11
30/11 30/14 36/13 36/22 38/4
38/5 38/5 39/2 39/3 39/5
39/12 42/21 46/2 46/3 46/4
47/23 47/23 48/1 48/20 48/25
49/15 52/8 52/19 55/2 55/3
55/13 55/21 55/22 55/24
56/10 56/23 57/23 58/22
58/23 61/21 64/14 65/3 68/6
68/13 69/16 70/4 73/18 74/7
76/1 80/4 80/10 84/4 85/9
85/22 86/14 86/18 88/4 90/5
107/25 114/16 114/22 114/23
115/15 124/15 125/3 125/20
125/23 127/4 127/4 128/3
130/1 130/15 130/16 131/2
131/13 132/16 133/24 134/8
134/10 141/11 143/7 143/21
144/15 144/15 146/18 151/9
151/17 151/20 152/16 152/18
153/10 154/21 156/19 158/2
158/2 159/14 159/21 160/3
160/15 162/18 162/19 163/4
163/5
**allege [2]**   17/15 153/21
**alleged [1]**   155/7
**allow [1]**   51/18
**allowed [1]**   55/23
**allows [1]**   146/2
**almost [5]**   72/12 88/16
100/16 124/9 141/11
**along [3]**   11/13 64/4 64/14
**already [24]**   9/9 60/10 61/24
62/2 62/16 62/18 76/11 83/16
88/20 94/22 95/2 97/1 97/2
99/4 100/18 110/3 122/12
124/12 133/1 143/13 147/1
147/18 148/7 157/23
**also [50]**   3/10 3/12 3/13
3/17 5/23 7/5 7/16 12/22
17/17 20/7 23/13 23/23 23/24
24/5 27/2 27/20 28/10 50/8
51/15 53/12 56/18 62/20 64/9
65/5 67/20 84/2 88/9 90/18
94/2 98/19 110/17 111/12
117/18 117/24 119/13 120/15
121/22 122/5 122/14 124/17
125/23 135/5 135/11 137/15
137/20 140/13 140/16 147/19
150/19 155/23

**alternate [5]**   4/19 47/4
47/18 47/21 47/21
**alternatively [1]**   13/15
**although [3]**   6/9 12/3 69/18
**always [9]**   4/22 22/12 37/16
80/7 125/7 143/8 144/23
145/14 155/3
**am [104]**   4/21 9/1 10/1 10/20
12/14 13/8 13/9 14/1 14/7
14/9 20/14 20/21 20/24 21/16
21/16 21/19 22/15 23/13
24/16 24/21 25/6 25/10 25/23
25/23 25/25 26/19 26/20
26/22 27/1 27/11 27/14 28/1
28/1 28/6 29/1 29/1 29/6
29/25 30/2 30/7 30/8 30/13
30/19 30/20 30/22 31/5 33/1
33/4 33/6 33/17 33/22 34/12
34/18 35/11 35/11 35/14
36/15 36/15 36/18 37/4 37/5
37/16 38/6 38/20 39/3 39/12
40/11 42/10 42/11 43/20
44/11 45/16 49/14 56/2 56/11
68/9 74/13 81/8 84/18 86/3
90/22 91/16 93/10 98/23
98/24 100/23 107/24 108/1
114/3 115/25 122/7 124/9
125/20 127/17 142/10 151/20
151/23 153/24 154/3 155/9
156/12 158/21 161/13 161/15
**Amazon [1]**   31/3
**ambiguity [1]**   160/12
**America [1]**   39/18
**amongst [1]**   143/7
**amount [20]**   43/6 44/16 60/7
61/14 82/20 86/14 91/22 95/4
103/15 105/8 113/19 118/8
119/11 120/6 122/11 123/18
130/2 140/2 159/24 161/20
**amounts [1]**   130/15
**analytical [1]**   21/16
**Anatomy [5]**   147/10 148/13
148/14 148/18 148/21
**and advisory [1]**   25/7
**and after [1]**   61/3
**and the [1]**   99/10
**And then [1]**   158/2
**and we [1]**   163/12
**and/or [3]**   15/3 146/24
146/24
**Angeles [3]**   1/20 14/11
136/21
**animation [2]**   99/7 125/18
**animations [1]**   81/4
**Aniston [1]**   147/21
**another [16]**   11/19 12/20
16/4 41/24 46/12 49/9 56/19
61/7 62/1 70/7 79/20 84/15
101/8 102/19 125/9 138/15
**answer [10]**   6/9 21/2 21/5
35/5 38/10 51/10 51/12 51/14
111/24 125/5
**answered [2]**   99/4 161/19
**answering [1]**   21/10
**answers [8]**   4/10 15/8 50/23
67/1 83/9 131/25 132/8
133/15
**anticipate [1]**   6/9

**A**

anticipating [1]   10/9
anticipation [1]   6/7
any [129]   5/6 6/8 11/3 13/15
 15/14 15/14 15/15 15/15
 15/19 16/19 17/12 18/17 20/8
 20/10 20/10 21/12 21/25
 22/21 22/24 22/25 23/5 25/3
 25/14 25/15 27/8 29/3 29/23
 31/25 32/2 33/6 33/7 33/8
 33/9 33/10 33/14 34/2 34/2
 38/7 38/7 38/11 40/6 41/3
 42/16 44/15 44/20 45/2 46/12
 46/18 46/24 47/2 47/7 47/9
 52/4 52/5 52/6 52/8 53/1
 53/5 53/7 53/8 53/10 53/11
 53/13 53/14 53/15 53/15
 53/16 53/23 53/25 54/1 55/19
 67/25 69/4 69/7 69/9 74/22
 74/25 77/9 83/4 89/21 91/13
 92/19 93/19 97/20 97/21
 98/12 104/3 105/7 105/17
 106/2 106/12 112/17 117/13
 117/15 121/25 122/17 122/23
 123/1 123/14 124/6 125/5
 131/9 131/10 132/7 132/8
 133/13 133/14 134/2 136/2
 136/3 136/8 139/6 143/17
 149/8 150/1 150/6 151/7
 152/1 152/25 156/3 156/4
 159/13 161/24 162/20
anybody [14]   14/1 41/3 42/12
 42/20 42/25 43/2 43/5 43/21
 44/8 44/13 44/24 74/14
 152/19 158/25
anyone [29]   13/25 14/2 14/3
 14/19 14/20 19/19 19/23
 19/24 20/3 22/22 46/13 52/13
 52/16 52/24 52/25 53/8 53/17
 53/18 54/7 68/20 75/7 106/5
 107/10 129/9 131/9 131/10
 134/2 134/3 143/23
anything [26]   5/4 9/20 13/16
 16/19 20/3 24/10 25/19 26/14
 27/18 28/20 29/16 37/25 41/6
 41/17 42/1 44/24 52/13 67/17
 73/18 84/14 92/13 95/3 123/5
 140/21 156/11 163/6
apart [1]   45/14
apologize [6]   14/5 86/3
 100/25 116/13 131/6 159/10
apparently [1]   80/14
appealing [2]   59/21 61/25
appear [4]   68/13 68/14 101/9
 108/7
appearance [3]   3/6 46/18
 69/9
APPEARANCES [1]   1/16
appearing [4]   12/22 132/21
 133/25 134/12
appears [5]   97/15 107/25
 108/17 155/10 159/5
apply [3]   49/21 49/22 69/2
appreciate [4]   49/4 57/5
 73/23 151/21
approach [3]   8/8 56/6 93/5

approached [2]   59/13 59/19
appropriate [2]   10/1 15/23
approved [6]   141/23 141/25
 142/1 143/22 144/3 150/4
approximately [1]   25/25
apps [1]   53/3
April [2]   104/8 104/18
arbitration [1]   141/12
arc [1]   148/10
architect [2]   27/11 27/18
are [238]
area [5]   20/23 25/24 33/3
 37/20 82/9
arena [1]   106/10
argument [3]   11/7 152/11
 155/10
argumentative [1]   54/19
arguments [5]   50/17 50/18
 50/19 52/19 55/5
Arizona [1]   72/16
Army [2]   21/23 29/8
ARNOLD [12]   2/10 9/14 10/25
 20/11 62/8 69/25 132/22
 134/14 134/15 134/18 142/12
 142/15
around [6]   37/16 74/4 74/13
 91/1 104/18 137/1
arrangements [3]   27/7 27/8
 42/1
array [1]   140/21
art [1]   62/4
as [143]   3/18 8/14 8/14 9/16
 9/17 9/18 13/10 14/16 15/23
 15/24 15/24 16/23 17/2 17/11
 17/22 19/7 19/7 19/8 19/14
 20/22 30/19 31/25 32/3 33/10
 34/3 34/8 37/25 38/10 39/13
 40/8 40/8 42/22 44/7 44/11
 46/20 47/9 47/20 48/16 48/22
 48/24 49/9 49/9 49/17 50/10
 50/10 53/4 54/2 54/3 54/23
 55/8 55/9 56/17 57/19 58/2
 58/5 59/2 59/16 59/23 60/11
 60/15 60/21 60/25 62/1 62/11
 62/19 62/23 63/12 63/13
 63/15 64/22 64/25 65/20
 66/11 67/23 69/6 70/24 72/2
 73/3 73/24 73/24 74/9 74/11
 75/3 75/13 76/16 76/19 83/13
 84/6 90/2 94/22 98/22 99/9
 100/11 100/14 110/24 111/24
 114/24 120/1 121/3 121/8
 122/12 123/7 129/10 129/18
 129/22 130/15 132/4 132/5
 133/1 133/8 133/12 133/13
 133/16 133/18 135/5 135/7
 135/13 135/21 136/6 137/2
 137/2 137/16 138/3 138/7
 139/6 140/24 142/13 143/3
 143/3 144/1 144/21 149/25
 150/15 153/9 156/1 156/6
 157/9 158/18 158/19 161/2
 161/5 162/15 163/14
ashamed [3]   128/23 128/24
 128/25
aside [1]   11/11
ask [30]   4/16 7/3 7/5 7/15
 7/16 13/14 20/14 38/7 38/8

45/1 51/1 54/21 54/23 56/4
 66/1 66/6 67/21 68/21 86/19
 86/21 105/7 113/8 116/10
 122/16 126/13 127/17 131/23
 142/10 142/12 152/17
asked [19]   9/14 15/18 57/23
 63/4 65/11 66/2 66/5 66/6
 66/7 67/1 67/3 77/15 98/9
 104/9 105/12 106/14 106/16
 123/19 138/6
asking [8]   7/2 7/10 43/14
 88/21 95/20 105/16 105/21
 115/21
asks [1]   51/6
aspects [1]   40/7
asserted [4]   18/4 79/2 89/1
 89/2
Assistant [1]   26/4
assistants [1]   39/3
associate [2]   138/2 138/4
associated [3]   46/13 131/10
 134/4
assuming [4]   7/3 10/1 44/11
 114/3
assurance [2]   60/2 63/9
assurances [4]   61/4 92/20
 124/17 124/23
assure [4]   17/16 92/14
 124/14 125/5
assured [5]   60/11 80/8 80/9
 80/9 117/10
astounding [1]   88/21
Atlanta [4]   27/14 40/2 41/22
 42/2
attached [2]   114/1 115/5
attempt [2]   15/13 86/17
attend [2]   10/17 10/18
attended [1]   30/3
attending [1]   39/8
attention [3]   4/15 38/9
 153/4
attentive [1]   69/12
attorney [4]   28/18 37/17
 37/21 37/25
attorney's [1]   44/10
attorneys [7]   13/20 15/18
 15/21 21/11 38/9 69/4 152/25
audience [1]   150/23
audio [1]   9/18
Australia [1]   135/8
authenticate [1]   70/12
authentication [1]   126/11
authority [1]   153/17
authorization [2]   142/23
 143/4
authorized [1]   144/16
automated [1]   27/20
automotive [1]   25/8
available [1]   80/7
Avenue [1]   1/23
avoid [2]   46/18 158/15
award [2]   7/16 67/21
awarded [3]   156/14 161/12
 161/20
aware [4]   42/11 46/15 89/18
 89/21
away [1]   130/11
awkward [2]   13/3 14/5

**A**

**Axelrod [1]**   1/23

**B**

**B.S [1]**   125/21
**back [86]**   8/19 8/24 15/2
17/12 17/12 19/3 26/10 30/21
43/2 43/7 44/10 45/7 46/19
46/25 47/24 48/23 49/6 58/18
59/11 60/7 60/12 60/18 61/22
63/7 63/24 65/4 67/17 67/18
69/12 69/24 70/14 70/22
75/16 78/3 78/4 78/7 81/13
81/18 81/20 82/20 87/1 89/6
89/15 91/13 91/21 91/25 92/4
92/6 92/14 92/18 94/1 95/4
96/20 97/10 99/8 102/9 104/3
104/9 108/15 110/17 111/12
115/6 119/7 121/5 122/23
123/4 124/15 124/23 128/18
129/14 131/11 131/14 131/17
134/4 134/10 138/22 151/3
152/9 152/11 152/13 153/1
153/14 153/14 156/18 159/3
160/4
**background [4]**   4/20 15/21
73/13 136/15
**bad [4]**   86/18 100/23 130/11
130/12
**Baena [1]**   1/22
**bake [1]**   36/21
**bakeware [1]**   72/21
**balance [3]**   43/9 43/11 43/12
**balancing [1]**   55/16
**ball [4]**   26/2 27/1 29/5
35/17
**bank [8]**   85/24 86/1 88/19
139/10 140/11 143/5 144/13
144/17
**bankrupt [1]**   88/12
**bankruptcy [6]**   58/6 88/7
88/9 88/14 90/7 130/7
**banks [1]**   139/15
**base [5]**   19/19 19/23 53/20
53/22 55/2
**based [16]**   3/24 4/25 19/16
20/3 27/24 39/7 76/23 85/19
89/6 97/7 97/11 101/2 112/7
137/15 155/23 157/12
**bases [1]**   73/16
**basic [2]**   21/9 49/16
**basically [7]**   23/25 43/24
76/9 80/18 105/2 110/22
110/25
**basis [3]**   79/24 84/4 86/1
**basketball [2]**   37/19 90/19
**Batman [1]**   137/16
**be [214]**
**beach [18]**   1/2 1/9 2/2 20/23
21/17 21/22 22/16 23/10
24/17 25/24 27/12 28/4 29/2
30/1 30/22 33/3 36/16 36/16
**Beach/Ft [1]**   2/2
**Bear [9]**   49/13 81/5 84/7
84/10 84/24 85/11 85/15
85/17 86/11
**became [3]**   136/17 137/10

**because [44]**   6/23 9/3 9/19
13/14 14/6 21/3 40/18 41/19
50/24 59/15 59/23 60/10
66/14 67/6 67/16 71/14 77/7
84/15 84/21 87/16 88/6 95/6
95/22 95/25 102/25 105/2
106/16 107/18 117/19 126/16
126/25 138/3 143/1 147/13
147/17 150/3 151/7 152/21
155/24 156/2 156/16 159/24
160/11 162/8
**become [2]**   42/16 136/18
**been [145]**   3/22 9/5 9/9
13/10 20/22 20/24 21/24
22/16 22/21 23/8 23/10 23/16
23/17 24/5 24/11 24/17 24/18
25/7 25/13 26/5 26/22 26/24
27/13 28/3 28/3 29/2 29/8
29/20 29/25 30/12 31/5 31/6
31/7 31/20 33/2 33/8 33/18
34/2 35/6 35/13 35/15 35/20
36/10 36/17 37/4 37/14 37/22
37/23 39/23 40/8 41/15 43/1
44/10 44/13 44/15 44/20
44/24 45/8 45/11 45/12 46/19
46/20 49/16 51/14 55/19 56/1
57/22 60/10 61/12 62/18 63/5
63/8 63/17 64/1 64/9 64/10
64/11 64/11 64/12 64/14 67/4
67/6 67/7 68/21 69/6 73/9
76/13 76/25 83/4 83/5 83/16
85/8 88/9 88/14 88/17 89/5
89/14 90/23 92/6 92/17 95/3
99/23 102/5 104/3 105/23
106/2 106/24 107/11 107/17
115/24 117/6 117/10 117/14
117/17 118/3 121/20 122/23
123/4 126/9 129/12 130/4
138/23 139/22 140/2 140/14
140/15 140/16 141/11 141/21
141/23 141/25 142/1 143/10
143/13 144/3 144/3 144/7
144/15 144/16 147/18 148/15
149/7 150/1 150/8 152/16
**before [46]**   1/14 25/8 27/13
29/22 34/12 35/6 38/20 39/25
40/6 52/20 62/23 65/9 67/18
71/12 72/9 76/3 78/19 87/6
90/14 91/9 91/19 93/2 100/11
102/25 107/5 108/17 109/19
111/24 113/3 116/2 118/10
121/5 128/19 131/21 133/3
133/22 135/13 135/21 136/16
137/10 142/10 143/17 146/16
149/8 150/1 158/16
**begin [4]**   3/5 21/15 52/17
52/20
**beginning [2]**   17/11 80/12
**behalf [14]**   3/8 3/10 3/12
3/14 14/17 78/25 79/13 79/25
93/22 119/2 140/24 141/2
141/9 141/13
**behavior [4]**   33/20 33/20
132/7 133/14
**behind [3]**   42/17 48/9 57/3
**being [17]**   11/15 24/12 28/22
29/17 36/4 38/1 42/7 46/17

138/2

49/9 65/18 69/12 82/17 83/2
84/17 86/3 115/18 128/1
**beliefs [11]**   22/1 22/25 24/7
25/2 25/17 26/9 29/22 32/2
33/11 34/11 35/23
**believability [1]**   52/9
**believe [30]**   7/17 8/3 26/12
28/21 29/20 34/7 50/12 51/23
51/23 51/24 59/15 76/12
77/25 78/19 85/24 92/4 93/19
96/19 96/23 96/25 97/20
100/6 100/9 102/13 103/2
110/21 112/17 147/20 148/13
159/7
**believed [3]**   85/16 100/21
103/6
**below [5]**   10/8 102/11 116/19
116/22 116/22
**Ben [1]**   9/24
**benefits [1]**   24/16
**best [4]**   4/23 20/20 37/11
81/3
**bet [1]**   30/17
**better [4]**   9/25 80/10 80/10
163/17
**between [6]**   44/9 69/10 76/5
84/19 107/25 157/9
**beyond [3]**   47/3 82/6 147/25
**BIA [2]**   33/17 33/19
**bias [1]**   52/5
**Bible [3]**   145/6 145/6 147/12
**big [4]**   42/3 76/13 139/6
139/7
**bigger [2]**   80/13 129/9
**Bill [1]**   100/17
**billion [2]**   77/3 80/15
**Bilzin [4]**   1/22 3/12 3/13
14/12
**binder [9]**   5/23 8/22 70/19
93/2 93/8 97/15 101/6 107/23
112/11
**binders [1]**   7/21
**bit [18]**   4/21 13/16 14/5
15/21 21/7 21/10 34/17 68/9
72/9 85/13 114/19 136/16
138/22 139/3 139/18 142/21
144/4 146/21
**black [1]**   143/10
**blank [1]**   161/12
**blogs [1]**   53/10
**blueprint [1]**   144/1
**board [1]**   62/21
**boarding [1]**   21/22
**boat [1]**   130/15
**boating [3]**   23/16 34/1 37/6
**Boca [2]**   35/12 37/14
**Bombshell [8]**   77/16 77/21
77/23 78/1 78/5 78/12 91/15
92/9
**books [3]**   31/2 88/11 88/13
**both [17]**   6/4 29/11 35/6
35/8 36/20 36/23 41/12 41/13
42/23 75/24 84/10 135/2
137/2 138/9 141/6 141/9
148/17
**bottom [8]**   87/4 95/14 95/25
96/5 98/12 98/15 98/21
153/16

**B**

**bought [2]**  35/18 75/23
**bouncing [1]**  102/25
**box [1]**  127/3
**Boynton [3]**  20/23 21/17 28/4
**boys [2]**  75/24 77/25
**breach [16]**  65/1 65/8 79/3
 79/5 79/15 79/17 79/24 80/23
 81/17 82/23 87/10 87/13
 87/22 89/1 90/5 103/19
**break [11]**  46/10 69/22 107/7
 114/18 130/25 131/3 131/7
 131/8 133/21 134/1 142/21
**Brickell [1]**  1/23
**Bridgerton [2]**  147/10 148/22
**brief [3]**  13/16 16/17 152/6
**briefly [6]**  73/12 79/22
 79/23 82/6 98/14 118/10
**bring [13]**  4/5 10/16 46/19
 47/15 47/16 47/23 70/17
 86/25 134/8 153/2 153/13
 153/14 155/15
**brings [2]**  6/14 14/24
**broken [1]**  159/4
**Bron [17]**  66/17 66/18 66/20
 77/3 77/6 77/7 90/21 97/1
 100/11 104/24 111/25 120/12
 120/15 121/12 121/13 121/14
 136/5
**brother [1]**  41/15
**brother-in-law [1]**  41/15
**brothers [4]**  73/15 136/22
 137/15 139/5
**brought [13]**  5/23 56/22
 65/12 78/23 78/24 79/8 79/13
 79/14 79/17 79/24 90/9 122/4
 138/3
**Bubbles [8]**  81/4 94/12 94/15
 95/12 97/5 99/18 103/8 104/3
**bucket [1]**  84/16
**budget [17]**  62/12 83/7 84/19
 119/24 119/25 120/1 120/5
 122/18 139/12 139/20 140/2
 141/25 142/2 142/7 143/20
 144/2 150/5
**budgeting [1]**  45/12
**build [3]**  27/20 73/22 149/17
**building [10]**  1/5 3/3 17/6
 56/19 64/18 64/20 73/25
 79/19 79/25 135/17
**built [1]**  34/25
**bumped [1]**  75/24
**bunch [1]**  57/7
**burden [8]**  18/6 18/12 18/21
 18/21 19/15 55/10 55/18
 157/9
**bus [2]**  40/19 40/20
**business [25]**  23/15 24/1
 25/7 25/23 25/24 26/6 27/15
 31/6 31/7 43/8 59/3 59/8
 59/11 59/17 59/19 73/14
 74/12 100/14 100/15 135/11
 135/12 144/9 148/7 150/15
 151/6
**businesses [2]**  135/1 138/24
**Busters [3]**  63/22 81/5 83/5
**busy [1]**  36/20

**button [1]**  194/16
**buying [3]**  110/3 111/6
 149/22

**C**

**CA [1]**  1/20
**California [1]**  41/8
**call [29]**  4/10 30/20 48/16
 68/14 68/20 68/20 70/23
 70/25 87/14 88/18 89/25
 102/18 104/21 105/7 105/12
 105/14 106/5 106/11 125/5
 125/23 126/3 126/22 127/2
 127/4 127/8 127/17 133/23
 134/4 148/24
**called [30]**  13/10 14/11
 15/12 17/3 18/11 20/7 49/9
 50/8 51/15 54/25 55/22 56/19
 56/20 58/3 58/20 61/7 63/23
 66/17 67/21 71/15 72/4 76/9
 105/8 131/19 133/6 137/5
 138/13 138/15 142/8 145/25
**calling [3]**  10/9 10/25 16/11
**calls [25]**  53/2 55/10 64/6
 64/7 80/2 80/5 84/6 92/15
 92/19 105/15 107/15 124/24
 125/1 125/2 125/11 125/15
 125/16 126/1 126/6 126/8
 126/12 126/19 127/20 129/13
 130/12
**came [11]**  20/16 60/16 63/22
 64/14 76/22 78/8 78/9 78/11
 96/4 128/21 151/21
**can [85]**  3/19 4/22 5/20 6/4
 6/11 6/21 10/7 10/13 10/23
 11/9 12/4 13/24 14/3 14/8
 15/10 15/22 16/14 17/24
 17/25 17/25 20/20 20/21 21/9
 21/14 23/21 27/7 34/15 34/19
 38/10 38/12 39/1 46/11 48/1
 48/3 48/22 50/1 50/2 51/6
 54/2 56/10 68/11 68/17 69/2
 71/1 71/11 73/12 74/18 86/10
 90/13 92/23 95/16 102/11
 109/9 109/15 112/11 114/15
 114/19 114/20 114/21 119/7
 125/1 126/13 127/1 128/15
 130/25 131/1 131/4 133/22
 134/14 136/16 139/2 140/23
 142/6 143/25 145/12 147/8
 149/22 151/17 151/19 153/1
 157/8 159/10 162/11 163/10
 163/19
**can't [17]**  23/5 25/3 26/12
 29/23 29/23 32/14 32/15
 33/14 38/15 40/18 68/19 74/3
 149/11 149/18 152/20 153/24
 155/9
**Canada [8]**  58/7 76/14 77/4
 88/6 88/10 90/7 130/8 135/8
**Canadian [1]**  88/15
**Cannes [1]**  84/9
**cannot [5]**  14/3 19/25 51/11
 51/12 149/13
**capacity [1]**  135/5
**captions [1]**  6/3
**car [2]**  29/11 149/16
**care [3]**  3/15 31/9 163/6

**careers [1]**  140/6
**carefully [4]**  13/14 14/2
 54/8 56/4
**Carlos [7]**  14/14 56/13
 109/15 112/11 114/11 115/6
 128/16
**carmaker [1]**  149/14
**carrying [1]**  50/5
**cars [2]**  149/16 149/17
**case [97]**  1/3 4/22 4/25 5/2
 5/3 5/4 11/19 13/11 13/12
 13/16 13/21 15/14 15/23
 16/16 16/18 16/20 16/21
 17/21 18/4 18/22 18/23 18/24
 19/25 20/3 20/9 22/4 24/13
 26/10 26/16 28/22 32/9 39/13
 42/22 45/18 46/10 46/12
 46/13 49/3 49/8 49/24 50/19
 51/18 52/5 52/13 52/15 52/16
 52/25 52/25 53/7 53/9 53/9
 53/13 53/14 53/15 53/16
 53/17 54/3 54/8 55/8 55/9
 55/10 56/21 57/9 57/24 60/16
 64/18 65/17 66/4 68/19 68/21
 68/23 68/23 74/22 75/7 86/11
 95/17 95/20 96/8 96/15 96/20
 98/9 98/18 99/5 131/9 131/10
 134/2 134/3 134/4 136/3
 141/3 141/4 142/18 150/13
 152/4 152/19 154/4 155/20
**cases [12]**  35/7 37/17 39/5
 57/8 140/8 140/10 140/13
 140/13 140/16 141/11 146/23
 147/2
**cash [3]**  137/17 143/20 144/2
**cast [1]**  143/19
**casting [2]**  135/4 138/10
**casually [2]**  142/25 143/1
**catches [1]**  4/14
**cause [19]**  46/24 47/7 154/9
 158/9 158/15 158/20 159/18
 160/5 160/6 160/7 160/10
 160/12 160/14 160/23 160/24
 161/1 161/2 161/6 161/9
**caused [1]**  58/14
**Century [1]**  1/19
**CEO [1]**  121/14
**ceramics [4]**  73/18 74/2 74/5
 100/15
**certain [6]**  18/1 50/15 74/6
 88/10 91/22 146/23
**certify [1]**  164/7
**chain [1]**  50/9
**challenges [1]**  47/7
**chance [3]**  3/24 64/15 95/8
**change [17]**  91/1 92/12
 104/15 105/11 105/13 105/17
 107/20 118/6 120/7 121/18
 124/20 151/8 154/25 156/17
 157/8 157/21 159/21
**changed [1]**  73/4
**changes [1]**  154/20
**character [1]**  66/10
**characterize [1]**  73/25
**charge [1]**  66/18
**chart [2]**  12/12 49/1
**Chase [1]**  44/17
**chat [2]**  53/4 53/10

