**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING,             .
 VENTURE and RSBVP,               .

**Plaintiffs,**                   .

                                  .
          vs.                     .
                                  .
**CREATIVE WEALTH MEDIA**         . West Palm Beach, FL
 **FINANCE CORP.** and            .
 **JASON CLOTH,**                 . **May 8, 2024**

**Defendants.**                   .

**VOLUME 2**
**JURY TRIAL PROCEEDINGS**
BEFORE THE HONORABLE ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:        **DAVIS B. JONELIS, ESQ.**
                           **KELSEY J. LEEKER, ESQ.**
                           Lavely & Singer
                           2049 Century Park E
                           Suite 2400
                           **Los Angeles, CA 90067**
                           310-556-3501

                           **SCOTT N. WAGNER, ESQ.**
                           **SHALIA M. SAKONA, ESQ.**
                           **Bilzin Sumberg Baena Price**
                           **Axelrod**
                           **1450 Brickell Avenue**
                           **23rd Floor**
                           **Miami, FL 33131**
                           **305-350-7216**

**Pauline A. Stipes, Official Federal Reporter**

1        **Official Court Reporter:   Pauline A. Stipes**

2                                  HON. ROBIN L. ROSENBERG
                                    West Palm Beach/Ft. Pierce, Fl

3                                  561-803-3434



**Pauline A. Stipes, Official Federal Reporter**

1          THE COURT:  Good morning, you may be seated.  All

2     right.  23-CV-80282.  Second day of trial.

3          We have just given you the new verdict form and jury

4     instructions, which were also emailed to you last night.  If

5     you have had a chance to look at them, can you state on the

6     record whether they are acceptable to the Plaintiff.

7          MR. JONELIS:  They are, your Honor.

8          THE COURT:  You have the verdict form.  The plan is to

9     bring the jurors in, I will read the jury instructions and the

10    verdict form and then turn it over to you for closing, and then

11    they will deliberate.  All of the exhibits are up at the front?

12         MR. JONELIS:  Yes, your Honor.

13         THE COURT:  And they are the exhibits that have been

14    admitted?

15         MR. JONELIS:  Yes, your Honor.

16         THE COURT:  What did we decide with the -- part of the

17    email was the last two exhibits.  If they wanted to see that,

18    would they come out to the courtroom to see them, or did you

19    come with a computer?

20         MR. JONELIS:  Our preference is to bring the jurors

21    out to the courtroom.

22         THE COURT:  Okay.  Are we ready to bring in our jurors

23    or do you need any more time?

24         MR. JONELIS:  For clarification, your Honor, even the

25    alternate is deliberating?

1          THE COURT:  Yes, the alternate is deliberating.

2          MR. JONELIS:  All right.  We are prepared.

3          THE COURT:  Bring the jury in.

4      (Thereupon, the jury returns to the courtroom.)

5          THE COURT:  Good morning, everyone, welcome back.  You

6  may be seated.  If we could take a moment to distribute the

7  jury instructions and verdict form to our jurors.

8          Okay, ladies and gentlemen, I am going to read the

9  jury instructions, you have a copy of them, and you will follow

10  along with me.

11          Members of the jury, it is my duty to instruct you on

12  the rules of law that you must use in deciding this case.  When

13  I have finished, you will go to the jury room and begin your

14  discussions, sometimes called deliberations.  Your decision

15  must be based only on the evidence presented here.  You must

16  not be influenced in any way by either sympathy for or

17  prejudice against anyone.

18          You must follow the law as I explain it even if you do

19  not agree with the law, and you must follow all of my

20  instructions as a whole.  You must not single out or disregard

21  any of the instructions on the law.

22          The fact that a company is involved as a party must

23  not affect your decision in any way.  A company and all other

24  persons stand equal before the law and must be dealt with as

25  equals in a court of justice.  When a corporation is involved,

of course it may only act through people as its employees.  In
general, a corporation is responsible under the law for the
acts and statements of its employees that are made within the
scope of their duties as employees of the company.

As I said before, you must consider only the evidence
that I have admitted in the case.  Evidence includes the
testimony of witnesses and the exhibits admitted, but anything
the lawyers say is not evidence and isn't binding on you.

You shouldn't assume from anything I have said that I
have any opinion about any factual issue in this case.  Except
for my instructions to you on the law, you should disregard
anything I may have said during the trial in arriving at your
own decision about the facts.  Your own recollection and
interpretation of the evidence is what matters.

In considering the evidence, you may use reasoning and
common sense to make deductions and reach conclusions.  You
shouldn't be concerned whether the evidence is direct or
circumstantial.  Direct evidence is the testimony of a person
who assets that he or she has actual knowledge of a fact, such
as an eyewitness.  Circumstantial evidence is proof of a chain
of facts and circumstances that tend to prove or disprove a
fact.  There is no legal difference in the weight you may give
to either direct or circumstantial evidence.

When I say you must consider all of the evidence, I
don't mean that you must accept all of the evidence as true or

1    accurate.  You should decide whether you believe what each

2    witness had to say and how important the testimony was.  In

3    making that decision, you may believe or disbelieve any witness

4    in whole or in part.  The number of witness testifying

5    concerning a particular point doesn't necessarily matter.

6            In deciding whether you believe any witness I suggest

7    you ask yourself a few questions.

8            Did the witness impress you as one who was telling the

9    truth?

10           Did the witness have any particular reason not to tell

11   the truth?

12           Did the witness have a personal interest in the

13   outcome of the case?

14           Did the witness seem to have a good memory?

15           Did the witness have the opportunity and ability to

16   accurately observe the things he or she testified about?

17           Did the witness appear to understand the questions

18   clearly and answer them directly?

19           Did the witness' testimony differ from other testimony

20   or other evidence?

21           You should also ask yourself whether there was

22   evidence that a witness testified falsely about an important

23   fact, and ask whether there was evidence that at some other

24   time the witness said or did something, or didn't say or do

25   something, that was different from the testimony the witness

1    gave during the trial.

2           Keep in mind that a simple mistake doesn't mean a

3    witness was not telling the truth as he or she remembers it.

4    People naturally tend to forget some things or remember them

5    inaccurately.  So, if a witness misstated something, you must

6    decide whether it was because of an innocent lapse in memory or

7    an intentional deception.

8           The significance of your decision may depend on

9    whether the misstatement is about an important fact or about an

10   unimportant detail.

11          In this case, it is the responsibility of RSBFP to

12   prove every essential element of its claim for fraudulent

13   misrepresentation by a preponderance of the evidence.  This is

14   sometimes called the burden of proof or the burden of

15   persuasion.

16          A preponderance of the evidence simply means an amount

17   of evidence that is enough to persuade you that RSBVP's claim

18   is more likely true than not true.  If in the proof falls to

19   establish any essential part of the claim or contention by a

20   preponderance of the evidence, you should find against RSBVP or

21   the party making that claim or contention.

22          In deciding whether any fact has been proved by a

23   preponderance of the evidence you may consider the testimony of

24   all the witnesses, regardless of who may have called them, and

25   all the exhibits received in evidence, regardless of who may

1    have produced them.

2         If the proof fails to establish any essential part of

3    RSBVP's claim by a preponderance of the evidence, you should

4    find for Mr. Cloth as to that claim.

5         RSBVP's cause of action against Mr. Cloth is for

6    fraudulent misrepresentation.  The issues for you to decide on

7    RSBVP's claim for fraudulent misrepresentation are, first,

8    whether Mr. Cloth made a false statement concerning a material

9    fact; second, whether Mr. Cloth knew the statement was false

10   when he made it, or made the statement knowing he did not know

11   whether it was true or false; third, whether Mr. Cloth intended

12   that another would rely on the false statement; fourth whether

13   RSBVP relied upon Mr. Cloth's false statement, and if so;

14   fifth, whether the false statement was a legal cause of loss or

15   damage to RSBVP.

16        On this claim for fraudulent misrepresentation, RSBVP

17   was entitled to rely on a false statement even though the

18   falsity could have been discovered if RSBVP had made

19   investigation.  However, RSBVP may not rely on a false

20   statement if it knew it was false or its falsity was obvious to

21   it.

22        A material fact is one that is of such importance that

23   RSBVP would not have entered into the transaction but for the

24   false statement.

25        Misrepresentation of a material fact is a legal cause

1    of loss or damage if it directly and in natural and continuous

2    sequence produces or contributes substantially to producing

3    such a loss or damage so that it can reasonably be said that

4    but for the misrepresentation, the loss or damage would not

5    have occurred.

6          If you find for RSBVP on the claim of fraudulent

7    misrepresentation, you will then consider the amount of money

8    damages to be awarded to RSBVP.  In that respect, you should

9    award RSBVP an amount of money shown by a preponderance of the

10    evidence to be fair and adequate compensation for such loss or

11    damage as resulted from the fraudulent misrepresentation.

12          In considering the issue of RSBVP's damages, you

13    should assess the amount you find to be justified by a

14    preponderance of the evidence as full, just, and reasonable

15    compensation for all of RSBVP's damages, no more and no less.

16          Keep in mind that in tort actions such as this, the

17    goal is to restore the injured party to the position it would

18    have been in had the wrong not been committed.  A defrauded

19    party is entitled to the measure of damages that will fully

20    compensate him.

21          Compensatory damages are not allowed as a punishment

22    and must not be imposed or increased to penalize Mr. Cloth.

23    Also, compensatory damages must not be based on speculation or

24    guesswork because it is only actual damages that are

25    recoverable.

1        There is an additional claim in this case that you

2   must decide.  If you find for RSBVP and against Mr. Cloth, you

3   must decide whether in addition to compensatory damages,

4   punitive damages are warranted as punishment to Mr. Cloth and

5   as a deterrent to others.

6        RSBVP claims that punitive damages should be awarded

7   against Mr. Cloth for fraudulent misrepresentation.  Punitive

8   damages are warranted against Mr. Cloth if you find by clear

9   and convincing evidence that he was guilty of intentional

10  misconduct or gross negligence which was a substantial cause of

11  loss or damage to RSBVP.

12       Under those circumstances, you may in your discretion

13  award punitive damages against Mr. Cloth.  If clear and

14  convincing evidence does not show such conduct by Mr. Cloth,

15  punitive damages are not warranted against him.

16       Intentional misconduct means that Mr. Cloth had actual

17  knowledge of the wrongfulness of the conduct, and that there

18  was a high probability of injury or damage to RSBVP, and

19  despite that knowledge, he intentionally pursued that course of

20  conduct resulting in injury or damage.

21       Gross negligence means that Mr. Cloth's conduct was so

22  reckless or wanting in care that it constituted a conscious

23  disregard or indifference to the life, safety, or rights of

24  persons exposed to such conduct.

25       Clear and convincing evidence differs from a

1   preponderance of the evidence in that it is more compelling and

2   persuasive.

3         As I have already instructed you, preponderance of the

4   evidence means an amount of evidence that is enough to persuade

5   you that RSBV's claim is more likely true than not true.  If

6   clear and convincing evidence does not show such conduct by Mr.

7   Cloth, punitive damages are not warranted against him.

8         If you decide that punitive damages are warranted

9   against Mr. Cloth, then you must decide the amount of punitive

10  damages, if any, to be assessed as punishment against him and

11  as a deterrent to others.  This amount would be in addition to

12  the compensatory damages you previously awarded.

13        In making this determination, you should consider the

14  following:  The nature, extent, and degree of misconduct and

15  the related circumstances, including the following, whether the

16  wrongful conduct was motivated solely by unreasonable financial

17  gain; whether the unreasonably dangerous nature of the conduct

18  together with the high likelihood of injury resulting from the

19  conduct was actually known by Mr. Cloth; whether at the time of

20  the loss or damage Mr. Cloth had a specific intent to harm

21  RSBVP, and the conduct of Mr. Cloth did in fact harm RSBVP.

22        You my in your discretion decline to assess punitive

23  damages.

24        Of course, the fact that I have given you instructions

25  concerning the issue of Plaintiffs' damages should not be

1    interpreted in any way as an indication that I believe the

2    Plaintiff should or should not prevail in this case.

3            Your verdict must be unanimous, in other words, you

4    must all agree.  Your deliberations are secret and you will

5    never have to explain your verdict to anyone.  Each of you must

6    decide the case for yourself, but only after fully considering

7    the evidence with the other jurors.

8            So you must discuss the case with one another and try

9    to reach an agreement.  While you are discussing the case,

10    don't hesitate to re-examine your own opinion and change your

11    mind if you become convinced that you were wrong, but don't

12    give up your honest beliefs just because others think

13    differently or because you simply want to get the case over

14    with.

15            Remember that in a very real way you are judges,

16    judges of the facts.  Your only interest is to seek the truth

17    from the evidence in the case.

18            When you go to the jury room, you will choose one of

19    your members to act as a foreperson.  The foreperson will

20    direct your deliberations and speak for you in court.  A

21    verdict form has been prepared for your convenience and we will

22    go over that now as well, and you should have a copy of that.

23            Verdict form:  Count 1, fraudulent misrepresentation.

24    Do you find from a preponderance of the evidence that Mr. Cloth

25    made a false statement to Plaintiff concerning a material fact?

1   Answer yes or no.  If your answer to question 1 is yes, then

2   answer question 2.  If you answered no to question 1, your

3   verdict is for Mr. Cloth.  Do not answer any further questions,

4   and sign the bottom of the form and return it to the bailiff.

5           2.  That Mr. Cloth knew the statement was false when

6   he made it, or made the statement knowing that he did not know

7   whether it was true or false, yes or no?  If your answer to

8   question 2 is yes, then answer question 3.  If you answered no

9   to question 2, your verdict is for Mr. Cloth.  Do not answer

10  any further questions.  Sign the bottom of the form and return

11  it to the bailiff.

12          3.  That Mr. Cloth intended that Plaintiff would rely

13  on his false statement?  Answer yes or no.  If your answer to

14  question 3 is yes, then answer question 4.  If you answered no

15  to question 3, your verdict is for Mr. Cloth.  Do not answer

16  any further questions.  Sign the bottom of the form and return

17  it to the bailiff.

18          4.  That plaintiff relied upon Mr. Cloth's false

19  statement, yes or no?  If your answer to question 4 is yes,

20  then answer question 5.  If you answered no to question 4 your

21  verdict is for Mr. Cloth.  Do not answer any further questions.

22  Sign the bottom of the form and return it to the bailiff.

23          5.  That Mr. Cloth's false statement was the legal

24  cause of Plaintiffs' loss or damage, yes or no?  If your answer

25  to question 5 is yes, then answer question 6.  If you answered

1    no to question 5, your verdict is for Mr. Cloth, and do not

2    answer question 6.  Sign the bottom of the form and return it

3    to the bailiff.

4         6.   What is the amount of compensatory damages that

5    Plaintiff suffered as a result of its reliance on Mr. Cloth's

6    false statements?  And there is a line for the answer there, a

7    dollar sign.

8         7.   Do you find that punitive damages should be

9    awarded against Mr. Cloth, yes or no?

10        8.   If you answered yes to question 7, what amount of

11   punitive damages should be awarded against Mr. Cloth?  And

12   there is a line with a dollar sign.

13        Please have the foreperson sign the verdict form and

14   return it to the bailiff.  So say we all, it's dated and it's

15   signed by the foreperson.

16        Let me point out that while I made copies of the

17   verdict form for all of you so you could do what you just did,

18   which is follow along with me, and when you go back to

19   deliberate you each have your own copy, only one copy, this

20   blue copy gets filled out by the foreperson.

21        We don't want seven copies floating around.  One copy.

22   That is just for your own edification.  It gets signed, dated,

23   and filled out, and that is the blue one which will go back

24   with you.

25        What you will do is take the verdict form with you to

1   the jury room.  When you have all agreed on the verdict, the

2   foreperson must fill in the form, sign it, date it, and return

3   it to the courtroom.

4            If you wish to communicate with me at any time please

5   write down your message or question and give it to the Court

6   Security Officer.  The Court Security Officer will bring it to

7   me and I will respond as promptly as possible either in writing

8   or by talking to you in the courtroom.

9            Please understand that I may have to talk with the

10  attorneys first and the parties before I respond to your

11  question or message, so you should be patient while you wait

12  for my response.  I caution you not to tell me how many jurors

13  have voted one way or the other at that time.  That type of

14  information should remain in the jury room and not be shared

15  with anyone, including me, in your note or question.

