# EXHIBIT B

| | |
|---|---|
| **From:** | Juan Bermudez |
| **To:** | "Jason.Cloth@cwmoviefund.ca" |
| **Cc:** | Scott N. Wagner; "djonelis@lavelysinger.com"; "kleeker@lavelysinger.com"; BSBPA eService; Patricia M. Patino; Kayla Hernandez; Maite de Para; Esta Kravets |
| **Subject:** | FW: SERVICE OF COURT DOCUMENT: ROBERT SCOTT BUILDING VENTURE, LLC, et al v. CREATIVE WEALTH MEDIA FINANCE CORP., and JASON CLOTH; CASE NO. 23-cv-80282-ROSENBERG |
| **Date:** | Wednesday, September 18, 2024 3:53:11 PM |
| **Attachments:** | Post-Judgment Document Request to Jason Cloth (11858982.3) (003).pdf |

Mr. Cloth,

Please see below and attached correspondence.

Best regards,

**Bilzin Sumberg**

Juan Bermudez
Legal Assistant
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor         Tel 305.350.2440 x 3067
Miami, Florida 33131                             Direct Fax 305.374.7593
www.bilzin.com                                      Jbermudez@bilzin.com

**From:** Juan Bermudez
**Sent:** Friday, August 30, 2024 2:42 PM
**To:** 'jason@c2motionpictures.com' <jason@c2motionpictures.com>
**Cc:** Scott N. Wagner <SWagner@bilzin.com>; 'djonelis@lavelysinger.com' <djonelis@lavelysinger.com>; 'kleeker@lavelysinger.com' <kleeker@lavelysinger.com>; Shalia Sakona <ssakona@bilzin.com>; BSBPA eService <eservice@bilzin.com>; Patricia M. Patino <Ppatino@bilzin.com>; Kayla Hernandez <khernandez@bilzin.com>; Maite de Para <Mdepara@bilzin.com>; Esta Kravets <Ekravets@bilzin.com>; Ana Solis <asolis@bilzin.com>
**Subject:** SERVICE OF COURT DOCUMENT: ROBERT SCOTT BUILDING VENTURE, LLC, et al v. CREATIVE WEALTH MEDIA FINANCE CORP., and JASON CLOTH; CASE NO. 23-cv-80282-ROSENBERG

| Court: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| Case No.: | 23-CV-80282-ROSENBERG |
| Case Style | ROBERT SCOT BUILDING VENTURE LLC; and RSBV PATHWAY LLC v. CREATIVE WEALTH MEDIA FINANCE CORP; and JASON CLOTH |
| | PLAINTIFF RSBV PATHWAY LLC'S REQUEST FOR |

| | |
|---|---|
| Document being served: | PRODUCTION OF DOCUMENTS IN AID OF EXECUTION TO JUDGMENT DEBTOR JASON CLOTH |
| Sender's name: | SCOTT N. WAGNER, ESQ., ON BEHALF OF PLAINTIFF RSBV PATHWAY LLC |
| Sender's phone number: | 305.374.7580 |

**Bilzin Sumberg**

Juan Bermudez
Legal Assistant
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.2440 x 3067
Direct Fax 305.374.7593
Jbermudez@bilzin.com

| | |
|---|---|
| **From:** | Juan Bermudez |
| **To:** | "jason@c2motionpictures.com" |
| **Cc:** | Scott N. Wagner; "djonelis@lavelysinger.com"; "kleeker@lavelysinger.com"; Shalia Sakona; BSBPA eService; Patricia M. Patino; Kayla Hernandez; Maite de Para; Esta Kravets; Ana Solis |
| **Subject:** | SERVICE OF COURT DOCUMENT: ROBERT SCOTT BUILDING VENTURE, LLC, et al v. CREATIVE WEALTH MEDIA FINANCE CORP., and JASON CLOTH; CASE NO. 23-cv-80282-ROSENBERG |
| **Date:** | Friday, August 30, 2024 2:41:45 PM |
| **Attachments:** | Post-Judgment Document Request to Jason Cloth (11858982.3) (003).pdf |

| | |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| Case No.: | 23-CV-80282-ROSENBERG |
| Case Style | ROBERT SCOT BUILDING VENTURE LLC; and RSBV PATHWAY LLC v. CREATIVE WEALTH MEDIA FINANCE CORP; and JASON CLOTH |
| Document being served: | PLAINTIFF RSBV PATHWAY LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION TO JUDGMENT DEBTOR JASON CLOTH |
| Sender's name: | SCOTT N. WAGNER, ESQ., ON BEHALF OF PLAINTIFF RSBV PATHWAY LLC |
| Sender's phone number: | 305.374.7580 |

**Bilzin Sumberg**

Juan Bermudez
Legal Assistant
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor         Tel 305.350.2440 x 3067
Miami, Florida 33131                            Direct Fax 305.374.7593
www.bilzin.com                                     Jbermudez@bilzin.com