# EXHIBIT C

| | |
|---|---|
| **From:** | Fried, William |
| **To:** | Scott N. Wagner; Bazian, Samuel |
| **Cc:** | David Jonelis; Kelsey J. Leeker; Patricia M. Patino |
| **Subject:** | RE: Robert Scot et al. v. Cloth et al - Rule 37 good faith conferral |
| **Date:** | Friday, October 18, 2024 8:38:59 AM |

**CAUTION: This message is from an EXTERNAL sender. Do not click on links or open attachments from senders you do not trust or emails you are not expecting.**

Scott

As you know, we have not filed any appearance in the District Court action.  We are only handling the appeal.  If that changes, we will notify you



**William R. Fried**
**Partner**
**Co-Chair Litigation Department**
**Herrick, Feinstein LLP**
Two Park Avenue | New York, NY 10016
212.592.1684  Office
WFried@herrick.com
website bio

**From:** Scott N. Wagner <SWagner@bilzin.com>
**Sent:** Thursday, October 17, 2024 4:50 PM
**To:** Bazian, Samuel <sbazian@herrick.com>; Fried, William <wfried@herrick.com>
**Cc:** David Jonelis <djonelis@lavelysinger.com>; Kelsey J. Leeker <kleeker@lavelysinger.com>; Patricia M. Patino <Ppatino@bilzin.com>
**Subject:** FW: Robert Scot et al. v. Cloth et al - Rule 37 good faith conferral

Sam and Bill,

You previously told us that you do not represent Mr. Cloth in the District Court action.  However, as Mr. Cloth has advised that you now, again represent him in the District Court action, please let us know your position re our motion to compel responses to our post-judgment requests for production—the responses to which are delinquent.  Given the holiday, we will refrain from filing until noon on Monday.

Best,

Scott



Scott N. Wagner
Partner
**Bilzin Sumberg Baena Price & Axelrod LLP**         Tel 305.350.7386
1450 Brickell Avenue, 23rd Floor                                     Cell 305.710.4700
Miami, Florida 33131                                                     Direct Fax 305.351.2164
www.bilzin.com                                                              SWagner@bilzin.com


**From:** Jason Cloth <jason@c2motionpictures.com>
**Sent:** Thursday, October 17, 2024 3:58 PM
**To:** Patricia M. Patino <Ppatino@bilzin.com>; jason.cloth@cwmoviefund.ca; Fried, William <wfried@herrick.com>; Bazian, Samuel <sbazian@herrick.com>
**Cc:** Scott N. Wagner <SWagner@bilzin.com>; David Jonelis <djonelis@lavelysinger.com>; Kelsey J. Leeker <kleeker@lavelysinger.com>
**Subject:** Re: Robert Scot et al. v. Cloth et al - Rule 37 good faith conferral [IMAN-MIAMI.FID1611545]

**CAUTION: This message is from an EXTERNAL sender. Do not click on links or open attachments from senders you do not trust or emails you are not expecting.**

Please direct everything to my lawyers


*Please be advised that effective immediately, my email address has changed to;*

**Jason@tonarmmedia.com**

Jason Cloth | 416-917-5431

**From:** Patricia M. Patino <Ppatino@bilzin.com>
**Sent:** Thursday, October 17, 2024 3:42:42 PM
**To:** Jason Cloth <jason@c2motionpictures.com>; jason.cloth@cwmoviefund.ca <jason.cloth@cwmoviefund.ca>
**Cc:** Scott N. Wagner <SWagner@bilzin.com>; David Jonelis <djonelis@lavelysinger.com>; Kelsey J.

Leeker <kleeker@lavelysinger.com>
**Subject:** Robert Scot et al. v. Cloth et al - Rule 37 good faith conferral [IMAN-MIAMI.FID1611545]

Mr. Cloth,

We represent Plaintiffs in the above-noted case. As you know, we served you with Post-Judgment Request for Production of Documents in aid of execution of the Final Judgment entered against you. See attached. You failed to respond to the Request by the deadline. Accordingly, we intend to move to compel your response to the Request by close of business tomorrow, October 18, unless we receive a response to the Request before then. Please advise.

Thanks,

Patty



Patricia M. Patino
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.7347
Direct Fax 305.351.2144
Ppatino@bilzin.com

**CAUTION:** Please be aware of the increase in cybercrime and fraud. Bilzin Sumberg personnel will not ordinarily provide wire transfer or other payment instructions by email relating to the payment of Bilzin Sumberg invoices or advance fee deposits. Although payment instructions may be provided by email in connection with client matters such as closings, please contact us to obtain verbal verification prior to initiating any payments.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message.

The Firm is not responsible for government filings that may be required under the Corporate Transparency Act ("CTA"). Unless we have expressly agreed in writing to provide legal advice concerning the CTA, our engagement does not include any such advice.

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.