UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

ROBERT SCOT BUILDING VENTURE )
LLC and RSBV PATHWAY LLC, )
    )
    Plaintiffs, )
    )
v. )
    )
CREATIVE WEALTH MEDIA FINANCE )
CORP. and JASON CLOTH, )
    )
    Defendants. )
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

The undersigned, William Perry Hicks, Esq., hereby files this Response to the Court's November 7, 2024, Order to Show Cause (the "Order"), and states as follows:

1. On June 20, 2024, this Court entered the Final Judgment against Jason Cloth.

2. Mr. Cloth engaged the law firm of Berger Singerman LLP as local counsel for the limited purpose of appealing the final judgment in this matter to the Eleventh Circuit Court of Appeals.

3. On July 12, 2024, the undersigned entered a Notice of Appearance on behalf of Mr. Cloth in order to file a Notice of Appeal.

4. Pursuant to the Local Rules of the Southern District of Florida and Rules of the United States Court of Appeals for the Eleventh Circuit, the undersigned, on July 19, 2024, filed a Transcript Order Form in this Court in order to complete the record on appeal.

5. Berger Singerman LLP was not engaged by Mr. Cloth to represent him generally in the district court, including in any post-judgment proceedings in the district court.

6.      All actions taken by the undersigned in this matter have been to effectuate Mr. Cloth's appeal and not for the purpose of representing Mr. Cloth in post-judgment proceedings before this Court.

7.      Given its limited scope of representation, Berger Singerman LLP is not authorized by Mr. Cloth to respond to the pending Motion to Compel.

8.      To the undersigned's knowledge, Mr. Cloth has not secured legal representation for purposes of post-judgment proceedings in the district court.

9.      To eliminate confusion and consistent with the foregoing, the undersigned will simultaneously file a Motion to Withdraw.

Dated: November 14, 2024

Respectfully submitted,

BERGER SINGERMAN LLP

By: */s/ W. Perry Hicks*
W. Perry Hicks, Esq.
Florida Bar No. 1050892
phicks@bergersingerman.com
drt@bergersingerman.com
201 East Las Olas Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-9900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on this 14th day of November 2024, and certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF. I further certify that the foregoing document is being served this day via email on Defendant Jason Cloth.

By: */s/ W. Perry Hicks*
W. Perry Hicks