UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-cv-80282-RLR

ROBERT SCOT BUILDING VENTURE )
LLC and RSBV PATHWAY LLC, )
            )
    Plaintiffs, )
            )
  v. )
            )
CREATIVE WEALTH MEDIA FINANCE )
CORP. and JASON CLOTH, )
            )
    Defendants. )
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, JASON CLOTH

Pursuant to Local Rule 11.1(d)(3) of the United States District Court for the Southern District of Florida, the undersigned attorney and Berger Singerman LLP hereby move to withdraw as counsel.

1. On June 20, 2024, this Court entered the Final Judgment against Jason Cloth.

2. Mr. Cloth engaged the law firm of Berger Singerman LLP as local counsel for the limited purpose of appealing the final judgment in this matter to the Eleventh Circuit Court of Appeals.

3. Berger Singerman LLP was not engaged by Mr. Cloth to represent him generally in the district court, including in any post-judgment proceedings in the district court.

4. All actions taken by the undersigned in this matter have been to effectuate Mr. Cloth's appeal and not for the purpose of representing Mr. Cloth in post-judgment proceedings before this Court.

5. The undersigned has completed all actions in the district court necessary to effectuate an appeal of the Final Judgment.

6.       There will be no prejudice to Mr. Cloth or undue delay in these proceedings as a result of the requested withdrawal by undersigned counsel.

7.       WHEREFORE, Berger Singerman LLP and its attorneys respectfully request this Court to enter an Order granting its Motion to Withdraw as Counsel for Defendant, Jason Cloth, relieving and discharging Berger Singerman LLP and its attorneys from any and all further obligations concerning the representation of Defendant, Jason Cloth and granting such other and further relief as the Court deems just and appropriate.

Dated: November 14, 2024

Respectfully submitted,

BERGER SINGERMAN LLP

By: */s/ W. Perry Hicks*
W. Perry Hicks, Esq.
Florida Bar No. 1050892
phicks@bergersingerman.com
drt@bergersingerman.com
201 East Las Olas Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-9900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on this 14th day of November 2024, and certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.  I further certify that the foregoing document is being served this day via email on Defendant Jason Cloth.

By:  */s/ W. Perry Hicks*
      W. Perry Hicks