## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**
Clerk of Court

Appeals Section

Date: ___11/15/2024___

FILED BY _____ D.C.

NOV 1 5 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
**56 Forsyth Street, N.W.**
**Atlanta, GA 30303**

**ROA**

IN RE:   District Court No: 23-80282-CV - RLR

U.S.C.A. No: 24-12278-GG

Style: ROBERT SCOT BUILDING VENTURE LLC, ET AL. V. CREA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

_____0_____ Volume(s) of pleadings

_____0_____ Volume(s) of Transcripts

_____ Exhibits: ____0____ boxes; _____ folders;

____1____ envelopes; ____0____ PSIs (sealed)

☐ other: _____

☐ other: _____

☑ Other: _DE156 - USB Drive_

☐ Other: _____

Sincerely,

Angela E. Noble, Clerk of Court,

By: _____

Deputy Clerk

Date _____

Attachment

c: court file

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk of Court,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 11/15/2024

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E.  Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL,BER,CLOSED,MEDIATION,STAYED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## ABRIDGED CIVIL DOCKET FOR CASE #: 9:23-cv-80282-RLR
### Internal Use Only

Robert Scot Building Venture LLC et al v. Creative
Wealth Media Finance Corp et al
Assigned to: Judge Robin L. Rosenberg
Referred to: Magistrate Judge Bruce E. Reinhart
Case in other court: USCA, 24-12278-G
Cause: 28:1330 Breach of Contract

Date Filed: 02/23/2023
Date Terminated: 09/06/2024
Jury Demand: Plaintiff
Nature of Suit: 190 Contract:
Other
Jurisdiction: Diversity

**Plaintiff**

**Robert Scot Building
Venture LLC**

represented by **Ilana Arnowitz Drescher**
Bilzin Sumberg Baena Price , Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL 33131
(305) 350-2412
Fax: (305) 351-2227
Email: idrescher@bilzin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Binder Jonelis**
Lavely & Singer
2049 Century Park E., Suite 2400
Los Angeles, CA 90067
310-556-3501
Email: djonelis@lavelysinger.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Leeker**
Lavely & Singer
2049 Century Park East, Suite 2400
Los Angeles, CA 90067

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 11/15/2024

(310) 556-3501
Email: kleeker@lavelysinger.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shalia Marie Sakona**
Bilzin Sumberg Baena Price , Axelrod
1450 Brickell Ave.
23rd Floor
Miami, FL 33131
3053507216
Email: shaliasakona@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Stephanie Koutsodendris**
Morgan Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131
305-415-3321
Fax: 305-415-3001
Email:
stephanie.koutsodendris@morganlewis.com
*TERMINATED: 03/28/2024*

**Scott N. Wagner**
Bilzin Sumberg Baena Price & Axelrod,
LLP
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Email: swagner@bilzin.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>
**RSBV Pathway LLC**          represented by   **Ilana Arnowitz Drescher**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Shalia Marie Sakona**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Binder Jonelis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Leeker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Koutsodendris**
(See above for address)
*TERMINATED: 03/28/2024*

**Scott N. Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

## V.

### Defendant

| | | |
|---|---|---|
| **Creative Wealth Media Finance Corp** | represented by | **Leonard Keith Samuels** |

Berger Singerman LLP
Las Olas Centre II
350 E Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
954-525-9900
Fax: 954-523-2872
Email: lsamuels@bergersingerman.com
*TERMINATED: 12/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne Curtis**
Berger Singerman LLP

1450 Brickell Avenue
Suite 1900
Miami, FL 33131
(305) 982-4016
Email: mcurtis@bergersingerman.com
*TERMINATED: 12/22/2023*

**Samuel J. Bazian**
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
212-592-1684
Email: sbazian@herrick.com
*TERMINATED: 12/22/2023*
*PRO HAC VICE*

**William R. Fried**
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
212-592-1684
Email: wfried@herrick.com
*TERMINATED: 12/22/2023*
*PRO HAC VICE*

**Defendant**

**Jason Cloth**                    represented by **Jason Cloth**
20 Stratheden Road
Toronto, ON M4N 1E3, CA
PRO SE

**Leonard Keith Samuels**
(See above for address)
*TERMINATED: 02/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne Curtis**
(See above for address)
*TERMINATED: 02/12/2024*

**Samuel J. Bazian**
(See above for address)
*TERMINATED: 02/12/2024*
*PRO HAC VICE*

**William R. Fried**
(See above for address)
*TERMINATED: 02/12/2024*
*PRO HAC VICE*

**William Perry Hicks**
Berger Singerman
1450 Brickell Avenue
Suite 1900
Miami, FL 33131
3059824005
Email: phicks@bergersingerman.com
*TERMINATED: 11/14/2024*
*ATTORNEY TO BE NOTICED*

V.

**Garnishee**

| | | |
|---|---|---|
| **Royal Bank of Canada** | represented by | **Benjamin Joseph Katz**<br>Greenberg Traurig<br>333 SE 2nd Ave<br>Suite 4400<br>Miami, FL 33131<br>3055790693<br>Email: katzbe@gtlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2024 | 156 | NOTICE *of Resubmission of Plaintiff's Trial Exhibits* by RSBV Pathway LLC re 128 Plaintiff's Certificate of Compliance and 154 Clerk's Exhibit/Notices. (Wagner, Scott) Modified text on 11/15/2024 to add docket entry relationship (apz). (Entered: 11/13/2024) *See env.* |