UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80282-ROSENBERG

ROBERT SCOT BUILDING VENTURE LLC;
and RSBV Pathway LLC,

            Plaintiffs/Judgment Creditors,

v.

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

            Defendants/Judgment Debtors.

## NOTICE OF DEFENDANT'S NONCOMPLIANCE WITH ORDER (D.E. 163)

Plaintiff/Judgment Creditor RSBV Pathway, LLC ("RSBVP") hereby gives notice of Defendant/Judgment Debtor Jason Cloth's ("Cloth") noncompliance with the Paperless Order entered on November 15, 2024 ("Order") (D.E. 163).

RSBVP served post-judgment discovery on Cloth on August 30, 2024. Cloth failed to respond to the discovery and participate in a meet and confer. As a result, RSBVP filed a Motion to Compel Response to Post-Judgment Discovery ("Motion") on October 21, 2024 (D.E. 148). Cloth also failed to file an opposition to the Motion. Judge Rosenberg referred the matter to Judge Reinhart. After reviewing the docket, Judge Reinhart issued the Order, which required Cloth to file a response to the Motion by December 6, 2024. In the Order, the Court advised Cloth that "[f]ailure to file a response by the deadline may result in the motion being granted by default."

Despite the Court's notice and admonitions, Cloth failed to file an opposition to the Motion on or before December 6.

Cloth has already had over 100 days to respond to the post-judgment discovery. In that time, he has failed to respond to the discovery, ignored his obligation to meet and confer with RSBVP's counsel, failed to timely respond to the Motion, and defied the Court's Order to file a response by the December 6 deadline.

RSBVP therefore respectfully requests that the Court grant the Motion, compel Cloth to serve substantive responses to the post-judgment discovery within seven (7) days of an order on the Motion, prohibit Cloth from lodging any objections to the post-judgment discovery, with the exception of attorney-client privilege, and award RSBVP such other and further relief the Court deems just and appropriate.

Dated: December 10, 2024                            Respectfully submitted,

*/s/ Scott N. Wagner*
Scott N. Wagner
Fla. Bar No.: 51662
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Email: swagner@bilzin.com
Email: eservice@bilzin.com
Email: ekravets@bilzin.com

David B. Jonelis (*pro hac vice*)
Kelsey J. Leeker (*pro hac vice*)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501
Email: djonelis@lavelysinger.com
Email: kleeker@lavelysinger.com

*Attorneys for Plaintiffs Robert Scot Building Venture LLC and RSBV Pathway LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all parties and counsel of record that are registered with the Court's CM/ECF system. I further certify that concurrently with this filing, I served a copy of this Notice via electronic mail upon Defendant Jason Cloth to his known email addresses.

                                                 */s/ Scott N. Wagner*
                                                        Attorney