**C**

check [2]   11/5 70/2
checked [1]   70/1
checks [1]   142/6
Chef [4]   72/21 72/25 72/25 73/21
chemist [1]   21/16
chemistry [1]   74/5
Chicago [2]   72/14 89/8
child [5]   30/24 35/16 45/15 45/15 45/25
children [10]   20/25 23/14 24/22 26/1 27/1 27/15 30/7 33/23 36/19 37/17
choose [1]   50/12
chose [1]   65/21
Christian [1]   31/10
Cineville [1]   138/13
Circuit [2]   157/1 157/6
circumstances [4]   50/9 94/9 108/20 113/6
circumstantial [1]   50/9
citations [1]   153/17
cities [1]   26/22
citing [1]   88/12
citizen [1]   16/9
citizens [1]   16/10
citizenship [1]   16/8
City [2]   35/14 40/2
civil [20]   16/21 21/24 22/3 23/18 24/5 25/14 26/5 26/14 29/8 32/9 32/10 35/20 36/23 37/20 37/22 40/14 40/17 49/17 55/9 58/4
claim [28]   18/5 18/6 18/9 18/13 18/14 31/14 55/24 55/25 65/11 65/12 66/19 78/22 78/24 79/5 79/13 79/24 80/22 80/24 81/18 87/8 89/1 89/13 90/8 90/12 103/20 154/6 154/11 154/14
claimed [3]   40/20 57/13 77/5
claims [28]   16/24 17/20 28/6 28/10 55/13 58/4 65/1 65/2 65/8 65/8 65/10 66/12 79/2 79/14 79/18 79/22 87/12 87/13 87/16 87/17 87/19 87/20 87/23 88/1 89/3 89/4 90/5 156/13
clarify [2]   83/10 108/25
clarity [1]   106/19
class [2]   58/4 89/8
classroom [1]   36/16
clean [2]   100/24 153/18
cleaning [1]   153/16
clear [12]   12/19 65/20 69/23 80/22 84/23 85/18 125/22 136/2 136/9 156/21 157/16 160/10
clearly [1]   15/8
client [10]   14/13 43/8 57/13 58/11 58/14 58/17 75/17 98/22 99/9 114/20
clients [3]   27/20 122/4 140/23
clinical [1]   26/19
clinics [2]   26/21 26/21

clips [2]   125/9 126/16
clock [2]   74/4 95/23
close [6]   21/14 38/9 41/23 48/12 68/10 73/12
closed [1]   6/3
closing [9]   11/7 11/9 50/18 52/19 55/4 152/10 155/15 163/2 163/2
CLOTH [185]
Cloth held [1]   59/23
Cloth told [1]   59/14
Cloth's [40]   9/1 12/8 17/1 17/8 58/6 58/24 60/16 62/18 62/20 64/20 65/2 65/6 66/11 66/25 79/10 82/4 87/12 88/1 88/2 88/23 89/3 89/6 92/11 96/16 101/2 104/1 106/23 106/25 117/4 119/4 120/22 121/2 123/8 132/15 158/6 160/25 160/25 161/3 161/6 161/8
club [1]   24/2
co [1]   17/5
co-Plaintiff [1]   17/5
coach [1]   31/11
coaching [2]   25/7 25/11
collateralized [1]   139/10
colleagues [2]   14/9 56/12
collect [2]   27/2 88/2
college [4]   23/8 42/13 72/15 73/17
color [1]   79/23
com [1]   150/22
combination [1]   139/10
come [25]   13/3 14/25 15/3 17/23 17/23 17/24 19/1 21/3 21/7 30/21 39/6 43/23 48/16 54/1 69/13 69/23 71/1 73/17 74/6 82/20 140/6 142/4 151/3 152/9 152/13
comes [6]   17/22 25/19 29/4 49/25 95/25 147/11
comfort [1]   60/1
comfortable [7]   10/19 10/20 96/18 99/7 100/5 158/18 163/25
coming [5]   9/25 25/18 39/12 89/7 90/19
commemorated [1]   81/25
comments [1]   161/24
commingled [1]   88/13
Commission [1]   89/24
commit [3]   146/7 150/14 150/24
commitment [4]   145/15 145/15 145/16 148/1
commitments [1]   69/21
committed [5]   57/11 62/2 62/16 67/14 67/18
committing [1]   62/23
common [2]   18/3 141/18
communicate [2]   52/25
community [1]   20/24
companies [12]   64/19 65/7 75/7 75/13 78/25 92/11 135/3 137/2 137/7 137/15 145/22 146/5
company [64]   17/1 17/8 25/9

25/11 28/2 38/21 56/18 56/19 58/2 58/3 58/6 64/21 65/2 65/6 65/12 65/13 66/17 71/15 71/18 71/23 71/25 72/23 73/1 78/23 79/10 79/14 79/17 79/20 80/15 82/4 85/7 86/5 87/13 88/1 88/3 88/23 88/25 89/3 89/6 89/21 89/22 118/5 120/17 120/22 121/3 124/4 135/16 135/24 136/6 136/7 136/22 136/25 137/5 137/6 137/10 137/23 138/13 138/15 140/25 141/4 142/3 147/16 147/18 155/19
compared [1]   84/17
compelling [3]   62/15 124/24 156/23
compensatory [8]   155/17 155/23 156/1 156/7 159/23 159/24 159/25 160/3
complaint [2]   7/3 154/1
complete [3]   15/10 142/8 143/22
completed [7]   83/4 83/5 83/7 115/16 141/23 141/24 146/19
completely [4]   67/7 67/8 83/23 90/16
complicated [2]   135/9 146/22
complicated world [1]   135/9
component [1]   110/21
comport [2]   153/19 154/25
compound [1]   6/18
concern [2]   7/8 158/21
concerned [2]   34/13 50/10
concerning [3]   87/23 109/3 109/6
concerns [2]   57/9 128/20
conclude [2]   4/22 68/11
concluded [1]   9/8
conclusion [1]   132/12
condition [1]   35/25
conduct [3]   67/19 156/10 156/15
conference [2]   3/25 4/1
confidence [1]   147/25
confident [1]   67/11
confined [1]   68/25
confirm [5]   63/4 67/3 113/8 115/21 162/5
confirming [2]   63/1 63/7
conflict [3]   22/8 22/8 36/5
conflicts [1]   22/11
confuse [1]   161/16
confusing [2]   158/12 158/12
confusion [2]   130/6 154/2
conglomerate [1]   137/10
conglomerates [1]   139/6
connected [4]   82/11 97/1 111/24 159/10
connection [30]   17/3 58/21 58/23 58/25 60/17 60/24 67/10 75/6 78/5 79/15 80/23 81/13 81/17 82/22 82/25 87/9 89/15 90/8 91/20 92/12 95/2 103/22 105/16 105/17 105/21 123/25 129/17 129/20 144/21 151/21
connections [1]   77/5

**C**

conned [1]   57/20
consider [7]   42/7 50/16
 51/17 51/20 55/21 74/11 95/4
consideration [2]   132/4
 133/12
considered [1]   142/16
considering [4]   52/1 55/24
 95/11 110/6
consistency [1]   157/9
consistent [8]   5/10 103/3
 115/17 119/17 127/19 127/22
 154/8 155/1
constantly [2]   27/3 80/8
consult [1]   135/2
consulting [3]   138/19 138/22
 140/9
consumer [1]   150/20
contact [3]   46/18 88/17
 131/10
contacted [4]   89/23 90/2
 90/4 128/19
contemplated [2]   80/11
 103/15
contemplating [2]   94/11
 94/19
context [4]   57/10 106/7
 106/8 106/13
continue [1]   124/14
continued [2]   64/3 105/6
continuously [1]   6/21
contract [20]   65/1 65/8 79/3
 79/5 79/15 79/17 79/24 80/24
 81/17 82/23 87/10 87/13
 87/23 89/1 90/5 103/19 115/5
 119/22 120/7 122/13
contractor [2]   31/5 33/23
contracts [2]   33/2 33/2
contradicts [1]   52/7
contrasted [1]   157/16
contributed [1]   61/15
contributing [1]   83/1
control [5]   15/4 51/5 71/20
 79/20 144/18
controls [1]   71/25
conversation [5]   76/20 85/19
 104/18 104/19 148/25
conversations [5]   62/25
 84/25 85/1 85/2 97/8
converse [1]   46/15
convicted [1]   26/11
convincing [2]   156/21 157/17
cook [2]   25/12 30/8
cooking [1]   24/23
cool [1]   90/18
copies [7]   4/7 4/7 7/22
 126/3 126/6 162/19 162/22
copy [12]   8/4 8/18 8/20
 93/20 97/20 101/10 108/7
 112/18 114/15 116/6 117/23
 118/15
CORP [3]   1/10 17/8 135/25
corporate [3]   42/17 42/19
 72/2
Corporation [1]   17/2
correct [44]   4/3 5/10 5/13
 10/6 72/1 78/13 83/15 90/9

 92/7 93/18 96/13 101/10
 103/6 108/1 108/7 110/4
 110/5 110/7 110/8 112/18
 112/20 113/22 114/4 114/5
 115/22 116/6 117/22 118/3
 118/6 118/15 119/11 119/12
 120/16 120/22 123/15 125/13
 127/7 130/22 136/11 136/14
 153/8 154/24 158/1 164/7
correspondence [3]   94/10
 101/3 107/25
cost [7]   44/5 64/2 107/7
 120/8 120/11 120/14 122/13
Costa [1]   151/24
Costco [1]   31/1
costs [1]   61/21
costume [1]   41/14
could [42]   4/12 9/10 11/4
 12/9 16/3 19/9 19/19 19/23
 19/24 22/5 22/6 23/5 36/1
 41/4 45/4 46/7 48/20 55/14
 57/9 74/14 79/7 79/23 80/13
 80/18 81/2 85/15 86/18 93/8
 98/4 98/5 101/18 112/12
 113/12 114/11 115/6 116/2
 122/16 126/12 132/13 134/24
 143/2 143/3
couldn't [3]   33/14 37/24
 84/13
counsel [18]   3/5 8/15 11/23
 13/23 13/24 14/1 14/7 14/9
 36/6 38/6 39/7 46/5 46/15
 56/16 69/10 94/2 133/7
 134/21
count [4]   28/17 44/17 44/18
 161/25
counter [1]   24/4
country [2]   26/21 135/7
counts [2]   28/12 28/13
county [6]   23/2 23/4 23/4
 26/5 30/1 36/16
couple [12]   23/1 24/19 34/4
 35/19 74/10 80/6 89/9 95/8
 128/6 130/12 140/23 156/20
course [11]   22/20 23/22
 43/12 63/12 67/12 67/23
 73/20 96/24 107/15 130/9
 159/8
court [37]   1/1 2/1 3/22 5/24
 7/21 15/2 15/5 15/18 18/2
 19/2 19/18 23/4 38/16 51/6
 51/10 51/12 52/15 55/23 68/7
 68/11 69/2 69/21 71/6 88/15
 88/21 94/3 100/24 130/5
 130/8 131/24 132/6 133/13
 135/9 140/18 149/12 159/15
 164/12
Court's [3]   7/21 11/14 18/23
courthouse [4]   13/8 31/13
 32/5 50/5
courtroom [30]   13/6 14/22
 14/24 15/4 16/1 19/17 46/11
 46/16 46/22 48/4 48/14 48/23
 49/6 49/12 49/25 53/22 53/24
 54/10 68/25 69/8 69/15 69/18
 70/21 126/25 131/12 131/16
 134/6 134/9 153/6 163/20
coverage [1]   37/9

covered [1]   142/2
COVID [1]   73/4
CPA [1]   37/14
crazy [1]   95/6
created [1]   81/24
Creating [1]   110/11
creative [22]   1/9 17/1 17/8
 58/3 65/2 65/6 75/12 75/15
 78/9 79/9 79/14 82/3 86/6
 86/8 88/6 113/16 120/12
 120/15 120/17 120/21 135/24
 146/2
Creative Wealth [1]   17/1
creatively [1]   143/24
credibility [3]   52/11 77/8
 78/15
credit [2]   77/7 138/4
credits [3]   42/3 111/25
 139/11
crews [1]   45/12
criminal [5]   11/16 26/10
 32/9 33/13 35/7
Cristo [4]   138/16 138/17
 138/20 138/23
cross [1]   55/1
cross-examining [1]   55/1
CSI [1]   148/22
curious [1]   162/12
current [1]   138/17
currently [7]   15/15 26/21
 39/15 72/17 109/16 109/19
 135/1
custom [1]   27/20
customer [1]   72/21
cut [4]   43/11 44/6 117/20
 117/24
CV [4]   1/3 3/3 13/12 155/20
CWMF [5]   17/2 17/9 120/20
 120/20 120/24

**D**

DA [1]   26/4
dad [2]   26/3 29/8
damage [5]   37/17 38/1 140/20
 158/9 161/9
damaged [4]   158/5 161/2
 161/4 161/5
damages [21]   67/21 155/17
 155/23 155/24 156/2 156/3
 156/7 156/9 156/13 157/3
 157/10 157/13 157/17 159/19
 159/23 159/24 159/25 160/25
 161/1 161/12 161/20
dangerous [1]   129/15
date [7]   12/5 12/24 97/16
 107/19 112/13 122/23 164/10
dates [3]   95/16 98/10 99/5
daughter [8]   3/21 24/3 24/22
 25/12 33/4 33/24 35/2 36/19
daughters [1]   22/17
David [4]   3/7 14/7 14/8
 56/11
Davids [1]   20/12
DAVIS [1]   1/17
day [18]   14/25 16/6 22/4
 26/11 36/24 45/21 49/11
 63/20 74/9 101/9 101/23
 113/3 118/5 150/16 150/17

**D**

**day... [3]** 152/6 152/16 152/18

**days [16]** 27/5 32/14 34/8 36/1 36/3 37/10 37/23 45/16 57/8 59/7 84/9 108/17 109/18 139/9 143/12 159/14

**deal [2]** 129/3 129/21

**dealership [1]** 149/16

**deals [1]** 142/17

**debt [1]** 139/10

**decades [1]** 59/3

**December [1]** 133/4

**decide [14]** 18/20 49/20 49/24 50/24 51/22 54/2 54/7 55/19 55/24 65/9 65/12 129/24 146/12 154/11

**decided [3]** 11/20 13/22 82/8

**deciding [1]** 51/18

**decision [11]** 15/22 19/14 52/22 53/21 53/23 55/2 65/19 67/25 144/4 144/5 144/6

**decision-making [1]** 144/5

**decisions [1]** 46/19

**deck [1]** 98/25

**dedication [1]** 59/6

**default [7]** 87/14 87/16 87/20 87/20 87/22 87/25 90/6

**defaulted [1]** 65/7

**defend [2]** 65/22 140/18

**Defendant [19]** 4/17 11/13 11/20 13/21 16/24 18/5 18/18 18/18 54/23 54/24 55/15 55/18 65/14 65/18 90/8 90/10 135/22 141/4 141/9

**Defendants [1]** 1/12

**defense [3]** 47/1 66/25 141/6

**defenses [2]** 18/17 18/19

**define [2]** 160/6 160/6

**defined [3]** 120/1 160/7 160/13

**defined in [1]** 160/7

**definitely [1]** 48/7

**definition [1]** 160/11

**definitions [1]** 53/25

**degree [1]** 28/8

**delay [1]** 130/5

**deliberate [9]** 8/19 19/4 55/7 86/17 94/2 94/3 152/11 162/21 163/5

**deliberately [2]** 98/24 98/25

**deliberating [2]** 22/2 52/20

**deliberations [2]** 50/21 52/17

**deliver [2]** 149/17 149/22

**deliver to [1]** 149/22

**delivery [1]** 149/18

**Delray [3]** 24/17 27/12 29/2

**demonstrative [1]** 163/11

**denies [1]** 17/20

**department [1]** 28/21

**depend [2]** 10/24 62/14

**depends [3]** 141/3 143/8 144/18

**deployed [1]** 21/24

**depo [11]** 5/17 9/23 12/2 12/4 12/8 12/16 12/23 12/24

69/24 130/18 131/1

**deposition [25]** 2/8 2/9 9/1 9/2 9/4 9/7 66/4 66/8 66/11 66/20 66/25 68/14 131/20 131/20 131/22 132/1 132/3 132/3 132/3 132/10 133/2 133/3 133/7 133/11 133/19

**depositions [1]** 141/12

**Depp [2]** 41/20 41/21

**deputy [1]** 14/24

**derth [1]** 162/14

**describe [2]** 72/2 79/23

**described [3]** 26/15 76/12 82/21

**descriptions [1]** 88/20

**deserves [1]** 50/14

**design [1]** 41/14

**designation [1]** 5/23

**designations [2]** 8/3 70/19

**desire [1]** 150/19

**Despite [1]** 104/1

**detail [6]** 23/19 23/21 29/9 29/10 34/15 142/10

**detailed [1]** 49/18

**details [2]** 44/22 45/2

**deter [1]** 67/19

**determine [2]** 15/13 146/6

**determined [1]** 16/11

**determining [1]** 52/11

**Detroit [1]** 149/16

**develop [2]** 145/22 148/6

**developing [1]** 138/11

**development [4]** 137/12 138/9 138/20 145/20

**device [1]** 53/10

**dialed [1]** 100/19

**dials [1]** 9/18

**dictate [1]** 10/25

**did [144]** 4/1 4/2 4/18 11/19 21/22 21/23 22/4 26/3 28/15 32/11 33/12 33/13 35/8 38/9 38/20 40/6 41/8 41/21 41/22 42/16 43/14 43/18 43/20 43/25 44/2 51/3 59/4 60/18 63/17 63/19 70/1 72/12 72/15 73/2 73/13 73/18 74/25 75/7 75/9 75/16 76/16 77/2 77/9 77/12 77/19 77/20 77/21 78/7 78/17 78/19 81/11 81/13 81/18 81/20 83/11 85/24 86/5 86/5 86/7 86/11 86/16 86/19 86/21 86/22 86/24 87/3 90/24 91/3 91/9 91/20 91/22 96/1 96/16 96/19 96/23 97/11 100/4 100/6 100/8 100/9 103/1 103/8 103/12 103/14 104/6 104/9 104/21 105/7 105/22 105/25 106/2 106/12 106/19 106/23 106/25 107/10 107/13 111/7 111/18 111/21 111/22 111/23 112/1 112/4 114/6 115/1 115/4 115/13 117/9 117/13 117/14 120/4 124/14 124/17 125/11 126/3 126/5 126/6 126/7 126/8 128/15 128/17 128/22 129/6 129/11 129/18 129/21 129/24 136/18 136/23 136/25 137/4

137/16 137/18 137/22 138/7 138/16 138/17 155/6 156/11 157/22 158/25 159/2 162/6

**did series [1]** 137/18

**didn't [20]** 5/24 7/6 9/19 40/20 50/6 51/2 62/24 63/13 73/17 85/10 85/22 86/3 91/8 125/10 129/3 129/21 130/6 149/11 158/24 159/11

**difference [1]** 50/11

**differences [1]** 144/20

**different [9]** 26/22 39/18 85/1 96/2 97/21 122/11 130/15 154/2 159/7

**differently [1]** 129/6

**differs [1]** 156/21

**difficult [3]** 25/1 25/16 58/7

**dime [3]** 83/6 83/9 87/5

**dire [2]** 4/20 15/12

**direct [6]** 2/7 2/11 50/11 71/9 73/1 134/22

**directed [1]** 159/25

**directly [3]** 59/2 60/12 84/12

**director [13]** 26/20 28/1 28/17 33/1 35/12 38/23 138/6 138/11 142/1 143/20 146/24 147/19 150/5

**directors [2]** 137/25 141/24

**disabled [1]** 33/5

**disagree [1]** 49/23

**disallow [1]** 51/15

**disappeared [1]** 57/25

**disbelieve [1]** 50/12

**disclose [1]** 57/23

**discuss [7]** 46/10 50/18 52/15 131/9 134/2 152/19 152/20

**discussed [6]** 76/6 91/10 92/16 123/4 142/25 143/1

**discussions [1]** 52/22

**Disney [2]** 139/5 140/12

**disorder [1]** 26/20

**disputes [1]** 140/15

**disregard [1]** 51/16

**distract [1]** 54/8

**distributor [1]** 149/23

**distributors [1]** 139/14

**district [5]** 1/1 1/1 1/15 33/18 155/21

**diversify [1]** 59/17

**DIVISION [1]** 1/2

**divorce [2]** 28/12 28/14

**divorced [3]** 21/19 28/15 33/4

**do [189]**

**Docket [2]** 8/1 8/1

**doctor [1]** 23/15

**document [7]** 91/7 91/8 118/11 118/22 119/1 122/7 122/9

**documentary [1]** 39/19

**documents [4]** 17/24 56/15 67/12 115/5

**does [28]** 3/15 14/19 18/21 20/3 31/8 36/6 36/9 39/25 41/13 41/14 41/15 46/5 72/19

**D**

**does... [15]**  82/16 85/11
101/9 108/7 123/18 123/19
123/23 124/2 141/21 145/17
149/24 152/14 156/10 160/12
160/13
**doesn't [7]**  7/9 28/17 87/8
129/12 149/17 151/6 160/12
**doing [20]**  5/25 10/12 26/22
31/1 31/6 33/2 35/15 35/18
42/16 53/9 56/13 67/20 73/3
76/22 78/20 88/16 138/24
139/1 152/18 158/18
**dollar [6]**  80/15 123/23
124/2 124/13 161/17 161/22
**dollars [17]**  57/17 58/9
60/24 61/3 65/4 76/14 77/3
77/23 80/19 113/20 118/9
123/11 123/16 123/20 143/2
148/6 150/25
**domestic [2]**  21/20 26/25
**don't [68]**  6/9 6/20 7/11
8/20 10/10 10/21 12/1 12/3
12/11 15/25 19/1 21/1 21/3
21/25 22/21 22/24 22/25
23/19 25/15 27/8 28/23 29/3
29/20 29/24 30/9 30/11 30/23
31/23 33/6 33/7 33/9 33/10
34/6 34/16 36/4 42/14 43/14
44/22 47/16 50/23 51/8 53/14
54/8 54/17 64/10 64/11 65/9
67/25 69/5 78/10 86/10 90/22
93/4 95/8 99/24 100/12
100/17 100/19 102/6 130/4
146/21 147/8 151/7 153/19
153/25 156/1 159/13 159/15
**Don't let [1]**  54/8
**done [16]**  29/6 36/11 39/19
40/4 40/9 48/1 58/25 74/3
75/18 77/8 82/19 107/9 124/9
136/8 140/13 146/12
**door [2]**  7/11 163/21
**double [1]**  107/7
**doubt [3]**  117/13 117/15
117/16
**down [16]**  6/24 10/8 15/9
21/2 49/14 82/10 109/12
112/11 114/20 128/16 130/19
142/21 145/24 146/6 154/12
159/4
**downstairs [1]**  10/14
**downtown [1]**  25/9
**dozen [2]**  89/7 89/19
**draft [1]**  90/21
**drive [2]**  8/12 59/6
**drives [1]**  8/9
**driving [2]**  32/17 32/18
**due [2]**  45/19 158/5
**duly [2]**  19/10 48/21
**duped [1]**  58/9
**during [12]**  15/7 50/15 62/7
63/22 66/20 77/14 94/1
104/21 105/7 131/3 131/21
145/20
**duty [3]**  49/17 49/20 57/4
**Dwyer [2]**  30/5 30/6

**E**

**each [25]**  14/24 18/25 21/1
44/9 46/11 48/20 50/13 50/19
52/16 54/16 57/1 68/17 68/18
68/19 75/25 77/25 81/23
92/16 94/24 95/10 95/13
100/23 103/15 131/23 158/19
**earlier [7]**  54/24 55/8 64/17
157/6 157/17 157/20 157/25
**early [4]**  66/4 68/10 82/11
136/20
**earn [1]**  95/8
**earned [1]**  58/15
**easier [2]**  56/14 152/20
**easiest [1]**  68/22
**Eastwick [1]**  137/18
**economic [1]**  140/20
**ed [2]**  35/1 36/15
**edits [1]**  108/24
**effect [1]**  122/8
**efforts [2]**  45/8 112/2
**egregious [1]**  59/1
**eight [18]**  16/2 25/7 27/10
27/11 28/5 31/6 35/16 37/15
47/16 47/20 48/17 58/21 65/3
145/12 146/13 147/3 154/4
154/16
**eight-week [1]**  16/2
**either [11]**  44/21 50/12 94/3
104/11 136/1 140/18 142/2
142/3 143/23 144/8 144/24
**electrician [1]**  21/20
**electro [1]**  35/2
**element [6]**  45/9 146/1 154/6
158/19 159/5 161/8
**elements [3]**  158/7 159/8
162/17
**elephant [2]**  65/15 65/16
**Eleventh [3]**  157/1 157/6
157/12
**eligible [1]**  90/20
**ELMO [1]**  8/15
**else [22]**  6/22 37/22 41/3
42/12 42/20 43/21 44/8 44/13
53/17 53/18 54/4 60/21 67/8
68/20 71/25 82/19 105/3
107/10 107/13 143/23 162/10
163/6
**else's [1]**  122/10
**email [48]**  62/20 63/1 63/3
70/1 93/13 93/20 94/8 94/14
95/14 95/24 95/25 96/4 96/5
96/7 97/9 97/15 97/16 97/21
98/6 99/11 100/7 101/2 101/4
101/8 101/10 101/19 102/23
107/25 108/5 108/8 108/20
109/13 112/13 112/15 112/18
113/7 113/10 113/21 116/4
116/6 116/7 116/17 116/18
116/23 117/2 117/23 117/24
163/13
**emailed [1]**  163/10
**emails [10]**  53/2 60/9 92/19
93/11 93/16 97/22 102/4
102/9 103/11 124/24
**embarrass [1]**  15/19
**embarrassing [1]**  34/5

**emotional [10]**  22/1 24/6
24/25 25/10 25/15 26/8 29/21
31/23 31/24 35/22
**emphasize [1]**  52/23
**employment [1]**  24/2
**end [13]**  16/5 18/23 19/3
49/19 52/10 52/21 92/18
103/8 103/14 125/9 131/6
138/19 163/9
**ended [3]**  26/6 75/18 162/13
**enforcement [4]**  23/17 31/13
33/7 35/20
**engineer [1]**  35/2
**engineering [1]**  28/8
**enjoy [2]**  35/3 151/24
**enough [7]**  18/8 27/9 73/20
141/10 142/7 146/2 146/4
**ensure [5]**  15/3 16/14 19/7
19/12 20/7
**entails [1]**  39/1
**entered [4]**  17/6 129/3
129/20 155/12
**enterprise [1]**  23/25
**enters [1]**  13/6
**entertainment [30]**  42/8
42/18 42/23 59/12 59/24 62/4
62/8 62/10 74/19 74/23 75/1
75/4 75/8 76/17 76/22 77/1
78/20 106/13 135/4 135/10
136/19 136/20 137/13 137/22
138/14 138/16 138/17 140/17
140/22 151/11
**entire [4]**  61/20 122/13
142/2 146/16
**entirety [5]**  61/13 62/12
111/2 119/18 142/4
**entities [5]**  56/18 56/21
88/14 139/15 140/5
**entitled [10]**  17/17 18/25
54/14 110/17 118/23 120/20
123/21 132/4 133/11 154/14
**entity [8]**  64/23 64/23 79/25
88/12 141/24 142/3 143/4
143/23
**enunciate [1]**  15/8
**episode [6]**  145/11 145/25
146/1 146/4 148/15 148/25
**episodes [7]**  145/7 145/7
145/13 145/18 146/6 147/3
148/24
**episodic [1]**  145/5
**equity [1]**  139/11
**err [1]**  155/3
**especially [2]**  141/19 151/10
**ESPN [1]**  42/14
**ESQ [4]**  1/17 1/18 1/21 1/22
**essential [1]**  154/5
**established [4]**  136/7 137/19
147/18 147/20
**estate [1]**  33/24
**esthetician [1]**  24/23
**estimate [1]**  4/23
**evaluate [1]**  19/24
**even [33]**  11/5 45/24 49/23
50/6 52/16 53/5 57/22 61/10
61/11 61/25 63/17 63/20
63/24 78/15 78/19 83/16
88/21 107/5 107/7 114/18

# E

**even... [13]** 121/5 127/1 128/12 130/4 130/6 141/12 143/1 143/2 148/21 148/21 148/22 149/7 150/12

**evening [2]** 153/5 164/3

**event [3]** 7/16 41/5 135/11

**events [1]** 135/12

**ever [25]** 43/1 63/20 64/15 75/7 76/2 80/6 86/19 86/24 104/2 121/5 121/8 121/15 122/20 129/1 129/3 129/18 135/14 135/16 135/22 136/5 141/17 148/2 149/3 149/25 151/12

**every [7]** 65/21 92/17 93/25 100/16 129/13 148/14 154/5

**everybody [18]** 3/16 5/5 14/3 14/17 34/5 43/3 80/15 80/17 85/16 89/9 125/6 125/8 137/20 142/6 150/22 152/14 153/2 162/22

**everyone [3]** 3/1 33/17 34/6

**everything [19]** 15/4 15/6 15/10 16/14 39/4 51/24 52/18 61/5 67/8 68/24 71/12 82/7 82/19 92/16 124/19 125/6 129/10 131/13 163/6

**evidence [103]** 7/9 7/23 9/3 9/9 9/11 11/4 16/17 16/18 16/22 17/22 17/22 18/8 18/11 18/13 18/19 19/3 19/17 19/20 19/25 49/20 49/24 49/25 50/3 50/6 50/8 50/9 50/11 50/13 50/16 50/17 50/20 50/21 50/23 50/23 51/3 51/5 51/6 51/8 51/15 51/16 51/17 51/18 51/20 52/6 52/8 52/19 53/21 54/18 55/2 55/4 55/5 55/11 55/13 55/14 55/15 55/20 55/24 56/1 57/19 58/2 58/6 58/22 59/16 60/5 60/15 62/23 67/23 68/1 68/1 69/1 93/23 93/24 94/1 94/4 94/6 97/25 98/2 101/14 101/16 108/11 108/13 112/22 112/24 116/11 116/15 118/18 118/20 127/14 131/18 132/15 132/19 152/1 152/23 154/7 156/21 156/23 156/24 157/4 157/12 157/15 157/15 157/17 157/24

**evidence that [1]** 50/6

**evidenced [2]** 63/12 64/22

**exact [2]** 101/9 160/19

**exactly [7]** 27/19 72/19 84/19 106/19 130/15 157/16 159/12

**examination [6]** 2/7 2/11 15/13 71/9 134/21 134/22

**examining [1]** 55/1

**example [7]** 21/6 42/8 51/1 53/24 84/6 153/20 159/15

**examples [1]** 140/23

**except [2]** 35/5 122/10

**excerpts [4]** 5/23 5/24 66/8 66/11

**excess [1]** 111/19

**exchange [10]** 83/2 93/13 97/15 97/16 97/21 108/5 108/8 108/17 108/21 111/2

**exchanged [2]** 94/9 97/22

**exciting [2]** 3/22 59/22

**exclusive [1]** 72/22

**excuse [2]** 49/5 152/12

**excused [2]** 46/21 49/11

**executed [1]** 139/22

**executive [3]** 144/10 146/24 147/13

**exercise [2]** 11/20 13/22

**exercised [1]** 54/24

**exhibit [52]** 2/15 2/15 2/16 2/16 2/17 2/17 2/18 7/20 7/24 7/25 8/5 50/2 51/7 51/10 51/12 70/8 70/8 70/8 93/8 93/23 93/24 93/25 94/2 94/4 97/14 97/14 97/25 98/2 98/4 98/5 98/16 99/8 101/6 101/14 101/16 107/22 108/11 108/13 108/15 111/5 112/12 112/22 112/24 114/12 116/2 116/11 116/15 118/10 118/18 118/20 127/11 127/11