16           With that, before you go back to deliberate, I am

17  going to turn it over to Plaintiff to present a closing

18  argument.  At the conclusion of the closing argument is when

19  you will go back to the jury room with the jury instructions

20  and the verdict form.  We will bring the exhibits back and you

21  can commence your deliberations.

22           I turn it over to the Plaintiff for closing arguments.

23           MR. JONELIS:  Thank you, your Honor.  May I approach

24  the lectern?

25           THE COURT:  Yes.

| | |
|---|---|
| 1 | MR. JONELIS:  Good morning, ladies and gentlemen. |
| 2 | Over the past 24 hours you have heard me and my colleagues tell |
| 3 | you things about a bunch of different people.  You heard about |
| 4 | my client, Robert Harris, whose company is the Plaintiff in |
| 5 | this action.  You have heard about Jason Cloth, the Defendant |
| 6 | here, and you have heard about Aaron Gilbert, Suraj Maraboyina, |
| 7 | Sandy Schmidt and the numerous investors that who fell prey to |
| 8 | Jason Cloth's fraud. |
| 9 | Now, let me tell you something about me.  I have three |
| 10 | small kids at home and they love Disney movies.  One of their |
| 11 | favorite movies is Pinocchio.  It is a great movie if you |
| 12 | haven't seen it.  Why am I telling you this?  Because Pinocchio |
| 13 | teaches a very important lesson, and it's important for my kids |
| 14 | to learn, important me as a father and I'm sure it's important |
| 15 | to you all.  Pinocchio teaches us that lying is bad.  How does |
| 16 | Pinocchio hammer that point home? Every time Pinocchio tells a |
| 17 | lie his nose gets longer and longer and longer.  That is his |
| 18 | consequence, and children learn by watching the movie that |
| 19 | lying has a consequence. |
| 20 | If Pinocchio doesn't want to walk around bumping his |
| 21 | nose into everything, he needs to start telling the truth, and |
| 22 | until then everyone he knows and everyone he meets will know |
| 23 | immediately that he is lying. |
| 24 | Unfortunately for my kids, we don't live in a Disney |
| 25 | movie, and it is not that easy to spot a liar.  In this case, |

Pauline A. Stipes, Official Federal Reporter

1    we don't have a Pinocchio with a long nose bumping into things

2    showing that he lied.  All we have is actual evidence showing

3    that Mr. Cloth is a liar.

4           As you saw and heard throughout the day yesterday, Mr.

5    Cloth has spent the last five years defrauding his numerous

6    victims, including everyone you saw on that Zoom call, on the

7    Zoom meeting we showed you, including, unfortunately, Robert

8    Harris.

9           Mr. Cloth has spent the last five years defrauding

10   these numerous victims into investing in supposedly profitable

11   film and television projects.  In doing so, Mr. Cloth has lied

12   and cheated and duped in order to line his own pockets.

13          As you witnessed yesterday when we played you -- you

14   witnessed firsthand when we played you excerpts from Mr.

15   Cloth's deposition, Mr. Cloth has a real problem telling the

16   truth.  You saw him unequivocally deny while under oath that he

17   ever told Robert Harris that The Pathway was greenlit for five

18   seasons.  In fact, he outrageously continued to deny this even

19   when presented with his own email stating in no uncertain terms

20   that the show has been greenlit for five seasons.

21          You can see the email right there in front of you on

22   the screen.

23          Even after Mr. Cloth finally admitted that, yes, he

24   had told Mr. Harris that The Pathway was greenlit for five

25   seasons, he still claimed that he was just relying on what he

Pauline A. Stipes, Official Federal Reporter

1    had been told by Aaron Gilbert, but again he lied.

2              You heard Mr. Gilbert's testimony.  He confirmed in no

3    uncertain terms that he had never told Mr. Cloth that The

4    Pathway was greenlit, and in fact he was not aware of anyone in

5    his company who had ever said that to Mr. Cloth.

6              Again, it is right there on the screen.

7              Aaron Gilbert was asked:  So, have you ever

8    represented to Mr. Cloth -- or did you ever represent to Mr.

9    Cloth prior to May 12, 2021, that the show Pathway was greenlit

10   for five seasons?  No.

11             Are you aware of anyone at Bron ever representing to

12   Mr. Cloth that The Pathway was greenlit for five seasons?

13   Absolutely not.

14             These are just two prime examples of the dishonesty

15   that you witnessed firsthand from Mr. Cloth in watching his

16   deposition.

17             Let's not forget, ladies and gentlemen, what our

18   qualified expert witness, Kathryn Arnold, had to say about the

19   concept of greenlighting a project.  As Ms. Arnold made crystal

20   clear based on her impressively extensive experience in the

21   film and television industry, a project cannot as a matter of

22   reality be greenlit until there is actually money to pay for

23   the project.

24             To quote Ms. Arnold, it would be impossible for

25   something to be greenlit before there was money locked in.

1          Thus, by the very fact that Mr. Cloth said that The

2   Pathway was greenlit before he had even obtained Mr. Harris'

3   money he was obviously lying.  The Pathway could not have been

4   greenlit at the time.  It was impossible.

5          But as you saw, Mr. Cloth is the kind of person who

6   would tell you it is raining outside even while looking out the

7   window at a blue sky.  He's the kind of person who would walk

8   all the way around the world and then tell you it is flat.  He

9   would tell you these things if it would benefit him to do so.

10          That is the key here, every lie that Mr. Cloth told,

11   every misrepresentation he made to Robert Harris and his

12   numerous other investors, he said those things for one purpose

13   and one purpose only, to benefit himself.

14          With respect to Mr. Harris, my client, Mr. Cloth

15   benefited himself to the tune of more than $12.5 million.

16   First he took $6 million from my client in connection with

17   seven projects that he claimed would be paid back on a short

18   term basis, but which were never actually paid back.

19          You saw firsthand what he told Robert Harris in

20   connection with those projects.  He said they were zero risk

21   and he promised they would be repaid on a time line that even

22   Aaron Gilbert testified was impossible since some of the

23   projects had not even started production yet.

24          Then, after taking $6 million from Mr. Harris that was

25   never repaid, he took another $6.5 million by falsely

1    representing to Mr. Harris that The Pathway had been greenlit

2    for five seasons, and by falsely representing to Mr. Harris

3    that he was the only investor in the first season.

4         What we know for sure here is that Mr. Cloth lied to

5    Robert Harris and numerous others in order to obtain millions

6    and millions of dollars in investments.  What we don't know for

7    sure is where the money actually went.

8         You heard Mr. Cloth confirm that the project Monkey

9    Man was purchased by Netflix for $30 million and that it only

10   cost $20 million to make -- sorry, it only cost $10 million to

11   make.  He confirmed that it was purchased for $30 million, and

12   it only cost $10 million to make, but when Mr. Cloth was also

13   asked where that $20 million had gone, he had no response other

14   than I don't know.

15        Check it out.

16        (Thereupon, an excerpt of video deposition played.)

17        "When Netflix paid $30 million to purchase Monkey Man

18   and there was only $10 million incurred to produce Monkey Man,

19   where, to your knowledge, does the $20 million differential go?

20        "I do not know."

21        Of course he knows where it went.  The movement of

22   money here was supposed to be simple.  Investors give Mr. Cloth

23   money, Mr. Cloth pays that money to the studio, studio makes

24   project, project makes money, money goes back to Mr. Cloth,

25   money is returned to investors.

1          As Mr. Gilbert confirmed in his testimony, his company

2     returned all the money that was invested in Monkey Man back in

3     2021.  As Mr. Gilbert confirmed, that money was supposed to go

4     back to Mr. Cloth's investors like Robert Harris, but we know

5     for sure it didn't.

6          Where did it go?  Maybe Mr. Cloth put the money in his

7     own pocket.  Maybe he used it to pay back some new marks on

8     their initial investments, just like he did with Robert Harris'

9     first two investments.  After all, it is hard to commit fraud

10     if you can't get people to trust you with their money.

11          Remember, even Mr. Harris got back the money he

12     initially invested with Mr. Cloth.  He is just not sure if that

13     money was paid back from the projects he actually invested in.

14          Let's not also forget how Mr. Cloth used bully tactics

15     and threats to deter his victims from actually coming after

16     him.  Remember what Robert Harris told you Mr. Cloth told him

17     when he mentioned he was thinking about bringing a lawsuit?

18     Mr. Cloth said, and I will quote what Mr. Harris said, "if

19     anyone sues me, they go to the bottom of the pile."

20          This threat by Mr. Cloth shows he believed he could

21     pick and choose at his whim who got paid and who didn't.

22     According to him, you sue me, you never get paid.  That wasn't

23     really his decision to make, was it?  My client had written

24     deals that dictated how and when he was supposed to get paid,

25     but Mr. Cloth obviously didn't care.

1           Mr. Cloth didn't care about a lot of things.  He

2     didn't care about using his phone in the middle of his

3     deposition.  Imagine, ladies and gentlemen, if Mr. Harris in

4     the middle of his testimony yesterday suddenly started playing

5     with his phone.  You saw how Mr. Cloth was told at the

6     beginning of his testimony that he should treat things like he

7     was in a Court of Law.  He didn't care.

8           He didn't even care about showing up for his own

9     trial.  He is sued for millions of dollars and he just blows it

10    off like it is no big deal.  Mr. Cloth doesn't care about the

11    lives that he has ruined.  You heard Robert tell you that

12    people had to leave retirement and go back to work because Mr.

13    Cloth stole their money.  Mr. Cloth didn't care.

14          And most importantly, you heard about the impact this

15    all had on Robert's life, the time, the stress, the money, the

16    shame, the shame, to use his own words, but Mr. Cloth didn't

17    care.

18          So, let's talk about what happens now.

19          You heard Judge Rosenberg give you instructions about

20    the law surrounding the fraud claim that you need to decide

21    here.  Although those instructions may sound a little confusing

22    and daunting at first blush, what you are being asked to decide

23    here is actually quite simple:  Did Mr. Cloth commit fraud?

24          The elements of fraud are straightforward.  You need

25    to decide if Mr. Cloth made a false statement.  You need to

1   decide if he knew the statement was false when he made it.  You

2   need to decide if Mr. Harris relied on that false statement.

3   Then you need to decide whether he suffered damage as a result

4   of his reliance on the false statement.

5            It is simple, really, but don't take my word for it.

6   Let's actually look at the form you are going to need to

7   complete when I am done here and you go to deliberate.  The

8   technical name, as Judge Rosenberg said, is a verdict form, but

9   it is really more of a cheat sheet.  It walks you through

10  exactly what you need to decide to make sure you're focusing on

11  what matters most here.

12           Carlos, if you could please put a copy of the verdict

13  form up on the screen.

14           This is what you need to fill out.  Let's take a look

15  at the first question.  Do you find from a preponderance of the

16  evidence that Mr. Cloth made a false statement to Plaintiff

17  concerning a material fact?

18           In other words, did Mr. Cloth lie?

19           I will make it easy for you.  He did, and twice.  The

20  first lie was when he told Robert Harris that The Pathway was

21  greenlit for five seasons.  How do we know this was a lie?  Two

22  reasons.  One, Aaron Gilbert, who was the actual president of

23  the actual studio that actually produced The Pathway, and who

24  is the very person who Mr. Cloth claimed had told him The

25  Pathway was greenlit for five seasons, testified under oath he

Pauline A. Stipes, Official Federal Reporter

24

1   never said such a thing.  He testified it wasn't even greenlit

2   for a single season.  So, that is one way we know Mr. Cloth was

3   lying about the greenlit issue.

4           We also know what Katherine Arnold told us about the

5   very impossibility of greenlighting a project that did not yet

6   have funding.  The Pathway could not have been greenlit before

7   it was funded.  So, the very concept of Mr. Cloth saying it was

8   when asking Mr. Harris to fund the entire project was, quite

9   frankly, nonsense.  It was a lie.  No funding, no

10  greenlighting, Mr. Cloth lied.

11          The second lie that Mr. Cloth told to Robert Harris

12  was when he said that Robert's company would be the only

13  investor in Pathway's first season.  How do we know this was a

14  lie?  Mr. Harris testified that he was told by Suraj Maraboyina

15  that there were other investors in the first season who had

16  invested $2.5 million on top of what Robert's company was

17  investing.  Mr. Cloth admitted as much at his deposition.  This

18  was another lie.

19          By the way, let's not overlook what happened here.

20  Mr. Cloth said he needed $6.5 million for the first season of

21  The Pathway, but apparently received $9 million, and none of

22  that money was ever paid back.  So, the bottom line is, with

23  respect to question one, you should check yes based on the

24  evidence you saw and heard yesterday.

25          Moving on to the second question.  Do you find from a

Pauline A. Stipes, Official Federal Reporter

1  preponderance of the evidence that Mr. Cloth knew the statement

2  was false when he made it, or made the statement knowing that

3  he did not know whether it was true or false?

4       In other words, did Mr. Cloth know he was lying when

5  he lied?

6       Again, I will make it easy for you.  Of course Mr.

7  Cloth knew he was lying when he lied.  In fact, he knew his

8  statement about greenlighting was so false and so absurd that

9  he even denied saying it when he was confronted with his own

10  words at his deposition.  As Ms. Arnold testified, even one of

11  the most successful producers in the world right now, Shonda

12  Rhimes who has made over 20 seasons of Grey's Anatomy, cannot

13  get a show greenlit for more than a season at a time.

14       So obviously Mr. Cloth, as experienced as he held

15  himself out to be, could not have realistically thought that

16  The Pathway was greenlit for five seasons.

17       With respect to the second lie about Mr. Harris'

18  company being the only investor in season one of The Pathway,

19  it is even easier to know he was lying since he was the very

20  person who received the double investments in connection with

21  that season.

22       As I told Mr. Cloth at his deposition, I am not great

23  at math, that's why I went to law school instead of business

24  school, but even I know you can't own more than a hundred

25  percent of something.  So, for question number two you should

1   check yes based on the evidence you saw and heard yesterday.

2          Let's move on to question three.  Do you find from a

3   preponderance of the evidence that Mr. Cloth intended that

4   Plaintiff would rely on his false statement?

5          In other words, did Mr. Cloth tell his lies to Robert

6   Harris to get him to invest in The Pathway?

7          For this one, rather than hear me telling you why the

8   answer is yes, let's listen to Mr. Cloth himself.  Remember, he

9   was asked at his deposition whether he understood that Mr.

10  Harris was relying on what he told him before making The

11  Pathway investment.  Here is what he said.

12          (Thereupon, an excerpt of the video deposition

13  played.)

14          "When you told Mr. Harris on May 13, 2021 that The

15  Pathway had been greenlit for five seasons, did you understand

16  that he was taking you at your word?

17          "Yes.

18          "Were you aware that Mr. Harris was asking you about

19  the status of the show's future seasons because he wanted to

20  have all the relevant details about the project before turning

21  over $6 million of his money?

22          "Yes.

23          "In fact the reason you were even corresponding with

24  him about The Pathway was because you were trying to convince

25  him to make his investment, correct?

1          "I wouldn't say that, no.

2          "Why were you speaking to him about The Pathway,

3   Mr. Cloth?

4          "It was, you know, to make the investment, but

5   probably wasn't the sole reason that, you know, we were

6   speaking.

7          "Why else would you have been speaking about The

8   Pathway with Mr. Cloth at the time you told him it was

9   greenlit?

10         "You know what, it was the only reason why I was

11  speaking to him.

12         "Would you agree that an investment in a show would be

13  much more appealing if you believed the show had already been

14  given the go-ahead for numerous future seasons?

15         "Yes.

16         "Isn't it true that just one day after you told Mr.

17  Harris that The Pathway had been greenlit for five seasons, he

18  signed his agreement to invest in that project?

19         "Yes."

20         So, there you have it, Mr. Cloth admittedly intended

21  for Robert Harris to rely on his statements.  So, with respect

22  to question three, you should check yes based on Mr. Cloth's

23  own admissions.

24         We can dispense with question four very quickly.  That

25  question asks:  Do you find from a preponderance of the

Pauline A. Stipes, Official Federal Reporter

1   evidence that Plaintiff relied upon Mr. Cloth's false

2   statement?