**exhibit the [1]** 51/7

**exhibits [26]** 2/13 2/18 2/19 7/20 7/22 8/10 8/15 8/19 8/23 9/3 9/5 9/8 9/11 15/1 17/24 55/22 126/16 127/13 132/14 132/14 132/18 153/7 153/10 153/12 153/13 163/5

**exist [2]** 53/20 150/3

**exists [1]** 22/12

**expect [4]** 81/13 81/18 81/20 163/2

**expectation [2]** 16/5 83/1

**expectations [1]** 48/3

**expected [4]** 63/13 95/16 129/4 129/21

**expecting [1]** 37/18

**expedited [1]** 60/13

**experience [22]** 16/13 22/21 25/8 25/13 31/12 31/16 33/8 41/3 41/3 41/9 41/17 41/24 42/22 74/18 74/22 139/1 139/3 141/8 141/16 147/5 148/14 149/3

**experienced [2]** 59/23 150/12

**experiences [1]** 15/14

**expert [17]** 9/14 48/4 48/6 48/7 59/10 62/8 74/12 74/14 76/16 76/20 135/5 135/13 135/21 136/17 140/24 142/13 142/16

**expired [1]** 92/1

**explain [11]** 4/24 7/14 49/16 61/1 62/9 64/25 75/7 90/13 114/15 134/25 162/23

**explained [5]** 42/23 62/11 65/20 106/16 133/2

**explanatory [2]** 82/17 83/20

**exponentially [1]** 64/1

**extensively [1]** 141/10

**extent [1]** 6/5

**extra [4]** 85/23 103/12 103/14 103/15

**extraordinary [1]** 130/2

**extremely [1]** 129/12

# F

**Fables [7]** 94/12 94/14 95/12 97/4 99/18 103/9 104/4

**face [4]** 38/12 52/24 52/24 99/1

**Facebook [1]** 53/4

**faces [2]** 127/4 129/13

**fact [25]** 21/21 30/2 50/3 50/10 53/16 55/19 55/25 55/25 63/5 63/12 63/14 63/16 64/6 64/14 65/23 66/12 92/6 103/8 111/10 115/21 115/24 117/10 144/23 155/11 160/6

**factor [1]** 107/5

**factors [1]** 52/9

**factory [2]** 73/18 73/22

**facts [4]** 16/20 49/21 69/3 135/9

**fails [1]** 55/17

**failure [2]** 89/6 89/15

**fair [14]** 24/12 26/16 28/22 29/17 38/2 53/22 54/3 54/4 71/20 74/11 74/15 78/14 120/6 146/14

**fairly [1]** 19/24

**fall [2]** 28/8 28/9

**falls [1]** 23/18

**false [14]** 90/16 155/7 155/13 158/6 158/8 159/22 159/22 160/2 160/22 160/25 161/1 161/3 161/8 161/8

**familiar [10]** 20/8 21/8 39/10 40/11 42/5 42/8 42/16 74/15 82/13 83/19

**familiarity [2]** 20/10 74/25

**families [1]** 57/3

**family [17]** 21/25 22/22 23/22 24/5 24/11 24/25 25/14 26/6 29/20 30/11 31/21 33/9 34/3 35/21 37/20 41/8 41/9

**family's [1]** 59/3

**family-owned [1]** 26/6

**Fanny [3]** 3/20 14/15 56/14

**fantastic [7]** 39/12 48/8 71/14 78/10 98/23 99/10 163/18

**far [8]** 6/23 8/14 15/24 49/9 50/10 69/19 73/24 89/7

**Farms [1]** 34/24

**fast [1]** 102/20

**father [2]** 24/3 73/15

**Fatherhood [7]** 77/16 77/22 77/24 78/5 78/12 91/15 92/7

**favor [4]** 18/15 43/15 55/18 98/25

**favoring [2]** 55/14 55/15

**FBI [1]** 89/25

**feature [5]** 137/17 141/19 144/21 144/23 145/1

**February [16]** 93/13 93/17 94/8 94/23 95/15 96/12 97/16 98/7 101/9 101/11 101/19 102/3 102/24 103/3 103/11 103/24

**February 24 [11]** 93/13 93/17 94/8 96/12 97/16 98/7 101/9

**F**

**February 24... [4]** 101/11
101/19 103/3 103/24
**Federal [2]** 13/8 164/11
**fee [4]** 120/15 120/20 120/24
121/2
**feel [11]** 10/19 43/18 44/2
44/11 96/17 99/7 100/4
100/23 117/10 128/22 129/6
**fees [6]** 44/10 109/21 111/17
120/12 124/3 124/7
**fellow [1]** 16/10
**felt [1]** 103/4
**fence [1]** 9/16
**Festival [1]** 138/8
**Feud [1]** 41/9
**few [11]** 6/5 9/15 40/22
56/23 57/7 89/24 107/14
113/8 122/4 124/9 128/19
**field [3]** 35/17 136/17
142/14
**fifth [1]** 161/7
**fighting [1]** 88/15
**figure [2]** 123/23 124/2
**figuring [1]** 39/4
**file [4]** 9/20 39/6 129/18
129/21
**filed [9]** 5/22 7/25 44/21
65/1 88/6 89/5 89/8 89/14
123/17
**fill [2]** 12/5 162/24
**film [43]** 39/14 41/3 41/14
41/23 57/10 57/14 57/15
57/21 58/21 59/20 59/22 60/2
60/25 61/3 80/13 84/12 86/18
136/25 137/9 137/17 138/2
138/4 138/7 138/8 138/13
138/21 139/1 139/17 139/18
139/21 139/21 139/22 140/22
141/1 142/8 143/2 143/21
143/25 144/3 144/13 144/21
150/15 151/10
**films [12]** 17/9 17/10 17/12
80/1 84/10 100/13 137/16
138/15 139/3 139/7 141/19
144/24
**final [4]** 83/1 109/1 144/6
152/8
**finalized [1]** 163/9
**Finally [1]** 9/13
**finance [16]** 1/10 17/1 17/8
17/9 23/9 75/13 75/15 78/9
79/9 82/3 88/6 120/21 135/24
136/25 137/8 138/12
**financed [3]** 61/17 82/18
139/9
**financial [8]** 42/1 42/17
42/19 42/22 42/24 59/17
102/2 103/1
**financially [2]** 41/18 143/23
**financier [1]** 136/7
**financiers [1]** 141/1
**financing [25]** 45/9 57/14
118/23 119/15 119/18 135/5
136/25 138/1 138/3 138/14
138/21 139/2 139/3 139/11
139/15 139/18 140/1 140/3

141/24 141/25 142/2 142/14
142/17 143/4 143/23
**find [12]** 5/5 7/15 11/16
11/19 16/12 21/2 27/9 55/18
138/1 152/19 159/11 162/6
**finding [3]** 7/12 158/19
158/20
**finds [2]** 7/3 136/13
**fine [16]** 6/11 7/8 7/18 36/3
40/24 48/11 125/6 155/22
157/22 158/3 161/10 161/13
161/13 162/12 162/17 163/24
**finish [2]** 21/10 85/15
**finished [6]** 4/15 63/21
83/16 128/13 149/18 163/12
**firm [12]** 14/10 14/12 27/12
27/19 126/6 127/8 138/2
138/8 138/18 138/19 138/22
140/9
**first [80]** 5/12 7/24 12/25
18/20 21/3 21/5 30/25 40/18
46/23 46/25 47/3 47/14 48/2
54/16 56/25 58/16 60/14
60/15 60/17 60/22 61/13
70/23 70/24 75/16 76/5 76/18
76/23 77/12 77/16 82/13 83/2
92/6 96/12 98/12 98/15 99/8
104/6 104/17 105/1 105/14
110/11 110/13 111/2 114/13
115/6 118/23 119/7 120/8
120/11 120/14 121/25 122/13
122/15 122/21 128/15 128/17
130/1 136/18 137/7 137/9
138/4 138/4 139/1 142/22
145/7 145/10 145/24 146/1
146/4 146/4 146/16 146/23
147/3 147/6 147/7 147/13
154/9 155/11 156/24 159/21
**fit [1]** 139/19
**five [55]** 5/9 13/1 20/22
20/24 21/5 25/5 25/25 27/13
28/3 36/17 44/9 47/20 48/18
62/2 62/17 62/19 63/5 63/6
63/9 63/17 66/21 67/5 104/23
104/24 105/2 106/4 106/15
106/22 106/24 106/25 107/8
107/11 107/17 114/21 114/24
115/10 115/13 115/15 115/18
115/24 116/25 117/6 117/11
117/14 117/18 118/3 121/9
121/16 121/20 139/12 150/8
150/14 150/25 151/6 151/12
**FL [3]** 1/9 1/24 2/2
**flat [1]** 77/23
**flip [1]** 44/14
**Flipping [1]** 44/16
**Floor [1]** 1/24
**FLORIDA [24]** 1/1 21/19 22/16
24/19 26/24 28/5 29/2 30/1
30/21 34/23 37/15 40/1 40/2
58/13 72/11 155/21 156/25
157/2 157/13 157/18 159/11
160/5 162/8 162/15
**flow [2]** 143/20 144/2
**flowing [2]** 75/14 125/8
**flows [1]** 114/7
**fly [1]** 9/16
**folder [1]** 30/20

**follow [9]** 4/15 16/21 19/13
40/23 49/7 49/22 50/19 144/1
144/2
**follow-ups [1]** 40/23
**following [2]** 95/17 159/5
**followup [5]** 36/6 38/7 99/11
142/11 149/25
**food [1]** 73/5
**Foods [1]** 30/23
**For Young [1]** 84/24
**forbid [1]** 45/24
**forbids [2]** 53/17 53/18
**force [1]** 40/8
**forced [1]** 150/24
**foregoing [1]** 164/7
**foreperson [8]** 22/5 23/5
26/11 31/18 32/7 33/13 35/7
36/25
**forever [2]** 30/2 111/1
**forged [1]** 137/8
**forged into [1]** 137/8
**form [13]** 6/19 81/22 137/11
145/1 152/8 158/3 158/19
159/8 161/25 162/6 162/7
162/22 163/9
**formally [1]** 142/23
**formed [1]** 152/23
**forms [1]** 49/25
**forth [1]** 46/25
**forthcoming [1]** 17/16
**forthright [1]** 63/14
**Fortnight [2]** 80/14 80/16
**fortunate [1]** 73/20
**forward [10]** 18/18 48/16
62/5 102/9 144/12 145/10
145/11 147/25 149/1 153/5
**forwarded [1]** 102/3
**found [7]** 11/16 12/20 63/16
66/24 84/12 84/18 90/15
**founded [1]** 25/10
**four [13]** 5/14 6/13 17/23
24/15 24/16 26/22 35/13
47/19 48/18 72/12 77/25 81/4
114/21
**Fox [3]** 78/2 139/6 140/12
**franchise [1]** 85/16
**frankly [2]** 65/18 158/12
**fraud [18]** 57/9 57/10 65/5
65/12 67/14 67/18 71/16
78/22 79/12 80/22 87/7 89/13
90/8 90/12 90/13 153/21
161/25 162/7
**fraudulent [18]** 16/25 58/5
153/21 153/22 154/3 154/6
154/10 154/11 154/14 154/19
154/22 156/10 156/10 156/14
156/17 158/7 159/9 162/1
**free [2]** 68/16 69/17
**freedom [1]** 138/22
**Friday [1]** 9/15
**friend [4]** 43/5 75/17 75/20
75/20
**friends [2]** 41/23 44/9
**front [11]** 4/6 20/15 34/5
34/6 43/24 62/16 121/5
145/19 153/13 159/23 162/1
**fruition [1]** 60/16
**frustrate [1]** 88/8

## F

frustrated [1]   44/11
frustrates [1]   65/24
Ft [1]   2/2
fulfilled [1]   49/10
full [5]   23/10 65/4 71/5
 124/20 134/16
fully [7]   83/19 83/21 83/23
 83/25 83/25 84/3 84/13
fun [1]   30/9
fund [6]   61/13 62/12 76/9
 76/12 76/14 125/17
funded [8]   83/19 83/21 83/23
 83/25 84/1 84/3 84/13 85/12
funding [2]   61/16 61/20
funds [1]   123/10
further [3]   18/22 130/18
 151/15
future [2]   62/14 67/20

## G

gain [1]   78/17
gained [1]   78/15
game [1]   136/9
Games [2]   150/20 150/22
gaming [1]   80/15
gamut [2]   141/6 141/14
gardening [1]   34/1
Gardens [3]   25/24 33/3 36/16
garment [1]   30/19
gas [1]   25/24
gave [6]   60/1 61/2 86/5
 92/11 92/20 147/17
general [9]   20/23 23/24 31/5
 141/20 143/17 145/17 145/18
 158/17 162/7
generally [7]   4/10 41/2
 42/25 44/23 48/9 75/3 125/4
gentleman [2]   84/16 85/20
gentlemen [10]   46/9 56/10
 58/10 68/6 93/25 131/18
 133/1 133/24 142/15 152/5
get [55]   5/7 8/20 10/7 10/14
 10/16 10/24 11/1 11/4 12/12
 37/9 40/20 47/16 48/7 65/24
 71/12 73/13 74/3 74/5 80/20
 81/13 81/18 81/20 84/18 87/5
 88/19 91/21 91/25 92/4 94/3
 105/6 110/25 114/15 124/15
 124/23 129/11 130/13 131/13
 134/1 136/12 136/16 137/20
 139/12 139/17 140/4 141/20
 142/10 146/20 149/20 150/13
 152/8 158/3 159/3 159/10
 163/12 163/25
gets [4]   45/19 140/16 143/6
 143/14
getting [11]   26/6 40/19
 64/15 80/10 96/20 111/12
 113/21 128/22 130/5 130/11
 150/23
Ghost [3]   63/22 81/5 83/5
giant [1]   139/7
Gifted [1]   90/19
GILBERT [17]   2/9 9/23 10/1
 12/2 12/22 20/12 66/16 66/20
 66/23 121/12 132/24 133/3
 133/9 133/11 133/17 133/18
 133/19
Gilbert's [3]   66/25 121/13
 133/10
give [30]   4/9 4/20 4/24 12/9
 12/23 16/16 23/21 38/8 49/18
 50/13 52/10 52/14 55/6 58/14
 60/23 66/9 67/16 67/22 81/3
 91/8 95/17 95/20 125/3
 140/23 147/8 147/14 147/25
 148/8 148/15 152/10
given [9]   8/9 11/20 95/2
 99/23 102/5 140/2 142/23
 142/23 146/3
gives [2]   19/18 69/8
giving [2]   7/22 58/9
glad [1]   151/21
go [65]   4/22 5/8 8/19 10/13
 15/25 21/2 22/13 22/14 23/19
 29/4 29/9 31/9 32/19 34/15
 43/17 44/5 46/25 47/5 47/24
 48/5 54/7 55/6 60/12 62/6
 68/16 69/13 70/5 72/15 76/1
 80/18 85/15 85/22 86/3 86/4
 86/5 86/11 86/16 89/9 90/20
 98/16 109/12 114/20 129/14
 136/15 140/5 142/5 142/8
 143/14 144/11 145/9 145/11
 146/9 146/21 149/21 151/5
 151/23 151/24 152/9 152/11
 153/1 153/15 153/20 156/17
 163/2 163/4
go-ahead [1]   149/21
gobbledygook [1]   114/17
God [1]   45/24
goes [10]   8/24 11/5 18/22
 36/1 41/18 82/10 87/4 104/25
 144/17 147/22
going [89]   4/4 4/21 5/9 5/17
 6/3 6/7 6/10 6/23 7/14 7/15
 7/16 8/2 9/22 10/4 10/21
 11/1 11/22 12/12 12/15 14/1
 16/1 20/14 20/18 32/19 35/17
 38/6 39/4 41/5 45/25 47/2
 49/5 56/2 56/13 56/14 57/24
 58/20 61/17 62/7 64/5 64/6
 65/11 66/8 67/21 68/7 68/9
 69/9 69/16 70/9 74/21 75/18
 80/20 84/18 95/6 95/7 99/10
 102/20 104/9 105/3 106/15
 106/21 106/24 108/15 108/24
 115/6 119/7 125/7 125/8
 125/20 127/16 127/17 128/17
 130/20 131/18 131/19 132/23
 133/25 141/7 142/10 146/10
 149/1 149/2 149/15 150/14
 151/7 151/8 152/7 153/18
 158/15 160/4
golf [7]   22/19 22/20 23/22
 24/2 25/12 27/16 31/11
golfer [1]   26/2
gone [4]   49/14 77/6 105/5
 147/4
good [29]   3/1 3/7 3/9 3/11
 3/15 6/23 22/12 25/6 25/21
 25/22 28/1 29/25 31/3 31/11
 32/21 33/17 35/11 39/17
 44/13 48/24 56/10 71/11
 130/12 131/2 148/10 151/23
 151/24 160/21 163/19
Google [1]   53/12
Gossimer [1]   81/4
got [20]   26/10 65/4 76/18
 78/10 80/8 83/8 84/15 88/19
 89/25 111/1 117/20 121/5
 121/5 129/16 130/12 130/13
 136/20 137/9 138/4 147/21
gotten [4]   10/19 57/9 144/11
 150/24
Government [2]   33/1 33/2
grade [1]   75/24
graduated [1]   73/17
graduating [1]   28/8
grandchildren [1]   24/9
grandma [1]   30/25
granted [1]   62/25
granular [1]   141/20
grass [1]   50/4
great [21]   11/24 25/5 30/17
 30/17 31/4 33/16 37/1 45/3
 70/14 70/20 72/22 72/23
 73/20 84/9 85/15 90/22
 125/20 137/19 139/18 141/15
 150/20
greater [7]   54/14 120/7
 157/2 157/4 157/14 157/15
 157/18
greater weight [1]   157/4
green [5]   33/22 62/6 106/9
 107/8 114/24
greenlight [5]   142/8 149/13
 149/18 150/6 151/6
greenlighting [1]   149/20
greenlit [50]   62/3 62/5 62/9
 62/13 62/19 63/5 63/8 63/17
 66/21 67/4 104/24 105/20
 105/23 106/2 106/6 106/12
 106/12 106/20 106/25 107/11
 107/17 115/18 115/24 117/6
 117/10 117/14 117/18 118/3
 121/9 121/16 121/20 141/17
 141/21 141/22 142/22 143/10
 143/18 144/1 144/3 144/7
 144/20 144/23 144/25 145/14
 149/7 149/11 150/1 150/3
 150/8 151/12
grew [2]   37/15 72/14
Grey's [5]   147/9 148/13
 148/14 148/18 148/21
grossed [1]   77/3
ground [2]   24/1 137/20
group [2]   80/3 85/13
grow [1]   72/13
Grylls [8]   81/5 84/7 84/10
 84/24 85/11 85/15 85/17
 86/11
guaranteed [2]   62/5 105/2
Guber [3]   137/13 137/22
 137/24
Guber-Peters [3]   137/13
 137/22 137/24
guess [7]   12/5 13/2 23/2
 30/8 51/14 145/17 161/25
guesswork [1]   155/24
guest [1]   89/7
guidelines [1]   52/11

**G**

**guise [1]**   125/19
**guy [7]**   77/4 87/4 90/23
129/15 130/5 130/11 130/13
**guys [2]**   88/18 129/14

**H**

**H-A-R-R-I-S [1]**   71/7
**had [133]**   4/25 7/7 8/2 8/14
9/14 9/15 12/14 12/20 15/15
17/11 21/4 31/6 40/14 40/22
41/3 41/24 43/10 43/23 45/20
59/18 59/24 60/10 61/11
61/16 62/2 62/16 62/18 62/25
63/2 63/4 63/16 63/19 64/1
64/2 64/4 64/9 64/13 65/21
66/2 67/2 67/4 67/8 70/7
73/15 74/22 74/22 75/9 75/17
75/17 75/19 76/2 76/11 76/12
76/13 76/14 76/25 77/5 77/23
80/3 80/4 80/5 84/6 84/25
85/8 90/22 91/12 91/24 92/3
92/6 92/12 92/13 94/22 95/2
97/1 97/3 98/17 101/23
102/18 103/4 103/23 105/1
105/2 105/3 105/5 105/23
106/2 106/5 106/24 107/6
107/11 107/14 107/17 109/5
113/9 115/18 115/24 117/10
117/14 118/2 121/15 121/20
124/3 124/7 124/12 125/17
125/17 126/9 128/4 128/18
128/20 129/1 129/1 129/3
129/14 135/14 135/15 135/16
135/18 135/20 135/22 135/23
136/1 138/1 141/8 147/18
147/19 149/7 149/8 150/1
150/1 150/8 155/6 157/19
**hadn't [2]**   91/18 95/3
**Haley [8]**   81/4 94/12 94/14
95/12 97/4 99/18 103/9 104/4
**half [12]**   21/19 23/10 28/3
28/4 65/4 113/20 123/11
123/16 123/20 123/23 124/2
124/20
**hallways [1]**   69/5
**hand [7]**   14/4 19/21 20/1
20/9 59/12 131/4 134/14
**hands [11]**   14/4 14/19 14/21
19/22 20/2 20/5 20/13 43/1
43/2 45/2 49/14
**hanging [1]**   77/4
**happen [5]**   16/19 88/11
125/10 150/10 158/25
**happened [5]**   49/21 105/14
105/15 129/6 147/5
**happening [1]**   151/9
**happens [1]**   143/17
**happy [4]**   6/6 16/1 154/19
156/17
**hard [6]**   8/4 8/18 22/12
37/11 58/15 59/6
**HARRIS [41]**   2/6 5/12 5/21
14/13 17/13 17/16 20/11
56/18 57/13 57/18 62/20 65/6
69/23 70/13 70/25 71/3 71/7
71/11 72/18 72/19 72/20 73/6

73/9 73/21 75/21 93/3 93/8
94/6 100/14 108/15 113/2
116/17 118/11 122/12 124/10
126/18 127/16 127/19 128/15
130/16 135/14
**Harris' [3]**   9/2 56/18 135/16
**Hart [2]**   77/24 141/13
**has [76]**   9/5 11/20 13/21
18/4 18/20 19/15 22/22 23/23
25/14 30/12 34/3 35/15 35/25
36/10 36/11 39/13 39/17
39/19 39/23 40/4 42/23 44/24
45/8 45/11 45/12 46/20 49/13
52/5 54/23 54/24 55/9 55/19
55/25 56/3 57/22 58/7 61/15
63/8 65/19 65/20 68/7 68/22
69/21 71/15 73/3 78/23 80/17
83/5 88/12 88/23 90/1 100/12
117/6 117/17 129/12 129/16
139/22 140/2 141/5 141/13
141/21 141/22 141/23 141/25
142/1 142/4 143/10 143/13
144/3 144/3 144/7 147/5
147/6 147/24 148/15 162/10
**hasn't [1]**   66/7
**have [401]**
**have a [1]**   30/24
**haven't [9]**   29/6 31/20 70/1
83/13 126/25 147/4 149/13
158/15 162/20
**having [9]**   3/5 6/16 45/15
68/18 69/20 87/17 90/11
113/16 148/24
**he [174]**
**head [4]**   15/9 144/9 144/9
144/11
**heading [1]**   154/25
**headings [1]**   154/22
**hear [27]**   6/25 11/1 14/3
14/4 14/8 21/14 38/15 41/5
44/7 44/7 50/15 52/2 54/1
56/10 58/17 58/20 59/2 59/8
62/7 67/1 67/2 67/3 67/11
67/22 72/6 151/17 151/19
**heard [16]**   50/1 52/18 59/24
60/1 67/25 72/24 87/15 106/5
135/14 135/16 135/22 136/1
136/5 136/6 141/17 158/15
**hearing [3]**   40/11 99/24
102/6
**hearsay [1]**   6/18
**Heart [6]**   94/15 95/12 97/5
99/18 103/9 104/4
**held [3]**   59/23 64/6 67/14
**Hello [3]**   22/15 26/19 38/18
**help [7]**   16/21 50/19 54/5
54/13 84/2 89/25 135/8
**helpful [2]**   8/7 21/2
**helping [2]**   14/16 56/15
**helps [2]**   14/25 15/1
**hence [2]**   58/18 64/16
**her [16]**   3/22 9/16 9/16 9/21
11/1 19/19 39/21 40/20 41/13
45/7 56/15 141/4 142/17
147/16 147/17 147/18
**here [89]**   3/2 3/23 4/17 8/2
8/4 8/11 10/21 11/15 12/25
14/6 14/14 14/17 14/19 19/17

19/19 22/16 23/4 29/7 29/17
30/1 30/2 31/7 32/14 32/15
33/6 34/16 35/13 37/5 42/15
45/4 49/2 53/6 54/25 56/11
56/23 57/2 57/4 57/11 57/12
58/10 58/12 58/19 63/12 65/9
65/12 65/21 65/22 65/23 66/8
66/24 67/2 67/15 69/12 69/17
70/19 71/14 74/11 75/3 79/22
83/10 83/13 87/7 89/12 90/8
90/11 98/17 100/24 121/8
122/16 124/9 125/25 129/6
129/10 130/6 132/24 134/12
136/12 139/16 139/16 139/17
142/17 147/12 152/16 152/23
157/11 157/20 163/21 163/23
163/25
**Hero [6]**   94/15 95/12 97/5
99/18 103/9 104/4
**Hershey [1]**   38/22
**hesitant [1]**   74/13
**hey [1]**   41/5
**hi [7]**   29/1 33/1 33/17 42/13
46/17 95/16 113/11
**hidden [1]**   54/11
**high [6]**   16/11 30/3 30/4
30/5 74/5 90/19
**highlight [1]**   109/15
**highlighted [1]**   157/20
**him [55]**   17/17 30/24 45/22
45/23 58/9 59/9 59/13 59/14
59/19 61/4 62/11 62/25 63/2
64/4 64/14 65/24 66/1 66/6
66/6 66/7 66/21 67/1 67/3
67/3 67/18 67/19 67/19 75/17
75/23 75/23 76/3 76/15 80/9
86/21 86/25 88/22 89/9 89/24
90/9 95/20 97/8 98/9 99/11
100/9 100/21 102/13 102/16
102/25 103/2 103/6 106/14
106/17 116/24 122/16 127/1
**himself [8]**   58/11 59/23 61/1
63/25 64/25 65/22 76/16
112/4
**hind [1]**   60/19
**hire [2]**   44/5 135/11
**hiring [3]**   45/12 45/12
143/11
**his [59]**   5/23 6/2 6/2 8/3
11/20 13/22 19/19 24/2 36/2
51/2 54/24 57/19 58/2 58/5
58/8 58/15 58/18 58/23 59/3
59/3 59/6 59/6 59/6 59/6
59/7 59/12 59/17 59/18 60/8
60/9 60/18 60/20 61/3 61/3
65/19 66/3 66/9 66/13 66/20
67/1 67/19 70/9 73/15 77/13
88/19 89/21 89/22 96/19
97/11 111/25 112/7 124/4
124/17 124/22 126/19 135/24
138/7 152/10 156/14
**historically [1]**   73/1
**history [1]**   30/16
**hit [1]**   51/2
**hobbies [10]**   21/22 23/16
24/23 27/16 28/11 29/3 31/2
34/1 35/17 37/6
**hobby [2]**   30/9 31/12

## H

**hold [6]** 15/15 21/14 22/10 58/11 74/14 76/16
**holding [1]** 114/25
**home [7]** 21/21 33/24 33/25 35/12 68/20 73/2 113/11
**HON [1]** 2/1
**honest [1]** 63/14
**Honor [65]** 3/7 3/9 3/11 4/3 4/8 5/10 5/13 5/19 5/25 7/7 7/19 8/4 8/25 9/13 10/10 11/12 11/24 12/14 38/12 40/22 46/3 46/8 47/8 47/11 47/22 48/8 56/6 70/6 70/18 70/24 72/6 93/5 93/22 97/24 101/13 108/10 112/21 116/10 118/17 126/11 127/10 130/18 130/22 131/6 132/13 132/23 142/12 142/19 151/16 152/3 153/11 154/18 155/15 156/5 158/1 158/11 160/1 160/15 161/15 162/5 163/3 163/8 163/18 164/4 164/5
**HONORABLE [1]** 1/14
**hope [4]** 15/20 16/7 16/11 66/9
**hopefully [2]** 11/2 67/13
**hoping [2]** 9/21 45/17
**hot [2]** 150/16 150/17
**Hotel [1]** 103/9
**hour [8]** 5/15 10/2 10/3 59/7 68/9 69/14 125/5 163/3
**hours [7]** 5/14 6/13 68/17 73/24 74/3 74/9 74/10
**house [3]** 34/25 35/18 43/24
**housekeeping [5]** 5/18 6/15 6/22 6/23 6/24
**housewife [1]** 23/13
**how [61]** 5/25 10/12 11/5 11/6 12/12 39/23 43/18 44/2 46/5 48/4 68/25 72/11 73/9 73/13 73/24 75/8 75/16 75/22 77/21 80/24 81/11 81/13 82/21 89/10 89/18 90/3 90/24 94/22 95/11 95/22 96/16 100/4 103/3 103/11 103/14 107/4 107/16 114/7 121/11 123/7 123/19 124/6 128/22 135/3 135/9 136/17 136/18 140/4 140/18 140/19 143/8 144/20 145/18 145/18 147/5 147/21 151/7 151/8 159/5 160/13 162/12
**however [4]** 17/13 49/6 64/13 66/3
**HR [1]** 22/17
**huge [2]** 80/14 102/20
**huh [1]** 15/9
**hundred [7]** 100/13 119/14 119/18 130/14 143/3 145/23 148/6
**hundreds [1]** 76/14
**Hunger [2]** 150/20 150/22
**hurt [1]** 129/15
**husband [5]** 24/21 27/14 33/23 36/18 41/13
**hypothetically [1]** 87/25