3            For this one we need not look any further than Robert

4   Harris' testimony from yesterday.  Remember, I asked him two

5   key questions.  First, would he have invested in The Pathway if

6   he had known it was not actually greenlit for five seasons; and

7   second, would he have invested in The Pathway if he had known

8   that he wasn't the only investor?

9            He answered both questions in the negative, no, he

10  would not have invested had he known the truth.  He relied on

11  the falsities, on the lies that Mr. Cloth had told him.  You

12  can look at Exhibit 9 if you like.  You will get a binder with

13  the exhibits that we talked about yesterday.

14            You can look at Exhibit 9 where Robert Harris sent Mr.

15  Cloth his written confirmation of what he understood to be the

16  terms of The pathway investment.  In that email, which was sent

17  just one day before he made his $6.5 million investment, he

18  confirmed his understanding that The Pathway would be greenlit

19  for five seasons, and that he was the only investor in the

20  first season.  So, for question four you should check yes.

21            Question five:  Do you find from a preponderance of

22  the evidence that Mr. Cloth's false statement was a legal cause

23  of Plaintiffs' loss or damage?

24            In other words, did Mr. Cloth's lies damage Robert

25  Harris' company?  The answer is yes.

1          We just went over this.  Absent Mr. Cloth's lies,

2    Robert Harris would never have caused his company to invest the

3    $6.5 million in The Pathway that he never got back.  He lost

4    $6.5 million as a direct result of the lies he was told by Mr.

5    Cloth.  You should check yes to question five based on the

6    evidence.

7          And that brings us to question number six:  What is

8    the amount of compensatory damages that Plaintiffs suffered as

9    a result of its reliance on Mr. Cloth's false statements?

10          Before we discuss this question, I want to remind you

11   about what I said in my opening statement and what Judge

12   Rosenberg just instructed you.  There are two things we are

13   asking you to award to Robert Harris' company at this trial.

14          The first is what we call compensatory damages.  That

15   is the amount that will compensate Robert Harris' company for

16   the money that it lost as a result of Jason Cloth's fraud.  In

17   other words, how would we put the company back where it would

18   have been had it never been defrauded in the first place.

19          The second thing is what we call punitive damages.

20   Those are the damages that will punish and deter Mr. Cloth.

21          To be clear, question six pertains to the first type

22   of damages.  This question asks you to write down the amount of

23   money that would put Robert Harris' company back to where it

24   was before it gave over $6.5 million to Jason Cloth for The

25   Pathway.

Pauline A. Stipes, Official Federal Reporter

1     To answer this question you just need to look at

2  Exhibit 37.  That is the written term sheet commemorating the

3  investment that Robert's company made in the first season of

4  The Pathway.  If you look at the section entitled Investment,

5  it give you the exact dollar figure that Robert's company gave.

6  That figure is $6,573,024.  That is the amount you should write

7  down in response to question six since that is the amount that

8  Robert's company lost as a result of Jason Cloth's fraud in

9  connection with The Pathway.

10     Let's now talk about question seven, which pertains to

11  the second type of damages we are asking for, punitive damages.

12  The question asks:  Do you find that punitive damages should be

13  awarded against Mr. Cloth?

14     In order to answer this question you need to consider

15  the scope of the fraud that Mr. Cloth is engaged in here.

16  Judge Rosenberg read you an instruction about punitive damages.

17  You will have that copy while you deliberate.  That

18  instruction -- Carlos, could you please put it up on the

19  screen -- states that punitive damages are appropriate if you

20  find by clear and convincing evidence that Mr. Cloth was,

21  quote-unquote, guilty of intentional misconduct or gross

22  negligence which was a substantial cause of loss or damage to

23  Robert's company.

24     In other words, when Mr. Cloth defrauded Robert

25  Harris, did he engage in intentional misconduct or gross

1    negligence?  If the answer is yes, you should award punitive

2    damages.

3           Let's not worry about the concept of gross negligence.

4    That's not really what we're dealing with here.  Let's just

5    look at how Judge Rosenberg's instruction describes the concept

6    of intentional misconduct.

7           It states that intentional misconduct means that Mr.

8    Cloth had actual knowledge of the wrongfulness of the conduct

9    and that there was a high probability of injury or damage to

10   RSBVP, Robert's company, and despite that knowledge, he

11   intentionally pursued that course of conduct resulting in

12   injury or damage.

13          What does this mean in lay person's terms?  This just

14   asks you to decide if Mr. Cloth knew that what he was doing was

15   wrong and still did it intentionally and with knowledge that it

16   would damage Robert's company.  We have already addressed this.

17   Yes, Mr. Cloth knew he was telling a lie, two lies in fact; and

18   yes, despite knowing that he was lying, he continued to lie,

19   knowing that his lies would allow him to steal $6.5 million of

20   Robert Harris' hard-earned money.

21          As we saw, not only was he lying, but he was paying

22   himself to lie by taking an upfront fee off the top of Robert's

23   Pathway investment.  You can see that in Exhibit 37 in the

24   section entitled CWMF Fee.  Remember he got $300,000 of the

25   $6.5 million.  That went straight in his pocket.  That didn't

1    even go to The Pathway.  So he stole before he stole.

2           When you are thinking about whether to award punitive

3    damages, please don't forget the context in which Mr. Cloth

4    lied to Robert Harris.  Remember his lies regarding The Pathway

5    were just part of his brazen web of fraud both before and after

6    Robert Harris made The Pathway investment.

7           Remember, even before The Pathway he had lied to

8    Robert by telling him that other investments were zero risk.

9    Remember he placated Robert Harris by lying about when those

10   other investments would be repaid.  Even after Robert had given

11   Jason Cloth $12.5 million in connection with The Pathway and

12   the other seven projects, Mr. Cloth continued to lie on Zoom

13   calls telling Robert and the other investors that projects was

14   sold and purchased even when he knew they weren't.

15          Going back to question seven:  Do you find that

16   punitive damages should be awarded against Mr. Cloth?  The

17   answer to that question, question seven, should be yes based on

18   the evidence.

19          Which leads us to the last, and perhaps most important

20   question, question eight:  What amount of punitive damages

21   should be awarded against Mr. Cloth?

22          My colleagues and I spent the day yesterday taking you

23   through all the facts and evidence and circumstances that prove

24   why Mr. Cloth should be ordered to give back what he took from

25   Mr. Harris in connection with The Pathway.


                Pauline A. Stipes, Official Federal Reporter

1            On these points we have told you how much he took and
2     how much he should give back.  That was our burden to prove to
3     you, and I would submit that we have met our burden.  We have
4     shown you not only that Mr. Cloth committed fraud, but that he
5     has no remorse and no intent to stop.  Now our job is done and
6     you have the job of deciding amongst yourselves how you feel
7     about what took place.
8            You heard Mr. Harris testify about why he brought this
9     lawsuit.  There were two reasons.  First, he obviously wanted
10    to get his money back, and of course he did.  As he said,
11    $6.5 million is a lot of money.  But he also explained a second
12    reason for bringing this lawsuit.
13           Remember, he said he wanted to make sure that Jason
14    Cloth would be stopped from doing the same thing to others in
15    the future, like he has done to so many already, and now you
16    have to decide how best to accomplish that.  Punitive damages
17    are intended to punish and deter Mr. Cloth.  That is what we
18    are asking you to do here today.
19           In response to question number eight, we urge you to
20    come up with a dollar figure that will adequately punish Mr.
21    Cloth, and even more importantly, have enough of an impact that
22    it will stop him from continuing his fraud.
23           Remember, as things currently stand, he hasn't felt
24    punished or deterred.  He didn't even bother to show up to this
25    trial, which indicates he has a complete disregard for

Pauline A. Stipes, Official Federal Reporter

1    addressing the consequences of his actions and the losses he

2    has caused to his investors.

3          Up until now we have been talking in the abstract, but

4    let me give you more practical parameters that may help you in

5    coming up with a punitive damages figure in the event you find

6    that punitive damages are appropriate, and we believe they are.

7          Typically, punitive damages are calculated based on a

8    multiple of the compensatory damages.  For example, if you find

9    that Robert Harris' company is entitled $6.5 million in

10   compensatory damages to get back his investment for The

11   Pathway, you could calculate punitive damages by multiplying

12   that $6.5 million number by one, two, three, or whatever times

13   you think are appropriate in punish and deter Mr. Cloth.

14         In picking the appropriate multiplier ask yourself,

15   would this number have an impact on someone who has stolen at

16   least $12.5 million from just Robert Harris alone?  Remember,

17   Mr. Harris didn't just lose money in connection with The

18   Pathway, he lost money in connection with the seven other

19   projects he invested in before The Pathway, and he was lied to

20   in connection with those projects as well.

21         Remember, he told you he spent at least $350,000 in

22   legal fees so far just to chase down the money that was stolen.

23   Also ask yourself when applying the appropriate multiplier,

24   would this number, the punitive damages sum, have an impact on

25   someone who stole countless millions of dollars from other

1    investors as well?

2              You saw their faces.  Let's put it up again, please.

3              You saw their faces, all these other investors, on the

4    Zoom calls as Mr. Cloth lied to them and told them the projects

5    they has invested in were sold.

6              By the way, regardless of what you award, do you

7    really think that Mr. Cloth will just turn around and write a

8    check?  It is going to cost Mr. Harris even more time and even

9    more money to collect whatever you award, but at least in the

10   meantime the amount that you award, the dollar figure for

11   punitive damages can make a impact.

12             I would suggest that an appropriate number be large

13   enough to take into account all of the money that Mr. Cloth has

14   stolen from all of his investors, and the logic is as follows.

15             If he only has to give back what he took, that doesn't

16   punish him or deter him.  It just puts him back in the same

17   place where he was before he lied.  That is not a deterrent.  I

18   can't give you a number.  I won't give you a number.  This one

19   is up to you and you alone.  You need to decide.  What do you

20   think would be an appropriate amount of punitive damages?  Talk

21   amongst yourselves.  If you agree punitive damages are

22   warranted, come up with a number, put that number down in

23   response to question number eight.

24             We can take that off the screen.

25             I started off today by talking about Pinocchio and

Pauline A. Stipes, Official Federal Reporter

1    consequences.  When Pinocchio lied he faced an immediate

2    consequence, his nose got longer and longer.  Mr. Cloth has not

3    faced any consequences.  We don't live in a Disney movie.  This

4    is his time to face the real world consequences of his actions.

5    We trust each and every one of you to make the right decision,

6    the just decision.

7           On behalf of me and all of my colleagues and Mr.

8    Harris, thank you for your time, we appreciate it.

9           THE COURT:  Okay, thank you.  Ladies and gentlemen, at

10   this time we will excuse you to go into the jury room.

11          You can bring your instructions and the verdict form,

12   but remember the blue form will be sent back, the blue verdict

13   form, and that is the only one that should be used to fill

14   out -- the foreperson to fill out the verdict form.  The others

15   are just aids.

16          We will bring the exhibits back in one moment.  So,

17   until the exhibits come back, don't begin your deliberations.

18   You can select your foreperson, but we have all of the exhibits

19   here so it's just going to be a moment.

20          If you have any questions, remember to write your

21   question down on a notepad, on a piece of paper, and knock on

22   the door and give it to our Court Security Officer.  At no time

23   tell me what is going on with your deliberations.  I simply

24   want to know what the question is so we can try to answer it.

25          And lastly, there are two exhibits, the last two.

1    What were the numbers?  44 and 45, that if you needed to see

2    them -- they were the ones that were displayed on the screen.

3    If for whatever reason you needed to see them again, you can

4    write it down on a note and we would have you come back in the

5    courtroom to view them.

6              In addition, Melanie will collect your telephones

7    since there are no phones or electronic devices that are in the

8    jury room.

9              With that, we will excuse you and see you when you are

10   through.

11       (Thereupon, the jury left the courtroom at 9:50 a.m.)

12             THE COURT:  We will take your cell phone numbers and

13   be in touch once we hear from our jury.

14       (Thereupon, a brief recess was taken.)

15             THE COURT:  All right, you may be seated.  We have a

16   note and it says "We are ready."

17             We have everybody here, we will bring our jury in.

18       (Thereupon, the jury returns to the courtroom at 10:17

19   a.m.)

20             THE COURT:  You may be seated.

21             All right.  So I did receive the note, and the note

22   says, "We are ready."

23             Did the jury unanimously agree upon its verdict?

24             THE JUROR:  Yes.

25             THE COURT:  Could I ask the foreperson to hand the

Pauline A. Stipes, Official Federal Reporter

```
1    verdict form to Ms. Richardson.  Thank you.

2              Okay.  All right.  There does not appear to be

3    anything inconsistent with the verdict, so I am going to have

4    Ms. Richardson publish the verdict, and what that means is, she

5    is going to read it out loud.  So listen carefully to make sure

6    it is your verdict in the event that in this case the Plaintiff

7    wants to have the jury polled, which would mean that Ms.

8    Richardson would confirm that this verdict is in fact your

9    verdict, and she would go through that individually with you,

10   that is if the Plaintiff wants the jury polled.

11             So we will ask if you could please publish the

12   verdict.  Thank you.

13             THE COURTROOM DEPUTY:  Case 23-CV-80282, Robert Scot

14   Building Venture, LLC, and RSBV Pathway, LLC, versus Creative

15   Wealth Media Finance Corp. and Jason Cloth.

16             Count fraudulent misrepresentation.  Do you find from

17   a preponderance of the evidence that Mr. Cloth made a false

18   statement to Plaintiff concerning a material fact?  Yes.

19             Two, that Mr. Cloth knew the statement was false when

20   he made it, or made the statement knowing that he did not know

21   whether it was true or false?  Yes.

22             Three, that Mr. Cloth intended that Plaintiff would

23   rely on his false statement?  Yes.

24             Four, that Plaintiff relied upon Mr. Cloth's false

25   statement?  Yes.
```

1          Five, that Mr. Cloth's statement was the legal cause

2     of Plaintiffs' loss or damage?  Yes.

3          Six, what is the amount of compensatory damages that

4     Plaintiff suffered as a result of his reliance on Mr. Cloth's

5     false statement?  $6,573,024.

6          Seven, do you find that punitive damages should be

7     awarded against Mr. Cloth?  Yes.

8          If you answered yes to question seven, what amount of

9     punitive damage should be awarded against Mr. Cloth?

10    $13 million.  It is signed by the foreperson.

11          THE COURT:  Okay.  Thank you.  Does the Plaintiff wish

12    to have the jury polled?

13          MR. JONELIS:  No, your Honor.

14          THE COURT:  All right.  Ladies and gentlemen, on

15    behalf of the parties and attorneys and the Court, I want to

16    thank you for your time and consideration of this case.

17          I wish to advise you of some very special privileges

18    enjoyed by jurors.  No juror can be required to talk about the

19    discussions that occurred in the jury room except by Court

20    Order.  For many centuries our society has relied upon juries

21    for consideration of difficult cases, and we have recognized

22    for hundreds of years that a jury's deliberations, discussions,

23    and votes should remain their private affair as long as they

24    wish.

25          Therefore, the law gives you the unique privilege not

```
 1   to speak about the jury's work, however, you may choose to
 2   speak about it, so it will ultimately be up to you.  I just
 3   wanted to advise you of your rights.  When you leave us, which
 4   would be shortly --
 5           Have our jurors fulfilled their jury duty?  No other
 6   call-ins.
 7           You are relieved of the instructions I have given you.
 8   You can talk to each other about the case, you can talk to the
 9   attorneys if you wish to, you can talk to colleagues or family
10   members, or you can choose not to, but the restrictions no
11   longer apply.
12           We do want to thank you.  You were a very -- it was a
13   short trial, and I think you knew that from the beginning.  We
14   were trying to surmise, why was this such a great jury panel?
15   Sometimes you have people come in and they really don't want to
16   serve, and I can understand that it interferes with your
17   personal and professional lives, but, really, it is the
18   backbone of our judicial system.
19           I hope that you remember this, how valuable it was to
20   the party who is here.  When you have friends and family
21   members and colleagues who get their juror summons in the mail
22   you can tell them this has been a good experience and we rely
23   on citizens such as yourself to do this very important work.
24           So I know, on behalf of the Plaintiff, that the
25   Plaintiff very much appreciates it, the Court appreciates it.
```

Pauline A. Stipes, Official Federal Reporter

1    You have been a pleasure to work with.  We have but a small

2    token of our appreciation, it's a certificate of appreciation,

3    so you can do with that as you wish.  You can frame it, give it

4    to someone special.  We wish you a nice rest of the day.  Thank

5    you so much.