## I

**I'm [14]** 26/19 27/11 28/16 29/3 31/3 31/8 33/1 34/23 34/23 34/25 37/14 70/6 98/25 154/2
**I've [1]** 29/2
**I.D [1]** 2/14
**Id [1]** 143/5
**idea [12]** 5/3 21/9 78/11 85/25 86/13 86/23 106/12 122/17 123/1 124/6 147/1 151/7
**ideally [1]** 10/18
**identifiable [1]** 145/1
**ignore [2]** 51/13 51/16
**Illinois [1]** 73/16
**immediate [4]** 24/24 25/14 31/21 37/20
**immediately [2]** 88/11 143/11
**impact [2]** 29/16 107/1
**impartial [5]** 24/12 26/16 28/22 29/17 38/2
**impartially [1]** 19/24
**importance [3]** 58/19 62/9 155/12
**important [10]** 15/7 15/20 16/8 30/20 49/4 53/19 53/20 53/25 90/14 152/15
**importantly [3]** 15/2 49/1 63/3
**imposition [1]** 45/25
**impossible [5]** 58/7 149/9 150/2 150/5 150/10
**impression [2]** 54/15 76/18
**improper [1]** 46/18
**impropriety [2]** 58/24 69/9
**in's [1]** 41/18
**in-person [1]** 104/18
**in-taking [1]** 39/5
**include [2]** 28/11 154/3
**included [2]** 57/18 123/12
**includes [1]** 53/8
**including [3]** 53/3 53/10 61/5
**incredible [1]** 90/23
**independent [8]** 136/25 137/3 137/8 138/7 139/4 139/5 139/8 144/13
**INDEX [1]** 2/5
**indicated [1]** 54/24
**indicating [2]** 7/5 157/5
**indirect [3]** 50/5 50/8 50/11
**indirectly [1]** 50/3
**individual [5]** 56/17 57/11 71/15 100/14 101/20
**individuals [2]** 20/10 139/15
**induce [2]** 16/25 17/17
**industry [42]** 28/4 36/4 36/10 40/7 41/4 41/14 41/18 41/24 42/8 42/18 42/22 57/10 59/13 59/14 59/15 59/22 62/4 62/8 62/10 74/2 74/16 74/19 74/23 75/1 75/4 75/8 76/8 76/17 76/22 78/20 106/13 135/4 135/10 136/19 136/20 137/21 140/17 140/22 141/16 141/18 150/15 151/11

## I

**inevitably [1]** 152/21
**influenced [1]** 15/14
**inform [1]** 135/8
**informal [1]** 142/24
**information [13]** 4/14 12/6 17/14 52/14 53/7 53/9 53/13 53/23 66/15 66/16 66/22 88/22 114/17
**informed [1]** 39/13
**initial [2]** 77/9 78/14
**initially [1]** 64/25
**initiate [1]** 64/16
**injured [1]** 140/17
**injury [1]** 159/18
**innocuous [1]** 106/9
**ins [5]** 59/10 59/11 74/15 74/25 75/4
**inserted [1]** 157/14
**inside [1]** 137/2
**insofar [1]** 62/1
**inspiration [1]** 59/6
**Instagram [1]** 53/4
**instance [4]** 129/25 140/11 147/16 149/15
**instances [2]** 80/9 129/20
**instead [3]** 59/14 157/2 157/15
**instruct [5]** 18/24 19/2 51/19 55/20 152/24
**instructed [2]** 68/22 69/6
**instruction [22]** 10/2 11/16 11/19 12/2 12/3 12/4 12/7 12/15 12/16 12/23 68/15 152/15 153/25 157/3 157/9 157/10 157/18 158/6 159/1 160/9 162/7 163/17
**instructions [19]** 11/10 11/16 19/1 47/25 49/7 49/18 49/18 52/20 55/6 67/22 152/8 152/10 153/16 155/2 162/15 162/19 163/1 163/9 163/15
**instructs [1]** 69/2
**insurance [4]** 28/2 31/14 75/23 155/19
**intelligent [1]** 15/22
**intend [3]** 7/3 7/5 87/22
**intended [2]** 15/18 115/17
**intends [1]** 54/19
**intentional [1]** 65/19
**interact [2]** 69/6 69/7
**interaction [4]** 46/13 69/8 134/3 152/25
**interest [10]** 52/5 81/22 107/6 109/19 110/3 110/21 111/6 111/13 112/6 123/20
**interested [2]** 76/9 80/14
**interesting [2]** 57/8 82/9
**interestingly [1]** 141/10
**interfere [3]** 26/15 27/22 34/7
**Interior [1]** 89/23
**intern [1]** 136/21
**internally [1]** 27/21
**international [7]** 27/12 136/24 137/4 137/8 138/12 139/10 149/23
**interned [1]** 42/13
**internet [3]** 49/13 53/3

**I**

internet... **[1]**  53/10
internship **[1]**  136/24
interpret **[1]**  55/5
interrogatory **[2]**  158/18
161/13
interrupt **[1]**  149/11
intervention **[1]**  33/20
intimately **[3]**  74/15 100/12
139/2
intricacies **[1]**  75/1
intrinsically **[1]**  150/7
introduce **[4]**  5/5 13/13
13/19 13/25
introducing **[1]**  11/23
introduction **[1]**  5/7
invest **[19]**  17/17 62/24
63/10 72/4 77/12 77/15 77/19
77/21 81/11 82/6 82/8 90/24
91/9 103/12 105/7 105/12
105/16 105/21 107/1
invested **[44]**  17/19 60/17
61/16 63/20 63/24 64/4 64/21
64/24 65/3 66/19 75/17 76/15
78/12 80/4 81/16 86/9 91/9
91/12 91/13 91/19 91/24 92/3
92/7 92/14 94/22 103/22
104/3 108/16 110/12 110/16
118/5 120/6 121/15 122/5
122/20 122/24 123/3 123/10
123/18 124/18 128/5 128/18
129/1 129/18
investigating **[1]**  89/24
investigation **[1]**  90/1
investing **[11]**  17/5 57/20
59/13 95/4 95/11 100/18
103/8 103/14 110/6 120/10
122/15
investment **[34]**  61/10 78/3
90/15 91/3 91/11 92/24 92/25
99/6 100/16 104/10 104/13
105/17 107/5 107/20 108/18
109/3 109/19 110/10 110/18
111/8 111/12 113/3 113/22
118/14 119/8 119/11 119/13
121/3 121/6 121/18 124/11
124/12 139/11 155/6
investments **[25]**  58/16 58/23
59/20 60/4 60/6 60/22 64/20
74/21 75/6 75/14 78/14 78/20
80/1 82/21 83/11 89/6 89/16
94/11 94/20 98/23 99/10
123/8 123/21 124/13 125/13
investor **[8]**  61/18 61/19
61/20 61/22 80/3 102/19
121/23 122/21
investors **[23]**  57/16 57/18
60/12 64/8 83/24 85/14
107/14 107/17 121/25 122/14
124/25 125/4 125/17 125/22
125/23 126/20 127/5 127/23
128/8 128/12 130/14 135/2
140/14
invisible **[1]**  90/10
invite **[2]**  41/25 125/3
invited **[1]**  73/17
involved **[31]**  21/24 22/22

23/17 24/10 25/14 26/5 29/8
29/12 29/20 31/13 31/20 33/8
34/2 35/20 44/23 45/9 45/11
45/12 76/25 100/12 136/18
136/20 139/2 140/14 140/15
140/16 141/12 143/6 143/24
144/13 146/20
involvement **[1]**  24/24
involves **[1]**  53/2
ironically **[1]**  75/23
is **[592]**
is a **[1]**  62/4
isn't **[7]**  79/7 88/21 100/15
113/4 126/25 145/14 160/7
issue **[18]**  5/18 6/10 6/15
7/7 24/8 24/10 25/2 25/4
25/19 34/13 36/2 45/15 45/17
53/16 74/22 79/22 80/24
161/15
issues **[13]**  6/8 9/15 11/3
24/6 31/23 34/4 34/7 39/14
42/17 42/24 57/7 153/15
154/11
it **[354]**
it's **[16]**  12/17 22/12 27/24
58/3 74/7 80/18 80/20 89/9
101/1 123/11 143/13 144/8
145/14 148/9 148/12 158/21
italics **[4]**  156/9 156/12
156/15 156/25
item **[1]**  51/20
items **[2]**  27/2 73/5
its **[14]**  16/18 18/13 18/14
18/21 18/21 19/15 54/21
55/10 55/17 62/2 64/23 68/11
142/4 154/6
itself **[1]**  52/15

**J**

J.J **[1]**  148/5
jack **[1]**  39/2
JASON **[50]**  1/10 2/8 3/3 5/16
9/22 12/4 12/8 12/22 13/11
16/24 18/5 20/11 57/11 71/16
75/9 75/11 75/11 75/12 75/16
75/19 76/11 78/23 80/5 80/12
82/5 84/1 84/8 84/17 84/20
84/20 84/25 85/4 86/19 88/12
90/1 95/16 100/20 102/17
103/2 108/25 113/11 116/7
120/18 122/16 125/3 125/4
125/18 132/1 132/10 135/22
Jason's **[3]**  85/24 86/1 86/5
Jennifer **[1]**  147/20
Jersey **[1]**  23/22
job **[8]**  18/23 19/5 19/7
22/19 27/22 49/21 50/12
137/9
job would **[1]**  27/22
jobs **[2]**  57/3 73/19
John **[3]**  101/11 101/20
102/11
Johnny **[2]**  41/20 41/21
joined **[2]**  14/9 56/11
joint **[1]**  5/2
joke **[1]**  74/2
Joker **[1]**  77/2
JONELIS **[6]**  1/17 2/7 3/7

14/7 14/8 56/11
Jones **[2]**  51/2 51/3
judge **[13]**  1/15 4/2 13/8
39/13 42/23 44/24 65/20
67/23 68/22 132/5 133/12
152/20 155/18
judges **[1]**  7/11
judgment **[4]**  87/20 87/22
87/25 88/2
judicial **[2]**  16/9 18/2
Judy **[1]**  44/24
July **[3]**  17/7 37/18 164/10
Juno **[1]**  22/15
Jupiter **[7]**  30/2 30/4 31/7
31/10 33/3 33/23 34/24
juror **[71]**  4/11 15/23 20/17
20/21 21/15 21/16 22/13
22/14 22/15 23/7 23/8 24/12
24/13 24/15 24/16 25/5 25/20
25/23 26/16 26/19 27/10
27/11 27/25 28/1 28/22 28/25
29/1 29/17 29/24 29/25 30/18
30/19 31/4 31/5 31/25 32/3
32/25 33/1 33/10 33/16 33/17
34/8 34/22 34/23 35/6 35/10
35/11 36/14 36/15 37/4 37/13
38/2 38/18 38/23 39/13 40/14
43/22 43/23 44/8 44/19 45/7
46/21 48/16 48/17 48/17
48/17 48/18 48/18 48/18
48/19 52/14
jurors **[26]**  4/5 4/11 7/22
10/12 10/15 10/16 13/10 19/8
19/8 38/8 38/8 38/8 46/15
46/24 47/19 48/24 49/17
53/17 53/18 54/2 70/17
130/25 153/14 153/25 162/19
162/20
jury **[83]**  1/14 4/5 4/18 5/7
6/4 7/3 7/14 7/20 8/14 10/2
10/17 10/20 10/24 11/4 11/9
11/14 12/2 12/11 13/6 15/24
16/7 19/1 19/9 19/10 22/3
23/1 24/8 25/3 25/18 26/9
29/22 31/13 31/16 32/5 33/12
34/12 35/24 36/22 37/23
38/13 46/22 47/15 47/16
47/24 48/14 48/21 49/3 49/12
49/15 52/12 54/7 54/11 55/7
57/4 57/6 67/22 69/10 69/15
70/21 72/10 72/24 114/15
131/12 131/16 134/6 134/8
134/9 134/25 136/12 136/16
141/8 152/8 152/10 153/1
153/6 153/15 158/12 158/15
161/16 162/19 162/25 163/15
163/17
jury's **[2]**  19/5 49/20
just **[100]**  5/4 6/18 7/1 8/1
8/22 12/5 12/23 14/20 16/17
16/19 17/21 20/7 20/9 20/21
30/21 33/7 35/18 37/8 39/19
41/19 43/8 43/16 43/16 44/6
44/23 45/2 46/12 46/17 48/25
50/24 54/19 56/25 61/19
62/24 66/22 67/13 67/24 68/3
68/19 69/23 73/12 73/22 74/7
77/4 82/7 82/7 84/2 84/23

**J**

**just... [52]**   87/9 88/23 90/6
91/10 91/16 95/23 97/16 98/7
98/16 98/25 101/24 102/4
106/21 108/25 113/8 113/24
114/15 115/15 116/8 116/24
117/22 119/21 122/10 123/9
124/9 124/12 125/22 129/12
130/9 130/13 136/2 136/9
137/1 142/9 147/4 154/19
154/20 155/11 156/5 156/6
156/16 157/4 157/8 157/19
158/11 158/21 161/7 161/16
161/22 162/5 162/12 163/14

**K**

**K-A-T-H-R-Y-N [1]**   134/20
**KATHRYN [7]**   2/10 20/11 62/8
69/25 132/22 134/15 134/18
**Kathryn [1]**   9/14
**KDP [1]**   31/2
**keep [11]**   16/6 36/20 52/21
67/24 86/18 144/14 152/24
155/10 157/8 159/22 160/10
**keeping [1]**   125/19
**keeps [1]**   130/11
**Kelly [1]**   78/1
**KELSEY [4]**   1/18 3/9 14/10
56/12
**kept [2]**   105/3 122/19
**Kevin [2]**   77/24 141/13
**key [1]**   145/16
**kids [5]**   21/20 29/3 31/9
31/11 80/15
**kind [20]**   6/17 13/3 16/4
23/3 34/2 34/4 34/7 36/6
36/7 39/2 43/17 44/6 50/12
80/20 106/9 109/1 137/1
140/8 141/5 147/12
**kitchen [1]**   73/4
**knew [5]**   59/12 75/23 76/21
78/19 122/20
**know [78]**   5/4 5/6 5/24 7/2
9/19 10/13 11/6 12/3 12/24
13/15 14/20 15/25 16/13
16/19 20/3 22/11 22/23 23/19
30/11 36/5 38/15 41/2 41/23
42/2 42/14 42/21 44/22 47/4
52/3 56/25 57/2 57/24 68/21
68/24 73/13 73/17 74/13
75/22 76/7 78/7 78/10 78/13
80/12 80/16 80/17 81/1 85/23
86/8 86/10 86/14 88/25 89/10
89/19 90/1 90/3 90/22 93/4
95/22 95/25 100/12 107/7
107/16 107/19 116/4 120/20
121/8 121/10 121/11 125/19
137/16 137/20 139/6 140/6
147/8 153/17 153/20 155/17
160/4
**knowing [1]**   19/2
**knowledge [20]**   15/16 18/3
41/25 76/2 84/4 85/18 89/1
89/5 89/14 89/18 97/4 97/12
107/10 107/13 112/7 120/10
124/6 126/1 128/7 128/11
**knowledgeable [1]**   76/19

**known [3]** 91/2 121/15 146/25
**knows [6]**   14/1 59/11 72/10
80/16 117/19 149/2
**Kuwait [1]**   21/24

**L**

**labeled [2]**   119/8 119/24
**lack [2]**   9/25 162/15
**lacking [1]**   162/9
**laddered [1]**   137/1
**ladies [10]**   46/9 56/10 58/10
68/6 93/25 131/18 133/1
133/24 142/15 152/5
**lady [1]**   33/6
**Lake [1]**   26/24
**lamp [1]**   73/16
**language [10]**   22/1 22/24
24/6 24/25 25/15 26/8 29/21
35/22 158/10 158/14
**large [2]**   28/6 139/24
**larger [1]**   140/13
**largest [1]**   137/14
**last [22]**   3/24 5/22 7/25
23/9 35/18 36/10 44/14 58/16
60/13 71/6 82/13 82/18 84/11
91/8 91/11 109/12 119/1
134/17 154/12 155/22 156/5
156/6
**late [4]**   33/12 48/4 84/10
84/11
**later [11]**   9/21 21/7 24/4
68/9 73/20 75/25 76/13 90/15
97/10 118/5 150/21
**latest [1]**   30/13
**laundromat [1]**   30/19
**Lavely [4]**   1/18 3/8 3/10
14/11
**law [35]**   14/10 14/12 18/24
18/25 19/2 19/2 19/13 19/13
19/18 19/20 23/17 27/12
27/19 28/9 30/16 31/12 33/7
35/19 41/15 49/21 49/22
49/23 50/10 52/20 53/14
53/16 53/17 53/24 54/3 55/6
55/10 69/2 69/2 152/24
163/17
**law forbids [1]**   53/17
**lawsuit [21]**   18/7 21/25
22/22 25/14 26/6 31/21 34/2
35/20 56/22 58/18 60/18
64/16 65/1 78/24 79/2 86/25
89/8 123/14 123/17 129/18
129/22
**lawsuits [17]**   23/18 24/10
24/24 24/25 29/9 29/16 33/8
37/21 39/6 58/4 58/4 58/5
89/5 89/14 89/18 89/20 89/21
**lawyer [5]**   44/5 51/1 51/6
51/7 51/8
**lawyer's [1]**   50/24
**lawyers [5]**   50/18 55/4 87/13
131/23 138/12
**lawyers' [3]**   50/16 50/22
52/19
**lead [2]**   52/22 154/1
**leading [1]**   84/8
**League [3]**   90/19 90/20
104/23

**learn [3]**   21/9 68/25 72/9
**learned [6]**   41/17 85/5 85/7
114/8 121/25 122/3
**least [10]**   66/5 66/9 76/23
82/11 82/19 83/16 85/12
85/19 86/14 160/14
**leave [6]**   54/10 54/10 69/17
152/6 152/8 163/20
**leaves [4]**   49/12 69/15
131/12 153/6
**leaving [1]**   154/22
**lectern [2]**   48/9 56/7
**led [1]**   59/15
**LEEKER [5]**   1/18 2/11 3/9
14/10 56/12
**left [6]**   46/22 48/10 57/2
108/25 134/6 153/3
**legal [26]**   27/11 27/18 28/2
28/17 28/21 38/23 39/3 39/10
57/7 124/3 124/6 158/9
158/15 159/18 160/5 160/6
160/6 160/10 160/12 160/14
160/23 160/24 161/1 161/2
161/6 161/9
**legitimate [3]**   57/14 57/15
60/2
**length [2]**   144/21 144/23
**Leona [1]**   76/12
**less [2]**   10/2 86/15
**let [17]**   10/13 11/17 16/16
22/11 36/6 38/15 43/17 47/4
54/8 65/15 68/20 70/2 81/16
116/4 128/4 152/6 163/4
**let's [31]**   3/5 10/16 19/23
20/16 41/7 44/14 50/3 54/16
72/9 75/16 83/10 89/12 90/11
92/23 95/14 98/24 101/6
105/21 107/22 112/10 118/10
130/20 136/18 145/23 148/8
156/8 156/9 156/21 157/11
158/4 160/22
**letter [1]**   8/1
**level [1]**   144/10
**liability [4]**   7/4 7/12 7/13
7/15
**liable [2]**   58/11 67/14
**liar [1]**   129/9
**liberties [1]**   16/10
**licensed [1]**   26/19
**lie [1]**   129/10
**lied [2]**   57/16 63/18
**lies [5]**   57/20 58/12 58/14
64/14 66/13
**life [5]**   29/2 59/3 80/21
129/9 155/19
**light [7]**   34/23 52/8 55/12
62/6 63/20 106/9 107/9
**lighting [2]**   41/15 114/24
**lightly [2]**   99/24 102/6
**like [61]**   6/3 6/17 10/21
16/2 16/4 22/18 24/8 25/12
31/11 32/17 33/6 36/12 36/21
41/6 41/19 41/25 42/1 42/8
44/17 44/24 44/25 45/12 50/8
59/5 59/11 59/16 60/15 62/6
70/25 73/2 79/23 83/7 89/2
95/23 101/20 105/1 113/24
115/7 117/19 117/20 122/10

**L**

**like... [20]**   127/10 133/21
137/18 142/9 147/9 147/15
148/5 148/8 148/13 148/21
148/22 148/22 149/14 150/20
153/17 154/1 156/19 158/13
161/22 163/23
**likely [7]**   18/9 18/14 50/10
54/25 55/13 55/25 154/1
**likewise [1]**   60/4
**limited [3]**   51/19 51/20
124/17
**Lincoln [1]**   155/19
**line [14]**   21/1 53/13 60/13
60/19 61/22 83/2 83/10 108/3
109/12 109/16 117/2 143/15
154/9 161/18
**lines [1]**   61/6
**link [5]**   10/5 10/7 11/1 48/6
69/25
**liquor [1]**   23/23
**list [5]**   7/24 7/25 8/5 10/15
135/11
**listed [2]**   94/14 95/17
**listen [6]**   13/14 14/2 49/20
53/14 56/4 57/6
**listening [1]**   54/9
**listing [1]**   114/18
**lit [1]**   70/8
**literally [2]**   41/19 144/16
**litigation [5]**   24/5 26/14
28/6 37/22 64/16
**litigators [1]**   135/7
**little [29]**   4/20 4/21 14/5
15/21 21/7 21/8 21/9 23/21
24/18 29/10 30/22 34/13
34/16 39/1 48/9 68/9 72/9
74/13 79/23 84/15 85/13 86/3
114/19 136/15 138/21 139/2
139/18 142/21 146/21
**live [31]**   5/14 5/15 9/2
14/25 22/15 22/17 23/10
24/17 25/9 26/24 27/12 28/4
29/2 30/2 30/9 31/7 34/24
35/12 36/11 36/16 37/5 37/14
39/18 41/22 68/14 69/23
132/4 133/12 134/12 135/11
135/12
**lived [11]**   21/17 21/18 25/24
28/5 30/2 30/20 33/3 33/22
35/13 41/8 72/11
**living [2]**   23/11 134/25
**LLC [19]**   14/7 14/14 16/23
17/6 56/19 56/20 64/18 64/18
64/23 71/15 71/18 71/21 72/3
72/11 79/13 118/5 119/2
135/17 135/19
**loan [1]**   17/1
**loaned [4]**   17/7 17/9 17/12
44/9
**loaned CWMF [1]**   17/9
**loans [4]**   27/15 44/17 44/18
44/19
**locally [2]**   22/17 23/2
**lock [2]**   69/18 163/21
**long [13]**   9/17 31/14 39/23
40/8 69/19 72/11 73/9 74/2

95/22 98/19/9/9 137/11
145/1
**longer [4]**   4/23 34/17 69/22
150/23
**look [16]**   91/7 92/23 95/14
98/4 98/13 101/6 107/22
112/10 112/12 114/11 116/2
118/10 130/6 141/11 153/5
162/11
**looked [7]**   97/17 98/7 101/24
102/4 116/8 116/24 162/8
**looking [17]**   61/13 94/8
97/14 97/21 98/15 98/17
98/21 108/15 109/5 111/5
116/17 116/22 117/22 119/1
120/19 126/22 159/20
**looks [6]**   95/23 101/20
117/20 122/10 156/19 161/12
**loop [2]**   73/12 112/2
**Loosely [1]**   42/6
**Los [3]**   1/20 14/11 136/21
**losing [1]**   24/1
**loss [3]**   28/6 158/9 161/9
**losses [1]**   44/6
**lost [3]**   129/1 129/17 162/20
**lot [19]**   10/21 14/24 30/24
37/19 39/8 41/24 42/2 42/10
57/1 77/8 84/2 102/25 129/15
130/1 136/22 137/24 137/25
145/22 152/16
**loved [1]**   138/9
**lower [1]**   40/20
**luck [1]**   130/12
**lucky [1]**   146/5
**lunch [4]**   68/9 68/18 69/14
69/22
**luncheon [1]**   70/16
**lying [3]**   59/5 100/22 122/18
**Lynch [2]**   140/11 141/3

**M**

**ma'am [1]**   31/22
**madam [1]**   149/12
**made [35]**   16/24 16/25 17/15
17/18 30/25 44/11 46/19 58/7
65/19 66/12 75/6 80/1 82/6
84/3 90/14 90/14 92/24
100/20 101/23 104/13 107/6
107/19 108/18 109/19 110/24
113/3 121/18 123/8 124/11
124/12 125/13 126/4 140/18
155/5 155/7
**Magistrate [1]**   4/2
**magnetics [1]**   35/2
**mailbox [1]**   80/21
**mainly [1]**   5/3
**maintain [1]**   15/1
**major [1]**   141/1
**majority [3]**   23/22 41/22
146/17
**make [58]**   9/10 10/22 13/2
13/14 15/10 15/22 25/1 25/16
27/7 27/8 37/10 43/18 44/2
52/18 54/17 55/16 56/13 59/7
61/25 64/2 64/19 67/25 69/7
71/12 72/20 83/11 85/17 91/3
96/16 99/7 100/4 104/9 105/2
106/15 106/21 106/24 109/9

114/25 117/22 124/12 128/22
139/21 140/4 148/25 149/15
149/21 149/24 150/21 151/1
151/6 154/20 154/21 155/1
155/9 160/1 161/22 162/18
162/22
**make the [1]**   64/19
**makes [7]**   11/24 16/1 50/10
144/4 144/6 148/11 148/18
**making [15]**   31/2 39/7 57/24
59/5 59/20 61/8 73/16 74/21
84/7 88/22 94/19 111/7
139/20 140/19 144/5
**man [6]**   63/23 81/5 83/6
130/12 135/14 137/16
**management [1]**   25/8
**manager [4]**   23/24 24/16
34/23 38/21
**managing [1]**   25/6
**manipulation [1]**   129/11
**manner [1]**   52/4
**manufacturer [1]**   59/4 72/20
**manufacturing [1]**   38/21
**many [14]**   26/4 26/4 41/16
49/25 64/10 75/9 75/9 80/24
83/25 89/18 107/15 130/4
139/7 145/18
**Maraboyina [4]**   20/12 85/21
107/14 122/4
**March [2]**   104/8 155/21
**March 2 [1]**   155/21
**Marine [1]**   26/3
**Marital [1]**   24/21
**marked [9]**   94/4 98/2 101/6
108/13 112/24 116/15 118/20
127/13 132/18
**market [1]**   82/9
**marketing [3]**   29/1 35/11
151/9
**marriage [2]**   30/24 30/25
**married [7]**   20/24 23/13
24/21 25/10 25/25 27/14 28/6
28/16 29/3 30/23 31/8 33/22
34/25 35/14 36/18 37/6 37/16
**Marvel [1]**   139/7
**master [1]**   130/5
**matched [1]**   157/5
**material [1]**   155/11
**materials [4]**   69/17 74/6
163/19 163/20
**matter [8]**   3/2 6/22 26/14
26/14 40/17 47/2 163/14
164/8
**matters [6]**   6/23 6/24 18/1
18/1 18/2 68/12
**may [71]**   1/10 3/1 8/8 9/7
10/22 13/7 15/15 15/16 17/7
19/11 20/7 20/7 22/6 23/25
24/9 42/13 46/21 48/15 50/3
50/5 50/11 50/19 51/1 51/8
51/9 51/10 51/15 51/18 51/22
51/24 52/1 52/6 52/12 52/13
52/22 53/5 54/5 54/16 55/20
56/6 70/22 70/23 71/8 91/4
93/5 93/6 104/11 104/11
104/13 107/21 108/1 108/16
109/18 110/2 111/6 111/16
112/14 112/19 113/2 116/7

**M**

**may... [11]** 116/18 117/24
118/17 124/11 130/19 131/17
131/23 132/9 134/10 134/21
148/11

**maybe [9]** 31/24 47/25 84/11
92/23 100/13 139/16 146/13
146/17 161/2

**me [57]** 6/15 6/20 10/13
10/18 11/17 14/3 14/4 14/8
16/16 22/2 22/11 23/1 25/16
25/17 29/9 30/12 30/25 33/11
34/6 35/23 38/15 38/15 39/3
41/25 49/13 54/1 56/11 65/15
70/2 73/17 76/5 81/3 81/16
87/4 91/8 93/9 95/16 95/17
99/7 104/23 104/25 107/15
107/15 107/23 112/13 113/11
116/4 122/7 128/4 129/13
130/14 130/15 138/6 148/17
151/17 156/1 158/13

**mean [13]** 44/17 82/16 85/11
106/8 106/9 109/2 110/23
114/6 115/13 130/6 141/21
149/11 160/12

**meaning [6]** 45/9 56/22 60/6
62/9 83/23 103/2

**means [18]** 51/17 53/1 53/8
53/11 55/12 62/5 65/8 68/15
82/19 106/14 109/20 110/24
114/17 138/10 139/5 140/3
150/3 155/5

**meant [4]** 106/13 106/16
106/20 109/25

**media [20]** 1/9 17/1 17/8
53/5 75/12 75/15 78/9 79/9
82/3 88/6 89/11 113/16
120/13 120/15 120/17 120/21
125/17 135/24 142/16 151/10