6         (Thereupon, the jury leaves the courtroom.)

7         THE COURT:  Okay.  So I think, then, you need to

8    submit a proposed judgment, right?  You need to -- what I would

9    do is go ahead and email that to the Court so that we have that

10   in Word form.

11        I would copy the other side, and obviously, there

12   would be nothing for the other side to weigh in on.  Usually I

13   like to make sure everybody is in agreement with the form of

14   the final judgment, but I will take a look at it upon your

15   submission of it.

16        Is there anything else that you think we need to

17   address?

18        MR. JONELIS:  Your Honor, just for clarity, when we

19   email it to the other side, that means we are going to email it

20   to Mr. Cloth?

21        THE COURT:  Yes.  In other words, we consider it

22   communication with the Court and you're copying pursuant to the

23   Court's request, sending in a proposed final judgment in light

24   of the jury's verdict.  The Court will enter a version of it or

25   that if the Court agrees with it.

Pauline A. Stipes, Official Federal Reporter

```
 1              As far as exhibits go, they have to be uploaded.  Is
 2    there anything else?
 3              MR. JONELIS:  Yes, your Honor.  We had filed a motion
 4    for default judgment with respect to Creative Wealth that the
 5    Court had denied without prejudice.  I assume, we have to
 6    confer with our client, we are renewing that motion as
 7    well now.
 8              THE COURT:  We will be on the lookout for that.  Was
 9    the order along the lines of wait until this matter goes
10    forward?
11              MR. JONELIS:  Yes, your Honor.
12              THE COURT:  Go ahead and renew that to be careful.
13              Melanie, within ten days the exhibits get uploaded?
14              THE COURTROOM DEPUTY:  They need to be filed within
15    ten days, and there is a certificate of compliance through the
16    Clerk's Office.
17              THE COURT:  Mr. Harris, you had quite the team, I know
18    it has been a tough road.
19         (Discussion off the record.)
20         (Thereupon, the proceedings concluded.)
21                                 *  *  *
22
23
24
25
```

**Pauline A. Stipes, Official Federal Reporter**

1          I certify that the foregoing is a correct transcript

2     from the record of proceedings in the above matter.

3

4          Date:  July 31, 2024

5                      /s/ Pauline A. Stipes, Official Federal Reporter

6                          Signature of Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

**MR. JONELIS: [12]**   3/6 3/11
3/14 3/19 3/23 4/1 15/22
15/25 39/12 41/17 42/2 42/10
**THE COURT: [21]**   2/3 3/7
3/12 3/15 3/21 3/25 4/2 4/4
15/24 36/8 37/11 37/14 37/19
37/24 39/10 39/13 41/6 41/20
42/7 42/11 42/16
**THE COURTROOM DEPUTY: [2]**
38/12 42/13
**THE JUROR: [1]**   37/23

**$**

**$10 [3]**   20/10 20/12 20/18
**$10 million [3]**   20/10 20/12
20/18
**$12.5 [3]**   19/15 32/11 34/16
**$12.5 million [3]**   19/15
32/11 34/16
**$13 [1]**   39/10
**$13 million [1]**   39/10
**$2.5 [1]**   24/16
**$2.5 million [1]**   24/16
**$20 [3]**   20/10 20/13 20/19
**$20 million [3]**   20/10 20/13
20/19
**$30 [3]**   20/9 20/11 20/17
**$30 million [3]**   20/9 20/11
20/17
**$300,000 [1]**   31/24
**$350,000 [1]**   34/21
**$6 [3]**   19/16 19/24 26/21
**$6 million [3]**   19/16 19/24
26/21
**$6,573,024 [2]**   30/6 39/5
**$6.5 [11]**   19/25 24/20 28/17
29/3 29/4 29/24 31/19 31/25
33/11 34/9 34/12
**$6.5 million [10]**   19/25
24/20 28/17 29/3 29/4 29/24
31/19 31/25 33/11 34/12
**$9 [1]**   24/21
**$9 million [1]**   24/21

**/**

**/s [1]**   43/5

**1**

**10:17 [1]**   37/18
**12 [1]**   18/9
**13 [1]**   26/14
**1450 [1]**   1/22

**2**

**20 [1]**   25/12
**2021 [3]**   18/9 21/3 26/14
**2024 [2]**   1/9 43/4
**2049 [1]**   1/18
**23-CV-80282 [2]**   3/2 38/13
**23-CV-80282-ROSENBERG [1]**
1/3
**23rd [1]**   1/23
**24 [1]**   16/2
**2400 [1]**   1/18

**3**

**305-350-7216 [1]**   1/24
**31 [1]**   43/4
**310-556-3501 [1]**   1/19
**33131 [1]**   1/23
**3434 [1]**   2/3
**3501 [1]**   1/19
**37 [2]**   30/2 31/23

**4**

**44 [1]**   37/1
**45 [1]**   37/1

**5**

**561-803-3434 [1]**   2/3

**7**

**7216 [1]**   1/24

**8**

**80282 [2]**   3/2 38/13

**9**

**90067 [1]**   1/19
**9:50 [1]**   37/11

**A**

**a high [1]**   10/18
**a show [1]**   25/13
**a.m [2]**   37/11 37/19
**Aaron [5]**   16/6 18/1 18/7
19/22 23/22
**ability [1]**   6/15
**about [43]**   5/10 5/13 6/16
6/22 7/9 7/9 16/3 16/3 16/5
16/6 16/9 18/18 21/17 22/1
22/2 22/8 22/10 22/14 22/18
22/19 24/3 24/4 25/8 25/17
26/18 26/20 26/24 27/2 27/7
28/13 29/11 30/10 30/16 31/3
32/2 32/9 33/7 33/8 35/25
39/18 40/1 40/2 40/8
**above [1]**   43/2
**Absent [1]**   29/1
**Absolutely [1]**   18/13
**abstract [1]**   34/3
**absurd [1]**   25/8
**accept [1]**   5/25
**acceptable [1]**   3/6
**accomplish [1]**   33/16
**According [1]**   21/22
**account [1]**   35/13
**accurate [1]**   6/1
**accurately [1]**   6/16
**act [2]**   5/1 12/19
**act as [1]**   12/19
**action [2]**   8/5 16/5
**actions [3]**   9/16 34/1 36/4
**acts [1]**   5/3
**actual [7]**   5/19 9/24 10/16
17/2 23/22 23/23 31/8
**actually [10]**   11/19 18/22
19/18 20/7 21/13 21/15 22/23
23/6 23/23 28/6
**addition [3]**   10/3 11/11 37/6
**additional [1]**   10/1
**address [1]**   41/17

**addressed [1]**   31/16
**addressing [1]**   34/1
**adequate [1]**   9/10
**adequately [1]**   33/20
**admissions [1]**   27/23
**admitted [5]**   3/14 5/6 5/7
17/23 24/17
**admittedly [1]**   27/20
**advise [2]**   39/17 40/3
**affair [1]**   39/23
**affect [1]**   4/23
**after [8]**   12/6 17/23 19/24
21/9 21/15 27/16 32/5 32/10
**again [5]**   18/1 18/6 25/6
35/2 37/3
**against [18]**   4/17 7/20 8/5
10/2 10/7 10/8 10/13 10/15
11/7 11/9 11/10 14/9 14/11
30/13 32/16 32/21 39/7 39/9
**agree [5]**   4/19 12/4 27/12
35/21 37/23
**agreed [1]**   15/1
**agreement [3]**   12/9 27/18
41/13
**agrees [1]**   41/25
**ahead [3]**   27/14 41/9 42/12
**aids [1]**   36/15
**all [31]**   3/1 3/11 4/2 4/19
4/23 5/24 5/25 7/24 7/24 7/25
9/15 12/4 14/14 14/17 15/1
16/15 17/2 19/8 21/2 21/9
22/15 26/20 32/23 35/3 35/13
35/14 36/7 36/18 37/15 37/21
38/2 39/14
**allow [1]**   31/19
**allowed [1]**   9/21
**alone [2]**   34/16 35/19
**along [3]**   4/10 14/18 42/9
**already [4]**   11/3 27/13 31/16
33/15
**also [8]**   3/4 6/21 9/23 20/12
21/14 24/4 33/11 34/23
**alternate [2]**   3/25 4/1
**Although [1]**   22/21
**am [6]**   4/8 15/16 16/12 23/7
25/22 38/3
**amongst [2]**   33/6 35/21
**amount [19]**   7/16 9/7 9/9
9/13 11/4 11/9 11/11 14/4
14/10 29/8 29/15 29/22 30/6
30/7 32/20 35/10 35/20 39/3
39/8
**Anatomy [1]**   25/12
**Angeles [1]**   1/19
**another [4]**   8/12 12/8 19/25
24/18
**answer [26]**   6/18 13/1 13/1
13/2 13/3 13/7 13/8 13/9
13/13 13/13 13/14 13/15
13/19 13/20 13/24 13/24
13/25 14/2 14/6 26/8 28/25
30/1 30/14 31/1 32/17 36/24
**answered [8]**   13/2 13/8 13/14
13/20 13/25 14/10 28/9 39/8
**any [22]**   3/23 4/16 4/21 4/23
5/10 5/10 6/3 6/6 6/10 7/19
7/22 8/2 11/10 12/1 13/3
13/10 13/16 13/21 15/4 28/3

**A**

**any... [2]**   36/3 36/20
**anyone [6]**   4/17 12/5 15/15 18/4 18/11 21/19
**anything [6]**   5/7 5/9 5/12 38/3 41/16 42/2
**apparently [1]**   24/21
**appealing [1]**   27/13
**appealing if [1]**   27/13
**appear [2]**   6/17 38/2
**APPEARANCES [1]**   1/15
**apply [1]**   40/11
**applying [1]**   34/23
**appreciate [1]**   36/8
**appreciates [2]**   40/25 40/25
**appreciation [2]**   41/2 41/2
**approach [1]**   15/23
**appropriate [7]**   30/19 34/6 34/13 34/14 34/23 35/12 35/20
**are [46]**
**argument [2]**   15/18 15/18
**arguments [1]**   15/22
**Arnold [5]**   18/18 18/19 18/24 24/4 25/10
**around [4]**   14/21 16/20 19/8 35/7
**arriving [1]**   5/12
**as [61]**
**ask [7]**   6/7 6/21 6/23 34/14 34/23 37/25 38/11
**asked [5]**   18/7 20/13 22/22 26/9 28/4
**asking [5]**   24/8 26/18 29/13 30/11 33/18
**asks [4]**   27/25 29/22 30/12 31/14
**assess [2]**   9/13 11/22
**assessed [1]**   11/10
**assets [1]**   5/19
**assume [2]**   5/9 42/5
**attorneys [3]**   15/10 39/15 40/9
**Avenue [1]**   1/22
**award [8]**   9/9 10/13 29/13 31/1 32/2 35/6 35/9 35/10
**awarded [10]**   9/8 10/6 11/12 14/9 14/11 30/13 32/16 32/21 39/7 39/9
**aware [3]**   18/4 18/11 26/18
**Axelrod [1]**   1/22

**B**

**back [30]**   4/5 14/18 14/23 15/16 15/19 15/20 19/17 19/18 20/24 21/2 21/4 21/7 21/11 21/13 22/12 24/22 29/3 29/17 29/23 32/15 32/24 33/2 33/10 34/10 35/15 35/16 36/12 36/16 36/17 37/4
**backbone [1]**   40/18
**bad [1]**   16/15
**Baena [1]**   1/21
**bailiff [6]**   13/4 13/11 13/17 13/22 14/3 14/14
**based [9]**   4/15 9/23 18/20 24/23 26/1 27/22 29/5 32/17

34/7
**basis [1]**   19/18
**be [59]**
**be based [1]**   9/23
**BEACH [3]**   1/2 1/8 2/2
**Beach/Ft [1]**   2/2
**because [8]**   7/6 9/24 12/12 12/13 16/12 22/12 26/19 26/24
**become [1]**   12/11
**been [21]**   3/13 7/22 8/18 9/18 9/18 12/21 17/20 18/1 19/3 20/1 24/6 26/15 27/7 27/13 27/17 29/18 29/18 34/3 40/22 41/1 42/18
**before [18]**   1/13 4/24 5/5 15/10 15/16 18/25 19/2 24/6 26/10 26/20 28/17 29/10 29/24 32/1 32/5 32/7 34/19 35/17
**begin [2]**   4/13 36/17
**beginning [2]**   22/6 40/13
**behalf [3]**   36/7 39/15 40/24
**being [2]**   22/22 25/18
**beliefs [1]**   12/12
**believe [5]**   6/1 6/3 6/6 12/1 34/6
**believed [2]**   21/20 27/13
**benefit [2]**   19/9 19/13
**benefited [1]**   19/15
**best [1]**   33/16
**big [1]**   22/10
**Bilzin [1]**   1/21
**binder [1]**   28/12
**binding [1]**   5/8
**blows [1]**   22/9
**blue [5]**   14/20 14/23 19/7 36/12 36/12
**blush [1]**   22/22
**both [2]**   28/9 32/5
**bother [1]**   33/24
**bottom [7]**   13/4 13/10 13/16 13/22 14/2 21/19 24/22
**brazen [1]**   32/5
**Brickell [1]**   1/22
**brief [1]**   37/14
**bring [9]**   3/9 3/20 3/22 4/3 15/6 15/20 36/11 36/16 37/17
**bringing [2]**   21/17 33/12
**brings [1]**   29/7
**Bron [1]**   18/11
**brought [1]**   33/8
**BUILDING [2]**   1/4 38/14
**bully [1]**   21/14
**bumping [2]**   16/20 17/1
**bunch [1]**   16/3
**burden [4]**   7/14 7/14 33/2 33/3
**business [1]**   25/23

**C**

**CA [1]**   1/19
**calculate [1]**   34/11
**calculated [1]**   34/7
**call [4]**   17/6 29/14 29/19 40/6
**call-ins [1]**   40/6
**called [3]**   4/14 7/14 7/24

**calls [2]**   32/13 35/4
**can [23]**   3/5 9/3 15/21 17/21 27/24 28/12 28/14 31/23 35/11 35/24 36/11 36/18 36/24 37/3 39/18 40/8 40/8 40/9 40/10 40/16 40/22 41/3 41/3
**can't [3]**   21/10 25/24 35/18
**cannot [2]**   18/21 25/12
**care [9]**   10/22 21/25 22/1 22/2 22/7 22/8 22/10 22/13 22/17
**careful [1]**   42/12
**carefully [1]**   38/5
**Carlos [2]**   23/12 30/18
**case [18]**   1/3 4/12 5/6 5/10 6/13 7/11 10/1 12/2 12/6 12/8 12/9 12/13 12/17 16/25 38/6 38/13 39/16 40/8
**cases [1]**   39/21
**cause [8]**   8/5 8/14 8/25 10/10 13/24 28/22 30/22 39/1
**caused [2]**   29/2 34/2
**caution [1]**   15/12
**cell [1]**   37/12
**centuries [1]**   39/20
**Century [1]**   1/18
**certificate [2]**   41/2 42/15
**certify [1]**   43/1
**chain [1]**   5/20
**chance [1]**   3/5
**change [1]**   12/10
**chase [1]**   34/22
**cheat [1]**   23/9
**cheated [1]**   17/12
**check [7]**   20/15 24/23 26/1 27/22 28/20 29/5 35/8
**children [1]**   16/18
**choose [4]**   12/18 21/21 40/1 40/10
**circumstances [4]**   5/21 10/12 11/15 32/23
**circumstantial [3]**   5/18 5/20 5/23
**citizens [1]**   40/23
**claim [12]**   7/12 7/17 7/19 7/21 8/3 8/4 8/7 8/16 9/6 10/1 11/5 22/20
**claimed [3]**   17/25 19/17 23/24
**claims [1]**   10/6
**clarification [1]**   3/24
**clarity [1]**   41/18
**clear [7]**   10/8 10/13 10/25 11/6 18/20 29/13 30/20
**clearly [1]**   6/18
**Clerk's [1]**   42/16
**client [5]**   16/4 19/14 19/16 21/23 42/6
**closing [4]**   3/10 15/17 15/18 15/22
**CLOTH [121]**
**Cloth his [1]**   28/15
**Cloth's [19]**   8/13 10/21 13/18 13/23 14/5 16/8 17/15 21/4 27/22 28/1 28/22 28/24 29/1 29/9 29/16 30/8 38/24 39/1 39/4