**mediations [1]** 39/8

**medical [2]** 34/13 35/25

**meet [7]** 18/21 41/20 41/21
55/17 73/20 75/16 76/1

**meeting [10]** 10/17 10/23
75/19 76/5 76/13 76/18 76/23
77/10 92/7 137/25

**meetings [1]** 84/8

**Megan [1]** 78/1

**Melanie [3]** 14/23 69/13
153/2

**members [7]** 21/25 24/5 24/11
25/15 31/21 35/21 49/15

**Memo [1]** 118/22

**memory [4]** 52/4 54/12 54/13
54/14

**mention [1]** 86/24

**mentioned [10]** 12/15 14/20
38/19 53/6 64/17 70/7 105/20
137/5 139/1 148/13

**merchandise [1]** 80/11

**Merrill [2]** 140/11 141/3

**Merrill-Lynch [2]** 140/11
141/3

**messages [1]** 53/2

**messy [1]** 26/6

**met [9]** 14/23 18/21 19/15
76/2 76/3 129/9 138/6 143/18

143/25 198

**MGM [1]** 123/13

**Miami [1]** 1/24

**microphone [3]** 13/4 21/14
71/5

**microphones [1]** 14/6

**Middlebrooks [1]** 155/18

**might [8]** 51/14 66/1 72/24
76/13 86/24 105/14 158/11
161/16

**mike [1]** 20/19

**milestones [2]** 143/17 143/25

**military [11]** 21/23 22/21
23/17 24/24 25/13 26/3 31/12
33/7 34/1 35/19 37/20

**million [68]** 17/2 17/10
58/15 60/24 61/2 61/15 62/24
63/10 64/21 64/24 65/4 77/23
81/12 81/16 83/8 84/3 84/19
84/20 84/21 84/21 84/22 85/8
85/14 85/18 85/22 91/10
91/13 92/12 103/17 103/19
103/22 104/15 105/11 105/13
105/16 107/7 107/20 109/25
110/3 110/7 110/9 110/12
110/18 111/7 111/8 111/11
111/12 112/6 113/3 113/20
113/22 114/18 114/19 118/6
120/7 121/18 123/3 123/11
123/12 123/16 123/20 123/23
124/2 124/13 124/20 139/13
143/3 148/6

**millions [9]** 57/17 57/17
57/17 58/8 58/8 76/14 80/19
143/1 150/25

**mind [6]** 25/19 43/14 52/21
67/24 141/7 152/24

**mine [1]** 75/17

**minor [1]** 23/18

**minority [1]** 23/24

**minute [8]** 22/10 46/10 49/13
95/24 96/5 96/7 133/21 134/1

**minutes [8]** 6/14 46/7 56/24
69/24 130/23 130/24 131/11
163/1

**misimpression [1]** 11/14

**misrepresentation [13]**
153/22 153/23 154/4 154/6
154/10 154/12 154/14 154/19
154/23 156/11 158/7 159/9
162/1

**misrepresentations [1]** 17/15

**missing [2]** 81/8 154/3

**Mississippi [2]** 162/6 162/13

**model [1]** 162/6

**mom [1]** 21/21

**moment [9]** 12/9 13/13 13/20
41/4 45/4 57/12 72/5 141/20
143/9

**Monday [1]** 113/12

**money [109]** 17/12 24/1 43/2
43/6 44/4 44/16 44/21 45/1
45/1 45/9 45/11 57/22 57/25
58/15 58/16 58/16 58/18
58/21 60/11 60/14 60/14
60/19 60/20 60/20 64/9 67/10
67/17 75/14 77/9 77/12 77/21
78/7 78/8 80/20 81/11 81/13

81/18 81/20 82/13 82/13
82/18 82/20 83/1 84/17 85/14
85/23 86/5 86/8 86/15 86/18
86/19 90/24 95/5 95/11 95/22
103/8 103/12 103/14 104/3
105/4 105/8 110/13 110/17
110/25 111/19 113/16 114/7
114/22 114/23 115/2 122/15
122/18 122/19 122/23 123/1
123/7 124/4 124/15 125/8
125/23 127/5 128/18 129/1
129/12 129/17 130/1 130/2
139/24 139/25 140/4 140/7
140/19 142/5 142/7 143/12
143/14 144/14 144/17 144/19
146/3 146/3 146/4 149/8
149/14 149/17 149/21 150/1
150/4 150/6

**moneys [4]** 17/8 17/17 86/25
111/13

**monitoring [1]** 88/9

**monitors [1]** 88/18

**Monkey [3]** 63/23 81/5 83/6

**Monte [4]** 138/16 138/17
138/20 138/23

**month [1]** 125/9

**months [5]** 25/8 80/6 88/15
95/8 128/19

**mony [1]** 81/21

**moot [1]** 7/14

**moral [6]** 24/7 25/1 29/22
33/10 34/11 35/23

**morals [1]** 25/17

**more [62]** 5/9 8/25 18/9
18/14 21/4 21/8 21/10 23/19
29/9 39/1 39/17 44/5 44/20
45/2 49/18 55/13 55/25 56/23
57/8 60/25 61/10 61/11 61/14
61/25 64/1 65/16 66/7 67/22
73/3 76/19 78/15 78/19 81/16
85/13 89/7 89/7 103/8 109/25
110/3 111/7 111/11 118/8
120/10 122/18 124/8 124/9
125/1 128/4 130/14 138/22
139/3 141/20 142/10 142/24
147/4 148/3 149/4 152/1
156/23 158/18 160/2 163/3

**Moreover [1]** 67/16

**morning [24]** 3/1 3/7 3/9
3/11 3/15 11/6 11/8 25/6
25/21 25/22 28/1 29/25 33/17
35/11 39/18 56/10 69/12
147/20 152/9 152/13 153/1
153/13 162/25 163/22

**morphed [1]** 73/2

**most [15]** 23/9 23/18 43/25
44/13 60/7 62/12 63/3 63/15
63/19 85/10 124/24 146/14
146/14 150/12 150/12

**motion [4]** 9/10 40/4 77/17
77/19

**motocross [1]** 35/3

**move [17]** 9/2 9/10 11/13
45/20 62/5 87/6 93/22 97/24
101/13 108/11 112/22 118/17
127/10 132/13 145/10 147/25
149/1

**moved [2]** 9/9 153/7

# M

**movie [11]**   63/22 77/24 78/1
80/13 106/10 140/4 142/13
144/24 145/2 149/21 150/20
**movies [4]**   76/11 77/6 77/8
139/7
**moving [1]**   99/20
**mr [239]**
**Mr. [1]**   96/16
**Mr. Cloth's [1]**   96/16
**Ms [8]**   2/11 10/25 14/12
14/23 19/6 134/14 142/12
142/15
**Ms. [2]**   8/13 15/5
**Ms. Stipes [2]**   8/13 15/5
**MTV [2]**   140/12 140/25
**much [48]**   5/7 7/19 23/7
25/20 30/17 31/4 32/25 33/16
35/9 37/12 38/5 40/13 41/10
42/16 46/4 46/4 46/5 48/22
57/1 60/23 68/5 68/6 75/25
77/21 81/11 81/13 90/24
94/22 95/11 103/14 107/3
123/7 123/19 124/6 128/3
130/16 130/19 133/20 134/24
140/18 140/19 140/20 143/3
143/8 145/19 148/8 151/20
151/25
**multi [1]**   80/14
**multiple [2]**   16/24 23/18
**must [21]**   10/17 18/8 19/16
49/22 49/22 49/24 50/16
51/13 51/17 51/20 52/15
52/15 52/25 53/7 53/20 55/12
55/18 132/5 133/12 143/18
155/23
**my [119]**   3/21 4/14 6/7 7/5
14/6 14/8 14/9 14/10 14/13
15/5 20/23 20/24 21/19 21/23
21/25 22/1 22/16 22/19 22/19
22/22 23/13 23/22 24/2 24/3
24/5 24/8 24/21 25/6 25/10
25/25 26/3 26/4 27/14 28/6
29/2 29/3 29/8 29/20 30/11
30/23 30/25 31/2 31/6 31/12
33/8 33/22 33/24 33/24 34/1
34/3 34/13 34/25 35/1 35/2
35/3 35/5 35/14 35/24 36/4
36/18 37/6 37/8 37/11 37/16
37/17 37/19 37/21 38/9 41/8
41/9 41/13 41/13 41/14 41/14
41/23 43/8 43/8 43/14 43/24
44/6 49/14 49/21 52/19 56/11
56/12 58/11 58/14 58/17 70/1
70/7 73/15 74/13 74/14 75/14
77/25 95/22 98/25 102/2
103/1 113/8 113/25 114/22
114/23 129/9 136/24 137/9
138/3 138/4 138/19 138/19
141/7 141/7 145/18 147/12
148/14 151/18 154/16 159/14
162/25
**myself [3]**   8/13 24/2 41/22

# N

**name [13]**   3/19 4/11 4/13
14/6 14/8 56/11 64/23 71/5

71/6 111/19 122/10 134/16
134/17
**named [7]**   56/17 62/8 66/16
71/15 101/11 101/20 135/14
**names [3]**   20/6 81/1 147/9
**national [2]**   114/4 155/19
**nature [3]**   15/1 46/14 57/4
**navigate [1]**   135/3
**NBA [6]**   61/8 62/21 90/18
90/21 90/21 104/23
**NCIS [1]**   148/22
**nearly [1]**   58/15
**necessarily [2]**   147/23
158/22
**necessary [3]**   49/2 110/13
140/2
**need [24]**   6/20 10/10 12/5
13/3 19/1 21/1 34/6 34/16
34/19 34/20 44/22 46/5 49/6
49/16 65/9 69/18 130/25
131/3 131/7 143/21 143/22
156/1 161/17 163/7
**needed [3]**   80/7 83/2 108/24
**needs [1]**   55/16
**negligence [8]**   159/4 159/6
159/15 159/16 159/17 160/4
160/5 160/13
**neither [2]**   21/25 22/22
**net [1]**   114/21
**Netflix [1]**   83/7
**network [19]**   140/12 141/5
145/8 145/9 145/17 145/19
145/21 146/1 146/3 146/15
147/2 147/6 147/11 147/25
148/2 148/7 148/18 149/4
150/14
**networking [1]**   53/3
**networks [1]**   148/23
**never [35]**   21/24 22/21 23/16
24/7 25/3 25/13 25/18 26/3
29/22 34/12 35/19 35/20
35/24 37/21 37/23 40/9 43/25
45/11 58/17 63/17 63/24 65/4
67/4 83/6 83/8 84/1 84/13
87/5 129/9 136/1 136/8 143/1
149/6 150/10 151/14
**new [11]**   17/17 21/18 21/18
23/22 26/5 26/10 35/13 36/18
36/23 39/25 40/2
**news [2]**   53/14 78/2
**next [24]**   5/21 6/15 6/22
7/20 27/5 34/8 45/21 49/8
54/21 68/17 119/24 125/10
130/20 131/5 131/18 132/21
132/23 133/22 133/24 134/12
141/7 149/1 150/17 150/17
**nice [4]**   49/11 69/14 153/5
164/3
**niece [1]**   26/4
**night [3]**   5/22 8/1 91/8
**nightmare [1]**   74/8
**nights [2]**   74/3 74/9
**nine [21]**   21/6 27/2 27/17
27/25 28/1 28/11 30/11 30/13
31/3 31/9 36/19 37/7 38/23
47/13 47/16 47/20 152/13
153/2 154/8 154/17 158/7
**no [155]**   1/3 4/8 4/12 5/9

6/14 7/11 7/13 7/13 8/11 9/4
9/4 9/5 10/10 12/21 12/21
14/4 14/21 18/22 19/22 20/2
20/5 20/13 21/6 22/11 24/6
24/6 24/10 24/14 24/24 24/24
24/24 24/25 25/1 25/13 25/16
26/8 26/12 26/17 27/1 27/2
27/15 27/17 27/24 28/11
28/19 29/18 29/20 29/21 30/7
31/3 31/12 31/19 31/22 32/1
32/4 32/18 34/1 34/19 35/5
35/23 36/22 36/24 36/24 37/7
37/17 37/20 37/20 37/23 38/3
40/4 40/5 40/8 41/25 42/19
43/16 43/16 44/23 46/19 47/1
47/8 48/25 50/11 51/21 54/4
61/21 63/1 69/8 71/25 74/20
74/24 75/2 76/4 76/20 77/11
78/9 78/11 79/1 79/7 79/16
85/25 86/13 86/23 88/20
91/15 91/18 92/2 92/3 96/22
97/10 97/23 100/19 101/15
104/5 104/20 109/20 110/13
111/17 117/16 121/17 122/22
122/25 123/2 123/6 123/22
124/1 124/5 128/10 128/14
129/19 129/23 130/18 132/23
135/15 135/18 135/20 135/23
136/1 136/4 136/9 143/1
150/2 150/2 150/14 150/22
151/14 151/15 152/3 155/17
159/22 161/5 161/17 161/21
162/12 163/3 163/24
**no's [2]**   30/11 30/14
**nobody [1]**   162/10
**none [4]**   13/15 29/20 51/24
136/4
**Nonetheless [1]**   60/22
**normal [2]**   101/1 130/9
**not [207]**
**not honest [1]**   63/14
**not place [1]**   132/7
**note [2]**   54/8 156/16
**note-taking [1]**   54/8
**notes [8]**   46/6 54/5 54/6
54/11 54/12 54/13 76/10
84/18
**nothing [9]**   25/19 27/22
37/22 41/19 46/12 59/12
67/19 68/17 88/16
**notice [2]**   5/22 18/2
**noticing [1]**   161/16
**now [39]**   19/6 20/6 21/17
22/14 28/16 31/2 32/14 34/20
38/6 40/1 49/15 56/2 56/23
58/3 58/6 59/10 66/12 66/14
68/7 68/10 74/11 78/22 94/6
96/12 125/19 129/10 131/1
131/8 133/3 137/11 138/18
139/8 144/24 151/10 152/6
152/22 156/9 161/11 163/12
**number [71]**   13/12 20/17
20/21 21/15 21/16 22/13
22/14 22/15 23/7 23/8 24/15
24/16 25/5 25/20 25/23 26/19
27/10 27/11 27/25 28/1 28/25
29/1 29/24 29/25 30/18 30/19
31/4 31/5 32/25 33/1 33/16

**N**

**number... [40]**   33/17 34/22
35/10 35/11 36/14 36/24
37/13 37/14 38/19 38/23
39/13 40/14 43/22 43/23
44/19 45/7 47/11 48/16 48/17
48/17 48/17 48/18 48/18
48/18 48/19 60/6 85/8 106/3
120/4 139/17 146/7 146/12
147/2 155/20 158/5 159/20
159/22 160/17 161/16 161/22
**numbers [4]**   84/18 95/9
100/19 151/3
**numerical [1]**   114/17
**numerous [8]**   17/15 57/16
58/8 61/4 61/24 64/6 64/8
77/1
**nurse [2]**   22/18 26/1

**O**

**o'clock [8]**   10/17 10/18
10/22 68/10 68/11 69/13
152/13 153/2
**oath [7]**   19/8 19/12 57/23
66/5 67/1 67/3 131/22
**object [1]**   51/8
**objection [18]**   6/6 6/19 7/13
9/5 9/5 51/9 51/11 51/13
98/1 101/15 108/12 112/23
116/14 118/19 127/12 132/17
156/3 156/4
**objections [3]**   6/5 6/17
50/22
**obligations [3]**   49/10 57/3
68/8
**observing [1]**   54/9
**obtain [1]**   87/25
**obtaining [1]**   57/14
**obviously [4]**   4/17 7/13 9/1
47/1
**occasion [1]**   148/10
**occupation [1]**   24/16
**odds [2]**   67/7 67/8
**off [15]**   37/8 40/19 40/20
43/9 43/10 53/12 60/23 69/9
102/25 117/20 117/24 138/24
153/3 153/17 162/25
**offer [3]**   113/25 115/8
152/21
**office [3]**   39/5 77/5 143/12
**Officer [1]**   15/2
**Official [2]**   2/1 164/11
**officially [1]**   62/21
**often [4]**   53/24 59/17 60/15
147/5
**oh [5]**   30/6 59/25 64/5 66/14
81/19
**okay [80]**   5/16 6/11 6/16
7/19 9/13 14/4 14/22 19/11
20/13 20/18 22/13 25/20
26/18 27/18 27/25 28/24
29/19 29/24 30/10 30/17 31/4
32/13 32/25 33/16 33/21
34/10 34/14 34/16 34/21 35/9
37/12 38/4 39/25 42/20 45/14
46/5 46/9 48/13 48/15 48/22
56/11 68/5 70/14 70/20 71/1

71/8 77/1 79/10 88/23 101/1
107/16 114/11 126/14 127/12
131/8 132/9 133/16 133/20
134/19 136/15 141/15 148/8
151/4 151/17 151/17 152/5
153/10 155/16 157/22 157/23
158/2 160/16 161/11 161/11
161/24 162/4 162/10 162/18
163/14 163/19
**old [12]**   23/14 23/14 23/15
28/5 28/7 28/9 28/10 31/9
31/9 33/5 36/19 36/19
**once [9]**   9/7 59/18 61/22
67/11 143/3 146/18 151/3
159/10 163/8
**one [124]**   4/19 4/19 4/19
7/20 8/13 8/13 11/12 12/4
12/9 12/20 12/21 13/18 15/25
16/1 16/3 16/4 16/4 20/17
20/22 21/15 21/16 21/21
21/21 22/4 22/10 22/13 22/17
22/18 23/18 24/22 25/11 26/9
26/11 26/14 30/13 33/4 34/8
35/7 39/12 40/18 40/19 41/4
44/14 44/25 45/1 45/19 46/11
47/3 47/9 47/12 47/14 47/15
47/19 48/19 49/13 54/4 57/8
61/19 61/21 68/8 68/8 68/11
69/8 69/13 70/6 71/25 73/23
75/13 77/13 78/25 80/7 80/7
80/13 81/9 85/4 85/4 88/11
95/24 96/1 96/4 96/7 105/19
107/6 107/8 113/2 117/19
118/5 119/14 119/18 119/18
121/23 122/7 123/12 126/12
126/18 129/13 135/1 135/2
137/7 137/14 137/25 142/2
143/2 146/23 147/21 148/3
148/3 148/10 148/19 148/21
149/5 149/8 150/16 150/17
155/11 157/19 159/3 159/11
160/5 161/15 161/22 162/10
162/15 162/23
**one-day [2]**   22/4 26/11
**ones [2]**   153/14 153/19
**online [2]**   31/3 53/12
**only [45]**   7/15 10/19 11/16
12/6 12/21 17/16 18/25 22/5
27/3 27/24 31/16 32/21 35/24
37/7 49/24 50/23 51/18 51/21
53/21 54/1 54/2 54/3 54/3
54/13 61/15 62/13 64/15
65/11 67/6 74/10 78/24 87/7
95/8 111/12 121/23 122/21
145/1 146/19 147/17 152/23
153/7 153/15 155/22 155/24
162/23
**open [6]**   7/11 29/4 29/6
52/21 67/24 163/21
**opening [12]**   5/8 7/1 7/5
47/25 48/8 50/17 54/17 54/17
56/3 56/5 67/24 70/7
**operations [5]**   28/2 28/17
28/21 38/24 74/4
**opinion [1]**   50/2
**opinions [2]**   15/15 75/9
**opportunity [7]**   16/8 52/2
61/10 61/11 65/25 73/21

73/23
**opposed [2]**   144/21 158/19
**opposing [1]**   51/7
**opposite [2]**   6/24 55/16
**Oprah [4]**   140/12 140/25
141/4 141/5
**optimistic [1]**   88/1
**option [1]**   54/23
**order [27]**   16/25 17/15 18/7
18/15 51/16 57/3 139/21
139/22 143/18 145/10 145/12
145/14 145/15 145/15 145/16
145/17 146/2 146/16 146/23
147/2 147/15 147/21 148/1
148/19 149/4 150/13 150/14
**ordered [4]**   145/19 146/18
147/6 151/12
**ordering [2]**   67/16 146/16
**orders [2]**   148/3 149/15
**Organization [1]**   137/7
**organizations [1]**   138/12
**organized [1]**   92/15
**original [2]**   85/14 158/8
**orthopedic [1]**   20/25
**other [90]**   5/6 9/6 10/8
11/12 13/1 13/1 13/19 13/23
17/9 18/1 18/2 18/14 27/4
31/13 35/24 40/7 42/7 46/11
47/12 51/21 52/6 52/9 52/16
53/1 53/11 53/21 54/1 55/14
57/3 61/16 63/19 64/8 64/22
64/23 67/9 67/17 68/8 68/11
68/17 68/18 68/19 70/6 75/13
75/25 76/11 79/2 79/3 80/1
81/9 82/25 83/4 85/20 86/12
87/9 87/23 88/13 88/25 89/4
89/5 89/14 89/20 89/21 91/10
91/13 91/15 91/25 92/4 92/13
92/19 100/23 107/16 110/13
110/25 111/13 121/25 122/14
123/3 123/9 124/13 124/18
125/22 127/4 127/23 128/8
128/12 130/14 138/24 143/9
149/22 161/24
**other aspects [1]**   40/7
**others [7]**   14/22 15/3 67/20
89/2 90/2 128/6 162/11
**otherwise [5]**   4/15 16/23
17/2 55/21 66/1
**our [57]**   3/17 3/24 4/5 4/23
5/7 7/2 9/14 10/12 10/16
10/20 12/11 12/12 14/15
14/15 14/17 14/24 15/2 15/5
15/8 15/9 19/9 22/17 23/13
23/15 24/9 27/20 28/7 30/24
34/25 35/4 38/8 38/8 39/13
42/22 47/15 47/16 47/19
47/23 48/3 48/3 49/10 57/13
65/20 67/23 70/8 70/17 70/24
72/21 100/24 126/6 127/8
130/25 131/6 132/23 134/8
134/12 140/6
**out [51]**   4/10 4/13 5/5 9/17
14/11 14/16 14/22 15/3 20/15
21/1 26/7 27/9 32/16 32/17
32/17 39/4 40/1 43/11 46/14
56/15 58/16 59/23 60/14 61/6
63/13 63/14 63/16 63/22 64/5

**O**

**out...** **[22]**   66/24 68/19
76/16 77/2 82/14 83/2 84/2
84/12 90/15 90/19 95/7 95/22
98/23 99/10 114/25 129/3
129/21 138/20 138/23 146/7
161/21 162/24
**out's** **[1]**   41/18
**outcome** **[1]**   52/5
**outline** **[2]**   54/19 70/10
**outlines** **[2]**   145/7 147/12
**outs** **[5]**   59/10 59/11 74/16
74/25 75/4
**outside** **[6]**   23/11 46/11
46/15 50/4 53/23 69/5
**oven** **[1]**   72/21
**over** **[41]**   4/16 6/9 9/17 13/9
16/1 17/2 24/18 32/5 33/6
34/8 37/4 37/23 38/6 40/18
42/15 56/2 56/4 57/16 57/16
57/16 64/3 67/12 68/23 73/19
77/3 83/8 84/20 84/21 88/11
88/22 100/13 100/23 104/25
108/25 130/8 140/6 148/11
152/9 152/18 153/15 153/20
**overall** **[1]**   119/14
**overhead** **[1]**   8/16
**overnight** **[1]**   30/23
**overrule** **[1]**   51/9
**overview** **[2]**   16/16 17/21
**owed** **[14]**   43/1 43/6 43/10
43/12 44/4 44/15 44/21 44/25
58/21 64/9 123/7 123/19
125/23 127/5
**owes** **[2]**   43/5 45/1
**own** **[15]**   19/1 25/23 54/12
59/6 60/9 60/9 62/20 65/20
71/19 74/14 97/12 110/22
110/23 112/7 155/7
**owned** **[4]**   26/6 77/5 105/4
107/8
**owner** **[10]**   23/22 23/25 24/3
24/3 25/23 73/8 73/9 75/12
111/24 121/14

**P**

**paddle** **[1]**   21/22
**page** **[44]**   2/7 2/8 2/9 2/11
2/15 2/15 2/16 2/16 2/17
2/17 2/18 2/18 2/19 93/11
98/4 98/5 98/12 98/13 98/15
98/16 98/24 99/8 99/20
102/10 109/5 114/11 114/13
115/6 119/1 119/7 120/19
153/20 154/4 154/8 154/13
155/3 156/8 156/12 156/20
156/21 158/7 160/7 160/11
162/1
**pages** **[2]**   154/16 161/23
**paid** **[36]**   43/2 43/7 43/24
44/10 60/7 60/22 61/21 61/22
63/24 78/3 78/4 83/6 83/18
83/23 87/1 91/21 91/25 92/4
92/6 92/14 92/17 95/3 95/7
96/20 97/10 104/3 105/6
122/23 123/4 124/15 124/23
125/8 128/17 128/22 136/12

148/6
**painfully** **[1]**   30/7
**PALM** **[11]**   1/2 1/9 2/2 25/9
25/24 30/1 30/22 33/3 36/16
36/16 42/14
**Pampered** **[4]**   72/21 72/25
72/25 73/21
**pandemic** **[1]**   63/22
**panel** **[1]**   12/12
**paper** **[4]**   4/6 20/16 21/4
143/8
**papers** **[1]**   144/15
**paperwork** **[2]**   143/6 143/7
**paragraph** **[5]**   115/7 115/9
117/1 154/13 156/20
**paralegal** **[3]**   3/17 3/21
14/15
**park** **[2]**   1/19 114/4
**part** **[26]**   15/12 16/18 19/7
23/11 24/3 24/3 31/15 31/16
32/5 51/24 58/25 60/18 60/21
70/9 73/23 82/22 88/14 91/16
100/11 103/19 121/3 125/18
140/17 144/5 155/8 159/17
**partial** **[1]**   43/25
**participate** **[3]**   16/9 33/10
33/15
**participation** **[2]**   49/3
114/22
**particular** **[7]**   36/7 36/8
58/19 105/8 105/17 129/24
140/3
**particularly** **[1]**   59/1
**parties** **[16]**   11/23 13/13
13/15 17/25 49/2 53/13 53/22
69/1 69/4 69/10 73/2 73/3
136/3 143/7 152/25 163/10
**parties'** **[2]**   16/22 55/4
**partner** **[4]**   21/20 25/6 26/25
77/3
**partners** **[4]**   29/7 62/22
104/24 140/14
**partnership** **[1]**   140/15
**party** **[3]**   54/19 55/3 131/23
**passed** **[1]**   66/22
**past** **[4]**   30/1 36/1 45/16
63/18
**pathway** **[107]**   3/3 13/11 14/7
14/14 16/23 17/4 17/5 17/18
17/19 18/4 56/20 58/20 59/1
61/7 61/9 61/14 61/17 62/1
62/15 62/24 63/11 63/16
64/18 64/23 64/24 65/13
66/21 67/4 67/9 71/15 71/18
71/21 72/3 72/4 72/5 72/9
72/10 79/4 79/13 80/23 81/6
81/7 87/6 90/15 90/17 90/18
90/24 91/3 91/9 91/11 91/12
91/20 91/24 92/3 92/12 92/25
104/7 104/10 104/13 104/17
104/22 105/8 105/18 105/22
105/23 106/2 106/20 106/24
107/2 107/11 107/20 108/4
108/16 109/3 110/7 110/11
110/14 110/17 112/2 112/8
113/4 113/18 113/22 115/18
115/24 117/10 118/5 118/6
118/14 118/24 119/2 119/19

121/8 121/15 121/19 121/23
122/1 122/5 122/14 122/15
122/20 122/24 123/8 124/11
124/17 135/19 155/6
**Pathway had** **[1]**   67/4
**Pathway's** **[1]**   62/12
**patience** **[2]**   69/11 153/4
**patients** **[1]**   37/8
**patrol** **[1]**   75/24
**pattern** **[19]**   12/18 153/20
153/25 155/1 155/8 155/10
155/10 155/18 156/10 156/18
157/1 157/7 157/18 158/25
159/1 159/2 160/13 162/8
162/14
**patterns** **[1]**   155/4
**Pauline** **[2]**   2/1 164/11
**Pause** **[1]**   13/5
**pay** **[5]**   61/6 61/19 64/5 89/6
89/15
**payable** **[1]**   120/24
**paying** **[5]**   43/9 76/10 111/2
120/14 120/15 121/2 122/12
**payment** **[2]**   17/14 17/16
**payoff** **[1]**   99/5
**payout** **[2]**   95/16 98/10
**Pennsylvania** **[1]**   38/22
**penny** **[2]**   83/14 121/5
**pension** **[2]**   76/12 76/14
**people** **[19]**   13/18 21/7 41/23
50/4 52/13 57/7 59/17 61/24
80/4 88/17 88/25 89/4 129/15
130/4 143/11 148/5 149/22
152/17 152/21
**People's** **[2]**   28/2 28/20
**per** **[1]**   103/15
**percent** **[9]**   76/10 77/6 77/24
119/14 119/18 139/16 139/16
139/16 146/17
**percentage** **[1]**   147/23
**percentages** **[1]**   147/8
**peremptories** **[4]**   47/1 47/1
47/2 47/9
**perfect** **[2]**   22/13 30/24
**perfectly** **[1]**   136/2
**perform** **[1]**   151/8
**performed** **[1]**   97/1
**performing** **[1]**   82/11
**perhaps** **[2]**   65/16 80/4
**period** **[1]**   91/25
**permission** **[1]**   144/11
**permit** **[1]**   51/9
**permitted** **[1]**   152/19
**person** **[11]**   65/25 71/20
72/10 100/15 104/18 132/8
133/8 133/8 133/9 133/14
133/18
**personal** **[4]**   15/19 97/3
97/12 112/7
**personally** **[16]**   29/12 37/21
50/7 58/12 63/25 65/5 65/13
78/23 79/6 87/8 89/12 89/15
89/20 90/9 112/1 149/4
**persons** **[1]**   13/19
**persuade** **[2]**   18/8 18/13
**persuasive** **[1]**   156/23
**pertain** **[2]**   87/8 124/18
**pertaining** **[1]**   17/14