**C**

colleagues [5]   16/2 32/22
36/7 40/9 40/21
collect [2]   35/9 37/6
come [7]   3/18 3/19 33/20
35/22 36/17 37/4 40/15
coming [2]   21/15 34/5
commemorating [1]   30/2
commence [1]   15/21
commit [2]   21/9 22/23
committed [2]   9/18 33/4
common [1]   5/16
communicate [1]   15/4
communication [1]   41/22
company [22]   4/22 4/23 5/4
16/4 18/5 21/1 24/12 24/16
25/18 28/25 29/2 29/13 29/15
29/17 29/23 30/3 30/5 30/8
30/23 31/10 31/16 34/9
compelling [1]   11/1
compensate [2]   9/20 29/15
compensation [2]   9/10 9/15
compensatory [10]   9/21 9/23
10/3 11/12 14/4 29/8 29/14
34/8 34/10 39/3
complete [2]   23/7 33/25
compliance [1]   42/15
computer [1]   3/19
concept [4]   18/19 24/7 31/3
31/5
concerned [1]   5/17
concerning [6]   6/5 8/8 11/25
12/25 23/17 38/18
concluded [1]   42/20
conclusion [1]   15/18
conclusions [1]   5/16
conduct [12]   10/14 10/17
10/20 10/21 10/24 11/6 11/16
11/17 11/19 11/21 31/8 31/11
confer [1]   42/6
confirm [2]   20/8 38/8
confirmation [1]   28/15
confirmed [5]   18/2 20/11
21/1 21/3 28/18
confronted [1]   25/9
confusing [1]   22/21
connection [9]   19/16 19/20
25/18 30/9 32/11 32/25 34/17
34/18 34/20
conscious [1]   10/22
consequence [3]   16/18 16/19
36/2
consequences [4]   34/1 36/1
36/3 36/4
consider [7]   5/5 5/24 7/23
9/7 11/13 30/14 41/21
consideration [2]   39/16
39/21
considering [3]   5/15 9/12
12/6
constituted [1]   10/22
contention [2]   7/19 7/21
context [1]   32/3
continued [3]   17/18 31/18
32/12
continuing [1]   33/22
continuous [1]   9/1

contributes [1]   9/2
convenience [1]   12/21
convince [1]   26/24
convinced [1]   12/11
convincing [5]   10/9 10/14
10/25 11/6 30/20
copies [2]   14/16 14/21
copy [9]   4/9 12/22 14/19
14/19 14/20 14/21 23/12
30/17 41/11
copying [1]   41/22
CORP [2]   1/9 38/15
corporation [2]   4/25 5/2
correct [2]   26/25 43/1
corresponding [1]   26/23
cost [4]   20/10 20/10 20/12
35/8
could [12]   4/6 8/18 14/17
19/3 21/20 23/12 24/6 25/15
30/18 34/11 37/25 38/11
Count [2]   12/23 38/16
countless [1]   34/25
course [7]   5/1 10/19 11/24
20/21 25/6 31/11 33/10
court [17]   1/1 2/1 4/25
12/20 15/5 15/6 22/7 36/22
39/15 39/19 40/25 41/9 41/22
41/24 41/25 42/5 43/6
Court's [1]   41/23
courtroom [9]   3/18 3/21 4/4
15/3 15/8 37/5 37/11 37/18
41/6
CREATIVE [3]   1/8 38/14 42/4
crystal [1]   18/19
currently [1]   33/23
CV [3]   1/3 3/2 38/13
CWMF [1]   31/24

**D**

damage [19]   8/15 9/1 9/3 9/4
9/11 10/11 10/18 10/20 11/20
13/24 23/3 28/23 28/24 30/22
31/9 31/12 31/16 39/2 39/9
damages [49]
dangerous [1]   11/17
date [2]   15/2 43/4
dated [2]   14/14 14/22
daunting [1]   22/22
DAVIS [1]   1/16
day [6]   3/2 17/4 27/16 28/17
32/22 41/4
days [2]   42/13 42/15
deal [1]   22/10
dealing [1]   31/4
deals [1]   21/24
dealt [1]   4/24
deception [1]   7/7
decide [19]   3/16 6/1 7/6 8/6
10/2 10/3 11/8 11/9 12/6
22/20 22/22 22/25 23/1 23/2
23/3 23/10 31/14 33/16 35/19
deciding [4]   4/12 6/6 7/22
33/6
deciding whether [1]   7/22
decision [8]   4/14 4/23 5/13
6/3 7/8 21/23 36/5 36/6
decline [1]   11/22
deductions [1]   5/16

default [1]   42/4
Defendant [1]   16/5
Defendants [1]   1/11
defrauded [3]   9/18 29/18
30/24
defrauding [2]   17/5 17/9
degree [1]   11/14
deliberate [5]   3/11 14/19
15/16 23/7 30/17
deliberating [2]   3/25 4/1
deliberations [7]   4/14 12/4
12/20 15/21 36/17 36/23
39/22
denied [2]   25/9 42/5
deny [2]   17/16 17/18
depend [1]   7/8
deposition [9]   17/15 18/16
20/16 22/3 24/17 25/10 25/22
26/9 26/12
describes [1]   31/5
despite [3]   10/19 31/10
31/18
detail [1]   7/10
details [1]   26/20
deter [5]   21/15 29/20 33/17
34/13 35/16
determination [1]   11/13
deterred [1]   33/24
deterrent [3]   10/5 11/11
35/17
devices [1]   37/7
dictated [1]   21/24
did [32]   3/16 3/18 6/8 6/10
6/12 6/14 6/15 6/17 6/19
6/24 8/10 11/21 13/6 14/17
18/8 21/6 21/8 22/23 23/18
23/19 24/5 25/3 25/4 26/5
26/15 28/24 30/25 31/15
33/10 37/21 37/23 38/20
didn't [13]   6/24 21/5 21/21
21/25 22/1 22/2 22/7 22/8
22/13 22/16 31/25 33/24
34/17
differ [1]   6/19
difference [1]   5/22
different [2]   6/25 16/3
differential [1]   20/19
differently [1]   12/13
differs [1]   10/25
difficult [1]   39/21
direct [5]   5/17 5/18 5/23
12/20 29/4
directly [2]   6/18 9/1
disbelieve [1]   6/3
discovered [1]   8/18
discretion [2]   10/12 11/22
discuss [2]   12/8 29/10
discussing [1]   12/9
Discussion [1]   42/19
discussions [3]   4/14 39/19
39/22
dishonesty [1]   18/14
Disney [3]   16/10 16/24 36/3
dispense [1]   27/24
displayed [1]   37/2
disprove [1]   5/21
disregard [4]   4/20 5/11
10/23 33/25

**D**

distribute [1]   4/6
DISTRICT [3]   1/1 1/1 1/14
DIVISION [1]   1/2
do [32]   3/23 4/18 6/24 12/24
  13/3 13/9 13/15 13/21 14/1
  14/8 14/17 14/25 19/9 20/20
  23/15 23/21 24/13 24/25 26/2
  27/25 28/21 30/12 32/15
  33/18 35/6 35/19 38/16 39/6
  40/12 40/23 41/3 41/9
does [7]   10/14 11/6 16/15
  20/19 31/13 38/2 39/11
doesn't [5]   6/5 7/2 16/20
  22/10 35/15
doing [3]   17/11 31/14 33/14
dollar [5]   14/7 14/12 30/5
  33/20 35/10
dollars [3]   20/6 22/9 34/25
don't [13]   5/25 12/10 12/11
  14/21 16/24 17/1 20/6 20/14
  23/5 32/3 36/3 36/17 40/15
done [3]   23/7 33/5 33/15
door [1]   36/22
double [1]   25/20
down [7]   15/5 29/22 30/7
  34/22 35/22 36/21 37/4
duped [1]   17/12
during [2]   5/12 7/1
duties [1]   5/4
duty [2]   4/11 40/5

**E**

each [5]   6/1 12/5 14/19 36/5
  40/8
earned [1]   31/20
easier [1]   25/19
easy [3]   16/25 23/19 25/6
edification [1]   14/22
eight [3]   32/20 33/19 35/23
either [3]   4/16 5/23 15/7
electronic [1]   37/7
element [1]   7/12
elements [1]   22/24
else [3]   27/1 41/16 42/2
email [7]   3/17 17/19 17/21
  28/16 41/9 41/19 41/19
emailed [1]   3/4
employees [3]   5/1 5/3 5/4
engage [1]   30/25
engaged [1]   30/15
enjoyed [1]   39/18
enough [4]   7/17 11/4 33/21
  35/13
enter [1]   41/24
entered [1]   8/23
entire [1]   24/8
entitled [5]   8/17 9/19 30/4
  31/24 34/9
equal [1]   4/24
equals [1]   4/25
ESQ [4]   1/16 1/17 1/20 1/21
essential [3]   7/12 7/19 8/2
establish [2]   7/19 8/2
even [25]   3/24 4/18 8/17
  17/18 17/23 19/2 19/6 19/21
  19/23 21/11 22/8 24/1 25/9

25/10 25/19 25/24 26/23 32/1
  32/7 32/10 32/14 33/21 33/24
  35/8 35/8
event [2]   34/5 38/6
ever [6]   17/17 18/5 18/7
  18/8 18/11 24/22
every [5]   7/12 16/16 19/10
  19/11 36/5
everybody [2]   37/17 41/13
everyone [4]   4/5 16/22 16/22
  17/6
everything [1]   16/21
evidence [47]
exact [1]   30/5
exactly [1]   23/10
examine [1]   12/10
example [1]   34/8
examples [1]   18/14
except [2]   5/10 39/19
excerpt [2]   20/16 26/12
excerpts [1]   17/14
excuse [2]   36/10 37/9
Exhibit [4]   28/12 28/14 30/2
  31/23
exhibits [13]   3/11 3/13 3/17
  5/7 7/25 15/20 28/13 36/16
  36/17 36/18 36/25 42/1 42/13
experience [2]   18/20 40/22
experienced [1]   25/14
expert [1]   18/18
explain [2]   4/18 12/5
explained [1]   33/11
exposed [1]   10/24
extensive [1]   18/20
extent [1]   11/14
eyewitness [1]   5/20

**F**

face [1]   36/4
faced [2]   36/1 36/3
faces [2]   35/2 35/3
fact [21]   4/22 5/19 5/22
  6/23 7/9 7/22 8/9 8/22 8/25
  11/21 11/24 12/25 17/18 18/4
  19/1 23/17 25/7 26/23 31/17
  38/8 38/18
facts [4]   5/13 5/21 12/16
  32/23
factual [1]   5/10
fails [1]   8/2
fair [1]   9/10
falls [1]   7/18
false [35]   8/8 8/9 8/11 8/12
  8/13 8/14 8/17 8/19 8/20
  8/24 12/25 13/5 13/7 13/13
  13/18 13/23 14/6 22/25 23/1
  23/2 23/4 23/16 25/2 25/3
  25/8 26/4 28/1 28/22 29/9
  38/17 38/19 38/21 38/23
  38/24 39/5
falsely [3]   6/22 19/25 20/2
falsities [1]   28/11
falsity [2]   8/18 8/20
family [2]   40/9 40/20
far [2]   34/22 42/1
father [1]   16/14
favorite [1]   16/11
Federal [1]   43/5

fee [2]   31/22 31/24
feel [1]   33/6
fees [1]   34/22
fell [1]   16/7
felt [1]   33/23
few [1]   6/7
fifth [1]   8/14
figure [5]   30/5 30/6 33/20
  34/5 35/10
filed [2]   42/3 42/14
fill [4]   15/2 23/14 36/13
  36/14
filled [2]   14/20 14/23
film [2]   17/18 18/21
final [2]   41/14 41/23
finally [1]   17/23
FINANCE [2]   1/9 38/15
financial [1]   11/16
find [20]   7/20 8/4 9/6 9/13
  10/2 10/8 12/24 14/8 23/15
  24/25 26/2 27/25 28/21 30/12
  30/20 32/15 34/5 34/8 38/16
  39/6
finished [1]   4/13
first [18]   8/7 15/10 19/16
  20/3 21/9 22/22 23/15 23/20
  24/13 24/15 24/20 28/5 28/20
  29/14 29/18 29/21 30/3 33/9
firsthand [3]   17/14 18/15
  19/19
five [18]   17/5 17/9 17/17
  17/20 17/24 18/10 18/12 20/2
  23/21 23/25 25/16 26/15
  27/17 28/6 28/19 28/21 29/5
  39/1
FL [3]   1/8 1/23 2/2
flat [1]   19/8
floating [1]   14/21
Floor [1]   1/23
FLORIDA [1]   1/1
focusing [1]   23/10
follow [4]   4/9 4/18 4/19
  14/18
following [2]   11/14 11/15
follows [1]   35/14
foregoing [1]   43/1
foreperson [10]   12/19 12/19
  14/13 14/15 14/20 15/2 36/14
  36/18 37/25 39/10
forget [4]   7/4 18/17 21/14
  32/3
form [26]   3/3 3/8 3/10 4/7
  12/21 12/23 13/4 13/10 13/16
  13/22 14/2 14/13 14/17 14/25
  15/2 15/20 23/6 23/8 23/13
  36/11 36/12 36/13 36/14 38/1
  41/10 41/13
forward [1]   42/10
four [3]   27/24 28/20 38/24
fourth [1]   8/12
frame [1]   41/3
frankly [1]   24/9
fraud [11]   16/8 21/9 22/20
  22/23 22/24 29/16 30/8 30/15
  32/5 33/4 33/22
fraudulent [9]   7/12 8/6 8/7
  8/16 9/6 9/11 10/7 12/23
  38/16

**F**

friends [1]  40/20
front [2]  3/11 17/21
Ft [1]  2/2
fulfilled [1]  40/5
full [1]  9/14
fully [2]  9/19 12/6
fund [1]  24/8
funded [1]  24/7
funding [2]  24/6 24/9
further [5]  13/3 13/10 13/16
 13/21 28/3
future [3]  26/19 27/14 33/15

**G**

gain [1]  11/17
gave [3]  7/1 29/24 30/5
general [1]  5/2
gentlemen [6]  4/8 16/1 18/17
 22/3 36/9 39/14
get [11]  12/13 21/10 21/22
 21/24 25/13 26/6 28/12 33/10
 34/10 40/21 42/13
gets [3]  14/20 14/22 16/17
Gilbert [7]  16/6 18/1 18/7
 19/22 21/1 21/3 23/22
Gilbert confirmed [1]  21/1
Gilbert's [1]  18/2
give [14]  5/22 12/12 15/5
 20/22 22/19 30/5 32/24 33/2
 34/4 35/15 35/18 35/18 36/22
 41/3
given [5]  3/3 11/24 27/14
 32/10 40/7
gives [1]  39/25
go [20]  4/13 12/18 12/22
 14/18 14/23 15/16 15/19
 20/19 21/3 21/6 21/19 22/12
 23/7 27/14 32/1 36/10 38/9
 41/9 42/1 42/12
go-ahead [1]  27/14
goal [1]  9/17
goes [2]  20/24 42/9
going [10]  4/8 15/17 23/6
 32/15 35/8 36/19 36/23 38/3
 38/5 41/19
gone [1]  20/13
good [5]  3/1 4/5 6/14 16/1
 40/22
got [5]  21/11 21/21 29/3
 31/24 36/2
great [3]  16/11 25/22 40/14
greenlighting [4]  18/19 24/5
 24/10 25/8
greenlit [23]  17/17 17/20
 17/24 18/4 18/9 18/12 18/22
 18/25 19/2 19/4 20/1 23/21
 23/25 24/1 24/3 24/6 25/13
 25/16 26/15 27/9 27/17 28/6
 28/18
Grey's [1]  25/12
gross [5]  10/10 10/21 30/21
 30/25 31/3
guesswork [1]  9/24
guilty [2]  10/9 30/21