**P**

**pertains [3]**   18/24 39/14
87/7
**Peters [3]**   137/13 137/22
137/24
**Philadelphia [1]**   23/12
**philosophy [1]**   35/3
**phone [10]**   53/2 63/1 104/20
104/21 105/7 105/12 105/22
106/5 106/11 115/22
**photograph [1]**   50/2
**phrase [3]**   58/17 82/13 82/16
**phrased [1]**   158/13
**phrases [1]**   53/24
**phrasing [1]**   160/19
**physical [10]**   20/22 22/1
22/24 24/6 24/25 25/15 26/8
29/21 31/23 35/22
**physically [2]**   8/20 34/4
**physician [1]**   37/4
**pick [2]**   4/18 153/3
**picked [1]**   57/9
**pickle [3]**   26/2 27/1 29/5
**picture [1]**   40/4
**pictures [2]**   77/17 77/19
**piece [4]**   4/6 20/16 50/13
138/3
**pieces [1]**   139/19
**Pierce [1]**   2/2
**piggy [2]**   85/24 86/1
**pile [1]**   87/5
**pilot [13]**   145/6 145/10
145/14 145/15 145/25 146/1
146/12 146/16 146/18 146/23
147/4 147/7 147/25
**pilots [1]**   146/7
**pitched [2]**   60/5 61/12
**place [9]**   9/4 108/17 125/11
132/7 133/13 137/20 147/24
149/21 150/5
**placed [1]**   87/14
**places [1]**   53/15
**Plaintiff [57]**   2/15 2/15
2/16 2/16 2/17 2/17 2/18
2/18 2/19 3/8 3/10 3/12 3/14
13/21 14/9 16/18 16/23 16/25
17/5 18/4 18/7 18/12 18/16
18/20 18/21 19/15 21/11
54/21 54/22 55/9 55/12 55/15
55/16 55/17 56/3 56/3 56/5
65/14 70/23 94/4 98/2 101/16
108/13 112/24 116/15 118/20
127/13 132/18 135/16 141/5
141/6 141/9 152/10 158/5
161/2 161/4 161/5
**Plaintiff's [10]**   13/24 14/20
18/6 18/6 18/9 18/15 38/6
56/16 71/3 134/15
**Plaintiffs [9]**   1/7 1/17
17/14 18/8 56/21 64/17 93/23
152/2 152/3
**Plaintiffs' [3]**   160/24 161/1
161/9
**plan [1]**   162/18
**plane [2]**   22/6 32/17
**planning [1]**   6/1
**Platinum [5]**   84/6 84/12

84/22 84/24 85/1
**play [12]**   5/17 6/11 6/21
9/25 10/22 31/11 37/19 50/21
66/8 80/15 90/20 127/16
**played [2]**   127/18 132/11
**player [2]**   26/2 27/1
**players [2]**   61/8 90/19
**playing [2]**   6/2 132/2
**please [15]**   13/25 14/2 15/17
19/25 41/12 42/12 43/21
48/16 54/6 67/24 112/10
116/18 116/22 134/24 152/24
**plenty [1]**   163/24
**plethora [1]**   58/4
**plus [14]**   65/4 73/11 74/9
109/20 109/21 109/21 109/24
111/17 111/17 111/19 128/6
141/16 149/3 151/11
**PO'd [1]**   44/3
**podium [1]**   13/3
**poetry [1]**   28/11
**point [15]**   5/9 7/14 13/12
20/14 80/3 80/16 99/23 102/5
114/18 122/14 122/17 127/1
154/18 155/9 155/14
**pool [1]**   32/5
**popular [2]**   146/25 151/4
**portion [2]**   61/16 123/24
**pose [2]**   45/17 45/25
**posing [1]**   76/8
**position [3]**   73/7 82/18
121/13
**positions [1]**   16/22
**possess [1]**   15/16
**possibility [1]**   150/3
**possible [1]**   163/8
**post [2]**   36/9 42/9
**posted [1]**   16/6
**posting [1]**   53/8
**potential [2]**   20/8 102/19
**potentially [1]**   39/9
**Potteries [6]**   72/18 72/19
72/20 73/6 73/10 74/1
**pottery [7]**   59/3 59/7 59/11
59/18 73/13 73/15 74/12
**Power [1]**   34/23
**powers [1]**   144/14
**practice [2]**   37/25 163/15
**practicing [1]**   37/5
**pre [1]**   42/9
**precise [1]**   118/8
**preclude [3]**   25/17 33/11
35/23
**precludes [1]**   68/18
**prefer [5]**   6/1 11/10 48/11
158/23 163/16
**preference [2]**   7/4 7/22
**preferred [2]**   109/21 111/18
**prejudice [1]**   52/6
**preliminary [2]**   47/25 49/17
**premature [2]**   52/21 52/22
**prepare [1]**   163/10
**preponderance [15]**   18/11
18/13 18/19 55/11 55/20 56/1
154/7 156/22 156/24 157/2
157/5 157/12 157/14 157/19
157/24
**presence [2]**   19/18 49/2

**present [8]**   3/24 9/21 11/21
13/22 54/21 55/4 68/1 131/24
**presentation [2]**   5/8 50/20
**presented [9]**   19/17 49/25
53/21 69/1 73/21 131/19
132/2 133/4 152/1
**presents [3]**   51/7 55/3 65/17
**president [3]**   73/8 73/9
144/9
**presiding [1]**   13/9
**presold [1]**   60/10
**presumptuous [1]**   158/24
**pretty [8]**   5/7 36/20 75/18
76/7 128/3 128/23 136/7
148/10
**prevail [2]**   18/7 18/16
**prevent [7]**   22/25 24/12
28/22 29/6 31/25 32/2 38/1
**prevented [1]**   11/15
**previously [7]**   24/7 25/18
40/15 61/12 104/9 105/20
129/1
**Price [1]**   1/22
**primarily [2]**   73/5 135/4
**principal [8]**   14/13 17/13
75/12 109/21 111/17 123/9
123/18 123/19
**principles [1]**   49/16
**prior [18]**   17/5 21/17 21/18
23/11 24/18 24/19 24/24
25/13 35/13 36/17 74/21
106/5 106/11 129/17 129/20
136/2 138/25 153/1
**private [1]**   34/5
**privately [1]**   34/19
**probably [17]**   11/2 22/3
37/15 48/5 57/8 73/11 77/7
80/16 84/11 104/8 107/9
128/19 137/14 137/16 143/13
146/11 152/17
**problem [5]**   22/11 26/8 27/6
32/22 159/13
**problems [9]**   22/1 22/24
22/24 24/6 25/1 25/16 29/21
34/11 35/23
**proceed [3]**   71/8 132/9
134/21
**proceeding [1]**   44/22
**proceedings [4]**   1/14 15/11
89/22 164/8
**process [10]**   4/20 16/9 39/10
44/6 74/8 88/8 144/5 145/3
145/20 146/20
**procuring [1]**   140/1
**produce [7]**   110/13 120/11
138/7 139/17 143/21 146/4
146/5
**produced [6]**   55/23 76/11
100/12 138/14 147/9 147/10
**producer [18]**   35/15 39/15
40/6 57/14 59/23 60/2 90/22
136/23 138/2 138/5 142/1
143/11 143/15 143/15 143/22
146/24 147/9 147/14
**producers [6]**   62/2 62/16
135/3 137/6 143/5 150/13
**producing [8]**   39/15 45/8
62/2 62/16 104/24 120/5

**P**

**producing... [2]** 120/8 138/9
**product [4]** 61/7 61/23
143/18 149/19
**production [36]** 36/9 36/12
40/4 40/9 42/2 42/9
45/8 45/10 81/23 83/21 85/5
85/7 85/9 85/23 86/16 114/7
119/24 119/25 120/1 135/3
135/4 136/6 136/22 137/10
137/15 138/21 142/3 142/6
142/13 142/16 143/5 145/22
146/5 147/16 147/18
**productions [12]** 39/18 39/19
57/15 57/15 57/21 78/12 79/3
83/19 84/7 85/11 86/9 86/20
**productions that [1]** 86/9
**products [1]** 73/4
**professor [2]** 23/9 35/3
**profile [1]** 59/18
**profit [2]** 110/21 114/22
**profitable [2]** 57/21 83/6
**profits [2]** 81/22 123/24
**program [1]** 58/19
**programming [1]** 137/12
**programs [1]** 62/13
**project [28]** 17/5 17/17
61/21 61/24 62/5 62/15 62/21
63/2 77/16 81/9 82/17 90/18
92/17 97/12 100/18 104/6
104/22 105/1 105/8 112/8
123/12 138/11 139/20 141/21
141/22 143/10 144/6 150/1
**projections [1]** 104/25
**projects [91]** 58/22 58/23
58/24 59/24 59/25 60/3 60/8
60/10 60/17 60/25 61/3 61/5
61/16 61/19 63/21 63/24 64/1
64/4 64/9 64/20 64/22 65/3
66/19 67/9 77/1 77/13 77/15
80/5 80/10 80/24 81/1 81/11
81/14 81/17 82/8 82/22 82/25
87/9 87/23 91/10 91/14 91/16
91/17 91/19 91/20 91/25 92/4
92/6 92/9 92/13 92/16 92/17
92/21 94/12 94/13 94/14
94/17 94/22 95/3 95/5 95/18
95/21 96/20 97/4 97/10 98/10
99/14 99/17 101/4 103/23
123/4 123/8 123/25 124/18
125/4 125/18 126/8 127/24
128/1 128/2 128/4 128/8
128/12 145/22 145/23 145/24
**projects that [1]** 91/17
**promised [4]** 54/4 60/19 61/6
123/24
**promises [1]** 60/16
**promising [1]** 64/4
**proof [3]** 18/6 19/15 157/9
**propane [1]** 25/24
**properly [1]** 9/2
**property [3]** 23/23 37/17
38/1
**prospect [1]** 59/20
**prospective [2]** 13/10 38/8
**protocol [2]** 7/2 11/14

**protocols [2]** 8/25
**prove [8]** 16/18 18/6 18/12
18/18 50/3 54/20 55/12 154/5
**proved [2]** 55/19 56/1
**proves [1]** 50/10
**provide [8]** 18/8 49/22 53/7
61/9 91/21 115/4 124/22
126/6
**provided [4]** 12/17 61/4
114/1 127/8
**provides [1]** 120/24
**proving [1]** 55/10
**pry [1]** 15/19
**PSO [1]** 137/9
**Psychology [1]** 30/16
**Publishing [1]** 31/2
**Puerto [1]** 30/21
**pull [2]** 12/11 20/15
**pulled [2]** 15/25 16/4
**pulling [1]** 130/7
**punish [1]** 67/19
**punitive [9]** 67/21 156/2
156/8 156/13 157/3 157/10
157/13 157/17 161/20
**punitives [4]** 7/2 7/6 7/12
7/16
**purchase [1]** 61/24
**purchased [2]** 64/1 111/11
**purpose [5]** 51/19 51/20
51/21 72/2 72/4
**purposes [5]** 57/22 124/13
126/11 131/7 142/17
**pursuant [1]** 78/4
**push [1]** 144/16
**put [32]** 3/19 4/12 7/6 9/10
11/10 16/18 47/4 49/14 55/14
67/18 73/24 77/23 77/25
81/18 84/16 85/13 87/19 93/2
94/6 98/12 105/4 116/2
126/12 138/14 139/12 139/15
140/5 140/7 153/13 159/23
160/14 162/1
**putting [6]** 18/18 107/22
112/10 118/10 140/1 163/15
**puzzle [4]** 139/11 139/15
139/19 142/3

**Q**

**qualified [2]** 54/4 142/13
**quarter [8]** 95/7 96/11 96/13
96/15 96/21 97/10 98/18
104/2
**question [31]** 6/18 7/1 11/12
38/19 44/14 50/24 51/2 51/7
51/10 51/12 51/13 51/14
76/20 83/9 99/4 100/3 125/5
126/13 127/17 141/7 145/18
155/22 158/17 158/21 158/23
159/16 159/18 159/20 159/24
160/21 161/19
**questioning [1]** 13/2
**questionnaire [1]** 21/8
**questions [35]** 4/7 4/10 4/16
15/17 20/15 21/2 21/5 21/6
21/11 21/12 35/5 36/7 38/7
38/10 38/10 40/23 50/22
54/22 54/22 54/23 66/1 66/6
67/1 67/2 76/7 113/8 124/9

130/18 131/23 131/24 132/8
133/15 142/11 151/15 154/16
**quick [4]** 8/25 38/19 45/4
46/10
**quickly [1]** 70/2
**quite [3]** 80/5 82/12 83/5
**quote [2]** 63/8 111/16
**quote-unquote [2]** 63/8
111/16

**R**

**racing [1]** 35/3
**rain [2]** 50/7 137/16
**rained [1]** 50/6
**raise [9]** 14/4 19/20 19/25
20/9 42/25 85/13 131/4
134/14 160/12
**raised [9]** 30/22 85/8 85/19
85/22 86/15 122/18 149/8
149/13 150/1
**raiser [1]** 84/17
**raising [3]** 45/9 45/11
158/21
**ran [2]** 23/25 100/15
**range [1]** 16/3
**rare [5]** 148/4 148/4 148/9
148/12 150/13
**rather [4]** 12/12 15/8 59/5
69/20
**Raton [2]** 35/12 37/14
**raw [1]** 74/6
**reach [6]** 22/4 32/11 33/13
35/8 51/22 68/2
**reached [4]** 36/23 43/9 43/16
84/12
**reactions [1]** 74/6
**read [24]** 4/9 4/13 5/2 6/4
9/23 12/15 13/16 18/25 20/4
20/6 21/1 30/8 36/21 37/6
53/14 55/8 68/15 102/11
112/13 132/24 133/19 138/1
141/7 154/13
**reading [9]** 6/16 24/23 27/16
132/8 133/5 133/8 133/15
137/24 162/25
**reads [1]** 154/4
**ready [13]** 5/19 47/4 68/13
70/17 89/9 107/24 113/12
113/21 134/5 142/5 143/14
145/9 145/9
**real [3]** 33/24 70/2 77/5
**reality [4]** 39/17 67/7
146/11 146/13
**realization [1]** 128/21
**realize [2]** 128/15 128/17
**realized [1]** 64/13
**really [21]** 4/12 10/10 12/6
16/2 30/9 47/16 72/22 73/2
85/16 90/18 98/22 117/18
137/7 140/19 140/21 141/3
142/9 144/17 147/8 147/23
148/11
**realtor [1]** 36/18
**reason [30]** 4/12 8/21 19/12
22/5 22/5 25/3 26/12 29/23
33/9 33/14 37/7 37/23 48/24
48/25 56/22 92/3 93/19 95/24
96/19 96/23 96/25 97/20

**R**

**reason... [8]** 112/17 117/15 117/16 125/7 125/9 154/2 155/4 157/21
**reasonableness [1]** 52/7
**reasons [3]** 36/24 57/12 100/11
**reassure [1]** 111/7
**recall [10]** 93/16 94/8 95/9 97/18 102/23 108/5 108/20 112/15 112/18 113/6
**receive [8]** 17/12 51/6 51/10 51/12 60/18 110/17 123/21 126/3
**received [15]** 2/14 58/18 66/15 66/16 69/25 78/7 78/8 88/19 91/12 96/16 100/2 116/6 117/9 117/24 126/19
**receives [1]** 35/25
**receiving [2]** 80/2 93/16
**recently [4]** 23/9 39/15 43/8 63/23
**recess [7]** 47/6 48/1 68/7 69/16 70/16 131/15 134/7
**recognize [3]** 16/7 116/4 118/11
**recollection [6]** 92/20 92/24 117/23 125/15 127/19 127/22
**recommendation [1]** 39/8
**record [14]** 3/6 3/19 4/13 6/5 9/7 15/11 71/5 100/24 118/9 134/16 147/1 147/14 147/24 164/8
**recorded [3]** 126/1 126/2 126/18
**recording [1]** 127/18
**recordings [1]** 126/3
**records [4]** 88/11 88/13 130/8 131/24
**recoup [1]** 86/25
**recover [3]** 58/8 124/4 130/3
**recoverable [1]** 155/25
**red [1]** 127/3
**redundant [1]** 101/8
**Reese [2]** 147/16 147/17
**refer [2]** 4/11 114/3
**reference [5]** 109/24 119/9 119/25 157/3 159/2
**referenced [2]** 159/7 162/7
**referred [7]** 16/23 101/4 111/13 128/1 132/15 157/4 157/6
**referring [5]** 99/17 111/18 113/15 114/12 128/2
**refers [2]** 141/22 144/23
**Refrain [1]** 152/25
**refresh [1]** 92/23
**refused [1]** 88/12
**refuses [1]** 130/9
**regard [2]** 107/1 110/20
**regarding [3]** 90/1 90/2 112/2
**regardless [4]** 55/3 55/22 55/23 78/14 136/12
**registered [1]** 22/18
**regular [4]** 35/25 80/2 84/6 92/15

**regularly [2]** 45/19 80/5
**Reinhart [1]** 4/2
**related [5]** 32/19 52/13 53/15 53/16 69/21
**relates [1]** 153/25
**relationship [4]** 71/18 72/23 75/25 136/3
**relatively [1]** 15/24
**released [8]** 63/6 63/21 63/23 83/17 115/10 115/14 115/16 117/1
**relevant [3]** 42/13 67/11 67/12
**reliance [1]** 17/18
**relied [2]** 59/14 66/15
**religious [10]** 22/1 22/25 24/7 25/1 25/16 26/9 29/21 32/2 33/10 35/23
**Religiously [1]** 34/11
**rely [2]** 54/12 154/15
**relying [7]** 63/9 66/15 103/23 121/19 121/22 153/22 157/6
**remains [1]** 49/8
**remarks [3]** 50/19 50/20 152/7
**remember [10]** 4/12 40/18 54/5 104/10 131/8 134/2 149/20 152/18 156/13 159/14
**reminder [1]** 55/9
**remotely [4]** 9/21 132/21 133/25 134/13
**remove [1]** 155/16
**removing [1]** 156/3
**render [1]** 19/5
**repaid [1]** 64/15
**repaying [2]** 109/21 111/17
**repayment [2]** 104/2 111/19
**repeat [1]** 157/23
**repeated [1]** 57/20
**repeatedly [2]** 64/7 127/23
**replaced [1]** 161/17
**report [2]** 39/3 49/6
**reporter [9]** 2/1 15/6 38/16 71/6 100/24 131/24 149/12 164/11 164/12
**represent [3]** 56/16 56/18 120/4
**representation [3]** 106/23 106/25 156/17
**representations [6]** 16/25 66/13 90/14 90/16 101/24 104/1
**representative [1]** 22/18
**representatives [1]** 13/20
**represented [2]** 63/15 111/5
**represents [1]** 119/14
**request [2]** 108/10 112/21
**requested [1]** 17/13
**requesting [1]** 89/25
**reschedule [1]** 69/20
**research [4]** 53/16 131/9 134/3 151/4
**reserves [1]** 39/5
**residence [1]** 20/23
**resolution [1]** 43/16
**resolve [1]** 43/14
**resolved [1]** 29/14

**respect [18]** 7/2 9/13 19/15 45/7 45/14 45/25 63/20 65/3 73/6 73/25 78/20 79/12 80/23 83/21 91/19 103/4 123/3 154/16
**respectfully [6]** 97/24 101/13 108/10 112/21 116/10 118/17
**respective [1]** 16/22
**responded [3]** 95/23 96/7 99/21
**response [11]** 63/7 96/16 98/18 98/19 99/4 100/2 100/3 109/6 116/7 117/4 117/9
**responses [3]** 21/5 116/19 116/23
**responsibility [1]** 154/5
**responsible [2]** 39/3 144/5
**rest [4]** 48/23 49/11 80/21 152/3
**restate [1]** 163/16
**restaurant [1]** 27/1
**restroom [1]** 46/14
**result [6]** 74/9 111/11 114/24 123/7 129/18 129/22
**resume [1]** 48/2
**retail [1]** 135/12
**retained [2]** 135/13 135/21
**retired [9]** 22/15 22/19 23/9 23/13 24/21 26/1 38/20 38/20 129/14
**return [4]** 77/24 95/10 109/21 111/18
**returned [1]** 134/9
**returns [7]** 48/14 70/21 76/15 78/10 78/11 102/20 131/16
**revenue [1]** 111/1
**review [1]** 46/6
**reviewing [1]** 39/6
**revised [1]** 4/25
**revisions [2]** 109/6 109/9
**rewarding [1]** 16/13
**Rhimes [3]** 147/9 147/15 148/5
**Rica [1]** 151/24
**Richardson [2]** 14/23 19/7
**Rico [1]** 30/21
**ridiculously [1]** 77/2
**right [78]** 3/2 4/4 8/18 11/20 12/1 12/11 13/7 13/22 14/14 15/5 20/14 31/2 36/13 38/4 38/5 39/12 42/21 46/2 46/16 47/23 47/23 48/20 49/15 54/24 58/12 65/21 65/21 68/3 68/6 69/16 70/4 70/11 70/19 71/4 76/1 78/22 80/1 84/19 87/19 90/5 92/5 96/12 104/14 107/25 109/4 113/4 115/25 116/23 116/24 117/1 117/20 117/21 121/6 130/16 130/21 131/13 131/14 132/3 132/16 133/24 134/8 134/10 134/14 136/10 136/13 137/6 139/20 139/21 151/17 151/20 154/21 156/19 158/2 160/3 160/15 161/19 162/18 163/4

## R

**rights [1]**   16/10
**risk [11]**   60/10 61/11 99/13
  100/3 100/10 100/16 100/17
  100/18 101/3 104/1 107/5
**risky [2]**   100/20 100/20
**Riviera [1]**   23/10
**road [1]**   23/4
**ROBERT [63]**   1/5 2/6 3/3 5/12
  14/13 17/6 17/13 20/11 56/17
  56/19 57/20 58/11 58/12
  58/17 58/20 59/2 59/7 59/10
  59/12 59/16 59/24 60/1 60/5
  60/11 60/13 60/17 60/23
  60/25 61/7 61/10 61/12 61/15
  62/1 62/11 62/21 62/24 63/7
  63/10 63/13 63/15 63/16
  63/19 63/23 64/3 64/8 64/13
  64/18 64/20 64/25 65/7 66/13
  66/19 66/22 66/23 70/25 71/3
  71/7 79/19 79/25 130/12
  135/14 135/16 135/17
**Robert's [5]**   57/22 64/19
  65/12 65/13 67/10
**ROBIN [3]**   1/14 2/1 13/8
**role [1]**   50/21
**rollercoaster [1]**   150/16
**rom [1]**   150/22
**rom-com [1]**   150/22
**Roman [3]**   3/20 14/15 56/14
**room [9]**   3/17 10/22 15/3
  54/7 54/11 55/7 65/16 65/17
  153/1
**rooms [1]**   53/10
**ROSENBERG [4]**   1/3 1/14 2/1
  13/9
**RSBV [22]**   13/11 14/7 14/14
  16/23 17/6 17/9 17/11 18/4
  56/20 64/18 64/23 65/12
  71/15 71/18 71/20 72/2 72/10
  79/13 118/5 119/2 135/19
  154/5
**RSBV's [1]**   17/13
**RSBVP [9]**   1/5 16/24 17/1
  17/19 154/14 155/5 155/12
  156/13 158/9
**RSVBP's [2]**   154/9 154/11
**rude [1]**   46/17
**rule [2]**   6/7 6/20
**rules [3]**   51/5 51/8 53/20
**run [3]**   48/4 141/5 141/13
**runner [1]**   147/19
**running [4]**   6/12 6/17 70/4
  143/15
**runs [1]**   72/10

## S

**S-C-I-A-R-R-E-T-T-A [1]**
  155/21
**sad [1]**   16/1
**Sadly [1]**   87/18
**said [41]**   15/6 17/22 27/18
  38/23 39/15 39/25 41/5 43/11
  54/6 55/9 56/25 57/6 59/25
  60/3 61/17 64/10 67/23 74/18
  76/25 82/7 87/4 88/18 95/15
  98/18 100/21 104/10 104/18

  105/20 105/23 106/21 112/6
  118/8 123/19 128/24 129/10
  129/11 137/4 138/25 142/21
  157/23 157/24
**SAKONA [5]**   1/22 3/13 14/10
  14/12 56/12
**sales [5]**   60/12 136/24 137/6
  137/8 139/10
**salse [1]**   138/12
**same [23]**   6/12 12/23 36/24
  38/9 67/20 74/7 74/18 79/14
  97/16 98/6 100/11 101/9
  101/23 111/24 130/15 132/4
  132/5 133/11 133/12 138/16
  145/4 154/13 159/8
**Sandemere [1]**   9/25
**Sandy [17]**   75/21 76/8 76/8
  80/3 84/16 84/17 84/20 85/13
  90/4 92/15 102/18 107/14
  124/25 125/2 125/3 125/16
  125/17
**Sanford [2]**   10/9 20/12
**sarcastic [1]**   86/3
**saw [9]**   39/12 50/1 50/4 51/1
  51/3 122/7 122/12 133/6
  162/15
**say [54]**   9/10 11/22 15/10
  16/5 21/6 27/3 28/15 37/7
  39/21 46/17 50/3 57/1 67/2
  68/22 71/20 73/11 74/11
  74/15 75/20 78/15 80/3 86/1
  86/18 87/3 94/13 94/19 95/24
  99/13 99/24 100/3 102/6
  102/18 106/8 106/19 109/2
  110/23 114/23 120/6 125/1
  139/5 145/23 146/10 146/14
  146/17 148/8 149/8 149/14
  150/9 151/4 152/20 153/21
  154/9 154/19 154/22
**saying [14]**   6/4 8/2 12/19
  15/9 20/21 80/18 83/13 84/2
  84/9 84/25 85/18 99/1 102/5
  157/13
**says [12]**   42/9 51/24 66/14
  96/1 96/1 117/20 119/13
  120/8 147/11 149/15 149/16
  152/20
**Scairretta [1]**   155/19
**scales [3]**   18/15 55/16 55/17
**scams [1]**   60/16
**scenario [3]**   96/20 98/9 99/5
**scenes [1]**   42/17
**schedule [7]**   4/21 61/6 69/20
  113/25 143/21 144/2 150/4
**scheduled [1]**   32/23
**scheme [2]**   58/5 60/21
**Schmidt [14]**   20/12 75/21
  75/22 76/1 76/2 76/6 80/3
  85/20 90/4 92/15 107/14
  124/25 125/2 125/16
**Schmidt's [1]**   84/16
**school [9]**   23/14 28/9 30/3
  30/4 30/5 33/18 75/24 90/19
  136/21
**Sciarretta [1]**   155/20
**SCOT [9]**   1/5 3/3 17/6 56/19
  64/18 64/20 79/19 79/25
  135/17

**SCOTT [5]**   1/21 3/11 14/10
  56/12 71/7
**screen [15]**   63/4 71/11 93/2
  94/7 101/7 107/22 112/11
  116/3 118/11 126/12 126/15
  126/18 126/22 127/7 134/12
**screened [1]**   84/10
**screens [1]**   8/17
**script [10]**   5/1 138/10
  139/22 139/23 140/3 141/23
  143/19 145/6 145/6 147/12
**scripted [1]**   146/10
**scripts [2]**   137/24 138/1
**scroll [2]**   114/19 119/7
**Scrolling [1]**   102/9
**search [1]**   53/12
**season [46]**   61/14 62/13
  62/14 63/18 66/21 104/23
  105/1 105/18 105/19 107/6
  107/8 110/11 110/13 111/2
  114/21 114/21 114/21 114/21
  118/23 119/18 120/5 120/8
  120/11 120/14 121/23 122/1
  122/13 122/15 122/21 146/16
  147/3 147/6 147/13 147/15
  147/21 147/21 148/1 148/3
  148/10 148/20 148/21 149/1
  149/8 150/13 150/13 151/5
**season' [1]**   117/19
**seasons [47]**   62/2 62/14
  62/16 62/19 63/5 63/5 63/9
  63/17 67/5 104/24 105/3
  105/5 106/3 106/4 106/15
  106/22 106/24 106/25 107/8
  107/11 107/17 110/24 114/24
  115/9 115/13 115/15 115/19
  115/25 116/25 117/7 117/11
  117/14 117/18 118/3 121/9
  121/16 121/20 148/8 148/11
  148/15 148/19 149/5 150/9
  150/14 150/25 151/7 151/13
**seat [1]**   47/24
**seated [10]**   3/1 12/13 13/7
  19/11 48/15 48/23 49/1 70/22
  131/17 134/11
**seating [1]**   49/1
**SEC [1]**   90/1
**second [12]**   40/19 47/15
  50/22 98/5 98/13 98/16
  109/12 114/11 115/7 120/19
  136/23 151/5
**seconds [3]**   6/8 7/4 127/16
**section [5]**   119/8 119/24
  120/20 120/24 156/2
**Securities [1]**   89/24
**Security [1]**   15/2
**see [113]**   5/4 6/4 8/18 10/16
  11/5 11/6 11/17 13/18 14/1
  14/23 16/19 17/25 19/23
  20/16 21/11 30/24 33/9 38/10
  41/12 45/2 46/13 48/22 50/7
  52/2 56/3 56/15 60/9 62/19
  63/3 63/20 64/6 65/24 66/11
  66/19 67/12 69/4 69/14 70/11
  70/14 71/11 93/11 95/15
  95/18 95/23 96/8 98/6 98/17
  98/21 99/1 99/8 99/11 99/13
  99/15 99/20 99/25 101/21

**S**

**see... [57]** 102/3 102/7 102/9 102/10 102/11 102/13 102/14 102/18 102/21 109/5 109/7 109/9 109/12 109/16 109/18 109/22 113/10 113/13 113/24 114/1 114/19 114/21 115/8 115/9 115/11 116/17 116/19 116/20 116/22 116/23 117/2 117/6 117/7 117/17 118/24 119/7 119/9 119/13 119/15 119/24 120/2 120/25 130/7 130/20 131/11 139/23 144/24 146/13 152/17 156/8 156/9 156/21 157/11 158/4 159/1 159/14 160/22