**H**

had [35]  3/5 6/2 8/18 9/18
 10/16 11/20 17/24 18/1 18/3
 18/5 18/18 19/2 19/23 20/1
 20/13 20/13 21/23 22/12
 22/15 23/24 24/15 26/15
 27/13 27/17 28/6 28/7 28/10
 28/11 29/18 31/8 32/7 32/10
 42/3 42/5 42/17
hammer [1]  16/16
hand [1]  37/25
happened [1]  24/19
happens [1]  22/18
hard [2]  21/9 31/20
hard-earned [1]  31/20
harm [2]  11/20 11/21
Harris [40]  16/4 17/8 17/17
 17/24 19/11 19/14 19/19
 19/24 20/1 20/2 20/5 21/4
 21/11 21/16 21/18 22/3 23/2
 23/20 24/8 24/11 24/14 26/6
 26/10 26/14 26/18 27/17
 27/21 28/14 29/2 30/25 32/4
 32/6 32/9 32/25 33/8 34/16
 34/17 35/8 36/8 42/17
Harris' [10]  19/2 21/8 25/17
 28/4 28/25 29/13 29/15 29/23
 31/20 34/9
has [23]  5/19 7/22 12/21
 16/19 17/5 17/9 17/11 17/15
 17/20 22/11 25/12 33/5 33/15
 33/25 34/2 34/15 35/5 35/13
 35/15 36/2 39/20 40/22 42/18
hasn't [1]  33/23
have [77]
haven't [1]  16/12
he [144]
he engage [1]  30/25
He's [1]  19/7
hear [2]  26/7 37/13
heard [13]  16/2 16/3 16/5
 16/6 17/4 18/2 20/8 22/11
 22/14 22/19 24/24 26/1 33/8
held [1]  25/14
help [1]  34/4
her [1]  18/20
here [17]  4/15 16/6 19/10
 20/4 20/22 22/21 22/23 23/7
 23/11 24/19 26/11 30/15 31/4
 33/18 36/19 37/17 40/20
hesitate [1]  12/10
high [3]  10/18 11/18 31/9
him [25]  9/20 10/15 11/7
 11/10 17/16 19/9 21/16 21/16
 21/22 23/24 26/6 26/10 26/24
 26/25 27/2 27/8 27/11 28/4
 28/11 31/19 32/8 33/22 35/16
 35/16 35/16
himself [5]  19/13 19/15
 31/15 26/8 31/22
his [55]
his victims [1]  21/15
home [2]  16/10 16/16
HON [1]  2/2
honest [1]  12/12
Honor [9]  3/7 3/12 3/15 3/24
 15/23 39/13 41/18 42/3 42/11

**HONORABLE [1]**  1/13
hope [1]  40/19
hours [1]  16/2
how [15]  6/2 15/12 16/15
 21/14 21/24 22/5 23/21 24/13
 29/17 31/5 33/1 33/2 33/6
 33/16 40/19
however [2]  8/19 40/1
hundred [1]  25/24
hundreds [1]  39/22

**I**

I'm [1]  16/14
Imagine [1]  22/3
immediate [1]  36/1
immediately [1]  16/23
impact [5]  22/14 33/21 34/15
 34/24 35/11
importance [1]  8/22
important [9]  6/2 6/22 7/9
 16/13 16/13 16/14 16/14
 32/19 40/23
importantly [2]  22/14 33/21
imposed [1]  9/22
impossibility [1]  24/5
impossible [3]  18/24 19/4
 19/22
impress [1]  6/8
impressively [1]  18/20
inaccurately [1]  7/5
includes [1]  5/6
including [4]  11/15 15/15
 17/6 17/7
inconsistent [1]  38/3
increased [1]  9/22
incurred [1]  20/18
indicates [1]  33/25
indication [1]  12/1
indifference [1]  10/23
individually [1]  38/9
industry [1]  18/21
influenced [1]  4/16
information [1]  15/14
initial [1]  21/8
initially [1]  21/12
injured [1]  9/17
injury [5]  10/18 10/20 11/18
 31/9 31/12
innocent [1]  7/6
ins [1]  40/6
instead [1]  25/23
instruct [1]  4/11
instructed [2]  11/3 29/12
instruction [3]  30/16 30/18
 31/5
instructions [13]  3/4 3/9
 4/7 4/9 4/20 4/21 5/11 11/24
 15/19 22/19 22/21 36/11 40/7
intended [6]  8/11 13/12 26/3
 27/20 33/17 38/22
intent [2]  11/20 33/5
intentional [7]  7/7 10/9
 10/16 30/21 30/25 31/6 31/7
intentionally [3]  10/19
 31/11 31/15
interest [2]  6/12 12/16
interferes [1]  40/16
interpretation [1]  5/14

**I**

interpreted [1]   12/1
interpreted in [1]   12/1
invest [3]   26/6 27/18 29/2
invested [9]   21/2 21/12
 21/13 24/16 28/5 28/7 28/10
 34/19 35/5
investigation [1]   8/19
investing [2]   17/10 24/17
investment [11]   26/11 26/25
 27/4 27/12 28/16 28/17 30/3
 30/4 31/23 32/6 34/10
investments [6]   20/6 21/8
 21/9 25/20 32/8 32/10
investor [5]   20/3 24/13
 25/18 28/8 28/19
investors [11]   16/7 19/12
 20/22 20/25 21/4 24/15 32/13
 34/2 35/1 35/3 35/14
involved [2]   4/22 4/25
is [120]
is no [1]   5/22
isn't [2]   5/8 27/16
issue [4]   5/10 9/12 11/25
 24/3
issues [1]   8/6
it [119]
it's [6]   14/14 14/14 16/13
 16/14 36/19 41/2
its [7]   5/1 5/3 7/12 8/20
 14/5 29/9 37/23

**J**

JASON [9]   1/9 16/5 16/8
 29/16 29/24 30/8 32/11 33/13
 38/15
job [2]   33/5 33/6
JONELIS [1]   1/16
JUDGE [6]   1/14 22/19 23/8
 29/11 30/16 31/5
judges [2]   12/15 12/16
judgment [4]   41/8 41/14
 41/23 42/4
judicial [1]   40/18
July [1]   43/4
juries [1]   39/20
juror [2]   39/18 40/21
jurors [8]   3/9 3/20 3/22 4/7
 12/7 15/12 39/18 40/5
jury [28]   1/13 3/3 3/9 4/3
 4/4 4/7 4/9 4/11 4/13 12/18
 15/1 15/14 15/19 15/19 36/10
 37/8 37/11 37/13 37/17 37/18
 37/23 38/7 38/10 39/12 39/19
 40/5 40/14 41/6
jury's [3]   39/22 40/1 41/24
just [28]   3/3 9/14 12/12
 14/17 14/22 17/25 18/14 21/8
 21/12 22/9 27/16 28/17 29/1
 29/12 30/1 31/4 31/13 32/5
 34/16 34/17 34/22 35/7 35/16
 36/6 36/15 36/19 40/2 41/18
justice [1]   4/25
justified [1]   9/13

**K**

Katherine [1]   24/4

**Kathryn [1]**   18/18
Keep [2]   7/2 9/16
KELSEY [1]   1/17
key [2]   19/10 28/5
kids [3]   16/10 16/13 16/24
kind [2]   19/5 19/7
knew [12]   8/9 8/20 13/5 23/1
 25/1 25/7 25/7 31/14 31/17
 32/14 38/19 40/13
knew the [1]   13/5
knock [1]   36/21
know [23]   8/10 13/6 16/22
 20/4 20/6 20/14 20/20 21/4
 23/21 24/2 24/4 24/13 25/3
 25/4 25/19 25/24 27/4 27/5
 27/10 36/24 38/20 40/24
 42/17
knowing [6]   8/10 13/6 25/2
 31/18 31/19 38/20
knowledge [7]   5/19 10/17
 10/19 20/19 31/8 31/10 31/15
known [4]   11/19 28/6 28/7
 28/10
knows [2]   16/22 20/21

**L**

ladies [6]   4/8 16/1 18/17
 22/3 36/9 39/14
lapse [1]   7/6
large [1]   35/12
last [6]   3/4 3/17 17/5 17/9
 32/19 36/25
lastly [1]   36/25
Lavely [1]   1/17
law [11]   4/12 4/18 4/19 4/21
 4/24 5/2 5/11 22/7 22/20
 25/23 39/25
lawsuit [3]   21/17 33/9 33/12
lawyers [1]   5/8
lay [1]   31/13
leads [1]   32/19
learn [2]   16/14 16/18
least [3]   34/16 34/21 35/9
leave [2]   22/12 40/3
leaves [1]   41/6
lectern [1]   15/24
LEEKER [1]   1/17
left [1]   37/11
legal [7]   5/22 8/14 8/25
 13/23 28/22 34/22 39/1
less [1]   9/15
lesson [1]   16/13
let [3]   14/16 16/9 34/4
let's [12]   18/17 21/14 22/18
 23/6 23/14 24/19 26/2 26/8
 30/10 31/3 31/4 35/2
liar [2]   16/25 17/3
lie [14]   16/17 19/10 23/18
 23/20 23/21 24/9 24/11 24/14
 24/18 25/17 31/17 31/18
 31/22 32/12
lied [13]   17/2 17/11 18/1
 20/4 24/10 25/5 25/7 32/4
 32/7 34/19 35/4 35/17 36/1
lies [8]   26/5 28/11 28/24
 29/1 29/4 31/17 31/19 32/4
life [2]   10/23 22/15
light [1]   41/23

like [7]   21/4 21/8 22/6
 22/10 28/12 33/15 41/13
likelihood [1]   11/18
likely [2]   7/18 11/5
line [5]   14/6 14/12 17/12
 19/21 24/22
lines [1]   42/9
listen [2]   26/8 38/5
little [1]   22/21
live [2]   16/24 36/3
lives [2]   22/11 40/17
LLC [2]   38/14 38/14
locked [1]   18/25
logic [1]   35/14
long [2]   17/1 39/23
longer [6]   16/17 16/17 16/17
 36/2 36/2 40/11
look [10]   3/5 23/6 23/14
 28/3 28/12 28/14 30/1 30/4
 31/5 41/14
looking [1]   19/6
lookout [1]   42/8
Los [1]   1/19
lose [1]   34/17
loss [11]   8/14 9/1 9/3 9/4
 9/10 10/11 11/20 13/24 28/23
 30/22 39/2
losses [1]   34/1
lost [4]   29/3 29/16 30/8
 34/18
lot [2]   22/1 33/11
loud [1]   38/5
love [1]   16/10
lying [11]   16/15 16/19 16/23
 19/3 24/3 25/4 25/7 25/19
 31/18 31/21 32/9

**M**

made [23]   5/3 8/8 8/10 8/10
 8/18 12/25 13/6 13/6 14/16
 18/19 19/11 22/25 23/1 23/16
 25/2 25/2 25/12 28/17 30/3
 32/6 38/17 38/20 38/20
mail [1]   40/21
make [15]   5/16 20/10 20/11
 20/12 21/23 23/10 23/19 25/6
 26/25 27/4 33/13 35/11 36/5
 38/5 41/13
makes [2]   20/23 20/24
making [4]   6/3 7/21 11/13
 26/10
Man [4]   20/9 20/17 20/18
 21/2
many [3]   15/12 33/15 39/20
Maraboyina [2]   16/6 24/14
marks [1]   21/7
material [6]   8/8 8/22 8/25
 12/25 23/17 38/18
math [1]   25/23
matter [4]   6/5 18/21 42/9
 43/2
matters [2]   5/14 23/11
may [23]   1/9 3/1 4/6 5/1
 5/12 5/15 5/22 6/3 7/8 7/23
 7/24 7/25 8/19 10/12 15/9
 15/23 18/9 22/21 26/14 34/4
 37/15 37/20 40/1
Maybe [2]   21/6 21/7

## M

**me [17]**   4/10 14/16 14/18
15/4 15/7 15/12 15/15 16/2
16/9 16/9 16/14 21/19 21/22
26/7 34/9 36/7 36/23
**mean [4]**   5/25 7/2 31/13 38/7
**means [7]**   7/16 10/16 10/21
11/4 31/7 38/4 41/19
**meantime [1]**   35/10
**measure [1]**   9/19
**MEDIA [2]**   1/8 38/15
**meeting [1]**   17/7
**meets [1]**   16/22
**Melanie [2]**   37/6 42/13
**members [4]**   4/11 12/19 40/10
40/21
**memory [2]**   6/14 7/6
**mentioned [1]**   21/17
**message [2]**   15/5 15/11
**met [1]**   33/3
**Miami [1]**   1/23
**middle [2]**   22/2 22/4
**million [29]**   19/15 19/16
19/24 19/25 20/9 20/10 20/10
20/11 20/12 20/13 20/17
20/18 20/19 24/16 24/20
24/21 26/21 28/17 29/3 29/4
29/24 31/19 31/25 32/11
33/11 34/9 34/12 34/16 39/10
**millions [4]**   20/5 20/6 22/9
34/25
**mind [3]**   7/2 9/16 12/11
**misconduct [7]**   10/10 10/16
11/14 30/21 30/25 31/6 31/7
**misrepresentation [12]**   7/13
8/6 8/7 8/16 8/25 9/4 9/7
9/11 10/7 12/23 19/11 38/16
**misstated [1]**   7/5
**misstatement [1]**   7/9
**mistake [1]**   7/2
**moment [3]**   4/6 36/16 36/19
**money [32]**   9/7 9/9 18/22
18/25 19/3 20/7 20/22 20/23
20/23 20/24 20/24 20/25 21/2
21/3 21/6 21/10 21/11 21/13
22/13 22/15 24/22 26/21
29/16 29/23 31/20 33/10
33/11 34/17 34/18 34/22 35/9
35/13
**Monkey [4]**   20/8 20/17 20/18
21/2
**more [14]**   3/23 7/18 9/15
11/1 11/5 19/15 23/9 25/13
25/24 27/13 33/21 34/4 35/8
35/9
**morning [3]**   3/1 4/5 16/1
**most [4]**   22/14 23/11 25/11
32/19
**motion [2]**   42/3 42/6
**motivated [1]**   11/16
**move [1]**   26/2
**movement [1]**   20/21
**movie [4]**   16/11 16/18 16/25
36/3
**movies [2]**   16/10 16/11
**Moving [1]**   24/25
**Mr [155]**

**Mr. [2]**   25/17 27/3
**Mr. Cloth [1]**   27/3
**Mr. Harris' [1]**   25/17
**Ms [6]**   18/19 18/24 25/10
38/1 38/4 38/7
**much [6]**   24/17 27/13 33/1
33/2 40/25 41/5
**multiple [1]**   34/8
**multiplier [2]**   34/14 34/23
**multiplying [1]**   34/11
**must [22]**   4/12 4/15 4/15
4/18 4/19 4/20 4/22 5/4 5/5
5/24 5/25 7/5 9/22 9/23 10/2
10/3 11/9 12/3 12/4 12/5
12/8 15/2
**my [16]**   4/11 4/19 5/11 11/22
15/12 16/2 16/4 16/13 16/24
19/14 19/16 21/23 23/5 29/11
32/22 36/7

## N

**name [1]**   23/8
**natural [1]**   9/1
**naturally [1]**   7/4
**nature [2]**   11/14 11/17
**necessarily [1]**   6/5
**need [17]**   3/23 22/20 22/24
22/25 23/2 23/3 23/6 23/10
23/14 28/3 30/1 30/14 35/19
41/7 41/8 41/16 42/14
**needed [3]**   24/20 37/1 37/3
**needs [1]**   16/21
**negative [1]**   28/9
**negligence [5]**   10/10 10/21
30/22 31/1 31/3
**Netflix [2]**   20/9 20/17
**never [9]**   12/5 18/3 19/18
19/25 21/22 24/1 29/2 29/3
29/18
**never have [1]**   29/2
**new [2]**   3/3 21/7
**nice [1]**   41/4
**night [1]**   3/4
**no [32]**   1/3 5/22 9/15 9/15
13/1 13/2 13/7 13/8 13/13
13/14 13/19 13/20 13/24 14/1
14/9 17/19 18/2 18/10 20/13
22/10 24/9 24/9 27/1 28/9
33/5 33/5 36/22 37/7 39/13
39/18 40/5 40/10
**none [1]**   24/21
**nonsense [1]**   24/9
**nose [4]**   16/17 16/21 17/1
36/2
**not [59]**
**note [5]**   15/15 37/4 37/16
37/21 37/21
**notepad [1]**   36/21
**nothing [1]**   41/12
**now [9]**   12/22 16/9 22/18
25/11 30/10 33/5 33/15 34/3
42/7
**number [13]**   6/4 25/25 29/7
33/19 34/12 34/15 34/24
35/12 35/18 35/18 35/22
35/22 35/23
**numbers [2]**   37/1 37/12
**numerous [6]**   16/7 17/5 17/10