**seeing [10]** 14/4 14/21 19/22 20/2 20/5 20/13 99/23 102/5 147/7 153/5

**seek [2]** 87/20 87/22

**seeks [1]** 58/11

**seem [1]** 82/10

**seemed [1]** 76/8

**seems [3]** 9/19 88/15 156/1

**seen [6]** 77/7 83/14 126/25 148/2 149/4 151/12

**sees [1]** 54/3

**segued [1]** 138/23

**segueing [1]** 138/20

**select [1]** 49/3

**selected [10]** 5/7 16/3 24/13 26/16 27/5 37/9 38/2 46/20 48/24 68/21

**selection [1]** 10/20

**self [4]** 80/8 80/9 82/17 83/20

**self-explanatory [2]** 82/17 83/20

**sell [1]** 112/2

**selling [1]** 73/1

**semi [2]** 22/15 22/19

**semi-retired [1]** 22/19

**send [1]** 92/19

**sending [4]** 93/16 95/24 112/15 112/18

**sends [1]** 116/18

**senior [2]** 136/24 144/10

**sense [6]** 11/24 66/9 148/11 149/24 151/6 160/2

**sent [18]** 4/25 8/2 63/1 94/1 96/7 98/17 98/19 99/3 99/10 101/10 101/19 102/23 103/11 104/24 109/6 113/2 113/6 116/24

**sentence [6]** 117/20 117/23 155/5 155/11 155/23 156/5

**separate [5]** 45/14 156/2 159/18 160/9 161/13

**September [3]** 12/10 132/1 148/23

**September 20 [2]** 12/10 132/1

**series [22]** 17/3 17/6 36/9 72/4 90/23 104/23 114/24 118/23 120/5 137/11 137/18 145/5 145/7 145/9 145/12 145/15 145/15 146/8 147/3 147/3 148/1 155/6

**serious [1]** 128/20

**seriously [1]** 110/6

**serve [13]** 15/23 16/12 16/12 19/8 21/23 22/6 26/9 26/13 33/12 34/8 37/8 133/16 135/5

**served [11]** 22/3 23/1 24/7 25/3 25/18 26/3 29/22 34/12 35/19 35/24 36/22

**server [1]** 26/25

**service [3]** 16/7 57/2 68/4

**services [1]** 42/22

**serving [5]** 22/25 23/1 31/25 52/12 133/18

**set [10]** 19/1 41/15 41/17 42/7 124/25 125/2 131/13 133/22 134/1 143/13

**setting [2]** 39/5 143/12

**settle [1]** 4/2

**settled [2]** 24/4 26/7

**settlement [1]** 4/1

**seven [31]** 17/9 22/16 26/19 31/9 43/23 44/19 47/13 47/15 47/15 60/24 61/3 64/22 80/25 81/6 81/11 81/14 81/17 82/8 82/22 82/25 83/4 83/11 83/22 91/10 91/14 91/16 91/17 123/4 123/9 124/18 162/20

**several [2]** 105/15 138/15

**shaking [1]** 15/9

**SHALIA [4]** 1/22 3/13 14/10 56/12

**share [2]** 54/7 81/22

**she [43]** 9/18 9/22 10/5 14/24 14/24 15/6 15/9 15/10 24/22 24/22 25/10 25/12 31/8 31/8 33/5 35/2 35/15 36/6 36/9 36/10 36/11 37/17 39/15 39/15 39/17 39/19 39/23 39/25 40/2 40/4 40/6 40/6 43/9 43/12 43/12 45/8 45/11 45/11 45/23 147/9 147/10 147/11 147/13

**she's [1]** 36/9

**sheet [3]** 118/14 118/15 118/22

**sheets [1]** 17/7

**shell [1]** 33/23

**shenanigans [1]** 130/7

**shirt [1]** 127/3

**Shonda [3]** 147/9 147/15 148/5

**shooting [1]** 90/21

**short [10]** 15/24 15/25 47/6 58/16 60/6 60/7 76/7 84/22 131/15 134/7

**short-term [1]** 60/6

**shortly [2]** 69/14 98/17

**shot [6]** 45/20 126/12 126/15 126/18 126/23 127/7

**shots [1]** 45/19

**should [32]** 4/6 20/15 23/19 32/21 45/23 46/1 49/6 50/21 52/21 53/12 53/14 54/10 54/12 55/2 67/14 69/1 69/4 69/7 90/23 92/17 113/12 140/18 152/23 153/12 156/13 159/14 160/14 161/12 161/20 161/21 161/21 163/1

**shouldn't [2]** 27/7 52/16

**show [70]** 8/15 14/19 39/16 41/6 43/2 45/2 57/19 58/2 58/6 58/22 58/25 59/16 60/5 60/15 61/14 62/3 62/18 62/23 63/4 63/8 64/24 65/19 65/22 69/13 109/20 110/3 110/22 110/23 111/3 111/6 111/8 111/10 112/2 117/6 117/14 117/17 118/2 121/20 130/6 130/20 140/3 140/18 143/16 144/22 146/4 146/10 146/11 146/13 146/15 146/19 147/7 147/19 147/20 148/13 148/19 148/21 148/22 148/22 148/23 149/5 149/7 149/13 150/8 150/16 150/20 150/21 151/1 151/2 151/7 151/12

**shown [2]** 66/2 66/7

**shows [12]** 12/12 36/11 39/17 68/1 94/2 98/22 146/13 146/14 146/18 147/10 148/6 148/24

**side [8]** 9/6 13/1 54/16 55/17 137/17 137/18 149/23 155/4

**side's [1]** 50/19

**sides [2]** 55/16 141/6

**sight [1]** 60/19

**sign [2]** 161/17 161/22

**signature [3]** 119/2 119/4 164/12

**signed [3]** 143/6 143/7 144/15

**significance [2]** 132/7 133/14

**significant [1]** 23/19

**significantly [1]** 63/15

**similar [3]** 53/5 145/3 145/4

**simply [5]** 50/9 65/21 66/21 67/16 152/20

**since [11]** 5/20 12/22 28/5 30/21 30/22 39/14 66/7 121/25 138/24 140/8 153/24

**Singer [4]** 1/18 3/8 3/10 14/11

**single [7]** 30/7 61/18 62/13 63/18 92/17 145/11 158/23

**sir [1]** 43/7

**sister [4]** 41/13 41/13 41/14 51/2

**sit [11]** 23/5 39/4 45/18 49/3 57/6 74/11 75/3 83/13 121/8 125/4 129/10

**site [1]** 53/10

**sitting [4]** 14/14 32/3 34/16 56/17

**situation [9]** 43/1 43/5 44/7 44/14 44/15 44/21 44/25 65/18 148/2

**situations [1]** 146/15

**six [18]** 4/18 4/19 16/2 20/25 25/12 25/20 25/23 46/24 46/25 47/3 47/10 47/20 48/18 61/2 81/9 113/20 145/12 146/13

**six-week [1]** 16/2

**skip [1]** 6/9

**S**

**skipped [1]** 31/20
**slate [1]** 123/13
**sleep [1]** 91/8
**slightly [1]** 61/14
**small [7]** 22/5 27/15 59/25
 73/15 143/2 146/12 147/2
**smaller [1]** 139/7
**smelled [1]** 50/1
**smile [1]** 46/17
**smiley [1]** 99/1
**smooth [1]** 152/6
**Snap [1]** 53/4
**snippets [1]** 64/7
**so [184]**
**soccer [1]** 28/11
**social [5]** 26/20 53/3 53/5
 53/11 151/10
**sold [16]** 61/23 64/10 64/10
 64/11 64/11 64/12 83/7 83/8
 97/2 100/19 126/9 127/24
 128/1 128/8 128/9 128/12
**solely [1]** 19/20
**solicit [2]** 77/9 77/12
**solicited [1]** 75/14
**soliciting [1]** 62/11
**solid [3]** 60/4 146/25 149/1
**solidified [1]** 59/18
**solutions [3]** 27/11 27/18
 27/20
**some [39]** 5/3 7/11 8/20 20/6
 29/7 31/24 41/24 42/21 49/16
 50/3 51/18 64/7 66/1 66/5
 66/7 67/13 73/5 75/13 75/23
 79/3 80/9 80/10 83/25 84/6
 84/8 86/14 86/16 88/19 90/6
 108/24 125/7 129/14 140/10
 140/13 142/11 149/15 152/6
 152/7 163/20
**somebody [10]** 13/23 42/9
 44/16 44/21 61/13 82/10
 105/3 122/10 131/3 133/16
**somehow [1]** 11/15
**someone [13]** 43/23 50/1
 60/21 66/16 101/11 132/24
 140/16 144/18 147/15 148/5
 149/7 149/25 150/8
**someone's [1]** 50/2
**something [13]** 4/14 45/16
 46/14 49/14 50/24 69/9 73/19
 76/10 77/7 86/17 114/8
 148/25 150/6
**sometime [3]** 84/11 128/19
 153/12
**sometimes [5]** 21/3 21/4
 48/24 48/25 51/15
**somewhat [4]** 5/25 65/17
 65/24 158/12
**somewhere [3]** 42/15 86/16
 114/4
**son [7]** 21/23 28/7 33/24
 35/1 35/3 35/24 36/19
**sons [2]** 26/1 28/7
**soon [3]** 27/9 103/11 103/13
**sophisticated [1]** 100/14
**sorry [12]** 12/14 38/21 44/7
 44/7 70/6 80/9 84/21 88/17

 100/23 113/20 149/11 149/12
**sort [6]** 11/5 37/22 39/2
 84/16 125/19 158/18
**sought [1]** 59/17
**sound [1]** 41/15
**sounds [4]** 10/21 24/8 157/22
 158/3
**source [2]** 54/1 155/18
**sources [1]** 17/23
**South [1]** 37/15
**SOUTHERN [2]** 1/1 155/21
**spare [9]** 21/22 22/19 25/12
 27/16 30/7 33/6 35/4 36/20
 37/19
**speak [7]** 13/4 15/7 15/8
 46/11 49/1 71/4 104/6
**Speaking [4]** 42/25 65/15
 75/11 88/25
**speaks [1]** 158/8
**special [4]** 15/16 35/1 36/15
 53/25
**specialist [1]** 29/1
**specialty [1]** 39/21
**specific [8]** 39/1 44/20
 81/16 105/25 106/3 107/19
 125/1 128/4
**specifically [6]** 53/6 61/12
 62/3 138/25 140/22 145/5
**speculation [1]** 155/24
**spell [2]** 71/5 134/17
**spend [2]** 124/3 124/7
**spending [1]** 143/12
**spent [1]** 90/6
**Spillane [6]** 101/11 101/20
 102/1 102/4 102/10 102/23
**spiritual [1]** 25/11
**spoke [4]** 41/2 42/21 104/17
 107/18
**sponsorships [1]** 110/25
**sports [3]** 23/16 31/11 37/6
**spouse [2]** 20/24 30/23
**St [1]** 28/9
**stack [1]** 98/25
**staffed [1]** 74/4
**stage [2]** 138/10 139/23
**stages [1]** 109/1
**staggering [1]** 76/15
**stake [2]** 136/9 143/2
**stand [8]** 11/6 13/25 20/20
 21/4 61/1 65/25 71/1 133/16
**standard [4]** 11/18 18/12
 156/25 157/5
**standing [1]** 20/21
**stands [1]** 120/20
**star [1]** 146/24
**start [15]** 20/17 20/21 41/7
 46/25 68/10 113/10 126/13
 133/22 136/18 138/17 142/6
 143/11 143/15 148/24 162/25
**started [6]** 34/24 71/12
 75/25 138/19 138/22 140/8
**starting [1]** 28/9
**starts [2]** 109/16 148/23
**state [10]** 3/5 32/5 43/22
 58/12 71/5 72/16 134/16
 159/10 159/15 160/5
**state's [1]** 159/8
**stated [4]** 40/14 64/8 66/13

 113/2
**statement [22]** 4/24 5/2 7/1
 7/5 54/17 54/18 55/8 56/3
 56/5 67/24 70/7 96/19 114/7
 115/17 155/8 155/13 158/6
 158/8 159/22 160/22 161/8
 161/9
**statements [10]** 5/8 17/18
 50/17 50/18 88/19 155/7
 160/25 161/1 161/3 161/6
**statements were [1]** 161/1
**STATES [3]** 1/1 1/15 118/9
**stating [1]** 100/2
**status [7]** 3/24 17/14 24/21
 61/5 97/4 97/12 112/8
**Statute [1]** 157/13
**stay [7]** 21/21 33/24 47/4
 48/9 48/11 68/17 163/19
**stay-at-home [1]** 21/21
**stemming [1]** 58/5
**step [4]** 130/19 137/1 151/1
 151/1
**still [15]** 5/11 17/11 44/4
 63/24 64/5 64/5 75/3 83/13
 90/7 99/17 105/4 123/7 151/2
 151/2 151/4
**Stipes [4]** 2/1 8/13 15/5
 164/11
**stipulating [1]** 17/25
**stock [1]** 82/9
**stole [1]** 57/17
**stoneware [2]** 59/4 72/20
**stop [2]** 6/6 6/20 22/2
**stoplight [1]** 142/9
**stopped [1]** 129/16
**store [1]** 23/24
**story [1]** 148/11
**stream [1]** 111/1
**Streamers [1]** 117/18
**streaming [1]** 144/25
**stretch [1]** 113/11
**strikes [1]** 46/24
**striking [3]** 47/18 47/20
 51/16
**string [2]** 64/3 102/11
**striped [1]** 127/3
**strong [4]** 147/1 147/13
 147/14 147/24
**strongest [1]** 137/14
**stuck [1]** 84/13
**student [3]** 44/17 44/18
 44/19
**students [1]** 33/20
**studio [22]** 66/18 84/23
 105/2 106/14 106/21 106/23
 137/2 142/3 143/5 144/8
 144/8 144/9 144/11 145/17
 145/19 146/15 147/6 148/3
 148/18 149/4 149/23 150/14
**studios [14]** 64/1 66/17
 66/18 77/4 77/6 100/11
 111/25 121/12 121/13 135/3
 136/5 141/2 145/21 146/6
**study [1]** 21/4
**stuff [2]** 59/5 130/11
**stumble [1]** 81/2
**subject [4]** 40/17 58/3 108/3
 123/14

**S**

**subsequent [1]** 110/24
**substance [2]** 26/20 136/16
**substantial [4]** 43/6 44/16
 95/10 150/12
**substantially [1]** 95/9
**success [4]** 59/8 59/18 62/14
 73/23
**successful [7]** 59/4 59/16
 77/1 77/2 100/15 105/1 130/4
**such [13]** 22/11 53/4 62/15
 135/7 137/16 139/7 147/13
 147/14 147/24 150/15 155/12
 159/17 159/17
**sudden [1]** 80/11
**sue [1]** 129/24
**sued [5]** 24/2 24/4 65/5
 65/19 71/15
**sues [1]** 87/4
**suggests [1]** 50/25
**suing [1]** 90/13
**Suite [1]** 1/19
**suits [1]** 57/7
**Sumberg [4]** 1/22 3/12 3/13
 14/12
**summarize [2]** 16/22 55/5
**summary [4]** 13/17 16/17 20/4
 39/7
**summons [1]** 49/8
**sums [1]** 139/24
**Sunshine [1]** 147/17
**super [1]** 111/24
**supplier [1]** 72/22
**support [1]** 7/9
**supported [1]** 90/21
**suppose [3]** 4/18 12/23
 154/21
**supposed [9]** 17/3 54/18
 58/15 86/4 88/10 114/22
 114/23 115/1 156/24
**supposedly [3]** 57/20 60/6
 62/15
**Suraj [7]** 10/9 20/12 84/17
 84/19 85/21 107/14 122/4
**sure [32]** 13/2 13/14 23/21
 30/8 30/13 39/2 39/12 40/11
 42/10 43/7 43/20 52/18 60/20
 63/6 69/7 71/12 75/9 85/17
 92/15 115/10 115/13 116/25
 117/22 122/6 122/7 139/4
 143/19 145/20 151/1 154/21
 155/1 155/9
**surgeon [1]** 20/25
**surprised [1]** 69/5
**surprising [1]** 162/14
**surrounding [1]** 108/20
**survive [1]** 63/18
**suspect [1]** 11/1
**sustain [2]** 51/11 51/13
**sway [1]** 48/9
**Swaying [1]** 48/11
**swear [3]** 14/25 19/7 19/9
**swears [1]** 131/22
**sworn [9]** 19/10 48/20 48/21
 49/16 71/2 71/3 131/20 133/2
 134/15
**system [1]** 137/2

**T**

**T.V [1]** 36/11
**table [8]** 5/5 13/18 13/23
 13/25 14/1 14/20 30/12 56/17
**tail [1]** 138/19
**tainted [1]** 58/24
**take [44]** 3/15 4/2 5/20 6/8
 8/12 8/13 19/3 19/12 45/22
 45/23 46/9 46/23 52/1 54/5
 54/6 54/12 62/24 66/3 68/7
 68/9 68/10 69/18 69/19 69/21
 101/6 112/10 112/11 123/20
 123/23 124/2 125/11 128/15
 130/25 131/1 131/8 133/21
 134/1 139/22 145/23 148/16
 153/16 161/21 163/1 163/6
**taken [13]** 12/5 12/8 47/6
 70/16 108/17 131/15 131/21
 132/1 133/3 133/4 134/7
 154/18 155/14
**takes [3]** 15/9 18/2 31/8
**taking [8]** 9/1 19/8 24/9
 37/8 39/5 54/8 123/9 133/16
**tale [1]** 95/14
**talent [2]** 135/12 140/13
**talk [19]** 4/18 30/12 52/12
 52/16 53/17 53/18 57/7 57/12
 65/7 68/19 68/23 72/5 72/9
 74/21 89/12 90/11 105/21
 125/3 139/2
**talked [4]** 42/21 82/7 113/9
 142/24
**talking [13]** 14/6 52/24
 68/18 79/5 80/19 83/21 85/17
 90/6 91/17 100/23 123/16
 126/19 145/8
**talks [1]** 9/8
**tandem [1]** 150/19
**tangible [1]** 17/24
**Tango [1]** 137/17
**tank [1]** 86/17
**tasked [1]** 57/14
**tavern [2]** 23/23 23/24
**tax [2]** 42/3 139/11
**teach [1]** 30/15
**teacher [4]** 29/25 30/18 35/1
 37/6
**teacher's [1]** 36/15
**teaching [2]** 23/9 30/3
**team [5]** 146/2 146/19 147/23
 149/2 150/5
**teaser [1]** 146/11
**tech [2]** 21/21 27/24
**technology [7]** 9/15 14/15
 52/23 53/5 56/13 131/7
 133/23
**tee [1]** 11/7
**teed [1]** 6/1
**telephonic [1]** 104/19
**television [38]** 17/3 35/15
 36/4 36/9 39/14 39/16 39/23
 40/6 40/9 41/2 41/4 45/8
 57/10 57/15 57/21 58/19
 58/22 58/25 59/20 59/22
 60/25 62/13 137/9 137/11
 137/18 140/22 142/13 144/22
 144/25 145/3 145/4 145/5

 145/16 146/14 146/15 147/7
 150/15 155/6
**tell [26]** 4/21 4/21 30/12
 34/6 46/20 52/13 56/23 57/25
 76/5 80/12 86/10 86/22 93/9
 95/16 104/21 105/22 106/2
 107/10 107/13 107/23 112/4
 115/1 126/8 131/22 149/25
 159/9
**telling [13]** 64/14 66/14
 66/22 84/5 97/2 97/11 100/6
 107/6 110/2 111/21 111/23
 117/15 118/2
**tells [1]** 113/11
**temperature [2]** 74/5 74/7
**temporal [1]** 124/13
**ten [22]** 7/4 21/19 23/11
 24/20 28/25 29/1 35/14 37/15
 46/7 46/10 47/21 48/17 83/8
 105/5 133/21 134/1 139/12
 145/7 145/12 146/6 147/3
 155/3
**ten-minute [3]** 46/10 133/21
 134/1
**tend [1]** 48/9
**tens [1]** 80/19
**term [30]** 17/7 58/16 60/6
 62/3 62/4 62/9 83/19 87/15
 98/22 99/9 105/25 106/9
 106/12 106/16 106/19 114/8
 118/14 118/15 118/22 141/17
 141/18 141/22 142/22 142/24
 144/20 144/25 145/1 145/14
 149/20 150/3
**terminated [1]** 24/2
**terms [5]** 42/8 64/14 78/3
 78/4 81/24
**terrible [1]** 128/23
**Tesla [3]** 149/14 149/15
 149/17
**test [1]** 9/17
**testified [8]** 79/12 87/9
 140/24 140/25 141/1 141/1
 141/2 141/13
**testify [4]** 17/24 65/24
 135/13 135/21
**testifying [5]** 52/3 52/4
 132/6 133/13 141/8
**testimony [24]** 12/16 50/1
 51/23 51/23 52/1 52/7 52/8
 53/21 54/13 54/15 55/21
 67/12 68/14 108/16 131/20
 131/21 132/4 132/5 132/15
 133/2 133/11 133/12 142/17
 151/22
**Texas [2]** 24/19 73/22
**text [1]** 53/2
**than [38]** 5/6 5/9 15/8 18/9
 18/14 27/4 42/7 44/6 54/14
 55/13 55/25 61/11 61/15 64/2
 67/17 69/20 78/19 80/13
 86/15 89/7 89/20 91/15 92/19
 97/10 109/25 110/3 111/7
 111/11 120/7 120/10 122/18
 124/8 130/14 147/4 148/3
 149/4 163/3 163/16
**thank [58]** 7/19 11/25 14/4
 14/17 19/11 23/7 23/8 24/15

T

**thank... [50]**   25/5 25/20 26/18 27/25 28/24 29/24 30/17 31/4 32/25 33/16 35/9 36/13 36/14 37/1 37/12 38/5 38/12 38/18 41/10 42/12 46/3 46/4 46/21 48/13 48/22 56/6 56/9 56/25 56/25 57/1 57/5 68/4 68/5 69/11 70/15 70/24 128/16 130/16 130/19 132/20 133/20 134/24 142/19 151/20 151/25 153/4 163/18 164/2 164/4 164/5
**Thankfully [1]**   66/3
**thanks [1]**   49/10
**that [816]**
**that's [6]**   40/24 82/4 130/22 146/8 146/10 149/23
**the misimpression [1]**   11/14
**The Pathway [1]**   66/21
**the productions [1]**   85/11
**the worst [2]**   96/20 98/9
**theater [1]**   144/24
**theaters [1]**   139/23
**their [15]**   3/5 4/10 4/11 4/13 21/5 38/10 50/17 50/19 55/4 76/15 146/7 146/19 149/7 152/3 152/21
**them [56]**   4/6 4/11 4/13 4/16 4/20 4/21 4/22 4/24 6/20 6/21 7/15 7/16 8/10 8/18 8/19 10/9 10/11 10/14 13/2 23/18 41/16 43/24 46/14 47/24 50/16 52/14 54/7 54/22 55/22 55/23 56/23 57/23 61/6 64/9 68/20 69/7 72/22 73/22 81/2 83/16 83/25 83/25 86/14 88/20 88/21 107/18 128/3 136/6 136/8 149/18 153/16 153/18 162/23 163/4 163/10 163/13
**themselves [3]**   13/13 13/20 50/20
**then [57]**   4/5 6/3 6/8 9/18 13/1 18/22 21/6 29/24 46/25 47/3 47/20 51/9 51/11 55/6 55/25 60/12 65/5 68/2 69/1 69/24 69/25 73/19 75/24 75/25 80/12 85/1 90/20 95/17 125/9 127/17 135/11 136/23 137/1 138/6 138/11 138/15 138/23 143/25 146/5 146/12 148/7 151/3 152/10 152/11 154/8 154/12 155/3 156/8 156/14 156/22 157/22 157/23 158/2 158/3 159/18 161/12 163/1
**therapist [1]**   20/22
**there [150]**   3/23 4/12 4/14 6/6 6/7 6/8 7/6 7/12 7/13 8/18 8/20 9/4 9/4 9/5 10/1 11/17 12/15 13/18 13/23 14/3 18/17 18/17 19/19 19/23 19/24 20/18 21/17 22/8 22/8 23/10 24/10 24/17 24/18 25/7 26/12 26/24 27/13 28/3 28/20 34/24 36/17 37/15 37/25 42/2

42/2 42/18 42/25 43/11 46/24 47/1 47/7 47/9 47/11 48/24 48/25 49/8 51/5 53/15 54/13 54/25 61/1 61/23 64/17 70/5 71/25 74/2 76/7 76/11 76/19 76/20 77/8 80/11 80/13 80/22 81/4 81/5 84/15 88/10 88/20 88/21 89/2 89/4 89/8 93/3 93/9 93/10 93/11 97/21 98/12 99/13 100/3 100/9 100/16 100/17 100/17 101/3 105/15 107/23 108/24 110/2 110/21 111/6 112/6 117/1 119/8 119/13 119/25 120/12 120/19 123/12 125/7 125/9 133/7 137/13 138/9 140/19 142/5 142/7 143/5 143/6 143/6 143/8 143/9 144/10 144/20 145/3 146/18 146/19 146/21 147/1 150/2 152/1 153/24 154/2 155/4 155/17 156/3 156/11 158/25 159/1 159/13 159/17 160/9 160/11 161/15 161/24 162/14 162/23 163/5 163/6
**Thereupon [20]**   13/6 19/10 46/22 47/6 48/14 48/21 49/12 69/15 70/16 70/21 127/18 131/12 131/15 131/16 132/10 133/19 134/6 134/7 134/9 153/6
**these [59]**   17/18 20/10 21/10 49/17 53/19 58/23 59/25 60/1 60/8 60/9 64/7 64/9 64/19 66/12 74/6 80/1 80/1 80/8 82/25 84/4 84/8 84/18 87/8 87/23 93/16 94/11 94/13 94/22 95/3 95/5 95/6 95/10 95/21 96/2 96/20 97/2 97/9 98/10 98/22 99/6 99/14 99/17 101/3 102/9 102/19 103/11 107/16 125/2 125/11 125/18 125/22 125/23 126/1 127/4 127/4 127/23 128/8 130/8 148/5
**theses [1]**   125/15
**they [147]**   4/5 4/9 4/15 5/3 5/4 5/6 6/17 7/16 8/17 8/17 8/18 8/19 8/19 10/18 12/13 14/25 16/2 20/7 20/9 21/3 21/4 21/6 22/12 29/14 31/9 34/6 35/6 36/20 36/23 39/4 39/6 40/19 40/20 41/5 41/25 43/25 44/21 46/16 46/16 46/17 46/17 53/20 54/14 54/17 56/22 58/9 60/6 60/10 62/22 64/2 64/5 64/10 64/11 64/11 64/12 68/13 68/21 69/5 69/6 69/18 73/1 73/1 73/2 73/3 73/16 73/17 74/3 76/9 77/7 81/24 83/8 83/22 83/23 84/3 84/3 84/9 84/10 84/13 84/13 84/20 85/14 88/13 88/14 88/18 89/24 90/20 90/20 90/20 90/22 95/7 107/6 113/11 114/15 114/18 122/5 124/17 126/2 126/4 127/12 128/9 128/12 136/7 137/10

137/11 137/15 137/16 137/18 137/19 140/17 140/18 140/19 141/4 144/10 144/14 144/16 145/10 145/11 145/11 145/21 145/22 145/23 145/24 146/2 146/3 146/11 146/12 146/19 146/25 147/4 147/14 147/17 147/18 148/7 148/7 148/11 148/19 148/24 149/1 149/2 150/6 150/18 150/21 151/4 152/17 158/19 160/5 162/23
**they'd [1]**   110/25
**they're [6]**   34/4 64/5 74/4 126/16 135/1 146/3
**thing [15]**   5/21 27/3 35/24 39/2 61/20 61/20 66/24 67/20 70/6 80/20 85/4 85/4 105/9 105/10 138/16
**things [27]**   11/13 15/1 17/24 19/16 30/9 36/12 41/25 44/14 45/10 45/13 50/15 52/3 56/14 61/25 63/13 65/24 66/14 75/10 84/2 84/4 88/10 97/2 110/25 130/8 152/22 153/17 156/20
**think [49]**   4/22 5/9 5/11 6/16 7/8 11/4 16/5 20/16 22/5 23/5 24/11 25/3 28/23 29/23 31/20 33/14 34/2 38/1 42/14 45/16 48/6 50/13 68/24 76/9 77/16 82/17 83/9 83/20 83/20 85/8 86/17 93/1 100/17 100/19 106/21 130/4 158/4 159/2 159/5 159/11 159/13 160/1 160/10 160/14 161/4 161/12 161/16 163/17 163/24
**thinks [1]**   51/8
**third [10]**   95/7 96/8 96/10 96/11 96/15 96/21 97/10 98/18 104/2 115/9
**this [228]**
**this fall [1]**   28/9
**Thomas [1]**   28/9
**those [84]**   4/10 5/24 6/23 9/10 17/10 17/20 18/19 21/3 21/7 29/16 35/7 45/10 45/13 56/21 57/17 58/14 58/24 59/11 60/11 60/22 62/19 63/24 63/25 65/8 65/9 66/13 67/2 70/11 70/12 72/24 77/17 77/19 78/11 78/14 81/1 81/9 81/11 81/14 82/2 82/8 83/11 85/1 87/16 87/17 87/20 88/1 88/17 88/20 90/15 91/13 91/16 91/19 91/20 91/25 92/4 92/13 92/16 92/17 92/20 94/13 94/17 101/23 103/23 108/23 123/21 123/25 126/6 129/13 129/13 139/9 143/21 143/25 145/23 145/24 146/5 146/5 146/7 149/17 153/10 153/11 153/12 153/14 154/16 154/20
**though [2]**   63/25 83/16
**thought [4]**   5/9 50/6 69/21 158/11
**thousand [1]**   149/16
**three [19]**   23/7 23/8 24/9