19/12 20/5 27/14

## O

**oath [2]**   17/16 23/25
**observe [1]**   6/16
**obtain [1]**   20/5
**obtained [1]**   19/2
**obvious [1]**   8/20
**obviously [5]**   19/3 21/25
25/14 33/9 41/11
**occurred [2]**   9/5 39/19
**of compensatory [1]**   14/4
**off [5]**   22/10 31/22 35/24
35/25 42/19
**Office [1]**   42/16
**Officer [3]**   15/6 15/6 36/22
**Official [2]**   2/1 43/5
**Okay [6]**   3/22 4/8 36/9 38/2
39/11 41/7
**once [1]**   37/13
**one [25]**   6/8 8/22 12/8 12/18
14/19 14/21 14/23 15/13
16/10 19/12 19/13 23/22 24/2
24/23 25/10 25/18 26/7 27/16
28/3 28/17 34/12 35/18 36/5
36/13 36/16
**ones [1]**   37/2
**only [22]**   4/15 5/1 5/5 9/24
12/6 12/16 14/19 19/13 20/3
20/9 20/10 20/12 20/18 24/12
25/18 27/10 28/8 28/19 31/21
33/4 35/15 36/13
**opening [1]**   29/11
**opinion [2]**   5/10 12/10
**opportunity [1]**   6/15
**or damage [1]**   9/3
**order [5]**   17/12 20/5 30/14
39/20 42/9
**ordered [1]**   32/24
**other [29]**   4/23 6/19 6/20
6/23 12/3 12/7 15/13 19/12
20/13 23/18 24/15 25/4 26/5
28/24 29/17 30/24 32/8 32/10
32/12 32/13 34/18 34/25 35/3
40/5 40/8 41/11 41/12 41/19
41/21
**others [6]**   10/5 11/11 12/12
20/5 33/14 36/14
**our [15]**   3/20 3/22 4/7 18/17
33/2 33/3 33/5 36/22 37/13
37/17 39/20 40/5 40/18 41/2
42/6
**out [13]**   3/18 3/21 4/20
14/16 14/20 14/23 19/6 20/15
23/14 25/15 36/14 36/14 38/5
**outcome [1]**   6/13
**outrageously [1]**   17/18
**outside [1]**   19/6
**over [10]**   3/10 12/13 12/22
15/17 15/22 16/2 25/12 26/21
29/1 29/24
**overlook [1]**   24/19
**own [13]**   5/13 5/13 12/10
14/19 14/22 17/12 17/19 21/7
22/8 22/16 25/9 25/24 27/23

## P

**paid [8]**   19/17 19/18 20/17

**P**

**paid... [5]**  21/13 21/21 21/22 21/24 24/22
**PALM [3]**  1/2 1/8 2/2
**panel [1]**  40/14
**paper [1]**  36/21
**parameters [1]**  34/4
**Park [1]**  1/18
**part [5]**  3/16 6/4 7/19 8/2 32/5
**particular [2]**  6/5 6/10
**parties [2]**  15/10 39/15
**party [5]**  4/22 7/21 9/17 9/19 40/20
**past [1]**  16/2
**pathway [41]**  17/17 17/24 18/4 18/9 18/12 19/2 19/3 20/1 23/20 23/23 23/25 24/6 24/21 25/16 25/18 26/6 26/11 26/15 26/24 27/2 27/8 27/17 28/5 28/7 28/16 28/18 29/3 29/25 30/4 30/9 31/23 32/1 32/4 32/6 32/7 32/11 32/25 34/11 34/18 34/19 38/14
**Pathway's [1]**  24/13
**patient [1]**  15/11
**Pauline [2]**  2/1 43/5
**pay [2]**  18/22 21/7
**paying [1]**  31/21
**pays [1]**  20/23
**penalize [1]**  9/22
**people [6]**  5/1 7/4 16/3 21/10 22/12 40/15
**people as [1]**  5/1
**percent [1]**  25/25
**perhaps [1]**  32/19
**person [5]**  5/18 19/5 19/7 23/24 25/20
**person's [1]**  31/13
**personal [2]**  6/12 40/17
**persons [2]**  4/24 10/24
**persuade [2]**  7/17 11/4
**persuasion [1]**  7/15
**persuasive [1]**  11/2
**pertains [2]**  29/21 30/10
**phone [3]**  22/2 22/5 37/12
**phones [1]**  37/7
**pick [1]**  21/21
**picking [1]**  34/14
**piece [1]**  36/21
**Pierce [1]**  2/2
**pile [1]**  21/19
**Pinocchio [9]**  16/11 16/12 16/15 16/16 16/16 16/20 17/1 35/25 36/1
**placated [1]**  32/9
**place [3]**  29/18 33/7 35/17
**plaintiff [21]**  3/6 12/2 12/25 13/12 13/18 14/5 15/17 15/22 16/4 23/16 26/4 28/1 38/6 38/10 38/18 38/22 38/24 39/4 39/11 40/24 40/25
**Plaintiffs [3]**  1/6 1/16 29/8
**Plaintiffs' [4]**  11/25 13/24 28/23 39/2
**plan [1]**  3/8
**played [4]**  17/13 17/14 20/16

26/13
**playing [1]**  22/4
**please [8]**  14/13 15/4 15/9 23/12 30/18 32/3 35/2 38/11
**pleasure [1]**  41/1
**pocket [2]**  21/7 31/25
**pockets [1]**  17/12
**point [3]**  6/5 14/16 16/16
**points [1]**  33/1
**polled [3]**  38/7 38/10 39/12
**position [1]**  9/17
**possible [1]**  15/7
**practical [1]**  34/4
**preference [1]**  3/20
**prejudice [2]**  4/17 42/5
**prepared [2]**  4/2 12/21
**preponderance [16]**  7/13 7/16 7/20 7/23 8/3 9/9 9/14 11/1 11/3 12/24 23/15 25/1 26/3 27/25 28/21 38/17
**present [1]**  15/17
**presented [2]**  4/15 17/19
**president [1]**  23/22
**prevail [1]**  12/2
**previously [1]**  11/12
**prey [1]**  16/7
**Price [1]**  1/21
**prime [1]**  18/14
**prior [1]**  18/9
**private [1]**  39/23
**privilege [1]**  39/25
**privileges [1]**  39/17
**probability [2]**  10/18 31/9
**probably [1]**  27/5
**problem [1]**  17/15
**proceedings [3]**  1/13 42/20 43/2
**produce [1]**  20/18
**produced [2]**  8/1 23/23
**producers [1]**  25/11
**produces [1]**  9/2
**producing [1]**  9/2
**production [1]**  19/23
**professional [1]**  40/17
**profitable [1]**  17/10
**project [10]**  18/19 18/21 18/23 20/8 20/24 20/24 24/5 24/8 26/20 27/18
**projects [10]**  17/11 19/17 19/20 19/23 21/13 32/12 32/13 34/19 34/20 35/4
**promised [1]**  19/21
**promptly [1]**  15/7
**proof [4]**  5/20 7/14 7/18 8/2
**proposed [2]**  41/8 41/23
**prove [4]**  5/21 7/12 32/23 33/2
**proved [1]**  7/22
**publish [2]**  38/4 38/11
**punish [5]**  29/20 33/17 33/20 34/13 35/16
**punished [1]**  33/24
**punishment [3]**  9/21 10/4 11/10
**punitive [31]**  10/4 10/6 10/7 10/13 10/15 11/7 11/8 11/9 11/22 14/8 14/11 29/19 30/11 30/12 30/16 30/19 31/1 32/2

32/16 32/20 33/16 34/5 34/6 34/7 34/11 34/24 35/11 35/20 35/21 39/6 39/9
**purchase [1]**  20/17
**purchased [3]**  20/9 20/11 32/14
**purpose [2]**  19/12 19/13
**pursuant [1]**  41/22
**pursued [2]**  10/19 31/11
**put [7]**  21/6 23/12 29/17 29/23 30/18 35/2 35/22
**puts [1]**  35/16

**Q**

**qualified [1]**  18/18
**question [50]**
**questions [9]**  6/7 6/17 13/3 13/10 13/16 13/21 28/5 28/9 36/20
**quickly [1]**  27/24
**quite [3]**  22/23 24/8 42/17
**quote [3]**  18/24 21/18 30/21
**quote-unquote [1]**  30/21

**R**

**raining [1]**  19/6
**rather [1]**  26/7
**re [1]**  12/10
**re-examine [1]**  12/10
**reach [2]**  5/16 12/9
**read [4]**  3/9 4/8 30/16 38/5
**ready [3]**  3/22 37/16 37/22
**real [3]**  12/15 17/15 36/4
**realistically [1]**  25/15
**reality [1]**  18/22
**really [7]**  21/23 23/5 23/9 31/4 35/7 40/15 40/17
**reason [6]**  6/10 26/23 27/5 27/10 33/12 37/3
**reasonable [1]**  9/14
**reasonably [1]**  9/3
**reasoning [1]**  5/15
**reasons [2]**  23/22 33/9
**receive [1]**  37/21
**received [3]**  7/25 24/21 25/20
**recess [1]**  37/14
**reckless [1]**  10/22
**recognized [1]**  39/21
**recollection [1]**  5/13
**record [3]**  3/6 42/19 43/2
**recoverable [1]**  9/25
**regarding [1]**  32/4
**regardless [3]**  7/24 7/25 35/6
**related [1]**  11/15
**relevant [1]**  26/20
**reliance [4]**  14/5 23/4 29/9 39/4
**relied [7]**  8/13 13/18 23/2 28/1 28/10 38/24 39/20
**relieved [1]**  40/7
**rely [8]**  8/12 8/17 8/19 13/12 26/4 27/21 38/23 40/22
**relying [2]**  17/25 26/10
**relying on [1]**  26/10
**remain [2]**  15/14 39/23
**remember [17]**  7/4 12/15

**R**

**remember... [15]**   21/11 21/16
26/8 28/4 31/24 32/4 32/7
32/9 33/13 33/23 34/16 34/21
36/12 36/20 40/19
**remembers [1]**   7/3
**remind [1]**   29/10
**remorse [1]**   33/5
**renew [1]**   42/12
**renewing [1]**   42/6
**repaid [3]**   19/21 19/25 32/10
**Reporter [3]**   2/1 43/5 43/6
**represent [1]**   18/8
**represented [1]**   18/8
**representing [3]**   18/11 20/1
20/2
**request [1]**   41/23
**required [1]**   39/18
**respect [6]**   9/8 19/14 24/23
25/17 27/21 42/4
**respond [2]**   15/7 15/10
**response [5]**   15/12 20/13
30/7 33/19 35/23
**responsibility [1]**   7/11
**responsible [1]**   5/2
**rest [1]**   41/4
**restore [1]**   9/17
**restrictions [1]**   40/10
**result [7]**   14/5 23/3 29/4
29/9 29/16 30/8 39/4
**resulted [1]**   9/11
**resulting [3]**   10/20 11/18
31/11
**retirement [1]**   22/12
**return [7]**   13/4 13/10 13/16
13/22 14/2 14/14 15/2
**returned [2]**   20/25 21/2
**returns [2]**   4/4 37/18
**Rhimes [1]**   25/12
**Richardson [3]**   38/1 38/4
38/8
**right [11]**   3/2 4/2 17/21
18/6 25/11 36/5 37/15 37/21
38/2 39/14 41/8
**rights [2]**   10/23 40/3
**risk [2]**   19/20 32/8
**road [1]**   42/18
**ROBERT [33]**   1/4 16/4 17/7
17/17 19/11 19/19 20/5 21/4
21/8 21/16 22/11 23/20 24/11
26/5 27/21 28/3 28/14 28/24
29/2 29/13 29/15 29/23 30/24
31/20 32/4 32/6 32/8 32/9
32/10 32/13 34/9 34/16 38/13
**Robert's [10]**   22/15 24/12
24/16 30/3 30/5 30/8 30/23
31/10 31/16 31/22
**ROBIN [2]**   1/13 2/2
**room [8]**   4/13 12/18 15/1
15/14 15/19 36/10 37/8 39/19
**ROSENBERG [7]**   1/3 1/13 2/2
22/19 23/8 29/12 30/16
**Rosenberg's [1]**   31/5
**RSBFP [1]**   7/11
**RSBV [1]**   38/14
**RSBV's [1]**   11/5
**RSBVP [18]**   1/5 7/20 8/13

8/15 8/16 8/18 8/19 8/23 9/6
9/8 9/9 10/2 10/6 10/11
10/18 11/21 11/21 31/10
**RSBVP's [6]**   7/17 8/3 8/5 8/7
9/12 9/15
**ruined [1]**   22/11
**rules [1]**   4/12

**S**

**safety [1]**   10/23
**said [19]**   5/5 5/9 5/12 6/24
9/3 18/5 19/1 19/12 19/20
21/18 21/18 23/8 24/1 24/12
24/20 26/11 29/11 33/10
33/13
**SAKONA [1]**   1/21
**same [2]**   33/14 35/16
**Sandy [1]**   16/7
**saw [11]**   17/4 17/6 17/16
19/5 19/19 22/5 24/24 26/1
31/21 35/2 35/3
**say [7]**   5/8 5/24 6/2 6/24
14/14 18/18 27/1
**saying [2]**   24/7 25/9
**says [2]**   37/16 37/22
**Schmidt [1]**   16/7
**school [2]**   25/23 25/24
**scope [2]**   5/4 30/15
**SCOT [2]**   1/4 38/13
**SCOTT [1]**   1/20
**screen [6]**   17/22 18/6 23/13
30/19 35/24 37/2
**season [10]**   20/3 24/2 24/13
24/15 24/20 25/13 25/18
25/21 28/20 30/3
**seasons [16]**   17/18 17/20
17/25 18/10 18/12 20/2 23/21
23/25 25/12 25/16 26/15
26/19 27/14 27/17 28/6 28/19
**seated [4]**   3/1 4/6 37/15
37/20
**second [9]**   3/2 8/9 24/11
24/25 25/17 28/7 29/19 30/11
33/11
**secret [1]**   12/4
**section [2]**   30/4 31/24
**Security [3]**   15/6 15/6 36/22
**see [7]**   3/17 3/18 17/21
31/23 37/1 37/3 37/9
**seek [1]**   12/16
**seem [1]**   6/14
**seen [1]**   16/12
**select [1]**   36/18
**sending [1]**   41/23
**sense [1]**   5/16
**sent [3]**   28/14 28/16 36/12
**sequence [1]**   9/2
**serve [1]**   40/16
**seven [9]**   14/21 19/17 30/10
32/12 32/15 32/17 34/18 39/6
39/8
**SHALIA [1]**   1/21
**shame [2]**   22/16 22/16
**shared [1]**   15/14
**she [5]**   5/19 6/16 7/3 38/4
38/9
**sheet [2]**   23/9 30/2
**Shonda [1]**   25/11