**T**

**three... [16]**   26/1 28/7 47/11 47/14 84/21 94/12 94/13 94/13 95/3 95/17 99/6 101/3 103/16 103/23 114/21 156/6

**through [39]**   10/19 21/6 27/2 27/17 28/11 30/11 30/13 31/3 31/20 32/19 35/5 35/5 36/22 44/5 47/5 47/10 47/24 54/16 57/19 57/24 59/5 62/17 63/6 68/14 69/1 70/12 75/7 75/15 81/2 90/4 115/10 115/13 116/25 121/12 122/4 131/19 136/15 151/21 157/3

**throughout [3]**   14/16 16/6 145/20

**thumb [2]**   8/9 8/12

**Thursday [6]**   32/14 32/14 32/15 32/20 32/21 45/24

**thus [1]**   61/21

**ticket [1]**   32/17

**tickets [1]**   22/6

**tides [1]**   151/8

**tied [1]**   150/6

**time [71]**   6/12 6/24 9/9 11/10 11/22 16/13 16/14 21/4 21/22 22/19 23/10 23/11 25/12 26/10 27/16 30/8 31/12 33/6 35/4 36/20 37/8 37/19 38/18 46/5 49/5 60/3 60/7 60/13 60/19 61/6 66/4 73/16 73/19 74/7 76/8 76/19 82/20 83/10 86/16 90/6 91/12 91/22 91/24 91/24 92/3 92/11 94/1 96/2 99/11 100/21 101/2 103/4 110/6 113/21 117/13 124/14 125/10 128/7 128/11 130/16 134/24 136/12 137/14 138/20 139/4 143/9 148/3 148/19 148/20 149/5 163/25

**times [8]**   15/4 41/16 64/11 74/10 94/2 107/15 129/17 147/1

**tip [2]**   18/15 55/17

**titled [1]**   118/22

**to fund [1]**   62/12

**to provide [1]**   49/22

**today [28]**   5/23 9/21 11/2 11/5 14/9 45/19 56/11 57/2 57/4 57/11 59/8 59/8 63/13 65/9 65/21 67/13 71/14 73/2 75/3 87/7 87/17 121/8 123/4 130/6 130/17 134/24 152/16 153/3

**together [13]**   74/6 75/18 85/13 98/13 138/3 138/14 139/12 139/16 140/1 140/5 140/7 142/4 150/6

**told [39]**   58/12 59/14 61/7 61/12 61/25 62/20 62/25 63/2 64/9 64/22 66/20 66/23 67/4 67/9 68/2 76/25 84/1 85/4 86/15 90/22 92/13 95/6 97/9 99/9 100/9 103/4 103/24 104/23 104/25 107/16 115/18 115/22 119/21 122/7 127/23

128/7 128/18 149/7 150/8

**tomorrow [15]**   4/22 4/23 11/8 11/9 16/6 32/21 45/20 67/13 113/12 152/7 152/9 152/13 153/5 153/13 163/22

**ton [1]**   143/6

**tone [2]**   132/7 133/14

**tonight [1]**   152/17

**tons [3]**   111/25 147/10 147/10

**too [3]**   70/19 146/22 158/17

**took [7]**   43/13 57/21 60/21 66/25 67/10 67/17 137/25

**top [15]**   81/20 95/25 96/1 96/4 98/13 98/16 101/18 102/10 109/5 109/13 110/18 111/13 116/17 118/22 154/23

**Toronto [4]**   75/18 76/1 76/3 77/4

**total [8]**   17/9 58/21 94/25 103/17 119/11 123/7 139/17 140/2

**touch [1]**   17/25

**touched [1]**   144/4

**touches [1]**   42/23

**tough [1]**   66/1

**towards [1]**   138/19

**town [3]**   32/16 32/17 32/17

**toys [1]**   80/12

**track [6]**   68/7 146/25 147/14 147/24 151/2 158/10

**tracked [1]**   162/16

**tracking [1]**   161/7

**trades [1]**   39/2

**trailer [1]**   146/11

**training [2]**   15/16 137/19

**transaction [1]**   155/13

**transcribing [1]**   15/6

**transcript [10]**   6/3 6/12 6/17 8/3 9/4 132/25 133/5 133/7 133/8 164/7

**transferred [1]**   143/14

**transitioning [1]**   89/12

**Travanka [1]**   14/14

**travel [3]**   24/23 27/3 154/12

**Treasury [1]**   100/17

**treatments [2]**   35/25 36/2

**tremendous [1]**   77/8

**trending [2]**   151/2 151/3

**trial [46]**   1/14 13/9 14/16 15/7 15/12 15/24 16/1 16/2 16/2 22/4 23/2 23/6 26/11 31/14 31/15 32/19 33/13 39/9 45/16 49/9 49/9 49/17 49/19 50/15 52/10 52/21 54/16 54/25 57/24 62/7 63/13 65/20 65/22 66/7 67/2 78/22 87/7 87/17 90/11 130/13 131/21 133/3 135/14 135/22 136/10 152/18

**trials [5]**   15/25 30/13 36/23 40/14 40/17

**tried [2]**   11/15 150/21

**trier [1]**   135/9

**trip [2]**   23/18 32/23

**trouble [1]**   22/9

**true [16]**   18/9 18/10 18/14 18/14 50/24 55/13 55/25 66/9

100/16 101/10 108/7 112/17 116/6 117/22 118/15 127/7

**trust [6]**   28/2 28/21 68/2 78/17 111/21 111/23

**trusted [1]**   60/23

**trustee [1]**   88/18

**truth [3]**   66/14 117/15 131/23

**try [4]**   10/22 75/7 130/3 148/25

**trying [10]**   11/12 46/17 49/14 74/5 98/24 98/25 99/7 124/3 156/12 163/16

**Tube [1]**   53/4

**Tupperware [1]**   73/2

**turn [17]**   4/16 24/4 38/6 56/2 56/4 59/3 63/13 88/11 88/22 93/8 97/14 98/23 98/24 99/10 129/3 129/21 151/18

**turned [4]**   63/14 73/19 84/20 84/21

**turning [2]**   99/8 130/8

**TV [9]**   41/6 41/23 61/3 139/23 140/3 142/16 146/18 150/21 151/10

**twelve [4]**   10/17 123/11 123/16 146/7

**twice [2]**   35/6 36/22

**Twitter [1]**   53/4

**two [67]**   8/13 8/25 9/8 9/10 19/16 21/17 21/18 21/20 22/14 22/15 22/17 23/10 24/18 27/5 29/8 32/14 33/23 34/8 36/1 36/3 36/18 37/10 37/23 38/19 40/14 44/9 45/16 47/19 48/18 56/18 60/7 60/17 60/22 62/17 63/5 63/21 64/17 65/1 68/7 68/17 69/20 73/15 76/3 78/14 83/16 84/9 85/1 92/6 93/11 98/4 108/17 109/18 114/21 115/9 115/13 116/25 132/14 135/1 138/24 145/16 148/8 148/11 148/19 149/4 150/13 150/21 161/23

**two-page [1]**   98/4

**type [1]**   39/17

**types [3]**   45/10 45/13 65/1

**typically [8]**   35/17 46/23 68/8 69/19 142/22 142/23 144/6 148/19

**U**

**U.S [2]**   33/2 135/2

**UBS [3]**   102/2 113/11 113/16

**ubs.com [1]**   101/20

**UCF [1]**   28/8

**UCLA [1]**   136/21

**uh [3]**   15/9 15/9 81/15

**uh-huh [1]**   15/9

**UK [2]**   84/7 135/8

**ultimate [1]**   19/14

**ultimately [7]**   7/9 19/5 39/8 58/14 64/13 78/3 78/4

**Um [3]**   83/5 104/8 128/23

**Um-m-m [3]**   83/5 104/8 128/23

**umber [1]**   4/11

**umbrellas [1]**   50/5

**un [1]**   15/9

**U**

**un-uh [1]**   15/9
**unable [3]**   43/9 43/16 57/23
**under [15]**   11/14 15/4 36/17
 57/23 66/5 67/1 67/3 85/12
 94/9 113/6 114/20 116/23
 116/24 117/1 131/22
**understand [18]**   15/17 15/20
 15/21 53/19 71/14 78/22 87/6
 87/12 87/16 87/19 90/7 96/1
 97/11 111/18 112/1 136/16
 146/22 155/18
**understanding [28]**   63/2
 76/21 81/24 82/16 83/22 88/8
 89/2 91/21 96/4 96/10 97/3
 97/7 99/3 109/24 110/9
 110/12 110/16 110/20 111/10
 113/9 113/25 114/16 115/8
 118/2 119/4 119/17 121/19
 121/22
**understands [2]**   141/8 142/7
**understood [3]**   3/23 101/2
 112/7
**underwriter [1]**   27/14
**unequivocal [1]**   63/9
**unequivocally [2]**   64/8
 143/10
**unexpected [1]**   65/18
**unfamiliar [1]**   75/3
**unfortunately [4]**   9/15 57/18
 63/16 74/20
**unique [2]**   61/10 62/1
**UNITED [3]**   1/1 1/15 118/9
**unless [7]**   8/20 28/12 28/13
 46/24 51/3 55/20 155/4
**Unlike [2]**   90/5 133/6
**unpaid [2]**   43/11 43/12
**unquote [2]**   63/8 111/16
**unsolicited [1]**   152/21
**until [12]**   7/12 9/19 45/24
 48/5 52/17 52/21 54/7 67/25
 68/11 68/23 69/17 152/18
**untraditional [2]**   5/25 65/17
**up [71]**   4/15 5/20 6/1 7/11
 8/14 10/16 11/7 12/11 13/3
 16/4 20/20 20/21 21/4 21/14
 23/4 25/18 26/6 29/4 37/15
 41/6 43/24 49/9 58/6 59/5
 61/1 62/16 63/3 65/19 65/22
 65/25 66/2 66/7 70/4 72/13
 72/14 73/25 75/16 75/18
 75/18 76/1 82/10 88/21 90/7
 93/2 94/6 99/20 102/9 103/8
 103/14 114/19 116/2 118/10
 121/5 124/25 125/2 125/19
 126/12 130/6 131/13 133/22
 134/1 137/1 143/12 143/13
 145/19 153/3 153/16 153/18
 155/15 162/13 163/5
**updated [1]**   7/25
**updates [2]**   80/2 80/8
**upon [4]**   19/20 58/8 141/25
 153/22
**ups [1]**   40/23
**Upset [1]**   43/19
**us [26]**   3/18 4/25 8/9 8/11
 9/14 12/9 12/17 14/16 23/21

 36/20 47/19 55/15 57/25 68/22
 76/12 80/12 83/18 84/1 84/2
 84/5 95/6 97/2 107/6 140/23
 163/15 163/23
**use [12]**   12/4 17/3 20/19
 46/14 47/2 53/5 60/8 62/18
 105/25 106/5 160/5 163/17
**used [15]**   3/21 35/1 57/22
 62/3 64/19 85/8 106/11
 110/10 144/21 144/25 145/14
 157/1 157/11 157/19 157/19
**uses [3]**   9/18 53/24 157/13
**using [1]**   155/4
**usually [13]**   6/25 8/12 13/12
 17/22 21/7 139/24 143/12
 144/13 144/18 145/6 147/3
 147/22 148/10

**V**

**vacation [1]**   24/9
**valuable [1]**   16/13
**values [1]**   95/6
**variety [3]**   36/11 39/18
 140/10
**various [7]**   80/4 125/4
 125/17 137/2 139/14 139/14
 140/5
**vast [2]**   146/17 148/14
**Venice [1]**   138/8
**venire [5]**   13/6 19/10 46/22
 48/14 49/12
**VENTURE [9]**   1/5 3/3 17/6
 56/19 64/18 64/21 79/19
 79/25 135/17
**verbatim [1]**   157/24
**verdict [23]**   15/13 19/5
 19/14 19/16 19/16 19/20 22/4
 32/11 33/14 35/8 51/22 54/2
 68/3 68/3 158/3 158/18 159/8
 161/14 161/25 162/6 162/7
 162/22 163/9
**verdicts [1]**   36/23
**verifying [1]**   115/15
**version [2]**   117/24 158/8
**versus [4]**   3/3 13/11 155/19
 157/19
**very [51]**   3/22 6/5 9/19 16/7
 22/4 22/12 25/20 29/4 30/20
 37/12 39/10 40/13 46/4 46/4
 53/19 57/1 58/7 59/4 68/5
 68/6 73/12 79/22 79/23 80/22
 82/6 82/11 82/11 90/14
 102/19 103/13 107/3 118/10
 130/4 130/16 130/19 133/20
 137/19 141/18 146/25 146/25
 147/1 147/2 147/20 148/4
 148/4 148/4 148/9 150/13
 150/16 151/20 152/6
**very established [1]**   147/20
**vet [1]**   23/14
**via [1]**   80/2
**viable [1]**   64/5
**Viacom [1]**   137/9
**victims [1]**   58/8
**video [15]**   6/1 6/2 6/2 6/6
 6/12 9/18 127/1 127/8 130/20
 131/1 132/3 132/3 132/10
 133/6 151/18

**videos [1]**   8/17
**videotaped [1]**   66/5
**view [2]**   54/11 152/23
**viewing [1]**   150/23
**views [1]**   152/22
**vintage [1]**   27/2
**virtual [1]**   73/3
**Visa [1]**   44/17
**visit [1]**   53/15
**vitally [1]**   49/4
**voice [2]**   132/8 133/14
**voir [2]**   4/20 15/12
**volatile [1]**   150/16
**volleyball [1]**   27/16
**VOLUME [1]**   1/13
**vying [1]**   61/24

**W**

**WAGNER [5]**   1/21 3/11 14/10
 14/11 56/12
**wait [1]**   82/19
**waiting [1]**   10/5
**walk [3]**   46/14 46/16 54/16
**walking [2]**   50/4 68/18
**want [33]**   7/6 10/18 13/14
 16/12 19/6 29/9 41/4 45/2
 52/18 52/23 56/25 57/1 68/16
 69/11 71/12 80/22 82/6 85/17
 98/22 136/15 140/4 142/21
 145/11 147/11 149/16 152/21
 158/4 158/10 158/24 159/21
 159/22 159/23 163/20
**wanted [18]**   12/24 41/19
 61/19 66/6 80/7 95/22 99/6
 99/9 113/8 129/11 138/21
 150/23 153/15 153/20 154/20
 157/8 158/14 162/5
**wants [1]**   150/22
**Warner [3]**   136/22 137/15
 139/5
**warranted [1]**   7/17
**was [327]**
**was not [1]**   80/11
**wasn't [7]**   12/19 43/6 77/4
 114/3 117/2 119/21 123/12
**wasted [1]**   16/15
**watch [1]**   150/22
**watching [1]**   148/14
**water [1]**   23/16
**waterfall [6]**   113/25 114/3
 114/6 114/8 114/12 115/4
**way [21]**   8/15 15/14 15/20
 17/25 20/20 41/24 53/23 62/1
 68/11 68/24 74/13 94/3 98/12
 129/4 129/12 133/13 133/13
 139/9 140/6 155/10 158/13
**ways [2]**   53/25 124/22
**we [385]**
**We'd [1]**   158/23
**we'll [3]**   98/13 131/11
 154/25
**we're [1]**   126/22
**WEALTH [21]**   1/9 17/1 17/8
 58/3 65/2 65/6 75/12 75/15
 78/9 79/9 79/14 82/3 86/6
 86/8 86/6 113/16 120/13
 120/15 120/17 120/21 135/24
**wean [2]**   145/23 146/6

**W**

**websites [2]**   53/3 53/11
**wed [1]**   158/14
**week [6]**   16/2 16/2 31/14
49/8 150/17 150/18
**week-long [1]**   31/14
**weekend [2]**   9/17 9/20
**weekends [1]**   37/19
**weeks [5]**   35/19 89/9 89/25
143/13 148/23
**weight [7]**   50/13 54/14 157/2
157/4 157/14 157/15 157/18
**welcome [7]**   13/7 13/8 37/2
41/11 70/22 131/17 134/10
**well [33]**   3/18 9/19 14/16
29/24 34/3 38/10 44/7 44/11
56/17 62/19 73/11 75/13
75/18 82/12 88/9 89/23 90/2
102/19 114/18 125/21 128/3
130/1 136/7 137/2 137/19
146/25 153/9 154/18 155/14
156/20 159/16 160/7 163/19
**well-established [1]**   136/7
**Wellington [1]**   37/5
**wellness [1]**   25/11
**went [24]**   41/5 41/19 44/24
45/16 45/24 58/1 72/16 73/18
76/19 85/9 85/23 85/24 86/1
86/8 86/10 86/19 102/18
102/19 113/24 120/12 123/1
137/13 138/13 138/15
**were [148]**   5/9 6/1 7/23 9/16
9/17 9/21 10/4 12/15 12/19
18/17 24/1 24/13 26/16 27/5
28/15 29/11 29/12 31/15 32/5
32/7 35/6 36/23 37/9 38/2
38/19 38/20 38/23 39/25
41/23 43/1 43/6 44/23 44/25
44/25 45/1 47/7 48/24 48/25
58/9 58/24 60/8 60/10 61/23
62/22 63/21 64/9 64/17 66/3
73/16 73/21 75/24 76/7 76/11
76/15 77/15 78/3 78/4 78/10
80/2 80/8 80/10 80/24 81/24
81/24 82/2 82/22 83/22 83/23
83/25 84/3 84/13 85/1 85/4
85/11 86/15 87/13 90/16
91/16 91/17 92/16 94/19 95/6
95/7 95/9 95/11 95/20 96/2
97/2 99/17 103/23 105/15
108/23 108/24 109/1 110/6
110/24 113/15 114/12 115/21
119/17 120/10 120/12 120/15
121/2 121/19 121/22 121/22
122/12 122/16 122/21 123/21
123/24 124/17 124/24 125/2
125/22 125/23 125/23 126/1
126/2 126/4 126/22 127/5
127/13 127/20 127/24 128/8
128/8 128/12 128/12 129/14
130/20 132/14 132/18 133/8
135/13 135/21 137/15 137/19
139/1 141/4 152/17 153/7
157/4 159/5 160/25 161/1
161/24
**weren't [7]**   9/20 59/25 83/25
84/3 86/25 128/17 140/19

**WEST [6]**   1/9 2/2 25/9
30/22 42/14
**Westchester [1]**   26/5
**wet [2]**   50/4 50/5
**what [175]**
**what the [1]**   51/5
**whatever [6]**   29/3 33/7 49/7
50/13 129/11 146/7
**whatsoever [4]**   53/8 74/23
136/4 136/10
**when [98]**   4/15 5/19 8/19 9/1
10/16 10/25 11/22 12/8 13/2
14/25 15/7 17/13 19/3 21/7
36/20 41/8 46/19 47/4 51/6
51/13 51/17 51/19 52/1 52/14
54/10 57/23 59/13 59/19
66/12 66/13 67/3 67/22 69/23
73/16 76/22 77/12 78/7 80/2
81/16 82/17 83/11 86/1 87/19
91/3 93/9 94/3 94/13 94/19
96/16 97/9 99/17 100/2 100/9
100/21 103/2 103/22 104/6
104/9 104/17 106/8 107/19
107/23 109/2 110/23 111/5
111/16 112/6 114/3 114/23
117/9 121/18 123/18 125/1
128/1 128/15 128/17 128/21
129/17 134/4 136/21 138/20
139/4 141/19 141/22 142/5
144/14 145/8 145/9 146/10
146/24 147/10 149/13 150/15
152/7 152/9 153/13 158/3
163/25
**where [57]**   5/16 11/6 22/6
34/24 39/4 43/1 43/6 44/15
44/21 44/23 48/25 58/1 64/7
65/18 67/18 68/16 69/13
72/13 72/15 72/17 78/7 78/9
82/18 84/10 85/23 86/4 86/10
86/19 92/16 98/9 98/18
100/19 102/4 102/10 106/11
113/24 115/8 115/9 116/22
116/24 123/1 126/19 127/1
129/20 133/6 135/11 137/4
137/22 138/14 140/13 140/16
143/9 144/16 147/5 153/3
154/4 158/19
**whereas [2]**   61/15 62/12
**wherein [1]**   17/7
**Whereupon [9]**   94/4 98/2
101/16 108/13 112/24 116/15
118/20 127/13 132/18
**whether [21]**   5/4 9/16 10/24
15/22 16/19 18/20 19/13
19/14 21/11 38/7 50/11 54/11
55/19 68/13 78/11 86/8 144/6
149/23 158/8 159/1 160/22
**which [49]**   6/14 10/20 13/9
13/22 16/10 18/1 23/23 37/8
51/22 51/23 55/3 58/7 60/18
62/4 62/4 63/3 63/22 63/23
65/8 66/4 66/9 77/2 92/20
94/9 107/7 109/20 113/6
114/1 120/1 120/6 128/1
137/13 138/4 138/7 138/10
143/21 145/10 145/25 147/12
148/2 155/11 155/20 157/2
157/5 157/18 157/20 159/9

159/17 163/1
**which the [1]**   16/10
**while [6]**   52/4 52/12 58/20
58/22 62/11 159/20
**white [1]**   143/10
**who [62]**   13/19 14/3 14/15
14/15 14/20 15/5 17/23 19/19
19/23 19/24 21/3 23/15 23/15
24/3 24/3 26/25 43/5 44/25
45/1 46/20 55/22 55/23 56/13
56/14 56/17 62/8 64/9 65/18
66/20 71/25 72/10 72/24
75/11 75/17 75/20 79/8 80/14
82/2 82/10 82/11 84/7 84/16
85/20 89/2 100/15 102/1
102/16 107/13 117/19 119/21
125/15 125/23 127/5 130/14
136/12 143/23 144/4 144/4
144/5 144/6 144/18 148/23
**whole [11]**   23/25 29/2 30/23
57/24 61/19 105/9 105/10
146/20 156/2 159/16 160/11
**whom [2]**   14/23 57/16
**whose [1]**   120/17
**why [40]**   12/1 12/11 13/22
25/3 29/23 32/15 33/9 33/14
37/23 53/19 53/20 56/22
58/10 59/19 60/13 67/6 82/7
88/5 90/11 90/13 95/4 95/20
99/3 100/9 102/23 111/23
120/10 125/9 129/8 129/24
149/10 150/11 153/24 154/3
154/8 154/13 155/9 156/9
156/13 157/20
**wide [2]**   140/10 140/21
**wife [17]**   22/17 23/13 24/8
25/10 25/25 28/6 35/1 35/14
36/4 37/6 37/16 37/18 37/21
39/14 40/12 45/7 45/22
**wife's [4]**   25/6 37/25 41/2
43/8
**will [209]**
**willingness [1]**   107/1
**Winfrey [4]**   140/12 140/25
141/4 141/5
**wire [3]**   113/12 113/15
113/21
**wired [1]**   113/16
**wireless [1]**   20/18
**wish [4]**   49/10 54/5 79/7
122/16
**Witches [1]**   137/18
**Witherspoon [1]**   147/16
**within [5]**   43/8 69/8 91/21
141/18 143/12
**without [14]**   4/17 11/13 98/1
107/8 107/22 108/12 112/10
112/23 116/14 118/19 127/12
132/16 147/7 150/6
**witness [32]**   5/12 48/2 50/4
50/6 51/1 51/3 51/4 51/7
51/9 51/11 51/24 52/3 52/5
52/6 54/22 54/23 55/1 70/23
70/25 71/3 93/5 131/22 132/6
132/21 132/23 133/13 133/22
133/25 134/12 134/15 135/6
151/16
**witness' [10]**   50/23 52/1

**W**

**witness'... [8]**   52/2 52/4
52/4 52/7 52/8 52/11 131/20
133/2

**witnesses [12]**   7/21 8/15
10/8 14/25 17/23 20/6 20/8
54/6 54/9 54/21 55/21 68/13

**woman [1]**   40/19

**won [1]**   138/8

**won't [7]**   9/9 11/3 24/8 45/1
45/17 65/24 65/25

**wonderful [1]**   31/1

**wondering [3]**   38/20 153/24
154/2

**word [5]**   10/1 74/13 105/20
106/5 106/12

**words [11]**   18/2 18/15 53/24
55/14 60/9 62/18 62/19 133/9
143/9 145/16 156/6

**work [37]**   9/19 22/20 27/3
28/20 30/19 31/8 32/19 32/23
33/20 33/25 35/12 35/18 36/6
36/7 39/25 40/6 40/8 43/24
43/25 59/7 68/20 69/21 72/17
72/18 73/24 74/3 129/14
135/7 136/8 137/4 137/20
137/22 138/12 138/18 139/14
152/7 152/14

**worked [14]**   36/11 39/17 40/2
59/2 59/7 74/10 75/8 137/11
139/9 140/8 140/10 140/11
140/11 140/12

**worker [1]**   26/20

**working [10]**   20/22 26/22
36/10 60/3 74/9 138/10
138/11 141/19 145/21 161/11

**works [6]**   23/15 30/23 30/25
37/17 135/10 146/13

**world [10]**   30/16 73/3 135/9
137/1 137/3 139/4 144/8
145/2 145/3 151/9

**worries [2]**   109/20 111/17

**worry [2]**   64/10 64/11

**worse [1]**   84/15

**worst [8]**   95/17 95/20 96/8
96/15 96/20 98/9 98/18 99/5

**worth [2]**   26/24 39/11

**would [146]**   3/22 3/24 6/1
6/8 7/9 7/18 8/7 10/5 11/4
11/7 11/10 12/4 15/14 15/23
16/12 18/18 20/9 21/1 22/2
22/25 24/12 25/1 25/2 25/4
25/16 25/17 25/19 26/9 26/15
27/3 27/5 27/22 28/21 29/16
31/25 32/2 33/11 34/7 34/9
35/23 36/5 37/7 37/9 37/11
38/1 39/21 41/25 44/5 44/18
45/17 45/20 47/14 47/16
47/18 47/19 47/21 48/5 56/4
60/3 60/7 60/12 60/13 61/9
61/20 61/22 63/6 64/15 64/15
66/6 67/6 67/7 67/19 68/2
69/21 70/25 72/2 73/24 79/22
80/12 83/1 84/16 88/2 89/7
91/21 92/4 92/14 93/22 95/4
95/22 97/10 97/14 97/24
99/13 100/3 100/9 101/13

105/5 108/25 110/10 110/13
110/17 110/22 111/11 112/13
113/24 114/25 115/7 115/15
120/11 121/15 122/14 122/17
122/20 124/15 124/22 124/23
125/3 125/4 127/10 133/21
139/12 144/20 144/24 145/18
146/15 146/17 146/21 147/14
147/24 148/4 149/8 149/14
149/25 150/2 150/9 154/1
154/22 155/5 155/12 158/4
159/21 160/1 160/19 161/10
163/23 163/25

**would prevent [1]**   32/2

**wouldn't [12]**   26/12 33/9
67/17 69/19 107/9 128/21
140/20 150/23 154/3 154/9
154/13 159/21

**WPB [1]**   42/14

**write [2]**   43/10 113/24

**writer [1]**   138/6

**writer/director [1]**   138/6

**writes [1]**   116/18

**writing [7]**   39/7 63/8 63/10
97/9 115/21 142/6 143/8

**written [4]**   81/25 109/9
133/7 143/4

**wrote [26]**   63/7 95/15 96/8
96/15 98/21 98/22 99/13
99/17 99/23 102/10 102/13
102/13 103/2 109/9 109/18
111/16 113/10 115/7 115/8
115/9 116/22 116/25 117/6
117/13 117/17 117/18

**Y**

**year [21]**   23/9 23/14 23/14
23/15 24/4 28/7 28/9 28/10
31/9 31/9 36/19 36/19 64/3
76/10 84/11 89/23 92/24
125/11 136/23 136/24 145/20

**years [56]**   20/23 20/24 21/17
21/19 22/3 22/16 23/1 23/11
23/11 24/17 24/18 24/19
24/20 25/10 25/25 26/4 26/23
26/25 27/13 28/3 28/4 28/5
30/1 31/6 31/8 33/3 33/4
33/4 33/22 34/24 34/25 34/25
35/13 35/14 35/15 36/10
36/17 37/4 37/5 37/15 39/11
39/24 40/3 40/18 41/8 59/7
60/8 72/12 73/11 80/19 80/19
105/15 141/16 149/3 150/21
151/11

**Yep [1]**   95/19

**yes [223]**

**yet [7]**   27/8 29/6 44/10
47/17 95/4 101/7 127/1

**York [9]**   21/18 21/18 26/5
26/10 35/13 36/18 36/23
39/25 40/2

**you [1100]**

**you may [1]**   51/22

**you're [3]**   36/3 74/5 145/8

**you've [1]**   88/18

**young [9]**   35/16 81/5 84/7
84/10 84/24 85/11 85/15
85/17 86/11

**your [302]**

**yours [3]**   75/20 75/20 119/5

**yourself [5]**   42/7 74/12
135/7 150/24 150/24

**yourselves [1]**   13/25

**Z**

**zero [10]**   60/10 61/11 99/13
99/24 100/2 100/3 100/10
101/3 102/6 104/1

**zones [1]**   96/2

**zoom [35]**   9/17 10/5 10/7
11/1 64/6 64/7 69/25 70/9
80/2 80/5 84/8 92/15 92/19
98/5 101/18 124/24 125/1
125/2 125/11 125/15 125/23
126/1 126/3 126/6 126/8
126/12 126/19 126/22 127/2
127/4 127/7 127/16 127/20
128/8 133/25