**short [2]**   19/17 40/13
**shortly [1]**   40/4
**should [35]**   5/11 6/1 6/21
7/20 8/3 9/8 9/13 10/6 11/13
11/25 12/2 12/2 12/22 14/8
14/11 15/11 15/14 22/6 24/23
25/25 27/22 28/20 29/5 30/6
30/12 31/1 32/16 32/17 32/21
32/24 33/2 36/13 39/6 39/9
39/23
**shouldn't [2]**   5/9 5/17
**show [8]**   10/14 11/6 17/20
18/9 25/13 27/12 27/13 33/24
**show's [1]**   26/19
**showed [1]**   17/7
**showing [3]**   17/2 17/2 22/8
**shown [2]**   9/9 33/4
**shows [1]**   21/20
**side [3]**   41/11 41/12 41/19
**sign [9]**   13/4 13/10 13/16
13/22 14/2 14/7 14/12 14/13
15/2
**Signature [1]**   43/6
**signed [4]**   14/15 14/22 27/18
39/10
**significance [1]**   7/8
**simple [4]**   7/2 20/22 22/23
23/5
**simply [3]**   7/16 12/13 36/23
**since [4]**   19/22 25/19 30/7
37/7
**Singer [1]**   1/17
**single [2]**   4/20 24/2
**six [4]**   29/7 29/21 30/7 39/3
**sky [1]**   19/7
**small [2]**   16/10 41/1
**so [38]**   7/5 8/13 9/3 10/21
12/8 14/14 14/17 15/11 17/11
18/7 19/9 22/18 24/2 24/7
24/22 25/8 25/8 25/14 25/25
27/20 27/21 28/20 32/1 33/15
34/22 36/16 36/19 36/24
37/21 38/3 38/5 38/11 40/2
40/24 41/3 41/5 41/7 41/9
**society [1]**   39/20
**sold [2]**   32/14 35/5
**sole [1]**   27/5
**solely [1]**   11/16
**some [5]**   6/23 7/4 19/22 21/7
39/17
**someone [3]**   34/15 34/25 41/4
**something [6]**   6/24 6/25 7/5
16/9 18/25 25/25
**sometimes [3]**   4/14 7/14
40/15
**sorry [1]**   20/10
**sound [1]**   22/21
**SOUTHERN [1]**   1/1
**speak [3]**   12/20 40/1 40/2
**speaking [4]**   27/2 27/6 27/7
27/11
**special [2]**   39/17 41/4
**specific [1]**   11/20
**speculation [1]**   9/23
**spent [4]**   17/5 17/9 32/22
34/21
**spot [1]**   16/25
**stand [2]**   4/24 33/23

**S**

**start [1]**   16/21
**started [3]**   19/23 22/4 35/25
**state [1]**   3/5
**statement [34]**   8/8 8/9 8/10
 8/12 8/13 8/14 8/17 8/20
 8/24 12/25 13/5 13/6 13/13
 13/19 13/23 22/25 23/1 23/2
 23/4 23/16 25/1 25/2 25/8
 26/4 28/2 28/22 29/11 38/18
 38/19 38/20 38/23 38/25 39/1
 39/5
**statements [4]**   5/3 14/6
 27/21 29/9
**states [4]**   1/1 1/14 30/19
 31/7
**stating [1]**   17/19
**status [1]**   26/19
**steal [1]**   31/19
**still [2]**   17/25 31/15
**Stipes [2]**   2/1 43/5
**stole [4]**   22/13 32/1 32/1
 34/25
**stolen [3]**   34/15 34/22 35/14
**stop [2]**   33/5 33/22
**stopped [1]**   33/14
**straight [1]**   31/25
**straightforward [1]**   22/24
**stress [1]**   22/15
**studio [3]**   20/23 20/23 23/23
**submission [1]**   41/15
**submit [2]**   33/3 41/8
**substantial [2]**   10/10 30/22
**substantially [1]**   9/2
**successful [1]**   25/11
**such [11]**   5/19 8/22 9/3 9/10
 9/16 10/14 10/24 11/6 24/1
 40/14 40/23
**suddenly [1]**   22/4
**sue [1]**   21/22
**sued [1]**   22/9
**sues [1]**   21/19
**suffered [4]**   14/5 23/3 29/8
 39/4
**suggest [2]**   6/6 35/12
**Suite [1]**   1/18
**sum [1]**   34/24
**Sumberg [1]**   1/21
**summons [1]**   40/21
**supposed [3]**   20/22 21/3
 21/24
**supposedly [1]**   17/10
**Suraj [2]**   16/6 24/14
**sure [9]**   16/14 20/4 20/7
 21/5 21/12 23/10 33/13 38/5
 41/13
**surmise [1]**   40/14
**surrounding [1]**   22/20
**sympathy [1]**   4/16
**system [1]**   40/18

**T**

**tactics [1]**   21/14
**take [8]**   4/6 14/25 23/5
 23/14 35/13 35/24 37/12
 41/14
**taken [1]**   37/14

**taking [4]**   19/24 26/16 31/22
 32/22
**talk [8]**   15/9 22/18 30/10
 35/20 39/18 40/8 40/8 40/9
**talked [1]**   28/13
**talking [3]**   15/8 34/3 35/25
**teaches [2]**   16/13 16/15
**team [1]**   42/17
**technical [1]**   23/8
**telephones [1]**   37/6
**television [2]**   17/11 18/21
**tell [11]**   6/10 15/12 16/2
 16/9 19/6 19/8 19/9 22/11
 26/5 36/23 40/22
**telling [9]**   6/8 7/3 16/12
 16/21 17/15 26/7 31/17 32/8
 32/13
**tells [1]**   16/16
**ten [2]**   42/13 42/15
**tend [2]**   5/21 7/4
**term [2]**   19/18 30/2
**terms [4]**   17/19 18/3 28/16
 31/13
**testified [7]**   6/16 6/22
 19/22 23/25 24/1 24/14 25/10
**testify [1]**   33/8
**testifying [1]**   6/4
**testimony [12]**   5/7 5/18 6/2
 6/19 6/19 6/25 7/23 18/2
 21/1 22/4 22/6 28/4
**than [8]**   7/18 11/5 19/15
 20/14 25/13 25/24 26/7 28/3
**thank [9]**   15/23 36/8 36/9
 38/1 38/12 39/11 39/16 40/12
 41/4
**that [245]**
**that's [2]**   25/23 31/4
**their [10]**   5/4 16/10 21/8
 21/10 22/13 35/2 35/3 39/23
 40/5 40/21
**them [13]**   3/5 3/18 4/9 6/18
 7/4 7/24 8/1 35/4 35/4 37/2
 37/3 37/5 40/22
**then [14]**   3/10 3/10 9/7 11/9
 13/1 13/8 13/14 13/20 13/25
 16/22 19/8 19/24 23/3 41/7
**there [25]**   5/22 6/21 6/23
 10/1 10/17 14/6 14/6 14/12
 17/21 18/6 18/22 18/25 20/18
 24/15 27/20 29/12 31/9 33/9
 36/25 37/7 38/2 41/11 41/16
 42/2 42/15
**Therefore [1]**   39/25
**Thereupon [8]**   4/4 20/16
 26/12 37/11 37/14 37/18 41/6
 42/20
**these [5]**   17/10 18/14 19/9
 33/1 35/3
**they [18]**   3/6 3/7 3/11 3/13
 3/17 3/18 16/10 19/20 19/21
 21/19 32/14 34/6 35/5 37/2
 39/23 40/15 42/1 42/14
**thing [3]**   24/1 29/19 33/14
**things [10]**   6/16 7/4 16/3
 17/1 19/9 19/12 22/1 22/6
 29/12 33/23
**think [7]**   12/12 34/13 35/7
 35/20 40/13 41/7 41/16

**thinking [2]**   21/17 32/2
**third [1]**   8/11
**this [48]**
**those [7]**   10/12 19/12 19/20
 22/21 29/20 32/9 34/20
**though [1]**   8/17
**thought [1]**   25/15
**threat [1]**   21/20
**threats [1]**   21/15
**three [5]**   16/9 26/2 27/22
 34/12 38/22
**through [6]**   5/1 23/9 32/23
 37/10 38/9 42/15
**throughout [1]**   17/4
**Thus [1]**   19/1
**time [17]**   3/23 6/24 11/19
 15/4 15/13 16/16 19/4 19/21
 22/15 25/13 27/8 35/8 36/4
 36/8 36/10 36/22 39/16
**times [1]**   34/12
**to make [1]**   27/4
**today [2]**   33/18 35/25
**together [1]**   11/18
**token [1]**   41/2
**told [24]**   17/17 17/24 18/1
 18/3 19/10 19/19 21/16 21/16
 22/5 23/20 23/24 24/4 24/11
 24/14 25/22 26/10 26/14 27/8
 27/16 28/11 29/4 33/1 34/21
 35/4
**took [6]**   19/16 19/25 32/24
 33/1 33/7 35/15
**top [2]**   24/16 31/22
**tort [1]**   9/16
**touch [1]**   37/13
**tough [1]**   42/18
**transaction [1]**   8/23
**transcript [1]**   43/1
**treat [1]**   22/6
**trial [8]**   1/13 3/2 5/12 7/1
 22/9 29/13 33/25 40/13
**true [10]**   5/25 7/18 7/18
 8/11 11/5 11/5 13/7 25/3
 27/16 38/21
**trust [2]**   21/10 36/5
**truth [7]**   6/9 6/11 7/3 12/16
 16/21 17/16 28/10
**try [2]**   12/8 36/24
**trying [2]**   26/24 40/14
**tune [1]**   19/15
**turn [4]**   3/10 15/17 15/22
 35/7
**turning [1]**   26/20
**twice [1]**   23/19
**two [13]**   3/17 18/14 21/9
 23/21 25/25 28/4 29/12 31/17
 33/9 34/12 36/25 36/25 38/19
**type [3]**   15/13 29/21 30/11
**Typically [1]**   34/7

**U**

**ultimately [1]**   40/2
**unanimous [1]**   12/3
**unanimously [1]**   37/23
**uncertain [2]**   17/19 18/3
**under [4]**   5/2 10/12 17/16
 23/25
**understand [4]**   6/17 15/9

**U**

understand... **[2]**   26/15
40/16
understanding **[1]**   28/18
understood **[2]**   26/9 28/15
unequivocally **[1]**   17/16
unfortunately **[2]**   16/24 17/7
unimportant **[1]**   7/10
unique **[1]**   39/25
UNITED **[2]**   1/1 1/14
unquote **[1]**   30/21
unreasonable **[1]**   11/16
unreasonably **[1]**   11/17
until **[5]**   16/22 18/22 34/3
36/17 42/9
up **[13]**   3/11 12/12 22/8
23/13 30/18 33/20 33/24 34/3
34/5 35/2 35/19 35/22 40/2
upfront **[1]**   31/22
uploaded **[2]**   42/1 42/13
upon **[7]**   8/13 13/18 28/1
37/23 38/24 39/20 41/14
urge **[1]**   33/19
us **[5]**   16/15 24/4 29/7 32/19
40/3
use **[3]**   4/12 5/15 22/16
used **[3]**   21/7 21/14 36/13
using **[1]**   22/2
Usually **[1]**   41/12

**V**

valuable **[1]**   40/19
VENTURE **[2]**   1/5 38/14
verdict **[32]**   3/3 3/8 3/10
4/7 12/3 12/5 12/21 12/23
13/3 13/9 13/15 13/21 14/1
14/13 14/17 14/25 15/1 15/20
23/8 23/12 36/11 36/12 36/14
37/23 38/11 38/3 38/4 38/6
38/8 38/9 38/12 41/24
version **[1]**   41/24
versus **[1]**   38/14
very **[12]**   12/15 16/13 19/1
23/24 24/5 24/7 25/19 27/24
39/17 40/12 40/23 40/25
victims **[3]**   17/6 17/10 21/15
video **[2]**   20/16 26/12
view **[1]**   37/5
VOLUME **[1]**   1/12
voted **[1]**   15/13
votes **[1]**   39/23

**W**

WAGNER **[1]**   1/20
wait **[2]**   15/11 42/9
walk **[2]**   16/20 19/7
walks **[1]**   23/9
want **[8]**   12/13 14/21 16/20
29/10 36/24 39/15 40/12
40/15
wanted **[5]**   3/17 26/19 33/9
33/13 40/3
wanting **[1]**   10/22
wants **[2]**   38/7 38/10
warranted **[6]**   10/4 10/8
10/15 11/7 11/8 35/22
was **[114]**

was purchased **[1]**   20/9
wasn't **[4]**   21/22 24/1 27/5
28/8
watching **[2]**   16/18 18/15
way **[9]**   4/16 4/23 12/1 12/15
15/13 19/8 24/2 24/19 35/6
we **[75]**
we're **[1]**   31/4
WEALTH **[3]**   1/8 38/15 42/4
web **[1]**   32/5
weigh **[1]**   41/12
weight **[1]**   5/22
welcome **[1]**   4/5
well **[4]**   12/22 34/20 35/1
42/7
well now **[1]**   42/7
went **[5]**   20/7 20/21 25/23
29/1 31/25
were **[19]**   3/4 14/21 19/18
19/20 24/15 26/18 26/23
26/24 27/2 27/5 32/5 32/8
32/9 35/5 37/1 37/2 37/2
40/12 40/14
weren't **[1]**   32/14
WEST **[3]**   1/2 1/8 2/2
what **[48]**
whatever **[3]**   34/12 35/9 37/3
when **[37]**   4/12 4/25 5/24
8/10 12/18 13/5 14/18 15/1
15/18 17/13 17/14 17/19
20/12 20/17 21/17 21/24 23/1
23/7 23/20 24/8 24/12 25/2
25/4 25/7 25/9 26/14 30/24
32/2 32/9 32/14 34/23 36/1
37/9 38/19 40/3 40/20 41/18
where **[9]**   20/7 20/13 20/19
20/21 21/6 28/14 29/17 29/23
35/17
whether **[25]**   3/6 5/17 6/1
6/6 6/21 6/23 7/6 7/9 7/22
8/8 8/9 8/11 8/11 8/12 8/14
10/3 11/15 11/17 11/19 13/7
23/3 25/3 26/9 32/2 38/21
which **[13]**   3/4 10/10 14/18
14/23 19/18 28/16 30/10
30/22 32/3 32/19 33/25 38/7
40/3
while **[6]**   12/9 14/16 15/11
17/16 19/6 30/17
whim **[1]**   21/21
who **[20]**   5/19 6/8 7/24 7/25
16/7 18/5 19/5 19/7 21/21
21/21 23/22 23/23 23/24
24/15 25/12 25/20 34/15
34/25 40/20 40/21
whole **[2]**   4/20 6/4
whose **[1]**   16/4
why **[9]**   16/12 25/23 26/7
27/2 27/7 27/10 32/24 33/8
40/14
will **[39]**   3/9 3/11 4/9 4/13
9/7 9/19 12/4 12/18 12/19
12/21 14/23 14/25 15/6 15/7
15/19 15/20 16/22 21/18
23/19 25/6 28/12 29/15 29/20
30/17 33/20 33/22 35/7 36/10
36/12 36/16 37/6 37/9 37/12
37/17 38/11 40/2 41/14 41/24

42/8
window **[1]**   19/7
wish **[7]**   15/4 39/11 39/17
39/24 40/9 41/3 41/4
within **[3]**   5/3 42/13 42/14
without **[1]**   42/5
witness **[16]**   6/2 6/3 6/4 6/6
6/8 6/10 6/12 6/14 6/15 6/17
6/22 6/24 6/25 7/3 7/5 18/18
witness' **[1]**   6/19
witnessed **[3]**   17/13 17/14
18/15
witnesses **[2]**   5/7 7/24
won't **[1]**   35/18
word **[3]**   23/5 26/16 41/10
words **[10]**   12/3 22/16 23/18
25/4 25/10 26/5 28/24 29/17
30/24 41/21
work **[4]**   22/12 40/1 40/23
41/1
world **[3]**   19/8 25/11 36/4
worry **[1]**   31/3
would **[45]**
wouldn't **[1]**   27/1
write **[6]**   15/5 29/22 30/6
35/7 36/20 37/4
writing **[1]**   15/7
written **[3]**   21/23 28/15 30/2
wrong **[3]**   9/18 12/11 31/15
wrongful **[1]**   11/16
wrongfulness **[2]**   10/17 31/8

**Y**

years **[3]**   17/5 17/9 39/22
yes **[43]**   3/12 3/15 4/1 13/1
13/1 13/7 13/8 13/13 13/14
13/19 13/19 13/24 13/25 14/9
14/10 15/25 17/23 24/23 26/1
26/8 26/17 26/22 27/15 27/19
27/22 28/20 28/25 29/5 31/1
31/17 31/18 32/17 37/24
38/18 38/21 38/23 38/25 39/2
39/7 39/8 41/21 42/3 42/11
yesterday **[8]**   17/4 17/13
22/4 24/24 26/1 28/4 28/13
32/22
yet **[2]**   19/23 24/5
you **[295]**
you're **[2]**   23/10 41/22
your **[59]**
your time **[1]**   39/16
yourself **[6]**   6/7 6/21 12/6
34/14 34/23 40/23
yourselves **[2]**   33/6 35/21

**Z**

zero **[2]**   19/20 32/8
Zoom **[4]**   17/6 17/7 32/12
35/4